JS 44B
(Rev. 1/83)

## CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (For more detailed instructions, see separate instruction sheet.)

**PLAINTIFFS**

JULIE BABAUTA SANTOS, individually, and on behalf of all those similarly situated

**DEFENDANTS**

FELIX CAMACHO, GOVERNOR OF GUAM; ARTEMIO ILAGAN, DIRECTOR OF REVENUE & TAXATION, LOURDES M-PEREZ, DIRECTOR OF DEPARTMENT OF ADMINISTRATION, DOUGLAS B. MOYLAN ATTORNEY GENERAL; and GOV'T OF GUAM

COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

PHILLIPS & BORDALLO, P.C.
410 W. O'BRIEN DRIVE, STE 102
HAGATNA, GUAM 96910

**ATTORNEYS (IF KNOWN)**

## 04-00006

**(PLACE AN ☐ IN ONE BOX ONLY)**  **BASIS OF JURISDICTION**

☐ 1 U.S. PLAINTIFF  ☐ 2 U.S. DEFENDANT  ☒ 3 FEDERAL QUESTION (U.S. NOT A PARTY)  ☐ 5 LOCAL QUESTION

**CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)

CLASS ACTION PETITION FOR RECOVERY OF INCOME TAX REFUNDS OR IN THE ALTERNATIVE FOR A WRIT IN THE NATURE OF MANDAMUS

**(PLACE AN ☒ IN ONE BOX ONLY)**  **NATURE OF SUIT**

| CONTRACT | TORTS | CIVIL RIGHTS | FORFEITURE/PENALTY | OTHER STATUTES | |
|---|---|---|---|---|---|
| ☐ 110 INSURANCE | **PERSONAL INJURY** | ☐ 441 VOTING | ☐ 610 AGRICULTURE | ☐ 400 STATE REAPPORTIONMENT | ☐ 875 CUSTOMER CHALLENGE 12 USC 3410 |
| ☐ 120 MARINE | ☐ 310 AIRPLANE | ☐ 442 JOBS | ☐ 620 FOOD & DRUG | ☐ 410 ANTI-TRUST | |
| ☐ 130 MILLER ACT | ☐ 315 AIRPLANE PRODUCT LIABILITY | ☐ 443 ACCOMMODATIONS | ☐ 630 LIQUOR LAWS | ☐ 420 TRUSTEE | ☐ 891 AGRICULTURAL ACTS |
| ☐ 140 NEGOTIABLE INSTRUMENT | ☐ 320 ASSAULT, LIBEL & SLANDER | ☐ 444 WELFARE | ☐ 640 R.R. & TRUCK | ☐ 421 TRANSFER (915b) | ☐ 892 ECONOMIC STABILIZATION ACT |
| ☐ 150 RECOVERY OF OVERPAYMENT & ENFORCEMENT OF JUDGMENT | ☐ 330 FEDERAL EMPLOYERS' LIABILITY | ☐ 440 OTHER CIVIL RIGHTS | ☐ 650 AIRLINE REGS. | ☐ 422 APPEAL (801) | ☐ 893 ENVIRONMENTAL MATTERS |
| ☐ 151 MEDICARE ACT | ☐ 340 MARINE | | ☐ 660 OCCUPATIONAL SAFETY/HEALTH | ☐ 430 BANKS AND BANKING | ☐ 894 ENERGY ALLOCATION ACT |
| ☐ 152 RECOVERY OF DEFAULTED STUDENT LOANS | ☐ 345 MARINE PRODUCT LIABILITY | | ☐ 690 OTHER | ☐ 450 COMMERCE ICC RATES, ETC. | ☐ 895 FREEDOM OF INFORMATION ACT |
| ☐ 153 RECOVERY OF OVERPAYMENT OF VETERANS BENEFITS | ☐ 350 MOTOR VEHICLE | | **LABOR** | ☐ 460 DEPORTATION | ☐ 900 APPEAL OF FEE DETERMINATION UNDER EQUAL ACCESS TO JUSTICE ACT |
| ☐ 160 STOCKHOLDERS SUITS | ☐ 355 MOTOR VEHICLE PRODUCT LIABILITY | | ☐ 710 FAIR LABOR STANDARDS | ☐ 810 SELECTIVE SERVICE | |
