AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

FILED
DISTRICT COURT OF GUAM
FEB 25 2004
MARY L. M. MORAN
CLERK OF COURT

DISTRICT OF —————

JULIE BABAUTA SANTOS,
INDIVIDUALLY, AND ON BEHALF OF
ALL THOSE SIMILARLY SITUATED

**SUMMONS IN A CIVIL CASE**

V.

FELIX CAMACHO, GOVERNOR OF GUAM
ART ILAGAN, DIRECTOR OF REVENUE & TAXATION
LOURDES M. PEREZ, DIRECTOR OF DEPARTMENT OF ADMINISTRATION
DOUGLAS MOYLAN, ATTORNEY GENERAL
GOVERNMENT OF GUAM

CASE NUMBER: CV04-0006

TO: (Name and address of defendant)

ART ILAGAN, DIRECTOR OF REVENUE
& TAXATION

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

MICHAEL PHILLIPS, ESQ
PHILLIPS & BORDALLO, P.C.
410 W. O'BRIEN DRIVE
HAGATNA, GUAM 96910

an answer to the complaint which is herewith served upon you, within TWENTY (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MARY L. M. MORAN
Clerk Of Court

CLERK

(BY) DEPUTY CLERK

DATE

FEB 13 2004

ORIGINAL

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 2/13/04 |
| NAME OF SERVER (PRINT) MARK A. SCROGGS | TITLE PROCESS SERVER |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: REV. & TAX DIRECTOR'S OFFICE TIYAN, GU.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES ✓ | TOTAL ✓ |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2/13/04
Date

Signature of Server
PO BOX 432
HAGATNA, GU. 96932
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.