# United States District Court

_____ DISTRICT OF _____

FILED
DISTRICT COURT OF GUAM
FEB 25 2004
MARY L. M. MORAN
CLERK OF COURT

JULIE BABAUTA SANTOS, INDIVIDUALLY,
AND ON BEHALF OF ALL THOSE
SIMILARLY SITUATED

**SUMMONS IN A CIVIL CASE**

(3)

V.

FELIX CAMACHO, GOVERNOR OF GUAM
ART ILAGAN, DIRECTOR OF REVENUE & TAXATION
LOURDES M. PEREZ, DIRECTOR OF DEPARTMENT OF ADMINISTRATION
DOUGLAS MOYLAN, ATTORNEY GENERAL
GOVERNMENT OF GUAM

CASE NUMBER: CV 04-00006

TO: (Name and address of defendant)

GOVERNMENT OF GUAM
AG

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

MICHAEL PHILLIPS
PHILLIPS & BORDALLO, P.C.
410 W. O'BRIEN DRIVE
HAGATNA, GUAM 96910

an answer to the complaint which is herewith served upon you, within TWENTY (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MARY L. M. MORAN
Clerk Of Court

CLERK

(BY) DEPUTY CLERK

DATE  FEB 13 2004

# ORIGINAL

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE 2/13/04 |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) MARK A. SCROGGS | TITLE PROCESS SERVER |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: AG OFFICE SUPERIOR COURT BLDG AGANA.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES 45 | TOTAL 45 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2/13/04
_____ Date

Signature of Server

P.O. BOX 482
HAGATNA, GU. 96932
Address of Server

Doyle B. May
4:24 pm
2/13/04

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.