AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

**FILED**
**DISTRICT COURT OF GUAM**
**FEB 25 2004**
**MARY L. M. MORAN**
**CLERK OF COURT**

_____ DISTRICT OF _____

JULIE BABAUTA SANTOS
INDIVIDUALLY AND ON
BEHALF OF ALL THOSE
SIMILARLY SITUATED
V.

FELIX CAMACHO,
ART ILAGTAN,
LOURDES M. PEREZ
DOUGLAS MOYLAN
GOVERNMENT OF GUAM

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CV 04-0006

(6)

TO: (Name and address of defendant)

FELIX CAMACHO, GOVERNOR OF GUAM

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

MICHAEL PHILLIPS
PHILLIPS & BORDALLO, P.C.
410 W. O'BRIEN DR.
HAGATNA, GUAM 96910

an answer to the complaint which is herewith served upon you, within _TWENTY (20)_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MARY L. M. MORAN
Clerk Of Court

FEB 13 2004

CLERK                                                    DATE

(BY) DEPUTY CLERK

**ORIGINAL**

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 2/13/04 |
| NAME OF SERVER (PRINT) MARK A. SCROGGS | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: GOVERNOR'S OFFICE
PNG BLDG, HAGATNA, GU. THROUGH
LEGAL COUNSEL, SHANNON TAITANO.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $\checkmark$ | TOTAL $\checkmark$ |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/13/04
             Date

Signature of Server
P.O. BOX 432
HAGATNA, GU. 96932
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

SHANNON TAITANO
FEB 13 04 @ 4:34 PM