Office of the Attorney General
Douglas B. Moylan
Attorney General of Guam
Civil Division
Guam Judicial Center, Suite 2-200E
120 West O'Brien Drive
Hagåtña, Guam 96910 • USA
(671) 475-3324 • (671) 472-2493 (Fax)
www.guamattorneygeneral.com • law@mail.justice.gov.gu

Attorneys for the Government of Guam

FILED
DISTRICT COURT OF GUAM
MAR 10 2004
MARY L. M. MORAN
CLERK OF COURT

# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, individually, and on behalf of all those similarly situated, <br><br> Petitioner, <br><br> vs. <br><br> FELIX P. CAMACHO, Governor of Guam, ART ILAGAN, Director of Department of Revenue and Taxation, LOURDES M. PEREZ, Director of Department of Administration, DOUGLAS B. MOYLAN, Attorney General; and GOVERNMENT OF GUAM, <br><br> Respondents. | Civil Case No. CV04-00006 <br><br> **STIPULATION TO DISMISS DOUGLAS B. MOYLAN, ATTORNEY GENERAL, AS A NAMED DEFENDANT** |

COMES NOW the parties, Peitioner Julie Babauta Santos, by and through her attorney Michael Phillips, and Respondent Douglas B. Moylan, by and through his attorney, Deputy

///

Page 1
*Julie Santos v. Felix Camacho, et al*
*Stipulation to Dismiss Douglas B. Moylan*
District Court of Guam Civil Action No. 04-00006

Case 1:04-cv-00006   Document 7   Filed 03/10/2004   Page 1 of 2

ORIGINAL

Attorney General J. Basil O'Mallan III, who hereby stipulate and agree to dismiss the complaint against Douglas B. Moylan.

**SO STIPULATED:**

| PHILLIPS & BORDALLO, P.C. | OFFICE OF THE ATTORNEY GENERAL |
|---|---|
| Attorneys for Petitioner | Douglas B. Moylan, Attorney General |

_____ 3/05/04      _____ 3/3/04
MICHAEL F. PHILLIPS   Date            J. BASIL O'MALLAN III   Date
                                      **D**eputy Attorney General, Civil Division

SO ORDERED THIS  MAR - 9 2004 , 2004.

_____
JOHN S. UNPINGCO
CHIEF JUDGE, DISTRICT COURT OF GUAM

**RECEIVED**
MAR - 8 2004
DISTRICT COURT OF GUAM
HAGATNA, GUAM

Page 2
*Julie Santos v. Felix Camacho, et al*
*Stipulation to Dismiss Douglas B. Moylan*
District Court of Guam Civil Action No. 04-00006

Case 1:04-cv-00006   Document 7   Filed 03/10/2004   Page 2 of 2