

Office of the Attorney General
**Douglas B. Moylan**
Attorney General of Guam
**Civil Division**
Guam Judicial Center, Suite 2-200E
120 West O'Brien Drive
Hagåtña, Guam 96910 • USA
(671) 475-3324 • (671) 472-2493 (Fax)
www.guamattorneygeneral.com • law@mail.justice.gov.gu

**Attorneys for the Government of Guam**

# UNITED STATES DISTRICT COURT
# DISTRICT OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, Individually and on behalf of those similarly situated,<br><br>     Petitioner,<br><br>vs.<br><br>FELIX P. CAMACHO, Governor of Guam; ART ILAGAN, Director of Department of Revenue & Taxation; LOURDES M. PEREZ, Director of Department of Administration; DOUGLAS B. MOYLAN, Attorney General; and GOVERNMENT OF GUAM,<br><br>     Respondents. | Civil Action File No. 04-00006<br><br>**PROOF OF SERVICE** |

**I, FRANCISCO M. SANTOS,** do hereby certify and declare that on Thursday, March 11, 2004, I personally served the *OPPOSITION TO CLASS ACTION PETITION FOR*

---

Page 1
Proof of Service re: Opposition to Class Action Petition for Recovery of Income Tax Refunds or in the Alternative for Writ In the Nature of Mandamus;
Julie B. Santos v. Felix P. Camacho, etal; CV04-00006
J.L.Rosario

**ORIGINAL**

*RECOVERY OF INCOME TAX REFUNDS OR IN THE ALTERNATIVE FOR WRIT IN THE NATURE OF MANDAMUS* to:

The Law Offices of
PHILLIPS & BORDALLO
410 West O'Brien Drive
Hagatna, Guam 96910

Phillips & Bordallo, P.C.
410 West O'Brien Drive
Hagatna, Guam 96910

I declare, under penalty of perjury, this ____ day of March, 2004 that the foregoing is true and correct to the best of my knowledge.

_____
FRANCISCO M. SANTOS

---

Page 2
Proof of Service re: Opposition to Class Action Petition for Recovery of Income Tax Refunds or in the Alternative for Writ In the Nature of Mandamus;
Julie B. Santos v. Felix P. Camacho, etal; CV04-00006
J.L.Rosario