DISTRICT COURT OF GUAM

TERRITORY OF GUAM

FILED
DISTRICT COURT OF GUAM
MAY 27 2004
MARY L. M. MORAN
CLERK OF COURT

| | |
|---|---|
| JULIE BABAUTA SANTOS, *et al.*, | Civil Case No. 04-00006 |
| Plaintiffs, | |
| vs. | |
| FELIX A. CAMACHO, etc., *et al.*, | MINUTES |
| Defendants. | |

(√) SCHEDULING CONFERENCE      ( ) PRELIMINARY PRETRIAL CONFERENCE
(May 26, 2004 at 3:15 p.m.)

( ) FINAL PRETRIAL CONFERENCE   ( ) STATUS CONFERENCE

**Notes:** Attorney Michael F. Phillips appeared on behalf of the plaintiff Julie B. Santos. Assistant Attorney General Phillip D. Isaac appeared on behalf of the defendants.[1]

      The Magistrate Judge advised counsel that without their consent to proceed before the him, a visiting district judge would be handling all dispositive matters in the case. However, even without the parties' consent, the Magistrate Judge was authorized to conduct all preliminary pretrial matters.

      Mr. Phillips stated that he was working on a motion for summary judgment and

---

[1] Also present at the conference were Shannon Taitano and Marianne Woluschuk, both of whom have not been admitted to practice before this Court.

anticipated filing it shortly. Mr. Phillips believed that class certification should proceed only if the Court ruled in the plaintiff's favor on the motion for summary judgment. Mr. Isaac believed that the Court should first certify the class and then rule on the summary judgment motion. The Court concurred with Mr. Isaac and instructed Mr. Phillips to work on certifying the class first.

The Court and counsel discussed issues and potential problems associated with certifying the class in this action.

Mr. Phillips requested that the Court set a date for a settlement conference before it heard argument on the motion for summary judgment. The Court stated that a settlement conference date would be set after the class had been certified.

The conference concluded at 3:45 p.m.

Dated: May 27, 2004

*[signature]*
**JUDITH P. HATTORI**
**Law Clerk**