DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, *et al.*,<br><br>    Plaintiffs,<br><br>    vs.<br><br>FELIX A. CAMACHO, etc., *et al.*,<br><br>    Defendants. | Civil Case No. 04-00006<br><br><br><br>ORDER |

Pursuant to the Stipulated Order Granting Preliminary Approval of Class Action Settlement, filed on June 17, 2004, the hearing on the final approval of the Settlement Agreement is hereby scheduled for Thursday, September 9, 2004 at 10:00 a.m.

SO ORDERED this 22nd day of June, 2004.

JOAQUIN V. E. MANIBUSAN, JR.
U.S. Magistrate Judge