

The Law Offices of
# PHILLIPS & BORDALLO
A Professional Corporation
410 West O'Brien Drive, Suite 102 Hagåtña, Guam 96910-5044
Tel: (671) 477-ABCD (2223) • Fax: (671) 477-2FAX (2329)
" I Erensia, Lina'Ia', Espiritu-ta"

Attorneys for Petitioner
and the EIC Class

FILED
DISTRICT COURT OF GUAM
JUN 2 4 2004
MARY L. M. MORAN
CLERK OF COURT

16

UNITED STATES DISTRICT COURT
FOR THE TERRITORY OF GUAM

JULIE BABAUTA SANTOS, individually, )
and on behalf of all those similarly situated, )
)
Petitioner, )
)
vs. )
)
FELIX A. CAMACHO, Governor of Guam, )
ART ILAGAN, Director of Department of )
Revenue and Taxation, LOURDES M. )
PEREZ, Director of Department of )
Administration; and GOVERNMENT OF )
GUAM, )
)
Respondents. )
_____ )

DOCKET NO. CIV04-00006

ORDER GRANTING
ATTORNEYS FEES
AND COSTS

The Petitioner, individually and on behalf of all those similarly situated (hereinafter "EIC Class"), through her attorneys of record Phillips and Bordallo, P.C., by Michael F. Phillips, and the Governor of Guam, Director of Department of Revenue and Taxation, Director of Department of Administration, and the GOVERNMENT OF GUAM, (hereinafter collectively referred to as "Government of Guam"), through their attorneys of record, the Office of the Attorney General, by Attorney General Douglas B. Moylan, appeared before the Court on June 17, 2004 and moved the Court for an order granting preliminary approval of the parties' Settlement Agreement. The Court approved the

parties' Settlement Agreement, and now, sets and approves attorneys' fees and court costs in the amount of ten percent (10%) of the Settlement Amount.

The recovery of attorneys' fees and court costs shall be from, and not in addition to, the Settlement Amount, and shall be executed in such manner as provided in the Administration Plan, not inconsistent with the parties' Settlement Agreement. Although the value of the benefit conferred by Petitioner and Counsel for the EIC Class to each member of the EIC Class cannot be determined with complete accuracy until all claims are presented, attorneys' fees awarded against the Settlement will shift the costs of litigation to each member of the EIC Class in the exact proportion that the value of each individual's claim bears to the total recovery and establishment of the common fund.

APPROVED AS TO FORM AND CONTENT:

| PHILLIPS & BORDALLO, P.C.<br>Attorneys for Petitioner | OFFICE OF THE ATTORNEY GENERAL<br>Attorneys for Government of Guam |
|---|---|
| By: _____<br>Michael F. Phillips | By: _____<br>Douglas B. Moylan |

SO ORDERED, this 24th day of June 2004.

_____
JOAQUIN C. MANIBUSAN, Jr.
Magistrate, District Court of Guam

**RECEIVED**
JUN 18 2004
DISTRICT COURT OF GUAM
HAGATNA, GUAM