VAN DE VELD SHIMIZU CANTO & FISHER
Attorneys At Law
Suite 101, Dela Corte Bldg.
**167 East Marine Corps Drive**
Hagåtña, Guam 96910
Office: (671) 472-1131
Facsimile: (671) 472-2886

Attorney for Petitioner/Intervenor Plaintiffs:
**CHRISTINA MARIE SANTOS NAPUTI**

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT COURT OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, Individually and on behalf of all those similarly situated,<br><br>Petitioner,<br><br>vs.<br><br>FELIX CAMACHO, Governor of Guam, ART ILAGAN, Director of Department of Revenue and Taxation, LOURDES M. PEREZ, Director of Department of Administration, and GOVERNMENT OF GUAM,<br><br>Respondents,<br><br>CHRISTINA M. S. NAPUTI,<br><br>Petitioner/Intervenor. | Civil Case No. CIV.04-00006<br><br><br><br><br><br><br><br>**SUBMISSION OF PROPOSED ORDER GRANTING PETITION FOR INTERVENTION BY PETITIONER/INTERVENOR CHRISTINA M.S. NAPUTI**<br><br><br><br><br>*Class Action* |

Santos, et al. v. Governor Camacho, et al., CHRISTINA M. S. NAPUTI, Petitioner/Intervenor
ORDER GRANTING PETITION FOR INTERVENTION BY PETITIONER/INTERVENOR CHRISTINA M.S. NAPUTI

Civil Case No. CIV04-00006                                                        Page 1

1  COMES NOW Petitioner/Intervenor CHRISTINA M.S. NAPUTI, to submit her proposed order in support of her motion to intervene to the court as required by LR7.1.

Respectfully submitted this __29 June 04__.

VAN DE VELD SHIMIZU CANTO & FISHER

_____
Curtis C. Van de veld, Esq.
Attorneys for Petitioner/Intervenor

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

Santos, et al. v. Governor Camacho, et al., CHRISTINA M. S. NAPUTI, Petitioner/Intervenor
ORDER GRANTING PETITION FOR INTERVENTION BY PETITIONER/INTERVENOR CHRISTINA M.S. NAPUTI

Civil Case No. CIV04-00006                                                Page 2

Case 1:04-cv-00006    Document 19    Filed 06/29/2004    Page 2 of 5

# CERTIFICATE OF SERVICE

I, CURTIS C. VAN DE VELD, certify that I caused a copy of the foregoing document here filed, to be served on counsel for the parties on June 29, 2004, via hand delivery at the following address:

| Counsel For Petitioner | Counsel for Repondents |
|---|---|
| Michael F. Phillips, Esq.<br>Phillips & Bordallo, P.C.<br>410 West O'Brien Drive<br>Hagåtña, Guam 96910 | Douglas B. Moylan, Esq.<br>Office of the Attorney General of Guam<br>Suite 2-200E, Guam Judicial Center<br>120 West O'Brien Drive<br>Hagåtña, Guam 96910 |

Respectfully submitted: this __29 June 04__.

VAN DE VELD SHIMIZU CANTO & FISHER

_____
Curtis C. Van de veld, Esq.
Attorneys for Petitioner/Intervenor

CCV:ccv
VSCF/EITC Clients/CV001535

---

Santos, et al. v. Governor Camacho, et al., CHRISTINA M. S. NAPUTI, Petitioner/Intervenor
ORDER GRANTING PETITION FOR INTERVENTION BY PETITIONER/INTERVENOR CHRISTINA M.S. NAPUTI

Civil Case No. CIV04-00006                                            Page 3

VAN DE VELD SHIMIZU CANTO & FISHER
Attorneys At Law
Suite 101, Dela Corte Bldg.
167 East Marine Corps Drive
Hagåtña, Guam 96910
Office: (671) 472-1131
Facsimile: (671) 472-2886

Attorney for Petitioner/ Intervenor:
    CHRISTINA MARIA SANTOS NAPUTI

# IN THE DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, Individually and on behalf of all those similarly situated,<br><br>Petitioner,<br><br>vs.<br><br>FELIX CAMACHO, Governor of Guam, ART ILAGAN, Director of Department of Revenue and Taxation, LOURDES M. PEREZ, Director of Department of Administration, and GOVERNMENT OF GUAM,<br><br>Respondents,<br><br>CHRISTINA M. S. NAPUTI,<br><br>Petitioner/Intervenor. | Civil Case No. CIV.04-00006<br><br><br>**(PROPOSED) ORDER GRANTING PETITION FOR INTERVENTION BY PETITIONER/INTERVENOR CHRISTINA M.S. NAPUTI**<br><br><br>**Class Action** |

J.B. Santos, et al. v. Governor F.P. Camacho, et al., CHRISTINA M. S. NAPUTI, Petitioner/Intervenor
*(PROPOSED) ORDER GRANTING INTERVENTION BY PETITIONER/INTERVENOR CHRISTINA M.S. NAPUTI*
Civil Case No. CIV04-00006      **Page 1**

Case 1:04-cv-00006    Document 19    Filed 06/29/2004    Page 4 of 5

THIS MATTER has come before the court upon the motion of Petitioner/Intervenor CHRISTINA M.S. NAPUTI, to request leave be granted for said Petitioner/Intervenor to join in this action. The court finds that proper notice has been given as required by the applicable rules and that the parties have all been given sufficient opportunity to be heard on the matter. The court having considered the motion, evidence and record of this matter finds there from that the requisite showing for intervention has been made as moved by Petitioner/Intervenor NAPUTI and that good cause exists to make the following orders:

IT IS HEREBY ORDERED that Petitioner/Intervenor CHRISTINA M.S. NAPUTI is hereby granted ten (10) days leave to file said Petitioner/Intervenor's *Complaint In Intervention* in the form appended to the referenced motion and served on the other parties to this matter through counsel of record.

SO ORDERED: THIS _____ .

_____
DESIGNATED DISTRICT COURT JUDGE

CCV:ccv
VSCF/EITC Clients/CV001535

J.B. Santos, et al. v. Governor F.P. Camacho, et al., CHRISTINA M. S. NAPUTI, Petitioner/Intervenor
*(PROPOSED) ORDER GRANTING INTERVENTION BY PETITIONER/INTERVENOR CHRISTINA M.S. NAPUTI*
Civil Case No. CIV04-00006                                                                                        Page 2

Case 1:04-cv-00006    Document 19    Filed 06/29/2004    Page 5 of 5