DISTRICT COURT OF GUAM

TERRITORY OF GUAM

FILED
DISTRICT COURT OF GUAM
JUL 02 2004
MARY L. M. MORAN
CLERK OF COURT

| | |
|---|---|
| JULIE BABAUTA SANTOS, *et al.*, | Civil Case No. 04-00006 |
| Plaintiffs, | |
| vs. | |
| FELIX A. CAMACHO, etc., *et al.*, | ORDER |
| Defendants. | |

On June 29, 2004, Petitioner Christina M.S. Naputi filed a Motion to Intervene in this action. Parties intending to file a response to the motion shall do so by July 16, 2004. The Petitioner may file a reply brief by July 23, 2004. A hearing on the motion shall be held on Monday, August 2, 2004 at 3:00 p.m.

SO ORDERED this 2nd day of July, 2004.

JOAQUIN V. E. MANIBUSAN, JR.
U.S. Magistrate Judge