LUJAN AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Applicant for Intervention*

# DISTRICT COURT OF GUAM

# TERRITORY OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, individually, and on behalf of all those similarly situated, | CIVIL CASE NO. CV04-00006 |
| Petitioner, | |
| -vs- | **CERTIFICATE OF SERVICE** |
| FELIX P. CAMACHO, Governor of Guam; ART ILAGAN, Director of Department of Revenue and Taxation; LOURDES M. PEREZ, Director of Department of Administration; and GOVERNMENT OF GUAM, | |
| Respondents. | |
| CHARMAINE R. TORRES, on behalf of herself and all others similarly situated, | |
| Applicant for Intervention. | |

I, IGNACIO C. AGUIGUI, ESQ., hereby state that on the 6th day of July, 2004, I caused to be served via hand delivery a copy of the Motion for Leave to Intervene as a Plaintiff/Petitioner (Rules 23 and 24), Memorandum of Points and Authorities in Support of Motion for Leave to

---

Page 1 of 2

Julie Babauta Santos v. Felix P. Camacho et al.,
Charmaine R. Torres, Applicant for Intervention
Civil Case No. CV04-00006
Certificate of Service

**ORIGINAL**

Intervene as a Plaintiff/Petitioner, and [Proposed] Order Granting Leave to Intervene as a Plaintiff/Petitioner on the following counsel of record at their addresses:

> Michael F. Phillips, Esq.
> PHILLIPS & BORDALLO, P.C.
> 410 West O'Brien Drive
> Hagåtña, Guam 96910
> *Attorney for Petitioner Julie Babauta Santos*
>
> Douglas B. Moylan, Esq.
> OFFICE OF THE ATTORNEY GENERAL OF GUAM
> Suite 2-200E, Guam Judicial Center
> 120 West O'Brien Drive
> Hagåtña, Guam 96910
> *Attorney for Respondents Felix A. Camacho, Governor of Guam et al.*

Dated this 6th day of July, 2004.

**LUJAN, AGUIGUI & PEREZ LLP**

By: _____
IGNACIO C. AGUIGUI, ESQ.
*Attorneys for Applicant for Intervention*

Page 2 of 2
Julie Babauta Santos v. Felix P. Camacho et al.,
Charmaine R. Torres, Applicant for Intervention
Civil Case No. CV04-00006
Certificate of Service

Case 1:04-cv-00006    Document 23    Filed 07/06/2004    Page 2 of 2