**LUJAN AGUIGUI & PEREZ LLP**
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Applicant for Intervention*

FILED
DISTRICT COURT OF GUAM
JUL 09 2004
MARY L. M. MORAN
CLERK OF COURT

# DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, individually, and on behalf of all those similarly situated, | CIVIL CASE NO. CV04-00006 |
| Petitioner, | |
| -vs- | **CERTIFICATE OF SERVICE** |
| FELIX P. CAMACHO, Governor of Guam; ART ILAGAN, Director of Department of Revenue and Taxation; LOURDES M. PEREZ, Director of Department of Administration; and GOVERNMENT OF GUAM, | |
| Respondents. | |
| CHARMAINE R. TORRES, on behalf of herself and all others similarly situated, | |
| Applicant for Intervention. | |

I, IGNACIO C. AGUIGUI, ESQ., hereby state that on the 9th day of July, 2004, I caused to be served via hand delivery a copy of the Motion for Leave to Intervene as a Plaintiff/Petitioner (Rules 23 and 24), Memorandum of Points and Authorities in Support of Motion for Leave to Intervene as a Plaintiff/Petitioner, [Proposed] Order Granting Leave to Intervene as a

Page 1 of 2
Julie Babauta Santos v. Felix P. Camacho et al.,
Charmaine R. Torres, Applicant for Intervention
Civil Case No. CV04-00006
Certificate of Service

Case 1:04-cv-00006  Document 27  Filed 07/09/2004  Page 1 of 2

ORIGINAL

Plaintiff/Petitioner, Certificate of Service, Submission of Amended Proposed Complaint, Petition (Class Action) and Certificate of Service on the counsel of record for Applicant for Intervention Christina Maria Santos Naputi at his address:

Curtis C. Van de veld, Esq.
VAN DE VELD SHIMIZU CANTO & FISHER
Attorneys at Law
Suite 101, Dela Corte Building
167 East Marine Corps Drive
Hagåtña, Guam 96910
*Attorney for Applicant for Intervention Christina Maria Santos Naputi*

Dated this 9th day of July, 2004.

LUJAN, AGUIGUI & PEREZ LLP

By: _____
IGNACIO C. AGUIGUI, ESQ.
*Attorneys for Applicant for Intervention
Charmaine R. Torres*

---

Page 2 of 2

Julie Babauta Santos v. Felix P. Camacho et al.,
Charmaine R. Torres, Applicant for Intervention
Civil Case No. CV04-00006
Certificate of Service