

The Law Offices of
# PHILLIPS & BORDALLO
A Professional Corporation
410 West O'Brien Drive, Suite 102 Hagåtña, Guam 96910-5044
Tel: (671) 477-ABCD (2223) • Fax: (671) 477-2FAX (2329)
" I Erensia, Lina'la', Espiritu-ta"

Attorneys for Petitoiner



## UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, individually, and on behalf of all those similarly situated, <br><br> Petitioner, <br><br> vs. <br><br> FELIX A. CAMACHO, Governor of Guam, ART ILAGAN, Director of Department of Revenue and Taxation, LOURDES M. PEREZ, Director of Department of Administration; and GOVERNMENT OF GUAM, <br><br> Respondents. | CIVIL CASE NO. 04-00006 <br><br><br> **DECLARATION OF MICHAEL F. PHILLIPS IN SUPPORT OF MOTION FOR CONTINUANCE** |

I, Michael F. Phillips, declare as follows:

1.  I am the attorney of record for the above-named Petitioner and duly admitted to practice before the District Court of Guam. I make this declaration of my own knowledge, and, if called as a witness, I could and would testify to the facts set forth herein;

2.  I depart Guam on July 22, 2004 for the Democratic National Convention. I am the Chair of the Democratic Party of Guam and an official delegate to the Convention taking place the week of July 25, 2004 in Boston, Massachusetts and

1

ORIGINAL

ending on or about July 29, 2004. I am scheduled to return from off-island the evening of August 2, 2004. My itinerary and proof of ticket are attached as Exhibit "A";

3. I have diligently prepared for all matters involved in this case, including previous hearings and I am not filing this motion in bad faith or to unreasonably delay the proceedings. I will be able to meet the other deadlines set by the Court for Petitioner's response (due on July 16, 2004);

4. I do not believe a short continuance will inconvenience the Court or prejudice opposing counsel or new parties attempting to intervene. This is my first request in this case for a continuance and I do not believe I will need another continuance in order to comply with the Court's schedule;

5. Over the last few days I have attempted to stipulate to a new hearing date with the attorneys for Applicants for Intervention. Petitioner's counsel attempted unsuccessfully to obtain the consent of the attorney representing Applicant for Intervention Christina Naputi. Attorney Van de veld, representing Christina Naputi, is not able to stipulate to a short continuance without first receiving a new hearing. Attorney Van de veld desires his motion be heard by an Article III Judge. He is informed the visiting Judge scheduled to be on Guam during the period this matter is presently set for hearing may have left if his motion is not heard on August 2, 2004. Attorney Van de veld has requested Magistrate Judge Joaquin Manibusan be removed from this case and an Article III judge appointed in his place;

2

6. Attorney Ignacio C. Aguigui, representing Applicant for Intervention Charmaine Torres, does not object to the continuance for one or two days, but wants the hearings to be held as soon as possible;

7. The Attorney General of Guam, representing all Respondents, does not object to the continuance.

Dated this 9th day of July, 2004.

Michael F. Phillips

Lujan Aguigui & Perez LLP
Date: 7-9-04
Time: 1:20 p.m.
Rec'd: M

THE VANDEVELD LAW OFFICES, P.C
Received by: Maggi
Date: 7/9/04  Time: 1:11


RECEIVED JUL - 9 2004 ATTORNEY GENERAL'S OFFICE

Mike's Itinerary    Confirmation No.:    **UGS3SE**
Boston Conference
Democratic National Convention

| Depart | Day | Date | Time | Arrive | Day | Date | Time | Airlines | Flight No. | Seat No. |
|---|---|---|---|---|---|---|---|---|---|---|
| Guam | Thursday | 22-Jul-04 | 6:00am | Honolulu | Wednesday | 21-Jul-04 | 5:15pm | Continental | 2Y | 20K |
| Honolulu | Thursday | 22-Jul-04 | 8:15pm | Los Angeles | Friday | 23-Jul-04 | 5:00am | Continental | 76Y | 24L |
| Los Angeles | Saturday | 24-Jul-04 | 8:45am | Boston | Saturday | 24-Jul-04 | 5:06pm | United | 162V | |
| Boston | Saturday | 31-Jul-04 | 8:35am | Los Angeles | Saturday | 31-Jul-04 | 11:32am | United | 163W | |
| Los Angeles | Sunday | 1-Aug-04 | 9:45am | Honolulu | Sunday | 1-Aug-04 | 12:15pm | Continental | 75Y | 34B |
| Honolulu | Monday | 2-Aug-04 | 1:45pm | Guam | Monday | 3-Aug-04 | 5:25pm | Continental | 1Y | 22B |

**DNC Schedule of Events:**
Sunday      July 25th              5:00pm - 7:00pm      Delegation Reception
Mon - Thur  July 26th - 29th                            Convention
Friday      July 30th                                   DNC Meeting

**EXHIBIT A**