

The Law Offices of
# PHILLIPS & BORDALLO
A Professional Corporation
410 West O'Brien Drive, Suite 102 Hagåtña, Guam 96910-5044
Tel: (671) 477-ABCD (2223) • Fax: (671) 477-2FAX (2329)
" I Erensia, Lina'la', Espiritu-ta"

Attorneys for Petitoiner

UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, individually, and on behalf of all those similarly situated, <br><br> Petitioner, <br><br> vs. <br><br> FELIX A. CAMACHO, Governor of Guam, ART ILAGAN, Director of Department of Revenue and Taxation, LOURDES M. PEREZ, Director of Department of Administration; and GOVERNMENT OF GUAM, <br><br> Respondents. | CIVIL CASE NO. 04-00006 <br><br><br> **CERTIFICATE OF SERVICE** |

I, Michael F. Phillips, hereby state that on the 9th day of July 2004, I caused to be served via hand delivery a copy of the Motion For Continuance; Memorandum of Points and Authorities In Support Thereof and Declaration of Michael F. Phillips In Support of Motion To Continue on the following counsel of record at their address:

**CURTIS C. VAN DE VELD**
VAN DE VELD SHIMIZU CANTO FISHER
Attorneys at Law
Suite 101, Dela Corte Bldg.
167 East Marine Corps Drive
Hagåtña, Guam 96910
Attorney for Applicant for Intervention: Christina M.S. Naputi

**IGNACIO C. AGUIGUI**
LUJAN AGUIGUI & PEREZ, LLP
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Attorney for Applicant for Intervention: Charmaine R. Torres

**DOUGLAS B. MOYLAN**
OFFICE OF THE ATTORNEY GENERAL OF GUAM
Suite 2-200E, Guam Judicial Center
120 West O'Brien Drive
Hagåtña, Guam 96910
Attorney for Respondents: Felix A. Camacho, Governor of Guam et al.,

Dated this 9th day of July, 2004.

PHILLIPS & BORDALLO, P.C.

By: _____
Michael F. Phillips

Lujan Aguigui & Perez LLP
Date: 7-9-04
Time: 1:20
Rec'd: _____

THE VANDEVELD LAW OFFICES, P.C.

Received by: _____
Date: 7/9/04  Time: 1:11


RECEIVED
JUL - 9 2004
ATTORNEY GENERAL'S OFFICE