ORIGINAL

FILED
DISTRICT COURT OF GUAM
JUL 13 2004
MARY L. M. MORAN
CLERK OF COURT

# DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, *et al.*,<br>Plaintiffs,<br>vs.<br>FELIX A. CAMACHO, etc., *et al.*,<br>Defendants. | Civil Case No. 04-00006<br><br>ORDER |

On July 12, 2004, Applicant for Intervention Charmaine R. Torres filed a Motion to Vacate August 9, 2004 Objection and Opt-out Date and to Vacate September 9, 2004 Hearing Date for Final Approval of Settlement Agreement ("Motion to Vacate"). The Motion to Vacate was based partly on the alleged failure to provide appropriate Notice as required by the June 17, 2004 Stipulated Order. See Stipulated Order at ¶10(B). The Motion to Vacate also requested an expedited briefing schedule and hearing on the matter.

Because the previously established opt-out date of August 9, 2004 is quickly approaching, the Court concurs that an expedited briefing schedule is necessary. Accordingly, responses to the Motion to Vacate shall be filed and served on all interested parties by 3:00 p.m. on Wednesday, July 14, 2004. A reply memorandum may be filed no later than noon on Thursday, July 15, 2004. A hearing on this matter shall be held on Friday, July 16, 2004 at 11:00 a.m.

SO ORDERED this 13th day of July, 2004.

JOAQUIN V. E. MANIBUSAN, JR.
Magistrate Judge