The Law Offices of
# PHILLIPS & BORDALLO
A Professional Corporation
410 West O'Brien Drive, Suite 102 Hagåtña, Guam 96910-5044
Tel: (671) 477-ABCD (2223) • Fax: (671) 477-2FAX (2329)
" I Erensia, Lina'la', Espiritu-ta"

Attorneys for Petitioner

FILED
DISTRICT COURT OF GUAM
JUL 14 2004
MARY L. M. MORAN
CLERK OF COURT



UNITED STATES DISTRICT COURT

TERRITORY OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, individually, and on behalf of all those similarly situated,<br><br>Petitioner,<br><br>vs.<br><br>FELIX A. CAMACHO, Governor of Guam, ART ILAGAN, Director of Department of Revenue and Taxation, LOURDES M. PEREZ, Director of Department of Administration; and GOVERNMENT OF GUAM,<br><br>Respondents. | CIVIL CASE NO. 04-00006<br><br>[PROPOSED] ORDER GRANTING CONTINUANCE FOR HEARING ON MOTION TO INTERVENE |

It is hereby ordered that the hearing on Applicant / Intervenor Christina M.S. Naputi's Motion To Intervene and Applicant / Intervenor Charmaine R. Torres' Motion To Intervene set for August 2, 2004 at 3:00 p.m., is continued until the ___5th___ day of August, 2004 at __3:00__ p.m.

SO ORDERED, this __13th__ day of July 2004.

_____
JOAQUIN V.E. MANIBUSAN, JR.
Honorable Magistrate Judge
District Court of Guam

RECEIVED
JUL 12 2004
DISTRICT COURT OF GUAM
HAGATNA, GUAM

ORIGINAL