

The Law Offices of
# PHILLIPS & BORDALLO
A Professional Corporation
410 West O'Brien Drive, Suite 102 Hagåtña, Guam 96910-5044
Tel: (671) 477-ABCD (2223) • Fax: (671) 477-2FAX (2329)
" I Erensia, Lina'la', Espiritu-ta"

FILED
DISTRICT COURT OF GUAM
JUL 14 2004  3:10pm
MARY L. M. MORAN
CLERK OF COURT

Attorneys for Petitioners

## DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

JULIE BABAUTA SANTOS, et al.,

Petitioners,

vs.

FELIX A. CAMACHO, etc., et al.,

Respondents.

CIVIL CASE NO. 04-00006

PETITIONER'S MOTION FOR AN ORDER APPOINTING CLASS COUNSEL, OR, IN THE ALTERNATIVE, FOR AN ORDER DESIGNATING INTERIM COUNSEL; FOR AN ORDER PRELIMINARILY APPROVING THE GRANTING OF ATTORNEYS' FEES; FOR AN ORDER APPROVING ADDITIONAL NOTICE TO THE PROPOSED CLASS MEMBERS; AND FOR AN ORDER CONTINUING THE HEARING ON FINAL APPROVAL OF THE SETTLEMENT AGREEMENT AND EXTENDING THE "OBJECTION AND OPT OUT DATE"

The Petitioner, individually and on behalf of all those similarly situated (hereinafter "EIC Class"), through her attorneys of record Phillips and Bordallo, P.C., by Michael F. Phillips, moves the Court for an order appointing class counsel, or, in the alternative, for an order designating interim counsel; for an order preliminarily approving the granting of attorneys' fees; for an order approving additional notice to the proposed

class members; and for an order continuing the hearing on final approval of the settlement agreement to November 9, 2004 and extending the "Objection and Opt Out Date", as defined in the Settlement Agreement, to October 8, 2004.

Petitioner bases her Motion on the record on file, accompanying Memorandum of Points and Authorities, Declaration of Attorney Michael F. Phillips, and the Stipulation of the Parties, and on any arguments or evidence that may be submitted to the Court should the Court determine a hearing on this matter is necessary.

Respectfully submitted this 14th day of July, 2004.

PHILLIPS & BORDALLO, P.C.
Attorneys for Petitioner

By: _____
Michael F. Phillips