

The Law Offices of
# PHILLIPS & BORDALLO
A Professional Corporation
410 West O'Brien Drive, Suite 102 Hagåtña, Guam 96910-5044
Tel: (671) 477-ABCD (2223) • Fax: (671) 477-2FAX (2329)
" I Erensia, Lina'la', Espiritu-ta"

FILED
DISTRICT COURT OF GUAM
JUL 14 2004
MARY L. M. MORAN
CLERK OF COURT



Attorneys for Petitioner

## UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, individually, and on behalf of all those similarly situated, | CIVIL CASE NO. 04-00006 |
| Petitioner, | |
| vs. | **CERTIFICATE OF SERVICE** |
| FELIX A. CAMACHO, Governor of Guam, ART ILAGAN, Director of Department of Revenue and Taxation, LOURDES M. PEREZ, Director of Department of Administration; and GOVERNMENT OF GUAM, | |
| Respondents. | |

I, Michael F. Phillips, hereby state that on the 14th day of July 2004, I caused to be served via hand delivery a copy of:

1. Petitioner's Motion For An Order Appointing Class Counsel, Or, In The Alternative, For An Order Designating Interim Counsel; For An Order Preliminarily Approving The Granting Of Attorneys' Fees; For An Order Approving Additional Notice To The Proposed Class Members; And For An Order Continuing The Hearing On Final Approval Of The Settlement Agreement And Extending The "Objection And Opt Out Date"

2. Memorandum Of Points And Authorities In Support Of Petitioner's Motion For An Order Appointing Class Counsel, Or, In The Alternative, For An Order Designating Interim Counsel; For An Order Preliminarily Approving The Granting Of Attorneys' Fees; For An Order Approving Additional Notice To The Proposed Class Members; And For An Order Continuing The Hearing On Final Approval Of The Settlement Agreement And Extending The "Objection And Opt Out Date"

1

3. Declaration Of Michael F. Phillips In Support Of Petitioner's Motion For An Order Appointing Class Counsel, Or, In The Alternative, For An Order Designating Interim Counsel

4. Stipulation Of The Parties Regarding Additional Notices To The Class, Extending The Objection And Opt Out Date, And Continuing The Hearing On Final Approval Of The Settlement Agreement

5. [Proposed] Order Appointing Class Counsel, Preliminarily Approving The Granting Of Attorneys' Fees; Approving Additional Notice To The Proposed Class Members; And Continuing The Hearing On Final Approval Of The Settlement Agreement And Extending The Objection And Opt Out Date

6. Petitioner's Response To Applicant For Intervention's Motion To Vacate The Objection and Opt Out Date and The Hearing Date for Final Approval of the Settlement Agreement.

on the following counsel of record at their address:

**CURTIS C. VAN DE VELD**
VAN DE VELD SHIMIZU CANTO FISHER
Attorneys at Law
Suite 101, Dela Corte Bldg.
167 East Marine Corps Drive
Hagåtña, Guam 96910
Attorney for Applicant for Intervention: Christina M.S. Naputi

**IGNACIO C. AGUIGUI**
LUJAN AGUIGUI & PEREZ, LLP
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Attorney for Applicant for Intervention: Charmaine R. Torres

**DOUGLAS B. MOYLAN**
OFFICE OF THE ATTORNEY GENERAL OF GUAM
Suite 2-200E, Guam Judicial Center
120 West O'Brien Drive
Hagåtña, Guam 96910
Attorney for Respondents: Felix A. Camacho, Governor of Guam et al.,

Dated this 14th day of July, 2004.

PHILLIPS & BORDALLO, P.C.

By: _____
Michael F. Phillips