LUJAN AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Applicant for Intervention*

**DISTRICT COURT OF GUAM**

**TERRITORY OF GUAM**

| | |
|---|---|
| JULIE BABAUTA SANTOS, individually, and on behalf of all those similarly situated,<br><br>Petitioner,<br><br>-vs-<br><br>FELIX P. CAMACHO, Governor of Guam; ART ILAGAN, Director of Department of Revenue and Taxation; LOURDES M. PEREZ, Director of Department of Administration; and GOVERNMENT OF GUAM,<br><br>Respondents.<br><br>CHARMAINE R. TORRES, on behalf of herself and all others similarly situated,<br><br>Applicant for Intervention. | CIVIL CASE NO. CV04-00006<br><br>**CERTIFICATE OF SERVICE** |

I, IGNACIO C. AGUIGUI, ESQ., hereby state that on the 15th day of July, 2004, I caused to be served via hand delivery a copy of the: (1) Reply in Support of Motion to Vacate August 9, 2004 Objection and Opt-Out Date and to Vacate September 9, 2004 Hearing Date for Final

Page 1 of 2

Julie Babauta Santos v. Felix P. Camacho et al.,
Charmaine R. Torres, Applicant for Intervention
Civil Case No. CV04-00006
Certificate of Service

**ORIGINAL**

Case 1:04-cv-00006   Document 50   Filed 07/15/2004   Page 1 of 2

Approval of Settlement Agreement – Class Action on the following counsel of record at their addresses:

Michael F. Phillips, Esq.
PHILLIPS & BORDALLO, P.C.
410 West O'Brien Drive
Hagåtña, Guam 96910
*Attorney for Petitioner Julie Babauta Santos*

Douglas B. Moylan, Esq.
OFFICE OF THE ATTORNEY GENERAL OF GUAM
Suite 2-200E, Guam Judicial Center
120 West O'Brien Drive
Hagåtña, Guam 96910
*Attorney for Respondents Felix A. Camacho, Governor of Guam et al.*

Curtis C. Van de veld, Esq.
VAN DE VELD SHIMIZU CANTO & FISHER
Attorneys at Law
Suite 101, Dela Corte Building
167 East Marine Corps Drive
Hagåtña, Guam 96910
*Attorney for Applicant for Intervention Christina Maria Santos Naputi*

Dated this 15th day of July, 2004.

LUJAN, AGUIGUI & PEREZ LLP

By: _____
IGNACIO C. AGUIGUI, ESQ.
*Attorneys for Applicant for Intervention*

Page 2 of 2
Julie Babauta Santos v. Felix P. Camacho et al.,
Charmaine R. Torres, Applicant for Intervention
Civil Case No. CV04-00006
Certificate of Service
Case 1:04-cv-00006   Document 50   Filed 07/15/2004   Page 2 of 2