LUJAN AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Applicant for Intervention*
*Charmaine R. Torres*

# DISTRICT COURT OF GUAM

# TERRITORY OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, individually, and on behalf of all those similarly situated,<br><br>Petitioner,<br><br>-vs-<br><br>FELIX P. CAMACHO, Governor of Guam; ART ILAGAN, Director of Department of Revenue and Taxation; LOURDES M. PEREZ, Director of Department of Administration; and GOVERNMENT OF GUAM,<br><br>Respondents.<br><br>CHARMAINE R. TORRES, on behalf of herself and all others similarly situated,<br><br>Applicant for Intervention. | CIVIL CASE NO. CV04-00006<br><br>**OBJECTIONS TO PROPOSED ORDER APPOINTING INTERIM CLASS COUNSEL**<br><br>**CLASS ACTION** |

Page 1 of 2
Julie Babauta Santos v. Felix P. Camacho et al.,
Civil Case No. CV04-00006
Objection to Proposed Order Appointing Interim Class Counsel

ORIGINAL

Case 1:04-cv-00006    Document 52    Filed 07/16/2004    Page 1 of 2

**APPLICANT FOR INTERVENTION CHARMAINE R. TORRES** ("Applicant") objects to the proposed order submitted by Attorney Michael Phillips regarding appointment as interim class counsel for the "EIC Class." The last sentence of the proposed order states that "The Court finds Attorney Phillips to be adequate under the standards required by Rule 23(g)(1)(B) and (C)." Applicant does not believe that the Court specifically made such findings at the hearing this morning. Rule 23(g)(2)(A) states that "The court may designate interim counsel to act on behalf of the putative class before determining whether to certify the action as a class action." The standards under Rule 23(g)(1)(B) and (C) are for appointments of class counsel, and do not appear to relate to designation of interim counsel. The Court must conduct further inquiry to determine whether the requirements of subparagraph (1)(B) and (C) have been met by Mr. Phillips. Interested parties have not had the opportunity to comment on this issue, since Mr. Phillips's motion for appointment as class counsel, or designation as interim counsel, was filed only yesterday.

Respectfully submitted this 16th day of July, 2004.

**LUJAN, AGUIGUI & PEREZ LLP**

By: _____
IGNACIO C. AGUIGUI, ESQ.
*Attorneys for Applicant for Intervention Charmaine R. Torres*

Page 2 of 2

Julie Babauta Santos v. Felix P. Camacho et al.,
Civil Case No. CV04-00006
Objection to Proposed Order Appointing Interim Class Counsel

Case 1:04-cv-00006   Document 52   Filed 07/16/2004   Page 2 of 2