FILED
DISTRICT COURT OF GUAM
JUL 16 2004
MARY L. M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT

## TERRITORY OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, *et al.*, <br><br> Petitioners, <br><br> vs. <br><br> FELIX A. CAMACHO, etc., *et al.*, <br><br> Respondent. | CIVIL CASE NO. 04-00006 <br><br> **ORDER APPOINTING ATTORNEY MICHAEL F. PHILLIPS INTERIM CLASS COUNSEL** |

This matter was brought before this Court on the motion of Petitioner to appoint class counsel, or, in the alternative, to designate interim counsel. The Court having considered the motion, the Declaration of Attorney Michael F. Phillips, and it appearing to the Court that Petitioner should be granted relief as prayed,

**IT IS ORDERED** that Attorney Michael F. Phillips of Phillips & Bordallo, P.C. is appointed Interim Class Counsel for the EIC Class pursuant to Federal Rule 23(g). The Court finds Attorney Phillips to be adequate under the standards required by Rule 23(g)(2)(a).

**SO ORDERED** this 16th day of July, 2004.

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge

RECEIVED
JUL 16 2004
DISTRICT COURT OF GUAM
HAGATNA, GUAM

RESPECTFULLY SUBMITTED:

**PHILLIPS & BORDALLO, P.C.**
Attorneys for Petitioner

By: _____  Dated: 7/16/04
    MICHAEL F. PHILLIPS

APPROVED AS TO FORM AND CONTENT:

**OFFICE OF THE ATTORNEY GENERAL OF GUAM**
Attorney for Respondents:
    *Felix A. Camacho, Governor of Guam et al.,*

By: _____  Dated: _____
    DOUGLAS B. MOYLAN,
    Attorney General of Guam

**VAN DE VELD SHIMIZU CANTO FISHER**
Attorneys for Applicant for Intervention:
    *Christina M.S. Naputi*

By: _____  Dated: _____
    CURTIS C. VAN DE VELD

**LUJAN AGUIGUI & PEREZ, LLP**
Attorneys for Applicant for Intervention:
    *Charmaine R. Torres*

By: Refused To Sign  Dated: _____
    IGNACIO C. AGUIGUI