## DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, *et al.*, <br><br> Petitioners, <br><br> vs. <br><br> FELIX A. CAMACHO, etc., *et al.*, <br><br> Respondents. | Civil Case No. 04-00006 <br><br><br><br><br> ORDER |

On July 16, 2004, this case came before the Court for hearing on a Motion to Vacate August 9, 2004 Objection and Opt-out Date and to Vacate September 9, 2004 Hearing Date for Final Approval of Settlement Agreement ("Motion to Vacate"), filed by Applicant for Intervention Charmaine R. Torres. During the course of argument, Attorney Michael F. Phillips, counsel for the Petitioner, requested an extension of time to file his response to the motions to intervene, which are set to be heard by the Court on August 5, 2004 at 3:00 p.m.. Neither Attorney Ignacio C. Aguigui, counsel for Applicant Torres, nor any other party present at the hearing had an objection to the request for an extension. Accordingly, the Court granted the Attorney Phillips' request. Responses to the motions to intervene shall now be filed by Friday, July 23, 2004. Reply briefs may be filed no later than Monday, August 2, 2004.

SO ORDERED this 16th day of July, 2004.

JOAQUIN V. E. MANIBUSAN, JR.
Magistrate Judge