# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
## CIVIL MINUTES - GENERAL

FILED
DISTRICT COURT OF GUAM
JUL 20 2004
MARY L. M. MORAN
CLERK OF COURT

**CASE NO.** CV-04-00006　　　　**DATE:** 07/16/04　　　　**TIME:** 11:05 a.m.

**CAPTION:** <u>JULIE BABAUTA SANTOS, individually & on behalf of all those similarly situated - vs- FELIX A. CAMACHO, Governor of Guam, et al.</u>

*************************************************************************************

**HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding**　　　Law Clerk: **Judith Hattori**
Court Reporter: Wanda Miles　　　　　　　　　　　　　　　　　Courtroom Deputy: Leilani Toves Hernandez
Hearing Electronically Recorded: 11:05:28 - 12:00:00　　　　　CSO: F. Tenorio

***************************** APPEARANCES *****************************

**COUNSEL FOR PLAINTIFF(s):**　　　　　　　　**COUNSEL FOR DEFENDANT(s):**
MIKE ~~PHILIPS~~ PHILLIPS　　　　　　　　　　MARIANNE WOLOSCHUCK - Office of the Attorney General of Guam

IGNACIO AGUIGUI - Applicant for Intervention Charmaine Torres

**PROCEEDINGS:**

**MOTION TO VACATE AUGUST 9, 2004 OBJECTION AND OPT-OUT DATE AND SEPTEMBER 9, 2004 HEARING DATE FOR FINAL APPROVAL OF SETTLEMENT AGREEMENT**

( X ) MOTION (S) ARGUED BY　　( X ) PLAINTIFF　　( X ) DEFENDANT

(   ) MOTION(s)　___Granted　___Denied　___Settled　___Withdrawn　___Under Advisement

(   ) ORDER SUBMITTED　___Approved　___Disapproved

( X ) ORDER to be Prepared By: <u>Mr. Philips</u>

(   ) PROCEEDINGS CONTINUED TO: _____ at _____

**NOTES:**

<u>The Court Granted Applicant Torres' Motion to Vacate the August 9, 2004 and September 9, 2004 dates. The Court will reset these dates after ruling on the Motions to Intervene.</u>

<u>Mr. Philips moved to extend the deadline to file his opposition to the Motions to Intervene. Mr. Aguigui had no objection - GRANTED. Responses shall be filed by July 23, 2004. Reply brief shall be filed by August 2, 2004.</u>

<u>The Court appointed Mr. Philips as the interim counsel. Mr. Philips instructed to submit his proposed order today. The Court also stated that the Government of Guam is not relieved of its duty to deposit the agreed upon sum of money by July 17, 2004.</u>

<u>The Court also stated that the previous opt-out date has no force and effect until the final notice is approved by the Court and published by the parties.</u>

COURTROOM DEPUTY: _____　　　　　　　　　　　　END TIME: 12:00pm
L:\Docs\COURTROOM MINUTES\CIVIL MINUTES\CV-04-00006.wpd