

The Law Offices of
# PHILLIPS & BORDALLO
A Professional Corporation
410 West O'Brien Drive, Suite 102 Hagåtña, Guam 96910-5044
Tel: (671) 477-ABCD (2223) • Fax: (671) 477-2FAX (2329)
" I Erensia, Lina'la', Espiritu-ta"



FILED
DISTRICT COURT OF GUAM
JUL 23 2004
MARY L. M. MORAN
CLERK OF COURT

Attorneys for Petitioners

## DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

JULIE BABAUTA SANTOS, et al.,

    Petitioners,

vs.

FELIX A. CAMACHO, etc., et al.,

    Respondents,

CHRISTINA M. S. NAPUTI,

    Applicant for Intervention,

CHERMAINE R. TORRES,

    Applicant for Intervention.

CIVIL CASE NO. 04-00006

**CERTIFICATE OF SERVICE**

I, Michael F. Phillips, hereby state that on the 23rd day of July 2004, I caused to be served via hand delivery a filed copy of the Petitioners' Opposition To Applicants For Intervention Naputi And Torres' Motions To Intervene With Memorandum Of Points And Authorities In Support Thereof on the following counsel of record at their address:

**CURTIS C. VAN DE VELD**
VAN DE VELD SHIMIZU CANTO FISHER
Attorneys at Law
Suite 101, Dela Corte Bldg.
167 East Marine Corps Drive
Hagåtña, Guam 96910
Attorney for Applicant for Intervention: Christina M.S. Naputi

**IGNACIO C. AGUIGUI**
LUJAN AGUIGUI & PEREZ, LLP
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Attorney for Applicant for Intervention: Charmaine R. Torres

**DOUGLAS B. MOYLAN**
OFFICE OF THE ATTORNEY GENERAL OF GUAM
Suite 2-200E, Guam Judicial Center
120 West O'Brien Drive
Hagåtña, Guam 96910
Attorney for Respondents: Felix A. Camacho, Governor of Guam et al.,

Dated this 23rd day of July, 2004.

**PHILLIPS & BORDALLO, P.C.**

By: *[signature]*
Michael F. Phillips