

The Law Offices of
# PHILLIPS & BORDALLO
A Professional Corporation
410 West O'Brien Drive, Suite 102 Hagåtña, Guam 96910-5044
Tel: (671) 477-ABCD (2223) • Fax: (671) 477-2FAX (2329)
" I Erensia, Lina'Ia', Espiritu-ta"



Attorneys for Petitioners

# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

JULIE BABAUTA SANTOS, et al.,

    Petitioners,

vs.

FELIX A. CAMACHO, etc., et al.,

    Respondents,

CHRISTINA M. S. NAPUTI,

    Applicant for Intervention,

CHARMAINE R. TORRES,

    Applicant for Intervention.

CIVIL CASE NO. 04-00006

**PETITIONERS' MOTION FOR LEAVE TO FILE OPPOSITION TO APPLICANTS FOR INTERVENTION NAPUTI AND TORRES' MOTIONS TO INTERVENE IN EXCESS OF 20 PAGES; with MEMORANDUM OF POINTS AND AUTHORITIES**

The Petitioner, Julie Babauta Santos, individually and on behalf of all those similarly situated (hereinafter EIC Class), through her attorneys of record Phillips and Bordallo, P.C., by Ricardo D. Bordallo, moves the Court pursuant to Local Rule 7.1(g) for leave to file her Opposition to Applicants for Intervention Naputi and Torres' Motions

to Intervene in excess of twenty (20) pages. This motion is supported by the following memorandum of points and authorities and such other evidence and arguments as the court may permit.

### MEMORANDUM OF POINTS AND AUTHORITIES

Applicants for Intervention Charmaine R. Torres and Christina M.S. Naputi filed motions to intervene on June 29, 2004 and July 6, 2004, respectively. This Court ordered the hearing on both of these motions for August 5th, 2004. Upon reviewing the motions for intervention, counsel for Petitioner determined that Applicants for Intervention Torres and Naputi raise similar if not identical arguments in their motions to intervene. For the convenience of the Court and the parties, Petitioner is filing its Opposition to both Applicants' motion in one opposing memorandum. Moreover, considering the variety and importance of the claims raised by Applicants for Intervention, counsel for Petitioner seeks to thoroughly discuss each issue within a reasonable page limit not to exceed 35 pages. Based on the foregoing, Petitioner requests leave of this Court to file its Opposition in excess of 20 pages.

Respectfully submitted this 26th day of July, 2004.

PHILLIPS & BORDALLO, P.C.
Attorneys for Petitioner

By: _____
Ricardo D. Bordallo