

The Law Offices of
# PHILLIPS & BORDALLO
A Professional Corporation
410 West O'Brien Drive, Suite 102 Hagåtña, Guam 96910-5044
Tel: (671) 477-ABCD (2223) • Fax: (671) 477-2FAX (2329)
" I Erensia, Lina'la', Espiritu-ta"



Attorneys for Petitioner

## DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, et al., | CIVIL CASE NO. 04-00006 |
| Petitioners, | |
| vs. | |
| FELIX A. CAMACHO, etc., et al., | **CERTIFICATE OF SERVICE** |
| Respondents. | |
| CHRISTINA M.S. NAPUTI, | |
| Applicant for Intervention, | |
| CHARMAINE R. TORRES, | |
| Applicant for Intervention, | |

I, Ricardo D. Bordallo, hereby state that on the 26th day of July 2004, I caused to be served via hand delivery a copy of:

1. Petitioner's Amended Opposition To Applicants For Intervention Naputi and Torres' Motions to Intervene with Memorandum of Points and Authorities In Support Thereof

2. Petitioners' Motion For Leave To File Opposition To Applicants For Intervention Naputi and Torres' Motions To Intervene In Excess of 20 Pages; with Memorandum of Points and Authorities

3. [Proposed] Order Granting Petitioners' Motion For Leave To File Opposition In Excess of 20 Pages

1

on the following counsel of record at their address:

**CURTIS C. VAN DE VELD**
VAN DE VELD SHIMIZU CANTO FISHER
Attorneys at Law
Suite 101, Dela Corte Bldg.
167 East Marine Corps Drive
Hagåtña, Guam 96910
Attorney for Applicant for Intervention: Christina M.S. Naputi

**IGNACIO C. AGUIGUI**
LUJAN AGUIGUI & PEREZ, LLP
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Attorney for Applicant for Intervention: Charmaine R. Torres

**DOUGLAS B. MOYLAN**
OFFICE OF THE ATTORNEY GENERAL OF GUAM
Suite 2-200E, Guam Judicial Center
120 West O'Brien Drive
Hagåtña, Guam 96910
Attorney for Respondents: Felix A. Camacho, Governor of Guam et al.,

Dated this 26th day of July, 2004.

PHILLIPS & BORDALLO, P.C.

By: _____
**Ricardo D. Bordallo**