Van de veld  Shimizu  Canto  &  Fisher
Attorneys At Law
Suite 101, Dela Corte Bldg.
167 East Marine Corps Drive
Hagåtña, Guam 96910
Office: (671) 472-1131
Facsimile: (671) 472-2886

Attorneys for Petitioner/Intervenor :
CHRISTINA MARIE SANTOS NAPUTI

FILED
DISTRICT COURT OF GUAM
JUL 28 2004
MARY L. M. MORAN
CLERK OF COURT

51

# IN THE DISTRICT COURT OF GUAM

# TERRITORY OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, Individually and on behalf of all those similarly situated,<br><br>Petitioner,<br><br>vs.<br><br>FELIX CAMACHO, Governor of Guam, ART ILAGAN, Director of Department of Revenue and Taxation, LOURDES M. PEREZ, Director of Department of Administration, and GOVERNMENT OF GUAM,<br><br>Respondents,<br><br>CHRISTINA M. S. NAPUTI,<br><br>Petitioner/Intervenor. | Docket No. Civ.04-00006<br><br>**PETITIONER/INTERVENOR NAPUTI'S MOTION FOR LEAVE TO FILE REPLY TO PETITIONER SANTOS' OPPOSITION TO APPLICANT FOR INTERVENTION NAPUTI'S MOTION TO INTERVENE IN EXCESS OF TEN PAGES with MEMORANDUM OF POINTS AND AUTHORITIES.**<br><br>*Class Action* |

J.B. Santos, et al.  v.  Governor F.P. Camacho, et al., CHRISTINA M. S. NAPUTI, Petitioner/Intervenor. PETITIONER/INTERVENOR NAPUTI'S MOTION FOR LEAVE TO FILE REPLY TO PETITIONER SANTOS' OPPOSITION TO APPLICANT FOR INTERVENTION NAPUTI'S MOTION TO INTERVENE IN EXCESS OF TEN PAGES with MEMORANDUM OF POINTS AND AUTHORITIES. Civil Case No. CIV04-00006

Page 1

# \* \* \* MOTION FOR LEAVE TO EXCEED TEN PAGES \* \* \*

COMES NOW Petitioner/Intervenor CHRISTINA M.S. NAPUTI through her counsel VAN DE VELD SHIMIZU CANTO & FISHER, by Curtis C. Van de veld, Esq., to respectfully move this Court for leave to file a reply to Petitioner Santos' opposition to Petitioner/Intervenor Naputi's motion to intervene, in excess of ten (10) pages, pursuant to District Court of Guam Local Court Rule LR 7.1(g). This reply is supported by the following memorandum of points and authorities, the documents and pleadings on file, and such other further evidence as would please the court to allow for submission.

# \* \* \* MEMORANDUM OF POINTS AND AUTHORITIES \* \* \*

Only July 23, 2004, Petitioner Julie Babauta Santos filed her *Petitioner's Opposition To Applicants For Intervention Naputi And Torres' Motions To Intervene With Memorandum Of Points And Authorities*, a 34-page document devoid any Table of Authorities, in violation of District Court of Guam Local Rule LR 7.1(g). Petitioner Santos filed an amended opposition on July 26, 2004, requesting leave of the court to exceed the page limitation. Petitioner/Intervenor Naputi seeks to reply to the opposition pursuant to FRCP Rules 7, 8 and 11, and District Court of Guam Local Court Rules, LR 7.1, and LR23.1. However, due to the fact that Petitioner Santos filed such a voluminous opposition replete with thirty-five (35) cited cases, it is necessary for a thorough examination of the issues raised that Petitioner/Intervenor

---

J.B. Santos, et al. v. Governor F.P. Camacho, et al., CHRISTINA M. S. NAPUTI, Petitioner/Intervenor. PETITIONER/INTERVENOR NAPUTI'S MOTION FOR LEAVE TO FILE REPLY TO PETITIONER SANTOS' OPPOSITION TO APPLICANT FOR INTERVENTION NAPUTI'S MOTION TO INTERVENE IN EXCESS OF TEN PAGES with MEMORANDUM OF POINTS AND AUTHORITIES. Civil Case No. CIV04-00006

Page 2

Case 1:04-cv-00006   Document 63   Filed 07/28/2004   Page 2 of 4

1 | Naputi be allowed to exceed the 10-page reply limitation of Local Court Rule 7.1(g). This is
2 | especially true since every single one of the cases Petitioner Santos attempts to use in
3 | argument against Petitioner/Intervenor Naputi are factually inapposite, requiring they each be
4 | specifically addressed. Petitioner/Intervenor Naputi humbly requests she may be permitted to
5 | file a reply of no more than twenty (20) pages in length.

Respectfully submitted this 28th day of July 2004.

VAN DE VELD SHIMIZU CANTO & FISHER

*/s/ Curtis C. Van de veld*
Curtis C. Van de veld, Esq.
Attorneys for Petitioner/Intervenor Naputi

---

J.B. Santos, et al. v. Governor F.P. Camacho, et al., CHRISTINA M. S. NAPUTI, Petitioner/Intervenor. PETITIONER/INTERVENOR NAPUTI'S MOTION FOR LEAVE TO FILE REPLY TO PETITIONER SANTOS' OPPOSITION TO APPLICANT FOR INTERVENTION NAPUTI'S MOTION TO INTERVENE IN EXCESS OF TEN PAGES with MEMORANDUM OF POINTS AND AUTHORITIES. Civil Case No. CIV04-00006

Page 3

## CERTIFICATE OF SERVICE

I, CURTIS C. VAN DE VELD, certify that I caused a copy of the foregoing document here filed to be served on counsel for the parties and prospective party on July 28, 2004, via hand delivery at the following addresses:

| Counsel for Petitioner | Counsel for Respondents |
|---|---|
| Michael F. Phillips, Esq.<br>Phillips & Bordallo, P.C.<br>410 West O'Brien Drive<br>Hagatna, Guam 96910 | Douglas B. Moylan, Esq.<br>Office of the Attorney General of Guam<br>Suite 2-200E, Guam Judicial Center<br>120 West O'Brien Drive<br>Hagatna, Guam 96910 |

Counsel for Applicant For Intervention Torres

Ignacio C. Aguigui, Esq.
Lujan Aguigui & Perez LLP
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagatna, Guam 96910

Respectfully Submitted this 28 July 04

VAN DE VELD SHIMIZU CANTO & FISHER

*[signature]*
Curtis C. Van de veld, Esq.
Attorneys for Petitioner/Intervenor Naputi

---

J.B. Santos, et al. v. Governor F.P. Camacho, et al., CHRISTINA M. S. NAPUTI, Petitioner/Intervenor. PETITIONER/INTERVENOR NAPUTI'S MOTION FOR LEAVE TO FILE REPLY TO PETITIONER SANTOS' OPPOSITION TO APPLICANT FOR INTERVENTION NAPUTI'S MOTION TO INTERVENE IN EXCESS OF TEN PAGES with MEMORANDUM OF POINTS AND AUTHORITIES. Civil Case No. CIV04-00006

Page 4