**VAN DE VELD SHIMIZU CANTO & FISHER**
Attorneys At Law
Suite 101, Dela Corte Bldg.
167 East Marine Corps Drive
Hagåtña, Guam 96910
Office: (671) 472-1131
Facsimile: (671) 472-2886

Attorney for Petitioner/ Intervenor:
CHRISTINA MARIA SANTOS NAPUTI



FILED
DISTRICT COURT OF GUAM
AUG -2 2004
MARY L. M. MORAN
CLERK OF COURT

59

IN THE DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, Individually and on behalf of all those similarly situated,<br><br>Petitioner,<br><br>vs.<br><br>FELIX CAMACHO, Governor of Guam, ART ILAGAN, Director of Department of Revenue and Taxation, LOURDES M. PEREZ, Director of Department of Administration, and GOVERNMENT OF GUAM,<br><br>Respondents,<br><br>CHRISTINA M. S. NAPUTI,<br><br>Petitioner/Intervenor. | Civil Case No. CIV.04-00006<br><br>(~~PROPOSED~~) ORDER GRANTING PETITIONER/INTERVENOR CHRISTINA M.S. NAPUTI LEAVE TO FILE REPLY IN EXCESS OF TEN PAGES<br><br><br>Class Action |
J.B. Santos, et al. v. Governor F.P. Camacho, et al., CHRISTINA M. S. NAPUTI, Petitioner/Intervenor
(PROPOSED) ORDER GRANTING PETITIONER/INTERVENOR CHRISTINA M.S. NAPUTI LEAVE TO FILE REPLY IN EXCESS OF TEN PAGES
Civil Case No. CIV04-00006                                                           Page 1

THIS MATTER has come before the court upon the motion of Petitioner/Intervenor CHRISTINA M.S. NAPUTI to request leave be granted for said Petitioner/Intervenor to file a written reply to the opposition to her motion to intervene in excess of ten pages. The court having considered the motion, evidence and record of this matter finds there from that the requisite showing for leave to file a reply in excess of ten pages has been made as moved by Petitioner/Intervenor NAPUTI and that good cause exists to make the following orders:

IT IS HEREBY ORDERED that Petitioner/Intervenor CHRISTINA M.S. NAPUTI is hereby granted leave to file said Petitioner/Intervenor's reply to opposition of intervention in a form to exceed ten pages but not more than twenty pages.

SO ORDERED: THIS _July 30, 2004_.

[signature]

RECEIVED
JUL 28 2004
DISTRICT COURT OF GUAM
HAGATNA, GUAM

J.B. Santos, et al. v. Governor F.P. Camacho, et al., CHRISTINA M. S. NAPUTI, Petitioner/Intervenor
(PROPOSED) ORDER GRANTING PETITIONER/INTERVENOR CHRISTINA M.S. NAPUTI LEAVE TO FILE REPLY IN EXCESS OF TEN PAGES
Civil Case No. CIV04-00006                                                                 Page 2

Case 1:04-cv-00006   Document 65   Filed 08/02/2004   Page 2 of 2