LUJAN AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Applicant for Intervention
Charmaine R. Torres*

FILED
DISTRICT COURT OF GUAM
AUG - 2 2004
MARY L. M. MORAN
CLERK OF COURT

# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, individually, and on behalf of all those similarly situated,<br><br>Petitioner,<br><br>-vs-<br><br>FELIX P. CAMACHO, Governor of Guam; ART ILAGAN, Director of Department of Revenue and Taxation; LOURDES M. PEREZ, Director of Department of Administration; and GOVERNMENT OF GUAM,<br><br>Respondents.<br><br>CHARMAINE R. TORRES, on behalf of herself and all others similarly situated,<br><br>Applicant for Intervention. | CIVIL CASE NO. CV04-00006<br><br>**DECLARATION OF DAVID J. LUJAN** |

Page 1 of 3
Julie Babauta Santos v. Felix P. Camacho et al.,
Civil Case No. CV04-00006
Declaration of David J. Lujan

Case 1:04-cv-00006   Document 68   Filed 08/02/2004   Page 1 of 3

ORIGINAL

I, David J. Lujan, declare as follows:

1. I submit this declaration in response to Christina Naputi's Opposition to Applicant Charmaine R. Torres's Motion for Leave to Intervene as a Plaintiff/Petitioner.

2. I am a member of the law firm of Lujan, Aguigui & Perez LLP. Lujan Aguigui & Perez LLP was formed on or about January 1, 2003. The founding partners of the firm are myself, Ignacio C. Aguigui, and Peter C. Perez. Lujan Aguigui & Perez LLP is counsel for Applicant for Intervention, Charmaine R. Torres, in this action.

3. Christina Naputi's Opposition is filed with unsubstantiated, false, and misleading assertions regarding alleged "conflicts" of the firm, all of which are readily controvertible.

4. Christina Naputi asserts that the firm has alleged "conflicts" because its representation of the Guam Housing and Urban Renewal Authority ("GHURA") and the Guam Telephone Authority ("GTA"), are dependent on the Governor's authorization and approval. This is demonstrably untrue; there are no conflicts. GHURA and GTA are autonomous instrumentalities that have the authority under law to retain their own counsel in their own right, and are not dependent on the authorization or approval of the Governor of Guam. The firm's responsibilities to GHURA and GTA do not extend to the Governor.

5. Another false assertion made by Ms. Naputi is that I own the Pacific News Building. I do not own the Pacific News Building. The building is owned by a corporation, DNA, Inc., of which I am a minority stockholder. Although the Governor's Office has leased space in the building, the relationship is obviously one in the nature of a landlord-tenant relationship. (In fact, it is my understanding that most of the Governor's Office moved back to the Governor's Office Complex in Adelup at the end of June 2004.) Moreover, it is a relationship between the Governor's Office and the corporate entity DNA, Inc., and not myself personally. Any duties of DNA, Inc., as landlord under a lease agreement with the Governor's Office do not and could not affect my firm's representation of Charmaine R. Torres in this action.

6. Under the foregoing circumstances, there is no risk, let alone a "significant risk," that the firm's representation of Charmaine R. Torres and the class she represents will be materially

limited by the firm's responsibilities to "another client, a former client, or a third person or by the personal interests" of the firm or its lawyers.

I declare under penalty of perjury under the laws of Guam that the foregoing is true to the best of my knowledge and belief.

Executed this 2nd day of August, 2004, in Hagåtña, Guam.

_____
DAVID J. LUJAN

Julie Babauta Santos v. Felix P. Camacho et al.,
Civil Case No. CV04-00006
Declaration of David J. Lujan