VAN DE VELD SHIMIZU CANTO & FISHER
Attorneys At Law
Suite 101, Dela Corte Bldg.
**167 East Marine Corps Drive**
Hagåtña, Guam 96910
Office: (671) 472-1131
Facsimile: (671) 472-2886

Attorney for Petitioner/Intervenor:
**CHRISTINA MARIE SANTOS NAPUTI**

# IN THE UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, Individually and on behalf of all those similarly situated, | Civil Case No. CIV.04-00006 |
| Petitioner, | |
| vs. | **NOTICE OF APPEAL** |
| FELIX CAMACHO, Governor of Guam, ART ILAGAN, Director of Department of Revenue and Taxation, LOURDES M. PEREZ, Director of Department of Administration, and GOVERNMENT OF GUAM, | *Class Action* |
| Respondents, | |
| CHRISTINA M. S. NAPUTI, | |
| Petitioner/Intervenor. | |

## NOTICE OF APPEAL

To: Counsel for Petitioner JULIE BABAUTA SANTOS, Mr. Michael F. Phillips, Esq., counsel for Respondent Government Of Guam, the Honorable Douglas B.K. Moylan, Esq., Attorney General for Guam, and counsel for Petitioner/Intervenor CHARMAINE TORRES, Mr. Ignacio Aguigui, Esq.

PLEASE BE ADVISED that Petitioner/Intervenor Christina M.S. Naputi hereby appeals to the United States Court of Appeals for the Ninth Circuit from the order denying her petition to intervene, both as of right and permissively, in this matter which "ORDER" was filed in this court on 05 August 2004.

Respectfully submitted: this 10th of August 2004.

VAN DE VELD SHIMIZU CANTO & FISHER

_[signature]_

**Curtis C. Van de veld, Esq.**
Attorneys for Petitioner/Intervenor
CHRISTINA M.S. NAPUTI

## CERTIFICATE OF SERVICE

I, CURTIS C. VAN DE VELD, the undersigned attorney for Petitioner/ Intervenor Naputi certify that I caused a copy of the foregoing Notice of Appeal, to be served on counsel for the parties on August 10, 2004, via hand delivery at the following addresses:

Santos, et al. v. Governor Camacho, et al., CHRISTINA M. S. NAPUTI, Petitioner/Intervenor
NOTICE OF APPEAL
Civil Case No. CIV04-00006                                                  Page 2

Case 1:04-cv-00006   Document 77   Filed 08/10/2004   Page 2 of 3

| Counsel For Petitioner: | Counsel for Respondents: |
|---|---|
| Michael F. Phillips, Esq. | Douglas B. Moylan, Esq. |
| Phillips & Bordallo, P.C. | Office of the Attorney General of Guam |
| 410 West O'Brien Drive | Suite 2-200E, Guam Judicial Center |
| Hagåtña, Guam 96910 | 120 West O'Brien Drive |
|  | Hagåtña, Guam 96910 |

Counsel for Petitionor/Intervenor Charmaine Torres:
Lujan, Aguigui and Perez, LLP
Suite 301 Pacific News Building
238 Archbishop Flores Street
Hagåtña, Guam 96910

Respectfully submitted: this 10th of August 2004.

**VAN DE VELD SHIMIZU CANTO & FISHER**

_____
**Curtis C. Van de veld, Esq.**
Attorneys for Petitioner/Intervenor
CHRISTINA M.S. NAPUTI

CCV:ccv
VSCF/EITC Clients/NOTICE OF APPEAL

Santos, et al. v. Governor Camacho, et al., CHRISTINA M. S. NAPUTI, Petitioner/Intervenor
NOTICE OF APPEAL
Civil Case No. CIV04-00006                                                    **Page 3**

Case 1:04-cv-00006    Document 77    Filed 08/10/2004    Page 3 of 3