**VAN DE VELD SHIMIZU CANTO & FISHER**
Attorneys At Law
Suite 101, Dela Corte Bldg.
**167 East Marine Corps Drive**
Hagåtña, Guam 96910
Office: (671) 472-1131
Facsimile: (671) 472-2886

Attorney for Petitioner/Intervenor:
**CHRISTINA MARIE SANTOS NAPUTI**

FILED
DISTRICT COURT OF GUAM
AUG 10 2004
MARY L. M. MORAN
CLERK OF COURT
71

# IN THE UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, Individually and on behalf of all those similarly situated,<br><br>Petitioner,<br><br>vs.<br><br>FELIX CAMACHO, Governor of Guam, ART ILAGAN, Director of Department of Revenue and Taxation, LOURDES M. PEREZ, Director of Department of Administration, and GOVERNMENT OF GUAM,<br><br>Respondents,<br><br>CHRISTINA M. S. NAPUTI,<br><br>Petitioner/Intervenor. | Civil Case No. CIV.04-00006<br><br>**REPRESENTATION STATEMENT PURSUANT TO F.R.A.P. Rule 12(b)**<br><br>*Class Action* |

Santos, et al. v. Governor Camacho, et al., CHRISTINA M. S. NAPUTI, Petitioner/Intervenor
REPRESENTATION STATEMENT PURSUANT TO F.R.A.P. Rule12(b)
Civil Case No. CIV04-00006                                                       Page 1

Case 1:04-cv-00006    Document 78    Filed 08/10/2004    Page 1 of 3

## NOTICE OF REPRESENTATION ON APPEAL

To: Counsel for Petitioner JULIE BABAUTA SANTOS, Mr. Michael F. Phillips, Esq., counsel for Respondent Government Of Guam, the Honorable Douglas B.K. Moylan, Esq., Attorney General for Guam, and counsel for Petitioner/Intervenor CHARMAINE TORRES, Mr. Ignacio Aguigui, Esq.

PLEASE BE ADVISED that Petitioner/Intervenor Christina M.S. Naputi is represented by the firm of VAN DE VELD SHIMIZU CANTO & FISHER, by Curtis C. Van de veld, Esq., and James L. Canto, II.

Respectfully submitted: this 10th of August 2004.

VAN DE VELD SHIMIZU CANTO & FISHER

_____
**Curtis C. Van de veld, Esq.**
Attorneys for Petitioner/Intervenor
CHRISTINA M.S. NAPUTI

## CERTIFICATE OF SERVICE

I, CURTIS C. VAN DE VELD, the undersigned attorney for Petitioner/ Intervenor Naputi certify that I caused a copy of the foregoing Notice of Appeal, to be served on counsel for the parties on August 10, 2004, via hand delivery at the following addresses:

---
Santos, et al. v. Governor Camacho, et al., CHRISTINA M. S. NAPUTI, Petitioner/Intervenor
REPRESENTATION STATEMENT PURSUANT TO F.R.A.P. Rule12(b)
Civil Case No. CIV04-00006                                                                                   **Page 2**

| | |
|---|---|
| Counsel For Petitioner: | Counsel for Respondents: |
| Michael F. Phillips, Esq.<br>Phillips & Bordallo, P.C.<br>410 West O'Brien Drive<br>Hagåtña, Guam 96910 | Douglas B. Moylan, Esq.<br>Office of the Attorney General of Guam<br>Suite 2-200E, Guam Judicial Center<br>120 West O'Brien Drive<br>Hagåtña, Guam 96910 |

Counsel for Petitionor/Intervenor Charmaine Torres:
Lujan, Aguigui and Perez, LLP
Suite 301 Pacific News Building
238 Archbishop Flores Street
Hagåtña, Guam 96910

Respectfully submitted: this 10th of August 2004.

VAN DE VELD SHIMIZU CANTO & FISHER

_____
Curtis C. Van de veld, Esq.
Attorneys for Petitioner/Intervenor
CHRISTINA M.S. NAPUTI

CCV:ccv
VSCF/EITC Clients/NOTICE OF APPEAL

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
Santos, et al. v. Governor Camacho, et al., CHRISTINA M. S. NAPUTI, Petitioner/Intervenor
REPRESENTATION STATEMENT PURSUANT TO F.R.A.P. Rule12(b)

Civil Case No. CIV04-00006                  **Page 3**