

The Law Offices of
# PHILLIPS & BORDALLO
A Professional Corporation
410 West O'Brien Drive, Suite 102 Hagåtña, Guam 96910-5044
Tel: (671) 477-ABCD (2223) • Fax: (671) 477-2FAX (2329)
" I Erensia, Lina'Ia', Espiritu-ta"

FILED
DISTRICT COURT OF GUAM
OCT 25 2004
MARY L. M. MORAN
CLERK OF COURT

Attorneys for Petitioner

## DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, et al., <br><br> Petitioners, <br><br> vs. <br><br> FELIX A. CAMACHO, etc., et al., <br><br> Respondents. | CIVIL CASE NO. 04-00006 <br><br><br> **CERTIFICATE OF SERVICE** |

I, Ricardo D. Bordallo, hereby state that on the 25th day of October 2004, I caused to be served via hand delivery a copy of:

1. Petitioners Motion For Orders Approving The Administration Plan and Amended Notice and For Orders Establishing The Fairness Hearing Date and Objection and Opt Out Date, And Vacating The April 30, 2004 Scheduling Order

2. Memorandum of Points and Authorities In Support of Petitioners' Motion For Orders Approving The Administration Plan and Amended Notice and For Orders Establishing The Fairness Hearing Date and Objection and Opt Out Date And Vacating The April 30, 2004 Scheduling Order

3. [Proposed] Order Approving Administration Plan

4. Certificate of Service

on the following counsel of record at their address:


RECEIVED
OCT 25 2004
ATTORNEY GENERAL'S OFFICE

1

**DOUGLAS B. MOYLAN**
OFFICE OF THE ATTORNEY GENERAL OF GUAM
Suite 2-200E, Guam Judicial Center
120 West O'Brien Drive
Hagåtña, Guam 96910
Attorney for Respondents: Felix A. Camacho, Governor of Guam et al.,

Dated this 25th day of October, 2004.

                                        **PHILLIPS & BORDALLO, P.C.**

By: _____
                                             Ricardo D. Bordallo