

The Law Offices of
# PHILLIPS & BORDALLO
A Professional Corporation
410 West O'Brien Drive, Suite 102 Hagåtña, Guam 96910-5044
Tel: (671) 477-ABCD (2223) • Fax: (671) 477-2FAX (2329)
" I Erensia, Lina'la', Espiritu-ta"

Attorneys for Petitioner

FILED
DISTRICT COURT OF GUAM
NOV - 8 2004
MARY L. M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, et al., | |
| Petitioners, | CIVIL CASE NO. 04-00006 |
| vs. | |
| FELIX A. CAMACHO, etc., et al., | STIPULATION OF THE PARTIES REGARDING ADDITIONAL NOTICES TO THE CLASS, ESTABLISHMENT OF THE OBJECTION AND OPT OUT DATE AND THE HEARING ON FINAL APPROVAL OF THE SETTLEMENT AGREEMENT |
| Respondents. | |

The Petitioner, individually and on behalf of all those similarly situated (hereinafter "EIC Class"), through her attorneys of record Phillips and Bordallo, P.C., by Michael F. Phillips, and the Governor of Guam, Director of Department of Revenue and Taxation, Director of Department of Administration, and the GOVERNMENT OF GUAM, (hereinafter collectively referred to as "Government of Guam"), through their attorneys

of record, the Office of the Attorney General, by Attorney General Douglas B. Moylan, stipulate to the following:

1.  Petitioner has filed a motion to among other things vacate the April 30, 2004 Scheduling Order. The Scheduling Order established motion and discovery cut-off dates, preliminary and final pre-trial conferences, and a trial date.

2.  The parties entered into a Settlement Agreement on June 14, 2004. The District Court issued an order on June 17, 2004 preliminarily approving the terms of the Settlement Agreement.

3.  Pursuant to the parties entering into the Settlement Agreement and the District Court's preliminary approval of the Settlement Agreement, the parties now stipulate to the vacation of the District Court's Scheduling Order.

Dated November 8th, 2004

APPROVED AS TO FORM AND CONTENT:

PHILLIPS & BORDALLO, P.C.
Attorneys for Petitioner

By: _____
Michael F. Phillips

OFFICE OF THE ATTORNEY GENERAL
Attorneys for Government of Guam

By: _____
Douglas B. Moylan