FILED
DISTRICT COURT OF GUAM
NOV - 8 2004
MARY L. M. MORAN
CLERK OF COURT



DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, *et al.*,<br><br>Petitioners,<br><br>vs.<br><br>FELIX A. CAMACHO, etc., *et al.*,<br><br>Respondents. | Civil Case No. 04-00006<br><br><br><br>ORDER |

Upon prior consent of the parties to proceed before the magistrate judge and the Court having fully considered and ruled on the motion to intervene, the Court hereby refers this matter back to the magistrate judge for full disposition.

SO ORDERED this 8th day of November, 2004.

_____
MORRISON C. ENGLAND*
United States District Judge

---

*The Honorable Morrison C. England, United States District Judge for the Eastern District of California, sitting by designation.