SHANNON TAITANO, ESQ.
OFFICE OF THE GOVERNOR OF GUAM
Ricardo J. Bordallo Governor's Complex
Adelup, Guam 96910
Telephone:   (671) 472-8931
Facsimile:   (671) 477-4826

RODNEY J. JACOB, ESQ.
DANIEL M. BENJAMIN, ESQ.
CALVO AND CLARK, LLP
Attorneys at Law
655 South Marine Drive, Suite 202
Tamuning, Guam 96913
Telephone:   (671) 646-9355
Facsimile:   (671) 646-9403

Attorneys for *Felix P. Camacho, Governor of Guam*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, et. al., | CIVIL CASE NO. 04-00006 |
| Petitioners, | |
| -v- | ENTRY OF APPEARANCE |
| FELIX P. CAMACHO, etc., et. al. | |
| Respondents. | |

The Office of the Governor of Guam and the law offices of Calvo and Clark, LLP hereby enter their appearance through the undersigned counsel on behalf of Defendant Felix P. Camacho, Governor of Guam.

Dated this 9th day of November, 2004.

OFFICE OF THE GOVERNOR OF GUAM
CALVO AND CLARK, LLP
Attorneys at Law

By: _____
DANIEL M. BENJAMIN