SHANNON TAITANO, ESQ.
OFFICE OF THE GOVERNOR OF GUAM
Ricardo J. Bordallo Governor's Complex
Adelup, Guam 96910
Telephone: (671) 472-8931
Facsimile: (671) 477-4826

RODNEY J. JACOB, ESQ.
DANIEL M. BENJAMIN, ESQ.
CALVO AND CLARK, LLP
Attorneys at Law
655 South Marine Drive, Suite 202
Tamuning, Guam 96913
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

Attorneys for *Felix P. Camacho, Governor of Guam*

FILED
DISTRICT COURT OF GUAM
NOV - 9 2004
MARY L. M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, et. al., <br><br> Petitioners, <br><br> -v- <br><br> FELIX P. CAMACHO, etc., et. al. <br><br> Respondents. | CIVIL CASE NO. 04-00006 <br><br> **CERTIFICATE OF SERVICE** |

The undersigned hereby certifies that true and correct copies of Defendant Felix P. Camacho, Governor of Guam's Entry of Appearance; Request for Hearing and Objection to (1) Petitioner's Motion for Orders Approving the Administration Plan and Amended Notice; and (2) the Attorney General of Guam's MPA In Response to Motion for Orders Approving Administration Plan; and Declaration of Daniel M. Benjamin In Support of the Governor of Guam's Objection to (1) Petitioner's Motion for Orders Approving the Administration Plan and Amended Notice; and (2) the Attorney General of Guam's MPA In Response to Motion for

Orders Approving Administration Plan, was served via Hand Delivery on November 9, 2004, to the following:

    Michael F. Philips, Esq.
    **PHILIPS & BORDALLO, P.C.**
    410 West O'Brien Drive
    Hagåtña, Guam 96910

    Office of the Attorney General of Guam
    Guam Judicial Center, Suite 2-200E
    120 West O'Brien Drive
    Hagåtña, Guam 96910

Dated this 9th day of November, 2004.

    OFFICE OF THE GOVERNOR OF GUAM
    CALVO AND CLARK, LLP
    Attorneys at Law

    By: _[signature]_
    DANIEL M. BENJAMIN

*Civil Case No. 04-00006*
T041109.382-00010.CT (COS)

2

Case 1:04-cv-00006     Document 89     Filed 11/09/2004     Page 2 of 2