FILED
DISTRICT COURT OF GUAM
NOV 12 2004
MARY L. M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, *et al.*, <br> Petitioners, <br> vs. <br> FELIX A. CAMACHO, etc., *et al.*, <br> Respondents. | Civil Case No. 04-00006 <br><br><br> ORDER |

On November 9, 2004, this case came before the Court on a Request for Hearing on Objection to (1) Petitioner's Motion for Orders Approving the Administration Plan and Amended Notice; and (2) The Attorney General of Guam's MPA in Response to Motion for Orders Approving Administration Plan, filed by Defendant, Felix P. Camacho, Governor of Guam. Although there may be questions as to the timing of such a request, the Court believes the Defendant should be heard. Accordingly, the Defendant is given until Wednesday, November 24, 2004 to file his Objections. Responses to said Objections will be filed by Wednesday, December 8, 2004. A hearing on the matter is scheduled for Friday, December 17, 2004 at 10:00 a.m.

SO ORDERED this 12th day of November, 2004.

JOAQUIN V. E. MANIBUSAN, JR.
Magistrate Judge