**MANTANONA**
LAW OFFICE

GCIC Bldg., Suite 601B
414 West Soledad Avenue
Hagatna, Guam 96910
Telephone (671) 472-3666
Facsimile (671) 472-3668


FILED
DISTRICT COURT OF GUAM
NOV 24 2004
MARY L. M. MORAN
CLERK OF COURT

Attorney for **Lourdes M. Perez and Artemio R. Ilagan**

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, et. al., ) | Civil Case No. 04-00006 |
| ) | |
| Petitioners, ) | |
| ) | |
| vs. ) | **ENTRY OF APPEARANCE** |
| ) | |
| FELIX P. CAMACHO, etc., et. al., ) | |
| ) | |
| Respondents. ) | |

Rawlen MT Mantanona, Esq. hereby enters his appearance through the undersigned counsel on behalf of Defendants Lourdes M. Perez and Artemio R. Ilagan, in the above entitled action and requests that the firm be served with all papers and notices filed in this matter..

Dated this 22nd of November, 2004.

MANTANONA LAW OFFICE
Attorney for **Lourdes M. Perez and Artemio R. Ilagan**

_____
RAWLEN MT MANTANONA
A duly licensed employee