**MANTANONA**
LAW OFFICE

GCIC Bldg., Suite 601B
414 West Soledad Avenue
Hagatna, Guam 96910
Telephone (671) 472-3666
Facsimile (671) 472-3668

Attorney for **Lourdes M. Perez and Artemio R. Ilagan**

FILED
DISTRICT COURT OF GUAM
NOV 2 4 2004
MARY L. M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, et. al., | Civil Case No. 04-00006 |
| Petitioners, | |
| vs. | DECLARATION OF JOSEPH C. MANIBUSAN IN SUPPORT OF DEFENDANT'S, LOURDES M. PEREZ AND ARTEMIO R. ILAGAN OBJECTION TO (1) PETITIONER'S MOTION FOR ORDERS APPROVING THE ADMINISTRATION PLAN AND AMENDED NOTICE; AND (2) THE ATTORNEY GENERAL OF GUAM'S MPA IN RESPONSE TO MOTION FOR ORDERS APPROVING ADMINISTRATION PLAN |
| FELIX P. CAMACHO, etc., et. al., | |
| Respondents. | |

I, JOSEPH C. MANIBUSAN, declare that:

1. I am the Deputy Director of the Department of Administration. On June 12, 2004, I received a call to meet with the Lieutenant Governor in his chambers on Sunday, June 13, 2004, at 3:00 p.m.

2. At the time, I was the acting Director for the Department of Administration since the Director, Lourdes Perez, was off-island at the time.

3. When the Declarant arrived at the Lieutenant Governor's chambers, he was advised by the Lieutenant Governor that they were going to be signing settlement for the Earned Income Tax Credit lawsuit and that a press conference would be held.

4. The Declarant was later informed by the Lieutenant Governor that he would be signing the settlement agreement. The Declarant was never given the settlement agreement to review.

5. The Declarant was sitting next to the Department of Revenue and Taxation Director, Artemio Ilagan, in which both individuals shared the sentiments that they were signing something they had not examined and reviewed.

6. The Declarant stated that he wanted to review the document to see how it would impact his department but did not know how to bring the matter to the attention of the acting governor since all parties were there to execute the agreement.

7. The Declarant though thought that he did not have a choice or the right to refuse to sign or challenge the acting governor at the time. The Declarant believed that he had no option to challenge or refuse to sign and to do so at the time would result in his dismissal. The Declarant executed the document under the duress and fear.

8. The Declarant states that he normally would not execute such an agreement without consulting with the Director of Administration who was off-island and in transit at the time.

I declare under penalty of perjury pursuant to the laws of the United States and of the Territory of Guam that the foregoing declaration is true and correct.

Executed this 24 day of November, 2004.

_____
JOSEPH C. MANIBUSAN

SWORN AND SUBSCRIBED to before me this 24 day of November, 2004.

_____
NOTARY PUBLIC

LISA M. BROADWAY
NOTARY PUBLIC
In and for Guam, U.S.A.
My Commission Expires: Nov. 25, 2007
P.O. Box 4835 Hagåtña, GU 96932