SHANNON TAITANO, ESQ.
OFFICE OF THE GOVERNOR OF GUAM
Ricardo J. Bordallo Governor's Complex
Adelup, Guam 96910
Telephone: (671) 472-8931
Facsimile: (671) 477-4826

RODNEY J. JACOB, ESQ.
DANIEL M. BENJAMIN, ESQ.
CALVO AND CLARK, LLP
Attorneys at Law
655 South Marine Drive, Suite 202
Tamuning, Guam 96913
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

Attorneys for *Felix P. Camacho, Governor of Guam*

FILED
DISTRICT COURT OF GUAM
NOV 24 2004
MARY L. M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, et. al., <br><br> Petitioners, <br><br> -v- <br><br> FELIX P. CAMACHO. etc., et. al. <br><br> Respondents. | CIVIL CASE NO. 04-00006 <br><br> **DECLARATION OF JOSE S. CALVO IN SUPPORT OF OPPOSITION TO PETITIONER'S MOTION FOR APPROVAL OF THE ADMINISTRATIVE PLAN** |

I, JOSE S. CALVO, declare that:

1. I am the Acting Director of Bureau of Budget and Research Management. I make this declaration on personal knowledge, and if called to testify I could and would testify competently thereto.

2. I have reviewed the Provisions of Refunds as set out in "Exhibit A" of Public Law Number 24-59 for Fiscal Years 1998 and 1999. This was a provision for just over $50 million.

3. The government has already expended more than $50 million on tax returns for Fiscal years 1998 and 1999, and has therefore depleted the reserve established in the Provisions of Refunds as set out in "Exhibit A" of Public Law Number 24-59 for Fiscal Years 1998 and 1999.

I declare under penalty of perjury pursuant to the laws of the United States and of the Territory of Guam that the foregoing declaration is true and correct.

Executed this 24th day of November, 2004, in Hagatna, Guam.

/s/ J. Calvo
JOSE S. CALVO

*Civil Case No. 04-00006*
MR041124.382-00010 Decl. of Jose Calvo

2

Case 1:04-cv-00006    Document 99    Filed 11/24/2004    Page 2 of 2