SHANNON TAITANO, ESQ.
OFFICE OF THE GOVERNOR OF GUAM
Ricardo J. Bordallo Governor's Complex
Adelup, Guam 96910
Telephone: (671) 472-8931
Facsimile: (671) 477-4826

**RODNEY J. JACOB, ESQ.**
**DANIEL M. BENJAMIN, ESQ.**
**CALVO AND CLARK, LLP**
Attorneys at Law
655 South Marine Drive, Suite 202
Tamuning, Guam 96913
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

Attorneys for *Felix P. Camacho, Governor of Guam*

FILED
DISTRICT COURT OF GUAM
NOV 29 2004
MARY L. M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, et. al.,<br><br>Petitioners,<br><br>-v-<br><br>FELIX P. CAMACHO, etc., et. al.<br><br>Respondents. | CIVIL CASE NO. 04-00006<br><br>**CERTIFICATE OF SERVICE** |

The undersigned hereby certifies that true and correct copies of Respondent Felix P. Camacho, Governor of Guam's:

(1) **NOTICE OF ERRATA;**
(2) **AMENDED MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF OPPOSITION TO PETITIONER'S MOTION FOR APPROVAL OF THE ADMINISTRATIVE PLAN**

was served via Hand Delivery on November 29, 2004, to the following:

Michael F. Phillips, Esq.
**PHILLIPS & BORDALLO, P.C.**
410 West O'Brien Drive
Hagåtña, Guam 96910

| | |
|---|---|
| 1 | Office of the Attorney General of Guam |
| 2 | Guam Judicial Center, Suite 2-200E |
| | 120 West O'Brien Drive |
| 3 | Hagåtña, Guam 96910 |
| 4 | Rawlen Mantanona |
| | **MANTANONA LAW OFFICE** |
| 5 | GCIC Bldg., Suite 601B |
| | 414 West Soledad Avenue |
| 6 | Hagåtña, Guam 96910 |

Dated this 29th day of November, 2004.

OFFICE OF THE GOVERNOR OF GUAM
CALVO AND CLARK, LLP
Attorneys at Law

By: /s/ Rodney J. Jacob
**RODNEY J. JACOB**