

Office of the Attorney General
Douglas B. Moylan
Attorney General of Guam
Solicitor's Division
Guam Judicial Center, Suite 2-200E
120 West O'Brien Drive
Hagåtña, Guam 96910 • USA
(671) 475-3324 • (671) 472-2493 (Fax)
www.guamattorneygeneral.com • law@mail.justice.gov.gu

**Attorneys for Respondents**



# IN THE DISTRICT COURT OF GUAM
# HAGÅTÑA, GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, individually and on behalf of all those similarly situated,<br><br>Petitioner,<br><br>vs.<br><br>FELIX P. CAMACHO, Governor of Guam; ART ILAGAN, Director of Department of Revenue and Taxation; LOURDES M. PEREZ, Director of Department of Administration; DOUGLAS B. MOYLAN, Attorney General of Guam; and GOVERNMENT OF GUAM,<br><br>Respondents. | Civil Case No. 04-00006<br><br>**ATTORNEY GENERAL'S RESPONSE TO GOVERNOR'S OBJECTIONS AND OPPOSITION TO PETITIONER'S MOTION FOR APPROVAL OF THE ADMINISTRATION PLAN FILED NOVEMBER 24, 2004** |

Douglas B. Moylan, Attorney General of Guam, and responds as follows to the Governor's Objections and Opposition to Petitioner's Motion for Approval of the Administration Plan filed November 24, 2004.

Page 1

SANTOS v FELIX P. CAMACHO, et. al.
District Court of Guam Civil Case No. 04-00036

Case 1:04-cv-00006    Document 108    Filed 12/07/2004    Page 1 of 3

On December 6, 2004, the Attorney General filed the following documents with the Court:

1. Motion To Strike Appearance Of Calvo & Clark;

2. Motion To Strike Appearance Of Rawlen Mantanona;

3. Motion For Relief From Order;

4. Declaration of Robert M. Weinberg.

The Attorney General respectfully submits that these documents, together with the Attorney General's "Memorandum of Points and Authorities in Response to Petitioner's Motion for Orders Approving Administration Plan, Etc.," filed on November 8, 2004, more than adequately address the entirety of the Objections and Opposition to Petitioner's Motion for Approval of the Administration Plan filed by the Governor on November 24, 2004. Rather than repeat the arguments presented therein, the Court is respectfully referred to those pleadings and documents, which are adopted and incorporated herein as if set out in full.

The Governor's present protestations of illegality of the settlement, and his assertion of ignorance as to what has transpired to-date between the parties and between the Office of the Attorney General and its clients are misrepresentations of the facts and willful misapprehension of the applicable law. Having entered into a binding agreement, it is not the Governor's place to be making new and unauthorized legal arguments in this matter; it is his responsibility to comply with the law as applied to this case, and to abide by the terms of the settlement agreement the Governor and remaining respondents have signed.

The respondents are bound to the terms of the settlement agreement which they either personally signed, or that was entered into on their behalves with lawful authority to do so. The Governor has presented no legitimate argument as to why he should now be able to second-guess himself and renege on an agreement duly signed and authorized under Guam law.

SANTOS v FELIX P. CAMACHO, et. al.
District Court of Guam Civil Case No. 04-00036

Case 1:04-cv-00006    Document 108    Filed 12/07/2004    Page 2 of 3

Furthermore, none of the objections raised by the Governor are new to this case, but have been raised previously by proposed intervenors. The intervention was denied in part because the proposed intervenors could raise those identical objections at the fairness hearing. Whatever objections to the legality of the agreement remain will doubtless be heard at the appropriate time and in the appropriate venue.

For the reasons previously argued to the Court, there is no basis for the Governor's independent objections. He is not authorized to appear and represent himself except through the Office of the Attorney General. All documents filed on his behalf other than by the Attorney General are due to be stricken.

## CONCLUSION

None of the Governor's objections are well taken. None of the pleadings purportedly filed on his behalf by any attorney other than the Office of the Attorney General are authorized by law, as the Attorney General is the sole legal representative of the Government of Guam respondents in this action. Those documents and objections are due to be stricken, and the Governor's objections and opposition are due to be overruled.

DATED this 7th day of December, 2004.

OFFICE OF THE ATTORNEY GENERAL
**Douglas B. Moylan, Attorney General**

_____
ROBERT M. WEINBERG
Assistant Attorney General
Attorney for Respondents and
Attorney General Douglas B. Moylan

Page 3

SANTOS v FELIX P. CAMACHO, et. al.
District Court of Guam Civil Case No. 04-00036

Case 1:04-cv-00006   Document 108   Filed 12/07/2004   Page 3 of 3