

The Law Offices of
# PHILLIPS & BORDALLO
A Professional Corporation
410 West O'Brien Drive, Suite 102 Hagåtña, Guam 96910-5044
Tel: (671) 477-ABCD (2223) • Fax: (671) 477-2FAX (2329)
" I Erensia, Lina'Ia', Espiritu-ta"

Attorneys for Petitioners

FILED
DISTRICT COURT OF GUAM
DEC - 8 2004
MARY L. M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

JULIE BABAUTA SANTOS, et al.,

Petitioners,

vs.

FELIX A. CAMACHO, etc., et al.,

Respondents.

CIVIL CASE NO. 04-00006

**PETITIONERS' MOTION FOR LEAVE TO FILE RESPONSE TO RESPONDENT'S GOVERNOR'S OBJECTION TO PETITIONER'S MOTION FOR APPROVAL OF THE ADMINSTRATION PLAN**

The Petitioner, Julie Babauta Santos, individually and on behalf of all those similarly situated (hereinafter EIC Class), through her attorneys of record Phillips and Bordallo, P.C., by Ricardo D. Bordallo, moves the Court pursuant to Local Rule 7.1(g) for leave to file her Response to the Governor's Objection to Petitioner's Motion for Approval of the Administration Plan in excess of twenty (20) pages. This motion is supported by the following memorandum of points and authorities and such other evidence and arguments as the court may permit.

**MEMORANDUM OF POINTS AND AUTHORITIES**

Governor Camacho filed a Request for hearing to address his concerns regarding the Administration Plan and the illegality of the Settlement Agreement. The Court granted the Governor's request. The Governor filed further submissions raising a

variety of issues concerning the validity of the Settlement Agreement, and other matters. Upon reviewing the submissions, counsel for Petitioner determined that much space in the Response is required to be devoted to factual background issues. Considering the variety and importance of the claims raised by the Governor, counsel for Petitioner seeks to thoroughly discuss each issue within a reasonable page limit not to exceed 26 pages. Based on the foregoing, Petitioner requests leave of this Court to file its Response n in excess of 20 pages.

Respectfully submitted this 8th day of December, 2004.

                                PHILLIPS & BORDALLO, P.C.
                                Attorneys for Petitioner

By: _____
      Ricardo D. Bordallo