

The Law Offices of

# PHILLIPS & BORDALLO

A Professional Corporation
410 West O'Brien Drive, Suite 102 Hagåtña, Guam 96910-5044
Tel: (671) 477-ABCD (2223) • Fax: (671) 477-2FAX (2329)
" I Erensia, Lina'la', Espiritu-ta"

Attorneys for Petitioner

**FILED**
DISTRICT COURT OF GUAM

DEC - 8 2004

MARY L. M. MORAN
CLERK OF COURT

105

## DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, et al., | ) CIVIL CASE NO. 04-00006 |
| Petitioners, | ) |
| vs. | ) |
| FELIX A. CAMACHO, etc., et al., | ) **CERTIFICATE OF SERVICE** |
| Respondents. | ) |

I, Ricardo D. Bordallo, hereby state that on the 8th and 9th day of December 2004,

I caused to be served via hand delivery a copy of:

1. Petitioner's Response To Respondent Governor's Objection To Petitioner's Motion For Approval of the Administration Plan.

2. Declaration of Michael F. Philips In Support of Petitioner's Response To Respondent Governor's Objection To Petitioner's Motion For Approval of the Administration Plan.

3. Petitioner's Motion For Leave To File Response To Respondent Governor's Objection To Petitioner's Motion For Approval of the Administration Plan.

4. [Proposed] Order Granting Petitioner's Motion For Leave To File a Response To Respondent Governor's Objection To Petitioner's Motion For Approval of the Administration Plan.

5. Certificate of Service

on the following counsel of record at their address:

1

**DECEMBER 8, 2004:**

*Calvo and Clark, LLP*
Attorneys at Law
655 South Marine Drive, Suite 202
Tamuning, Guam 96912
*Attorneys for Felix P. Camacho, Governor of Guam*

*MANTANONA LAW OFFICE*
GCIC Bldg., Suite 601B
414 West Soledad Avenue
Hagåtña, Guam 96910
*Attorneys for Lourdes M. Perez and Artemio R. Ilagan*

**DECEMBER 9, 2004:**

*DOUGLAS B. MOYLAN*
OFFICE OF THE ATTORNEY GENERAL OF GUAM
Suite 2-200E, Guam Judicial Center
120 West O'Brien Drive
Hagåtña, Guam 96910
*Attorney for Respondents: Felix A. Camacho, Governor of Guam et al.*
*(December 8, 2004 Government of Guam closed – Local Holiday)*

Dated this 8th day of December, 2004.

PHILLIPS & BORDALLO, P.C.

By: Ricardo D. Bordallo