DISTRICT COURT OF GUAM
TERRITORY OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, *et al.*,<br><br>Petitioners,<br><br>vs.<br><br>FELIX A. CAMACHO, etc., *et al.*,<br><br>Respondents. | Civil Case No. 04-00006<br><br><br><br>ORDER |

This case is scheduled to come before the Court on December 17, 2004 for hearing on the Petitioner's Motion for Orders Approving the Administration Plan and Amended Notice and for Orders Establishing the Fairness Hearing Date and Objection and Opt Out Date. On December 8, 2004, the Petitioner filed her Response to the objections raised by the Governor to the proposed administrative plan. Said Response was 26 pages in length. Contemporaneously therewith, the Petitioner also filed a motion seeking leave to file in excess of the page limitations set forth in this Court's Local Rules.[1] Said motion stated that "much space in the Response is required to be devoted to factual background issues. Considering the variety and importance of the claims raised by the Governor, counsel for Petitioner seeks to thoroughly

---

[1] Local Rule LR 7.1(g) provides that "briefs or memoranda in support of or in opposition to any pending motion . . . shall not exceed a total of twenty (20) pages in length without leave of Court to file additional pages," while a "reply brief or memoranda [shall not exceed] ten (10) pages without leave of court."

discuss each issue within a reasonable page limit not to exceed 26 pages." Pet'r Mot. to Exceed Page Limitation at 2.

The Governor's objections were in response to the Petitioner's initial motion to approve the administration plan. Thus, the Petitioner's December 8th Response is actually a reply brief which is limited to 10 pages pursuant to Local Rule LR 7.1(g). However, for good cause shown, the Court hereby GRANTS the request to exceed the page limitation.

The Court is also in receipt of various motions filed by the Attorney General of Guam. On December 6, 2004, the Attorney General filed three separate motions: (1) Motion to Strike Entry of Appearance of Rawlen Mantanona and to Strike all Subsequent Documents Filed Herein by [Said Counsel] (Docket No. 97); (2) Motion to Strike Entry of Appearance of Calvo & Clark, LLP & Purported Entry of Appearance of Shannon Taitano, Esq. and to Strike all Subsequent Documents Filed Herein by [Said Counsel] (Docket No. 98); and (3) Motion for Relief from Order Issued by the Court on November 12, 2004 (Docket No. 100). The Attorney General did not request a hearing for any of these motions. Nevertheless, the Court believes that oral argument will assist the Court in reaching a decision. Accordingly, the Court schedules said motions for hearing on December 17, 2004 as well. No further briefing on these motions is necessary, however, all parties should be prepared to proceed with all necessary witnesses on the hearing date.

Finally, because the Court expects the presentation of argument on the above motions to be lengthy, the Court hereby moves the hearing from 10:00 a.m. to 1:30 p.m.

SO ORDERED this 9th day of December 2004.

JOAQUIN V.E. MANIBUSAN, JR.
United States Magistrate Judge