SHANNON TAITANO, ESQ.
OFFICE OF THE GOVERNOR OF GUAM
Ricardo J. Bordallo Governor's Complex
Adelup, Guam 96910
Telephone: (671) 472-8931
Facsimile: (671) 477-4826

**RODNEY J. JACOB, ESQ.**
**DANIEL M. BENJAMIN, ESQ.**
**CALVO AND CLARK, LLP**
Attorneys at Law
655 South Marine Drive, Suite 202
Tamuning, Guam 96913
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

Attorneys for *Felix P. Camacho, Governor of Guam*

DISTRICT COURT OF GUAM
FILED
DEC 13 2004
MARY L. M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, et. al., <br><br> Petitioners, <br><br> -v- <br><br> FELIX P. CAMACHO, etc., et. al. <br><br> Respondents. | CIVIL CASE NO. 04-00006 <br><br> **NOTICE OF CONFIRMATION OF WRITTEN DESIGNATION OF SUBSTITUTION OF COUNSEL PURSUANT TO GENERAL RULE 19.1(b)(2)** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**TO THE ATTORNEY GENERAL OF GUAM:**

**NOTICE IS HEREBY PROVIDED** that the Office of the Governor of Guam and the law offices of Calvo and Clark, LLP hereby confirm their designation as counsel for Respondent Felix P. Camacho, Governor of Guam (the "Governor") pursuant to the instructions of the Governor and General Rule 19.1(b)(2). On November 9, 2004, the Office of the Governor of Guam and the law offices of Calvo and Clark, LLP entered their appearance on behalf of the

*Civil Case No. 04-00006*
T041213.382-00010.CT(Conf. Sub. of Coun. & Proposed Order)

**ORIGINAL**

Governor, and served it upon the Attorney General's office. On November 12, 2004, this Court entered an Order stating that the Governor would be heard. Counsel respectfully believes this sequence complied with General Rule 19.1(b)(2). Nonetheless, the Attorney General's office on December 6, 2004 moved to strike the appearance and for relief from the Court's Order, alleging non-compliance with General Rule 19.1(b). To eliminate any procedural issues, the Governor responded by supplying a pleading confirming the substitution of counsel signed by the Governor to the Attorney General's office on December 9, 2004. The Attorney General's office refused to sign this substitution. Because the Governor's former counsel will not sign the substitution, the Governor therefore again has followed the procedures of General Rule 19.1(b)(2) by preparing this notice and serving it on the Attorney General's office.[1] The Governor respectfully requests that the Court enter this confirmation of the designation of counsel on the record so that the parties and Court may proceed with addressing the merits of the issues in dispute.

SO CONSENTED:

_____
FELIX P. CAMACHO,
GOVERNOR OF GUAM

Dated: 12/13/04

DESIGNATION OF COUNSEL ENTERED BY CALVO AND CLARK, LLP & CO-COUNSEL OFFICE OF THE GOVERNOR OF GUAM:

By: _____
DANIEL M. BENJAMIN

Dated: 12/13/2004

---

[1] The Governor's opposition to those motions are submitted separately; however, the Governor notes in response to the Attorney General's suggestion that the Governor must make a "motion" to substitute counsel that in fact General Rule 19.1(b)(2) states only that a written designation must be filed and that this is then signed by the Court.

*Civil Case No. 04-00006*     2
T041213.382-00010.CT(Conf. Sub. of Coun. & Proposed Order)
Case 1:04-cv-00006    Document 117    Filed 12/13/2004    Page 2 of 2