SHANNON TAITANO, ESQ.
OFFICE OF THE GOVERNOR OF GUAM
Ricardo J. Bordallo Governor's Complex
Adelup, Guam 96910
Telephone: (671) 472-8931
Facsimile: (671) 477-4826

**RODNEY J. JACOB, ESQ.**
**DANIEL M. BENJAMIN, ESQ.**
**CALVO AND CLARK, LLP**
Attorneys at Law
655 South Marine Drive, Suite 202
Tamuning, Guam 96913
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

Attorneys for *Felix P. Camacho, Governor of Guam*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, et. al., <br><br> Petitioners, <br><br> -v- <br><br> FELIX P. CAMACHO, etc., et. al. <br><br> Respondents. | CIVIL CASE NO. 04-00006 <br><br> **CERTIFICATE OF SERVICE** |

The undersigned hereby certifies that true and correct copies of 1) **NOTICE OF CONFIRMATION OF WRITTEN DESIGNATION OF SUBSTITUTION OF COUNSEL PURSUANT TO GENERAL RULE 19.1(b)(2), 2) DECLARATION OF DANIEL M. BENJAMIN IN SUPPORT OF THE GOVERNOR OF GUAM'S OPPOSITION TO THE ATTORNEY GENERAL OF GUAM'S MOTIONS TO STRIKE THE APPEARANCES OF CALVO AND CLARK, LLP AND THE OFFICE OF THE GOVERNOR AND FOR RELIEF FROM THE COURT'S ORDER OF NOVEMBER 12, 2004, 3) THE**

**GOVERNOR OF GUAM'S OPPOSITION TO THE ATTORNEY GENERAL OF GUAM'S MOTIONS TO STRIKE THE APPEARANCES OF CALVO AND CLARK, LLP AND THE OFFICE OF THE GOVERNOR AND FOR RELIEF FROM THE COURT'S ORDER OF NOVEMBER 12, 2004**, and 4) **[PROPOSED] ORDER**, were served via Hand Delivery on December 13, 2004, to the following:

    Michael F. Phillips, Esq.
    **PHILLIPS & BORDALLO, P.C.**
    410 West O'Brien Drive
    Hagåtña, Guam 96910

    Office of the Attorney General of Guam
    Guam Judicial Center, Suite 2-200E
    120 West O'Brien Drive
    Hagåtña, Guam 96910

    Rawlen Mantanona
    **MANTANONA LAW OFFICE**
    GCIC Bldg., Suite 601B
    414 West Soledad Avenue
    Hagatña, Guam 96910

Dated this 13th day of December, 2004.

    OFFICE OF THE GOVERNOR OF GUAM
    CALVO AND CLARK, LLP
    Attorneys at Law

    By: _/s/_
    **DANIEL M. BENJAMIN**