FILED
DISTRICT COURT OF GUAM
DEC 14 2004
MARY L. M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, *et al.*, <br> Petitioners, <br> vs. <br> FELIX A. CAMACHO, etc., *et al.*, <br> Respondents. | Civil Case No. 04-00006 <br><br><br> ORDER |

This case is scheduled to come before the Court on December 17, 2004 for hearing on various motions filed by the Petitioner and the Attorney General of Guam, the counsel of record for the Respondents. On December 13, 2004, the Attorney General filed a Motion to Continue the December 17th hearing, along with an Application to Shorten Time to hear the Motion to Continue. The Court finds a continuance of the December 17, 2004 hearing date justified based on the facts set forth in the Declaration of Robert M. Weinberg. Accordingly, the Motion to Continue is hereby GRANTED.[1] In order to accommodate the upcoming holiday season and counsel's schedules, the Court hereby resets the hearing on the motions to Wednesday, January 19, 2005 at 1:30 p.m.

SO ORDERED this 14th of December 2004.

JOAQUIN V.E. MANIBUSAN, JR.
United States Magistrate Judge

---

[1] Because the Court hereby grants the Motion to Continue, no further hearing is necessary on the Application to Shorten Time as said application is moot.