UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**
JAN 0 3 2005
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JULIE BABAUTA SANTOS, individually, and on behalf of all those similarly situated;,<br><br>Petitioner - Appellee,<br><br>CHRISTINA M.S. NAPUTI,<br><br>Petitioner-intervenor - Appellant,<br><br>and,<br><br>CHARMAINE R. TORRES, on behalf of herself and all others similarly situated,<br><br>Petitioner-intervenor,<br><br>v.<br><br>FELIX A. CAMACHO, Governor of Guam; et al.,<br><br>Respondents - Appellees. | No. 04-16634<br><br>D.C. No. CV-04-00006-JCC<br>District of Guam, Agana<br><br>**FILED**<br>ORDER  DISTRICT COURT OF GUAM<br>JAN 1 1 2005<br>MARY L.M. MORAN<br>CLERK OF COURT<br> |

The joint motion for voluntary dismissal of the appeal under Federal Rule of Appellate Procedure 42(b) is granted. The appeal is dismissed with prejudice.

Costs shall be allocated pursuant to the stipulation.

A certified copy of this order sent to the district court shall act as and for the mandate of this court.

> For the Court:
> CATHY A. CATTERSON
> Clerk of the Court
>
> *Alihandra M. Totor*
> Alihandra M. Totor
> Deputy Clerk
> Ninth Cir. R. 27-7/Advisory Note to Rule 27
> and Ninth Circuit Rule 27-10

pro 12.20



A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

JAN 0 3 2005

by _____
Deputy Clerk

2