SHANNON TAITANO, ESQ.
OFFICE OF THE GOVERNOR OF GUAM
Ricardo J. Bordallo Governor's Complex
Adelup, Guam 96910
Telephone: (671) 472-8931
Facsimile: (671) 477-4826

RODNEY J. JACOB, ESQ.
DANIEL M. BENJAMIN, ESQ.
CALVO AND CLARK, LLP
Attorneys at Law
655 South Marine Drive, Suite 202
Tamuning, Guam 96913
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

Attorneys for *Felix P. Camacho, Governor of Guam*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, et. al., <br><br> Petitioners, <br><br> -v- <br><br> FELIX P. CAMACHO, etc., et. al. <br><br> Respondents. | CIVIL CASE NO. 04-00006 <br><br> **NOTICE OF MOTION AND MOTION TO QUASH OR MODIFY SUBPOENAS AD TESTIFICANDUM FOR HEARING OF JANUARY 19, 2005** |

ORIGINAL

NOTICE IS HEREBY GIVEN that on the _____ day of January, 2005, at _____ ___.m. or as soon thereafter as possible, Defendant Felix P. Camacho, the Governor of Guam, will move this Court to quash or to modify the subpoenas ad testificandum served by the Attorney General of Guam demanding the testimony at the January 19, 2005 hearing of Governor of Guam Felix P. Camacho, his Legal Counsel Shannon Taitano, his Spokesperson Erica Perez, his Chief of Staff Anthony Sanchez, and his Executive Assistant Shawn Gumataotao.

## MOTION

This motion is based upon the accompanying memorandum of points and authorities, the declaration of Daniel M. Benjamin, the declaration of Shawn Gumataotao, the files and records in this action, and such other evidence and arguments as may be presented at or before the hearing on this motion.

Dated this 13th day of January, 2005.

OFFICE OF THE GOVERNOR OF GUAM
CALVO AND CLARK, LLP
Attorneys at Law

By: _____
DANIEL M. BENJAMIN