SHANNON TAITANO, ESQ.
OFFICE OF THE GOVERNOR OF GUAM
Ricardo J. Bordallo Governor's Complex
Adelup, Guam 96910
Telephone: (671) 472-8931
Facsimile: (671) 477-4826

RODNEY J. JACOB, ESQ.
DANIEL M. BENJAMIN, ESQ.
CALVO AND CLARK, LLP
Attorneys at Law
655 South Marine Drive, Suite 202
Tamuning, Guam 96913
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

Attorneys for *Felix P. Camacho, Governor of Guam*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, et. al.,<br><br>　　　　　　Petitioners,<br><br>-v-<br><br>FELIX P. CAMACHO, etc., et. al.<br><br>　　　　　　Respondents. | CIVIL CASE NO. 04-00006<br><br>**DECLARATION OF SHAWN GUMATAOTAO IN SUPPORT OF THE GOVERNOR OF GUAM'S MOTION TO QUASH OR MODIFY SUBPOENAS AD TESTIFICANDUM FOR HEARING OF JANUARY 19, 2005** |

FILED
DISTRICT COURT OF GUAM
JAN 13 2005
MARY L.M. MORAN
CLERK OF COURT
128

I, SHAWN GUMATAOTAO, declare that:

1. I am the Executive Assistant to the Governor of Guam, Felix P. Camacho. I make this declaration on personal knowledge, and if called to testify I could and would testify competently thereto.

2. The Governor, Ms. Shannon Taitano, and myself are scheduled to travel to Washington, D.C. to attend the Presidential Inauguration and related events on January 18-21, 2005. The governors of the States and the territories are expected to attend this event and the surrounding meetings and functions. A true and correct copy of the Governor's itinerary is attached hereto as Exhibit "A."

3. The Inauguration is an important event for Guam as it represents an opportunity for the Governor, Ms. Taitano, and myself and his selected staff to engage in formal and informal meetings and lobbying of federal officials for the benefit of the island.

4. The Governor had already made the arrangements for him, Ms. Taitano, and myself to attend the Inauguration prior to the subpoenas to testify at the January 19, 2005 hearing being served.

I declare under penalty of perjury pursuant to the laws of the United States and of the Territory of Guam that the foregoing declaration is true and correct.

Executed this 13th day of January, 2005, in Adelup, Guam.

_____
SHAWN GUMATAOTAO

# EXHIBIT A

# Governor Felix P. Camacho

## TRAVEL ITINERARY
## JANUARY 18 – 23, 2005

### 55TH PRESIDENTIAL INAUGURATION
### JANUARY 18 – 21, 2005

| | |
|---|---|
| **Tuesday, January 18, 2005** | Arrive Washington, D.C. |

Hyatt Regency Washington, D.C., Capitol Hill
400 New Jersey Avenue, NW
Washington, D.C. 20001
202-737-1234

| | |
|---|---|
| 5:15 – 7:00 p.m. | Open time |
| 7:00 – 9:00 p.m. | Dinner |

**Wednesday, January 19, 2005**

| | |
|---|---|
| 8:00 – 8:30 a.m. | Briefing |
| 8:30 – 9:30 a.m. | Breakfast |
| 9:30 – 2:00 p.m. | Free Time |
| 2:00 p.m. | Return to Hotel |
| 2:00 – 3:00 p.m. | RGA Registration |
| 2:00 p.m. – 6:00 pm | RGA Registration and Hospitality Suite |
| *Attire:* | Business |

Hyatt Regency
Washington, D.C.
400 New Jersey Avenue, NW
Washington D.C.

| | |
|---|---|
| 3:00 – 4:00 p.m. | Return to room to prepare for Freedom Event |
| 4:15 p.m. | Depart for Freedom Event |
| 4:15 – 5:00 p.m. | Attend Celebration of Freedom Event |

| | |
|---|---|
| 5:00 – 5:15 p.m. | Depart for RGA Reception |
| 4:00 p.m.- 6:00 p.m. | A Celebration of Freedom |
| *Attire:* | Evening Wear<br>Guests will meet at the Hyatt Regency Lobby to be transported via 14 Passenger |

The Ellipse
Constitution Avenue & 17th Street

| | |
|---|---|
| 5:15 – 7:00 p.m | Attend RGA Reception |
| 7:00 – 7:15 p.m. | Depart for PACAP Ball |
| 5:00 p.m.-7:00 p.m. | RGA "Welcome to Washington" Reception with the Republican Governors |
| *Attire:* | Evening Wear |

Altria Corporate Service, Inc
101 Constitution Avenue, NW
Washington D.C.

| | |
|---|---|
| 7:15 – 10:00 p.m. | Attend PACAP Ball |
| 7:00 p.m.-1:00 a.m. | Presidential Advisory Council on Asia Pacific Islands |
| *Attire:* | Evening Wear |

Marriott Crystal Room
1300 Jefferson Davis Avenue
Arlington, VA 22202

| | |
|---|---|
| 9:15 – 11:00 p.m. | Dinner (Open) |
| 11:00 – 11:15 p.m. | Depart for Hotel |

### Thursday, January 20, 2005

| | |
|---|---|
| 7:00 – 7:15 a.m. | Briefing |
| 7:30 – 7:45 a.m. | Meet in lobby – transport to NGA event |

| | |
|---|---|
| 8:00 a.m. | Depart Hotel |
| 8:15 a.m.- 9:30 a.m. | NGA Continental Breakfast |
| *Attire:* | Business Casual |

LaColline Restaurant
Hall of the States Building
444 N. Capitol Street N W. Washington, D.C.

| | |
|---|---|
| 9:30 a.m. | Depart LaColline for the US Capitol for the: "Oath of Office Ceremony" |

US Capitol

| | |
|---|---|
| 10:15 a.m. | Governor and First Lady will leave the holding room to seating for commencement of ceremonies. |
| 11:30 a.m. | Ceremonies begin |
| 12:30 p.m. | Ceremonies conclude and Governors and their spouses will be transported via bus back to LaColline |
| 1:00 – 1:45 p.m. | Depart for Parade |
| 2:00 – 3:30 p.m. | Attend Parade |
| 2:00 p.m.-4:30 p.m. | 55th Presidential Inauguration Inaugural Parade along Pennsylvania Ave. |
| *Attire:* | Casual Warm, comfortable shoes |
| 3:30 – 4:00 p.m. | |
| 4:00 – 5:00 p.m. | |
| 5:00 – 5:15 p.m. | |
| 5:15 – 6:30 p.m. | |

| | |
|---|---|
| **6:30 – 6:45 p.m.** | Republican Governors Inaugural Reception Dinner |

Natl Museum of Women
1250 New York Ave NW

---

| | |
|---|---|
| **6:45 – 7:45 p.m.** | Prepare for Ball |
| **7:45 – 8:00 p.m.** | Depart for Ball |
| **8:00 – 10:00 p.m.** | Attend the Ball |
| **7:00 p.m.-1:00 a.m.** | Constitution Ball "The Inaugural Ball" |
| *Attire:* | Evening gown formal, Black tie |

Washington Hilton
1919 Connecticut Avenue NW

| | |
|---|---|
| **10:30 – 11:00 p.m.** | Depart for Hotel |

---

**Friday, January 21, 2005**

| | |
|---|---|
| **8:00 a.m. – 10:00 a.m.** | **OPEN TIME** |
| **10::00 a.m.-11:00 a.m.** | National Prayer Service |

National Cathedral
Massachusetts & Wisconsin Avenue NW
(202) 537-6200