SHANNON TAITANO, ESQ.
OFFICE OF THE GOVERNOR OF GUAM
Ricardo J. Bordallo Governor's Complex
Adelup, Guam 96910
Telephone: (671) 472-8931
Facsimile: (671) 477-4826

RODNEY J. JACOB, ESQ.
DANIEL M. BENJAMIN, ESQ.
CALVO AND CLARK, LLP
Attorneys at Law
655 South Marine Drive, Suite 202
Tamuning, Guam 96913
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

Attorneys for *Felix P. Camacho, Governor of Guam*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, et. al., | CIVIL CASE NO. 04-00006 |
| Petitioners, | |
| -v- | **CERTIFICATE OF SERVICE** |
| FELIX P. CAMACHO, etc., et. al. | |
| Respondents. | |

The undersigned hereby certifies that true and correct copies of 1) **NOTICE OF MOTION AND MOTION TO QUASH OR MODIFY SUBPOENAS AD TESTIFICANDUM FOR HEARING OF JANUARY 19, 2005, 2) MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO QUASH OR MODIFY SUBPOENAS AD TESTIFICANDUM FOR HEARING OF JANUARY 19, 2005, 3) DECLARATION OF DANIEL M. BENJAMIN IN SUPORT OF THE GOVERNOR OF GUAM'S MOTION TO QUASH OR MODIFY SUBPOENAS AD TESTIFICANDUM**

FOR HEARING OF JANUARY 19, 2005, and 4) DECLARATION OF SHAWN GUMATAOTAO IN SUPPORT OF MOTION TO QUASH OR MODIFY SUBPOENAS AD TESTIFICANDUM FOR HEARING OF JANUARY 19, 2005, caused to be served via Hand Delivery on January 13, 2005, to the following:

> Michael F. Phillips, Esq.
> **PHILLIPS & BORDALLO, P.C.**
> 410 West O'Brien Drive
> Hagåtña, Guam 96910
>
> Office of the Attorney General of Guam
> Guam Judicial Center, Suite 2-200E
> 120 West O'Brien Drive
> Hagåtña, Guam 96910
>
> Rawlen Mantanona
> **MANTANONA LAW OFFICE**
> GCIC Bldg., Suite 601B
> 414 West Soledad Avenue
> Hagatña, Guam 96910

Dated this 13th day of January, 2005.

OFFICE OF THE GOVERNOR OF GUAM
CALVO AND CLARK, LLP
Attorneys at Law

By: _____
DANIEL M. BENJAMIN