

Office of the Attorney General
Douglas B. Moylan
Attorney General of Guam
Solicitors Division
Guam Judicial Center, Suite 2-200E
120 West O'Brien Drive
Hagåtña, Guam 96910 • USA
(671) 475-3324 • (671) 472-2493 (Fax)
www.guamattorneygeneral.com • law@mail.justice.gov.gu

Attorneys for the Government of Guam

FILED
DISTRICT COURT OF GUAM
JAN 13 2005
MARY L.M. MORAN
CLERK OF COURT

# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS,<br><br>    Petitioner,<br><br>vs.<br><br>FELIX P. CAMACHO, Governor of Guam, et al.,<br><br>    Defendants. | Civil Case No. 04-00006<br><br>**DECLARATION OF SERVICE** |

**I, FRANCISCO M. SANTOS**, declare:

I am an employee of the Attorney General's Office, over the age of eighteen, and not a party in interest in the above-entitled case. I served a copy of the **SUBPOENA** by delivering to:

/ / / /

/ / / /

/ / / /

Page 1
*Declaration of Service*
District Court Civil Case No. CV04-00006

| NAME | WHERE SERVED | DATE & TIME |
|---|---|---|
| Therese C. Santos | Office of the Governor<br>Legal Office – Ricardo J. Bordallo Complex<br>Anigua, Guam | 1/7/05 @ 10:50am |
| Alana Meno | Calvo and Clark, LLP<br>Suite 202, First Savings & Loan Bldg.<br>Tamuning, Guam | 1/7/05 @ 11:35am |
| Leilani Peredo | Mantanona law Office<br>GCIC Bldg. Suite 601B<br>414 West Soledad Avenue<br>Hagatna, Guam | 1/7/05 @ 10:30am |
| Janice Camacho Valera | Phillips & Bordallo, P.C.<br>410 West O'Brien Drive<br>Hagatna, Guam | 1/7/05 @ 10:13am |

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 13th day of January, 2005.

FRANCISCO M. SANTOS
Process Officer

Cohen\Santos Dec of Service – Subpoena

Page 2
*Declaration of Service*
District Court Civil Case No. CV04-00006