SHANNON TAITANO, ESQ.
OFFICE OF THE GOVERNOR OF GUAM
Ricardo J. Bordallo Governor's Complex
Adelup, Guam 96910
Telephone: (671) 472-8931
Facsimile: (671) 477-4826

RODNEY J. JACOB, ESQ.
DANIEL M. BENJAMIN, ESQ.
CALVO AND CLARK, LLP
Attorneys at Law
655 South Marine Drive, Suite 202
Tamuning, Guam 96913
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

Attorneys for *Felix P. Camacho, Governor of Guam*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, et. al., <br><br> Petitioners, <br><br> -v- <br><br> FELIX P. CAMACHO, etc., et. al. <br><br> Respondents. | CIVIL CASE NO. 04-00006 <br><br> **CERTIFICATE OF SERVICE** |

The undersigned hereby certifies that true and correct copies of 1) **FIRST REQUEST FOR JUDICIAL NOTICE** and 2) **SECOND REQUEST FOR JUDICIAL NOTICE**, caused to be served via Hand Delivery on January 21, 2005, to the following:

Michael F. Phillips, Esq.
**PHILLIPS & BORDALLO, P.C.**
410 West O'Brien Drive
Hagåtña, Guam 96910

| | |
|---|---|
| 1 | Office of the Attorney General of Guam |
| 2 | Guam Judicial Center, Suite 2-200E |
| | 120 West O'Brien Drive |
| 3 | Hagåtña, Guam 96910 |
| 4 | Rawlen Mantanona |
| | **MANTANONA LAW OFFICE** |
| 5 | GCIC Bldg., Suite 601B |
| | 414 West Soledad Avenue |
| 6 | Hagatña, Guam 96910 |

Dated this 21st day of January, 2005.

OFFICE OF THE GOVERNOR OF GUAM
CALVO AND CLARK, LLP
Attorneys at Law

By: _____
**DANIEL M. BENMAMIN**