

The Law Offices of
# PHILLIPS & BORDALLO
A Professional Corporation
410 West O'Brien Drive, Suite 102 Hagåtña, Guam 96910-5044
Tel: (671) 477-ABCD (2223) • Fax: (671) 477-2FAX (2329)
" I Erensia, Lina'la', Espiritu-ta"



**FILED**
DISTRICT COURT OF GUAM
JAN 25 2005
MARY L.M. MORAN
CLERK OF COURT

140

Attorneys for Petitioner

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, et al., ) | CIVIL CASE NO. 04-00006 |
| ) | |
| Petitioners, ) | |
| vs. ) | **CERTIFICATE OF SERVICE** |
| ) | |
| FELIX A. CAMACHO, etc., et al., ) | |
| ) | |
| Respondents. ) | |

I, Michael F. Phillips, hereby state that on the 25th January 2005, I caused to be served via hand delivery a copy of **Petitioners List of Exhibits** on the following counsel of record at their address:

*Calvo and Clark, LLP*
Attorneys at Law
655 South Marine Drive, Suite 202
Tamuning, Guam 96912
*Attorneys for*
  *Felix P. Camacho, Governor of Guam*

**MANTANONA LAW OFFICE**
GCIC Bldg., Suite 601B
414 West Soledad Avenue
Hagåtña, Guam 96910
*Attorneys for Lourdes M. Perez*
  *and Artemio R. Ilagan*

**DOUGLAS B. MOYLAN**
OFFICE OF THE ATTORNEY GENERAL OF GUAM
Suite 2-200E, Guam Judicial Center
120 West O'Brien Drive
Hagåtña, Guam 96910
*Attorney for Respondents: Felix A. Camacho, Governor of Guam et al.*

Dated this 25th day of January 2005.

PHILLIPS & BORDALLO, P.C.

By: _____
Michael F. Phillips