

Office of the Attorney General
Douglas B. Moylan
Attorney General of Guam
Solicitors Division
Guam Judicial Center, Suite 2-200E
120 West O'Brien Drive
Hagåtña, Guam 96910 • USA
(671) 475-3324 • (671) 472-2493 (Fax)
www.guamattorneygeneral.com • law@mail.justice.gov.gu

**Attorneys for the Government of Guam**



FILED
DISTRICT COURT OF GUAM
JAN 26 2005
MARY L.M. MORAN
CLERK OF COURT

# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS,<br><br>    Petitioner,<br><br>vs.<br><br>FELIX P. CAMACHO, Governor of Guam,<br><br>    Respondent. | CIVIL CASE NO. 04-00006<br><br><br><br><br><br>**DECLARATION OF SERVICE** |

**I, FRANCISCO M. SANTOS**, declare:

I am an employee of the Attorney General's Office, over the age of eighteen, and not a party in interest in the above-entitled case. I served a copy of the **Subpoena in a Civil Case issued to Bertha Duenas** by delivering to:

| NAME | WHERE SERVED | DATE & TIME |
|---|---|---|
| Phillips & Bordallo | Hagatna, GU | 01/21/05; 11:07 |
| Legal Counsel to Governor | Adelup, GU | 01/21/05; 11:22 |
| Mantanona Law Office | Hagatna, GU | 01/21/05; 11:38 |
| Calvo & Clark | Tamuning, GU | 01/21/05; 12:02 |

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 25th day of January, 2005.

_____
FRANCISCO M. SANTOS
Process Officer

Page 2
*Declaration of Service*
District Court Civil Case No. 04-00006