# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
## CIVIL MINUTES - GENERAL


FILED
DISTRICT COURT OF GUAM
JAN 26 2005
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. CV-04-00006**   **DATE: 01/25/2005**   **TIME: 10:12 A.M.**

**CAPTION:** Julie Babauta Santos, individually & on behalf of all those similarly situated - vs - FELIX A. CAMACHO, Governor of Guam

***

**HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding**
Court Recorder: Virginia T. Kilgore
Hearing Electronically Recorded: (10:12:04 - 10:25:50 , 11:16:55 - 12:55:57 & 2:26:47 - 4:26:39)

**Law Clerk:** JUDITH HATTORI
**Courtroom Deputy:** Leilani Toves Hernandez
**CSO:** F. Tenorio & J. Lizama

(142)

*** APPEARANCES ***

**COUNSEL FOR PLAINTIFF(s):**

MIKE PHILLIPS

**COUNSEL FOR DEFENDANT(s):**

EDUARDO CALVO, RODNEY JACOB, DANIEL BENJAMIN, - For Felix A. Camacho, Governor of Guam

RAWLEN MANTANONA - for Art Ilagan & Lourdes Perez

STEPHEN COHEN & ROBERT WEINBERG - All Respondents

**PROCEEDINGS:**

- PETITIONER'S MOTION FOR ORDERS APPROVING THE ADMINISTRATION PLAN AND AMENDED NOTICE

- MOTION TO STRIKE APPEARANCES AND ALL PLEADINGS

- MOTION FOR RELIEF FROM ORDER ISSUED BY THE COURT ON NOVEMBER 12, 2004

( X ) MOTION (S) ARGUED BY   ( ) PLAINTIFF   ( X ) DEFENDANT

( X ) MOTION(s) ___Granted ___Denied ___Settled ___Withdrawn _X_ Under Advisement

( ) ORDER SUBMITTED ___Approved ___Disapproved

( X ) ORDER to be Prepared By: Court

( ) PROCEEDINGS CONTINUED TO: _____ at _____

**NOTES:**

Witnesses sworn and examined. Exhibits identified and admitted. (See attached Exhibit & Witness Log)

The Court continued the matter to 2:00 p.m. to hear arguments on the motion to strike appearances.

Parties argued their position on the motion.

The Court took the matter under advisement and informed parties that it will be prompt in issuing its decision.

COURTROOM DEPUTY: _____

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____ GUAM

**Julie Babauta Santos, individually and on behalf of all those similarly situated**

**V.**

**Felix A. Camacho, Governor of Guam, et al**

**EXHIBIT AND WITNESS LIST**

Case Number:  CV-04-00006

| PRESIDING JUDGE<br>**JOAQUIN V. E. MANIBUSAN, JR.** | | | PLAINTIFF'S ATTORNEY<br>**MIKE PHILLIPS** | | DEFENDANT'S ATTORNEY<br>**SEE MINUTE SHEET** | |
|---|---|---|---|---|---|---|
| HEARING DATE (S)<br>JANUARY 25, 2005 | | | COURT RECORDER<br>VIRGINIA T. KILGORE | | COURTROOM DEPUTY<br>LEILANI TOVES HERNANDEZ | |

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | | | | | | **11:20 a.m. ARTEMIO B. ILAGAN, called and sworn** |
| | | | | | | DX by Mr. Weinberg |
| | | HH | Jan 25 | Jan 25 | | (1) Letter of S. Cohen to Office of Governor, dated January 4, 2005, re Sunshine Act request; (2) responsive Letter of S. Taitano to S. Cohen, dated January 10, 2005 |
| | | | | | | 11:46:002 End DX |
| | | | | | | 11:46:18 CX by Mr. Mantanona |
| | | HH | Jan 25 | Jan 25 | | (1) Letter of S. Cohen to Office of Governor, dated January 4, 2005, re Sunshine Act request; (2) responsive Letter of S. Taitano to S. Cohen, dated January 10, 2005 |
| | | | | | | 11:48:17 End CX |
| | | | | | | 11:48:26 Re-DX by Mr. Weinberg |
| | | | | | | 11:58:38 End Re-DX |
| | | | | | | 11:58:53 Re-CX |
| | | R | Jan 25 | Jan 25 | | Memorandum of Deputy Attorney General Charles Troutman to Attorney General Douglas Moylan, dated October 13, 2004 |
| | | | | | | 12:03:50 End Re-CX |
| | | | | | | 12:05:06 Witness excused |
| | | | | | | 12:06:01 LOURDES M. PEREZ, called and sworn |
| | | | | | | DX by Mr. Cohen |
| | | KK | Jan 25 | Jan 25 | Jan 25 | Mr. Cohen moved for the admission of pages 1-3 of the exhibit |
| | | | | | | Objection by Mr. Mantanona - *Overruled* - **Pages 1 -3 ADMITTED** |
| 16 | | | Jan 25 | Jan 25 | Jan 25 | Memorialization of Agreement for Professional Services Between the Government of Guam and Mantanona Law Office |
| | | | | | | 12:27:45 End DX |
| | | | | | | 12:18:15 CX by Mr. Mantanona |
| | | KK | Jan 25 | Jan 25 | Jan 25 | Page 3 of the exhibit |
| | | KK | Jan 25 | Jan 25 | Jan 25 | Page 1 of the exhibit |
| | | | | | | 12:32:26 End of CX |
| | | | | | | 12:32:38 Re-DX by Mr. Cohen |
| | | BB | Jan 25 | Jan 25 | Jan 25 | Letter to Lourdes M. Perez, Director of Department of the Department of Administration, to Douglas B. Moylan, Attorney General, dated December 9, 2004 |
| | | | | | | Mr. Cohen offered the exhibit into evidence - No objections - Admitted |
| | | DD | Jan 25 | Jan 25 | Jan 25 | Letter to Douglas B. Moylan, Attorney General, to Lourdes M. Perez, Director of Department of Administration, dated December 13, 2005 |

| PRESIDING JUDGE<br>JOAQUIN V. E. MANIBUSAN, JR. | | | | | | PLAINTIFF'S ATTORNEY<br>MIKE PHILLIPS | DEFENDANT'S ATTORNEY<br>SEE MINUTE SHEET |
|---|---|---|---|---|---|---|---|
| HEARING DATE (S)<br>JANUARY 25, 2005 | | | | | | COURT RECORDER<br>VIRGINIA T. KILGORE | COURTROOM DEPUTY<br>LEILANI TOVES HERNANDEZ |
| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
| | | | | | | Mr. Cohen offered the exhibit into evidence | |
| | | | | | | Mr. Mantanona stated his objections - Overruled - Exhibit Admitted | |
| | | | | | | 12:38:05 Witness excused | |
| | | R | Jan 25 | Jan 25 | Jan 25 | Memorandum of Deputy Attorney General Charles Troutman to Attorney General Douglas Moylan, dated October 13, 2004 | |
| | | | | | | Mr. Mantanona moved for admittance - No objections - GRANTED | |
| | | | | | | | |
| | | | | | | | |

Page -2-