United States District Court, District of Guam

# DIGITAL AUDIO RECORDING ORDER

*Read Instructions on Back* (FOR PROCEEDINGS ON OR AFTER AUGUST 1, 2002)

| 1. NAME Rodney J. Jacob (Cawdy & Clark) | 2. PHONE NUMBER 646-9355 | 3. DATE 1/26/05 | |
|---|---|---|---|
| 4. MAILING ADDRESS | 5. CITY | 6. STATE | 7. ZIP CODE |
| 8. CASE NUMBER 04-00006 | 9. CASE NAME Babauta vs. Camacho | DATES OF PROCEEDINGS 10. FROM 1/25/05 | 11. TO 1/25/05 |
| 12. PRESIDING JUDICIAL OFFICIAL Joaquin V. E. Manibusan | | LOCATION OF PROCEEDINGS 13. CITY Hagatna | 14. STATE Guam |

15. ORDER FOR
- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [x] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER (Specify)

**FILED** DISTRICT COURT OF GUAM JAN 26 2005 MARY L.M. MORAN CLERK OF COURT

16. CD REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which duplicate CD(s) are requested.)

| PORTION(S) | DATE(S) | PORTION(S) | |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [x] OTHER (Specify) | 10:12 - 10:25 |
| [ ] SENTENCING | | | 11:16 - 12:55 |
| [ ] BAIL HEARING | | | 2:26 - 4:27 |

17. ORDER

| | NO. CD(s) | NO. COPIES | COSTS |
|---|---|---|---|
| [ ] CD - FTR Gold Format. This format must be played using FTR Player Plus ™ software, which will be included on the CD. This software allows the listener to navigate through the recording using time references from the actual proceeding. | | | |
| [ ] Audio CD Format - This format will play in any CD player. This format is limited to an hour or less. | | | |
| [x] Windows Audio Format - (wma) This format will play using Windows Media Player ™ software, as well as other 3rd party software. | | 1 | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional) upon completion of the order.

| 18. SIGNATURE | 19. DATE |
|---|---|
| PROCESSED BY Rose B. Muñoz | PHONE NUMBER |
| ORDER RECEIVED | DATE | BY | DEPOSIT PAID |
| DEPOSIT PAID | | | TOTAL CHARGES |
| CD DUPLICATED | | | LESS DEPOSIT |
| ORDERING PARTY NOTIFIED TO PICK UP CD | | | TOTAL REFUNDED |
| PARTY RECEIVED CD | | | TOTAL DUE |

Case 1:04-cv-00006    Document 152    Filed 01/26/2005    Page 1 of 1