VAN DE VELD SHIMIZU CANTO & FISHER
Attorneys At Law
Suite 101, Dela Corte Bldg.
**167 East Marine Corps Drive**
Hagåtña, Guam 96910
Office: (671) 472-1131
Facsimile: (671) 472-2886

Attorney for:
**CHRISTINA MARIE SANTOS NAPUTI**
**MARYGRACE SIMPAO**

FILED
DISTRICT COURT OF GUAM
FEB - 3 2005
MARY L.M. MORAN
CLERK OF COURT
145

# IN THE UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, Individually and on behalf of all those similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>FELIX CAMACHO, Governor of Guam, ART ILAGAN, Director of Department of Revenue and Taxation, LOURDES M. PEREZ, Director of Department of Administration, and GOVERNMENT OF GUAM,<br><br>Defendants. | Civil Case No. CIV.04-00006<br><br>**REPRESENTATION STATEMENT and ENTRY OF APPEARANCE**<br><br>*Class Action* |

---

Santos, et al. v. Governor Camacho, et al., Notice of Entry of Appearance and Representation Statement.

Civil Case No. CIV04-00006                                                                                                                                                                        Page 1

ORIGINAL

To: Counsel for Plaintiff JULIE BABAUTA SANTOS, Mr. Michael F. Phillips, Esq., counsel for Defendant Government Of Guam, the Honorable Douglas B.K. Moylan, Esq., Attorney General for Guam, counsel for the Defendant the Honorable Felix Camacho, Governor of Guam, Mr. Eduardo Calvo, Esq., Calvo & Clark, counsel for Defendants Perez and Illagan, Mr. Rawlen Mantanona, Esq.

PLEASE BE ADVISED that Christina M.S. Naputi and Mary Grace Simpao, by and through their attorneys, the law firm of VAN DE VELD SHIMIZU CANTO & FISHER, by Thomas J. Fisher, enter their appearance in this matter. See Fed. R. Civ. P. 23(c)(2)(c). Accordingly, Please serve upon this firm all pleadings, motions, replies, stipulations and orders entered or filed in this matter and those that will be filed or entered.

Respectfully submitted: this 02nd day of February 2004.

VAN DE VELD SHIMIZU CANTO & FISHER

_____
Thomas J. Fisher, Esq.
Attorneys for Naputi and Simpao

---

Santos, et al. v. Governor Camacho, et al., Notice of Entry of Appearance and Representation Statement.
Civil Case No. CIV04-00006

Page 2