VAN DE VELD SHIMIZU CANTO & FISHER
Suite 101 De La Corte Building
167 East Marine Corps Drive
Hagåtña, Guam 96910
Telephone: (671) 472-1131
Facsimile: (671) 472-2886



FILED
DISTRICT COURT OF GUAM
FEB - 4 2005
MARY L.M. MORAN
CLERK OF COURT

146

UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS Individually and on behalf of all those similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> FELIX P. CAMACHO, Governor of Guam, ART ILAGAN, Director of Department of Revenue and Taxation, LOURDES M. PEREZ, Director of Department of Administration, and GOVERNMENT OF GUAM <br><br> Defendants. | CIVIL CASE NO. CIV.04-00006 <br><br><br> **CERTIFICATE OF SERVICE** |

I, DANIEL E.Q. MANIBUSAN, hereby declare and state under penalty of perjury of the laws of the United States of America and the Territory of Guam, pursuant to Title 7 Guam Code Annotated §4308, as follows:

JULIE BABAUTA SANTOS Individually and on behalf of all those similarly situated
**CERTIFICATE OF SERVICE**
Civil Case No. CIV04-00006
Case 1:04-cv-00006   Document 155   Filed 02/04/2005   Page 1 of 2   PAGE 1

1. On February 03, 2005 I personally served the Representation Statement and Entry Of Appearance in reference to the above captioned matter, to Counsel for the Plaintiff, Michael F. Phillips, At the Office of Phillips & Bordallo, P.C., 410 West O'Brien Drive Hagåtña, Guam 96910.

2. On February 03, 2005 I personally served the Representation Statement and Entry Of Appearance, to Counsel for Respondent, Attorney General of Guam, Douglas B.K. Moylan, at the Office of the Attorney General of Guam. Guam Judicial Center Suite 2-200 E, 120 West O'Brien Drive Hagåtña, Guam 96910.

3. On February 03, 2005 I personally served the Representation Statement and Entry Of Appearance, to Counsel for Respondent, Eduardo Calvo, at the Office of Calvo & Clark 655 South Marine Corps Drive, Tamuning, Guam 96913.

4. On February 03, 2005 I personally served the Representation Statement and Entry Of Appearance, to Counsel for Respondent, Rawlen Mantanona, at GCIC Building, Suite 601B 414 West Soledad Avenue Hagåtña, Guam 96910.

FURTHER YOUR DECLARANT SAYETH NAUGHT this ___ day February 2005, at Hagåtña, Guam.

_____
**Daniel Edward Q. Manibusan**

CCV/msn
Vscf Inbox /CV0001

JULIE BABAUTA SANTOS Individually and on behalf of all those similarly situated
**CERTIFICATE OF SERVICE**
Case 1:04-cv-00006   Document 155   Filed 02/04/2005   Page 2 of 2   PAGE 2