# DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

### AMENDED CIVIL MINUTES

**CASE NO.** CV-04-00006     **DATE:** 01/25/2005

**CAPTION:** <u>Julie Babauta Santos, individually & on behalf of all those similarly situated - vs - FELIX A. CAMACHO, Governor of Guam</u>

*********************************************************************

**HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding**
Court Recorder: Virginia T. Kilgore
Hearing Electronically Recorded: (10:12:04 - 10:25:50 , 11:16:55 - 12:55:57 & 2:26:47 - 4:26:39)

Law Clerk: JUDITH HATTORI
Courtroom Deputy: Leilani Toves Hernandez
CSO: F. Tenorio & J. Lizama

*********************** APPEARANCES ***********************

**COUNSEL FOR PLAINTIFF(s):**

<u>MIKE PHILLIPS</u>

**COUNSEL FOR DEFENDANT(s):**

<u>EDUARDO CALVO, RODNEY JACOB, DANIEL BENJAMIN -</u>
  For Felix A. Camacho, Governor of Guam

<u>RAWLEN MANTANONA - for Art Ilagan & Lourdes Perez</u>

<u>STEPHEN COHEN & ROBERT WEINBERG - All Respondents</u>

*********************************************************************

### PROCEEDINGS:

- **PETITIONER'S MOTION FOR ORDERS APPROVING THE ADMINISTRATION PLAN AND AMENDED NOTICE**

- **MOTIONS TO STRIKE APPEARANCES AND ALL PLEADINGS BY CALVO AND CLARK, SHANNON TAITANO AND RAWLEN MANTANONA**

- **MOTION FOR RELIEF FROM ORDER ISSUED BY THE COURT ON NOVEMBER 12, 2004**

( X ) MOTION (S) ARGUED BY    ( ) PLAINTIFF    ( X ) DEFENDANT

( X ) MOTION(s) ___Granted ___Denied ___Settled ___Withdrawn __X__ Under Advisement

( ) ORDER SUBMITTED ___Approved ___Disapproved

( X ) ORDER to be Prepared By: <u>Court</u>

( ) PROCEEDINGS CONTINUED TO: _____ at _____

### NOTES:
<u>Witnesses sworn and examined. Exhibits identified and admitted. (See attached Exhibit & Witness Log)</u>

<u>The Court informed parties that it will be hearing arguments on the motions to strike and motion for relief however, petitioner's motion would be rescheduled at a later time. Parties had no objections.</u>

<u>The Court continued the matter to 2:00 p.m. to hear arguments on the motion to strike appearances.</u>

<u>Parties argued their position on the motion.</u>

<u>The Court took the motions to strike and motion for relief under advisement and informed parties that it will be prompt in issuing its decision.</u>

COURTROOM DEPUTY: _____

# UNITED STATES DISTRICT COURT

DISTRICT OF      GUAM

Julie Babauta Santos, individually and on behalf of all those similarly situated
V.
Felix A. Camacho, Governor of Guam, et al

**EXHIBIT AND WITNESS LIST**

Case Number: CV-04-00006

| PRESIDING JUDGE<br>JOAQUIN V. E. MANIBUSAN, JR. | PLAINTIFF'S ATTORNEY<br>MIKE PHILLIPS | DEFENDANT'S ATTORNEY<br>SEE MINUTE SHEET |
|---|---|---|
| HEARING DATE (S)<br>JANUARY 25, 2005 | COURT RECORDER<br>VIRGINIA T. KILGORE | COURTROOM DEPUTY<br>LEILANI TOVES HERNANDEZ |

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | | | | | | 11:20 a.m. ARTEMIO B. ILAGAN, called and sworn |
| | | | | | | DX by Mr. Weinberg |
| | | HH | Jan 25 | Jan 25 | | (1) Letter of S. Cohen to Office of Governor, dated January 4, 2005, re Sunshine Act request; (2) responsive Letter of S. Taitano to S. Cohen, dated January 10, 2005 |
| | | | | | | 11:46:002 End DX |
| | | | | | | 11:46:18 CX by Mr. Mantanona |
| | | HH | Jan 25 | Jan 25 | | (1) Letter of S. Cohen to Office of Governor, dated January 4, 2005, re Sunshine Act request; (2) responsive Letter of S. Taitano to S. Cohen, dated January 10, 2005 |
| | | | | | | 11:48:17 End CX |
| | | | | | | 11:48:26 Re-DX by Mr. Weinberg |
| | | | | | | 11:58:38 End Re-DX |
| | | | | | | 11:58:53 Re-CX |
| | | R | Jan 25 | Jan 25 | | Memorandum of Deputy Attorney General Charles Troutman to Attorney General Douglas Moylan, dated October 13, 2004 |
| | | | | | | 12:03:50 End Re-CX |
| | | | | | | 12:05:06 Witness excused |
| | | | | | | 12:06:01 LOURDES M. PEREZ, called and sworn |
| | | | | | | DX by Mr. Cohen |
| | | KK | Jan 25 | Jan 25 | Jan 25 | Mr. Cohen moved for the admission of pages 1-3 of the exhibit |
| | | | | | | Objection by Mr. Mantanona - *Overruled* - **Pages 1 -3 ADMITTED** |
| 16 | | | Jan 25 | Jan 25 | Jan 25 | Memorialization of Agreement for Professional Services Between the Government of Guam and Mantanona Law Office |
| | | | | | | 12:27:45 End DX |
| | | | | | | 12:18:15 CX by Mr. Mantanona |
| | | KK | Jan 25 | Jan 25 | Jan 25 | Page 3 of the exhibit |
| | | KK | Jan 25 | Jan 25 | Jan 25 | Page 1 of the exhibit |
| | | | | | | 12:32:26 End of CX |
| | | | | | | 12:32:38 Re-DX by Mr. Cohen |
| | | BB | Jan 25 | Jan 25 | Jan 25 | Letter to Lourdes M. Perez, Director of Department of the Department of Administration, to Douglas B. Moylan, Attorney General, dated December 9, 2004 |
| | | | | | | Mr. Cohen offered the exhibit into evidence - No objections - Admitted |
| | | DD | Jan 25 | Jan 25 | Jan 25 | Letter to Douglas B. Moylan, Attorney General, to Lourdes M. Perez, Director of Department of Administration, dated December 13, 2005 |

Page -1-

| PRESIDING JUDGE JOAQUIN V. E. MANIBUSAN, JR. | | | | | PLAINTIFF'S ATTORNEY MIKE PHILLIPS | DEFENDANT'S ATTORNEY SEE MINUTE SHEET |
|---|---|---|---|---|---|---|
| HEARING DATE (S) JANUARY 25, 2005 | | | | | COURT RECORDER VIRGINIA T. KILGORE | COURTROOM DEPUTY LEILANI TOVES HERNANDEZ |
| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| | | | | | | Mr. Cohen offered the exhibit into evidence |
| | | | | | | Mr. Mantanona stated his objections - Overruled - Exhibit Admitted |
| | | | | | | 12:38:05 Witness excused |
| | | R | Jan 25 | Jan 25 | Jan 25 | Memorandum of Deputy Attorney General Charles Troutman to Attorney General Douglas Moylan, dated October 13, 2004 |
| | | | | | | Mr. Mantanona moved for admittance - No objections - GRANTED |

Page -2-