

FILED
DISTRICT COURT OF GUAM

FEB 14 2005

MARY L.M. MORAN
CLERK OF COURT



DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, *et al.*, | Civil Case No. 04-00006 |
| Petitioners, | |
| vs. | |
| FELIX A. CAMACHO, etc., *et al.*, | ORDER |
| Respondents. | |

This case is scheduled to come before the Court on February 28, 2005 for a hearing on the Petitioner's Motion for Orders Approving the Administration Plan and Amended Notice and for Orders Establishing the Fairness Hearing Date and Objection and Opt Out Date. Because the Magistrate Judge is more familiar with the history of the case and the issues presented, said motion is hereby referred to Magistrate Judge Manibusan to determine and make recommendation to the Court as to the appropriate disposition of the motion.

SO ORDERED this _13_ day of February 2005.

ROGER L. HUNT*
District Judge

---

\* The Honorable Roger L. Hunt, United States District Judge for the District of Nevada, sitting by designation.