SHANNON TAITANO, ESQ.
OFFICE OF THE GOVERNOR OF GUAM
Ricardo J. Bordallo Governor's Complex
Adelup, Guam 96910
Telephone: (671) 472-8931
Facsimile: (671) 477-4826

EDUARDO A. CALVO, ESQ.
RODNEY J. JACOB, ESQ.
DANIEL M. BENJAMIN, ESQ.
CALVO AND CLARK, LLP
Attorneys at Law
655 South Marine Drive, Suite 202
Tamuning, Guam 96913
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

Attorneys for *Felix P. Camacho, Governor of Guam*

**FILED**
DISTRICT COURT OF GUAM
FEB 16 2005
MARY L.M. MORAN
CLERK OF COURT
154

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, et. al., | CIVIL CASE NO. 04-00006 |
| Petitioners, | |
| | **MOTION TO DISQUALIFY ATTORNEY GENERAL'S OFFICE** |
| -v- | **[ORAL ARGUMENT REQUESTED]** |
| FELIX P. CAMACHO, etc., et. al. | |
| Respondents. | |

ORIGINAL

# MOTION

Defendant Felix P. Camacho, the Governor of Guam, hereby moves this Court to Disqualify Attorney General's Office.

This motion is based upon the accompanying memorandum of points and authorities, the files and records in this action, and such other evidence and arguments as may be presented at or before the hearing on this motion.

The Governor requests oral argument. Pursuant to Rule 7.1(e)(2), the Governor has requested and is working counsel to agree upon oral argument dates with respect to this and certain other motions which will be at issue before the Court. The required Rule 7.1(e)(2) statement will be filed promptly once the parties are able to reach a scheduling agreement. The Governor will provide notice of the hearing date once a date is provided by the Court.

Dated this 16th day of February, 2005.

OFFICE OF THE GOVERNOR OF GUAM
CALVO AND CLARK, LLP
Attorneys at Law

By: /s/ Rodney
RODNEY J. JACOB