1   **SHANNON TAITANO, ESQ.**
    **OFFICE OF THE GOVERNOR OF GUAM**
2   Ricardo J. Bordallo Governor's Complex
    Adelup, Guam 96910
3   Telephone:    (671) 472-8931
4   Facsimile:    (671) 477-4826

5   **EDUARDO A. CALVO, ESQ.**
    **RODNEY J. JACOB, ESQ.**
6   **DANIEL M. BENJAMIN, ESQ.**
7   **CALVO & CLARK, LLP**
    Attorneys at Law
8   655 South Marine Drive, Suite 202
    Tamuning, Guam 96913
9   Telephone:    (671) 646-9355
    Facsimile:    (671) 646-9403
10

11  Attorneys for *Felix P. Camacho, Governor of Guam*

12

**FILED**

**DISTRICT COURT OF GUAM**

**FEB 18 2005** n*oo*

**MARY L.M. MORAN**
**CLERK OF COURT**

*157*

13              IN THE UNITED STATES DISTRICT COURT
14                      DISTRICT OF GUAM

15  JULIE BABAUTA SANTOS, et. al.,          CIVIL CASE NO. 04-00006

16                  Petitioners,

17              -v-                          **CERTIFICATE OF SERVICE**

18  FELIX P. CAMACHO, etc., et. al.

19                  Respondents.

20

21          The undersigned hereby certifies that true and correct copies of 1) **MEMORANDUM OF**

22  **POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISQUALIFY**

23  **ATTORNEY GENERAL'S OFFICE [ORAL ARGUMENT REQUESTED]**, 2)

24  **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO**

25  **VACATE THE STIPULATED ORDER OF JUNE 17, 2004 PRELIMINARILY**

26  **APPROVING SETTLEMENT [ORAL ARGUMENT REQUESTED]**, 3) **DECLARATION**

27  **OF RODNEY J. JACOB IN SUPPORT OF MOTION TO VACATE THE STIPULATED**

28

*Civil Case No. 04-00006*                    1
D050216.382-00010.CT(COS)

ORIGINAL

ORDER OF JUNE 17, 2004 PRELIMINARILY APPROVING SETTLEMENT, 4) [PROPOSED] ORDER GRANTING DEFENDANT GOVERNOR OF GUAM'S MOTION TO DISQUALIFY and 5) [PROPOSED] ORDER GRANTING DEFENANT GOVERNOR OF GUAM'S MOTION TO VACATE THE STIPULATED ORDER OF JUNE 17, 2004 PRELIMINARILY APPROVING SETTLEMENT was served via Hand Delivery on February 16, 2005.

The undersigned further certifies that true and correct copies of 1) **MOTION TO DISQUALIFY ATTORNEY GENERAL'S OFFICE [ORAL ARGUMENT REQUESTED]** and 2) **MOTION TO VACATE THE STIPULATED ORDER OF JUNE 17, 2004 PRELIMINARILY APPROVING SETTLEMENT [ORAL ARGUMENT REQUESTED]** was served via Hand Delivery on February 17, 2005, to the following:

>Michael F. Phillips, Esq.
>**PHILLIPS & BORDALLO, P.C.**
>410 West O'Brien Drive
>Hagåtña, Guam 96910

>Office of the Attorney General of Guam
>Guam Judicial Center, Suite 2-200E
>120 West O'Brien Drive
>Hagåtña, Guam 96910

>Rawlen Mantanona
>**MANTANONA LAW OFFICE**
>GCIC Bldg., Suite 601B
>414 West Soledad Avenue
>Hagatña, Guam 96910

Dated this 18th day of February, 2005.

>OFFICE OF THE GOVERNOR OF GUAM
>CALVO & CLARK, LLP
>Attorneys at Law

>By: _____
>       **RODNEY J. JACOB**

*Civil Case No. 04-00006*
D050216.382-00010.CT(COS)

2