

FILED
DISTRICT COURT OF GUAM

FEB 22 2005

MARY L.M. MORAN
CLERK OF COURT



DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, *et al.*, <br> Petitioners, <br> vs. <br> FELIX A. CAMACHO, etc., *et al.*, <br> Respondents. | Civil Case No. 04-00006 <br><br><br> ORDER |

On February 16, 2005, Respondent Felix Camacho (the "Governor") filed a Motion to Vacate the Stipulated Order of June 17, 2004 Preliminarily Approving Settlement ("Motion to Vacate"). Oppositions to the Motion to Vacate shall be filed no later than March 2, 2005. A reply brief may be filed no later than March 9, 2005. A hearing on the Motion to Vacate shall be held on Wednesday, March 16, 2005 at 10:30 a.m.

Furthermore, because the Motion to Vacate raises issues similar to those involved in the Petitioner's Motion for Orders Approving the Administration Plan and Amended Notice and for Orders Establishing the Fairness Hearing Date and Objection and Opt Out Date, which this Court previously referred to the Magistrate Judge for findings and recommendation, the Court also refers the Motion to Vacate to Magistrate Judge Manibusan to determine and make recommendation to the Court as to the appropriate disposition of the motion.

SO ORDERED this _22_ day of February 2005.

ROGER L. HUNT*
District Judge

---

* The Honorable Roger L. Hunt, United States District Judge for the District of Nevada, sitting by designation.