
**FILED**
DISTRICT COURT OF GUAM
FEB 22 2005
MARY L.M. MORAN
CLERK OF COURT



DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, *et al.*, | Civil Case No. 04-00006 |
| Petitioners, | |
| vs. | |
| FELIX A. CAMACHO, etc., *et al.*, | ORDER |
| Respondents. | |

On February 22, 2005, District Judge Roger L. Hunt referred the Governor's Motion to Vacate the Stipulated Order of June 17, 2004 Preliminarily Approving Settlement ("Motion to Vacate") to the below-signed judge and scheduled the hearing on the Motion to Vacate for March 16, 2005 at 10:30 a.m.

The Motion to Vacate and the Petitioner's Motion for Orders Approving the Administration Plan and Amended Notice and for Orders Establishing the Fairness Hearing Date and Objection and Opt Out Date ("Motion to Approve the Administration Plan") both raise similar issues. Accordingly, the Court hereby vacates the February 28, 2005 hearing on the Motion to Approve the Administration Plan and re-schedules the hearing on said motion to **March 16, 2005 at 10:30 a.m.** All witnesses who were previously subpoenaed and whose testimonies are necessary to the resolution of both motions shall appear at the hearing. Additionally, the parties shall lodge three (3) complete sets of marked and tabbed exhibits in three-ring binders with the Court no later than **Friday, March 11, 2005 at 12 noon.** A copy of

the Exhibit List shall be included in each three-ring binder. The parties shall meet and confer sufficiently in advance of trial and formulate a set of joint exhibits, if possible, to eliminate duplicate exhibits. Those exhibits upon which agreement cannot be reached shall be submitted separately by each respective party. Furthermore, the Court encourages the parties to eliminate the need for un-controverted testimony or facts through the use of stipulations.

SO ORDERED this 22nd of February 2005.

JOAQUIN V.E. MANIBUSAN, JR.
United States Magistrate Judge