**MANTANONA**
**LAW OFFICE**

GCIC Bldg., Suite 601B
414 West Soledad Avenue
Hagatna, Guam 96910
Telephone (671) 472-3666
Facsimile (671) 472-3668

Attorney for **Lourdes M. Perez and Artemio B. Ilagan**

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, et. al., </br> </br> Petitioners, </br> </br> vs. </br> </br> FELIX P. CAMACHO, etc., et. al., </br> </br> Respondents. | Civil Case No. 04-00006 </br> </br> **DEFENDANTS' LOURDES M. PEREZ AND ARTEMIO B. ILAGAN JOINDER OF GOVERNOR'S MOTION TO DISQUALIFY ATTORNEY GENERAL'S OFFICE** |

COMES NOW, Defendants, Lourdes M. Perez and Artemio B. Ilagan, through counsel, MANTANONA LAW OFFICE, and hereby joins in and adopts Defendant Governor Felix P. Camacho's Motion To Disqualify Attorney General's Office.

Dated this **25** day of February, 2005.

MANTANONA LAW OFFICE
Attorney for **Lourdes M. Perez and Artemio B. Ilagan**

By: _____
RAWLEN M T MANTANONA
A duly licensed employee.

Julie B. Santos, et. al., v. Felix P. Camacho, etc, et. al.
04-00006
Defendants Lourdes M. Perez and Aretemio B. Ilagan
Motion to Disqualify Attorney General's Office
Page 1

ORIGINAL

Case 1:04-cv-00006   Document 169   Filed 02/25/2005   Page 1 of 1