**MANTANONA**
**LAW OFFICE**

GCIC Bldg., Suite 601B
414 West Soledad Avenue
Hagatna, Guam 96910
Telephone (671) 472-3666
Facsimile (671) 472-3668

Attorney for **Lourdes M. Perez and Artemio B. Ilagan**

FILED
DISTRICT COURT OF GUAM
FEB 25 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, et. al., )<br>)<br>Petitioners, )<br>)<br>vs. )<br>)<br>FELIX P. CAMACHO, etc., et. al., )<br>)<br>Respondents. )<br>) | Civil Case No. 04-00006<br><br>**DEFENDANTS' LOURDES M. PEREZ AND ARTEMIO B. ILAGAN JOINDER OF GOVERNOR'S MOTION TO VACATE THE STIPULATED ORDER OF JUNE 17, 2004 PRELIMINARY APPROVING SETTLEMENT** |

COMES NOW, Defendants Lourdes M. Perez and Artemio B. Ilagan, through counsel, MANTANONA LAW OFFICE, and hereby joins in and adopts Defendant Governor Felix P. Camacho's Motion To Vacate The Stipulated Order Of June 17, 2004 Preliminary Approving Settlement.

Dated this 15 day of February, 2005.

MANTANONA LAW OFFICE
Attorney for **Lourdes M. Perez and Artemio B. Ilagan**

By: _____
RAWLEN M T MANTANONA
A duly licensed employee.

ORIGINAL