

The Law Offices of

# PHILLIPS & BORDALLO

A Professional Corporation
410 West O'Brien Drive, Suite 102 Hagåtña, Guam 96910-5044
Tel: (671) 477-ABCD (2223) • Fax: (671) 477-2FAX (2329)
" I Erensia, Lina'la', Espiritu-ta"

**FILED**

DISTRICT COURT OF GUAM

MAR - 2 2005

**MARY L.M. MORAN**
**CLERK OF COURT**

Attorneys for Petitioners
Interim Class Counsel

## DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, *et al.*, | CIVIL CASE NO. 04-00006 |
| Petitioners, | |
| vs. | **PETITIONER'S MOTION TO STRIKE ENTRY OF APPEARANCE BY CHRISTINA M.S. NAPUTI AND MARY GRACE SIMPAO** |
| FELIX A. CAMACHO, etc., *et al.*, | |
| Respondents. | |

The Petitioner, individually and on behalf of all those similarly situated (hereinafter "EIC Class"), through her attorneys of record Phillips and Bordallo, P.C., by Michael F. Phillips, submits this Motion to Strike the Entry of Appearance submitted by Christina M.S. Naputi and Mary Grace Simpao, by and through their attorneys, the law firm of Van De Veld Shimizu Canto & Fisher. Petitioners base this Motion on the Memorandum of Points and Authorities filed concurrently herewith, the record before the Court, and all other arguments and evidence this Court may otherwise permit.

Respectfully submitted this 2nd day of March, 2005.

PHILLIPS & BORDALLO, P.C.
Interim Class Counsel

By: _____
Michael F. Phillips

ORIGINAL