

The Law Offices of
# PHILLIPS & BORDALLO
A Professional Corporation
410 West O'Brien Drive, Suite 102 Hagåtña, Guam 96910-5044
Tel: (671) 477-ABCD (2223) • Fax: (671) 477-2FAX (2329)
" I Erensia, Lina'la', Espiritu-ta"



FILED
DISTRICT COURT OF GUAM
MAR - 2 2005
MARY L.M. MORAN
CLERK OF COURT

(167)

Attorneys for Petitioners
Interim Class Counsel

## DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, et al., | CIVIL CASE NO. 04-00006 |
| Petitioners, | |
| vs. | **CERTIFICATE OF SERVICE** |
| FELIX A. CAMACHO, etc., et al., | |
| Respondents. | |

I, Michael F. Phillips, hereby state that on the 2nd March 2005, I caused to be served via hand delivery a copy of **Petitioner's Motion To Strike Entry of Appearance By Christina M.S. Naputi and Mary Grace Simpao; Memorandum of Points and Authorities In Support of Petitioner's Motion To Strike The Entry of Appearance By Christina M.S. Naputi and Mary Grace Simpao; [Proposed] Order Granting Petitioner's Motion To Strike The Entry of Appearance By Christina M.S. Naputi and Mary Grace Simpao** and **Petitioner's Opposition To Respondent Governor's Motion To Vacate the Stipulated Order of June 17, 2004 Preliminary Approving Settlement** on the following counsel of record at their address:

PHILLIPS & BORDALLO

| | |
|---|---|
| **Calvo and Clark, LLP**<br>Attorneys at Law<br>655 South Marine Drive, Suite 202<br>Tamuning, Guam 96912<br>**Attorneys for Felix P. Camacho,**<br>**Felix P. Camacho, Governor of Guam** | **MANTANONA LAW OFFICE**<br>GCIC Bldg., Suite 601B<br>414 West Soledad Avenue<br>Hagåtña, Guam 96910<br>**Attorneys for Lourdes M. Perez**<br>**and Artemio R. Ilagan** |
| **DOUGLAS B. MOYLAN**<br>OFFICE OF THE ATTORNEY GENERAL<br>OF GUAM<br>Ricardo J. Bordallo Governor's Complex<br>Conference Room<br>Adelup, Guam 96910<br>**Attorney for Respondents: Felix A.**<br>**Camacho, Governor of Guam et al.** | **VANDEVELD SHIMIZU CANTO & FISHER**<br>Suite 101 De La Corte Bldg.<br>167 East Marine Corps Deive<br>Hagåtña, Guam 96910<br>**Attorneys for Christina M.S. Naputi and**<br>**Mary Grace Simpao** |
| **SHANNON TAITANO, Esq**<br>**OFFICE OF THE GOVERNOR OF GUAM**<br>Ricardo J. Bordallo Governor's Complex<br>Adelup, Guam 96910 | |

Dated this 2nd day of March 2005.

PHILLIPS & BORDALLO, P.C.
Attorneys for Petitioners
Interim Class Counsel

By: _____
Michael F. Phillips