

The Law Offices of
# PHILLIPS & BORDALLO
A Professional Corporation
410 West O'Brien Drive, Suite 102 Hagåtña, Guam 96910-5044
Tel: (671) 477-ABCD (2223) • Fax: (671) 477-2FAX (2329)
" I Erensia, Lina'Ia', Espiritu-ta"

Attorneys for Petitioner
Interim Class Counsel

FILED
DISTRICT COURT OF GUAM
MAR -3 2005
MARY L.M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, et al., <br><br> Petitioners, <br><br> vs. <br><br> FELIX A. CAMACHO, etc., et al., <br><br> Respondents. | CIVIL CASE NO. 04-00006 <br><br> **ERRATA TO PETITIONER'S OPPOSITION TO RESPONDENT GOVERNOR'S MOTION TO VACATE THE STIPULATED ORDER OF JUNE 17, 2004 PRELIMINARY APPROVING SETTLEMENT** |

Petitioner JULIE BABAUTA SANTOS, by Michael F. Phillips, Phillips & Bordallo, P.C., submits this Errata To Petitioner's Opposition To Respondent Governor's Motion To Vacate The Stipulated Order of June 17, 2004 Preliminary Approving Settlement, filed on March 2, 2005 incorporating the Table of Contents and Table of Authorities in compliance with the Rules herewith.

Respectfully submitted this 3rd day of March, 2005.

PHILLIPS & BORDALLO, P.C.
Attorneys for Petitioner
Interim Class Counsel

By: _____
Michael F. Phillips

# TABLE OF CONTENTS

Table of Authorities ................................................................ i-iii

Background .......................................................................... 1-3

Argument:

    A.    **THE CLASS ACTION COMPLAINT PLAINLY ESTABLISHES SUBJECT MATTER JURISDICTION** ....... 3-18

    B.    **THE PRELIMINARY ORDER IS VALID UNDER RULE 23**.. 18-19

    C.    **THE SETTLEMENT IS NOT ILLEGAL** ........................... 19

Conclusion ............................................................................. 20

## TABLE OF AUTHORITIES

Air Line Stewards and Stewardesses Assn. v. Trans World Airlines, Inc, 630 F.2d 1164, 1167-1169 (7th Circuit 1980) ......................................... 17,18

Anderson v. Hodel, 899 F.2d 766, 769-770 (9th Cir. 1990) .................. 9,10

Angelus Mining Co v. Commissioner., 325 U.S. 293, 297 (1945) ............. 7

Appolini v. U.S., 218 F.R.D. 556 (W.D. Mich. 2003) .............................. 18

Gay v. Sullivan, 966 F.2d 1124 (7th Cir. 1992) ..................................... 9

Gay v. Sullivan, 1990 U.S. Dist. LEXIS 5661, *12 (N.D. Ill 1990) ............. 9

Gschwind v Cessna Aircraft Co., 232 F3d 1342 (10th Cir. 2000) ............. 3

In Re First Federal Savings and Loan Assn., et al., 860 F.2d 135, 140 (4th Cir. 1988) ............................................................................ 14,16

In Re Request of I Mina' Bente Sing'ko Na Liheslaturan Guahan Relative to the Application of the Earned Income Tax Program to Guam Taxpayers, 2001 Guam 3, ¶¶23-24 ........................................... 2, 15

Kansas City S. R. Co. v Great Lakes Carbon Corp., 624 F.2d 822 (8th Cir. 1980) .................................................................................. 4

Martin v. United States, 833 F.2d 655, 661 (7th Cir. 1987) ..................... 6,7

McCarthy v. Madigan, 503 U.S. 140, 145-146 (1992) ........................... 11-13

Nichol v. United States, 74 U.S. 122, 130 (1869) ................................. 7

Oatman v. Dept. of Treasury, 34 F.3d 787, 789 (9th Cir. 1994) ............... 18

Pala, Inc. v. United States, 234 F.3d 873, 879 (5th Cir. 2000) ................. 7

Patsy v. Florida International University, 634 F.2d 900, 912-913 (5th Cir.1981) ............................................................................... 13

United States v. Felt & Tarrant Mfg. Co., 283 U.S. 269, 272 (1931) ......... 7

Zipes et al. V. Trans World Airlines, Inc., 455 U.S. 385, ft.8 (1982) ......... 18

## RULES AND STATUTES

26 C.F.R. 301.6402-3 (a)(1) .......................................................... 5

26 U.S.C. § 32 ............................................................................ 15

26 U.S.C. §7422(a) ..................................................................... 4

26 U.S.C. §7654 (e) .................................................................... 5

28 U.S.C. §1361 ......................................................................... 3

28 U.S.C. §7422(a) ..................................................................... 4,6

48 U.S.C. §1421l(h) .................................................................... 3

48 U.S.C. §1421i (d)(2) ............................................................... 5

Organic Act § 1423a ................................................................... 19

11 G.C.A. §§1104 and 1107 ....................................................... 5

Executive Order 2005-01 ............................................................ 3