

**The Law Offices of**
# PHILLIPS & BORDALLO
A Professional Corporation
410 West O'Brien Drive, Suite 102 Hagåtña, Guam 96910-5044
Tel: (671) 477-ABCD (2223) • Fax: (671) 477-2FAX (2329)
" I Erensia, Lina'la', Espiritu-ta"



**FILED**
DISTRICT COURT OF GUAM

MAR -3 2005

MARY L.M. MORAN
CLERK OF COURT



Attorneys for Petitioners
Interim Class Counsel

## DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, *et al.*, | CIVIL CASE NO. 04-00006 |
| Petitioners, | |
| vs. | **CERTIFICATE OF SERVICE** |
| FELIX A. CAMACHO, etc., *et al.*, | |
| Respondents. | |

I, Michael F. Phillips, hereby state that on the 3rd March 2005, I caused to be served via hand delivery a copy of **Errata to Petitioner's Opposition To Respondent Governor's Motion To Vacate the Stipulated Order of June 17, 2004 Preliminary Approving Settlement** on the following counsel of record at their address:

*Calvo and Clark, LLP*
Attorneys at Law
655 South Marine Drive, Suite 202
Tamuning, Guam 96912
**Attorneys for Felix P. Camacho,**
**Felix P. Camacho, Governor of Guam**

**MANTANONA LAW OFFICE**
GCIC Bldg., Suite 601B
414 West Soledad Avenue
Hagåtña, Guam 96910
**Attorneys for Lourdes M. Perez**
**and Artemio R. Ilagan**

**DOUGLAS B. MOYLAN**
OFFICE OF THE ATTORNEY GENERAL
OF GUAM
Ricardo J. Bordallo Governor's Complex
Conference Room
Adelup, Guam 96910
**Attorney for Respondents: Felix A. Camacho, Governor of Guam et al.**

**SHANNON TAITANO, Esq**
**OFFICE OF THE GOVERNOR OF GUAM**
Ricardo J. Bordallo Governor's Complex
Adelup, Guam 96910

**VANDEVELD SHIMIZU CANTO & FISHER**
Suite 101 De La Corte Bldg.
167 East Marine Corps Deive
Hagåtña, Guam 96910
**Attorneys for Christina M.S. Naputi and Mary Grace Simpao**

Dated this 3rd day of March 2005.

PHILLIPS & BORDALLO, P.C.
Attorneys for Petitioners
Interim Class Counsel

By: _____
Michael F. Phillips