

Office of the Attorney General
**Douglas B. Moylan**
Attorney General of Guam
Solicitor's Division
Temporary Office
C/o Guam State Clearing House Conference Room
Governor's Complex
Adelup, Guam 96910
Tel. (671) 472-8931, ext. 904 / 905

**Attorneys for Respondent Government of Guam**



# IN THE DISTRICT COURT OF GUAM
# HAGÅTÑA, GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, individually and on behalf of all those similarly situated,<br><br>Petitioner,<br><br>vs.<br><br>FELIX P. CAMACHO, etc., et al,<br><br>Respondents. | Civil Case No. 04-00006<br><br>**RESPONDENT GOVERNMENT OF GUAM'S JOINDER IN PETITIONER'S MOTION TO STRIKE ENTRY OF APPEARANCE BY CHRISTINA M.S. NAPUTI AND MARY GRACE SIMPAO** |

**RESPONDENT** Government of Guam herewith joins in Petitioner's Motion to Strike Entry of Appearance by Christina M.S. Naputi and Mary Grace Simpao, filed on March 2, 2005.

**DATED:** March 4, 2005.

OFFICE OF THE ATTORNEY GENERAL
**Douglas B. Moylan, Attorney General**

_____
Stephen A. Cohen
Assistant Attorney General
Attorney for Respondent Gov't. of Guam

Page 1

Joinder in Petitioner's Motion to Strike Entry of Appearance
**SANTOS v FELIX P. CAMACHO, et al.**
District Court of Guam Civil Case No. 04-00036

## CERTIFICATE OF SERVICE

This is to certify that I have this day caused the within document to be served on the opposing parties in this case, by having true and correct copies of the same hand delivered to the following attorneys:

Michael Phillips, Esq.
Phillips & Bordallo, P.C.
410 West O'Brien Drive
Hagatna, Guam 96910

Rawlen MT Mantanona, Esq.
Mantanona Law Office
GCIC Building, Suite 601B
414 West Soledad Ave.
Hagatna, Guam 96910

Rodney J. Jacob, Esq.
Daniel Benjamin, Esq.
Calvo & Clark, LLP
655 South Marine Drive, Suite 202
Tamuning, Guam 96913

Shannon J. Taitano, Esq.
Legal Counsel
Office of the Governor of Guam
Adelup, Guam 96910

Thomas J. Fisher, Esq.
Van de veld, Shimizu, Canto & Fisher
167 East Marine Corps Drive
Hagatna, Guam 96910

DATED: March 4, 2005.

Stephen A. Cohen
Assistant Attorney General

Page 2

Joinder in Petitioner's Motion to Strike Entry of Appearance
SANTOS v FELIX P. CAMACHO, et. al.
District Court of Guam Civil Case No. 04-00036

Case 1:04-cv-00006    Document 180    Filed 03/04/2005    Page 2 of 2