



FILED
DISTRICT COURT OF GUAM
MAR - 7 2005
MARY L.M. MORAN
CLERK OF COURT



**Office of the Attorney General**
**Douglas B. Moylan**
Attorney General of Guam
Solicitors Division
Guam Judicial Center, Suite 2-200E
120 West O'Brien Drive
Hagåtña, Guam 96910    USA
(671) 475-3324    (671) 472-2493 (Fax)
www.guamattorneygeneral.com    law@mail.justice.gov.gu

**Attorneys for the Government of Guam**

# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, individually and on behalf of all those similarly situated,<br><br>Petitioner,<br><br>vs.<br><br>FELIX P. CAMACHO, et al.,<br><br>Respondents. | Civil Case No. CV04-00006<br><br><br><br>**DECLARATION OF SERVICE** |

**I, BERNIE S.N. ALVAREZ**, declare:

I am an employee of the Attorney General's Office, over the age of eighteen, and not

a party in interest in the above-entitled case. I served a copy of the **Respondent Government**

**of Guam's Joinder in Petitioner's Motion to Strike Entry of Appearance by Christina**

**M.S. Naputi and Mary Grace Simpao** by delivering to:

Page 1
*Declaration of Service*
District Court Civil Case No. CV04-00006

| NAME | WHERE SERVED | DATE & TIME |
|---|---|---|
| Van De Veld Simizu Canto | Suite 101, De La Corte Bldg. 167 East Marine Drive Hagatna, GU | 03/04/05; 4:29pm |
| Calvo & Clark | 655 S. Marine Drive Tamuning | 03/04/05; 4:25pm |
| Mantanona Law Office | Suite 601B, GCIC Bldg. Hagatna | 03/04/05; 2:50pm |
| Phillips & Bordallo | 410 West O'Brien Dr. Hagatna | 03/04/05; 2:40pm |
| Governor's Legal Counsel | Governor's Office Complex Adelup | 03/04/05; 4:47pm, |

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 7th day of March, 2005.

*Bernie S.N. Alvarez*
BERNIE S.N. ALVAREZ
Consumer Advocate