1  **SHANNON TAITANO, ESQ.**
   **OFFICE OF THE GOVERNOR OF GUAM**
2  Ricardo J. Bordallo Governor's Complex
3  Adelup, Guam 96910
   Telephone:    (671) 472-8931
4  Facsimile:    (671) 477-4826

5

6  **EDUARDO A. CALVO, ESQ.**
   **RODNEY J. JACOB, ESQ.**
7  **DANIEL M. BENJAMIN, ESQ.**
   **CALVO & CLARK, LLP**
8  Attorneys at Law
   655 South Marine Drive, Suite 202
9  Tamuning, Guam 96913
   Telephone:    (671) 646-9355
10 Facsimile:    (671) 646-9403

11 Attorneys for *Felix P. Camacho, Governor of Guam*
12

13

14                    IN THE UNITED STATES DISTRICT COURT
15
                              DISTRICT OF GUAM
16

17 JULIE BABAUTA SANTOS, et. al.,              CIVIL CASE NO. 04-00006

18                    Petitioners,

19              -v-                            **DECLARATION OF RODNEY J.**
                                              **JACOB IN SUPPORT OF REPLY IN**
20                                            **SUPPORT OF MOTION TO**
                                              **DISQUALIFY ATTORNEY**
21 FELIX P. CAMACHO, etc., et. al.            **GENERAL'S OFFICE**

22                    Respondents.

23

24

25

26

27

28

FILED
DISTRICT COURT OF GUAM
MAR - 8 2005
MARY L.M. MORAN
CLERK OF COURT
174

# ORIGINAL

I, RODNEY J. JACOB, declare that:

1. I am a partner with the law firm of Calvo & Clark, LLP, counsel of record for Respondent Felix P. Camacho, Governor of Guam. I make this declaration on personal knowledge, and if called to testify I could and would testify competently thereto.

2. Attached as Exhibit "A" is a true and correct copy of the Memorandum of Points and Authorities of Defendants Government of Guam and Attorney General Douglas B. Moylan in Support of Motion Under FRCP 12(b)(1) & (6) to Dismiss First Amended Complaint for Lack of Subject Matter Jurisdiction and Failure of Plaintiff to State a Claim and to Strike Defendant Attorney General Moylan as a Party Under FRCP 12(b)(6) & 21 & 26 U.S.C. § 7422(f)(1) & (2) for Failure of Plaintiff to State a Claim and Misjoinder stamped filed October 28, 2004.

I declare under penalty of perjury pursuant to the laws of the United States and of the Territory of Guam that the foregoing declaration is true and correct.

Executed this 7th day of March, 2005, in Tamuning, Guam.

RODNEY J. JACOB

# EXHIBIT A



Office of the Attorney General
Douglas B. Moylan
Attorney General of Guam
Solicitors Division
Guam Judicial Center, Suite 2-200E
120 West O'Brien Drive
Hagåtña, Guam 96910 USA
(671) 475-3324    (671) 472-2493 (Fax)
www.guamattorneygeneral.com    law@mail.justice.gov.gu

**Attorneys for Defendants Government of Guam and
Attorney General Douglas B. Moylan**



RECEIVED
OCT 28 2004
CALVO AND CLARK, LLP

# IN THE DISTRICT COURT OF GUAM
# HAGÅTÑA, GUAM

| | |
|---|---|
| CHARMAINE R. TORRES, on behalf of herself and a class of others similarly situated, | CIVIL CASE NO. CV04-00038 |
| Plaintiff, | **MEMORANDUM OF POINTS AND AUTHORITIES OF DEFENDANTS GOVERNMENT OF GUAM AND ATTORNEY GENERAL DOUGLAS B.** |
| vs. | **MOYLAN IN SUPPORT OF MOTION UNDER FRCP 12(b)(1) & (6) TO DISMISS** |
| GOVERNMENT OF GUAM; FELIX P. CAMACHO, Governor of Guam; ARTEMIO B. ILAGAN, Director of the Guam Department of Revenue and Taxation; LOURDES M. PEREZ, Director of the Guam Department of Administration; and DOUGLAS B. MOYLAN, Attorney General of Guam. | **FIRST AMENDED COMPLAINT FOR LACK OF SUBJECT MATER JURISDICTION AND FAILURE OF PLAINTIFF TO STATE A CLAIM AND TO STRIKE DEFENDANT ATTORNEY GENERAL MOYLAN AS A PARTY UNDER FRCP 12(b)(6) & 21 & 26 U.S.C. §7422(f)(1) & (2) FOR FAILURE OF PLAINTIFF TO STATE A CLAIM AND** |
| Defendants. | **MISJOINDER** |

Defendants Government of Guam and Attorney ~~General~~ Douglas B. Moylan submit this

Memorandum of Points and Authorities in support of their above entitled motion to dismiss and to

strike under FRCP 12(b)(1) & (6), FRCP Rule 21, and 26 U.S.C. 7422(f)(1) & (2).

