SHANNON TAITANO, ESQ.
OFFICE OF THE GOVERNOR OF GUAM
Ricardo J. Bordallo Governor's Complex
Adelup, Guam 96910
Telephone: (671) 472-8931
Facsimile: (671) 477-4826

EDUARDO A. CALVO, ESQ.
RODNEY J. JACOB, ESQ.
DANIEL M. BENJAMIN, ESQ.
CALVO & CLARK, LLP
Attorneys at Law
655 South Marine Drive, Suite 202
Tamuning, Guam 96913
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

Attorneys for *Felix P. Camacho, Governor of Guam*

FILED
DISTRICT COURT OF GUAM
MAR - 8 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, et. al., | CIVIL CASE NO. 04-00006 |
| Petitioners, | |
| -v- | **CERTIFICATE OF SERVICE** |
| FELIX P. CAMACHO, etc., et. al. | |
| Respondents. | |

The undersigned hereby certifies that due to the bomb scare at the District Court of Guam on March 7, 2005, true and correct copies were not filed, but that unfiled copies of 1) **REPLY IN SUPPORT OF MOTION TO DISQUALIFY ATTORNEY GENERAL'S OFFICE [ORAL ARGUMENT REQUESTED]; 2) DECLARATION OF RODNEY J. JACOB IN SUPPORT OF REPLY IN SUPPORT OF MOTION TO DISQUALIFY ATTORNEY GENERAL'S OFFICE**, were served via Hand Delivery on March 7, 2005.

The undersigned further certifies that true and correct copies of the filed 1) **REPLY IN SUPPORT OF MOTION TO DISQUALIFY ATTORNEY GENERAL'S OFFICE [ORAL ARGUMENT REQUESTED]; 2) DECLARATION OF RODNEY J. JACOB IN SUPPORT OF REPLY IN SUPPORT OF MOTION TO DISQUALIFY ATTORNEY GENERAL'S OFFICE** were caused to be served via Hand Delivery on March 8, 2005, to the following:

>Michael F. Phillips, Esq.
>**PHILLIPS & BORDALLO, P.C.**
>410 West O'Brien Drive
>Hagåtña, Guam 96910
>
>Office of the Attorney General of Guam
>Guam Judicial Center, Suite 2-200E
>120 West O'Brien Drive
>Hagåtña, Guam 96910
>
>Rawlen Mantanona
>**MANTANONA LAW OFFICE**
>GCIC Bldg., Suite 601B
>414 West Soledad Avenue
>Hagåtña, Guam 96910

Dated this 8th day of March, 2005.

>OFFICE OF THE GOVERNOR OF GUAM
>CALVO & CLARK, LLP
>Attorneys at Law
>
>By: _____
>**RODNEY J. JACOB**

*Civil Case No. 04-00006*
MR050307.382-00010.CT(COS)

1