SHANNON TAITANO, ESQ.
OFFICE OF THE GOVERNOR OF GUAM
Ricardo J. Bordallo Governor's Complex
Adelup, Guam 96910
Telephone:    (671) 472-8931
Facsimile:    (671) 477-4826

EDUARDO A. CALVO
RODNEY J. JACOB, ESQ.
DANIEL M. BENJAMIN, ESQ.
CALVO AND CLARK, LLP
Attorneys at Law
655 South Marine Drive, Suite 202
Tamuning, Guam 96913
Telephone:    (671) 646-9355
Facsimile:    (671) 646-9403

Attorneys for *Felix P. Camacho, Governor of Guam*

**FILED**
DISTRICT COURT OF GUAM

MAR 1 0 2005

**MARY L.M. MORAN
CLERK OF COURT**

(178)

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, et. al., | CIVIL CASE NO. 04-00006 |
| Petitioners, | |
| -v- | **STIPULATION AND ORDER** |
| FELIX P. CAMACHO, etc., et. al. | |
| Respondents. | |

The parties stipulate to continue the March 16, 2005 hearing set on two motions:
(1) Governor Felix P. Camacho's Motion to Vacate the Stipulated Order of June 17, 2004
Preliminarily Approving Settlement and (2) the Petitioner's Motion for Orders Approving the
Administration Plan and Amended Notice and for Orders Establishing the Fairness Hearing Date
and Object and Opt Out Date. Counsel for the Governor will be off-island on a prior scheduled
arbitration hearing in California on March 15 (March 16 Guam time). Further, counsel for
Respondents Lourdes M. Perez and Artemio R. Ilagen will be off-island on March 16, 2005. The
parties agree to continue the hearing date currently set for March 16, 2005 at 10:30 a.m., for one
week or as soon thereafter as the Court is able to hear the matter.

**IT IS SO STIPULATED.**

OFFICE OF THE GOVERNOR OF GUAM
CALVO AND CLARK, LLP
Attorneys for Respondent Felix P. Camacho,
Governor of Guam

PHILLIPS & BORDALLO, P.C.
Attorneys for Petitioner Julie Babauta Santos

By: _____
**RODNEY J. JACOB**

Dated: _3/8/05_

By: _____
**MICHAEL F. PHILLIPS**

Dated: _3/8/05_

//
//
//
//
//
//
//

OFFICE OF THE ATTORNEY GENERAL
Attorneys for Respondent Government of
Guam

MANTANONA LAW OFFICE
Attorneys for Respondents Lourdes M. Perez
and Artemio R. Ilagen

By: _____
STEPHEN A. COHEN

By: _____
RAWLEN M.T. MANTANONA

Dated: 3/8/05

Dated: 3/8/05

**IT IS HEREBY ORDERED THAT:**

The hearing on the Governor's Motion to Vacate the Stipulated Order of June 17, 2004 Preliminarily Approving Settlement and Petitioners' Motion to Motion for Orders Approving the Administration Plan and Amended Notice and for Orders Establishing the Fairness Hearing Date and Object and Opt Out Date is hereby set on ___March 23___, 2005 at __9:00__ am/~~pm~~. The parties shall lodge three (3) complete sets of marked and tabbed exhibits in three-ring binders with the Court no later than five days prior to the hearing.

**APPROVED AND SO ORDERED this _10th_ day of _March_, 2005.**

_____
HONORABLE JOAQUIN V.E. MANIBUSAN
**Magistrate Judge, District Court of Guam**

**RECEIVED**

MAR 9 2005

DISTRICT COURT OF GUAM
HAGATNA, GUAM

*Civil Case No. 04-00006*
MR050308.382-00010 [Stip. & Order]

2