1 [Appearing Counsel on next page]

FILED
DISTRICT COURT OF GUAM
MAR 11 2005
MARY L.M. MORAN
CLERK OF COURT
179

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

JULIE BABAUTA SANTOS, et. al.,

Petitioners,

-v-

FELIX P. CAMACHO, etc., et. al.

Respondents.

CIVIL CASE NO. 04-00006

**STIPULATION AND ORDER**

*Civil Case No. 04-00006*
MR050310.382-00010[Stip.&Order]

ORIGINAL

SHANNON TAITANO, ESQ.
OFFICE OF THE GOVERNOR OF GUAM
Ricardo J. Bordallo Governor's Complex
Adelup, Guam 96910
Telephone: (671) 472-8931
Facsimile: (671) 477-4826

EDUARDO A. CALVO, ESQ.
RODNEY J. JACOB, ESQ.
DANIEL M. BENJAMIN, ESQ.
CALVO & CLARK, LLP
Attorneys at Law
655 South Marine Drive, Suite 202
Tamuning, Guam 96913
Telephone: (671) 646-9355
Facsimile: (671) 646-9403
Attorneys for *Felix P. Camacho, Governor of Guam*

RAWLEN M.T. MANTANONA
MANTANONA LAW OFFICE
414 W. Soledad Avenue
GCIC Bldg. Suite 601B
Hagatña, Guam 96910
Telephone: (671) 472-3666
Facsimile: (671) 472-3668
Attorneys for Respondents *Lourdes M. Perez and Artemio R. Ilagen*

STEPHEN A. COHEN
ROBERT M. WEINBERG
OFFICE OF THE ATTORNEY GENERAL
Guam Judicial Center, Suite 2-200E
120 W. O'Brien Drive
Hagatña, Guam 96910
Telephone: (671) 475-3324
Facsimile: (671) 472-2493
Attorneys for Respondent *Government of Guam*

MICHAEL F. PHILLIPS
PHILLIPS & BORDALLO, P.C.
410 West O'Brien Drive
Hagatña, Guam 96910
Telephone: (671) 477-2223
Facsimile: (671) 477-2329
Attorneys for Petitioner *Julie Babauta Santos*

*Civil Case No. 04-00006*
MR050310.382-00010[Stip.&Order]

The parties, through their respective counsel, wish to explore whether they could achieve a mutually agreeable resolution that would be in the interests of the parties and the public and, in doing so, do not intend to delay the proceedings by their efforts; and

NOW THEREFORE it is hereby stipulated and agreed:

1. The parties agree to enter good faith negotiations with the assistance of a mediator.

2. The following motions set for hearing on March 16, 2005 shall be taken off calendar pending mediation before mediator Catherine A. Yanni of JAMS: (1) Petitioner's Motion for Orders Approving the Administration Plan and Amended Notice and for Orders Establishing the Fairness Hearing Date and Objection and Opt Out of Date and Vacating the April 30, 2004 Scheduling Order; and (2) the Governor's Motion to Vacate the Stipulated Order of June 17, 2004 Preliminarily Approving Settlement.

3. The mediation shall be completed no later than thirty (30) days after entry of this Stipulation & Order. If no resolution is reached, the pending motions shall be re-calendared promptly on the parties' stipulation or as the Court shall order.

4. All parties reserve all rights, defenses, and arguments in this matter and no waiver shall be implied because of this Stipulation.

//
//
//
//
//
//
//

1

*Civil Case No. 04-00006*
MR050310.382-00010[Stip.&Order]

5. This Stipulation & Order is governed by Federal Rule of Evidence 408 as an attempt to compromise or offer to compromise a claim or claims.

**IT IS SO STIPULATED.**

OFFICE OF THE GOVERNOR OF GUAM
CALVO AND CLARK, LLP
Attorneys for Respondent Felix P. Camacho,
Governor of Guam

By: _____
RODNEY J. JACOB

Dated: 3/10/05

PHILLIPS & BORDALLO, P.C.
Attorneys for Petitioner Julie Babauta Santos

By: _____
MICHAEL F. PHILLIPS

Dated: 3/10/05

OFFICE OF THE ATTORNEY GENERAL
Attorneys for Respondent Government of Guam

By: _____
STEPHEN A. COHEN

Dated: 3/10/05

MANTANONA LAW OFFICE
Attorneys for Respondents Lourdes M. Perez
and Artemio R. Ilagen

By: _____
RAWLEN M.T. MANTANONA

Dated: 3/10/05

**APPROVED AND SO ORDERED** this 11th day of March, 2005.

_____
HONORABLE JOAQUIN V.E. MANIBUSAN
Magistrate Judge, District Court of Guam

RECEIVED MAR 11 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

2

*Civil Case No. 04-00006*
MR050310.382-00010[Stip.&Order]