

Office of the Attorney General
Douglas B. Moylan
Attorney General of Guam
Robert M. Weinberg
Stephen A. Cohen
Assistant Attorneys General
Solicitor's Division
Guam Judicial Center, Suite 2-200E
120 West O'Brien Drive
Hagåtña, Guam 96910 • USA
(671) 475-3324 • (671) 472-2493 (Fax)

Attorneys for Respondents

# IN THE DISTRICT COURT OF GUAM
# HAGÅTÑA, GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, individually and on behalf of all those similarly situated,<br><br>Petitioner,<br><br>vs.<br><br>FELIX P. CAMACHO, Governor of Guam; ART ILAGAN, Director of Department of Revenue and Taxation; LOURDES M. PEREZ, Director of Department of Administration; DOUGLAS B. MOYLAN, Attorney General of Guam; and GOVERNMENT OF GUAM,<br><br>Respondents. | Civil Case No. 04-00006<br><br>**ATTORNEY GENERAL MOTION TO AMEND MARCH 2, 2005 ORDER DENYING RECONSIDERATION OF FEBRUARY 9, 2005 ORDER TO CERTIFY INTERLOCUTORY APPEAL TO THE COURT OF APPEALS FOR THE NINTH CIRCUIT** |

**PURSUANT** to 28 U.S.C. §1292(b) and Rule 5(a)(3) of the Federal Rules of Appellate Procedure, the Attorney General of Guam moves the Court to amend its March 2, 2005 Order Denying Reconsideration of the Court's February 9, 2005 Order to certify an immediate

Page 1

SANTOS v FELIX P. CAMACHO, et. al.
District Court of Guam Civil Case No. 04-00036

interlocutory appeal by the Attorney General to the United States Court of Appeals for the Ninth Circuit.

The Attorney General respectfully submits that (1) the "order[s] involve[] a controlling question of law;" (2) there is "substantial ground for difference of opinion;" and (3) "an immediate appeal from the order may materially advance the ultimate termination of the litigation." *See* 28 U.S.C. § 1292(b).

Specifically, the Attorney General moves the Court to certify an immediate appeal of the following question:

> Whether, in an action filed in the District Court of Guam for the "for recovery or collection of taxes," 48 U.S.C. § 1421i(h), the Attorney General's designation as "Chief Legal Officer of the Government of Guam," 48 U.S.C. § 1421g(d)(1), precludes the Governor and his representatives from appearing before the Court through separate counsel without the Attorney General's consent; or, in the alternative, whether the Organic Act of Guam, specifically 48 U.S.C. § 1421i(c), which provides that "[t]he administration and enforcement of the Guam Territorial Income Tax shall be performed by or under the supervision of the Governor…(either directly, or indirectly by one or more redelegations of authority)…." authorizes the Governor and his representatives, to appear before this Court through counsel other than the Attorney General and Chief Legal Officer of the Government of Guam, *see* 48 U.S.C. § 1421g(d)(1).

This Motion is supported by the Memorandum of Points and Authorities filed currently herewith.

Respectfully submitted, this 11th day of March, 2005.

OFFICE OF THE ATTORNEY GENERAL
**Douglas B. Moylan, Attorney General**

Robert M. Weinberg
Assistant Attorney General

Page 2

SANTOS v FELIX P. CAMACHO, et. al.
District Court of Guam Civil Case No. 04-00036

Case 1:04-cv-00006    Document 189    Filed 03/11/2005    Page 2 of 3

# CERTIFICATE OF SERVICE

This is to certify that I have this day served counsel for the opposing party(ies) with a copy of the foregoing by hand delivery, or by first class properly addressed, to:

Michael Phillips, Esq.
Phillips & Bordallo, P.C.
410 West O'Brien Dr.
Hagåtña, Guam 96910

Rawlen MT Mantanona, Esq.
Mantanona Law Office
GCIC Bldg., Suite 601B
414 West Soledad Ave.
Hagåtña, Guam 96910

Rodney J. Jacob, Esq.
Daniel Benjamin, Esq.
Calvo and Clark, LLP
655 South Marine Drive, Suite 202
Tamuning, Guam 96913

Shannon J. Taitano, Esq.
Legal Counsel
Office of the Governor of Guam
P.O. Box 2950
Hagåtña, Guam 96932

this 11th day of March, 2005.

_____
Robert M. Weinberg
Assistant Attorney General

Page 3

SANTOS v FELIX P. CAMACHO, et. al.
District Court of Guam Civil Case No. 04-00036

Case 1:04-cv-00006    Document 189    Filed 03/11/2005    Page 3 of 3