[Appearing Counsel on next page]

FILED
DISTRICT COURT OF GUAM
MAR 11 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, et. al., | CIVIL CASE NO. 04-00006 |
| Petitioners, | |
| -v- | **REQUEST AND ORDER** |
| FELIX P. CAMACHO, etc., et. al. | |
| Respondents. | |

*Civil Case No. 04-00006*
MR050310.382-00010[Request for Order]

SHANNON TAITANO, ESQ.
OFFICE OF THE GOVERNOR OF GUAM
Ricardo J. Bordallo Governor's Complex
Adelup, Guam 96910
Telephone: (671) 472-8931
Facsimile: (671) 477-4826

EDUARDO A. CALVO, ESQ.
RODNEY J. JACOB, ESQ.
DANIEL M. BENJAMIN, ESQ.
CALVO & CLARK, LLP
Attorneys at Law
655 South Marine Drive, Suite 202
Tamuning, Guam 96913
Telephone: (671) 646-9355
Facsimile: (671) 646-9403
Attorneys for *Felix P. Camacho, Governor of Guam*

RAWLEN M.T. MANTANONA
MANTANONA LAW OFFICE
414 W. Soledad Avenue
GCIC Bldg. Suite 601B
Hagatña, Guam 96910
Telephone: (671) 472-3666
Facsimile: (671) 472-3668
Attorneys for Respondents *Lourdes M. Perez and Artemio R. Ilagen*

STEPHEN A. COHEN
ROBERT M. WEINBERG
OFFICE OF THE ATTORNEY GENERAL
Guam Judicial Center, Suite 2-200E
120 W. O'Brien Drive
Hagatña, Guam 96910
Telephone: (671) 475-3324
Facsimile: (671) 472-2493
Attorneys for Respondent *Government of Guam*

MICHAEL F. PHILLIPS
PHILLIPS & BORDALLO, P.C.
410 West O'Brien Drive
Hagatña, Guam 96910
Telephone: (671) 477-2223
Facsimile: (671) 477-2329
Attorneys for Petitioner *Julie Babauta Santos*

*Civil Case No. 04-00006*
MR050310.382-00010[Request for Order]

The parties respectfully requests that all present and future motions in this case be referred hereinafter for initial disposition to the United States Magistrate Judge of the District Court of Guam, subject to the review of a District Court Judge as provided by law. Most motions thus far have been referred to the Magistrate on a piecemeal basis at least one of the two similar tax refund cases brought by individuals who initially attempted to intervene in this case also have been referred to the Magistrate in some part. As a result, the Magistrate is abundantly familiar with all of the facts, local tax laws, and issues herein. However, this request is not intended to constitute consent by all parties to a magistrate as provided in 28 U.S.C. § 636(c) and/or Fed. R. Civ. P. 73.[1]

IT IS SO STIPULATED.

OFFICE OF THE GOVERNOR OF GUAM
CALVO AND CLARK, LLP
Attorneys for Respondent Felix P. Camacho,
Governor of Guam

By: /s/ RODNEY J. JACOB

Dated: 3/10/05

PHILLIPS & BORDALLO, P.C.
Attorneys for Petitioner Julie Babauta Santos

By: /s/ MICHAEL F. PHILLIPS

Dated: 3/10/05

OFFICE OF THE ATTORNEY GENERAL
Attorneys for Respondent Government of Guam

By: /s/ STEPHEN A. COHEN

Dated: 3/10/05

MANTANONA LAW OFFICE
Attorneys for Respondents Lourdes M. Perez and Artemio R. Ilagen

By: /s/ RAWLEN M.T. MANTANONA

Dated: 3/10/05

APPROVED AND SO ORDERED this 10th day of March, 2005.

/s/
RONALD S.W. LEW, DESIGNATED JUDGE
DISTRICT COURT OF GUAM

---

[1] Petitioner and the Attorney General have previously consented to the Magistrate Judge; however, the Court found in its February 9, 2005 Order that "there has been no consent by the Governor to proceed before the Magistrate Judge." (Order at 10.)

1

Civil Case No. 04-00006
MR050310.382-00010[Request for Order]

RECEIVED MAR 11 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM