

The Law Offices of
# PHILLIPS & BORDALLO
A Professional Corporation
410 West O'Brien Drive, Suite 102 Hagåtña, Guam 96910-5044
Tel: (671) 477-ABCD (2223) • Fax: (671) 477-2FAX (2329)
" I Erensia, Lina'la', Espiritu-ta"



**FILED**
DISTRICT COURT OF GUAM
MAR 24 2005
MARY L.M. MORAN
CLERK OF COURT

Attorneys for Petitioner

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, et al., | CIVIL CASE NO. 04-00006 |
| Petitioners, | |
| vs. | **CERTIFICATE OF SERVICE** |
| FELIX A. CAMACHO, etc., et al., | |
| Respondents. | |

I, Michael F. Phillips, hereby state that on the 23rd March 2005, I caused to be served via hand delivery a copy of **Petitioner's Response To Opposition To Petitioner's Motion To Strike Entry of Appearance** on the following counsel of record at their address:

**Calvo and Clark, LLP**
Attorneys at Law
655 South Marine Drive, Suite 202
Tamuning, Guam 96912
Attorneys for
    Felix P. Camacho, Governor of Guam

**DOUGLAS B. MOYLAN**
Office of the Attorney General of Guam
Suite 2-200E, Guam Judicial Center
120 West O'Brien Drive
Hagåtña, Guam 96910
Attorney for Respondents: Felix A. Camacho,
    Governor of Guam et al.

**MANTANONA LAW OFFICE**
GCIC Bldg., Suite 601B
414 West Soledad Avenue
Hagåtña, Guam 96910
Attorneys for Lourdes M. Perez
    and Artemio R. Ilagan

**SHANNON TAITANO, Esq.**
Office of the Governor of Guam
Ricardo J. Bordallo Building
Adelup, Guam 96910
Attorneys for Defendant Guam

Dated this 23rd day of March 2005.

PHILLIPS & BORDALLO, P.C.

By: _____
Michael F. Phillips