MANTANONA
LAW OFFICE

GCIC Bldg., Suite 601B
414 West Soledad Avenue
Hagatna, Guam 96910
Telephone (671) 472-3666
Facsimile (671) 472-3668

Attorney for **Lourdes M. Perez and Artemio B. Ilagan**



FILED
DISTRICT COURT OF GUAM
MAR 25 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, et. al., <br><br> Petitioners, <br><br> vs. <br><br> FELIX P. CAMACHO, etc., et. al <br><br> Respondents. | Civil Case No. 04-00006 <br><br> **NOTICE OF JOINDER ON; RESPONDENT'S OPPOSITION TO MOTION TO AMEND ORDER OF MARCH 2, 2005 TO CERTIFY INTERLOCUTORY APPEAL** |

COMES NOW Respondent ILAGAN AND PEREZ, through undersigned counsel of record, and joins in the Opposition to Motion to Amend Order of March 2, 2005 to certify interlocutory appeal filed to date by respondent, Felix P. Camacho, Governor of Guam. Respondents Ilagan and Perez adopts the arguments filed in support of said opposition and moves the court to deny the Attorney General of Guam's motion to amend order of March 2, 2005..

Dated: March 25, 2005

MANTANONA LAW OFFICE
Attorney **Ilagan and Perez**

By: _____
RAWLEN M T MANTANONA,
A duly licensed employee.

Julie Babauta Santos, et. al., vs. Felix P. Camacho, etc., et. al
Civil Case No. 04-00006
Notice of Motion; Motion for Release Personal Recognizance
Page 1

Case 1:04-cv-00006   Document 197   Filed 03/25/2005   Page 1 of 1