FILED
DISTRICT COURT OF GUAM
MAR 25 2005
MARY L.M. MORAN
CLERK OF COURT
189

VAN DE VELD SHIMIZU CANTO & FISHER
Suite 101 De La Corte Bldg.
167 East Marine Corps Drive
Hagatna Guam 96910
671.472.1131

TOUSLEY BRAIN STEPHENS PLLC
Kim D. Stephens, P.S., WSBA #11984
Nancy A. Pacharzina, WSBA #25946
700 Fifth Avenue, Suite 5600
Seattle, Washington 98104-5056
206.682.5600

*Attorneys for class members Christina Naputi and Mary Grace Simpao.*

# IN THE UNITED STATES
# DISTRICT COURT OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, individually, and on behalf of all those similarly situated, <br><br>　　　　Plaintiff, <br><br>vs. <br><br>FELIX A. CAMACHO, Governor of Guam, et al. <br><br>　　　　Defendants. | D.C. Guam Civil Case No. CV04-0006 <br><br> **APPLICATION FOR ORDER SHORTENING TIME** |

**COMES NOW** Class members Christina Naputi and Mary Grace Simpao before this Court and apply for an order shortening the time by which opposition and reply to their Motion to Join Proposed Mediation may be made. This application is brought pursuant to Local Rule 7.1k (LR 7.1k) and is supported by a certificate stating the reasons this application is made.

　　　　　　　　　　　　　　　　　　　*/s/ Thomas J. Fisher*
　　　　　　　　　　　　　　　　　　　Thomas J. Fisher
　　　　　　　　　　　　　　　　　　　Attorney for Plaintiffs Naputi and Simpao

Civil Case No. CIV04-00006
Application to Shorten Time
　　　　　　　　　　　　　　　　　　　　　　Page 1