FILED
DISTRICT COURT OF GUAM
MAR 25 2005
MARY L.M. MORAN
CLERK OF COURT
190

VAN DE VELD SHIMIZU CANTO & FISHER
Suite 101 De La Corte Bldg.
167 East Marine Corps Drive
Hagatna Guam 96910
671.472.1131

TOUSLEY BRAIN STEPHENS PLLC
Kim D. Stephens, P.S., WSBA #11984
Nancy A. Pacharzina, WSBA #25946
700 Fifth Avenue, Suite 5600
Seattle, Washington 98104-5056
206.682.5600
*Attorneys for class members Christina Naputi and Mary Grace Simpao.*

# IN THE UNITED STATES
# DISTRICT COURT OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, individually, and on behalf of all those similarly situated, <br> Plaintiff, <br> vs. <br> FELIX A. CAMACHO, Governor of Guam, et al. <br> Defendants. | D.C. Guam Civil Case No. CV04-0006 <br><br> **CERTIFICATE IN SUPPORT OF APPLICATION FOR ORDER SHORTENING TIME** |

1. I Thomas J. Fisher am an attorney representing Plaintiffs Christina Naputi and Mary Grace Simpao.

2. These Plaintiffs have filed suit in the District Court of Guam seeking, *inter alia*, the implementation of the Earned Income Tax Credit program here on Guam and return of overpayments made in regard to this program. *See Cv 04-00049.*

3. Plaintiffs are also class members in this action.

4. Plaintiffs have entered their appearance through counsel in this matter.

---

Civil Case No. CIV04-00006
Certificate in support of Application to Shorten Time

Page 1

5. Counsel is aware that Plaintiff Santos and Defendants Guam et al. intend to enter mediation in this matter and that mediation is scheduled to begin as early as 31 March 2005.

6. In order to protect their interests, Plaintiffs Naputi and Simpao desire to be present at mediation.

7. Without an order shortening time, said mediation may occur prior to this Court's consideration of the matter.

_____
Thomas J. Fisher
Attorney for Plaintiffs Naputi and Simpao