VAN DE VELD SHIMIZU CANTO & FISHER
Suite 101 De La Corte Bldg.
167 East Marine Corps Drive
Hagatna Guam 96910
671.472.1131

TOUSLEY BRAIN STEPHENS PLLC
Kim D. Stephens, P.S., WSBA #11984
Nancy A. Pacharzina, WSBA #25946
700 Fifth Avenue, Suite 5600
Seattle, Washington 98104-5056
206.682.5600

# IN THE UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, individually, and on behalf of all those similarly situated,<br>    Plaintiff,<br>vs.<br>FELIX A. CAMACHO, Governor of Guam, et al.<br>    Defendants. | D.C. Guam Civil Case No. CV04-0006<br><br>**MOTION TO JOIN PROPOSED MEDIATION**<br><br>**Class Action** |

**COMES NOW** Christina Naputi and Mary Grace Simpao, by and through attorneys Van de veld, Shimizu Canto & Fisher, Tousley Brain Stephens PLLC, by attorney Thomas J. Fisher and move this Court allow and order their participation in mediation scheduled among parties in this action. This motion is supported by an accompanying Memorandum of Points and Authority filed herewith.

By: _____
Thomas J. Fisher
Attorney for Class Members
Naputi and Simpao