VAN DE VELD SHIMIZU CANTO & FISHER
Suite 101 De La Corte Bldg.
167 East Marine Corps Drive
Hagatna Guam 96910
671.472.1131

TOUSLEY BRAIN STEPHENS PLLC
Kim D. Stephens, P.S., WSBA #11984
Nancy A. Pacharzina, WSBA #25946
700 Fifth Avenue, Suite 5600
Seattle, Washington 98104-5056
206.682.5600

*Attorneys for class members Christina Naputi and Mary Grace Simpao.*

# IN THE UNITED STATES
# DISTRICT COURT OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, individually, and on behalf of all those similarly situated,<br>Plaintiff,<br>vs.<br>FELIX A. CAMACHO, Governor of Guam, et al.<br>Defendants. | D.C. Guam Civil Case No. CV04-0006<br><br>**DECLARATION OF THOMAS J. FISHER** |

I Thomas J. Fisher do declare and say;

1. Plaintiffs Christina Naputi and Mary Grace Simpao are represented by the law firms of Van de veld Shimizu Canto & Fisher, Hagatna, Guam and Tousley Brain Stephens PLLC, Seattle, Washington in this action as well as in *Naputi et al v. Guam*, CV 04-00049.

2. On behalf of Plaintiffs Naputi and Simpao, suit was commenced in the District Court of Guam, through complaint, on 03 December 2004 and through First Amended Complaint on 03 February 2005. *See id.*

3. The aforementioned civil suit seeks, *inter alia,* to establish a claims procedure for Guam Taxpayers to collect overpayments pursuant to the Earned Income Tax Credit (EITC), recognize and pay claims already filed and enforce and maintain statutorily mandated reserve and trust funds for EITC payments.

4. On 18 March 2005 I wrote letters to signatories to a stipulation and order for mediation requesting participation in the mediation. *See exhibit A, attached.*

5. On 22 March 2005 I telephoned or met the same parties to discover their respective positions regarding our participation in the mediation. Mr. Michael Phillips, representing Plaintiff Santos, opposes our participation. The law firm of Calvo and Clark, representing the Honorable Felix P. Camacho, Governor of Guam, opposes said Participation. The Honorable Douglas B.K. Moylan, Attorney General of Guam, representing Defendant Guam, does not oppose our participation. Mr. Rawlen Mantanona representing the directors of the Departments of Revenue and Taxation and Administration has neither responded to the letter nor returned three telephone calls to his office. Similarly, Ms. Shannon Taitano of the Office of the Governor has not returned telephone calls. The positions, therefore, of Mr. Mantanona and Ms. Taitano are unknown.

_____
Thomas J. Fisher
Attorney for Plaintiffs Naputi and Simpao

Civil Case No. CIV04-00006
Declaration/ Thomas J. Fisher                                  Page 2

Case 1:04-cv-00006    Document 202    Filed 03/25/2005    Page 2 of 4

# VAN DE VELD, SHIMIZU, CANTO, & FISHER
### ATTORNEYS AT LAW
Suite 101 De La Corte Building 167 East Marine Corps Drive, Hagåtña, Guam 96910
Phone (671) 472-1131 Fax (671) 472-2886

## TOUSLEY BRAIN STEPHENS PLLC
Kim D. Stephens, P.S., WSBA #11984     Nancy A. Pacharzina, WSBA #25946
700 Fifth Avenue, Suite 5600 Seattle, Washington 98104-5056
Phone: (206) 682-5600 Fax (206) 682-2992



March 18, 2005

VIA HAND DELIVERY TO:

**Eduardo A. Calvo, Esq.**
**Rodney J. Jacob, Esq.**
Calvo & Clark, LLP
655 South Marine Drive
Tamuning, Guam 96913
**Attorneys for** *Felix P. Camacho, Governor of Guam*

**Michael F. Phillips, Esq.**
Phillips & Bordallo, P.C.
410 West O'Brien Drive
Hagåtña, Guam 96910
**Attorneys for Petitioner** *Julie Babauta Santos*

**Stephen A. Cohen**
**Robert M. Weinberg**
Office of the Attorney General
Pedro's Plaza
247 West O'Brien Drive
Hagåtña, Guam 96910
**Attorneys for Respondent:** *Government of Guam*

**Rawlen M.T. Mantanona Esq.**
Mantanona Law Office
414 W. Soledad Avenue
GCIC Building Suite 601B
Hagåtña, Guam 96910
**Attorney for Respondents:** *Lourdes M. Perez and Artemio Ilagan*

**Shannon Taitano, Esq.**
Office of the Governor of Guam
Ricardo J. Bordallo Building
Adelup, Guam 96910
**Attorney for Defendant** *Guam*





Dear Gentlemen and Lady,

We have recently learned that the parties in *Santos vs. Guam*, CV04-00006 intend to participate in court ordered mediation concerning certain issues. As you know, on behalf of our plaintiffs Christina S. Naputi and Mary Grace Simpao, we have entered an appearance in the *Santos* action and filed a complaint in the District Court of Guam embracing a number of issues also present in the *Santos* case. *See Naputi et al vs. Guam*, CV04-00049.

With this in mind, we write to learn whether you have any objection to our participation in the mediation. We believe that our participation may lead to the resolution of common questions and issues and speed a resolution to litigation in each case. If you should have any questions regarding this matter, please feel free to contact me at the above contact numbers. Thank you for your attention in this matter. We look forward to a response at your earliest convenience.

Respectfully,

**Van de veld, Shimizu, Canto, & Fisher**

By: THOMAS J. FISHER, ESQ.
Attorney At Law

TJF:msn
U:\Maggie\MEDIATION LTR..doc