FILED
DISTRICT COURT OF GUAM
MAR 30 2005
MARY L.M. MORAN
CLERK OF COURT
(195)

VAN DE VELD SHIMIZU CANTO & FISHER
Suite 101 De La Corte Bldg.
167 East Marine Corps Drive
Hagatna Guam 96910
671.472.1131

TOUSLEY BRAIN STEPHENS PLLC
Kim D. Stephens, P.S., WSBA #11984
Nancy A. Pacharzina, WSBA #25946
700 Fifth Avenue, Suite 5600
Seattle, Washington 98104-5056
206.682.5600

*Attorneys for class members Christina Naputi and Mary Grace Simpao.*

# IN THE UNITED STATES
# DISTRICT COURT OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, individually, and on behalf of all those similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> FELIX A. CAMACHO, Governor of Guam, et al. <br><br> Defendants. | D.C. Guam Civil Case No. CV04-0006 <br><br> **CERTIFICATE OF SERVICE** <br><br> **Class Action** |

I, **THOMAS J. FISHER**, certify that I caused copies of the Application for Order Shortening Time, Certificate in Support of Application for Order Shortening Time, Order Shortening Time, Motion to Join Proposed Mediation, Memorandum of Points and Authorities in Support, Declaration of Thomas J. Fisher, and Order in re Class Members Naputi and Simpao's Motion to Participate in Mediation filed March 25, 2005 to be served on

the following individuals or entities on March 25, 2005, via hand delivery at the following addresses:

| | |
|---|---|
| **SHANNON TIATANO, ESQ.**<br>**OFFICE OF THE GOVERNOR**<br>**OF GUAM**<br>Ricardo J. Bordallo Governor's Complex<br>Adelup, Guam 96910 | **STEPHEN A. COHEN, ESQ.**<br>**ROBERT M. WEINBERG, ESQ.**<br>c/o Pedro's Plaza Building<br>Hagåtña, Guam 96910 |

**RAWLEN M. MANTANONA, ESQ.**
**MANTANONA LAW OFFICE**
414 West Soledad Avenue
GCIC Building, Suite 601B
Hagåtña, Guam 96910

And the following individuals or entities listed below were served on March 28, 2005, via hand delivery and said documents were faxed to them on March 25, 2005 by facsimile transmission at the following addresses:

| | |
|---|---|
| **EDUARDO A. CALVO, ESQ.**<br>**RODNEY J. JACOB, ESQ.**<br>655 S. Marine Drive, Suite 202<br>Tamuning, Guam 96913 | **MICHAEL F. PHILLIPS, ESQ.**<br>**PHILLIPS & BORDALLO, P.C.**<br>410 West O'Brien Drive<br>Hagåtña, Guam 96910 |

Respectfully submitted this 28th day of March, 2005.

VAN DE VELD SHIMIZU CANTO & FISHER

By: _____
THOMAS J. FISHER
Attorney for Plaintiffs Naputi and Simpao