SHANNON TAITANO, ESQ.
OFFICE OF THE GOVERNOR OF GUAM
Ricardo J. Bordallo Governor's Complex
Adelup, Guam 96910
Telephone: (671) 472-8931
Facsimile: (671) 477-4826

EDUARDO A. CALVO, ESQ.
RODNEY J. JACOB, ESQ.
DANIEL M. BENJAMIN, ESQ.
CALVO & CLARK, LLP
Attorneys at Law
655 South Marine Drive, Suite 202
Tamuning, Guam 96913
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

Attorneys for *Felix P. Camacho, Governor of Guam*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, et. al., | CIVIL CASE NO. 04-00006 |
| Petitioners, | |
| -v- | **CERTIFICATE OF SERVICE** |
| FELIX P. CAMACHO, etc., et. al. | |
| Respondents. | |

{G0001647.DOC;1}

**ORIGINAL**

The undersigned hereby certifies that a true and correct copy of the **STIPULATION AND ORDER REGARDING ONGOING MEDIATION** was caused to be served via Hand Delivery on April 20, 2005, to the following:

>Michael F. Phillips, Esq.
>**PHILLIPS & BORDALLO, P.C.**
>410 West O'Brien Drive
>Hagåtña, Guam 96910
>
>Office of the Attorney General of Guam
>247 West O'Brien Drive
>Hagatna, Guam 96910
>
>Rawlen Mantanona
>**MANTANONA LAW OFFICE**
>GCIC Bldg., Suite 601B
>414 West Soledad Avenue
>Hagåtña, Guam 96910

Dated this 20th day of Apirl, 2005.

>OFFICE OF THE GOVERNOR OF GUAM
>CALVO & CLARK, LLP
>Attorneys at Law
>
>By: /s/
>**DANIEL M. BENJAMIN**