FILED
DISTRICT COURT OF GUAM
APR 2 1 2005
MARY L.M. MORAN
CLERK OF COURT
197

1 [Appearing Counsel on next page]

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, et. al.,<br><br>Petitioners,<br><br>-v-<br><br>FELIX P. CAMACHO, etc., et. al.<br><br>Respondents. | CIVIL CASE NO. 04-00006<br><br>**STIPULATION AND ORDER REGARDING ONGOING MEDIATION** |

{G0001605.DOC;1}
*Civil Case No. 04-00006*
G0001605

**ORIGINAL**

SHANNON TAITANO, ESQ.
OFFICE OF THE GOVERNOR OF GUAM
Ricardo J. Bordallo Governor's Complex
Adelup, Guam 96910
Telephone: (671) 472-8931
Facsimile: (671) 477-4826

EDUARDO A. CALVO, ESQ.
RODNEY J. JACOB, ESQ.
DANIEL M. BENJAMIN, ESQ.
CALVO & CLARK, LLP
Attorneys at Law
655 South Marine Drive, Suite 202
Tamuning, Guam 96913
Telephone: (671) 646-9355
Facsimile: (671) 646-9403
Attorneys for *Felix P. Camacho, Governor of Guam*

RAWLEN M.T. MANTANONA
MANTANONA LAW OFFICE
414 W. Soledad Avenue
GCIC Bldg. Suite 601B
Hagatña, Guam 96910
Telephone: (671) 472-3666
Facsimile: (671) 472-3668
Attorneys for Respondents *Lourdes M. Perez and Artemio R. Ilagen*

STEPHEN A. COHEN
ROBERT M. WEINBERG
OFFICE OF THE ATTORNEY GENERAL
Guam Judicial Center, Suite 2-200E
120 W. O'Brien Drive
Hagatña, Guam 96910
Telephone: (671) 475-3324
Facsimile: (671) 472-2493
Attorneys for Respondent *Government of Guam*

MICHAEL F. PHILLIPS
PHILLIPS & BORDALLO, P.C.
410 West O'Brien Drive
Hagatña, Guam 96910
Telephone: (671) 477-2223
Facsimile: (671) 477-2329
Attorneys for Petitioner *Julie Babauta Santos*

{G0001605.DOC;1}
*Civil Case No. 04-00006*
G0001605

Pursuant to the previous stipulation and Order of March 11, 2005, from March 31 to April 2, 2005 the parties engaged in face-to-face negotiations with the assistance of Mediator Catherine Yanni, Esq. At the conclusion of these negotiations, the parties agreed to continue their negotiations with the assistance of the Mediator. They remain optimistic that this can lead to a resolution of this matter, and, accordingly, the parties respectfully stipulate and request that the terms stated in the previous stipulation of March 11, 2005 be extended for fourteen (14) more days so that the parties can attempt to complete their negotiations.

**IT IS SO STIPULATED.**

| | |
|---|---|
| OFFICE OF THE GOVERNOR OF GUAM<br>CALVO AND CLARK, LLP<br>Attorneys for Respondent Felix P. Camacho,<br>Governor of Guam<br><br>By: _[signature]_<br>    **DANIEL M. BENJAMIN**<br><br>Dated: 4/20/05 | PHILLIPS & BORDALLO, P.C.<br>Attorneys for Petitioner Julie Babauta Santos<br><br><br><br>By: _[signature]_<br>    **MICHAEL F. PHILLIPS**<br><br>Dated: 4/20/05 |
| OFFICE OF THE ATTORNEY GENERAL<br>Attorneys for Respondent Government of Guam<br><br>By: _[signature]_<br>    **STEPHEN A. COHEN**<br><br>Dated: 4/20/05 | MANTANONA LAW OFFICE<br>Attorneys for Respondents Lourdes M. Perez and Artemio R. Ilagen<br><br>By: _[signature]_<br>    **RAWLEN M.T. MANTANONA**<br><br>Dated: 4/20/05 |

APPROVED AND SO ORDERED this 21st day of April, 2005.

_[signature]_
**HONORABLE JOAQUIN V.E. MANIBUSAN**
Magistrate Judge, District Court of Guam

RECEIVED
APR 20 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

*Civil Case No. 04-00006*
G0001605

{G0001605.DOC;1}1