**FILED**

DISTRICT COURT OF GUAM

JUN 17 2005

MARY L.M. MORAN
CLERK OF COURT

1　[Appearing Counsel on next page]

2

3

4

5

6

7　　　　　　　　IN THE UNITED STATES DISTRICT COURT

8　　　　　　　　　　　　DISTRICT OF GUAM

9

10　JULIE BABAUTA SANTOS, et. al.,　　　　　CIVIL CASE NO. 04-00006

11　　　　　　　　　Petitioners,

12

13　　　　　　　-v-　　　　　　　　**REPORT REGARDING**
　　　　　　　　　　　　　　　　　　**COMPLETION OF MEDIATION**

14　FELIX P. CAMACHO, etc., et. al.

15　　　　　　　　　Respondents.

16

17

18

19

20

21

22

23

24

25

26

27

28

{G0003133.DOC;2}
*Civil Case No. 04-00006*

1    **SHANNON TAITANO, ESQ.**
**OFFICE OF THE GOVERNOR OF GUAM**
2    Ricardo J. Bordallo Governor's Complex
3    Adelup, Guam 96910
Telephone:    (671) 472-8931
4    Facsimile:     (671) 477-4826

5    **EDUARDO A. CALVO, ESQ.**
**RODNEY J. JACOB, ESQ.**
6    **DANIEL M. BENJAMIN, ESQ.**
7    **CALVO & CLARK, LLP**
Attorneys at Law
8    655 South Marine Drive, Suite 202
Tamuning, Guam 96913
9    Telephone:    (671) 646-9355
10    Facsimile:     (671) 646-9403
Attorneys for *Felix P. Camacho, Governor of Guam*

11

12    **RAWLEN M.T. MANTANONA**
**MANTANONA LAW OFFICE**
13    414 W. Soledad Avenue
GCIC Bldg. Suite 601B
14    Hagåtña, Guam 96910
Telephone:    (671) 472-3666
15    Facsimile:     (671) 472-3668
Attorneys for Respondents *Lourdes M. Perez and Artemio R. Ilagen*
16

17    **MICHAEL F. PHILLIPS**
**PHILLIPS & BORDALLO, P.C.**
18    410 West O'Brien Drive
Hagåtña, Guam 96910
19    Telephone:    (671) 477-2223
Facsimile:     (671) 477-2329
20    Attorneys for Petitioner *Julie Babauta Santos*

21

22

23

24

25

26

27

28

{G0003133.DOC;2}
*Civil Case No. 04-00006*

1    Pursuant to the previous stipulation and Order of March 11, 2005, from March 31

2    to April 2, 2005 the parties engaged in face-to-face negotiations with the assistance of Mediator

3    Catherine Yanni, Esq. At the conclusion of these negotiations, the parties agreed to continue their

4    negotiations with the assistance of the Mediator. The negotiations were subsequently extended

5    through a subsequent stipulation and order. As a result of these negotiations, Petitioner, Interim

6    Class Counsel, the Governor, and the Directors of the Department of Administration and Revenue

7    & Taxation agreed to and executed a confidential term sheet. They have now agreed to the terms

8    of their final settlement agreement, and are completing drafts of certain accompanying

9    documents. They expect to execute the Agreement and to file it and other relevant documents

10   with the Court early next week. The position of the Attorney General has yet to be determined

11   and will be addressed at that time.

**IT IS SO STIPULATED.**

OFFICE OF THE GOVERNOR OF GUAM          PHILLIPS & BORDALLO, P.C.
CALVO AND CLARK, LLP                    Attorneys for Petitioner Julie Babauta Santos
Attorneys for Respondent Felix P. Camacho,
Governor of Guam

By: _____            By: _____
      **DANIEL M. BENJAMIN**                    **MICHAEL F. PHILLIPS**
                                              1 7 JUN 2005
Dated: _6/17/05_____                   Dated: _____


MANTANONA LAW OFFICE
Attorneys for Respondents Lourdes M. Perez
and Artemio B. Ilagen

By: _____
      **RAWLEN M.T. MANTANONA**

Dated: _6|17|05_____