SHANNON TAITANO, ESQ.
OFFICE OF THE GOVERNOR OF GUAM
Ricardo J. Bordallo Governor's Complex
Adelup, Guam 96910
Telephone: (671) 472-8931
Facsimile: (671) 477-4826

EDUARDO A. CALVO, ESQ.
RODNEY J. JACOB, ESQ.
DANIEL M. BENJAMIN, ESQ.
CALVO & CLARK, LLP
Attorneys at Law
655 South Marine Drive, Suite 202
Tamuning, Guam 96913
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

Attorneys for *Felix P. Camacho, Governor of Guam*

FILED
DISTRICT COURT OF GUAM
JUN 21 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, et. al., | CIVIL CASE NO. 04-00006 |
| Petitioners, | |
| -v- | **CERTIFICATE OF SERVICE** |
| FELIX P. CAMACHO, etc., et. al. | |
| Respondents. | |

{G0003200.DOC;1}

The undersigned hereby certifies that a true and correct copy of the **JOINT MOTION FOR PRELIMINARY APPROVAL OF SETTLMENT AGREEMENT; MEMORANDUM OF POINT AND AUTHORITIES IN SUPPORT THEREOF [ORAL ARGUMENT REQUESTED]** and **DECLARATION OF RODNEY J. JACOB IN SUPPORT OF JOINT MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AGREEMENT; MEMORANDUM OF POINT AND AUTHORITIES IN SUPPORT THEREOF [ORAL ARGUMENT REQUESTED]** was caused to be served via Hand Delivery on the 21st day of June, 2005, to the following:

Michael F. Phillips, Esq.
**PHILLIPS & BORDALLO, P.C.**
410 West O'Brien Drive
Hagåtña, Guam 96910

Office of the Attorney General of Guam
247 West O'Brien Drive
Hagatna, Guam 96910

Rawlen Mantanona
**MANTANONA LAW OFFICE**
GCIC Bldg., Suite 601B
414 West Soledad Avenue
Hagåtña, Guam 96910

Dated this 21st day of June, 2005.

OFFICE OF THE GOVERNOR OF GUAM
CALVO & CLARK, LLP
Attorneys at Law

By: _____
DANIEL M. BENJAMIN