

The Law Offices of
# PHILLIPS & BORDALLO
A Professional Corporation
410 West O'Brien Drive, Suite 102 Hagåtña, Guam 96910-5044
Tel: (671) 477-ABCD (2223) • Fax: (671) 477-2FAX (2329)
" I Erensia, Lina'la', Espiritu-ta"

Attorneys for Petitioner



FILED
DISTRICT COURT OF GUAM
JUN 21 2005
MARY L.M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, et al., | CIVIL CASE NO. 04-00006 |
| Petitioners, | |
| vs. | NOTICE OF WITHDRAWAL OF FILING AMENDED CLASS ACTION PETITION FOR THE RECOVERY OF EARNED INCOME TAX REFUNDS OR IN THE ALTERNATIVE FOR A WRIT IN THE NATURE OF MANDAMUS |
| FELIX A. CAMACHO, etc., et al., | |
| Respondents. | |

Petitioner JULIE BABAUTA SANTOS, by and through her attorneys of record, PHILLIPS & BORDALLO, P.C., by Michael F. Phillips, hereby withdraws their filing of the Amended Class Action Petition For The Recovery of Earned Income Tax Refunds or In The Alternative For A Writ In The Nature of Mandamus filed with the United States District Court of Guam on June 20, 2005.

Rather than submitted as an attachment to Petitioner's Motion for Leave to File an Amended Petition, the Amended Petition was inadvertently filed. Currently with this Motion, Petitioner is filing an Amended Motion for Leave to File the Amended Petition, with the Amended Petition to be attached.

Dated this 21st day of June 2005.

PHILLIPS & BORDALLO, P.C.

By: _____
Michael F. Phillips