

The Law Offices of
# PHILLIPS & BORDALLO
A Professional Corporation
410 West O'Brien Drive, Suite 102 Hagåtña, Guam 96910-5044
Tel: (671) 477-ABCD (2223) • Fax: (671) 477-2FAX (2329)
" I Erensia, Lina'la', Espiritu-ta"



DISTRICT COURT OF GUAM
JUN 21 2005
MARY L.M. MORAN
CLERK OF COURT



Attorneys for Petitioner

## DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, et al., | CIVIL CASE NO. 04-00006 |
| Petitioners, | |
| vs. | |
| FELIX A. CAMACHO, etc., et al., | **CERTIFICATE OF SERVICE** |
| Respondents. | |

I, Michael F. Phillips, hereby state that on the 21st day of June 2005, I caused to be served via hand delivery a copy of:

1) Notice of Withdrawal of Filing Amended Class Action Petition For The Recovery of Earned Income Tax Refunds Or In The Alternative For A Writ In The Nature Of Mandamus; and

2) Amended Motion For Leave To File Amended Class Action Petition

3) Petitioner's Motion For Conditional Certification Of The EIC Class For Settlement Purposes

4) Motion For Leave To File Amended Class Action Petition
5)

on the following counsel of record at their address:

**Calvo and Clark, LLP**
Attorneys at Law
655 South Marine Drive, Suite 202
Tamuning, Guam 96912
Attorneys for
    Felix P. Camacho, Governor of Guam

**MANTANONA LAW OFFICE**
GCIC Bldg., Suite 601B
414 West Soledad Avenue
Hagåtña, Guam 96910
Attorneys for Lourdes M. Perez
    and Artemio R. Ilagan

1

**DOUGLAS B. MOYLAN**
Office of the Attorney General of Guam
Suite 2-200E, Guam Judicial Center
120 West O'Brien Drive
Hagåtña, Guam 96910
*Attorney for Respondents: Felix A. Camacho,
Governor of Guam et al.*

**SHANNON TAITANO, Esq.**
Office of the Governor of Guam
Ricardo J. Bordallo Building
Adelup, Guam 96910
*Attorneys for Defendant Guam*

Dated this 21st day of June 2005.

PHILLIPS & BORDALLO, P.C.

By: _____
MICHAEL F. PHILLIPS