


DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, *et al.*, | Civil Case No. 04-00006 |
| Petitioners, | |
| vs. | |
| FELIX A. CAMACHO, etc., *et al.*, | ORDER |
| Respondents. | |

The Court hereby schedules a Status Conference in this matter for Tuesday, June 28, 2005 at 1:30 p.m. The parties should be prepared to discuss the status of all pending motions and the effect the new settlement agreement may have on the pending motions and vice versa.

SO ORDERED this 22nd of June 2005.

JOAQUIN V.E. MANIBUSAN, JR.
United States Magistrate Judge

