DISTRICT COURT OF GUAM
TERRITORY OF GUAM

FILED
DISTRICT COURT OF GUAM
JUN 28 2005
MARY L.M. MORAN
CLERK OF COURT

210

CIVIL MINUTES

CASE NO. CV-04-00006         DATE: 06/28/2005         TIME: 1:45 P.M.

CAPTION: Julie Babauta Santos, individually & on behalf of all those similarly situated - vs - FELIX A. CAMACHO, Governor of Guam

****************************************************************************************

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding         Law Clerk: JUDITH HATTORI
Court Recorder: Virginia T. Kilgore                                    Courtroom Deputy: Virginia T. Kilgore
Hearing Electronically Recorded: 1:45:30 - 2:30:19                     CSO: N. Edrosa

******************************* APPEARANCES *******************************

COUNSEL FOR PLAINTIFF(s):                COUNSEL FOR DEFENDANT(s):

MIKE PHILLIPS                            DANIEL BENJAMIN - For Felix A. Camacho, Governor of Guam

                                         RAWLEN MANTANONA - for Art Ilagan & Lourdes Perez

                                         DOUGLAS MOYLAN & ROBERT WEINBERG - Attorney General Office

****************************************************************************************

PROCEEDINGS:         STATUS CONFERENCE

( ) MOTION (S) ARGUED BY    ( ) PLAINTIFF    ( ) DEFENDANT

( ) MOTION(s)    ___Granted    ___Denied    ___Settled    ___Withdrawn    ___Under Advisement

( ) ORDER SUBMITTED    ___Approved    ___Disapproved

( ) ORDER to be Prepared By: Court

( ) PROCEEDINGS CONTINUED TO: _____ at _____

NOTES:

The Court and Counsel discussed the potential effect of the pending motions on the new settlement agreement.

As for the Governor's Motion to Disqualify the Attorney General's Office, the Attorney General shall file an opposition brief by July 19, 2005 and the reply briefs may be filed by July 26, 2005.

As to the Attorney General's March 11, 2005 Motion to Amend, the Attorney General shall file by July 6, 2005 a clarification as to whether he 1) seeks appeal to the District Judge from the Court's denial of his motion for reconsideration or 2) intends to treat it as a new motion for the Magistrate Judge to issue a report and recommendation to the District Judge.

COURTROOM DEPUTY: _____