**SHANNON TAITANO, ESQ.**
**OFFICE OF THE GOVERNOR OF GUAM**
Ricardo J. Bordallo Governor's Complex
Adelup, Guam 96910
Telephone:    (671) 472-8931
Facsimile:    (671) 477-4826

**EDUARDO A. CALVO, ESQ.**
**RODNEY J. JACOB, ESQ.**
**DANIEL M. BENJAMIN, ESQ.**
**CALVO & CLARK, LLP**
Attorneys at Law
655 South Marine Drive, Suite 202
Tamuning, Guam 96913
Telephone:    (671) 646-9355
Facsimile:    (671) 646-9403

Attorneys for *Felix P. Camacho, Governor of Guam*

**FILED**
DISTRICT COURT OF GUAM

JUL 22 2005

MARY L.M. MORAN
CLERK OF COURT

215

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, et. al., | CIVIL CASE NO. 04-00006 |
| Petitioners, | |
| -v- | **CERTIFICATE OF SERVICE** |
| FELIX P. CAMACHO, etc., et. al. | |
| Respondents. | |

# ORIGINAL

{G0004131.DOC;1}

The undersigned hereby certifies that a true and correct copy of the **RESPONSE BY THE GOVERNOR OF GUAM TO THE ATTORNEY GENERAL'S "OBJECTION" TO THE MAGISTRATE JUDGE'S ORDER OF MARCH 2, 2005** was caused to be served via Hand Delivery on the 22nd day of July, 2005, to the following:

Michael F. Phillips, Esq.
**PHILLIPS & BORDALLO, P.C.**
410 West O'Brien Drive
Hagåtña, Guam 96910

Office of the Attorney General of Guam
247 West O'Brien Drive
Hagåtña, Guam 96910

Rawlen Mantanona, Esq.
**MANTANONA LAW OFFICE**
GCIC Bldg., Suite 601B
414 West Soledad Avenue
Hagåtña, Guam 96910

Dated this 22nd day of July, 2005.

OFFICE OF THE GOVERNOR OF GUAM
CALVO & CLARK, LLP
Attorneys at Law
 Attorneys for Respondent
 *Felix P. Camacho, Governor of Guam*

By: _____
    DANIEL M. BENJAMIN