**MANTANONA**
LAW OFFICE

GCIC Bldg., Suite 601B
414 West Soledad Avenue
Hagatna, Guam 96910
Telephone (671) 472-3666
Facsimile (671) 472-3668

Attorney for **Lourdes M. Perez and Artemio B. Ilagan**

FILED
DISTRICT COURT OF GUAM
JUL 25 2005
MARY L.M. MORAN
CLERK OF COURT

(216)

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, et. al., ) <br> ) <br> Petitioners, ) <br> ) <br> vs. ) <br> ) <br> FELIX P. CAMACHO, etc., et. al ) <br> ) <br> Respondents. ) <br> ) | Civil Case No. 04-00006 <br><br> **NOTICE OF JOINDER ON; RESPONSE BY THE GOVERNOR OF GUAM TO THE ATTORNEY GENERAL'S "OBJECTIONS" TO THE MAGISTRATE JUDGE'S ORDER OF MARCH 2, 2005** |

COMES NOW Respondent ILAGAN AND PEREZ, through undersigned counsel of record, and joins in the Response by the Governor of Guam to the Attorney Gneral's "Objections" to the Magistrate Judge's Order of March 2, 2005 to certify interlocutory appeal filed to date by respondent, Felix P. Camacho, Governor of Guam. Respondents Ilagan and Perez adopts the arguments filed in support of said opposition and moves the court to deny and reject the Attorney General's relief sought by his March 11, 2005 and subsequent filings.

Dated: July 22, 2005

                                     MANTANONA LAW OFFICE
                                     Attorney **Ilagan and Perez**

                        By: _____
                             RAWLEN M T MANTANONA, ESQ.
                             A duly licensed attorney

Julie Babauta Santos, et. al., vs. Felix P. Camacho, etc., et. al
Civil Case No. 04-00006
Notice of Motion; Motion for Release Personal Recognizance
Page 1

Case 1:04-cv-00006    Document 225    Filed 07/25/2005    Page 1 of 1

ORIGINAL