SHANNON TAITANO, ESQ.
OFFICE OF THE GOVERNOR OF GUAM
Ricardo J. Bordallo Governor's Complex
Adelup, Guam 96910
Telephone: (671) 472-8931
Facsimile: (671) 477-4826

EDUARDO A. CALVO, ESQ.
RODNEY J. JACOB, ESQ.
DANIEL M. BENJAMIN, ESQ.
CALVO & CLARK, LLP
Attorneys at Law
655 South Marine Corps Drive, Suite 202
Tamuning, Guam 96913
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

Attorneys for *Felix P. Camacho, Governor of Guam*

FILED
DISTRICT COURT OF GUAM
JUL 26 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, et. al., <br><br> Petitioners, <br><br> -v- <br><br> FELIX P. CAMACHO, etc., et. al. <br><br> Respondents. | CIVIL CASE NO. 04-00006 <br><br> **CERTIFICATE OF SERVICE** |

{G0004253.DOC;1}

**ORIGINAL**

The undersigned hereby certifies that a true and correct copy of the following:

1) **SUPPLEMENTAL REPLY IN SUPPORT OF MOTION TO DISQUALIFY ATTORNEY GENERAL'S OFFICE**

2) **DECLARATION OF DANIEL M. BENJAMIN IN SUPPORT OF SUPPLEMENTAL REPLY IN SUPPORT OF MOTION TO DISQUALIFY ATTORNEY GENERAL'S OFFICE**

was caused to be served via Hand Delivery on the 26th day of July, 2005, to the following:

Michael F. Phillips, Esq.
**PHILLIPS & BORDALLO, P.C.**
410 West O'Brien Drive
Hagåtña, Guam 96910

Office of the Attorney General of Guam
247 West O'Brien Drive
Hagåtña, Guam 96910

Rawlen Mantanona, Esq.
**MANTANONA LAW OFFICE**
GCIC Bldg., Suite 601B
414 West Soledad Avenue
Hagåtña, Guam 96910

Dated this 26th day of July, 2005.

OFFICE OF THE GOVERNOR OF GUAM
CALVO & CLARK, LLP
Attorneys at Law
  Attorneys for Respondent
  Felix P. Camacho, Governor of Guam

By: _____
DANIEL M. BENJAMIN