

The Law Offices of
# PHILLIPS & BORDALLO
A Professional Corporation
410 West O'Brien Drive, Suite 102 Hagåtña, Guam 96910-5044
Tel: (671) 477-ABCD (2223) • Fax: (671) 477-2FAX (2329)
" I Erensia, Lina'Ia', Espiritu-ta"



FILED
DISTRICT COURT OF GUAM

AUG -2 2005

MARY L.M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, et al., | CIVIL CASE NO. 04-00006 |
| Petitioners, | |
| vs. | **INTERIM CLASS' JOINDER IN RESPONDENT GOVERNOR OF GUAM'S RESPONSE TO ATTORNEY GENERAL'S "OBJECTION TO THE MAGISTRATE JUDGE'S ORDER OF MARCH 2, 2005** |
| FELIX A. CAMACHO, etc., et al., | |
| Respondents. | |

The Petitioner and Interim Class (hereinafter "EIC Class"), through their attorneys of record Phillips and Bordallo, P.C., by Michael F. Phillips, Interim Class Counsel, joins in Respondent Governor of Guam's Response to the Attorney General's "Objection" to the Magistrate Judge's Order of March 2, 2005.

Respectfully submitted this 2nd day of August, 2005.

PHILLIPS & BORDALLO, P.C.

By: _____
MICHAEL F. PHILLIPS