

The Law Offices of
# PHILLIPS & BORDALLO
A Professional Corporation
410 West O'Brien Drive, Suite 102 Hagåtña, Guam 96910-5044
Tel: (671) 477-ABCD (2223) • Fax: (671) 477-2FAX (2329)
" I Erensia, Lina'Ia', Espiritu-ta"



**FILED**
DISTRICT COURT OF GUAM

AUG -2 2005

MARY L.M. MORAN
CLERK OF COURT

Attorneys for Petitioners

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

JULIE BABAUTA SANTOS, *et al.*, ) CIVIL CASE NO. 04-00006
)
Petitioners, )
)
vs. ) **CERTIFICATE OF SERVICE**
)
FELIX A. CAMACHO, etc., *et al.*, )
)
Respondents. )
_____ )

I, Michael F. Phillips, hereby state that on the 2nd day of August 2005, I caused to be served via hand delivery a copy of:

1) INTERIM CLASS' JOINDER IN RESPONDENT GOVERNOR OF GUAM'S RESPONSE TO ATTORNEY GENERAL'S "OBJECTION" TO THE MAGISTRATE JUDGE'S ORDER OF MARCH 2, 2005.

2) DECLARATION OF MICHAEL F. PHILLIPS IN SUPPORT OF INTERIM CLASS' JOINDER IN RESPONDENT GOVERNOR OF GUAM'S RESPONSE TO ATTORNEY GENERAL'S "OBJECTION" TO THE MAGISTRATE JUDGE'S ORDER OF MARCH 2, 2005.

on the following counsel of record at their address:

**Calvo and Clark, LLP**
Attorneys at Law
655 South Marine Drive, Suite 202
Tamuning, Guam 96912
**Attorneys for Felix P. Camacho,
Felix P. Camacho, Governor of Guam**

**MANTANONA LAW OFFICE**
GCIC Bldg., Suite 601B
414 West Soledad Avenue
Hagåtña, Guam 96910
**Attorneys for Lourdes M. Perez
and Artemio R. Ilagan**

| | |
|---|---|
| 1 | **DOUGLAS B. MOYLAN**<br>OFFICE OF THE ATTORNEY GENERAL OF GUAM<br>Hagåtña, Guam 96910<br>**Attorney for Respondents: Felix A. Camacho, Governor of Guam et al.** |

Dated this 2nd day of August 2005.

PHILLIPS & BORDALLO, P.C.
Attorneys for Petitioners
Interim Class Counsel

By: _____
Michael F. Phillips