# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| Julie Babauta Santos, et al., | Case No. 1:04-cv-00006 |
| Petitioners, | |
| vs. | |
| Felix P. Camacho, etc., et al., | **CERTIFICATE OF SERVICE** |
| Defendant. | |

The following office(s)/individual(s) acknowledged receipt of the *Order re: Attorney General's Motion signed on 08/12/2005* on the dates indicated below:

| *Calvo and Clark* | *Office of the Governor* | *Mantanona Law Office* | *Office of the Attorney General* |
|---|---|---|---|
| *August 16, 2005* | *August 16, 2005* | *August 16, 2005* | *August 16, 2005* |

| *Phillips and Bordallo* | *Van De Veld Shimizu Canto and Fisher* | *Lujan Unpingco Aguigui and Perez* |
|---|---|---|
| *August 15, 2005* | *August 15, 2005* | *August 15, 2005* |

I, Shirlene A. Ishizu, declare under the penalty of perjury that on the above listed date(s) the:

*Order re: Attorney General's Motion signed on 08/12/2005*

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: August 18, 2005 /s/ Shirlene A. Ishizu
Deputy Clerk