# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| Julie Babauta Santos,<br><br>       Petitioner,<br><br>vs.<br><br>Felix P. Camacho, et al.,<br><br>       Respondents. | Case No. 1:04-cv-00006<br><br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *United States Courts for the Ninth Circuit designation of a District Judge signed on September 1, 2005* on the dates indicated below:

| *Phillips and Bordallo* | *Calvo and Clark* | *Office of the Governor* | *Mantanona Law Office* |
|---|---|---|---|
| *9/12/2005* | *9/12/2005* | *9/12/2005* | *9/12/2005* |
| *Office of the Attorney General* | *Van de Veld Shimizu Canto and Fisher* | *Lujan, Unpingco, Aguigui and Perez* | |
| *9/12/2005* | *9/12/2005* | *9/12/2005* | |

I, Shirlene A. Ishizu, declare under the penalty of perjury that on the above listed date(s) the:

*United States Courts for the Ninth Circuit designation of a District Judge signed on September 1, 2005*

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: September 14, 2005                    /s/ Shirlene A. Ishizu
                                                                   Deputy Clerk

cv **04-00006**

# UNITED STATES COURTS FOR THE NINTH CIRCUIT

# DESIGNATION OF A DISTRICT JUDGE
# FOR SERVICE IN ANOTHER DISTRICT WITHIN THE NINTH CIRCUIT

*For the Purpose of Hearing Specific Cases*

Pursuant to the provisions of Title 28, United States Code, Section 292(B), I hereby designate the Honorable **Ricardo S. Martinez**, United States District Judge for the Western District of Washington, to perform the duties of United States District Judge temporarily for the District of Guam for the specific cases *Julie Babauta Santos, et al. v. Felix P. Camacho, Governor of Guam, et al.*, Case No. CV-04-00006; *Charmaine R. Torres, et al. v. Government of Guam, et al.*, Case No. CV-04-00038 and *Mary Grace Simpao, et al. v. Government of Guam*, Case No. CV-04-00049.

Dated: September 1, 2005

Mary M. Schroeder
Chief Judge
United States Courts for the Ninth Circuit

cc: Judge Ricardo S. Martinez
Chief Judge Robert S. Lasnik, Western District of Washington
Bruce Rifkin, Clerk of Court, Western District of Washington
Mary Moran, Clerk of Court, District of Guam