DISTRICT COURT OF GUAM

TERRITORY OF GUAM

FILED
DISTRICT COURT OF GUAM
SEP 19 2005
MARY L.M. MORAN
CLERK OF COURT

| | |
|---|---|
| JULIE BABAUTA SANTOS, individually and on behalf of all those similarly situated,<br><br>　Petitioner,<br><br>vs.<br><br>FELIX A. CAMACHO, Governor of Guam; ART ILAGAN, Director of Department of Revenue and Taxation; LOURDES M. PEREZ, Director of Department of Administration; and GOVERNMENT OF GUAM,<br><br>　Respondents. | Civil Case No. 04-00006<br><br><br><br><br><br>ORDER |

Pending before the Court are several motions, including

- Petitioner's Motion for an order Preliminarily Approving the Granting of Attorneys' Fees (Docket No. 42);

- Petitioner's Motion for Orders Approving the Administration Plan and Amended Notice, for Orders Establishing the Fairness Hearing Date and Objections and Opt Out Date, and Vacating the April 30, 2004 Scheduling Order (Docket No. 80); and

- Governor's Motion to Vacate the Stipulated Order of June 17, 2004 Preliminarily Approving Settlement (Docket No. 164).

The above motions relate to the initial settlement agreement entered into by the parties herein, which this Court preliminarily approved on June 17, 2004. Subsequently, the parties agreed to mediate their disputes, and the Governor, the Respondent Directors and the Petitioner

entered into another settlement agreement. The "second" settlement agreement was lodged with the Court on June 20, 2005. See Decl. R. Jacob (Docket No. 213) and Exhibit 2 thereto. The Attorney General, however, has not signed this second settlement agreement.

Because the Governor and the Petitioner wish to proceed forward with the second settlement agreement, the Court hereby DENIES the above-listed motions at this time, subject to renewal by the moving party if necessary.

SO ORDERED this 19th day of September 2005.

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge