# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| Julie Babauta Santos,<br>      Petitioner,<br>vs.<br>Felix P. Camacho,<br>      Respondents. | Case No. 1:04-cv-00006<br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Order denying Motion to Disqualify the Attorney General's Office from further representing the Government of Guam filed September 19, 2005; Order denying Motion for an Order Preliminarily Approving the Granting of Attorney's Fees, Motion for Orders Approving the Administration Plan and Amended Notice and for Orders Establishing the Fairness Hearing Date and Objection and Opt Out Date, and Vacating the 4/30/2004 Scheduling Order, and Motion to Vacate the Stipulated Order of 6/17/2004 Preliminarily Approving Settlement filed September 19, 2005; Order denying Motion to Strike Entry of Appearance by Christina M.S. Naputi and Mary Grace Simpao filed September 20, 2005; Notice of Entry filed September 20, 2005 re Order denying Motion to Disqualify the Attorney General's Office from further representing the Government of Guam; Notice of Entry filed September 20, 2005 re Order denying Motion for an Order Preliminarily Approving the Granting of Attorney's Fees, Motion for Orders Approving the Administration Plan and Amended Notice and for Orders Establishing the Fairness Hearing Date and Objection and Opt Out Date, and Vacating the 4/30/2004 Scheduling Order, and Motion to Vacate the Stipulated Order of 6/17/2004 Preliminarily Approving Settlement; Notice of Entry filed September 20, 2005 re Order denying Motion to Strike Entry of Appearance by Christina M.S. Naputi and Mary Grace Simpao* on the dates indicated below:

| *Phillips and Bordallo* | *Calvo and Clark* | *Office of the Governor* | *Mantanona Law Office* |
|---|---|---|---|
| *9/20/2005* | *9/20/2005* | *9/21/2005* | *9/20/2005* |
| *Office of the Attorney General* | *Van de Veld, Shimizu, Canto, and Fisher* | *Lujan, Unpingco, Aguigui, and Perez* | |
| *9/21/2005* | *9/20/2005* | *9/20/2005* | |

I, Shirlene A. Ishizu, declare under the penalty of perjury that on the above listed date(s) the:

*Order denying Motion to Disqualify the Attorney General's Office from further representing the Government of Guam filed September 19, 2005; Order denying Motion for an Order Preliminarily Approving the Granting of Attorney's Fees, Motion for Orders Approving the Administration Plan and Amended Notice and for Orders Establishing the Fairness Hearing Date and Objection and Opt Out Date, and Vacating the 4/30/2004 Scheduling Order, and Motion to Vacate the Stipulated Order of 6/17/2004 Preliminarily Approving Settlement filed September 19, 2005; Order denying Motion to Strike Entry of Appearance by Christina M.S. Naputi and Mary Grace Simpao filed September 20, 2005; Notice of Entry filed September 20, 2005 re Order denying Motion to Disqualify the Attorney General's Office from further representing the Government of Guam; Notice of Entry filed September 20, 2005 re Order denying Motion for an Order Preliminarily Approving the Granting of Attorney's Fees, Motion for Orders Approving the Administration Plan and Amended Notice and for Orders Establishing the Fairness Hearing Date and Objection and Opt Out Date, and Vacating the 4/30/2004 Scheduling Order, and Motion to Vacate the Stipulated Order of 6/17/2004 Preliminarily Approving Settlement; Notice of Entry filed September 20, 2005 re Order denying Motion to Strike Entry of Appearance by Christina M.S. Naputi and Mary Grace Simpao*

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: September 22, 2005               /s/ Shirlene A. Ishizu
                                           Deputy Clerk