**MANTANONA**
LAW OFFICE

BankPacific Building, 2nd Floor
825 South Marine Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 646-0777

Attorney for **Lourdes M. Perez and Artemio B. Ilagan**

**FILED**
DISTRICT COURT OF GUAM

SEP 29 2005

MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, et. al., ) | Civil Case No. 04-00006 |
| ) | |
| Petitioners, ) | |
| ) | |
| vs. ) | **SUBSTITUTION OF COUNSEL** |
| ) | |
| FELIX P. CAMACHO, etc., et. al., ) | |
| ) | |
| Respondents. ) | |
| ) | |

Defendants, Artemio B. Ilagan and Lourdes M. Perez, herein substitutes the Cabot Mantanona Law Offices, LLP, Cesar C. Cabot, Esq., as their retained attorney of record in the above-entitled proceeding in place of the Mantanona Law Office, Rawlen M T Mantanona, their counsel of record in the above-entitled proceeding, each of the undersigned consenting hereto.

Dated: 9-1-2005

_/s/ Artemio B. Ilagan_
ARTEMIO B. ILAGAN
Director of Department of Revenue
and Taxation
**Defendant**

Julie B. Santos, et al. v. Felix P. Camacho, etc., et al.
04-00006-
Substitution of Counsel
Page 1

ORIGINAL

Case 1:04-cv-00006   Document 244   Filed 09/29/2005   Page 1 of 2

Dated: 9/1/2005

_____
LOURDES M. PEREZ
Director of Administration
**Defendant**

Dated: 9/28/05

_____
RAWLEN M T MANTANONA, ESQ.
Mantanona Law Office

Dated: 9-28-05

_____
CESAR C. CABOT, ESQ
Cabot Mantanona Law Office, LLP
Substituting Attorneys for Defendants

APPROVED AND SO ORDERED.

Dated this _____ day of _____, 2005.

_____
HONORABLE JOAQUIN V.E. MANIBUSAN
Magistrate Judge, District Court of Guam