**CABOT**
**MANTANONA** LLP
BankPacific Bldg., Second Floor
825 South Marine Corps Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 646-0777

**FILED**
DISTRICT COURT OF GUAM
SEP 30 2005
MARY L.M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, *et al.*, | CIVIL CASE NO. 04-00006 |
| Petitioners, | |
| vs. | **ORDER** |
| FELIX A. CAMACHO, *et al.*, | |
| Respondents. | |

It is hereby ordered that Defendants Artemio B. Ilagan, Director of the Department of Revenue & Taxation and Lourdes M. Perez, Director of the Department of Administration herein substitutes the Cabot Mantanona LLP, Cesar C. Cabot, Esq. as their attorneys of record in the above-entitled proceeding in place of the Mantanona Law Office, Rawlen M.T. Mantanona.

SO ORDERED: *September 30, 2005*.

HONORABLE JOAQUIN V.E. MANIBUSAN
Magistrate Judge, District Court of Guam

**RECEIVED**
SEP 30 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM