CABOT
MANTANONA LLP
BankPacific Bldg., Second Floor
825 South Marine Corps Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 646-0777



**FILED**
DISTRICT COURT OF GUAM
SEP 30 2005
MARY L.M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, *et al.*, | CIVIL CASE NO. 04-00006 |
| Petitioners, | CERTIFICATE OF SERVICE |
| vs. | |
| FELIX A. CAMACHO, *et al.*, | |
| Respondents. | |

I, KASTEEN B. MAFNAS, hereby certify that a copy of the Substitution of Counsel was duly hand-delivered or faxed to the following on September 30, 2005:

Phillips & Bordallo, P.C.
410 West O'Brien
Hagåtña, Guam 96910

Office of the Attorney General
Guam Judicial Center, Ste. 2-200E
120 West O'Brien Drive
Hagåtña, Guam 96910

Office of the Governor
P.O. Box 2674
Hagåtña, Guam 96932

Calvo & Clark
655 S. Marine Corps Drive
Tamuning, Guam 96913

DATED: 9/30/05

KASTEEN B. MAFNAS
Legal Secretary for Cabot Mantanona LLP

Case 1:04-cv-00006   Document 240   Filed 09/30/2005   Page 1 of 1

ORIGINAL