CABOT
MANTANONA LLP
BankPacific Bldg., Second Floor
825 South Marine Corps Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 646-0777

Attorneys for **Artemio B. Ilagan and Lourdes M. Perez**

FILED
DISTRICT COURT OF GUAM
OCT -4 2005
MARY L.M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, et al., <br><br> Petitioners, <br><br> vs. <br><br> FELIX A. CAMACHO, et al., <br><br> Respondents. | CIVIL CASE NO. 04-00006 <br><br> **NOTICE OF JOINDER OF GOVERNOR'S OBJECTIONS TO SEPTEMBER 19, 2005 ORDER REGARDING THE GOVERNOR'S MOTION TO DISQUALIFY THE ATTORNEY GENERAL** |

COMES NOW the Respondents ILAGAN and PEREZ, through undersigned counsel of record, and joins in the Governor of Guam's Objections of September 19, 2005 Regarding the Governor's Motion to Disqualify the Attorney General. Respondents Ilagan and Perez adopt the arguments filed in support of said objection.

Dated: October 4, 2005.

CABOT MANTANONA, LLP

By: _____
RAWLEN M T MANTANONA, ESQ.