[Appearing Counsel on next page]

FILED
DISTRICT COURT OF GUAM
OCT 13 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, et. al.,<br><br>Petitioners,<br><br>-v-<br><br>FELIX P. CAMACHO, etc., et. al.<br><br>Respondents. | CIVIL CASE NO. 04-00006<br><br>**JOINT MOTION FOR INSTRUCTIONS WITH REGARD TO THE PENDING MOTION FOR PRELIMINARY APPROVAL OF THE JUNE 20, 2005 SETTLEMENT AGREEMENT, AS WELL AS RELATED MOTIONS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF** |

**ORIGINAL**

*Civil Case No. 04-00006*
{G0006340.DOC;1}

SHANNON TAITANO, ESQ.
OFFICE OF THE GOVERNOR OF GUAM
Ricardo J. Bordallo Governor's Complex
Adelup, Guam 96910
Telephone: (671) 472-8931
Facsimile: (671) 477-4826

EDUARDO A. CALVO, ESQ.
RODNEY J. JACOB, ESQ.
DANIEL M. BENJAMIN, ESQ.
JENNIFER A. CALVO-QUITUGUA, ESQ.
CALVO & CLARK, LLP
Attorneys at Law
655 South Marine Corps Drive, Suite 202
Tamuning, Guam 96913
Telephone: (671) 646-9355
Facsimile: (671) 646-9403
Attorneys for *Felix P. Camacho, Governor of Guam*

RAWLEN M.T. MANTANONA, ESQ.
CABOT MANTANONA LLP
BankPacific Building, 2nd Floor
825 South Marine Corps Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 646-0777
Attorneys for Respondents *Lourdes M. Perez and Artemio R. Ilagen*

MICHAEL F. PHILLIPS, ESQ.
PHILLIPS & BORDALLO, P.C.
410 West O'Brien Drive
Hagatña, Guam 96910
Telephone: (671) 477-2223
Facsimile: (671) 477-2329
Interim Class Counsel and Attorneys for Petitioner *Julie Babauta Santos*

## MOTION

Petitioner, Interim Class Counsel, the Governor of Guam, and the Directors of the Departments of Administration and Revenue & Taxation hereby jointly and respectfully move the Court for instructions with regard to the hearing on their motion for preliminary approval of the June 20, 2005 settlement agreement, and related motions. This motion is supported by the memorandum of points included herewith, all pleadings on file in this matter, and the argument of counsel, if any, on this motion.

## MEMORANDUM OF POINTS & AUTHORITIES

Petitioner, Interim Class Counsel, the Governor of Guam, and the Directors of Administration and Revenue & Taxation jointly and respectfully request instructions from the Court with regard to the pending motion for preliminary approval of the June 20, 2005 settlement agreement, as well as related motions. As the Court is aware, that settlement agreement establishes dates for the occurrence of certain acts (such as class notice and the opt-out period) based upon the date of preliminary approval of the agreement. *See* June 20, 2005 Settlement Agreement. Unfortunately, the need to resolve the Attorney General's continued challenge to the Governor's and Directors' rights in this case (notwithstanding the repeated Orders to the contrary of this Court) and other issues have delayed the hearing on preliminary approval. Meanwhile, there are certain established dates in the June 20, 2005 settlement agreement, such as claims cut-off dates, that may not be practical unless preliminary approval, class notice, class certification, and final approval can be addressed in the immediate future. *See* June 20, 2005 Settlement Agreement (establishing set dates for claims processing from January to July 2006).

Accordingly, it is respectfully requested that, if possible, the motion for preliminary approval, conditional class certification, and for amendment to petitioner's complaint be set for hearing this month. If that is not possible under the Court's schedule, it is respectfully

requested that the Court so instruct the parties so that they can determine whether any dates in the settlement agreement will need to be amended.

Respectfully submitted this 13th day of October, 2005.

| | |
|---|---|
| **OFFICE OF THE GOVERNOR OF GUAM**<br>**CALVO & CLARK, LLP**<br>Attorneys for Respondent *Felix P. Camacho, Governor of Guam*<br><br>By: *[signature]*<br>JENNIFER A. CALVO-QUITUGUA | **PHILLIPS & BORDALLO, P.C.**<br>Interim Class Counsel and Attorneys for Petitioner *Julie Babauta Santos*<br><br>By: *[signature]*<br>MICHAEL F. PHILLIPS |
| **CABOT MANTANONA LLP**<br>Attorneys for Respondents *Lourdes M. Perez* and *Artemio R. Ilagen*<br><br>By: *[signature]*<br>RAWLEN M.T. MANTANONA | |