[Appearing Counsel on next page]

FILED
DISTRICT COURT OF GUAM
OCT 1 3 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, et. al., | CIVIL CASE NO. 04-00006 |
| Petitioners, | |
| -v- | **CERTIFICATE OF SERVICE** |
| FELIX P. CAMACHO, etc., et. al. | |
| Respondents. | |

SHANNON TAITANO, ESQ.
OFFICE OF THE GOVERNOR OF GUAM
Ricardo J. Bordallo Governor's Complex
Adelup, Guam 96910
Telephone: (671) 472-8931
Facsimile: (671) 477-4826

EDUARDO A. CALVO, ESQ.
RODNEY J. JACOB, ESQ.
DANIEL M. BENJAMIN, ESQ.
JENNIFER A. CALVO-QUITUGUA, ESQ.
CALVO & CLARK, LLP
Attorneys at Law
655 South Marine Corps Drive, Suite 202
Tamuning, Guam 96913
Telephone: (671) 646-9355
Facsimile: (671) 646-9403
Attorneys for *Felix P. Camacho, Governor of Guam*

RAWLEN M.T. MANTANONA, ESQ.
CABOT MANTANONA LLP
BankPacific Building, 2nd Floor
825 South Marine Corps Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 646-0777
Attorneys for Respondents *Lourdes M. Perez and Artemio R. Ilagen*

MICHAEL F. PHILLIPS, ESQ.
PHILLIPS & BORDALLO, P.C.
410 West O'Brien Drive
Hagatña, Guam 96910
Telephone: (671) 477-2223
Facsimile: (671) 477-2329
Interim Class Counsel and Attorneys for Petitioner *Julie Babauta Santos*

The undersigned hereby certifies that a true and correct copy of the following:

**JOINT MOTION FOR INSTRUCTIONS WITH REGARD TO THE PENDING MOTION FOR PRELIMINARY APPROVAL OF THE JUNE 20, 2005 SETTLEMENT AGREEMENT, AS WELL AS RELATED MOTIONS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

was caused to be served via Hand Delivery on the 13th day of October, 2005, to the following:

Michael F. Phillips, Esq.
**PHILLIPS & BORDALLO, P.C.**
410 West O'Brien Drive
Hagåtña, Guam 96910

**OFFICE OF THE ATTORNEY GENERAL OF GUAM**
247 West O'Brien Drive
Hagåtña, Guam 96910

Rawlen M.T. Mantanona, Esq.
**CABOT MANTANONA, LLP**
BankPacific Building, 2nd Floor
825 South Marine Corps. Drive
Tamuning, Guam 96913

Dated this 13th day of October, 2005.

OFFICE OF THE GOVERNOR OF GUAM
CALVO & CLARK, LLP
Attorneys at Law
  Attorneys for Respondent
  *Felix P. Camacho, Governor of Guam*

By: _____
JENNIFER A. CALVO-QUITUGUA