# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, *et al.*, <br> Plaintiffs, <br> vs. <br> FELIX A. CAMACHO, etc., *et al.*, <br> Defendants. | Civil Case No. 04-00006 <br><br><br> ORDER |

Presently before the Court is the Objections to Magistrate Order of September 19, 2005 Regarding the Governor's Motion to Disqualify the Attorney General. In light of the pleadings on file, the Court requests further briefing. In particular, the parties should address who represents the "Government of Guam" and who has final settlement authority in this case, the Governor or the Attorney General.

The Attorney General shall file its Response to the Objections and the issues addressed herein by noon, October 28, 2005. The Attorney General's brief is not to exceed twenty (20) pages in length. The Governor and other interested parties shall file their Replies, not to exceed twelve (12) pages in length, by noon, November 4, 2005.

SO ORDERED this 13th day of October, 2005.

/s/ Ricardo S. Martinez
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE