DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, individually and on behalf of all those similarly situated,<br><br>Petitioner,<br><br>vs.<br><br>FELIX A. CAMACHO, Governor of Guam; ART ILAGAN, Director of Department of Revenue and Taxation; LOURDES M. PEREZ, Director of Department of Administration; and GOVERNMENT OF GUAM,<br><br>Respondents. | Civil Case No. 04-00006<br><br><br><br><br>ORDER |

On June 20, 2005, the Petitioner filed a Motion for Leave to File Amended Class Action Petition. (Docket No. 200.) To date, no objection to the motion has been filed. The Respondents shall file their responses to the motion no later than Tuesday, October 25, 2005. If an objection or opposition is filed, the Petitioner shall file a reply thereto no later than Tuesday, November 1, 2005. The Court shall thereafter rule on the matter or schedule a hearing on the motion, if necessary.

SO ORDERED this 18th day of October 2005.

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge

ORIGINAL