FILED
DISTRICT COURT OF GUAM
OCT 21 2005
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, individually and on behalf of all those similarly situated,<br><br>Petitioner,<br><br>vs.<br><br>FELIX A. CAMACHO, Governor of Guam; ART ILAGAN, Director of Department of Revenue and Taxation; LOURDES M. PEREZ, Director of Department of Administration; and GOVERNMENT OF GUAM,<br><br>Respondents. | Civil Case No. 04-00006<br><br><br><br>ORDER |

The Court hereby amends its October 18, 2005 Order (Docket No. 254) to reflect that the parties are to respond to the Petitioner's Amended Motion for Leave to File Amended Class Action Petition (Docket No. 216) instead of the original Motion for Leave to File Amended Class Action Petition (Docket No. 200).

SO ORDERED this 21st day of October 2005.

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge