# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| Julie Babauta Santos,<br><br>Petitioner,<br><br>vs.<br><br>Felix P. Camacho, etc., et al.,<br><br>Respondents. | Case No. 1:04-cv-00006<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the (1) *Order re Objections to Order denying Motion to Disqualify the Attorney General filed October 14, 2005* and (2) *Order re Motion for Leave to File Amended Class Action Petition filed October 18, 2005* on the dates indicated below:

| *Phillips and Bordallo* | *Calvo and Clark* | Cabot Mantanona | *Office of the Attorney General* | *Office of the Governor* |
|---|---|---|---|---|
| (1) *10/17/2005* | (1) *10/17/2005* | (1) *10/17/2005* | (1) *10/17/2005* | (1) *10/17/2005* |
| (2) *10/21/2005* | (2) *10/20/2005* | (2) *10/20/2005* | (2) *10/20/2005* | (2) *10/20/2005* |

I, Shirlene A. Ishizu, declare under the penalty of perjury that on the above listed date(s) the:

(1) *Order re Objections to Order denying Motion to Disqualify the Attorney General filed October 14, 2005 and* (2) *Order re Motion for Leave to File Amended Class Action Petition filed October 18, 2005.*

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: October 24, 2005         /s/ Shirlene A. Ishizu
                                     Deputy Clerk