# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| Julie Babauta Santos,  Petitioner,  vs.  Felix P. Camacho, etc., et al.,  Respondents. | Case No. 1:04-cv-00006  CERTIFICATE OF SERVICE |

The following office(s)/individual(s) acknowledged receipt of the *Order to amend its October 18, 2005 Order filed October 21, 2005,* on the dates indicated below:

| *Phillips and Bordallo* | *Calvo and Clark* | Cabot Mantanona | *Office of the Attorney General* | *Office of the Governor* |
|---|---|---|---|---|
| *10/24/2005* | *10/24/2005* | *10/24/2005* | *10/24/2005* | *10/24/2005* |
| *Van De Veld, Shimizu, Canto and Fisher* | *Lujan, Unpingco, Aguigui and Perez* | | | |
| *10/24/2005* | *10/24/2005* | | | |

I, Shirlene A. Ishizu, declare under the penalty of perjury that on the above listed date(s) the:

*Order to amend its October 18, 2005 Order filed October 21, 2005*

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: October 24, 2005          /s/ Shirlene A. Ishizu
                                                    Deputy Clerk