# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam  96910**

Julie Babauta Santos, etc.,

Plaintiff,

vs.

Felix P. Camacho, etc., et al.,

Defendants.

Case No. 1:04-cv-00006

**CERTIFICATE OF SERVICE**

The following office(s)/individual(s) acknowledged receipt of the *Order denying Joint Motion For Instructions with Regard to the Pending Motion filed October 26, 2005* on the dates indicated below:

| Office of the Governor | Calvo and Clark, LLP | Cabot Mantanona LLP | Office Of The Attorney General |
|---|---|---|---|
| *10/27/2005* | 10/27/2005 | *10/28/2005* | *10/27/2005* |
| Van de Veld Shimizu Canto and Fisher | Lujan, Unpingco, Aguigui and Perez LLP | | |
| 10/27/2005 | 10/27/2005 | | |

I, Renee M. Martinez, declare under the penalty of perjury that on the above listed date(s) the:

Order denying Joint Motion For Instructions with Regard to the Pending Motion filed October 26, 2005

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: October 28, 2005

/s/ Renee M. Martinez
Deputy Clerk