

Office of the Attorney General
Douglas B. Moylan
Attorney General of Guam
Solicitors Division
287 West O'Brien Drive
Hagåtña, Guam 96910 • USA
(671) 475-3324 • (671) 477-3390 (Fax)
www.guamattorneygeneral.com • guamattorneygeneral@hotmail.com

**Attorneys for the Government of Guam**

FILED
DISTRICT COURT OF GUAM
OCT 28 2005
MARY L.M. MORAN
CLERK OF COURT

# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, individually and on behalf of all those similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> FELIX P. CAMACHO, Governor of Guam; ART ILAGAN, Director of Department of Revenue & Taxation; LOURDES M. PEREZ, Director of Department of Administration; and GOVERNMENT OF GUAM, <br><br> Defendants. | CIVIL CASE NO. 04-00006 <br><br><br><br><br> **DECLARATION OF SERVICE** |

**I, FRANCISCO M. SANTOS**, declare:

I am an employee of the Attorney General's Office, over the age of eighteen, and not a party in interest in the above-entitled case. I served a copy of the **Government of Guam's Submission in re: Court's October 13, 2005 Order** by delivering to:

| | NAME | WHERE SERVED | DATE & TIME |
|---|---|---|---|
| 1 | | | |
| 2 | Phillips & Bordallo | 410 West O'Brien Dr.<br>Hagatna, GU | 10/28/05; 11:54am |
| 3 | | | |
| 4 | Governor's Legal Counsel | Governor's Complex<br>Adelup, GU | 10/28/05; 12:00pm |
| 5 | | | |
| 6 | Van de Veld Shimizu Canto | Suite 101, De La Corte Building<br>167 East Marine Dr.<br>Hagatna, GU | 10/28/05; 12:13pm |
| 7 | | | |
| 8 | Cabot Mantanona | BankPacific Bldg., 2nd Fl.<br>825 South Marine Dr.<br>Tamuning, GU | 10/28/05; 12:25pm |
| 9 | | | |
| 10 | Calvo & Clark | 655 S. Marine Dr.<br>Tamuning, GU | 10/28/05; 12:30pm |

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 28th day of October, 2005.

*[signature]*

FRANCISCO M. SANTOS
Process Officer

Page 2
*Declaration of Service*
District Court Civil Case No. 04-00006