CABOT
MANTANONA LLP
BankPacific Bldg., Second Floor
825 South Marine Corps Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 646-0777



FILED
DISTRICT COURT OF GUAM

NOV - 4 2005

MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, et al., | CIVIL CASE NO. 04-00006 |
| Petitioners, | |
| vs. | **CERTIFICATE OF SERVICE** |
| FELIX A. CAMACHO, et al., | |
| Respondents. | |

I, WILLIAM N. CRUZ, hereby certify that a copy of Defendant's Ilagan and Perez' Reply to Attorney General's Submission Re October 13, 2005, Order was duly hand-delivered or faxed to the following on November 4, 2005:

Michael F. Phillips, Esq.
Phillips & Bordallo, P.C.
410 West O'Brien Drive
Hagåtña, Guam 96910

Shannon Joy Taitano, Esq.
Office of the Governor
P.O. Box 2674
Hagåtña, Guam 96932

Office of the Attorney General
The Justice Building
287 West O'Brien Drive
Hagatna, Guam 96910

Daniel M. Benjamin, Esq.
Calvo & Clark, LLP.
655 S. Marine Drive
Tamuning, Guam 96913

Dated this ____ day of November, 2005.

WILLIAM N. CRUZ

TSC:km
EITC/CERTIFICATE OF SERVICE (11-04-05)