SHANNON TAITANO, ESQ.
OFFICE OF THE GOVERNOR OF GUAM
Ricardo J. Bordallo Governor's Complex
Adelup, Guam 96910
Telephone: (671) 472-8931
Facsimile: (671) 477-4826

EDUARDO A. CALVO, ESQ.
RODNEY J. JACOB, ESQ.
DANIEL M. BENJAMIN, ESQ.
CALVO & CLARK, LLP
Attorneys at Law
655 South Marine Corps Drive, Suite 202
Tamuning, Guam 96913
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

Attorneys for *Felix P. Camacho, Governor of Guam*

FILED
DISTRICT COURT OF GUAM
NOV - 4 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, et. al., | CIVIL CASE NO. 04-00006 |
| Petitioners, | |
| -v- | CERTIFICATE OF SERVICE |
| FELIX P. CAMACHO, etc., et. al. | |
| Respondents. | |

{G0006893.DOC;1}

**ORIGINAL**

The undersigned hereby certifies that a true and correct copy of the following:

1) **THE GOVERNOR OF GUAM'S REPLY PURSUANT TO THE COURT'S ORDER OF OCTOBER 13, 2005 AND IN SUPPORT OF HIS OBJECTIONS TO MAGISTRATE ORDER OF SEPTEMBER 19, 2005 REGARDING THE GOVERNOR'S MOTION TO DISQUALIFY THE ATTORNEY GENERAL**

2) **THE GOVERNOR OF GUAM'S COMPENDIUM OF AUTHORITIES IN SUPPORT OF HIS REPLY PURSUANT TO THE COURT'S ORDER OF OCTOBER 13, 2005 AND IN SUPPORT OF HIS OBJECTIONS TO THE MAGISTRATE'S ORDER OF SEPTEMBER 19, 2005 REGARDING THE GOVERNOR'S MOTION TO DISQUALIFY THE ATTORNEY GENERAL**

was caused to be served via Hand Delivery on the 4th day of November, 2005, to the following:

Michael F. Phillips, Esq.
**PHILLIPS & BORDALLO, P.C.**
410 West O'Brien Drive
Hagåtña, Guam 96910

Office of the Attorney General of Guam
247 West O'Brien Drive
Hagåtña, Guam 96910

Rawlen Mantanona, Esq.
**CABOT MANTANONA, LLP**
BankPacific Building, 2nd Floor
825 South Marine Corps. Drive
Tamuning, Guam 96913

Dated this 4th day of November, 2005.

OFFICE OF THE GOVERNOR OF GUAM
CALVO & CLARK, LLP
Attorneys at Law
  Attorneys for Respondent
  *Felix P. Camacho, Governor of Guam*

By: _____
DANIEL M. BENJAMIN