SHANNON TAITANO, ESQ.
OFFICE OF THE GOVERNOR OF GUAM
Ricardo J. Bordallo Governor's Complex
Adelup, Guam 96910
Telephone: (671) 472-8931
Facsimile: (671) 477-4826

EDUARDO A. CALVO, ESQ.
RODNEY J. JACOB, ESQ.
DANIEL M. BENJAMIN, ESQ.
CALVO & CLARK, LLP
Attorneys at Law
655 South Marine Corps Drive, Suite 202
Tamuning, Guam 96913
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

Attorneys for *Felix P. Camacho, Governor of Guam*

**FILED**
DISTRICT COURT OF GUAM
NOV - 4 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, et. al.,<br><br>Petitioners,<br><br>-v-<br><br>FELIX P. CAMACHO, etc., et. al.<br><br>Respondents. | CIVIL CASE NO. 04-00006<br><br>**APPLICATION FOR ADMISSION TO PRACTICE *PRO HAC VICE*** |

*Civil Case No. 04-00006*
{S0003137.DOC;1}

**ORIGINAL**

Respondent Felix P. Camacho, Governor of Guam, hereby petitions for attorney Arne David Wagner, a member of the firm of Calvo & Clark, LLP, and a member in good standing of the State Bar of California, to be admitted *pro hac vice* to practice before this Court in the above-captioned action, in whole or in part as counsel or advocate.

This application is made pursuant to Rules 17.1(d) and (e) of the Local Rules of the District Court of the Territory of Guam ("Local Rules"), the Declaration of Arne David Wagner and the consent of local counsel, Daniel M. Benjamin of the law firm of Calvo & Clark, LLP, are filed concurrently herewith. Pursuant to Rule 17.1(d)(3) of the Local Rules, this application is accompanied by payment to the clerk of a $100.00 fee (payable to District Court of Guam).

Dated this 4th day of November, 2005.

OFFICE OF THE GOVERNOR OF GUAM
CALVO & CLARK, LLP
Attorneys At Law
Attorneys for Respondent
*Felix P. Camacho, Governor of Guam*

By: /s/ Daniel M. Benjamin
DANIEL M. BENJAMIN

*Civil Case No. 04-00006*
{S0003137.DOC;1}

1