1 | **SHANNON TAITANO, ESQ.**
**OFFICE OF THE GOVERNOR OF GUAM**
2 | Ricardo J. Bordallo Governor's Complex
Adelup, Guam 96910
3 | Telephone:     (671) 472-8931
4 | Facsimile:     (671) 477-4826

5

6 | **EDUARDO A. CALVO, ESQ.**
**RODNEY J. JACOB, ESQ.**
7 | **DANIEL M. BENJAMIN, ESQ.**
**CALVO & CLARK, LLP**
8 | Attorneys at Law
655 South Marine Drive, Suite 202
9 | Tamuning, Guam 96913
Telephone:     (671) 646-9355
10 | Facsimile:     (671) 646-9403

11

Attorneys for *Felix P. Camacho, Governor of Guam*

12

13

14 | IN THE UNITED STATES DISTRICT COURT

15 | DISTRICT OF GUAM

16 | JULIE BABAUTA SANTOS, et. al.,                    CIVIL CASE NO. 04-00006

17

18 |                              Petitioners,            **DECLARATION OF**
                                                      **ARNE DAVID WAGNER**
19 |                 -v-

20 | FELIX P. CAMACHO, etc., et. al.

21 |                              Respondents.

22

23

24

25

26

27

28 | *Civil Case No. 04-00006*

# ORIGINAL

FILED
DISTRICT COURT OF GUAM
NOV - 4 2005
MARY L.M. MORAN
CLERK OF COURT

1    I, **ARNE DAVID WAGNER**, hereby declare and state under penalty of perjury

2    that the following is true and based upon my personal knowledge and belief and if called to

3    testify, I could do so competently:

4         1.    I submit this Declaration in Support of the Application for Admission to

5    Practice *Pro Hac Vice* filed by Respondent Felix P. Camacho, Governor of Guam. I am an Of

6    Counsel attorney in the law firm of Calvo & Clark, LLP. My business address is One Lombard

7    Street, 2nd Floor, San Francisco, CA 94111. My residential address is 163 St. James Drive,

8    Piedmont, CA 94611.

9         2.    I have been admitted to practice in the State of California since December

10   21, 1977.

11        3.    I am a member in good standing of the State Bar of California, and am

12   eligible to practice before all the courts in which I have been admitted to practice.

13        4.    I have never been suspended or disbarred by any court.

14        5.    I do not reside in Guam, am not regularly employed in Guam, and am not

15   engaged in business, professional or other activities in Guam.

16        6.    Prior to this Application, I have not made any *pro hac vice* applications to

17   this Court. However, Governor Felix P. Camacho is submitting concurrently two *pro hac vice*

18   applications for my admission to practice in two related putative EIC class action proceedings

19   before this Court: (1) *Torres v. Government of Guam*, case no. 04-00038, and (2) *Simpao v.*

20   *Government of Guam*, case no. 04-00049.

21        7.    Pursuant to Rules 17.1(e) of the Local Rules of the District Court of Guam,

22   I hereby designate as local counsel in the above-captioned action, Daniel M. Benjamin of Calvo

23   & Clark, LLP, located at 655 South Marine Corps Drive, Suite 202, Tamuning, Guam 96913,

24   (671) 646-9355. Daniel M. Benjamin is duly licensed and authorized to practice law before all of

25   the courts of Guam, and this Court and opposing counsel may communicate with him regarding

26

27                                           1

28   *Civil Case No. 04-00006*

1  the conduct of this case and papers shall be served upon him in this action.  The written consent

2  of Daniel M. Benjamin to act as local counsel is filed concurrently herewith.

3  WHEREFORE, I pray that an Order be made admitting me *pro hac vice* to practice before

4  the United States District Court of Guam for the pendency of the above-captioned action.

5  I hereby declare under penalty of perjury under the laws of the Territory of Guam

6  and of the United States of America that the foregoing is true and correct and was executed this

7  25th day of October, 2005, in San Francisco, California.

**ARNE DAVID WAGNER**

2

*Civil Case No. 04-00006*