SHANNON TAITANO, ESQ.
OFFICE OF THE GOVERNOR OF GUAM
Ricardo J. Bordallo Governor's Complex
Adelup, Guam 96910
Telephone: (671) 472-8931
Facsimile: (671) 477-4826

EDUARDO A. CALVO, ESQ.
RODNEY J. JACOB, ESQ.
DANIEL M. BENJAMIN, ESQ.
CALVO & CLARK, LLP
Attorneys at Law
655 South Marine Corps Drive, Suite 202
Tamuning, Guam 96913
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

Attorneys for *Felix P. Camacho, Governor of Guam*

FILED
DISTRICT COURT OF GUAM
NOV - 4 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, et. al., <br><br> Petitioners, <br><br> -v- <br><br> FELIX P. CAMACHO, etc., et. al. <br><br> Respondents. | CIVIL CASE NO. 04-00006 <br><br> **CONSENT OF DANIEL M. BENJAMIN IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE* OF ARNE DAVID WAGNER** |

*Civil Case No. 04-00006*
{S0003140.DOC;1}

ORIGINAL

I, Daniel M. Benjamin, a member of the Guam Bar in good standing admitted to practice before this Court, hereby consent to serve as the Local Counsel under General Rule 17.1(e) for the purposes of the admission in this proceeding of Arne David Wagner to this Court *pro hac vice*.

I declare under penalty of perjury pursuant to the laws of the United States and of the Territory of Guam that the foregoing statements are true and correct.

Executed this 4th day of November, 2005, in Tamuning, Guam.

_____
DANIEL M. BENJAMIN

1

*Civil Case No. 04-00006*
{S0003140.DOC;1}