SHANNON TAITANO, ESQ.
OFFICE OF THE GOVERNOR OF GUAM
Ricardo J. Bordallo Governor's Complex
Adelup, Guam 96910
Telephone: (671) 472-8931
Facsimile: (671) 477-4826

EDUARDO A. CALVO, ESQ.
RODNEY J. JACOB, ESQ.
DANIEL M. BENJAMIN, ESQ.
CALVO & CLARK, LLP
Attorneys at Law
655 South Marine Corps Drive, Suite 202
Tamuning, Guam 96913
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

Attorneys for *Felix P. Camacho, Governor of Guam*

FILED
DISTRICT COURT OF GUAM
NOV - 4 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, et. al., | CIVIL CASE NO. 04-00006 |
| Petitioners, | |
| -v- | CERTIFICATE OF SERVICE |
| FELIX P. CAMACHO, etc., et. al. | |
| Respondents. | |

ORIGINAL

{G0006896.DOC;1}

The undersigned hereby certifies that a true and correct copy of the following:

1) APPLICATION FOR ADMISSION TO PRACTICE *PRO HAC VICE*;

2) CONSENT OF DANIEL M. BENJAMIN IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE* OF ARNE DAVID WAGNER

3) DECLARATION OF ARNE DAVID WAGNER

4) [PROPOSED] ORDER RE: ADMISSION TO PRACTICE *PRO HAC VICE*

was caused to be served via Hand Delivery on the 4th day of November, 2005, to the following:

Michael F. Phillips, Esq.
**PHILLIPS & BORDALLO, P.C.**
410 West O'Brien Drive
Hagåtña, Guam 96910

**OFFICE OF THE ATTORNEY GENERAL OF GUAM**
247 West O'Brien Drive
Hagåtña, Guam 96910

Rawlen Mantanona, Esq.
**CABOT MANTANONA, LLP**
BankPacific Building, 2nd Floor
825 South Marine Corps. Drive
Tamuning, Guam 96913

Dated this 4th day of November, 2005.

OFFICE OF THE GOVERNOR OF GUAM
CALVO & CLARK, LLP
Attorneys at Law
Attorneys for Respondent
*Felix P. Camacho, Governor of Guam*

By: _____
DANIEL M. BENJAMIN