SHANNON TAITANO, ESQ.
OFFICE OF THE GOVERNOR OF GUAM
Ricardo J. Bordallo Governor's Complex
Adelup, Guam 96910
Telephone: (671) 472-8931
Facsimile: (671) 477-4826

EDUARDO A. CALVO, ESQ.
RODNEY J. JACOB, ESQ.
DANIEL M. BENJAMIN, ESQ.
CALVO & CLARK, LLP
Attorneys at Law
655 South Marine Corps Drive, Suite 202
Tamuning, Guam 96913
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

Attorneys for *Felix P. Camacho, Governor of Guam*

FILED
DISTRICT COURT OF GUAM
NOV - 7 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, et. al., <br><br> Petitioners, <br><br> -v- <br><br> FELIX P. CAMACHO, etc., et. al. <br><br> Respondents. | CIVIL CASE NO. 04-00006 <br><br> [PROPOSED] ORDER RE: ADMISSION TO PRACTICE *PRO HAC VICE* |

*Civil Case No. 04-00006*
{S0003143.DOC;1}

**ORIGINAL**

After review of the Application for Admission to Practice *Pro Hac Vice*, the Declaration of Arne Wagner, and the Consent of Daniel M. Benjamin to Designation Of Local Counsel, and pursuant to GR 17.1(d) and (e) of the Local Rules of the District Court of Guam, the application to admit Arne David Wagner is hereby GRANTED.

**IT IS HEREBY ORDERED** that **ARNE DAVID WAGNER** is admitted to practice *pro hac vice* on behalf of Respondent Felix P. Camacho, Governor of Guam, in the above-captioned case. Daniel M. Benjamin, Calvo & Clark, LLP, is designated as local counsel.

SO ORDERED November 7, 2005.

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge



FILED
DISTRICT COURT OF GUAM
NOV - 4 2005
MARY L.M. MORAN
CLERK OF COURT



RECEIVED
NOV - 4 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

*Civil Case No. 04-00006*
{S0003143.DOC;1}

1