

The Law Offices of
# PHILLIPS & BORDALLO
A Professional Corporation
410 West O'Brien Drive, Suite 102 Hagåtña, Guam 96910-5044
Tel: (671) 477-ABCD (2223) • Fax: (671) 477-2FAX (2329)
" I Erensia, Lina'la', Espiritu-ta"

FILED
DISTRICT COURT OF GUAM
NOV 14 2005
MARY L.M. MORAN
CLERK OF COURT

Attorneys for Petitioners

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | | |
|---|---|---|
| JULIE BABAUTA SANTOS, et al., | ) | CIVIL CASE NO. 04-00006 |
| Petitioners, | ) | |
| vs. | ) | **CERTIFICATE OF SERVICE** |
| FELIX A. CAMACHO, etc., et al., | ) | |
| Respondents. | ) | |

I, Michael F. Phillips, hereby state that on the 14th day of November 2005, I caused to be served via hand delivery a copy of:

1) PETITIONERS' MOTION FOR APPOINTMENT OF CLASS COUNSEL

2) DECLARATION OF INTERIM CLASS COUNSEL MICHAEL F. PHILLIPS IN SUPPORT OF MOTION FOR APPOINTMENT OF CLASS COUNSEL

3) COUNSEL FOR PETITIONER'S MOTION FOR ATTORNEYS' FEES AND COSTS

on the following counsel of record at their address:

**Calvo and Clark, LLP**
Attorneys at Law
655 South Marine Drive, Suite 202
Tamuning, Guam 96912
Attorneys for Felix P. Camacho,
Felix P. Camacho, Governor of Guam

**Cabot Mantanona LLP**
BankPacific Building 2nd Fl.
825 S. Marine Corps Drive
Tamuning, Guam 96910
Attorneys for Lourdes M. Perez
and Artemio R. Ilagan

Date: 11/14/05
Time: 11:00
Rec'd: [signature]

**DOUGLAS B. MOYLAN**
OFFICE OF THE ATTORNEY GENERAL
OF GUAM
Hagåtña, Guam 96910
**Attorney for Respondents: Felix A. Camacho, Governor of Guam et al.**

Courtesy service upon interest parties:

**VAN DE VELD SHIMIZU CANTO & FISHER**
Suite 101 De la Corte Bldg.
167 Eash Marine Corps Drive
Hagåtña, Guam 96910
**Attorney for Interested Parties:**
    Mary Grace Simpao, et al.

**LUJAN UNPINGCO AGUIGUI PEREZ**
Suite 300 Pacific News Building
238 Archbishop Flores Street
Hagåtña, Guam 96910
**Attorneys for Interested Parties:**
    Charmaine R. Torres et al.

Dated this 14th day of November 2005.

PHILLIPS & BORDALLO, P.C.
Attorneys for Petitioners
Interim Class Counsel

By: _____
Michael F. Phillips

CABOT MANTANONA, LLP
Date: 11·14·05
Time: 11:30
Initials: ME



RECEIVED
NOV 14 2005
CALVO & CLARK LLP
By: ___

VAN DE VELD SHIMIZU CANTO & FISHER
ATTORNEYS AT LAW

RECEIVED