[Appearing Counsel on next page]

FILED
DISTRICT COURT OF GUAM
NOV 23 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, et. al., | CIVIL CASE NO. 04-00006 |
| Petitioners, | |
| -v- | **STIPULATION FOR EXTENSION OF TIME TO RESPOND** |
| FELIX P. CAMACHO, etc., et. al. | |
| Respondents. | |

SHANNON TAITANO, ESQ.
**OFFICE OF THE GOVERNOR OF GUAM**
Ricardo J. Bordallo Governor's Complex
Adelup, Guam 96910
Telephone: (671) 472-8931
Facsimile: (671) 477-4826

**ARNE D. WAGNER, ESQ.**
**EDUARDO A. CALVO, ESQ.**
**RODNEY J. JACOB, ESQ.**
**DANIEL M. BENJAMIN, ESQ.**
**CALVO & CLARK, LLP**
Attorneys at Law
655 South Marine Drive, Suite 202
Tamuning, Guam 96913
Telephone: (671) 646-9355
Facsimile: (671) 646-9403
Attorneys for *Felix P. Camacho, Governor of Guam*

**RAWLEN M.T. MANTANONA, ESQ.**
**CABOT MANTANONA LLP**
BankPacific Bldg., 2nd Floor
825 South Marine Corps Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 646-0777
Attorneys for Respondents *Lourdes M. Perez and Artemio R. Ilagen*

**ROBERT M. WEINBERG**
**OFFICE OF THE ATTORNEY GENERAL**
Guam Judicial Center, Suite 2-200E
120 W. O'Brien Drive
Hagåtña, Guam 96910
Telephone: (671) 475-3324
Facsimile: (671) 472-2493
Attorneys for Respondent *Government of Guam*

**MICHAEL F. PHILLIPS**
**PHILLIPS & BORDALLO, P.C.**
410 West O'Brien Drive
Hagåtña, Guam 96910
Telephone: (671) 477-2223
Facsimile: (671) 477-2329
Attorneys for Petitioner *Julie Babauta Santos*

*Civil Case No. 04-00006*
{G0007300.DOC;1}

## STIPULATION

Petitioner's Counsel filed a Motion for Attorneys" Fees and Costs on November 14, 2005. Section II(c) of the June 20, 2005 Settlement Agreement (pending the scheduling of a fairness hearing) provides that the parties may respond to Petitioner's Counsel's attorneys fees' motion within fourteen (14) days before the date of the contemplated fairness hearing. Accordingly, the parties respectfully request that the Court permit the parties to respond to said motion up to 14 days prior to the date that the Court sets for a fairness hearing with respect to the June 20, 2005 Settlement Agreement.

**IT IS SO STIPULATED.**

| OFFICE OF THE GOVERNOR OF GUAM | PHILLIPS & BORDALLO, P.C. |
| CALVO & CLARK, LLP | Attorneys for Petitioner Julie Babauta Santos |
| Attorneys for Respondent Felix P. Camacho, Governor of Guam | |

By: _____
**RODNEY J. JACOB**

Dated: 11/22/05

By: _____
**MICHAEL F. PHILLIPS**

Dated: 11/22/05

OFFICE OF THE ATTORNEY GENERAL
Attorneys for Respondent Government of Guam

CABOT MANTANONA LLP
Attorneys for Respondents Lourdes M. Perez and Artemio R. Ilagen

By: _____
**ROBERT M. WEINBERG**

Dated: 11/23/05

By: _____
**RAWLEN M.T. MANTANONA**

Dated: 11/23/05