SHANNON TAITANO, ESQ.
OFFICE OF THE GOVERNOR OF GUAM
Ricardo J. Bordallo Governor's Complex
Adelup, Guam 96910
Telephone: (671) 472-8931
Facsimile: (671) 477-4826

ARNE D. WAGNER, ESQ.
EDUARDO A. CALVO, ESQ.
RODNEY J. JACOB, ESQ.
DANIEL M. BENJAMIN, ESQ.
CALVO & CLARK, LLP
Attorneys at Law
655 South Marine Corps Drive, Suite 202
Tamuning, Guam 96913
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

Attorneys for *Felix P. Camacho, Governor of Guam*

**FILED**
DISTRICT COURT OF GUAM
NOV 28 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, et. al., | CIVIL CASE NO. 04-00006 |
| Petitioners, | |
| -v- | **CERTIFICATE OF SERVICE** |
| FELIX P. CAMACHO, etc., et. al. | |
| Respondents. | |

*CIVIL CASE NO. 04-00006*
{G0007356.DOC;1}

**ORIGINAL**

| | |
|---|---|
| 1 | The undersigned hereby certifies that a true and correct copy of the following: |
| 2 | |
| 3 | **NOTICE OF NON-OPPOSITION TO MOTION FOR APPOINTMENT OF CLASS COUNSEL** |
| 4 | was caused to be served via Hand Delivery on the 28th day of November, 2005, to the following: |

The undersigned hereby certifies that a true and correct copy of the following:

**NOTICE OF NON-OPPOSITION TO MOTION
FOR APPOINTMENT OF CLASS COUNSEL**

was caused to be served via Hand Delivery on the 28th day of November, 2005, to the following:

Michael F. Phillips, Esq.
**PHILLIPS & BORDALLO, P.C.**
410 West O'Brien Drive
Hagåtña, Guam 96910

**OFFICE OF THE ATTORNEY GENERAL OF GUAM**
247 West O'Brien Drive
Hagåtña, Guam 96910

Rawlen Mantanona, Esq.
**CABOT MANTANONA, LLP**
BankPacific Building, 2nd Floor
825 South Marine Corps. Drive
Tamuning, Guam 96913

Dated this 28th day of November, 2005.

OFFICE OF THE GOVERNOR OF GUAM
CALVO & CLARK, LLP
Attorneys at Law
Attorneys for Respondent
*Felix P. Camacho, Governor of Guam*

By: _____
DANIEL M. BENJAMIN

*CIVIL CASE NO. 04-00006*
{G0007356.DOC;1}

1