CABOT
MANTANONA LLP
BankPacific Bldg., Second Floor
825 South Marine Corps Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 646-0777

**FILED**
DISTRICT COURT OF GUAM

NOV 29 2005

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, et al., ) | CIVIL CASE NO. 04-00006 |
| Petitioners, ) | |
| vs. ) | **NOTICE OF NON-OPPOSITION TO MOTION FOR APPOINTMENT OF CLASS COUNSEL** |
| FELIX P. CAMACHO, etc., et al., ) | |
| Respondents ) | |

Consistent with the June 20, 2005 Settlement Agreement in this case, and without waiver of any rights to challenge this motion or class certification should that Agreement fail to receive final Court approval, Respondents Artemio B. Ilagan, Director of the Department of Revenue and Taxation, and Lourdes M. Perez, Director of the Department of Administration hereby state their non-opposition to the motion for appointment of Michael F. Phillips, Esq., as class counsel.

Dated this 28th day of November, 2005.

CABOT MANTANONA LLP
Attorneys for Artemio B. Ilagan and
Lourdes M. Perez.

By: _____
RAWLEN M.T. MANTANONA

Julie Babauta Santos, et al., vs.
Felix P. Camacho, et al.,
Civil Case No. 04-00006
Notice of Non-Opposition to
Motion for Appointment of
Class Counsel
Page 2 of 2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the Notice of Non-Opposition to Motion for Appointment of Class Counsel to the following individuals:

Michael F. Phillips, Esq.
Phillips & Bordallo, P.C.
410 West O'Brien Drive
Hagatna, Guam 96910

Office of the Attorney General of Guam
247 West O'Brien Drive
Hagatna, Guam 96910

Calvo & Clark, LLP
655 S. Marine Corps Drive
Tamuning, Guam 96913

Dated this 28th day of November, 2005.

_____
**RAWLEN M.T. MANTANONA**

RMTM:me

EITCNON0PPOSITIONNOTICE