IN THE UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, et. al., | CIVIL CASE NO. 04-00006 |
| Petitioners, | |
| -v- | **ORDER RE STIPULATION FOR EXTENSION OF TIME TO RESPOND** |
| FELIX P. CAMACHO, etc., et. al. | |
| Respondents. | |

The Stipulation for Extension of Time to Respond filed in this case on November 23, 2005, **IS HEREBY APPROVED AND SO ORDERED:**

**SO ORDERED** this ___9th___ day of March, 2006.



Ricardo S. Martinez[*]
United States District Judge

___

[*]The Honorable Ricardo S. Martinez, United States District Judge for the Western District of Washington, by designation.