

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, individually and on behalf of all those similarly situated,<br><br>Petitioner,<br><br>vs.<br><br>FELIX A. CAMACHO, Governor of Guam; ART ILAGAN, Director of Department of Revenue and Taxation; LOURDES M. PEREZ, Director of Department of Administration; and GOVERNMENT OF GUAM,<br><br>Respondents. | Civil Case No. 04-00006<br><br><br><br><br>ORDER |

On June 21, 2005, the Petitioner filed an Amended Motion for Leave to File Amended Class Action Petition (Docket No. 216). On October 21, 2005, the Court ordered the Respondents to file their responses to the motion no later than October 25, 2005. To date, no objection has been filed. Accordingly, the Court hereby GRANTS the Amended Motion for Leave to File Amended Class Action Petition.

SO ORDERED this 10th day of March 2006.

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge

ORIGINAL