

**FILED**
DISTRICT COURT OF GUAM
MAR 10 2006
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, *et al.*, | Civil Case No. 04-00006 |
| Plaintiffs, | |
| vs. | |
| FELIX A. CAMACHO, *et al.*, | ORDER |
| Defendants. | |

The Court hereby sets this matter for a status hearing on March 14, 2006 at 1:30 p.m. The parties should come prepared to discuss the status of the case generally and specifically whether they believe this case should be consolidated with *Torres v. Government of Guam*, Civ. Case No. 04-00038 and *Simpao v. Government of Guam*, Civ. Case No. 04-00049.

SO ORDERED this 10th day of March, 2006.

JAMES L. ROBART* for
RICARDO S. MARTINEZ**
United States District Judge

---

*The Honorable James L. Robart, United States District Judge for the Western District of Washington, by designation.

**The Honorable Ricardo S. Martinez, United States District Judge for the Western District of Washington, by designation.

Case 1:04-cv-00006    Document 289    Filed 03/10/2006    Page 1 of 1