

The Law Offices of

# PHILLIPS & BORDALLO

A Professional Corporation
410 West O'Brien Drive, Suite 102 Hagåtña, Guam 96910-5044
Tel: (671) 477-ABCD (2223) • Fax: (671) 477-2FAX (2329)
" I Erensia, Lina'la', Espiritu-ta"

# FILED

DISTRICT COURT OF GUAM

MAR 14 2006 🖉

MARY L.M. MORAN
CLERK OF COURT

Attorneys for Petitioner

## DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

JULIE BABAUTA SANTOS, et al.,

Petitioners,

vs.

FELIX A. CAMACHO, etc., et al.,

Respondents.

)
)
)
)
)
)
)
)
)
)

CIVIL CASE NO. 04-00006

**CERTIFICATE OF SERVICE**

I, Michael F. Phillips, hereby state that on the 14th day of March 2006, I caused to be served via hand delivery a copy of the AMENDED CLASS ACTION PETITION FOR THE RECOVERY OF EARNED INCOME TAX REFUNDS OR IN THE ALTERNATIVE FOR A WRIT IN THE NATURE OF MANDAMUS and CERTIFICATE OF SERVICE on the following counsel of record at their address:

**GOVERNOR'S LEGAL COUNSEL**
Shannon Taitano, Esq.
Ricardo J. Bordallo Governor's Complex
Adelup, Guam 96910

**CALVO & CLARK** .
Attorneys at Law
655 South Marine Corps Drive, Suite 202
Tamuning, Guam 96910
*Attorneys for:*
    *Felix P. Camacho, Governor of Guam*

**CABOT MANTANONA**
BankPacific Building, 2nd Floor
825 South Marine Corps Drive
Tamuning, Guam 96913
*Attorneys for Respondents:*
    *Lourdes M. Perez and Artemio R. Ilagan*

# ORIGINAL

Courtesy Notice:

**CURTIS C. VAN DE VELD**
**VAN DE VELD SHIMIZU CANTO & FISHER**
Attorneys at Law
Suite 101, Dela Corte Bldg.
167 East Marine Corps Drive
Hagåtña, Guam 96910
Attorneys for:
    Grace Simpao and Christina M.S. Naputi

**IGNACIO C. AGUIGUI**
**LUJAN AGUIGUI & PEREZ, LLP**
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Attorneys for: Charmaine R. Torres

Dated this 14th day of March 2006.

                                **PHILLIPS & BORDALLO, P.C.**

                        By:_____
                                **MICHAEL F. PHILLIPS**

OFFICE OF THE
GOVERNOR

MAR 2006
DATE
LEGAL OFFICE

VAN DE VELD SHIMIZU CANTO & FISHER

ATTORNEYS AT LAW

RECEIVED

3/14/06

RECEIVED

MAR 1 4 2006
CALVO & CLARK LLP
By:

12:5Hp

**CABOT MANTANONA, LLP**

Date: 3-14-06
Time: 1:05
Initials:

RECEIVED

MAR 1 4 2006

LUJAN AGUIGUI & PEREZ LLP
By:

1·17