# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| Julie Babauta Santos, et al., | Case No. 1:04-cv-00006 |
| Plaintiffs, | |
| vs. | |
| Felix P. Camacho, et al., | **CERTIFICATE OF SERVICE** |
| Defendants. | |

The following office(s)/individual(s) acknowledged receipt of the Order re: Objections to Magistrate Order of September 10, 2005 filed March 10, 2006, on the dates indicated below:

| | | |
|---|---|---|
| Calvo & Clark | Phillips & Bordallo, P.C. | Cabot & Mantanona |
| March 10, 2006 | March 10, 2006 | March 10, 2006 |
| | | |
| Office of the Governor | Office of the Attorney General | |
| March 10, 2006 | March 10, 2006 | |

I, Virginia T. Kilgore, declare under the penalty of perjury that on the above listed date(s) the:

Order re: Objections to Magistrate Order of September 10, 2005 filed March 10, 2006

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: March 14, 2006                            /s/ Virginia T. Kilgore
                                                 Deputy Clerk