**CIVIL MINUTES**

FILED
DISTRICT COURT OF GUAM
MAR 1 4 2006
MARY L.M. MORAN
CLERK OF COURT

CASE NO. CV-04-00006   DATE: March 14, 2006

CAPTION: <u>Julie Babauta Santos, individually & on behalf of all those similarly situated - vs - FELIX A. CAMACHO, Governor of Guam</u>

***

HON. JAMES L. ROBART, Designated Judge, Presiding
Court Reporter: Wanda Miles
Hearing Electronically Recorded: 1:36:47 - 2:10:00

Law Clerk: K. WALMSLEY
Courtroom Deputy: Leilani Toves Hernandez
CSO: B. Benavente

**APPEARANCES**

COUNSEL FOR PLAINTIFF(s):

<u>MIKE PHILLIPS</u>

COUNSEL FOR DEFENDANT(s):

<u>R. JACOB & K. FISHER - For Felix A. Camacho, Governor of Guam</u>

<u>R. MANTANONA - For Art Ilagan & Lourdes Perez</u>

<u>D. MOYLAN, Attorney General - For the Governor & Govt of Guam</u>

**PROCEEDINGS: STATUS CONFERENCE**

( ) MOTION (S) ARGUED BY  ( ) PLAINTIFF  ( ) DEFENDANT

( ) MOTION(s) ___Granted ___Denied ___Settled ___Withdrawn ___Under Advisement

( ) ORDER SUBMITTED ___Approved ___Disapproved

( ) ORDER to be Prepared By: _____

( ) PROCEEDINGS CONTINUED TO: _____ at _____

NOTES:

<u>Parties provided their position regarding consolidation of the cases.</u>

<u>The Court Ordered the consolidation of CV-04-00006, CV-04-00049; and CV-04-00038, and stated his reasons. Court also stated that he will confer with Judge Martinez regarding a settlement Judge or mediator. No further written order will be forthcoming.</u>

<u>The Court vacated the trial in CV-04-00049 scheduled for April 4, 2006, and stated that a scheduling order will be issued.</u>

Courtroom Deputy: _____