# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**
**671-473-9100**

Julie Babauta Santos, et al.,

Plaintiffs,

vs.

Case No. 1:04-cv-00006

Felix P. Camacho, et al.,

Defendants.

# NOTICE OF ENTRY OF ORDER

   **NOTICE IS HEREBY GIVEN** that on the date indicated below this court entered on the docket of the above-entitled case the following order:

Order Denying Motion for Reconsideration;
Granting Motion for Interlocutory Appeal filed March 16, 2006
Date of Entry:  March 16, 2006

The original order is on file at the Clerk's Office of this court.  The document may be viewed at the Clerk's Office and is available for viewing on the Internet by using PACER for a fee.  Information on the PACER system can be found on the court's web page: **www.gud.uscourts.gov**

**Date:** March 16, 2006

Clerk of Court
**/s/ Mary L.M. Moran**