
**Office of the Attorney General**
**Douglas B. Moylan**
Attorney General of Guam
Civil Division
The Justice Building
287 West O'Brien Drive
Hagåtña, Guam 96910 • USA
(671) 475-3324 • (671) 472-2493 (Fax)
www.guamattorneygeneral.com • guamattorneygeneral@hotmail

Attorneys for the People of Guam (Government of Guam)

**FILED**
DISTRICT COURT OF GUAM
MAR 16 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE DISTRICT COURT OF GUAM
## HAGÅTÑA, GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, individually and on behalf of all those similarly situated,<br><br>        Petitioner,<br><br>vs.<br><br>FELIX P. CAMACHO, Governor of Guam; ART ILAGAN, Director of Department of Revenue and Taxation; LOURDES M. PEREZ, Director of Department of Administration; DOUGLAS B. MOYLAN, Attorney General of Guam; and GOVERNMENT OF GUAM,<br><br>        Respondents. | Civil Case No. 04-00006<br><br><br><br><br>**SUPPLEMENTAL AUTHORITY SUPPORTING MARCH 14, 2006 MOTION FOR RECONSIDERATION** |

Respondent Attorney General is unaware of any order by this Honorable Court on the undersigned's Motion for Reconsideration. Respondent respectfully cites 48 U.S.C. § 1424-4 (Addendum Q) for the proposition that the Attorney General of Guam is the proper official charged to enforce in District Court income tax matters, and

Page 1
*Supplemental Authority Supporting March 14, 2006 Motion for Reconsideration*
District Court of Guam Case Number 04-00006

Case 1:04-cv-00006    Document 302    Filed 03/16/2006    Page 1 of 5

making litigation settlement decisions. The law was passed after 48 U.S.C. § 1421(d)(2).

Respectfully submitted this 15th day of March, 2006.

**OFFICE OF THE ATTORNEY GENERAL**
Douglas B. Moylan, Attorney General of Guam

*[signature]*

**DOUGLAS B. MOYLAN**
Attorney General of Guam, Elected

Page 2
*Supplemental Authority Supporting March 14, 2006 Motion for Reconsideration*
District Court of Guam Case Number 04-00006

Case 1:04-cv-00006     Document 302     Filed 03/16/2006     Page 2 of 5

# CERTIFICATE OF SERVICE

This is to certify that I have this day caused to be served counsel for the opposing party(ies) with a copy of the foregoing by hand delivery, or by first class properly addressed, to:

Michael Phillips, Esq.
Phillips & Bordallo, P.C.
410 West O'Brien Dr.
Hagåtña, Guam 96910

Rawlen MT Mantanona, Esq.
BankPacific Bldg.
2nd Floor, 825 South Marine Drive
Tamuning, Guam 96911

Rodney J. Jacob, Esq.
Daniel Benjamin, Esq.
Calvo and Clark, LLP
655 South Marine Drive, Suite 202
Tamuning, Guam 96913

Shannon J. Taitano, Esq.
Legal Counsel
Office of the Governor of Guam
P.O. Box 2950
Hagåtña, Guam 96932

Peter Perez, Esq.
Lujan, Aguigui & Perez
Suite 301, Pacific News Building
238 Archbishop Flores St
Hagåtña, Guam 96932

Curtis C. Van de Veld, Esq.
Van de veld, Fisher, Canto and Shimizu
P.O. Box 5605
Hagåtña, Guam 96932

Respectfully submitted this 15th day of March, 2006.

**OFFICE OF THE ATTORNEY GENERAL**
Douglas B. Moylan, Attorney General of Guam

*/s/ Douglas B. Moylan*

**DOUGLAS B. MOYLAN**
Attorney General of Guam, Elected

Page 3
*Supplemental Authority Supporting March 14, 2006 Motion for Reconsideration*
District Court of Guam Case Number 04-00006

Case 1:04-cv-00006    Document 302    Filed 03/16/2006    Page 3 of 5

# Addendum

# Q

Citation/Title
GU Organic Act Sec. 1424-4, 1424-4. Applicability of Laws & Rules.

*77 REVISED ORGANIC ACT OF 1950, § 1424-4

**Guam Code Annotated**
**THE ORGANIC ACT OF GUAM AND RELATED FEDERAL LAWS AFFECTING**
**THE GOVERNMENTAL STRUCTURE OF GUAM**
**THE ORGANIC ACT OF GUAM**
**SUBCHAPTER 4. THE JUDICIARY**

*Current through P.L. 27-161 (2004)*

### § 1424-4. Applicability of Laws & Rules.

Where appropriate, the provisions of Part II of title 18 and title 28, and notwithstanding the provision in rule 54(a) Federal Rules of Criminal Procedure relating to the prosecution of criminal offenses on Guam by information, the rules of practice and procedure heretofore or hereafter promulgated and made effective by the Congress or the Supreme Court of the United States pursuant to titles 11, 18 and 28, shall apply to the District Court of Guam and appeals therefrom except that the terms "Attorney for the government" and "United States attorney", as used in the Federal Rules of Criminal Procedure, shall, when applicable to cases arising under the laws of Guam, including the Guam Territorial income tax, mean the Attorney General of Guam or such other person or persons as may be authorized by the laws of Guam to act therein.

*SOURCE: Portion added by § 1 of the Act of Aug. 27, 1954 (68 Stat. 882). Reenacted by § 801 of the Act of Oct. 5, 1984, Pub.L. 98-454. Clause relating to trial by jury being subject to laws of Guam repealed by § 803 of Act of October 5, 1984, Pub.L. 98-454. Codified as 48 U.S.C.A. § 1424-4.*

<General Materials (GM) - References, Annotations, or Tables>

© 2005 Thomson/West. No claim to original U.S. Govt. works.