SHANNON TAITANO, ESQ.
OFFICE OF THE GOVERNOR OF GUAM
Ricardo J. Bordallo Governor's Complex
Adelup, Guam 96910
Telephone: (671) 472-8931
Facsimile: (671) 477-4826

ARNE D. WAGNER, ESQ.
RODNEY J. JACOB, ESQ.
DANIEL M. BENJAMIN, ESQ.
CALVO & CLARK, LLP
Attorneys at Law
655 South Marine Corps Drive, Suite 202
Tamuning, Guam 96913
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

Attorneys for *Felix P. Camacho, Governor of Guam*

FILED
DISTRICT COURT OF GUAM
MAR 16 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF GUAM

JULIE BABAUTA SANTOS, et. al.,

      Petitioners,

-v-

FELIX P. CAMACHO, etc., et. al.

      Respondents.

CIVIL CASE NO. 04-00006

**REQUEST FOR SETTLEMENT CONFERENCE PURSUANT TO LOCAL RULE 16.6**

Pursuant to Local Rule 16.6, Governor of Guam Felix P. Camacho (the "Governor"), acting in his official capacity and on behalf of the Government of Guam pursuant to the Order re: Objections to Magistrate Order of September 19, 2005, hereby requests that the Court Order that the following related actions be set for a global settlement conference: (1) *Santos v. Camacho*, Civil Case No. 04-00006; (2) *Torres v. Govt. of Guam,* Civil Case No. CV04-00038; and (3) *Simpao v. Gov't of Guam*, Civil Case No. CV04-00049.

The Governor requests that this conference be set based upon the recent Orders of the Court in these three cases and the Court's recent remarks at the hearing held on March 14, 2006 in these three cases. As the Court knows, the Governor's highest priority is to be able to proceed with the process of obtaining approval of the *Santos* settlement and implementing that settlement so that EITC payments may commence. Based upon the Court's comments, it appears that the fastest approach to this issue may be global settlement talks with all parties to the three actions.[1]

The Governor respectfully suggests that the parties be given an initial thirty days in which to find a mutually agreeable mediator, and to schedule and hold a non-binding, confidential mediation. At the end of the thirty days, the parties can then report their progress to the Court. The Governor is hopeful that this approach will be agreeable to all of the parties. Copies of this request are being served on the counsel of record for the parties to the *Torres* and *Simpao* action.

DATED this 16th day of March, 2005.

OFFICE OF THE GOVERNOR OF GUAM
CALVO & CLARK, LLP
Attorneys for Respondent
*Felix P. Camacho, Governor of Guam*

By: _____
DANIEL M. BENJAMIN

---

[1] The Governor still respectfully maintains his position that the best course is that the *Torres* and *Simpao* cases be stayed and the *Santos* settlement proceed. This request for a settlement conference is not a waiver of that position. However, the Governor recognizes that under the present circumstances it is best to prioritize the goal of quickly implementing the settlement, if necessary, over any other positions he has.

*CIVIL CASE NO. 04-00006* 1