SHANNON TAITANO, ESQ.
OFFICE OF THE GOVERNOR OF GUAM
Ricardo J. Bordallo Governor's Complex
Adelup, Guam 96910
Telephone: (671) 472-8931
Facsimile: (671) 477-4826

ARNE D. WAGNER, ESQ.
RODNEY J. JACOB, ESQ.
DANIEL M. BENJAMIN, ESQ.
CALVO & CLARK, LLP
Attorneys at Law
655 South Marine Corps Drive, Suite 202
Tamuning, Guam 96913
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

Attorneys for *Felix P. Camacho, Governor of Guam*

**FILED**
DISTRICT COURT OF GUAM
MAR 17 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, et. al.,<br><br>Petitioners,<br><br>-v-<br><br>FELIX P. CAMACHO, etc., et. al.<br><br>Respondents. | CIVIL CASE NO. 04-00006<br>(Consolidated with Civil Case Nos. 04-00038 and 04-00049)<br><br><br>**CERTIFICATE OF SERVICE** |

The undersigned hereby certifies that a true and correct copy of the following:

1) **REQUEST FOR SETTLEMENT CONFERENCE PURSUANT TO LOCAL RULE 16.6**

2) **[PROPOSED] ORDER RE: REQUEST FOR SETTLEMENT CONFERENCE PURSUANT TO LOCAL RULE 16.6**

was caused to be served via Hand Delivery on the 16th day of March, 2006, to the following:

> Michael F. Phillips, Esq.
> **PHILLIPS & BORDALLO, P.C.**
> 410 West O'Brien Drive
> Hagåtña, Guam 96910

> Rawlen Mantanona, Esq.
> **CABOT MANTANONA, LLP**
> BankPacific Building, 2nd Floor
> 825 South Marine Corps. Drive
> Tamuning, Guam 96913

> **LUJAN, AGUIGUI & PEREZ LLP**
> Attorneys At Law
> Pacific News Building, Suite 300
> 238 Archbishop Flores Street
> Hagåtña, Guam 96910

> **VAN DE VELD, SHIMIZU, CANTO & FISHER**
> Suite 101, De La Corte Building
> 167 East Marine Drive
> Hagåtña, Guam 96910

A courtesy copy was served on the following without any waiver of rights:

> **OFFICE OF THE ATTORNEY GENERAL**
> 247 West O'Brien Drive
> Hagåtña, Guam 96910

Dated this 16th day of March, 2006.

OFFICE OF THE GOVERNOR OF GUAM
CALVO & CLARK, LLP
Attorneys at Law
Attorneys for *Felix P. Camacho, Governor of Guam*

By: _____
DANIEL M. BENJAMIN

*CIVIL CASE NO. 04-00006*

1