# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| Julie Babauta Santos, et al., | Case No. 1:04-cv-00006 |
| Plaintiffs, | |
| vs. | |
| Felix P. Camacho, et al., | **CERTIFICATE OF SERVICE** |
| Defendants. | |

The following office(s)/individual(s) acknowledged receipt of the Order Denying Motion for Reconsideration; Granting Motion for Interlocutory Appeal and Notice of Entry of Order filed March 16, 2006, on the dates indicated below:

Lujan, Aguigui and Perez LLP  Van De Veld Shimizu Canto and Fisher
March 17, 2006                  March 17, 2006

I, Virginia T. Kilgore, declare under the penalty of perjury that on the above listed date(s) the:

Order Denying Motion for Reconsideration; Granting Motion for Interlocutory Appeal and Notice of Entry of Order filed March 16, 2006

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: March 17, 2006                               /s/ Virginia T. Kilgore
                                                          Deputy Clerk