

The Law Offices of
# PHILLIPS & BORDALLO
A Professional Corporation
410 West O'Brien Drive, Suite 102 Hagåtña, Guam 96910-5044
Tel: (671) 477-ABCD (2223) • Fax: (671) 477-2FAX (2329)
" I Erensia, Lina'Ia', Espiritu-ta"

Attorneys for Petitioner: JULIE BABAUTA SANTOS

**FILED**
DISTRICT COURT OF GUAM
MAR 17 2006
MARY L.M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, *et al.*, ) | CIVIL CASE NO. 04-00006 |
| Petitioners, ) | |
| vs. ) | **CERTIFICATE OF SERVICE** |
| FELIX A. CAMACHO, etc., et al., ) | |
| Respondents. ) | |

I, Michael F. Phillips, hereby state that on the 17th day of March 2006, I caused to be served via hand delivery a copy of PETITIONER SANTOS' MOTION FOR PARTIAL RECONSIDERATION OF ORDER STAYING PROCEEDINGS AND INVITING MOTIONS FOR APPOINTMENT OF LEAD COUNSEL; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF; [PROPOSED] ORDER GRANTING PETITIONER SANTOS' MOTION FOR PARTIAL RECONSIDERATION OF ORDER STAYING PROCEEDINGS AND INVITING MOTIONS FOR APPOINTMENT OF LEAD COUNSEL and CERTIFICATE OF SERVICE on the following counsel of record at their address:

**ORIGINAL**

**GOVERNOR'S LEGAL COUNSEL**
Shannon Taitano, Esq.
Ricardo J. Bordallo Governor's Complex
Adelup, Guam 96910

**CALVO & CLARK**
Attorneys at Law
655 South Marine Corps Drive, Suite 202
Tamuning, Guam 96910
*Attorneys for:*
*Felix P. Camacho, Governor of Guam*

**CABOT MANTANONA**
BankPacific Building, 2nd Floor
825 South Marine Corps Drive
Tamuning, Guam 96913
*Attorneys for Respondents:*
*Lourdes M. Perez and Artemio R. Ilagan*

**IGNACIO C. AGUIGUI**
**LUJAN AGUIGUI & PEREZ, LLP**
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Attorneys for: Charmaine R. Torres

**CURTIS C. VAN DE VELD**
**VAN DE VELD SHIMIZU CANTO & FISHER**
Attorneys at Law
Suite 101, Dela Corte Bldg.
167 East Marine Corps Drive
Hagåtña, Guam 96910
Attorneys for:
Grace Simpao and Christina M.S. Naputi

**DOUGLAS B. MOYLAN, Attorney General of Guam**
**OFFICE OF THE ATTORNEY GENERAL**
The Justice Building
287 West O'Brien Drive
Hagåtña, Guam 96910

Dated this 17th day of March 2006.

PHILLIPS & BORDALLO, P.C.

By: _____
MICHAEL F. PHILLIPS