SHANNON TAITANO, ESQ.
OFFICE OF THE GOVERNOR OF GUAM
Ricardo J. Bordallo Governor's Complex
Adelup, Guam 96910
Telephone: (671) 472-8931
Facsimile: (671) 477-4826

ARNE D. WAGNER, ESQ.
RODNEY J. JACOB, ESQ.
DANIEL M. BENJAMIN, ESQ.
CALVO & CLARK, LLP
Attorneys at Law
655 South Marine Corps Drive, Suite 202
Tamuning, Guam 96913
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

Attorneys for *Felix P. Camacho, Governor of Guam*

FILED
DISTRICT COURT OF GUAM
MAR 2 1 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, et. al.,<br><br>Petitioners,<br><br>-v-<br><br>FELIX P. CAMACHO, etc., et. al.<br><br>Respondents. | CIVIL CASE NO. 04-00006<br>(Consolidated with Civil Case Nos.<br>04-00038 and 04-00049)<br><br>**ORDER RE: SETTLEMENT**<br>**SETTLEMENT CONFERENCE**<br>**PURSUANT TO LOCAL RULE 16.6** |

*CIVIL CASE NO. 04-00006*

# ORDER

The Request under Local Rule 16.6 filed by the Governor of Guam is hereby GRANTED. The parties to the following actions shall have thirty (30) days following the date of this Order to agree to a mediator and conduct a global mediation: (1) *Santos v. Camacho*, Civil Case No. 04-00006; (2) *Torres v. Govt. of Guam,* Civil Case No. CV04-00038; and (3) *Simpao v. Gov't of Guam*, Civil Case No. CV04-00049. At the expiration of the thirty days, the parties shall file a status report as to their progress to the Court. In the meanwhile, the briefing scheduled for the appointment of lead counsel is vacated and will be rescheduled as appropriate.[1]

**SO ORDERED.**

Dated: March 20, 2006.

Ricardo S. Martinez[*]
**United States District Judge**

---

[1] Petitioner Santos' Motion for Partial Reconsideration of Order Staying Proceedings and Inviting Motions for Appointment of Lead Counsel will not be considered in a separate order and is hereby considered moot. *See* Docket No. 306.

[*] The Honorable Ricardo S. Martinez, United States District Judge for the Western District of Washington, by designation.

*CIVIL CASE NO. 04-00006*

1