
Office of the Attorney General
Douglas B. Moylan
Attorney General of Guam
The Justice Building
287 West O'Brien Drive
Hagåtña, Guam 96910 • USA
(671) 475-3324 • (671) 472-2493 (Fax)

Attorneys for Respondents

# IN THE DISTRICT COURT OF GUAM
## HAGÅTÑA, GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, individually and on behalf of all those similarly situated,<br><br>Petitioner,<br><br>vs.<br><br>FELIX P. CAMACHO, Governor of Guam; ART ILAGAN, Director of Department of Revenue and Taxation; LOURDES M. PEREZ, Director of Department of Administration; DOUGLAS B. MOYLAN, Attorney General of Guam; and GOVERNMENT OF GUAM,<br><br>Respondents. | Civil Case No. 04-00006<br><br>MOTION FOR PERMISSION TO WITHDRAW AS COUNSEL FOR ATTORNEY GENERAL |

Robert M. Weinberg respectfully moves the Court for permission to withdraw as counsel for the Attorney General in the above-styled matter. As grounds, it is submitted that the undersigned has resigned as an assistant attorney general from the Office of Attorney General effective March 31, 2006. Future pleadings and

court orders in this case should be addressed to Douglas B. Moylan, Attorney General, at the address above.

This 21st day of March, 2006.

*[signature]*
ROBERT M. WEINBERG
Assistant Attorney General

## CERTIFICATE OF SERVICE

This is to certify that I have this day caused to be served counsel for the opposing party(ies) with a copy of the foregoing by hand delivery, or by first class properly addressed, to:

| | |
|---|---|
| Michael Phillips, Esq.<br>Phillips & Bordallo, P.C.<br>410 West O'Brien Dr.<br>Hagåtña, Guam 96910 | Rodney J. Jacob, Esq.<br>Daniel Benjamin, Esq.<br>Calvo and Clark, LLP<br>655 South Marine Drive<br>Suite 202<br>Tamuning, Guam 96913 |
| Rawlen MT Mantanona, Esq.<br>Mantanona Law Office<br>GCIC Bldg., Suite 601B<br>414 West Soledad Ave.<br>Hagåtña, Guam 96910 | Shannon J. Taitano, Esq.<br>Legal Counsel<br>Office of the Governor<br>P.O. Box 2950<br>Hagåtña, Guam 96932 |

this 21st day of March, 2006.

*[signature]*
ROBERT M. WEINBERG
Assistant Attorney General