VAN DE VELD SHIMIZU CANTO & FISHER
Suite 101 Dela Corte Building
167 East Marine Corps Drive
Hagåtña, Guam 96910
671.472.1131

TOUSLEY BRAIN STEPHENS PLLC
Kim D. Stephens, P.S., *Pro Hac Vice*
Nancy A. Pacharzina, *Pro Hac Vice*
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
206.682.5600

*Attorneys for Plaintiffs Mary Grace Simpao, Christina Naputi and Janice Cruz*

FILED
DISTRICT COURT OF GUAM
APR 18 2006
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| MARY GRACE SIMPAO, CHRISTINA NAPUTI, and JANICE CRUZ, on behalf of themselves and a class of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOVERNMENT OF GUAM,<br><br>Defendant. | CIVIL CASE NO. 04-00006<br><br>*SIMPAO* PLAINTIFFS' STATUS REPORT |

ORIGINAL

SIMPAO PLAINTIFFS'
STATUS REPORT -- PAGE 1

VAN DE VELD SHIMIZU CANTO & FISHER
167 East Marine Corps Drive
Hagåtña, Guam 96910
TEL. 671.472.1131• FAX 671.472.2886

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600• FAX 206.682.2992

Case 1:04-cv-00006   Document 312   Filed 04/18/2006   Page 1 of 4

# I. SUMMARY

At the request of the Defendant, this Court vacated the briefing schedule for appointment of lead counsel, to allow the parties to "conduct a global mediation" of these three consolidated actions. (March 21, 2006 Order). The mediation was scheduled and conducted on Guam on April 6-7 with April 8th reserved as a contingency day. Former Judge William Cahill from JAMS' San Francisco Office facilitated.

As to the *Simpao* Plaintiffs, no global settlement was reached. As such, the *Simpao* Plaintiffs request the Court reset a briefing schedule for lead counsel.

# II. BACKGROUND

In his request for a stay to allow for a global settlement conference the Governor of Guam stated he based his request "upon the recent Orders of the Court in these three cases and the Court's recent remarks at the hearing held on March 14, 2006 . . . ." (Gov.'s Request for Settlement Conf.) In light of the Court's comments the Governor had concluded "it appears the fastest approach to this issue may be global settlement talks *with all parties to the three actions.*" *Id.*

The Court's remarks the Governor referred to include:

" . . . I would expect [Judge Martinez] to order you to go to a settlement conference on all three cases in the immediate future. And that will have the effect of doing what I know you all want to do, which is to serve the interests of your class. ... I can tell you that the Court is not going to be inclined to settle one of these actions and leave the other two floating out there, because it's not a good use of judicial resources, it has the possibility of inconsistent results, and frankly, it's not fair to the taxpayers, some of whom may be in that class and others of whom are excluded from that class. If there's going to be a settlement, then it ought to be a global settlement that handles in an evenhanded manner the rights of all of the members of the class."

(Record of Proceedings at p.19-20, J. Robart, Status Conference, Mar. 14, 2006).

SIMPAO PLAINTIFFS'
STATUS REPORT -- PAGE 2

VAN DE VELD SHIMIZU CANTO & FISHER
167 East Marine Corps Drive
Hagatna, Guam 96910
TEL. 671.472.1131 • FAX 671.472.2886

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

Case 1:04-cv-00006   Document 312   Filed 04/18/2006   Page 2 of 4

Notably however, in its motion requesting the settlement conference, Defendant candidly acknowledged "the Governor's highest priority is to be able to proceed with the process of obtaining approval of the [existing proposed] *Santos* settlement" and that "[t]he Governor still respectfully maintains his position that the best course is that the *Torres* and *Simpao* cases be stayed and the *Santos* settlement proceed." (Gov.'s Request for Settlement Conf. at p.1[sic], lns. 9-10 & fn.1 respectively).

Despite such language the *Simpao* Plaintiffs believed the mediation would be conducted in good faith. Counsel, two of whom traveled to Guam from Seattle, Washington, attended the mediation and contributed their share of a mediation bill that was over $60,000.

However, Defendants refused to alter their position regarding the existing settlement and, on the morning of the second day of mediation, Defendants informed the *Simpao* Plaintiffs Group they had no intention to negotiate with them.

Given global settlement is no longer a possibility, and apparently never was, the *Simpao* Plaintiffs respectfully request this Court reset a briefing schedule for appointment of lead counsel.

DATED this __18TH__ day of April, 2006.

VAN DE VELD SHIMIZU CANTO & FISHER

By: _____
James L. Canto II

TOUSLEY BRAIN STEPHENS PLLC
Attorneys at Law
  Kim D. Stephens, P.S., *Pro Hac Vice*
  Nancy A. Pacharzina, *Pro Hac Vice*
  1700 Seventh Avenue Suite 2200
  Seattle, Washington 98101-1332
  206.682.2992

Attorneys for Plaintiff

SIMPAO PLAINTIFFS'
STATUS REPORT -- PAGE 3

VAN DE VELD SHIMIZU CANTO & FISHER
167 East Marine Corps Drive
Hagatna, Guam 96910
TEL. 671.472.1131• FAX 671.472.2886

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600• FAX 206.682.2992

Case 1:04-cv-00006   Document 312   Filed 04/18/2006   Page 3 of 4

## CERTIFICATE OF SERVICE

I, JAMES L. CANTO II, certify that I caused a copy of the foregoing document here filed to be served on the following individuals or entities on April 18, 2006, via hand delivery at the following addresses:

Counsel for Petitioner
   Charmaine Torres
Peter C. Perez, Esq.
Lujan, Aguigui & Perez, LLP
Pacific News Bldg., Ste. 300
238 Archbishop Flores St.
Hagatna, Guam 96910

Counsel for Respondent
   Felix P. Camacho
Daniel M. Benjamin, Esq.
Calvo & Clark, LLP
655 S. Marine Corps Drive, Ste. 202
Tamuning, Guam 96913

Counsel for Respondent
   Felix P. Camacho
Shannon Taitano, Esq.
Office of the Governor of Guam
Governor's Complex
East Marine Corps Drive
Adelup, Guam 96910

Counsel for Respondents
   Artemio Ilagan and Lourdes Perez
Rawlen M.T. Mantanona, Esq.
Cabot Mantanona LLP
BankPacific Building, 2nd Floor
825 South Marine Corps Drive
Tamuning, Guam 96913

Counsel for Petitioner
   Julie Babauta Santos
Michael F. Phillips, Esq.
Phillips & Bordallo, P.C.
410 West O'Brien Drive
Hagatna, Guam 96910

Attorney General of Guam
Douglas B. Moylan, Esq.
Office of the Attorney General
287 W. O'Brien Drive
Hagatna, Guam 96910

Respectfully submitted this _April 18, 2006_

VAN DE VELD SHIMIZU CANTO & FISHER
TOUSLEY BRAIN STEPHENS PLLC

_____
James L. Canto II
Attorneys for Plaintiffs