MICHAEL F. PHILLIPS, ESQ.
PHILLIPS & BORDALLO, P.C.
410 West O'Brien Drive
Hagåtña, Guam 96910
Telephone (671) 477-2223
Facsimile (671) 477-2329

*Interim Class Counsel and Attorneys for*
*Julie Babauta Santos*

**LUJAN AGUIGUI & PEREZ LLP**
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064
Facsimile (671) 477-5297

*Attorneys for Charmaine R. Torres*

FILED
DISTRICT COURT OF GUAM
APR 20 2006
MARY L.M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, et al., <br><br> Petitioners, <br><br> vs. <br><br> FELIX P. CAMACHO, et al., <br><br> Respondents. | CIVIL CASE NO. CV-04-00006 and 04-00038 <br><br> (consolidated with CV-04-00049) <br><br> **JOINT REPORT TO THE COURT PURSUANT TO THE ORDER OF MARCH 20, 2006** |
| CHARMAINE R. TORRES, on behalf of herself and a class of others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> GOVERNMENT OF GUAM; FELIX P. CAMACHO, Governor of Guam; and DOUGLAS B. MOYLAN, Attorney General of Guam, <br><br> Defendants. | **CLASS ACTION** |

1  Petitioner JULIE BABAUTA SANTOS (CV-04-00006) and Plaintiff CHARMAINE R.
2  TORRES (CV-04-00038) respectfully submit this joint report to the Court pursuant to the Court's
3  Order of March 20, 2006.
4  The recent mediation was held over a period of three (3) full days, from April 6-8, 2006,
5  and was facilitated by the Hon. William J. Cahill, Ret. Judge. Various parties to the *Santos* (CV-
6  04-00006) and *Torres* (CV-04-00038) cases successfully reached an agreement in principle,
7  subject to final documentation. Santos and Torres join in the Governor of Guam's request to
8  afford the parties an additional twenty-one days to complete that documentation. The resulting
9  settlement agreement and other documents would thereafter be presented to the Court.
10  The request of the *Simpao* plaintiffs to reset a briefing schedule for appointment of lead
11  counsel should be denied as premature, as the disposition of that issue could be affected by the
12  settlement resulting from the recent mediation.

**RESPECTFULLY SUBMITTED** this 20th day of April, 2006.

**PHILLIPS & BORDALLO, P.C.**                **LUJAN AGUIGUI & PEREZ LLP**

By: _____              By: _____
    **MICHAEL F. PHILLIPS, ESQ.**                **IGNACIO C. AGUIGUI, ESQ.**
    *Attorneys for Julie Babauta Santos*         *Attorneys for Charmaine R. Torres*

# CERTIFICATE OF SERVICE

I, **IGNACIO C. AGUIGUI**, certify that I caused a copy of the Joint Report to the Court Pursuant to the Order of March 20, 2006 to be served on the following individuals or entities on April 20, 2006 at the following addresses:

**Office of the Governor of Guam**
Legal Counsel
Governor's Complex
East Marine Corps Drive
Adelup, Guam 96910

**Cabot Mantanona LLP**
BankPacific Building, 2nd Floor
825 South Marine Corps Drive
Tamuning, Guam 96913

**Calvo & Clark, LLP**
655 S. Marine Corps Drive, Suite 202
Tamuning, Guam 96913

**Office of the Attorney General**
287 West O'Brien Drive
Hagåtña, Guam 96910

**Van de Veld Shimizu Canto & Fisher**
Suite 101 Dela Corte Building
167 East Marine Corps Drive
Hagåtña, Guam 96910

**Phillips & Bordallo, P.C.**
410 West O'Brien Drive
Hagåtña, Guam 96910

**RESPECTFULLY SUBMITTED** this 20th day of April, 2006.

LUJAN AGUIGUI & PEREZ LLP

By: _____
IGNACIO C. AGUIGUI, ESQ.
*Attorneys for Plaintiff Charmaine R. Torres*