SHANNON TAITANO, ESQ.
OFFICE OF THE GOVERNOR OF GUAM
Ricardo J. Bordallo Governor's Complex
Adelup, Guam 96910
Telephone: (671) 472-8931
Facsimile: (671) 477-4826

EDUARDO A. CALVO, ESQ.
RODNEY J. JACOB, ESQ.
DANIEL M. BENJAMIN, ESQ.
CALVO & CLARK, LLP
Attorneys at Law
655 South Marine Corps Drive, Suite 202
Tamuning, Guam 96913
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

Attorneys for *Felix P. Camacho, Governor of Guam*

**FILED**
DISTRICT COURT OF GUAM
APR 20 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, et. al., <br><br> Petitioners, <br><br> -v- <br><br> FELIX P. CAMACHO, etc., et. al. <br><br> Respondents. | CIVIL CASE NO. 04-00006 <br> (Consolidated with Civil Case Nos. 04-00038 and 04-00049) <br><br><br> **CERTIFICATE OF SERVICE** |

**ORIGINAL**

The undersigned hereby certifies that a true and correct copy of the following:

**THE GOVERNOR OF GUAM'S REPORT TO THE COURT PURSUANT TO THE ORDER OF MARCH 20, 2006**

was caused to be served via Hand Delivery on the 20th day of April, 2006, to the following:

    Michael F. Phillips, Esq.
    **PHILLIPS & BORDALLO, P.C.**
    410 West O'Brien Drive
    Hagåtña, Guam 96910

    Rawlen Mantanona, Esq.
    **CABOT MANTANONA, LLP**
    BankPacific Building, 2nd Floor
    825 South Marine Corps. Drive
    Tamuning, Guam 96913

    **LUJAN, AGUIGUI & PEREZ LLP**
    Attorneys At Law
    Pacific News Building, Suite 300
    238 Archbishop Flores Street
    Hagåtña, Guam 96910

    **VAN DE VELD, SHIMIZU, CANTO & FISHER**
    Suite 101, De La Corte Building
    167 East Marine Drive
    Hagåtña, Guam 96910

Dated this 20th day of April, 2006.

    OFFICE OF THE GOVERNOR OF GUAM
    CALVO & CLARK, LLP
    Attorneys at Law
    Attorneys for *Felix P. Camacho, Governor of Guam*

    By: _____
    EDUARDO A. CALVO

1

*CIVIL CASE NO. 04-00006*
*(Consolidated with Civil Case Nos. 04-00038 and 04-00049)*
Case 1:04-cv-00006 Document 315 Filed 04/20/2006 Page 2 of 2