CABOT
MANTANONA LLP
BankPacific Building, Second Floor
825 South Marine Corps Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 646-0777

FILED
DISTRICT COURT OF GUAM
APR 21 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, et al., ) <br> ) <br> Petitioners, ) <br> vs. ) <br> ) <br> FELIX A. CAMACHO, et al., ) <br> ) <br> Respondents ) <br> _____) | CIVIL CASE NO. 04-00006 <br><br> **JOINDER IN RESPONDENT GOVERNOR OF GUAM'S REPORT TO THE COURT PURSUANT TO THE ORDER OF MARCH 20, 2006** |

Respondents Art Ilagan, Director of Department of Revenue & Taxation, and Lourdes M. Perez, Director of Department of Administration, hereby join in Respondent Governor of Guam Felix P. Camacho's Report to the Court Pursuant to the Order of March 20, 2006 in full.

Dated this 21st day of April, 2006.

                                                  CABOT MANTANONA LLP
                                                  Attorneys for Respondents
                                                  Art Ilagan and Lourdes M. Perez

By: _____
        RAWLEN M.T. MANTANONA

RMTM:km
EITC\JOINDER IN RESPONDENT'S REPORT

**ORIGINAL**