CABOT
MANTANONA LLP
BankPacific Building, Second Floor
825 South Marine Corps Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 646-0777

**FILED**
DISTRICT COURT OF GUAM
APR 21 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, et al., | CIVIL CASE NO. 04-00006 |
| Petitioners, | |
| vs. | **CERTIFICATE OF SERVICE** |
| FELIX A. CAMACHO, et al., | |
| Respondents. | |

I, WILLIAM N. CRUZ, hereby certify that a copy of Joinder in Respondent Governor of Guam's Report to the Court Pursuant to the Order of March 20, 2006, was duly hand-delivered to the following on April 21, 2006:

Michael F. Phillips, Esq.
Phillips & Bordallo, P.C.
410 West O'Brien Drive
Hagåtña, Guam 96910

Shannon Joy Taitano, Esq.
Office of the Governor
P.O. Box 2674
Hagåtña, Guam 96932

Office of the Attorney General
The Justice Building
287 West O'Brien Drive
Hagatna, Guam 96910

Rodney J. Jacob, Esq.
Calvo & Clark, LLP.
655 S. Maine Corps Drive
Tamuning, Guam 96913

Curtis C. Van de Veld, Esq.
Van De Veld, Shimizu Canto
 & Fisher
Suite 101, De La Corte Building
167 East Marine Drive
Hagatna, Guam 96910

Attorneys at Law
Lujan, Aguigui & Perez
Pacific News Building, Ste. 300
238 Archbishop Flores Street
Hagatna, Guam 96910

Dated this 21st day of April, 2006.

_____
WILLIAM N. CRUZ

RMTM:km
EITC\CERTIFICATE OF SERVICE (04-21-06)

**ORIGINAL**