DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, *et al.*,<br>    Plaintiffs,<br>vs.<br>FELIX A. CAMACHO, *et al.*,<br>    Defendants. | Civil Case No. 04-00006[1]<br><br>**ORDER RE: STATUS REPORTS** |
| CHARMAINE R. TORRES, *et al.*,<br>    Plaintiffs,<br>vs.<br>GOVERNMENT OF GUAM, *et al.*,<br>    Defendants. | Civil Case No. 04-00038 |
| MARY GRACE SIMPAO, *et al.*,<br>    Plaintiffs,<br>vs.<br>GOVERNMENT OF GUAM,<br>    Defendant.<br>vs.<br>FELIX P. CAMACHO, Governor of Guam,<br>    Intervenor-Defendant. | Civil Case No. 04-00049 |

---

[1] All parties in the consolidated cases are to hereafter file their documents under the caption as forth herein.

1

2   Before the Court are the parties' respective status reports concerning a recent

3 meditation that was facilitated by the Honorable William J. Cahill, Ret. Judge. Counsel for the

4 *Santos* and *Torres* parties report that they have reached an agreement in principle with the

5 Governor of Guam, subject to final documentation. To that end the parties ask for additional

6 time to complete the documentation. The Court finds the request reasonable. The parties will

7 have until May 26, 2006 to complete the documentation and submit it to the Court.

8   In addition, the *Simpao* plaintiffs report that they were unable to reach an agreement

9 and request that a briefing schedule be reset for the appointment of lead counsel. However, the

10 Court notes that any potential settlement resulting from the recent mediation may be affected

11 by the disposition of that matter. Accordingly, the Court finds that judicial economy would be

12 better served by denying the *Simpao* plaintiff's request for a briefing schedule as to lead

13 counsel and to wait until the Ninth Circuit issues its ruling in *Santos* on the issues presented in

14 the interlocutory appeal.[2]

15   SO ORDERED this 26th day of April, 2006.

       /s/ Ricardo S. Martinez
**RICARDO S. MARTINEZ**[*]
United States District Judge

---

[2] This Order presumes that the Ninth Circuit will grant interlocutory appeal. However, should the Ninth Circuit deny interlocutory appeal, this matter will be revisited.

[*] The Honorable Ricardo S. Martinez, United States District Judge for the Western District of Washington, by designation.