MICHAEL F. PHILLIPS
PHILLIPS & BORDALLO, P.C.
410 West O'Brien Drive
Hagatña, Guam 96910
Telephone (671) 477-2223
Facsimile (671) 477-2329

*Attorneys for Petitioner Julie B. Santos*
*Interim Class Counsel*

**FILED**
DISTRICT COURT OF GUAM

MAY 26 2006 

MARY L.M. MORAN
CLERK OF COURT

**DISTRICT COURT OF GUAM**

**TERRITORY OF GUAM**

| | |
|---|---|
| JULIE B. SANTOS AND CHARMAINE R. TORRES, on behalf of themselves and a class of others similarly situated,<br><br>Petitioners,<br><br>-vs-<br><br>FELIX P. CAMACHO, Governor of Guam; ART ILAGAN, Director of Department of Revenue and Taxation; LOURDES M. PEREZ, Director of Department of Administration; and, GOVERNMENT OF GUAM,<br><br>Respondents. | CIVIL CASE NOS. CIV04-00006, CIV04-00038<br><br>**DECLARATION OF MICHAEL F. PHILLIPS RE PETITIONER SANTOS' SIGNATURE** |

Michael F. Phillips submits this Declaration for the Court's consideration, and being first duly sworn, certifies to the truth of the following statements and allegations:

1. I make this affidavit on personal knowledge, and I am competent to testify to all matters asserted herein. To the best of my knowledge, all facts alleged herein are admissible in evidence;

**ORIGINAL**

2. I am counsel of record for Julie Babauta Santos, Petitioner herein;

3. I have spoken with Petitioner and obtained her approval and authorization to endorse the parties' Petition and Settlement Agreement filed today;

4. Petitioner intended to be present and to sign such documents but encountered logistical problems preventing her from signing the documents today;

5. Petitioner will sign all necessary documents and file them with the District Court on Tuesday, May 30, 2006;

Dated this 26th day of May 2006.

_____
Michael F. Phillips