SHANNON TAITANO, ESQ.
OFFICE OF THE GOVERNOR OF GUAM
Ricardo J. Bordallo Governor's Complex
Adelup, Guam 96910
Telephone: (671) 472-8931
Facsimile: (671) 477-4826

EDUARDO A. CALVO, ESQ.
RODNEY J. JACOB, ESQ.
DANIEL M. BENJAMIN, ESQ.
CALVO & CLARK, LLP
Attorneys at Law
655 South Marine Corps Drive, Suite 202
Tamuning, Guam 96913
Telephone: (671) 646-9355
Facsimile: (671) 646-9403
Attorneys for *Felix P. Camacho, Governor of Guam*

**FILED**
DISTRICT COURT OF GUAM
MAY 3 1 2006
MARY L.M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, *et. al.*,<br><br>    Petitioners,<br><br>    -v-<br><br>FELIX P. CAMACHO, *et. al.*<br><br>    Respondents. | Civil Case No. 04-00006<br><br><br>**CERTIFICATE OF SERVICE**<br><br><br>Civil Case No. 04-00038 |
| CHARMAINE R. TORRES, *et al.*,<br><br>    Plaintiffs,<br><br>    -v-<br><br>GOVERNMENT OF GUAM, *et al.*,<br><br>    Defendants. | |

//

//

ORIGINAL

| | |
|---|---|
| MARY GRACE SIMPAO, *et al.*, | Civil Case No. 04-00049 |
| Plaintiffs, | |
| -v- | |
| GOVERNMENT OF GUAM, | |
| Defendant. | |
| -v- | |
| FELIX P. CAMACHO, Governor of Guam, | |
| Intervenor-Defendant. | |

The undersigned hereby certifies that a true and correct copy of the following:

1) **JOINT MOTION OF THE *SANTOS* AND *TORRES* PARTIES FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AGREEMENT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

2) **DECLARATION OF DANIEL M. BENJAMIN IN SUPPORT OF JOINT MOTION OF THE *SANTOS* AND *TORRES* PARTIES FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AGREEMENT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

was caused to be served via Hand Delivery on the 26th day of May, 2006, to the following:

    Michael F. Phillips, Esq.
    **PHILLIPS & BORDALLO, P.C.**
    410 West O'Brien Drive
    Hagåtña, Guam 96910

    Rawlen Mantanona, Esq.
    **CABOT MANTANONA, LLP**
    BankPacific Building, 2nd Floor
    825 South Marine Corps. Drive
    Tamuning, Guam 96913

1

**CERTIFICATE OF SERVICE**
*CIVIL CASE NOS. 04-00006, 04-00038, AND 04-00049*

LUJAN, AGUIGUI & PEREZ LLP
Attorneys At Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910

VAN DE VELD, SHIMIZU, CANTO & FISHER
Suite 101, De La Corte Building
167 East Marine Drive
Hagåtña, Guam 96910

A courtesy copy was served on the following on 30th day of May, 2006, without any waiver of rights:

OFFICE OF THE ATTORNEY GENERAL
247 West O'Brien Drive
Hagåtña, Guam 96910

Dated this 31st day of May, 2006.

OFFICE OF THE GOVERNOR OF GUAM
CALVO & CLARK, LLP
Attorneys at Law
Attorneys for *Felix P. Camacho, Governor of Guam*

By: _____
DANIEL M. BENJAMIN

2

CERTIFICATE OF SERVICE
*CIVIL CASE NOS. 04-00006, 04-00038, AND 04-00049*