SHANNON TAITANO, ESQ.
OFFICE OF THE GOVERNOR OF GUAM
Ricardo J. Bordallo Governor's Complex
Adelup, Guam 96910
Telephone: (671) 472-8931
Facsimile: (671) 477-4826

EDUARDO A. CALVO, ESQ.
RODNEY J. JACOB, ESQ.
DANIEL M. BENJAMIN, ESQ.
CALVO & CLARK, LLP
Attorneys at Law
655 South Marine Corps Drive, Suite 202
Tamuning, Guam 96913
Telephone: (671) 646-9355
Facsimile: (671) 646-9403
Attorneys for *Felix P. Camacho, Governor of Guam*

FILED
DISTRICT COURT OF GUAM
MAY 3 1 2006
MARY L.M. MORAN
CLERK OF COURT

# DISTRICT COURT OF GUAM

# TERRITORY OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, *et. al.*, <br><br> Petitioners, <br><br> -v- <br><br> FELIX P. CAMACHO, *et. al.* <br><br> Respondents. | Civil Case No. 04-00006 <br><br><br> **CERTIFICATE OF SERVICE** <br><br><br> Civil Case No. 04-00038 |
| CHARMAINE R. TORRES, *et al.*, <br><br> Plaintiffs, <br><br> -v- <br><br> GOVERNMENT OF GUAM, *et al.*, <br><br> Defendants. | |

//

//

ORIGINAL

| | |
|---|---|
| MARY GRACE SIMPAO, *et al.*, | Civil Case No. 04-00049 |
| Plaintiffs, | |
| -v- | |
| GOVERNMENT OF GUAM, | |
| Defendant. | |
| -v- | |
| FELIX P. CAMACHO, Governor of Guam, | |
| Intervenor-Defendant. | |

The undersigned hereby certifies that a true and correct copy of the following:

1) **AMENDED DECLARATION OF DANIEL M. BENJAMIN IN SUPPORT OF JOINT MOTION OF THE *SANTOS* AND *TORRES* PARTIES FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AGREEMENT**

was caused to be served via Hand Delivery on the 31st day of May, 2006, to the following:

Michael F. Phillips, Esq.
**PHILLIPS & BORDALLO, P.C.**
410 West O'Brien Drive
Hagåtña, Guam 96910

Rawlen Mantanona, Esq.
**CABOT MANTANONA, LLP**
BankPacific Building, 2nd Floor
825 South Marine Corps. Drive
Tamuning, Guam 96913

**LUJAN, AGUIGUI & PEREZ LLP**
Attorneys At Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910

1

| | |
|---|---|
| 1 | **VAN DE VELD, SHIMIZU, CANTO & FISHER** |
| 2 | Suite 101, De La Corte Building |
| | 167 East Marine Drive |
| 3 | Hagåtña, Guam 96910 |
| 4 | A courtesy copy was served on the following, without any waiver of rights: |
| 5 | **OFFICE OF THE ATTORNEY GENERAL** |
| | 247 West O'Brien Drive |
| 6 | Hagåtña, Guam 96910 |
| 7 | Dated this 31st day of May, 2006. |
| 8 | |
| | OFFICE OF THE GOVERNOR OF GUAM |
| 9 | CALVO & CLARK, LLP |
| | Attorneys at Law |
| 10 | Attorneys for *Felix P. Camacho, Governor of Guam* |

By: _____
DANIEL M. BENJAMIN
CERTIFICATE OF SERVICE
*CIVIL CASE NOS. 04-00006, 04-00038, AND 04-00049*
2

CERTIFICATE OF SERVICE
*CIVIL CASE NOS. 04-00006, 04-00038, AND 04-00049*