[Appearing Counsel on next page]

FILED
DISTRICT COURT OF GUAM
JUN - 6 2006
MARY L.M. MORAN
CLERK OF COURT

**DISTRICT COURT OF GUAM**

**TERRITORY OF GUAM**

| | |
|---|---|
| JULIE BABAUTA SANTOS, et. al., <br><br> Petitioners, <br><br> -v- <br><br> FELIX P. CAMACHO, et. al. <br><br> Respondents. | Civil Case No. 04-00006 <br><br><br> **CERTIFICATE OF SERVICE** |
| CHARMAINE R. TORRES, et al., <br><br> Plaintiffs, <br> -v- <br> GOVERNMENT OF GUAM, et al., <br><br> Defendants. | Civil Case No. 04-00038 |
| MARY GRACE SIMPAO, et al., <br><br> Plaintiffs, <br> -v- <br> GOVERNMENT OF GUAM, <br><br> Defendant. <br> -v- <br> FELIX P. CAMACHO, Governor of Guam, <br><br> Intervenor-Defendant. | Civil Case No. 04-00049 |

**ORIGINAL**

**MICHAEL F. PHILLIPS, ESQ.**
**PHILLIPS & BORDALLO, P.C.**
410 West O'Brien Drive
Hagåtña, Guam 96910
Telephone (671) 477-2223
Facsimile (671) 477-2329

*Attorneys for Petitioner Julie Babauta Santos*
*And Interim Class Counsel*

**IGNACIO C. AGUIGUI, ESQ.**
**PETER C. PEREZ, ESQ.**
**LUJAN AGUIGUI & PEREZ LLP**
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064
Facsimile (671) 477-5297

*Attorneys for Plaintiff Charmaine R. Torres*

1

I, **IGNACIO C. AGUIGUI**, certify that I caused copies of the following:

1. Stipulation of the Santos and Torres Parties Pursuant to Section II(a)(i) of the May 26, 2006 Class Action Settlement Agreement;

2. Motion of Julie Babauta Santos and Charmaine R. Torres for Leave to File Joint Petition for Declaratory and Injunctive Relief, and/or for Recovery of Earned Income Tax Credits, or in the Alternative for a Writ in the Nature of Mandamus; Memorandum of Points and Authorities in Support Thereof;

3. Notice of Dismissal of Claims Against Attorney General Douglas B. Moylan in civil Action No. 04-00038 or, in the Alternative, Motion to Dismiss Claims Against Attorney General Douglas B. Moylan in Civil Action No. 04-0038, Pursuant to Section II(a)(ii) of the May 26, 2006 Class Action Settlement Agreement, and Memorandum of Points and Authorities in Support Thereof;

4. Motion for Attorneys' Fees and Costs Pursuant to Section II(a)(iv) of the May 26, 2006 Class Action Settlement Agreement; Memorandum of Points and Authorities in Support Thereof; Statement Pursuant to Fed. R. Civ. P. 23(e)(2); and,

5. Joint Motion of the Santos and Torres Parties for Conditional Certification of the EIC Class for Settlement Purposes

To be served on the following individuals or entities on June 2, 2006 at the following addresses:

Shannon Taitano, Esq.
**Office of the Governor of Guam**
Governor's Complex
East Marine Corps Drive
Adelup, Guam 96910

Rodney Jacob, Esq.
**Calvo & Clark, LLP**
655 S. Marine Corps Drive, Suite 202
Tamuning, Guam 96913

Rawlen M.T. Mantanona, Esq.
**Cabot Mantanona LLP**
BankPacific Building, 2nd Floor
825 South Marine Corps Drive
Tamuning, Guam 96913

Attorney General of Guam
Douglas B. Moylan, Esq.
**Office of the Attorney General**
287 West O'Brien Drive
Hagåtña, Guam 96910

Michael F. Phillips, Esq.
**Phillips & Bordallo, P.C.**
410 West O'Brien Drive
Hagåtña, Guam 96910

Curtis C. Van de Veld, Esq.
**Van de Veld, Shimizu, Canto & Fisher**
Suite 101, De La Corte Building
167 E. Marine Corps Drive
Hagåtña, Guam 96910

And on June 6, 2006, I caused a copy of the foregoing Amended Motion for Attorney's Fees and Costs Pursuant to Section II(a)(iv) of the May 26, 2006 Class Action Settlement Agreement; Memorandum of Points and Authorities in Support Thereof; Statement Pursuant to Fed. R. Civ. P. 23(e)(2) to be served on the same foregoing individuals or entities.

**RESPECTFULLY SUBMITTED THIS 6TH DAY OF JUNE, 2006.**

        **LUJAN AGUIGUI & PEREZ** LLP

By: _____
     IGNACIO C. AGUIGUI, ESQ.
     *Attorneys for Plaintiff Charmaine R. Torres*

3