DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, *et al.*,<br><br>    Plaintiffs,<br><br>    vs.<br><br>FELIX A. CAMACHO, *et al.*,<br><br>    Defendants. | Civil Case No. 04-00006<br><br><br>**ORDER** |
| CHARMAINE R. TORRES, *et al.*,<br><br>    Plaintiffs,<br><br>    vs.<br><br>GOVERNMENT OF GUAM, *et al.*,<br><br>    Defendants. | Civil Case No. 04-00038 |
| MARY GRACE SIMPAO, *et al.*,<br><br>    Plaintiffs,<br><br>    vs.<br><br>GOVERNMENT OF GUAM,<br><br>    Defendant.<br><br>    vs.<br><br>FELIX P. CAMACHO, Governor of Guam,<br><br>    Intervenor-Defendant | Civil Case No. 04-00049 |

1       Before the Court are a number of recent filings by the parties.[1] However, the Court will take no action on them pending the Ninth Circuit's ruling on the issues presented in the interlocutory appeal.[2] There is no sense in proceeding piecemeal with the litigation until the issues presented are conclusively determined.[3] In light of the stay the parties need not file responsive pleadings to the filings. The Court will set a briefing schedule thereafter as appropriate.

      **SO ORDERED** this 8th day of June, 2006.

      /s/ Ricardo S. Martinez
**RICARDO S. MARTINEZ**[*]
United States District Judge

---

[1] Joint Motion for Preliminary Approval of Class Action Settlement Agreement, Docket No. 320; Motion for Leave Joint Petition for Declaratory and Injunctive Relief, and/or for Recovery of Earned Income Tax Credits, or in the Alternative for a Writ of Mandamus, Docket No. 326; Stipulation of Parties Pursuant to Section II(a)(I) of the May 26, 2006 Class Action Settlement Agreement, Docket No. 327; Motion for Attorneys' Fees and Costs Pursuant to Section II(a)(iv) of the May 26, 2006 Class Action Settlement Agreement, Docket No. 328; Joint Motion of the Parties for Conditional Certification of the EIC Class for Settlement Purposes, Docket No. 329; Notice of Dismissal of Claims Against Attorney General Douglas B. Moylan, Docket No. 330; Amended Motion for Attorneys' Fees and Costs Pursuant to Section II(a)(iv) of the May 26, 2006 Class Action Settlement, Docket No. 331.

[2] This Order assumes that the Ninth Circuit will grant interlocutory appeal. However, should the Ninth Circuit deny interlocutory appeal, these matters will be revisited.

[3] Had all the parties agreed on a global settlement, including the Attorney General, the Court could have considered the matters. However, under the circumstances, the Court cannot proceed with any settlement at this time.

[*] The Honorable Ricardo S. Martinez, United States District Judge for the Western District of Washington, by designation.