UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED
JUN 1 3 2006
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| THE ATTORNEY GENERAL OF GUAM, | No. 06-80042 |
|---|---|
| Defendant - Petitioner, | D.C. No. CV-03-00008-JSU<br>Guam (Hagatna) |
| JULIE BABAUTA SANTOS, | ORDER |
| Plaintiff - Respondent. | |

FILED
DISTRICT COURT OF GUAM
JUN 19 2006
MARY L.M. MORAN
CLERK OF COURT

Before: CANBY and KLEINFELD, Circuit Judges.

The petition for permission to appeal pursuant to 28 U.S.C. § 1292(b) is denied.

A TRUE COPY
ATTEST   6/13/06
CATHY A. CATTERSON
Clerk of Court
by: [signature]
Deputy Clerk