UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 2 2 2006

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| THE ATTORNEY GENERAL OF GUAM, | No. 06-80042 |
|---|---|
| Defendant - Petitioner, | D.C. No. CV-04-00006-JSU Guam (Hagatna) |
| JULIE BABAUTA SANTOS, | |
| Plaintiff - Respondent. | AMENDED ORDER |

**FILED**
DISTRICT COURT OF GUAM
JUN 2 8 2006
MARY L.M. MORAN
CLERK OF COURT

Before: CANBY and KLEINFELD, Circuit Judges.

The petition for permission to appeal pursuant to 28 U.S.C. § 1292(b) is denied.

S:\MOATT\Panelord\6.5.06\orders\jm2\06-80042.wpd

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST
JUN 2 2 2006
by:
Deputy Clerk