# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910**

| | |
|---|---|
| JULIE BABAUTA SANTOS, *et al.,* | Civil Case No. 04-00006 |
| Plaintiffs, | |
| vs. | |
| FELIX A. CAMACHO, *et al.,* | |
| Defendants. | |
| CHARMAINE R. TORRES, *et al.*, | Civil Case No. 04-00038 |
| Plaintiffs, | |
| vs. | |
| GOVERNMENT OF GUAM, *et al.,* | |
| Defendants. | |
| MARY GRACE SIMPAO, *et al.,* | Civil Case No. 04-00049 |
| Plaintiffs, | |
| vs. | |
| GOVERNMENT OF GUAM, | |
| Defendant. | |
| vs. | **CERTIFICATE OF SERVICE** |
| FELIX P. CAMACHO, Governor of Guam, | |
| Intervenor-Defendant. | |

The following office(s)/individual(s) acknowledged receipt of the Order filed July 19, 2006, on the dates indicated below:

| | | |
|---|---|---|
| Phillips & Bordallo, P.C. | Office of the Governor | Office of the Attorney General |
| July 20, 2006 | July 20, 2006 | July 20, 2006 |

| | |
|---|---|
| Calvo & Clark<br>July 20, 2006 | Van de Veld Shimizu Canto & Fisher<br>July 20, 2006 |
| Lujan Aguigui & Perez LLP<br>July 20, 2006 | Cabot & Mantanona LLP<br>July 20, 2006 |

I, Virginia T. Kilgore, declare under the penalty of perjury that on the above listed date(s) the:

Order filed July 20, 2006

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date:   July 20, 2006                                    /s/ Virginia T. Kilgore
                                                         Deputy Clerk