## DISTRICT COURT OF GUAM

4th Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910

| | |
|---|---|
| JULIE BABAUTA SANTOS, *et al.,* | Civil Case No. 04-00006 |
| Plaintiffs, | |
| vs. | |
| FELIX A. CAMACHO, *et al.,* | |
| Defendants. | |
| CHARMAINE R. TORRES, *et al.*, | Civil Case No. 04-00038 |
| Plaintiffs, | |
| vs. | |
| GOVERNMENT OF GUAM, *et al.,* | |
| Defendants. | |
| MARY GRACE SIMPAO, *et al.,* | Civil Case No. 04-00049 |
| Plaintiffs, | |
| vs. | |
| GOVERNMENT OF GUAM, | |
| Defendant. | |
| vs. | **NOTICE OF ENTRY OF ORDER** |
| FELIX P. CAMACHO, Governor of Guam, | |
| Intervenor-Defendant. | |

    **NOTICE IS HEREBY GIVEN** that on the date indicated below this court entered on the docket of the above-entitled cases the following order:

**Order filed July 19, 2006**
**Date of Entry: July 19, 2006**

The original order is on file at the Clerk's Office of this court. The document may be viewed at the Clerk's Office and is available for viewing on the Internet by using PACER for a fee. Information on the PACER system can be found on the court's web page:
**www.gud.uscourts.gov**

Date:   June 22, 2006                              Clerk of Court
                                                   /s/ **Mary L.M. Moran**