# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam   96910**

| | |
|---|---|
| JULIE BABAUTA SANTOS, *et al.,*<br><br>      Plaintiffs,<br><br>      vs.<br><br>FELIX A. CAMACHO, *et al.,*<br><br>      Defendants. | Civil Case No. 04-00006 |
| CHARMAINE R. TORRES, *et al.*,<br><br>      Plaintiffs,<br><br>      vs.<br><br>GOVERNMENT OF GUAM, *et al.,*<br><br>      Defendants. | Civil Case No. 04-00038 |
| MARY GRACE SIMPAO, *et al.,*<br><br>      Plaintiffs,<br><br>      vs.<br><br>GOVERNMENT OF GUAM,<br><br>      Defendant.<br><br>      vs.<br><br>FELIX P. CAMACHO, Governor of Guam,<br><br>      Intervenor-Defendant. | Civil Case No. 04-00049<br><br><br><br><br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the Amended Notice of Entry of Order filed July 28, 2006, on the dates indicated below:

| | | |
|---|---|---|
| Phillips & Bordallo, P.C. | Office of the Governor | Office of the Attorney General |
| August 2, 2006 | July 28, 2006 | July 28, 2006 |

| | |
|---|---|
| Calvo & Clark<br>July 31, 2006 | Van de Veld Shimizu Canto & Fisher<br>July 28, 2006 |
| Lujan Aguigui & Perez LLP<br>July 28, 2006 | Cabot & Mantanona LLP<br>July 28, 2006 |

I, Virginia T. Kilgore, declare under the penalty of perjury that on the above listed date(s) the:

Amended Notice of Entry of Order filed July 28, 2006

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date:   August 2, 2006                              /s/ Virginia T. Kilgore
                                                    Deputy Clerk