[Appearing Counsel on next page]

FILED
DISTRICT COURT OF GUAM
AUG 11 2006
MARY L.M. MORAN
CLERK OF COURT

# DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, et. al., <br><br> Petitioners, <br><br> -v- <br><br> FELIX P. CAMACHO, et. al. <br><br> Respondents. | Civil Case No. 04-00006 <br><br> **JOINT STATUS REPORT PURSUANT TO THE COURT'S JULY 19, 2006 ORDER** <br><br> **CLASS ACTION** |
| CHARMAINE R. TORRES, et al., <br><br> Plaintiffs, <br><br> -v- <br><br> GOVERNMENT OF GUAM, et al., <br><br> Defendants. | Civil Case No. 04-00038 |
| MARY GRACE SIMPAO, et al., <br><br> Plaintiffs, <br><br> -v- <br><br> GOVERNMENT OF GUAM, <br><br> Defendant. <br><br> -v- <br><br> FELIX P. CAMACHO, Governor of Guam, <br><br> Intervenor-Defendant. | Civil Case No. 04-00049 |

**MICHAEL F. PHILLIPS, ESQ.**
**PHILLIPS & BORDALLO, P.C.**
410 West O'Brien Drive
Hagåtña, Guam 96910
Telephone (671) 477-2223
Facsimile (671) 477-2329

*Attorneys for Petitioner Julie Babauta Santos
And Interim Class Counsel*


**IGNACIO C. AGUIGUI, ESQ.**
**PETER C. PEREZ, ESQ.**
**LUJAN AGUIGUI & PEREZ LLP**
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064
Facsimile (671) 477-5297

*Attorneys for Plaintiff Charmaine R. Torres*

# JOINT STATUS REPORT

Petitioner JULIE BABAUTA SANTOS (Civ. Case No. 04-00006) and Plaintiff CHARMAINE R. TORRES (Civ. Case No. 04-00038) (collectively "Petitioners") respectfully submit this joint report to the Court pursuant to the Court's Order of July 19, 2006.

Petitioners thank the Court for considering the pending motions concerning the May 26, 2006 Class Action Settlement Agreement. Petitioners believe that the terms of the most recent settlement agreement will go a long way toward ensuring that the members of the EIC class are justly compensated for their EIC claims, and that the earned income tax credit program is implemented in Guam henceforth. Petitioners also thank the Court for granting the Dismissal of Claims Against Attorney General Douglas B. Moylan, Docket No. 330, and for adopting the Report and Recommendations of the Magistrate Judge in *Torres v. Government of Guam*, Civ. Case No. 04-00038, Docket No. 64.

### A. Supplemental Filings

In its July 19, 2006 Order, the Court ordered the parties to submit any supplemental filings on motions filed in connection with the May 26, 2006 Settlement Agreement. Accordingly, Petitioners are filing concurrently herewith an Amended Motion for Conditional Certification of the EIC Class for Settlement Purposes. Petitioners respectfully ask the Court to grant the motion.

### B. Prior Motions

In its July 29, 2006 Order, the Court also asked the parties to file a status report to advise whether any motions pending prior to the entry of the recent May 26, 2006 Settlement Agreement are to be considered moot in light of the recent settlement. Petitioners believe that with the exception of Petitioner Santos's November 14, 2005 Motion for Appointment of Class Counsel and the accompanying Declaration of Interim Class Counsel Michael F. Phillips in support of the motion (Docket Nos. 275 and 276 respectively, Civ. Case No. 04-00006), all of the other motions are now moot. Petitioners ask the Court to consider the Motion for Appointment of Class Counsel, but in an amended form that takes into account developments occurring since the filing

of the original motion, including of course, the execution of the May 26, 2006 Settlement Agreement.

Consequently, Petitioner Santos is filing concurrently herewith an Amended Motion for Appointment of Lead Class Counsel and an amended Declaration of Interim Class Counsel Michael F. Phillips in support thereof. Both the Amended Motion and the Declaration are also intended to support and be read in conjunction with Petitioners' Amended Motion For Attorneys' Fees And Costs Pursuant To Section II(a)(iv) Of The May 26, 2006 Class Action Settlement Agreement (Docket No. 331, Civ. Case No. 04-00006.) Petitioners ask the Court to grant the motions.

**RESPECTFULLY SUBMITTED** this 11th day of August, 2006.

**PHILLIPS & BORDALLO, P.C.**

By: _____
MICHAEL F. PHILLIPS, ESQ.

*Attorneys for Petitioner Julie Babauta Santos and Interim Class Counsel*

**LUJAN AGUIGUI & PEREZ LLP**

By: _____
IGNACIO C. AGUIGUI, ESQ.

*Attorneys for Plaintiff Charmaine R. Torres*

2