

**The Law Offices of**
# PHILLIPS & BORDALLO
A Professional Corporation
410 West O'Brien Drive, Suite 102 Hagåtña, Guam 96910-5044
Tel: (671) 477-ABCD (2223) • Fax: (671) 477-2FAX (2329)
" I Erensia, Lina'Ia', Espiritu-ta"
Attorneys for Petitioners

**FILED**
DISTRICT COURT OF GUAM
AUG 11 2006
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM
TERRITORY OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, *et al.*, ) | CIVIL CASE NO. 04-00006 |
| Petitioners, ) | |
| vs. ) | **CERTIFICATE OF SERVICE** |
| FELIX A. CAMACHO, etc., *et al.*, ) | |
| Respondents. ) | |

I, Michael F. Phillips, hereby state that on the 11th day of August 2006, I caused to be served via hand delivery a copy of:

1) AMENDED MOTION OF PETITIONER JULIE BABAUTA SANTOS FOR APPOINTMENT OF LEAD COUNSEL (AMENDING DOCKET NO. 275)

2) AMENDED DECLARATION OF INTERIM CLASS COUNSEL MICHAEL F. PHILLIPS IN SUPPORT OF AMENDED MOTION FOR APPOINTMENT OF LEAD CALSS COUNSEL (AMENDING DOCKET NO. 276)

3) JOINT STATUS REPORT PURSUANT TO THE COURT'S JULY 19, 2006 ORDER

4.) AMENDED MOTION FOR CONDITIONAL CERTIFICATION OF THE EIC CLASS SETTLEMENT PURPOSES (AMENDING DOCKET NO. 329)

on the following counsel of record at their address:

**Calvo and Clark, LLP**
Attorneys at Law
655 South Marine Drive, Suite 202
Tamuning, Guam 96912

**Cabot Mantanona LLP**
BankPacific Building 2nd Fl.
825 S. Marine Corps Drive
Tamuning, Guam 96910

**ORIGINAL**

**DOUGLAS B. MOYLAN**
OFFICE OF THE ATTORNEY GENERAL
OF GUAM
Hagåtña, Guam 96910
**Attorney for Respondents: Felix A. Camacho, Governor of Guam et al.**

**VAN DE VELD SHIMIZU CANTO & FISHER**
Suite 101 De la Corte Bldg.
167 Eash Marine Corps Drive
Hagåtña, Guam 96910
**Attorney for Interested Parties:**
    **Mary Grace Simpao, et al.**

**LUJAN UNPINGCO AGUIGUI PEREZ**
Suite 300 Pacific News Building
238 Archbishop Flores Street
Hagåtña, Guam 96910
**Attorneys for Interested Parties:**
    **Charmaine R. Torres et al.**

**SHANNON TAITANO, Esq**
**OFFICE OF THE GOVERNOR OF GUAM**
Ricardo J. Bordallo Governor's Complex
Adelup, Guam 96910

Dated this 11TH day of August 2006.

          PHILLIPS & BORDALLO, P.C.
          Attorneys for Petitioners
          Interim Class Counsel

By: _____
     Michael F. Phillips