| | |
|---|---|
| IGNACIO C. AGUIGUI, ESQ.<br>PETER C. PEREZ, ESQ.<br>LUJAN AGUIGUI & PEREZ LLP<br>Pacific News Building, Suite 300<br>238 Archbishop Flores Street<br>Hagåtña, Guam 96910<br>Telephone (671) 477-8064<br>Facsimile (671) 477-5297 | **FILED**<br>DISTRICT COURT OF GUAM<br>AUG 1 1 2006 pub<br>MARY L.M. MORAN<br>CLERK OF COURT |

*Attorneys for Plaintiff Charmaine R. Torres*

# DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, *et. al.*,<br><br>　　　　　Petitioners,<br>　　-v-<br>FELIX P. CAMACHO, *et. al.*<br><br>　　　　　Respondents. | Civil Case No. 04-00006<br><br>**PLAINTIFF CHARMAINE R. TORRES'S NOTICE OF NON-OPPOSITION TO PETITIONER SANTOS'S AMENDED MOTION FOR APPOINTMENT OF LEAD CLASS COUNSEL**<br><br>**CLASS ACTION** |
| CHARMAINE R. TORRES, *et al.*,<br><br>　　　　　Plaintiffs,<br>　　-v-<br>GOVERNMENT OF GUAM, *et al.*,<br><br>　　　　　Defendants. | Civil Case No. 04-00038 |
| MARY GRACE SIMPAO, *et al.*,<br><br>　　　　　Plaintiffs,<br>　　-v-<br>GOVERNMENT OF GUAM,<br><br>　　　　　Defendant.<br>　　-v-<br>FELIX P. CAMACHO, Governor of Guam,<br>　　　　　Intervenor-Defendant. | Civil Case No. 04-00049 |

## NOTICE

Plaintiff **CHARMAINE R. TORRES** ("Torres") (Civ. Case No. 04-00038) respectfully submits her notice of non-opposition to the Amended Motion of Petitioner Julie Babauta Santos for Appointment of Lead Class Counsel, filed this date. Torres joins in the request to appoint Mr. Michael F. Phillips as Lead Class Counsel for the EIC class.

**RESPECTFULLY SUBMITTED** this 11th day of August, 2006.

LUJAN AGUIGUI & PEREZ LLP

By: _____
IGNACIO C. AGUIGUI, ESQ.
*Attorneys for Charmaine R. Torres*