VAN DE VELD SHIMIZU CANTO & FISHER
Suite 101 De la Corte Bldg.
167 East Marine Corps Drive
Hagatna, Guam 96910
671.472.1131

TOUSLEY BRAIN STEPHENS PLLC
Kim D. Stephens, P.S., *Pro Hac Vice*
Nancy A. Pacharzina, *Pro Hac Vice*
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-7332
206.682.5600
*Attorneys for Mary Grace Simpao, Christina Naputi and Janice Cruz, Plaintiffs in related case 04-CV-00049*

FILED
DISTRICT COURT OF GUAM
AUG 14 2006
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, *et al*, <br><br> Plaintiffs, <br><br> vs. <br><br> FELIX P. CAMACHO, *etc., et al.*, <br><br> Defendants. | Civil Case No. 04-00006 <br><br><br> CERTIFICATE OF SERVICE |

I, JAMES L. CANTO II, certify that I caused a copy of the *SUPPLEMENTAL FILING IN OPPOSITION TO PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT* and a copy of the *DECLARATION OF THOMAS J. FISHER IN SUPPORT OF SUPPLEMENTAL FILING IN OPPOSITION TO PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT*, both filed on August 11, 2006, to be served on the following individuals or entities on August 11, 2006, via hand delivery at the following addresses:

Counsel for Petitioner
   Charmaine Torres
Peter C. Perez, Esq.
Lujan, Aguigui & Perez, LLP
Pacific News Bldg., Ste. 300
238 Archbishop Flores St.

Counsel for Respondent
   Felix P. Camacho
Daniel M. Benjamin, Esq.
Calvo & Clark, LLP
655 S. Marine Corps Drive, Ste. 202
Tamuning, Guam 96913

ORIGINAL

Hagatna, Guam 96910

| Counsel for Respondent | Counsel for Respondents |
| --- | --- |
| Felix P. Camacho | Artemio Ilagan and Lourdes Perez |
| Shannon Taitano, Esq. | Rawlen M.T. Mantanona, Esq. |
| Office of the Governor of Guam | Cabot Mantanona LLP |
| Governor's Complex | BankPacific Building, 2nd Floor |
| East Marine Corps Drive | 825 South Marine Corps Drive |
| Adelup, Guam 96910 | Tamuning, Guam 96913 |

On August 11, 2006, service of the aforementioned documents was attempted on the following counsel; however, the office was closed. Thus the documents were served via hand delivery at the following address on the next business day, August 14, 2006:

Counsel for Petitioner
   Julie Babauta Santos
Michael F. Phillips, Esq.
Phillips & Bordallo, P.C.
410 West O'Brien Drive
Hagatna, Guam 96910

Respectfully submitted this 14th day of August, 2006.

VAN DE VELD SHIMIZU CANTO & FISHER
TOUSLEY BRAIN STEPHENS PLLC

By: _____
James L. Canto II
Attorneys for Plaintiffs