DISTRICT COURT OF GUAM
TERRITORY OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, *et al.*, <br> Plaintiffs, <br> vs. <br> FELIX A. CAMACHO, *et al.*, <br> Defendants. | Civil Case No. 04-00006 <br><br> **ORDER** |
| CHARMAINE R. TORRES, *et al.*, <br> Plaintiffs, <br> vs. <br> GOVERNMENT OF GUAM, *et al.*, <br> Defendants. | Civil Case No. 04-00038 |
| MARY GRACE SIMPAO, *et al.*, <br> Plaintiffs, <br> vs. <br> GOVERNMENT OF GUAM, <br> Defendant, <br> vs. <br> FELIX P. CAMACHO, Governor of Guam, <br> Intervenor-Defendant. | Civil Case No. 04-00049 |

ORIGINAL

| | |
|---|---|
| 1 | The court understands that a number of different visiting designated judges have worked on this case. However, a permanent judge has now been appointed to this district and will accordingly assume full responsibility for this case. Therefore, in order for this court to get up to speed, the court hereby orders a status conference on December 1, 2006 at 10:00 a.m. The parties should file respective status reports by November 29, 2006. In addition, the parties should come to the conference prepared to discuss the outstanding motions that need to be addressed and the timetable for those motions. |

So Ordered this 27th day of November, 2006.

FRANCES M. TYDINGCO-GATEWOOD
Chief Judge
United States District Judge