**SHANNON TAITANO, ESQ.**
**OFFICE OF THE GOVERNOR OF GUAM**
Ricardo J. Bordallo Governor's Complex
Adelup, Guam 96910
Telephone:      (671) 472-8931
Facsimile:      (671) 477-6666

**EDUARDO A. CALVO, ESQ.**
**RODNEY J. JACOB, ESQ.**
**DANIEL M. BENJAMIN, ESQ.**
**CALVO & CLARK, LLP**
Attorneys at Law
655 South Marine Corps Drive, Suite 202
Tamuning, Guam 96913
Telephone:      (671) 646-9355
Facsimile:      (671) 646-9403

Attorneys for *Felix P. Camacho, Governor of Guam*

**FILED**
DISTRICT COURT OF GUAM

NOV 2 9 2006

**MARY L.M. MORAN**
**CLERK OF COURT**

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, et. al.,<br><br>                         Petitioners,<br><br>                  -v-<br><br>FELIX P. CAMACHO, etc., et. al.<br><br>                         Respondents. | CIVIL CASE NO. 04-00006<br>(Consolidated with Civil Case Nos.<br>  04-00038 and 04-00049)<br><br>**THE GOVERNOR OF GUAM'S**<br>**JOINDER IN THE JOINT STATUS**<br>**REPORT PURSUANT TO THE**<br>**COURT'S NOVEMBER 28, 2006**<br>**ORDER** |

The Governor of Guam, Felix P. Camacho, hereby joins in the Joint Status Report Pursuant to the Court's November 28, 2006 Order filed by the Petitioner Julie B. Santos and Plaintiff Charmaine R. Torres on November 29, 2006.

Dated this 29th day of November, 2006.

OFFICE OF THE GOVERNOR OF GUAM
CALVO & CLARK, LLP
Attorneys at Law
Attorneys for *Felix P. Camacho, Governor of Guam*

By: _____
**RODNEY J. JACOB**

1

*CIVIL CASE NO. 04-00006*
*(Consolidated with Civil Case Nos. 04-00038 and 04-00049)*
Case 1:04-cv-00006    Document 358    Filed 11/29/2006    Page 2 of 2