1    Counsel appearing on following page

3                    DISTRICT COURT OF GUAM

4                        TERRITORY OF GUAM

5    JULIE BABAUTA SANTOS, *et al.*,          Civil Case No. 04-00006

6            Petitioners,

7        v.

8    FELIX P. CAMACHO, *et al.*,

         Respondents.

10   CHARMAINE R. TORRES, *et al.*,           Civil Case No. 04-00038

11           Plaintiffs,

12       v.

13   GOVERNMENT OF GUAM, *et al.*,

14           Defendants.

15   MARY GRACE SIMPAO, *et al*,              Civil Case No. 04-00049

16           Plaintiffs,

17       v.                                   **SIMPAO PLAINTIFFS'
                                              STATUS REPORT PURSUANT
18   GOVERNMENT OF GUAM,                      TO NOVEMBER 27, 2006
                                              ORDER OF THE COURT**
19           Defendant,

         v.

20   FELIX P. CAMACHO, Governor of Guam

21           Intervenor-Defendant.

VAN DE VELD SHIMIZU CANTO & FISHER
East Marine Corps Drive
Hagatna, Guam 96910
Tel. 671.472.1131
Fax 671.472.2886

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
Tel. 206.682.5600
Fax 206.682.2992

ORIGINAL

1  VAN DE VELD SHIMIZU CANTO & FISHER
   Suite 101 Dela Corte Bldg.
2  167 East Marine Corps Drive
   Hagåtña, Guam 96910
3  671.472.1131

4  TOUSLEY BRAIN STEPHENS PLLC
   Kim D. Stephens, P.S., WSBA #11984
5  Nancy A. Pacharzina, WSBA #25946
   1700 Seventh Avenue, Suite 2200
6  Seattle, Washington 98101
   206.682.5600
7

SIMPAO PLAINTIFFS'
STATUS REPORT

PAGE 2

VAN DE VELD SHIMIZU CANTO & FISHER
East Marine Corps Drive
Hagatna, Guam 96910
Tel. 671.472.1131
Fax 671.472.2886

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
Tel. 206.682.5600
Fax 206.682.2992

Case 1:04-cv-00006    Document 359    Filed 11/29/2006    Page 2 of 6

1    COME NOW Plaintiffs Mary Grace Simpao, Christina Naputi and Janice Cruz,

2    hereinafter "*Simpao* Plaintiffs," by and through counsel Van de veld Shimizu Canto & Fisher and

3    Tousley Brain Stephens PLLC, to submit this status report pursuant to this Court's Order dated

4    November 27, 2006.

5        Before the Court are three consolidated proposed class actions: the *Santos* matter, the

6    *Simpao* matter and the *Torres* matter. Each seeks to secure payment of long overdue Earned

7    Income Tax Credits (EIC's) for Guam's poorest taxpayers. The Court has now requested status

8    reports from the parties to guide discussion of outstanding motions and a timetable for them.

9        A.    Brief Background.

10       The *Simpao* Plaintiffs have survived the government's motion to dismiss and obtained a

11   summary judgment holding that (1) the EIC applies in Guam; and (2) class members' filing of a

12   tax return constitutes the filing of a claim satisfying the jurisdictional requirement of 26 U.S.C. §

13   6511. The Court instructed *Simpao* Plaintiffs to move to certify the class and they so moved

14   shortly thereafter (*Simpao* Docket No. 107). This motion was filed long before consolidation

15   occurred and is still pending, yet the government has not responded to this class certification

16   motion.

17       The *Santos* plaintiff never sought a Court ruling on the fundamental issues this case

18   presents: (1) whether the EIC applies to Guam; and (2) what class of taxpayers can still recover.

19   Instead *Santos* is on her third attempt to place before this Court a proposed class and settlement

20   that has yet to pass preliminary scrutiny. Despite the Court's specific request that any further

21   settlement proposals represent the results of global negotiations, the Defendant and *Santos* and

22   *Torres* plaintiffs failed to include the Attorney General or meaningfully negotiate with the

23   *Simpao* Plaintiffs in developing this latest proposal. The *Simpao* Plaintiffs have fully briefed

24

25

VAN DE VELD SHIMIZU CANTO & FISHER
167 East Marine Corps Drive, Suite 101
Hagatna, Guam 96910
Tel. 671.472.1131
Fax 671.472.2886

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
Tel. 206.682.5600
Fax 206.682.2992

1 | their objections to this procedurally and substantively flawed proposed settlement (*Simpao*

2 | Docket No. 227).

3 |       B.    <u>*Simpao* Plaintiffs' Proposal for Resolution of Outstanding Motions</u>.

4 |       There are three issues this Court needs to resolve for these matters to move forward: (1)

5 | *Santos*' motion for preliminary approval of its third infirm settlement; (2) appointment of lead

6 | counsel; and (3) class certification. To accomplish these goals *Simpao* recommends the Court

7 | schedule a joint hearing on (1) *Santos*' motion for preliminary approval (and related motions)

8 | and (2) Plaintiffs' Motions for appointment of lead counsel.

