1    Counsel appearing on following page

**FILED**

DISTRICT COURT OF GUAM

NOV 29 2006

MARY L.M. MORAN
CLERK OF COURT

2

3                    DISTRICT COURT OF GUAM

4                        TERRITORY OF GUAM

5    JULIE BABAUTA SANTOS, *et al.,*          Civil Case No. 04-00006

6                Petitioners,

7        v.

8    FELIX P. CAMACHO, *et al.,*

             Respondents.

9    ─────────────────────────────

10   CHARMAINE R. TORRES, *et al.,*           Civil Case No. 04-00038

11               Plaintiffs,

12       v.

13   GOVERNMENT OF GUAM, *et al.,*

             Defendants.

14

15   ─────────────────────────────

     MARY GRACE SIMPAO, *et al,*             Civil Case No. 04-00049

16               Plaintiffs,

17       v.                                  **SIMPAO PLAINTIFFS'
                                             REQUEST FOR TELEPHONIC
18   GOVERNMENT OF GUAM,                     APPEARANCE OF COUNSEL**

19               Defendant,

         v.

20   FELIX P. CAMACHO, Governor of Guam

21               Intervenor-Defendant.

22

23

24

25   REQUEST FOR TELEPHONIC
     APPEARANCE OF COUNSEL

     PAGE 1

VAN DE VELD SHIMIZU CANTO & FISHER
East Marine Corps Drive
Hagatna, Guam 96910
Tel. 671.472.1131
Fax 671.472.2886

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
Tel. 206.682.5600
Fax 206.682.2992

ORIGINAL

1  VAN DE VELD SHIMIZU CANTO & FISHER
   Suite 101 Dela Corte Bldg.
2  167 East Marine Corps Drive
   Hagåtña, Guam 96910
3  671.472.1131

4  TOUSLEY BRAIN STEPHENS PLLC
   Kim D. Stephens, P.S., WSBA #11984
5  Nancy A. Pacharzina, WSBA #25946
   1700 Seventh Avenue, Suite 2200
6  Seattle, Washington 98101
   206.682.5600

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

REQUEST FOR TELEPHONIC
APPEARANCE OF COUNSEL

PAGE 2

VAN DE VELD SHIMIZU CANTO & FISHER
East Marine Corps Drive
Hagatna, Guam 96910
Tel. 671.472.1131
Fax 671.472.2886

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
Tel. 206.682.5600
Fax 206.682.2992

Case 1:04-cv-00006     Document 360     Filed 11/29/2006     Page 2 of 4

1       COME NOW Plaintiffs Mary Grace Simpao, Christina Naputi and Janice Cruz,

2 hereinafter "*Simpao* Plaintiffs," by and through counsel Van de veld Shimizu Canto & Fisher and

3 Tousley Brain Stephens PLLC, to respectfully request this Court allow for the appearance of co-

4 counsel Kim Stephens, Esq. and Nancy Pacharzina, Esq. of Tousley Brain Stephens, PLLC by

5 telephonic means at the Status Conference scheduled for December 1, 2006 at 10:00 a.m. Given

6 the short notice for the upcoming hearing, it is not possible for off-island co-counsel to travel

7 from Seattle, Washington in time to attend the Status Conference. However, the participation of

8 Mr. Stephens and Ms. Pacharzina is integral to the effective advocacy of the interests of the

9 *Simpao* Plaintiffs and the class they seek to represent. Accordingly, *Simpao* Plaintiffs humbly

10 request this Court allow for the appearance and participation of Mr. Stephens and Ms. Pacharzina

11 by telephone at the Status Conference this Friday. If granted, counsel would await technical

12 instruction from the Court, but for the Court's convenience, the telephone number for Tousley

13 Brain Stephens PLLC is (206) 682-5600.

14

15       Respectfully submitted this _29TH_ day of _NOVEMBER_ , 2006.

16

17                VAN DE VELD SHIMIZU CANTO & FISHER

18                By: _____

19                   James L. Canto II

20                TOUSLEY BRAIN STEPHENS PLLC
                    Kim D. Stephens, P.S., *Pro Hac Vice*
                    Nancy A. Pacharzina, *Pro Hac Vice*

21

22                Attorneys for Plaintiffs Simpao, Naputi & Cruz

23

24

25 REQUEST FOR TELEPHONIC
APPEARANCE OF COUNSEL

VAN DE VELD SHIMIZU CANTO & FISHER
167 East Marine Corps Drive, Suite 101
Hagatna, Guam 96910
Tel. 671.472.1131
Fax 671.472.2886

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
Tel. 206.682.5600
Fax 206.682.2992

Page 3   Case 1:04-cv-00006   Document 360   Filed 11/29/2006   Page 3 of 4

# CERTIFICATE OF SERVICE

I, JAMES L. CANTO II, certify that I caused a copy of the foregoing document here filed to be served on the following individuals or entities on November 29, 2006, via hand delivery at the following addresses:

Counsel for Petitioner
    Charmaine Torres
Peter C. Perez, Esq.
Lujan, Aguigui & Perez, LLP
Pacific News Bldg., Ste. 300
238 Archbishop Flores St.
Hagatna, Guam 96910

Counsel for Respondent
    Felix P. Camacho
Daniel M. Benjamin, Esq.
Calvo & Clark, LLP
655 S. Marine Corps Drive, Ste. 202
Tamuning, Guam 96913

Counsel for Respondent
    Felix P. Camacho
Shannon Taitano, Esq.
Office of the Governor of Guam
Governor's Complex
East Marine Corps Drive
Adelup, Guam 96910

Counsel for Respondents
    Artemio Ilagan and Lourdes Perez
Rawlen M.T. Mantanona, Esq.
Cabot Mantanona LLP
BankPacific Building, 2nd Floor
825 South Marine Corps Drive
Tamuning, Guam 96913

Counsel for Petitioner
    Julie Babauta Santos
Michael F. Phillips, Esq.
Phillips & Bordallo, P.C.
410 West O'Brien Drive
Hagatna, Guam 96910

Respectfully submitted this _November 29, 2006_

VAN DE VELD SHIMIZU CANTO & FISHER
TOUSLEY BRAIN STEPHENS PLLC

_____
James L. Canto II
Attorneys for Plaintiffs