CABOT
MANTANONA LLP
BankPacific Bldg., Second Floor
825 South Marine Corps Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 646-0777

**FILED**
DISTRICT COURT OF GUAM
NOV 29 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, *et. al.*, <br><br> Petitioners, <br><br> vs. <br><br> FELIX P. CAMACHO, *et. al.*, <br><br> Respondents. | CIVIL CASE NO. CV04-00006 |
| CHARMAINE R. TORRES, *et. al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> GOVERNMENT OF GUAM, *et. al.*, <br><br> Defendants. | CIVIL CASE NO. CV04-00038 <br><br><br> **STATUS REPORT** |
| MARY GRACE SIMPAO, *et. al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> GOVERNMENT OF GUAM, <br><br> Defendant, <br><br> vs. <br><br> FELIX P. CAMACHO, Governor of | CIVIL CASE NO. CV04-00049 |

| | |
|---|---|
| Guam, | ) |
| | ) |
| Intervenor- Defendant. | ) |
| | ) |

Defendants Artemio Ilagan, the Director of Revenue & Taxation and Lourdes Perez, the Director of Administration ("Defendants") hereby submit their status reports. The Defendants along with Co-Defendant Felix P. Camacho, the Governor of Guam, entered into and filed A settlement agreement with plaintiffs in Civil Case No. CV04-00006 and plaintiffs in Civil Case No. CV04-00038. Defendants Ilagan and Perez await the necessary hearings for approval of the settlement agreement by this court to be set at the court's convenience. Further, Defendants Ilagan and Perez have no pending motions at this time.

Dated this 29th day of November, 2006.

**CABOT MANTANONA LLP**

By: _____
**RAWLEN M.T. MANTANONA, ESQ.**
*Attorneys for Respondents Artemio B. Ilagan and Lourdes M. Perez*