CABOT
MANTANONA LLP
BankPacific Bldg., Second Floor
825 South Marine Corps Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 646-0777

FILED
DISTRICT COURT OF GUAM
NOV 29 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, et. al., <br><br> Petitioners, <br><br> vs. <br><br> FELIX P. CAMACHO, et. al., <br><br> Respondents. | CIVIL CASE NO. CV04-00006 |
| CHARMAINE R. TORRES, et. al., <br><br> Plaintiffs, <br><br> vs. <br><br> GOVERNMENT OF GUAM, et. al., <br><br> Defendants. | CIVIL CASE NO. CV04-00038 <br><br> **CERTIFICATE OF SERVICE** |
| MARY GRACE SIMPAO, et. al., <br><br> Plaintiffs, <br><br> vs. <br><br> GOVERNMENT OF GUAM, <br><br> Defendant, <br><br> vs. <br><br> FELIX P. CAMACHO, Governor of | CIVIL CASE NO. CV04-00049 |

Guam, )
)
        Intervenor- Defendant. )
_____ )

I, WILLIAM N. CRUZ, hereby certify that a filed copy of the Status Report, was duly hand-delivered or faxed to the following on November 29, 2006:

Phillips & Bordallo, P.C.
410 West O'Brien
Hagåtña, Guam 96910

Office of the Attorney General
Guam Judicial Center, Ste. 2-200E
120 West O'Brien Drive
Hagåtña, Guam 96910

Office of the Governor
P.O. Box 2674
Hagåtña, Guam 96932

Calvo & Clark
655 South Marine Corps Drive
Tamuning, Guam 96913

DATED: November 29, 2006.

_____
WILLIAM N. CRUZ

2