Counsel appearing on following page

# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, *et al.*, <br><br> Petitioners, <br><br> v. <br><br> FELIX P. CAMACHO, *et al.*, <br><br> Respondents. | Civil Case No. 04-00006 |
| CHARMAINE R. TORRES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GOVERNMENT OF GUAM, *et al.*, <br><br> Defendants. | Civil Case No. 04-00038 |
| MARY GRACE SIMPAO, *et al*, <br><br> Plaintiffs, <br><br> v. <br><br> GOVERNMENT OF GUAM, <br><br> Defendant, <br><br> v. <br><br> FELIX P. CAMACHO, Governor of Guam <br><br> Intervenor-Defendant. | Civil Case No. 04-00049 <br><br> **ORDER FOR TELEPHONIC APPEARANCE OF COUNSEL** |

ORIGINAL

| 1 | VAN DE VELD SHIMIZU CANTO & FISHER |
|---|---|
|   | Suite 101 Dela Corte Bldg. |
| 2 | 167 East Marine Corps Drive |
|   | Hagåtña, Guam 96910 |
| 3 | 671.472.1131 |
| 4 |   |
|   | TOUSLEY BRAIN STEPHENS PLLC |
| 5 | Kim D. Stephens, P.S., WSBA #11984 |
|   | Nancy A. Pacharzina, WSBA #25946 |
| 6 | 1700 Seventh Avenue, Suite 2200 |
|   | Seattle, Washington 98101 |
| 7 | 206.682.5600 |

1     THIS MATTER has come before the court upon the application of Plaintiffs Mary Grace
2 Simpao, Christina Naputi and Janice Cruz to request that co-counsel Mr. Kim Stephens, *Pro Hac*
3 *Vice*, and Ms. Nancy Pacharzina, *Pro Hac Vice*, of Tousley Brain Stephens PLLC be allowed to
4 appear and participate at the December 1, 2006 status conference by telephonic means. The
5 court having considered the application, evidence and record of this matter finds therefrom that
6 good cause exists to make the following orders:

7     IT IS HEREBY ORDERED that Mr. Kim Stephens, *Pro Hac Vice*, and Ms. Nancy
8 Pacharzina, *Pro Hac Vice*, of Tousley Brain Stephens PLLC, as co-counsel for Plaintiffs Mary
9 Grace Simpao, Christina Naputi and Janice Cruz, may appear and participate at the December 1,
10 2006 status conference via telephone.

12 SO ORDERED: 11-30-06

FRANCES M. TYDINGCO-GATEWOOD
Chief Judge
United States District Judge