DISTRICT COURT OF GUAM
TERRITORY OF GUAM

CIVIL MINUTES



DATE: December 1, 2006

Case No.: CV-04-00006
CAPTION: Julie Babauta Santos, individually & on behalf of all those similarly situated
- vs - FELIX A. CAMACHO, Governor of Guam

Case No.: CV-04-00038
CAPTION: Chairmaine R. Torres, on behalf of herself and a class of others similarly situated
-vs- Government of Guam, et al.

Case No.: CV-04-00049
CAPTION: Mary Grace Simpao, and others similarly situated, et al.,
- vs - FELIX A. CAMACHO, Governor of Guam

***

HON. FRANCES TYDINGCO-GATEWOOD, Designated Judge, Presiding    Law Clerk: K. WALMSLEY
Courtroom Recorder and Courtroom Deputy: Virginia T. Kilgore
Hearing Electronically Recorded: 10:05:01 - 11:44:36          CSO: B. Pereda and J. Lizama

*** APPEARANCES ***

**COUNSEL FOR PLAINTIFF(s):**                         **COUNSEL FOR DEFENDANT(s):**

MIKE PHILLIPS - Julie Babauta Santos                  RODNEY JACOB - For Felix A. Camacho, Governor of Guam

JAMIE CANTO - For plaintiffs Simpao, Naputi and Cruz  RAWLEN MANTANONA - For Art Ilagan & Lourdes Perez

NANCY PACHARZINA - For plaintiffs Simpao, et al. (telephonic)   WILLIAM BISCHOFF - For Office of the Attorney General

KIM D. STEPHENS - For plaintiffs Simpao, et al. (telephonic)

MIKE AGUIGUI & PETER PEREZ - For plaintiff Charmaine R. Torres

***

**PROCEEDINGS:        STATUS CONFERENCE**

( ) MOTION (S) ARGUED BY    ( ) PLAINTIFF    ( ) DEFENDANT
( ) MOTION(s)   ___Granted   ___Denied   ___Settled   ___Withdrawn   ___Under Advisement
( ) ORDER SUBMITTED   ___Approved   ___Disapproved
( ) ORDER to be Prepared By: _____
( ) PROCEEDINGS CONTINUED TO: _____ at _____

**NOTES:**

Mr. Bischoff stated that the Office of the Attorney General is no longer participating in this case. No objections by the parties. Mr. Bischoff was excused by the Court.

Parties argued the issues raised by the Court. The Court will issue an order next week delineating the scheduling of how the case will proceed.

Courtroom Deputy: ___