SHANNON TAITANO, ESQ.
OFFICE OF THE GOVERNOR OF GUAM
Ricardo J. Bordallo Governor's Complex
Adelup, Guam 96910
Telephone: (671) 472-8931
Facsimile: (671) 477-6666

EDUARDO A. CALVO, ESQ.
RODNEY J. JACOB, ESQ.
DANIEL M. BENJAMIN, ESQ.
CALVO & CLARK, LLP
Attorneys at Law
655 South Marine Corps Drive, Suite 202
Tamuning, Guam 96913
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

Attorneys for *Felix P. Camacho, Governor of Guam*

FILED
DISTRICT COURT OF GUAM
DEC 22 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, et. al., <br><br> Petitioners, <br><br> -v- <br><br> FELIX P. CAMACHO, etc., et. al. <br><br> Respondents. | CIVIL CASE NO. 04-00006 <br> (Consolidated with Civil Case Nos. 04-00038 and 04-00049) <br><br><br> **CERTIFICATE OF SERVICE** |

**ORIGINAL**

The undersigned hereby certifies that a true and correct copy of the following:

**THE GOVERNOR OF GUAM'S & GOVERNMENT OF GUAM'S REPLY BRIEF PURSUANT TO THE COURT'S DECEMBER 7, 2006 ORDER**

was caused to be served via Hand Delivery on the 22nd day of December, 2006, to the following:

Michael F. Phillips, Esq.
**PHILLIPS & BORDALLO, P.C.**
410 West O'Brien Drive
Hagåtña, Guam 96910

Rawlen Mantanona, Esq.
**CABOT MANTANONA, LLP**
BankPacific Building, 2nd Floor
825 South Marine Corps. Drive
Tamuning, Guam 96913

**VAN DE VELD, SHIMIZU, CANTO & FISHER**
Suite 101, De La Corte Building
167 East Marine Drive
Hagåtña, Guam 96910

**LUJAN, AGUIGUI & PEREZ LLP**
Attorneys At Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910

Dated this 22nd day of December, 2006.

OFFICE OF THE GOVERNOR OF GUAM
CALVO & CLARK, LLP
Attorneys at Law
Attorneys for *Felix P. Camacho, Governor of Guam*

By: _____
**DANIEL M. BENJAMIN**

{G0018154.DOC;1} 1
*CIVIL CASE NO. 04-00006*
*(Consolidated with Civil Case Nos. 04-00038 and 04-00049)*
Case 1:04-cv-00006  Document 373  Filed 12/22/2006  Page 2 of 2