ORIGINAL

1 | Counsel appearing on following page

## DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, *et al.*, | Civil Case No. 04-00006 |
| Petitioners, | |
| v. | **FILED** |
| FELIX P. CAMACHO, *et al.*, | DISTRICT COURT OF GUAM |
| Respondents. | DEC 27 2006 |
| | MARY L.M. MORAN |
| | CLERK OF COURT |
| CHARMAINE R. TORRES, *et al.*, | Civil Case No. 04-00038 |
| Plaintiffs, | |
| v. | |
| GOVERNMENT OF GUAM, *et al.*, | |
| Defendants. | |
| MARY GRACE SIMPAO, *et al*, | Civil Case No. 04-00049 |
| Plaintiffs, | |
| v. | **DECLARATION OF SERVICE** |
| GOVERNMENT OF GUAM, | |
| Defendant, | |
| v. | |
| FELIX P. CAMACHO, Governor of Guam | |
| Intervenor-Defendant. | |

DECLARATION OF SERVICE

PAGE 1

VAN DE VELD SHIMIZU CANTO & FISHER
East Marine Corps Drive
Hagatna, Guam 96910
Tel. 671.472.1131
Fax 671.472.2886

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
Tel. 206.682.5600
Fax 206.682.2992

Case 1:04-cv-00006    Document 375    Filed 12/27/2006    Page 1 of 3

| | |
|---|---|
| 1 | VAN DE VELD SHIMIZU CANTO & FISHER |
| | Suite 101 Dela Corte Bldg. |
| 2 | 167 East Marine Corps Drive |
| | Hagåtña, Guam 96910 |
| 3 | 671.472.1131 |
| 4 | |
| | TOUSLEY BRAIN STEPHENS PLLC |
| 5 | Kim D. Stephens, P.S., WSBA #11984 |
| | Nancy A. Pacharzina, WSBA #25946 |
| 6 | 1700 Seventh Avenue, Suite 2200 |
| | Seattle, Washington 98101 |
| 7 | 206.682.5600 |

DECLARATION OF SERVICE

VAN DE VELD SHIMIZU CANTO & FISHER
East Marine Corps Drive
Hagatna, Guam 96910
Tel. 671.472.1131
Fax 671.472.2886

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
Tel. 206.682.5600
Fax 206.682.2992

PAGE 2

Case 1:04-cv-00006   Document 375   Filed 12/27/2006   Page 2 of 3

I, **WON SANG YOON,** hereby declare and say that: I am not a party interested in the above-captioned case. That I attempted to serve a copy of the **Simpao Plaintiffs' Reply Brief Submitted Pursuant to the Court's Order of December 7, 2006** to **Mr. Michael F. Phillips** on December 22, 2006 at 3:00 p.m. at Phillips & Bordallo, P.C. 410 West O' Brien Drive Hagåtña, Guam 96910 but was unsuccessful because the Office of Phillips & Bordallo was closed. I attempted to serve the **Simpao Plaintiffs' Reply Brief Submitted Pursuant to the Court's Order of December 7, 2006** to **Mr. Michael F. Phillips** a second time on December 26, 2006 at 3:05 p.m. and was successful.

I declare under penalty of perjury that the foregoing is true and correct (6 G.C.A. §4308).

**DATED:** this 27th day of December, 2006.

_____
WON SANG YOON

DECLARATION OF SERVICE
VAN DE VELD SHIMIZU CANTO & FISHER
167 East Marine Corps Drive, Suite 101
Hagatna, Guam 96910
Tel. 671.472.1131
Fax 671.472.2886

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
Tel. 206.682.5600
Fax 206.682.2992

Page 3

Case 1:04-cv-00006   Document 375   Filed 12/27/2006   Page 3 of 3