FILED
DISTRICT COURT OF GUAM
DEC 29 2006
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, *et al.*, <br> Plaintiffs, <br> vs. <br> FELIX A. CAMACHO, *et al.*, <br> Defendants. | Civil Case No. 04-00006 <br><br> **ORDER** |
| CHARMAINE R. TORRES, *et al.*, <br> Plaintiffs, <br> vs. <br> GOVERNMENT OF GUAM, *et al.*, <br> Defendants. | Civil Case No. 04-00038 |
| MARY GRACE SIMPAO, *et al.*, <br> Plaintiffs, <br> vs. <br> GOVERNMENT OF GUAM, <br> Defendant, <br> vs. <br> FELIX P. CAMACHO, Governor of Guam, <br> Intervenor-Defendant. | Civil Case No. 04-00049 |

On January 4, 2007, at 9:30 a.m. a hearing is scheduled on the Motion for Preliminary Approval of Class Action Settlement Agreement. In order for the hearing to proceed in a timely and organized manner, the parties will each be given forty-five minutes to present their arguments. The parties shall focus on the matters that are most important for the court's consideration, in particular those areas that the court addressed in its December 7, 2006 Order.

**SO ORDERED** this 29th day of December, 2006.

**FRANCES M. TYDINGCO-GATEWOOD**
Chief Judge
United States District Judge