Counsel appearing on following page

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, *et al.*, <br><br> Petitioners, <br><br> v. <br><br> FELIX P. CAMACHO, *et al.*, <br><br> Respondents. | Civil Case No. 04-00006 |
| CHARMAINE R. TORRES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GOVERNMENT OF GUAM, *et al.*, <br><br> Defendants. | Civil Case No. 04-00038 |
| MARY GRACE SIMPAO, *et al*, <br><br> Plaintiffs, <br><br> v. <br><br> GOVERNMENT OF GUAM, <br><br> Defendant, <br><br> v. <br><br> FELIX P. CAMACHO, Governor of Guam <br><br> Intervenor-Defendant. | Civil Case No. 04-00049 <br><br> **SIMPAO PLAINTIFFS' REQUEST TO USE THE COURT'S ELECTRONIC EQUIPMENT** |

FILED
DISTRICT COURT OF GUAM
DEC 2 9 2006
MARY L.M. MORAN
CLERK OF COURT

SIMPAO PLAINTIFFS' STATUS REPORT
PAGE 1

VAN DE VELD SHIMIZU CANTO & FISHER
East Marine Corps Drive
Hagatna, Guam 96910
Tel. 671.472.1131
Fax 671.472.2886

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
Tel. 206.682.5600
Fax 206.682.2992

Case 1:04-cv-00006    Document 377    Filed 12/29/2006    Page 1 of 4

VAN DE VELD SHIMIZU CANTO & FISHER
Suite 101 Dela Corte Bldg.
167 East Marine Corps Drive
Hagåtña, Guam 96910
671.472.1131

TOUSLEY BRAIN STEPHENS PLLC
Kim D. Stephens, P.S., WSBA #11984
Nancy A. Pacharzina, WSBA #25946
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
206.682.5600

SIMPAO PLAINTIFFS'
STATUS REPORT

PAGE 2

VAN DE VELD SHIMIZU CANTO & FISHER
East Marine Corps Drive
Hagatna, Guam 96910
Tel. 671.472.1131
Fax 671.472.2886

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
Tel. 206.682.5600
Fax 206.682.2992

Case 1:04-cv-00006    Document 377    Filed 12/29/2006    Page 2 of 4

COME NOW Plaintiffs Mary Grace Simpao, Christina Naputi and Janice Cruz, hereinafter "*Simpao* Plaintiffs," by and through counsel Van de veld Shimizu Canto & Fisher and Tousley Brain Stephens PLLC, to request the court's permission to use the court's electronic equipment for the hearing on preliminary approval of settlement which hearing is now scheduled for January 4, 2007 at 9:30 a.m.

Respectfully submitted this 29TH day of DECEMBER, 2006.

VAN DE VELD SHIMIZU CANTO & FISHER

By: _____
James L. Canto II, Esq.

TOUSLEY BRAIN STEPHENS PLLC
Kim D. Stephens, P.S., *Pro Hac Vice*
Nancy A. Pacharzina, *Pro Hac Vice*

Attorneys for Plaintiffs Simpao, Naputi & Cruz

SIMPAO PLAINTIFFS'
REQUEST TO USE COURT'S
ELECTRONIC EQUIPMENT
Page 3

VAN DE VELD SHIMIZU CANTO & FISHER
167 East Marine Corps Drive, Suite 101
Hagatna, Guam 96910
Tel. 671.472.1131
Fax 671.472.2886

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
Tel. 206.682.5600
Fax 206.682.2992

Case 1:04-cv-00006   Document 372   Filed 12/29/2006   Page 3 of 4

# CERTIFICATE OF SERVICE

I, **WON SANG YOON**, hereby declare and say under penalty of perjury that the following is true and correct pursuant to 6 G.C.A. §4308:

1) I am not a party interested in the above-captioned case and employed by counsel for the Simpao Plaintiffs;

2) That on December 29, 2006, I will have served a copy of the **Simpao Plaintiffs' Request to Use The Court's Electronic Equipment** to the following counsel:

**Michael F. Phillips**
PHILLIPS & BORDALLO, P.C.
410 West O' Brien Drive
Hagåtña, Guam 96910

**Daniel Benjamin**
CALVO & CLARK LLP
655 S. Marine Corps Drive
Tamuning, Guam 96913

**Peter C. Perez**
LUJAN AGUIGUI & PEREZ LLP
Pacific News Bldg., Suite 300
Hagåtña, Guam 96910

**Rawlen M.T. Mantanona**
CABOT MANTANONA LLP
BankPacific Bldg., 2nd Floor
825 S. Marine Corps Drive
Tamuning, Guam 96913

**DATED:** this 27th day of December, 2006.

_____
WON SANG YOON

SIMPAO PLAINTIFFS'
REQUEST TO USE COURT'S
ELECTRONIC EQUIPMENT
Page 4

VAN DE VELD SHIMIZU CANTO & FISHER
167 East Marine Corps Drive, Suite 101
Hagatna, Guam 96910
Tel. 671.472.1131
Fax 671.472.2886

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
Tel. 206.682.5600
Fax 206.682.2992

Case 1:04-cv-00006   Document 377   Filed 12/29/2006   Page 4 of 4