Counsel appearing on following page

**FILED**
DISTRICT COURT OF GUAM
DEC 29 2006
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM
TERRITORY OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, *et al.*,<br><br>Petitioners,<br><br>v.<br><br>FELIX P. CAMACHO, *et al.*,<br><br>Respondents. | Civil Case No. 04-00006 |
| CHARMAINE R. TORRES, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>GOVERNMENT OF GUAM, *et al.*,<br><br>Defendants. | Civil Case No. 04-00038 |
| MARY GRACE SIMPAO, *et al*,<br><br>Plaintiffs,<br><br>v.<br><br>GOVERNMENT OF GUAM,<br><br>Defendant,<br><br>v.<br><br>FELIX P. CAMACHO, Governor of Guam<br><br>Intervenor-Defendant. | Civil Case No. 04-00049<br><br>**ORDER ALLOWING SIMPAO PLAINTIFFS' COUNSEL TO USE THE COURT'S ELECTRONIC EQUIPMENT** |

ORIGINAL

SIMPAO PLAINTIFFS'
STATUS REPORT

PAGE 1

VAN DE VELD SHIMIZU CANTO & FISHER
East Marine Corps Drive
Hagatna, Guam 96910
Tel. 671.472.1131
Fax 671.472.2886

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
Tel. 206.682.5600
Fax 206.682.2992

| | |
|---|---|
| 1 | VAN DE VELD SHIMIZU CANTO & FISHER |
| 2 | Suite 101 Dela Corte Bldg. |
|   | 167 East Marine Corps Drive |
|   | Hagåtña, Guam 96910 |
| 3 | 671.472.1131 |
| 4 | |
| 5 | TOUSLEY BRAIN STEPHENS PLLC |
|   | Kim D. Stephens, P.S., WSBA #11984 |
|   | Nancy A. Pacharzina, WSBA #25946 |
| 6 | 1700 Seventh Avenue, Suite 2200 |
|   | Seattle, Washington 98101 |
| 7 | 206.682.5600 |

SIMPAO PLAINTIFFS' STATUS REPORT
PAGE 2

VAN DE VELD SHIMIZU CANTO & FISHER
East Marine Corps Drive
Hagatna, Guam 96910
Tel. 671.472.1131
Fax 671.472.2886

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
Tel. 206.682.5600
Fax 206.682.2992

Case 1:04-cv-00006    Document 378    Filed 12/29/2006    Page 2 of 3

THIS MATTER having come to the attention of the court by ex parte application submitted by Plaintiffs Mary Grace Simpao, Christina Naputi and Janice Cruz, hereinafter "*Simpao* Plaintiffs," by and through counsel Van de veld Shimizu Canto & Fisher and Tousley Brain Stephens PLLC, to request the court's permission to use the court's electronic equipment for the hearing on preliminary approval of settlement which hearing is now scheduled for January 4, 2007 at 9:30 a.m., the court hereby GRANTS permission to said Plaintiffs' counsel.

SO ORDERED: this 12/29/06.

_____
HONORABLE FRANCES TYDINGCO-GATEWOOD
Chief Judge, District Court Of Guam

ORDER ALLOWING SIMPAO PLAINTIFFS' COUNSEL TO USE THE COURT'S ELECTRONIC EQUIPMENT
Page 3

VAN DE VELD SHIMIZU CANTO & FISHER
167 East Marine Corps Drive, Suite 101
Hagatna, Guam 96910
Tel. 671.472.1131
Fax 671.472.2886

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
Tel. 206.682.5600
Fax 206.682.2992

Case 1:04-cv-00006   Document 378   Filed 12/29/2006   Page 3 of 3