# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

## CIVIL MINUTES



**DATE:** January 4, 2007

**Case No.:** CV-04-00006
**CAPTION:** <u>Julie Babauta Santos, individually & on behalf of all those similarly situated</u>
<u>- vs - FELIX A. CAMACHO, Governor of Guam</u>

**Case No.:** CV-04-00038
**CAPTION:** <u>Chairmaine R. Torres, on behalf of herself and a class of others similarly situated</u>
<u>-vs- Government of Guam, et al.</u>

**Case No.:** CV-04-00049
**CAPTION:** <u>Mary Grace Simpao, and others similarly situated, et al.,</u>
<u>- vs - FELIX A. CAMACHO, Governor of Guam</u>

***

**HON. FRANCES TYDINGCO-GATEWOOD, Chief Judge, Presiding**   **Law Clerk:** K. WALMSLEY
Courtroom Reporter: Wanda Miles                                Courtroom Deputy: Virginia T. Kilgore
Hearing Electronically Recorded: 9:42:39 - 9:49:02;            CSO: F. Tenorio
10:13:56 - 11:45:02; 2:21:15 - 2:32:35                          USMS: D. Punzalan / W. Gray / G. Perez

***APPEARANCES***

**COUNSEL FOR PLAINTIFF(s):**                                   **COUNSEL FOR DEFENDANT(s):**

<u>MIKE PHILLIPS - Julie Babauta Santos</u>                     <u>KATHY FISHER & DANIEL BENJAMIN - For Felix A.</u>
                                                                <u>Camacho, Governor of Guam & Government of Guam</u>

<u>NANCY PACHARZINA & JAMIE CANTO - For plaintiffs Simpao, et al.</u>   <u>RAWLEN MANTANONA - For Art Ilagan & Lourdes Perez</u>

<u>PETER PEREZ & DELIA LUJAN - For plaintiff Charmaine R. Torres</u>

***

**PROCEEDINGS:** JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AGREEMENT

( X ) MOTION ARGUED BY   ( X ) PLAINTIFFS   ( ) DEFENDANTS
( X ) MOTION ____Granted  ____Denied  ____Settled  ____Withdrawn  _X_ Under Advisement
(   ) ORDER SUBMITTED ____Approved ____Disapproved
(   ) ORDER to be Prepared By: _____
(   ) PROCEEDINGS CONTINUED TO: _____ at _____

**NOTES:**

<u>Parties argued the issues of jurisdiction, mediation, statute of limitations and the 1997 and 1998 payouts raised</u>
<u>by the Court. Parties had no objections to the Court contacting the mediator, William J. Cahill. The Court</u>
<u>informed parties that the conversation will be recorded by Court Reporter, Wanda Miles.</u>

Courtroom Deputy: ____