[Appearing Counsel on next page]

FILED
DISTRICT COURT OF GUAM
JAN -8 2007
MARY L.M. MORAN
CLERK OF COURT

# DISTRICT COURT OF GUAM

# TERRITORY OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, *et. al.*, <br><br> Petitioners, <br> -v- <br> FELIX P. CAMACHO, *et. al.* <br><br> Respondents. | Civil Case No. 04-00006 <br><br> **AMENDMENT TO THE JOINT MOTION OF THE *SANTOS* AND *TORRES* PARTIES FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AGREEMENT** |
| CHARMAINE R. TORRES, *et al.*, <br><br> Plaintiffs, <br> -v- <br> GOVERNMENT OF GUAM, *et al.*, <br><br> Defendants. | Civil Case No. 04-00038 |
| MARY GRACE SIMPAO, *et al.*, <br><br> Plaintiffs, <br> -v- <br> GOVERNMENT OF GUAM, <br><br> Defendant. <br> -v- <br> FELIX P. CAMACHO, Governor of Guam, <br><br> Intervenor-Defendant. | Civil Case No. 04-00049 |

SHANNON TAITANO, ESQ.
OFFICE OF THE GOVERNOR OF GUAM
Ricardo J. Bordallo Governor's Complex
Adelup, Guam 96910
Telephone:   (671) 472-8931
Facsimile:   (671) 477-6666

EDUARDO A. CALVO, ESQ.
KATHLEEN V. FISHER, ESQ.
RODNEY J. JACOB, ESQ.
DANIEL M. BENJAMIN, ESQ.
CALVO & CLARK, LLP
Attorneys at Law
655 South Marine Drive, Suite 202
Tamuning, Guam 96913
Telephone:   (671) 646-9355
Facsimile:   (671) 646-9403
Attorneys for *Felix P. Camacho, Governor of Guam*

RAWLEN M.T. MANTANONA
CABOT MANTANONA LLP
BankPacific Building, 2nd Floor
825 S. Marine Corps Drive
Telephone:   (671) 646-2001
Facsimile:   (671) 646-0777
Attorneys for Respondents *Lourdes M. Perez and Artemio B. Ilagan*

MICHAEL F. PHILLIPS
PHILLIPS & BORDALLO, P.C.
410 West O'Brien Drive
Hagatña, Guam 96910
Telephone:   (671) 477-2223
Facsimile:   (671) 477-2329
Interim Class Counsel and Attorneys for Petitioner *Julie Babauta Santos*

IGNACIO C. AGUIGUI
PETER C. PEREZ
LUJAN AGUIGUI & PEREZ LLP
300 Pacific News Building
Hagatña, Guam 96910
Telephone:   (671) 477-8064
Facsimile:   (671) 477-5297
Attorneys for Plaintiff *Charmaine R. Torres*

Consistent with the agreement made by the *Santos* and *Torres* parties at the January 4, 2007 hearing, the undersigned parties hereby amend their motion for preliminary approval of their settlement by amending the definition of the class that will be covered by the settlement to include:

> All persons who do not elect to request exclusion from the class under the procedures described below and: (1) were subject to the Guam Territorial Income Tax ("GTIT") established in 48 U.S.C. § 1421i for tax years 1995-1996 and/or 1999-2004 and would have been eligible to file for the EIC established in 26 U.S.C. § 32 (as it applied in each respective tax year) if that program were applied in the Territory of Guam, and filed a timely tax return for the applicable tax year or year(s) in which the credit is sought; and/or (2) were eligible to receive an EIC credit under certain Guam territorial laws for tax years 1995-1996 and/or 1999-2004 that mirrored the federal EIC law (26 U.S.C. § 32), including the Guam Earned Income Program (Chapter 42 of 11 G.C.A.), and filed a timely tax return for the applicable tax year or year(s) in which the credit is sought; and/or (3) actually filed a claim for the EIC with DRT for tax year 1998 under the GTIT or Guam Earned Income Program (Chapter 42 of 11 G.C.A.) on or before April 15, 2002, and have not yet received full payment for that claim; and/or (4) actually filed a claim for the EIC with DRT for tax year 1997 under the GTIT or Guam Earned Income Program (Chapter 42 of 11 G.C.A.) on or before April 16, 2001 and have not yet received full payment for that claim.

Based upon this amendment to the class definition, the *Santos* and *Torres* parties respectfully request that preliminary approval be granted.

Respectfully submitted this 8th day of January, 2007.

| | |
|---|---|
| **OFFICE OF THE GOVERNOR OF GUAM** **CALVO & CLARK, LLP** Attorneys for Respondent Felix P. Camacho, Governor of Guam | **PHILLIPS & BORDALLO, P.C.** Interim Class Counsel & Attorneys for Petitioner Julie Babauta Santos |
| By: _____ **KATHLEEN V. FISHER** | By: _____ **MICHAEL F. PHILLIPS** |
| **CABOT MANTANONA LLP** Attorneys for Respondents Lourdes M. Perez and Artemio B. Ilagan | **LUJAN AGUIGUI & PEREZ LLP** Attorneys for Plaintiff Charmaine R. Torres |
| By: _____ **RAWLEN M.T. MANTANONA** | By: _____ **PETER C. PEREZ** |