MICHAEL F. PHILLIPS
PHILLIPS & BORDALLO, P.C.
410 West O'Brien Drive
Hagåtña, Guam 96910
Telephone (671) 477-2223
Facsimile (671) 477-2329

*Attorneys for Petitioner Julie B. Santos and Lead Counsel*

IGNACIO C. AGUIGUI
PETER C. PEREZ
LUJAN AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Petitioner Charmaine R. Torres*

**DISTRICT COURT OF GUAM**

**TERRITORY OF GUAM**

| | |
|---|---|
| JULIE B. SANTOS AND CHARMAINE R. TORRES, on behalf of themselves and a class of others similarly situated,<br><br>Petitioners,<br><br>-vs-<br><br>FELIX P. CAMACHO, Governor of Guam; ART ILAGAN, Director of Department of Revenue and Taxation; LOURDES M. PEREZ, Director of Department of Administration; and, GOVERNMENT OF GUAM,<br><br>Respondents. | CIVIL CASE NOS. 04-00006 and 04-00038<br><br>**CERTIFICATE OF SERVICE** |

Page 1 of 2

Julie B. Santos and Charmaine R. Torres *et al.* v. Felix P. Camacho *et al.*
Civil Case Nos. 04-00006 and 04-00038
Certificate of Service

Case 1:04-cv-00006   Document 381   Filed 01/08/2007   Page 1 of 2

I, **PETER C. PEREZ**, certify that I caused copy of the Amendment to the Joint Motion of the *Santos* and *Torres* Parties for Conditional Certification of the EIC Class for Settlement Purposes to be served on January 8, 2007:

On the following individuals or entities:

Shannon Taitano, Esq.
**Office of the Governor of Guam**
Governor's Complex
East Marine Corps Drive
Adelup, Guam 96910

Rawlen M.T. Mantanona, Esq.
**Cabot Mantanona LLP**
BankPacific Building, 2nd Floor
825 South Marine Corps Drive
Tamuning, Guam 96913

Rodney Jacob, Esq.
**Calvo & Clark, LLP**
655 S. Marine Corps Drive, Suite 202
Tamuning, Guam 96913

Curtis C. Van de Veld, Esq.
**Van de Veld, Shimizu, Canto & Fisher**
Suite 101, De La Corte Building
167 E. Marine Corps Drive
Hagåtña, Guam 96910

Michael F. Phillips, Esq.
**Phillips & Bordallo, P.C.**
410 West O'Brien Drive
Hagåtña, Guam 96910

**RESPECTFULLY SUBMITTED** this 8th day of January, 2007.

**LUJAN AGUIGUI & PEREZ** LLP

By: /s/ Peter C. Perez
**PETER C. PEREZ, ESQ.**
*Attorneys for Plaintiff Charmaine R. Torres*

Page 2 of 2

Julie B. Santos and Charmaine R. Torres *et al.* v. Felix P. Camacho *et al.*
Civil Case Nos. 04-00006 and 04-00038
Certificate of Service

Case 1:04-cv-00006   Document 381   Filed 01/08/2007   Page 2 of 2