FILED
DISTRICT COURT OF GUAM
JAN -8 2007 mbʷ
MARY L.M. MORAN
CLERK OF COURT

1    [Appearing Counsel on next page]

## DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, *et. al.,*<br><br>                              Petitioners,<br><br>                    -v-<br><br>FELIX P. CAMACHO, *et. al.*<br><br>                              Respondents. | Civil Case No. 04-00006<br><br>**AMENDMENT TO THE JOINT MOTION OF THE *SANTOS* AND *TORRES* PARTIES FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AGREEMENT** |
| CHARMAINE R. TORRES, *et al.,*<br><br>                              Plaintiffs,<br><br>                    -v-<br><br>GOVERNMENT OF GUAM, *et al.,*<br><br>                              Defendants. | Civil Case No. 04-00038 |
| MARY GRACE SIMPAO, *et al.,*<br><br>                              Plaintiffs,<br><br>                    -v-<br><br>GOVERNMENT OF GUAM,<br><br>                              Defendant.<br><br>                    -v-<br><br>FELIX P. CAMACHO, Governor of Guam,<br><br>                              Intervenor-Defendant. | Civil Case No. 04-00049 |

ORIGINAL

1  SHANNON TAITANO, ESQ.
   OFFICE OF THE GOVERNOR OF GUAM
2  Ricardo J. Bordallo Governor's Complex
3  Adelup, Guam 96910
   Telephone:    (671) 472-8931
4  Facsimile:    (671) 477-6666

5  EDUARDO A. CALVO, ESQ.
   KATHLEEN V. FISHER, ESQ.
6  RODNEY J. JACOB, ESQ.
7  DANIEL M. BENJAMIN, ESQ.
   CALVO & CLARK, LLP
8  Attorneys at Law
   655 South Marine Drive, Suite 202
9  Tamuning, Guam 96913
   Telephone:    (671) 646-9355
10 Facsimile:    (671) 646-9403
11 Attorneys for Felix P. Camacho, Governor of Guam

12 RAWLEN M.T. MANTANONA
   CABOT MANTANONA LLP
13 BankPacific Building, 2nd Floor
14 825 S. Marine Corps Drive
   Telephone:    (671) 646-2001
15 Facsimile:    (671) 646-0777
   Attorneys for Respondents Lourdes M. Perez and Artemio B. Ilagan
16
17 MICHAEL F. PHILLIPS
   PHILLIPS & BORDALLO, P.C.
18 410 West O'Brien Drive
   Hagatña, Guam 96910
19 Telephone:    (671) 477-2223
   Facsimile:    (671) 477-2329
20 Interim Class Counsel and Attorneys for Petitioner Julie Babauta Santos

21 IGNACIO C. AGUIGUI
   PETER C. PEREZ
22 LUJAN AGUIGUI & PEREZ LLP
23 300 Pacific News Building
   Hagatña, Guam 96910
24 Telephone:    (671) 477-8064
   Facsimile:    (671) 477-5297
25 Attorneys for Plaintiff Charmaine R. Torres

26

27

28

Consistent with the agreement made by the *Santos* and *Torres* parties at the January 4, 2007 hearing, the undersigned parties hereby amend their motion for preliminary approval of their settlement by amending the definition of the class that will be covered by the settlement to include:

> All persons who do not elect to request exclusion from the class under the procedures described below and: (1) were subject to the Guam Territorial Income Tax ("GTIT") established in 48 U.S.C. § 1421i for tax years 1995-1996 and/or 1999-2004 and would have been eligible to file for the EIC established in 26 U.S.C. § 32 (as it applied in each respective tax year) if that program were applied in the Territory of Guam, and filed a timely tax return for the applicable tax year or year(s) in which the credit is sought; and/or (2) were eligible to receive an EIC credit under certain Guam territorial laws for tax years 1995-1996 and/or 1999-2004 that mirrored the federal EIC law (26 U.S.C. § 32), including the Guam Earned Income Program (Chapter 42 of 11 G.C.A.), and filed a timely tax return for the applicable tax year or year(s) in which the credit is sought; and/or (3) actually filed a claim for the EIC with DRT for tax year 1998 under the GTIT or Guam Earned Income Program (Chapter 42 of 11 G.C.A.) on or before April 15, 2002, and have not yet received full payment for that claim; and/or (4) actually filed a claim for the EIC with DRT for tax year 1997 under the GTIT or Guam Earned Income Program (Chapter 42 of 11 G.C.A.) on or before April 16, 2001 and have not yet received full payment for that claim.

Based upon this amendment to the class definition, the *Santos* and *Torres* parties respectfully request that preliminary approval be granted.

Respectfully submitted this 8th day of January, 2007.

**OFFICE OF THE GOVERNOR OF GUAM**
**CALVO & CLARK, LLP**
Attorneys for Respondent Felix P. Camacho,
Governor of Guam

By: _____
     **KATHLEEN V. FISHER**

**CABOT MANTANONA LLP**
Attorneys for Respondents Lourdes M. Perez
and Artemio B. Ilagan

By: _____
     **RAWLEN M.T. MANTANONA**

**PHILLIPS & BORDALLO, P.C.**
Interim Class Counsel & Attorneys for
Petitioner Julie Babauta Santos

By: _____
     **MICHAEL F. PHILLIPS**

**LUJAN AGUIGUI & PEREZ LLP**
Attorneys for Plaintiff Charmaine R. Torres

By: _____
     **PETER C. PEREZ**

1