# DISTRICT COURT OF GUAM

4th Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910

| | |
|---|---|
| JULIE BABAUTA SANTOS, *et al.*, <br><br>　　Plaintiffs, <br><br>　　vs. <br><br>FELIX A. CAMACHO, *et al.*, <br><br>　　Defendants. | Civil Case No. 04-00006 |
| CHARMAINE R. TORRES, *et al.*, <br><br>　　Plaintiffs, <br><br>　　vs. <br><br>GOVERNMENT OF GUAM, *et al.*, <br><br>　　Defendants. | Civil Case No. 04-00038 |
| MARY GRACE SIMPAO, *et al.*, <br><br>　　Plaintiffs, <br><br>　　vs. <br><br>GOVERNMENT OF GUAM, <br><br>　　Defendant. <br><br>　　vs. <br><br>FELIX P. CAMACHO, Governor of Guam, <br><br>　　Intervenor-Defendant. | Civil Case No. 04-00049 <br><br><br><br><br><br><br><br>**NOTICE OF ENTRY OF ORDER** |

　　**NOTICE IS HEREBY GIVEN** that on the date indicated below this court entered on the docket of the above-entitled cases the following order:

**Order filed January 9, 2007**
**Date of Entry: January 9, 2007**

The original order is on file at the Clerk's Office of this court. The document may be viewed at the Clerk's Office and is available for viewing on the Internet by using PACER for a fee. Information on the PACER system can be found on the court's web page:
**www.gud.uscourts.gov**

Date:   January 9, 2007                               Clerk of Court
                                                      /s/ **Mary L.M. Moran**