SHANNON TAITANO, ESQ.
OFFICE OF THE GOVERNOR OF GUAM
Ricardo J. Bordallo Governor's Complex
Adelup, Guam 96910
Telephone: (671) 472-8931
Facsimile: (671) 477-6666

**EDUARDO A. CALVO, ESQ.**
**KATHLEEN V. FISHER, ESQ.**
**RODNEY J. JACOB, ESQ.**
**DANIEL M. BENJAMIN, ESQ.**
**CALVO & CLARK, LLP**
Attorneys at Law
655 South Marine Corps Drive, Suite 202
Tamuning, Guam 96913
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

*Attorneys for the Government of Guam
and Felix P. Camacho, Governor of Guam*

**FILED**
DISTRICT COURT OF GUAM

JAN 1 8 2007

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, et. al., <br><br> Petitioners, <br><br> -v- <br><br> FELIX P. CAMACHO, etc., et. al. <br><br> Respondents. | CIVIL CASE NO. 04-00006 <br> (Consolidated with Civil Case Nos. 04-00038 and 04-00049) <br><br> **NOTICE REGARDING DATES IN [PROPOSED] SCHEDULING ORDER REGARDING CLASS NOTICE, SETTLEMENT, AND FAIRNESS HEARING** |

{G0018640.DOC;1}

ORIGINAL

Defendants Governor of Guam Felix P. Camacho and the Government of Guam are filing this notice with regard to the dates set forth in the proposed scheduling order submitted to the Court last week. Those dates were contingent upon approval of the final version of the class notice in time to secure publication in this coming Sunday's Pacific Daily News, and the final class notice itself can only be completed once all necessary dates are set. Because there has not yet been an opportunity to secure approval of the final version of the class notice pending issuance of the scheduling order, publication beginning this Sunday no longer appears possible. *See also* Settlement Agreement § III(b) ("Notice by publication shall commence on the first Sunday that occurs at least seven (7) days after the Court orders the publication of the class notice.").

Accordingly, it is respectfully requested that the Court advance the dates in the proposed scheduling order by sufficient time so as to permit the Governor time to commence the notice by publication as required by the Settlement Agreement (*e.g.*, if the Court were to intend to have approved the class notice by some date next week, all dates in the proposed scheduling order would need to be advanced by fourteen days).[1] Once the Court issues the scheduling order, the Governor and other settling parties will submit the proposed final version of the class notice as soon as possible, and within the two days contemplated by the Court's January 9 Order.

Dated this 18th day of January, 2007.

        OFFICE OF THE GOVERNOR OF GUAM
        CALVO & CLARK, LLP
        Attorneys at Law
        *Attorneys for the Government of Guam*
        *and Felix P. Camacho, Governor of Guam*

By: /s/ Rodney J. Jacob
      **RODNEY J. JACOB**

---

[1] The only exception is that, to address the jurisdictional issue discussed in the Court's January 9, 2007 Order, EIC Class members must still file any new or amended tax returns for tax year 2003 on or before Monday, April 16, 2007.

1

*CIVIL CASE NO. 04-00006*
*(Consolidated with Civil Case Nos. 04-00038 and 04-00049)*

{G0018640.DOC;1}