1  SHANNON TAITANO, ESQ.
   OFFICE OF THE GOVERNOR OF GUAM
2  Ricardo J. Bordallo Governor's Complex
3  Adelup, Guam 96910
   Telephone:   (671) 472-8931
4  Facsimile:   (671) 477-6666

5  EDUARDO A. CALVO, ESQ.
   KATHLEEN V. FISHER, ESQ.
6  RODNEY J. JACOB, ESQ.
7  DANIEL M. BENJAMIN, ESQ.
   CALVO & CLARK, LLP
8  Attorneys at Law
   655 South Marine Corps Drive, Suite 202
9  Tamuning, Guam 96913
   Telephone:   (671) 646-9355
10 Facsimile:   (671) 646-9403

11
   Attorneys for *Felix P. Camacho, Governor of Guam*
12

FILED
DISTRICT COURT OF GUAM

JAN 19 2007 mba

MARY L.M. MORAN
CLERK OF COURT

13         IN THE UNITED STATES DISTRICT COURT
                   DISTRICT OF GUAM
14

15 | JULIE BABAUTA SANTOS, et. al.,          | CIVIL CASE NO. 04-00006
                                            | (Consolidated with Civil Case Nos.
16 |                      Petitioners,       |  04-00038 and 04-00049)

17 |                  -v-                    |

18 |                                         | **CERTIFICATE OF SERVICE**

19 | FELIX P. CAMACHO, etc., et. al.         |

20 |                      Respondents.       |

21
22
23
24
25
26
27
28

ORIGINAL

{G0018670.DOC;1}

The undersigned hereby certifies that a true and correct copy of the following:

**NOTICE REGARDING DATES IN [PROPOSED] SCHEDULING ORDER REGARDING CLASS NOTICE, SETTLEMENT, AND FAIRNESS HEARING**

was caused to be served via Hand Delivery on the 18th day of January, 2007, to the following:

Michael F. Phillips, Esq.
**PHILLIPS & BORDALLO, P.C.**
410 West O'Brien Drive
Hagåtña, Guam  96910

Rawlen Mantanona, Esq.
**CABOT MANTANONA, LLP**
BankPacific Building, 2nd Floor
825 South Marine Corps. Drive
Tamuning, Guam  96913

**VAN DE VELD, SHIMIZU, CANTO & FISHER**
Suite 101, De La Corte Building
167 East Marine Drive
Hagåtña, Guam 96910

**LUJAN, AGUIGUI & PEREZ LLP**
Attorneys At Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910

Dated this 19th day of January, 2007.

OFFICE OF THE GOVERNOR OF GUAM
CALVO & CLARK, LLP
Attorneys at Law
Attorneys for *Felix P. Camacho, Governor of Guam*

By: _____
**RODNEY J. JACOB**

1

*CIVIL CASE NO. 04-00006*
*(Consolidated with Civil Case Nos. 04-00038 and 04-00049)*
Case 1:04-cv-00006     Document 388     Filed 01/19/2007     Page 2 of 2
{G0018670.DOC;1}