1

2

3

4

5

6                          DISTRICT COURT OF GUAM

7                            TERRITORY OF GUAM

8

9

10    JULIE BABAUTA SANTOS, *et al.*,              Civil Case No. 04-00006

11              Plaintiffs,

12              vs.                                **ORDER**

13    FELIX A. CAMACHO, *et al.*,

14              Defendants.

15    CHARMAINE R. TORRES, *et al.*,               Civil Case No. 04-00038

16              Plaintiffs,

17              vs.

18    GOVERNMENT OF GUAM, *et al.*,

19              Defendants.

20

21    MARY GRACE SIMPAO, *et al.*,                 Civil Case No. 04-00049

22              Plaintiffs,

23              vs.

24    GOVERNMENT OF GUAM,

25              Defendant,

26              vs.

27    FELIX P. CAMACHO, Governor of Guam,

28              Intervenor-Defendant.

1        The Proposed Notice of Settlement is hereby approved provided the parties make the

2   following changes:

3        1.  Paragraph 2, on page one should have a comma inserted after the words "Director of

4   Administration" and a comma inserted after the words "Director of Revenue & Taxation";

5        2.  Subsection II (C), line three, the word "their" should be changed to "his or her";

6        3.  Subsection III (B), line two, the phrase ". . . year in wish you wish . . ." should be

7   changed to ". . . year in which you wish. . .";

8        4.  Subsection VI, line three, an apostrophe should follow the word "attorneys";

9        5.  Subsection IX (A), line six, the word "a" should be changed to the word "at";

10       6.  Subsection IX (D), line two, a period needs to be inserted after the zip code of "96910";

11  and

12       7.  Subsection X, bullet two, the phrase ". . . you must submit file them Clerk . . . " should

13  be changed to " . . .  you must file them with the Clerk . . . ".

14       **SO ORDERED** this 29th day of January, 2007.



         **/s/ Hon. Frances M. Tydingco-Gatewood**
               **Chief Judge**