| ☐ 190 OTHER CONTRACT | ☐ 360 OTHER PERSONAL INJURY | **PRISONER PETITIONS** | ☐ 720 LABOR/MGMT. RELATIONS | ☐ 850 SECURITIES COMMODITIES EXCHANGE | ☐ 950 CONSTITUTIONALITY OF STATE STATUES |
| ☐ 195 CONTRACT PRODUCT LIABILITY | ☐ 365 PERSONAL INJURY PRODUCT LIABILITY | ☐ 510 VACATE SENTENCE (2255) | ☐ 730 LABOR/MGMT. REPORTING & DISCLOSURE ACT | **SOCIAL SECURITY** | ☐ 970 NARA, TITLE II |
| | | | ☐ 740 RAILWAY LABOR ACT | ☐ 861 HIA (1395ff) | ☐ 890 OTHER STATUTORY ACTIONS |
| **REAL PROPERTY** | **PERSONAL PROPERTY** | ☐ 520 PAROLE COMMISSION REVIEW | ☐ 790 OTHER LABOR LITIGATION | ☐ 862 BLACK LUNG (923) | |
| ☐ 210 CONDEMNATION | ☐ 370 OTHER FRAUD | ☐ 530 HABEAS CORPUS | ☐ 791 EMPLOYEE RETIREMENT INCOME SECURITY ACT | ☐ 863 DIWC (405(g)) | |
| ☐ 220 FORECLOSURE | ☐ 371 TRUTH IN LENDING | | | ☐ 863 DIWW (405(g)) | |
| ☐ 230 RENT LEASE & EJECTMENT | ☐ 380 OTHER PERSONAL PROPERTY DAMAGE | ☐ 540 MANDAMUS & OTHER | | ☐ 864 SSID Title XVI | |
| ☐ 240 TORTS TO LAND | | ☐ 550 CIVIL RIGHTS | | ☐ 865 RSI (405 (g)) | |
| ☐ 245 TORT PRODUCT LIABILITY | ☐ 385 PROPERTY DAMAGE PRODUCT LIABILITY | | **PROPERTY RIGHTS** | **TAX SUITS** | |
| ☐ 290 ALL OTHER REAL PROPERTY | | | ☐ 820 COPYRIGHT | ☒ 870 TAXES | |
| | | | ☐ 830 PATENT | ☐ 871 IRS-THIRD PARTY | |
| | | | ☐ 840 TRADEMARK | | |

**RECEIVED**
FEB 12 2004
DISTRICT COURT OF GUAM
HAGATNA, GUAM

UNITED STATES DISTRICT COURT  (Continued on Reverse Side)

JS 44B
(Rev. 1/83)

**CIVIL COVER SHEET (Reverse Side)**

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (For more detailed instructions, see separate instruction sheet.)

**INSTRUCTIONS:** After completing the front side of form JS 44B, complete the information requested below.

| ORIGIN   (PLACE AN ☒ IN ONE BOX ONLY) | LOCAL QUESTION |
|---|---|
| ☒1 ORIGINAL PROCEEDING   ☐2 REMOVED FROM STATE COURT   ☐3 REMANDED FROM APPELLATE COURT   ☐4 REINSTATED OR REOPENED   ☐5 TRANSFERRED FROM (SPECIFY DIST.)   ☐6 MULTIDISTRICT LITIGATION   ☐7 APPEAL TO DISTRICT JUDGE FROM MAGISTRATE JUDGMENT | ☐910 DOMESTIC RELATIONS   ☐920 INSANITY   ☐930 PROBATE   ☐940 SUBSTITUTE TRUSTEE   ☒990 OTHER |

| ☒ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 | DEMAND $ 112,400,000.00   OTHER | JURY DEMAND   ☐ YES   ☐ NO |
|---|---|---|
| | Check/Fill in if demanded in complaint: | Check YES only if demanded in complaint: |