*Page 1*
*Memorandum of Points and Authorities in Defendants Government of Guam and*
*Attorney General Douglas B. Moylan in Support of Motion Under FRCP 12(b)(1) & (6)*
*To Dismiss First Amended Complaint for Lack of Subject Matter Jurisdiction*
*District Court Case No. CV04-00038*

Case 1:04-cv-00006    Document 183    Filed 03/08/2005    Page 4 of 6

**A. THE MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT UNDER FRCP 12(b)(1) & (6) FOR LACK OF SUBJECT MATTER JURISDICTION OVER THIS ACTION AND FOR FAILURE OF PLAINTIFF TO STATE ANY CLAIMS FOR RELIEF SHOULD BE GRANTED.**

Defendants Government of Guam and Attorney General Douglas B. Moylan refer to and adopt in its entirety the Memorandum of Points and Authorities filed concurrently in this case by the co-Defendant, Felix P. Camacho, Governor of Guam, in support of Governor Camacho's motion under FRCP 12(b)(1) & (6) to dismiss this action. Based on the reasons set forth in the said Memorandum of Points and Authorities, Plaintiff's First Amended Complaint should be dismissed under FRCP 12(b)(1) & (6).[1]

**B. ~~THE MOTION TO STRIKE DEFENDANT ATTORNEY GENERAL DOUGLAS B.~~ MOYLAN AS A PARTY DEFENDANT IN THIS CASE UNDER FRCP 12(b)(6) AND FRCP 21 FOR FAILURE OF PLAINTIFF TO STATE A CLAIM AND FOR MISJOINDER SHOULD BE GRANTED.**

Under the Organic Act of Guam and the U.S. Internal Revenue Code as mirrored in Guam, an action to recover a refund of Guam territorial income tax is properly brought against the government of Guam and not the Attorney General of Guam. 48 U.S.C. §1421i(a), (b), (d), (e) & (h)(2), 26 U.S.C. §7422(f)(1) & (2). Because the earned income tax credit is treated as an overpayment of income tax to be refunded to the taxpayer, it subject to the same rules under the Organic Act of Guam and the Internal Revenue Code as ordinary income tax refunds. 48 U.S.C. §1421i(h)(2), 26 U.S.C. §32 & §7422(f)(1) & (2), *Sorenson v. Secretary of Treasury*, 475 U.S. 851, 863, 106 S.Ct. 1600, 89 L.Ed. 2d 855 (1986); *Israel v. United States*, 356 F.3d 221 (2nd Cir. 2004); *See* pages 4 & 5 of Governor Camacho's Memorandum of Points and Authorities.

---

[1] The Attorney General's Office originally represented the Governor of Guam in this case but at his request, the Governor has been permitted to retain outside counsel for this case.

*Page 2*
*Memorandum of Points and Authorities in Defendants Government of Guam and*
*Attorney General Douglas B. Moylan in Support of Motion Under FRCP 12(b)(1) & (6)*
*To Dismiss First Amended Complaint for Lack of Subject Matter Jurisdiction*
*District Court Case No. CV04-00038*

Case 1:04-cv-00006    Document 183    Filed 03/08/2005    Page 5 of 6

1 For this reason alone, the Plaintiff has failed to state a claim for relief against Defendant

2 Attorney General Douglas B. Moylan and has misjoined him as a Defendant. Defendant

3 Attorney General Douglas B. Moylan should, therefore, be stricken as a party in this case. 26

4 U.S.C. §7422(f)(1) & (2), 48 U.S.C. §1421i(h)(2), & FRCP 21.

5 Moreover, the Attorney General of Guam has no jurisdiction over the administration and

6 enforcement of the Guam territorial income tax or the operations of the Guam Department of

7 Revenue and Taxation and the Guam Department of Administration, which are in charge of

8 certifying and paying income tax refunds. 48 U.S.C. §1421i(c), d(2), (e), h(2) & (3); 11 G.C.A.

9 §1102, §1103 , §1103 & §1104; 5 G.C.A. §20106, §21101 *et seq.*, §21101 *et seq.*, 22101 *et*

10 *seq.*, §22201 *et seq.*, 22301 *et seq.*, §22401 *et seq.* & 30101 *et seq.* Although the Attorney

11 General of Guam is the chief legal officer of the government of Guam under the Organic Act of

12 Guam and the laws of Guam, it is this Court and not the Attorney General of Guam that will

13 determine the rights and obligations of Plaintiff and Defendant government of Guam in relation

14 to the earned income tax credit in Guam. 48 U.S.C. §1421g(d); 5 G.C.A. 30101 *et seq.* For this

15 additional reason, Plaintiff has failed to state any claim for relief against Defendant Attorney

16 General Douglas B. Moylan and has misjoined him as a defendant. Defendant Attorney

17 General Douglas B. Moylan should, therefore, be stricken as a party in this case. FRCP 21.

18 Dated this 28 day of October, 2004.

19 OFFICE OF THE ATTORNEY GENERAL

20 **Douglas B. Moylan, Attorney General**

21

22

23 STEPHEN A. COHEN

24 Attorney for Defendants

Solicitor:\Cohen\Torres EITC Dismissal Brief X1\ba

*Page 3*
*Memorandum of Points and Authorities in Defendants Government of Guam and*
*Attorney General Douglas B. Moylan in Support of Motion Under FRCP 12(b)(1) & (6)*
*To Dismiss First Amended Complaint for Lack of Subject Matter Jurisdiction*
*District Court Case No. CV04-00038*

Case 1:04-cv-00006    Document 183    Filed 03/08/2005    Page 6 of 6