9 |       Regarding the latter, Mike Phillips, counsel for *Santos*, has already submitted a motion to

10 | be appointed lead counsel and the *Simpao* plaintiffs have submitted a brief in opposition (*Simpao*

11 | Docket No. 236). Counsel for *Simpao* Plaintiffs request the opportunity to submit their own

12 | motion for appointment as lead counsel (not to exceed 20 pages per local court rules) and for any

13 | opposing party to be given two weeks to respond with a brief not to exceed 20 pages (per local

14 | court rules).

15 |       If the Court denies the motion for preliminary approval of the *Santos* settlement, the

16 | Court should set a deadline by which date defendant should respond to *Simpao*'s Motion for

17 | Class Certification, or alternatively, by which date appointed class counsel should move for class

18 | certification. The Court should also establish a discovery cutoff date and deadlines for

19 | dispositive motions. Ultimately, this case should resolve itself on summary judgment (if it has

20 | not already). Should that not be the case, however, the Court should set a date for trial.

21 |       A summary of *Simpao*'s proposed schedule is presented below:

22 |       1.    Deadline for *Simpao*'s Motion for lead counsel;

23 |       2.    Deadline for any Response to *Simpao* Motion for Lead Counsel;

24 |

25 | SIMPAO PLAINTIFFS'
STATUS REPORT

Page 4

**VAN DE VELD SHIMIZU CANTO & FISHER**
167 East Marine Corps Drive, Suite 101
Hagatna, Guam 96910
Tel. 671.472.1131
Fax 671.472.2886

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
Tel. 206.682.5600
Fax 206.682.2992

Case 1:04-cv-00006    Document 359    Filed 11/29/2006    Page 4 of 6

3.  Hearing Date on Motion for preliminary approval and Motions for Lead Counsel[1];

4.  Decision on motion for preliminary approval and appointment of lead counsel;

5.  Deadline for Defendant to respond to Plaintiffs' Motion for Class certification (or for appointed counsel to prepare and submit a motion for class certification), set for three weeks after decision is rendered;

6.  Discovery cutoff date;

7.  Deadline for dispositive motions;

8.  Trial date.

If the court denies approval of the *Santos* settlement and appoints *Santos* counsel as class counsel (or a class counsel committee), the Court may also wish to order a settlement conference be conducted before a sitting federal judge.

Respectfully submitted this 29TH day of NOVEMBER, 2006.

VAN DE VELD SHIMIZU CANTO & FISHER

By: _____
James L. Canto II

TOUSLEY BRAIN STEPHENS PLLC
Kim D. Stephens, P.S., *Pro Hac Vice*
Nancy A. Pacharzina, *Pro Hac Vice*

Attorneys for Plaintiffs Simpao, Naputi & Cruz

---

[1] Currently pending motions to be addressed at such a hearing include the *Joint Motion Of The Santos And Torres Parties For Preliminary Approval Of Class Action Settlement Agreement*; the *Joint Motion Of The Santos And Torres Parties For Conditional Certification Of The EIC Class For Settlement Purposes*; the *Amended Motion For Attorney's Fees And Costs Pursuant To Section II(a)(iv) Of The May 26, 2006 Class Action Settlement*; the *Motion Of Julie Babauta Santos And Charmaine R. Torres For Leave To File Joint Petition For Declaratory And Injunctive Relief, And/Or For Recovery Of Earned Income Tax Credits, Or In The Alternative For A Writ In The Nature Of Mandamus*; and the *Amended Motion For Appointment Of Lead Class Counsel*.

SIMPAO PLAINTIFFS'
STATUS REPORT

VAN DE VELD SHIMIZU CANTO & FISHER
167 East Marine Corps Drive, Suite 101
Hagatna, Guam 96910
Tel. 671.472.1131
Fax. 671.472.2886

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
Tel. 206.682.5600
Fax 206.682.2992

Page 5

# CERTIFICATE OF SERVICE

I, JAMES L. CANTO II, certify that I caused a copy of the foregoing document here filed to be served on the following individuals or entities on November 29, 2006, via hand delivery at the following addresses:

Counsel for Petitioner
    Charmaine Torres
Peter C. Perez, Esq.
Lujan, Aguigui & Perez, LLP
Pacific News Bldg., Ste. 300
238 Archbishop Flores St.
Hagatna, Guam 96910

Counsel for Respondent
    Felix P. Camacho
Daniel M. Benjamin, Esq.
Calvo & Clark, LLP
655 S. Marine Corps Drive, Ste. 202
Tamuning, Guam 96913

Counsel for Respondent
    Felix P. Camacho
Shannon Taitano, Esq.
Office of the Governor of Guam
Governor's Complex
East Marine Corps Drive
Adelup, Guam 96910

Counsel for Respondents
    Artemio Ilagan and Lourdes Perez
Rawlen M.T. Mantanona, Esq.
Cabot Mantanona LLP
BankPacific Building, 2nd Floor
825 South Marine Corps Drive
Tamuning, Guam 96913

Counsel for Petitioner
    Julie Babauta Santos
Michael F. Phillips, Esq.
Phillips & Bordallo, P.C.
410 West O'Brien Drive
Hagatna, Guam 96910

Respectfully submitted this _NOVEMBER 29, 2006_

VAN DE VELD SHIMIZU CANTO & FISHER
TOUSLEY BRAIN STEPHENS PLLC

_____
James L. Canto II
Attorneys for Plaintiffs