**REMARKS**

SIGNATURE OF ATTORNEY OF RECORD

DATE   2-12-04

COMMENTS (Use if additional space is required):



The Law Offices of

# PHILLIPS & BORDALLO

A Professional Corporation
410 West O'Brien Drive, Suite 102 Hagåtña, Guam 96910-5044
Tel: (671) 477-ABCD (2223) • Fax: (671) 477-2FAX (2329)
" I Erensia, Lina'Ia', Espiritu-ta"



FILED
DISTRICT COURT OF GUAM

FEB 12 2004

MARY L. M. MORAN
CLERK OF COURT

Attorneys for Petitioner

## DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

JULIE BABAUTA SANTOS, individually, and
on behalf of all those similarly situated,

     Petitioner,

   vs.

FELIX A. CAMACHO, Governor of Guam,
ART ILAGAN, Director of Department of
Revenue and Taxation, LOURDES M.
PEREZ, Director of Department of
Administration, DOUGLAS B. MOYLAN,
Attorney General; and GOVERNMENT OF
GUAM,

     Respondents.

DOCKET NO. **04-00006**

**CLASS ACTION PETITION FOR
RECOVERY OF INCOME TAX
REFUNDS OR IN THE
ALTERNATIVE FOR A WRIT
IN THE NATURE OF
MANDAMUS**

Petitioner, Julie Babauta Santos (hereinafter "Petitioner"), individually and on behalf

of all those similarly situated, petitions this Court for the recovery of income tax refunds, or, in

the alternative, for a writ in the nature of mandamus directed to Respondents, in their official

capacities, and by this verified Petition alleges:

## JURISDICTION

1. This Court has exclusive original jurisdiction pursuant to 48 U.S.C. §1421i(h) and 28 U.S.C. §1361.

## PARTIES

2. Petitioner is a United States citizen, a Guam resident, and a taxpayer. Petitioner is over the age of 18 years, and is legally qualified to receive the refundable earned income tax credits (the "EIC") which Petitioner is seeking to have implemented and applied to Guam taxpayers.

3. Respondent Felix P. Camacho, Governor of Guam (hereinafter "Respondent Camacho"), is the Governor of Guam, such office established within the Government of Guam by virtue of the 1950 Organic Act of Guam (the "Organic Act"), 48 U.S.C. §1421, et seq., and responsible for the administration and enforcement of the Guam Territorial Income Tax ("GTIT"). 48 U.S.C. §1421i.

4. Respondent Art Ilagan, Director of the Department of Revenue and Taxation (hereinafter "Respondent Illagan"), is responsible under the Governor with the administration and enforcement of the GTIT, as provided by 11 G.C.A. §§1104 and 1107.

5. Respondent Lourdes M. Perez, Director of the Department of Administration (hereinafter "Respondent Perez"), is responsible to set aside all money reserved for income tax refunds, earned income tax credits and child tax credits from income tax receipts, as required by the Income Tax Refund Reserve Fund Law. 11 G.C.A. §50104.

6. Respondent Douglas B. Moylan, Attorney General of Guam (hereinafter "Respondent Moylan"), is the elected Attorney General of Guam, the head of the Department

2

of Law and chief legal officer of the Government of Guam, and has the duty to institute proceedings to have determined by the courts the validity of any law.

7. Respondent Government of Guam, created through the Organic Act, is made up of three (3) co-equal branches of government consisting of the Executive, Legislative, and Judicial branches, and only has those powers granted to it through the Organic Act.

## THE CLASS

8. Petitioner brings this petition on Petitioner's own behalf and on behalf of all persons similarly situated. The class Petitioner represents consists of all Guam taxpayers who were and are entitled to be paid refundable earned income tax credits under the GTIT and the Earned Income Program.

9. The class Petitioner represents numbers at least 5,000 and is so numerous that the joinder of each member of the class is impracticable.

10. There is a well defined community interest in the questions of law and fact affecting the class Petitioner represents. The class members' claims against Respondents involve questions of common or general interest, in that the statutory formula used to determine qualification for refundable earned income tax credits has never been applied. The questions are such that proof of a state of facts common to the members of the class will entitle each member of the class to the relief requested in this Petition.

11. The members of the class Petitioner represents have no plain, speedy, or adequate remedy at law against Respondents other than by maintenance of this class action, because Petitioner is informed and believes, and on the basis of that information and belief alleges, that the damage to each member of the class is relatively small, and that it would be

3

PHILLIPS & BORDALLO

economically infeasible to seek recovery against Respondents other than by a class action.

12. The prosecution of separate actions by individual members of the class would create a risk of adjudications with respect to individual members of the class which would as a practical matter be dispositive of the interests of the other members not parties to the adjudications.

13. Petitioner will fairly and adequately represent and protect the interests of the class, because Petitioner is a member of the class and Petitioner's claims are typical of those in the class, and counsel for Petitioner is experienced in class actions of this nature.

## PETITIONER'S CLAIMS

14. Congress organized Guam as an unincorporated possession of the United States through the Organic Act of Guam, 48 U.S.C. § 1421 *et. seq*. Congress also provided an income tax scheme for Guam in 48 U.S.C. § 1421i ("Income Tax Section").

15. Guam residents do not pay any income tax to the U.S. federal government; instead, they pay a territorial income tax to the government of Guam. Rather than writing an entirely new tax code for Guam, Congress applied certain provisions of the Internal Revenue Code, 26 U.S.C. § 1 *et. seq*. ("IRC."), to Guam as the Guam Territorial Income Tax, including Subtitle A, which contains the EIC. 26 U.S.C. §32.

16. In passing the Income Tax Section, Congress intended to provide uniform treatment for United States and Guam taxpayers. Only those provisions of the IRC that are manifestly inapplicable or incompatible with the intent of the Income Tax Section do not apply to Guam taxpayers. The EIC is not manifestly inapplicable or incompatible with the intent of the Income Tax Section.

4

17. The EIC was enacted in part to provide special tax benefits to low-income workers by reducing tax burdens and making employment more attractive than welfare.

18. Under the mirror code, Guam taxpayers have been eligible for the EIC since its effective date in 1975, and remain eligible unless Guam de-links from the IRC and enacts its own tax code. Guam has not de-linked from the IRC nor has it enacted its own tax code.

19. On February 28, 1996, Public Law 23-74, sponsored by then-Senator Felix P. Camacho, specifically made the EIC applicable to Guam. Although the provisions of Public Law 23-74 were later repealed, the Guam Legislature, through Public Law 24-61:4, as amended by Public Law 25-03:IV;22, enacted the Earned Income Program (the "Earned Income Program") to mandate the fulfillment of the Government of Guam's obligations under the Income Tax Section. 11 G.C.A. §42101, *et. seq*.

20. Section 42103 of Title 11 G.C.A. requires the Earned Income Program be instituted using the same income levels as are used in the EIC law "to compute a subsidy which will be paid to residents of Guam who file Income Tax Returns to the Department of Revenue and Taxation."

21. Section 50103 of Title 11 G.C.A. requires Respondent Illagan, in consultation with Respondent Perez and the Director of the Bureau of Budget and Management Research, to establish a formula for reserving income tax receipts to pay income tax refunds, earned income tax credits and child tax credits.

22. Section 50104 of Title 11 G.C.A. requires Respondent Perez to set aside all money reserved for income tax refunds, earned income tax credits and child tax credits from income tax receipts.

5

23. The Guam Supreme Court recently held that the substantive provisions of the IRC enlisted in the Organic Act, including the EIC, must be applied in mirrored fashion to Guam, and the Governor is required to enforce and administer the EIC. *See* In re Request of *I Mina Bente Sing'ko Na Liheslaturan Guahan* Relative to the Application of the Earned Income Tax Credit Program to Guam Taxpayers, 2001 Guam 3 (2001).

24. Respondents have refused requests for refundable earned income tax credits, and have publicly continued to allege that the EIC is inapplicable to Guam taxpayers.

25. Respondents have failed to pay refundable earned income tax credits to Petitioner, and continued to deny Guam taxpayers the benefits of the Earned Income Program, as mandated by the Organic Act and Guam law.

26. Petitioner seeks relief in the form of damages for all unpaid refundable earned income tax credits for the years 1998, 1999, 2000, 2001, 2002, and 2003, in the approximate amount of One Hundred Twelve Million and Four Hundred Thousand Dollars ($112,400,000.00). *See* Government of Guam EITC Costs (Projected), based on U.S. Treasury projections of average annual growth rate in the United States, attached herein as Exhibit "A."

27. In the alternative, Petitioner seeks a writ in the nature of mandamus compelling Respondents to implement the EIC as required by the Organic Act and Guam law, and furthermore, that Respondents pay to Petitioner and the class all unpaid refundable earned income tax credits for the years 1998, 1999, 2000, 2001, 2002, and 2003, in the approximate amount of One Hundred Twelve Million and Four Hundred Thousand Dollars ($112,400,000.00). Petitioner has a clear right to the relief sought, Respondents have plainly

6

defined, peremptory and non-discretionary duties to implement the EIC and to pay unpaid refundable income tax credits, and no other adequate remedy is available.

28. Petitioner has incurred, and will continue to incur, expenses for costs and attorneys' fees necessary for the investigation, formulation, and prosecution of this action. Those attorney fees and other expenditures will result in a benefit to all members of the class.

WHEREFORE, Petitioner prays for judgment against Respondents as follows:

1. Damages in the approximate amount of One Hundred Twelve Million and Four Hundred Thousand Dollars ($112,400,000.00), for the payment of refundable earned income tax credits for the years 1998 through 2003, or some other amount to be shown at trial.

2. In the alternative, a writ in the nature of mandamus compelling Respondents to implement the EIC and pay Petitioner and the class all unpaid refundable earned income tax credits for the years 1998 through 2003, in the approximate amount of One Hundred Twelve Million and Four Hundred Thousand Dollars ($112,400,000.00)., or some other amount to be shown at trial.

3. Petitioner recover costs and attorneys' fees in the amount of ten percent (10%) of the total amount recovered by the class.

4. Payment of Petitioner's costs and attorneys' fees from the amount recovered for the common benefit of the class; and

5. The Court grant such other relief as at law or in equity may be granted, whether or not prayed for herein.

7

Respectfully submitted this 12th day of February, 2004.

PHILLIPS & BORDALLO, P.C.
Attorneys for Petitioner

BY: _____
MICHAEL F. PHILLIPS

8

# VERIFICATION

GUAM, U.S.A.        )
                             )ss.
CITY OF HAGÅTÑA     )

       The undersigned, being first duly sworn, deposes and says that she is a party to the above-entitled matter; the foregoing document is true of her own knowledge, except as to matters which are therein stated on her information or belief and as to those matters she believes them to be true.

_____
**JULIE BABAUTA SANTOS**

**SUBSCRIBED AND SWORN** to before me this 12th day of February, 2004.

_____
NOTARY PUBLIC



**FRANK G. PETERS**
NOTARY PUBLIC
In and for Guam U.S.A.
My Commission expires: February 9, 2005
415 CHALAN SAN ANTONIO SUITE #101
TAMUNING, GUAM 96911

9

**Table D**

<table>
<tr><td colspan="4" align="center">**Government of Guam**<br>**EITC Costs (Projected) ***</td></tr>
<tr><td>__Year__</td><td>**Returns**<br>**Filed**</td><td>**Average Annual**<br>__Growth Rate__</td><td>**EITC**<br>__Costs (in millions)__</td></tr>
<tr><td>1998</td><td>15,300</td><td>1.5%</td><td>17.1</td></tr>
<tr><td>1999</td><td>16,500</td><td>1.5%</td><td>17.6</td></tr>
<tr><td>2000</td><td>17,200</td><td>1.5%</td><td>18.1</td></tr>
<tr><td>2001</td><td>18,500</td><td>1.5%</td><td>18.5</td></tr>
<tr><td>2002</td><td>19,500</td><td>1.5%</td><td>19.1</td></tr>
<tr><td>2003</td><td>20,300</td><td>3.0%</td><td>22.0</td></tr>
<tr><td>2004</td><td>21,500</td><td>4.0%</td><td>24.0</td></tr>
<tr><td>2005</td><td>23,000</td><td>4.0%</td><td>26.0</td></tr>
</table>

* **Based on U.S. Treasury projections of average annual growth rate in the United States**

**EXHIBIT A**

# United States District Court

### DISTRICT OF _____

JULIE BABAUTA SANTOS,
INDIVIDUALLY AND ON BEHALF OF
ALL THOSE SIMILARLY SITUATED

**V.**

FELIX CAMACHO, GOVERNOR OF GUAM,
ART ILAGAN, DIRECTOR OF REVENUE & TAXATION,
LOURDES PEREZ, DIRECTOR OF DEPT OF ADMINISTRATION,
DOUGLAS MOYLAN, ATTORNEY GENERAL,
GOVERNMENT OF GUAM

## SUMMONS IN A CIVIL CASE

CASE NUMBER: CV 04-0006

TO: (Name and address of defendant)

FELIX CAMACHO, GOVERNOR OF GUAM

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

MICHAEL F. PHILLIPS
PHILLIPS & BORDALLO, P.C.
410 W. O'BRIEN DRIVE
HAGATNA, GUAM 96910

an answer to the complaint which is herewith served upon you, within **TWENTY (20)** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MARY L. M. MORAN
Clerk Of Court

DATE: FEB 13 2004

CLERK

(BY) DEPUTY CLERK

COPY

ACKNOWLEDGED RECEIPT

By: _____
Date: 2/13/04

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.
Name of person with whom the summons and complaint were left: _____
_____

☐ Returned unexecuted: _____
_____
_____
_____

☐ Other *(specify):* _____
_____
_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing
information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                        *Date*                                           *Signature of Server*

                                                       _____
                                                              *Address of Server*

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# United States District Court

—————— DISTRICT OF ——————

JULIE BABAUTA SANTOS, INDIVIDUALLY,
AND ON BEHALF OF ALL THOSE
SIMILARLY SITUATED

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: CV 04-00006

FELIX CAMACHO, GOVERNOR OF GUAM
ART ILAGAN, DIRECTOR OF REVENUE & TAXATION
LOURDES M. PEREZ, DIRECTOR OF DEPARTMENT OF ADMINISTRATION
DOUGLAS MOYLAN, ATTORNEY GENERAL
GOVERNMENT OF GUAM

TO: (Name and address of defendant)

GOVERNMENT OF GUAM

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

MICHAEL PHILLIPS
PHILLIPS & BORDALLO, P.C.
410 W. O'BRIEN DRIVE
HAGATNA, GUAM 96910

an answer to the complaint which is herewith served upon you, within _TWENTY (20)_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MARY L. M. MORAN

Clerk Of Court

FEB 13 2004

CLERK

DATE

(BY) DEPUTY CLERK

ACKNOWLEDGED RECEIPT

By:
Date: 2/13/04



## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐  Served personally upon the defendant. Place where served: _____

_____

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

_____

☐  Returned unexecuted: _____

_____

_____

☐  Other *(specify):* _____

_____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
　　　　　　　　　　*Date*                                          *Signature of Server*

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　*Address of Server*

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# United States District Court

## ──── DISTRICT OF ────

JULIE BABAUTA SANTOS, INDIVIDUALLY,
AND ON BEHALF OF ALL THOSE
SIMILARLY SITUATED

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: CV 04-00006

FELIX CAMACHO, GOVERNOR OF GUAM
ART ILAGAN, DIRECTOR OF REVENUE & TAXATION
LOURDES M. PEREZ, DIRECTOR OF DEPARTMENT OF ADMINISTRATION
DOUGLAS MOYLAN, ATTORNEY GENERAL
GOVERNMENT OF GUAM

TO: (Name and address of defendant)

ART ILAGAN
DIRECTOR
DEPARTMENT OF REVENUE
& TAXATION

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

MICHAEL PHILLIPS
PHILLIPS & BORDALLO, P.C.
410 W. O'BRIEN DRIVE
HAGATNA, GUAM 96910

an answer to the complaint which is herewith served upon you, within  TWENTY (20)  days after
service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken
against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a
reasonable period of time after service.

MARY L. M. MORAN
Clerk Of Court

CLERK

(BY) DEPUTY CLERK

DATE

FEB 13 2004

ACKNOWLEDGED RECEIPT
By:
Date:  2/13/04

# COPY

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

_____

☐ Returned unexecuted: _____

_____

_____

_____

☐ Other *(specify):* _____

_____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                          *Date*                                           *Signature of Server*

                                                    _____
                                                            *Address of Server*

[1]   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# United States District Court

-------- DISTRICT OF --------

JULIE BABAUTA SANTOS, INDIVIDUALLY,
AND ON BEHALF OF ALL THOSE
SIMILARLY SITUATED

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: CV 04-00006

FELIX CAMACHO, GOVERNOR OF GUAM
ART ILAGAN, DIRECTOR OF REVENUE & TAXATION
LOURDES M. PEREZ, DIRECTOR OF DEPARTMENT OF ADMINISTRATION
DOUGLAS MOYLAN, ATTORNEY GENERAL
GOVERNMENT OF GUAM

TO: (Name and address of defendant)

LOURDES M. PEREZ
DIRECTOR
DEPARTMENT OF ADMINISTRATION

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

MICHAEL PHILLIPS
PHILLIPS & BORDALLO, PC
410 W. O'BRIEN DR.
HAGATNA, GUAM 96910

an answer to the complaint which is herewith served upon you, within _TWENTY (20)_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MARY L. M. MORAN
Clerk Of Court

FEB 13 2004

CLERK

DATE

(BY) DEPUTY CLERK

ACKNOWLEDGED RECEIPT

By:

Date: 2/13/04

COPY

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____
_____

☐ Returned unexecuted: _____
_____
_____
_____

☐ Other *(specify):* _____
_____
_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                        *Date*                                              *Signature of Server*

                                            _____
                                                    *Address of Server*

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# United States District Court

## DISTRICT OF

JULIE BABAUTA SANTOS, INDIVIDUALLY,
AND ON BEHALF OF ALL THOSE
SIMILARLY SITUATED

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: CV 04-00006

FELIX CAMACHO, GOVERNOR OF GUAM
ART ILAGAN, DIRECTOR OF REVENUE & TAXATION
LOURDES M. PEREZ, DIRECTOR OF DEPARTMENT OF ADMINISTRATION
DOUGLAS MOYLAN, ATTORNEY GENERAL
GOVERNMENT OF GUAM

TO: (Name and address of defendant)

DOUGLAS MOYLAN
ATTORNEY GENERAL

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

MICHAEL PHILLIPS
PHILLIPS & BORDALLO, P.C.
410 W. O'BRIEN DRIVE
HAGATNA, GUAM 96910

an answer to the complaint which is herewith served upon you, within _TWENTY (20)_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**MARY L. M. MORAN**
Clerk Of Court

FEB 13 2004

_____
CLERK

_____
DATE

_____
(BY) DEPUTY CLERK

ACKNOWLEDGED RECEIPT
By: _____
Date: _2/13/04_

**COPY**

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____
_____

☐ Returned unexecuted: _____
_____
_____

☐ Other *(specify):* _____
_____
_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
              *Date*                                          *Signature of Server*

                                      _____
                                        *Address of Server*

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.