**CABOT
MANTANONA LLP**
BankPacific Building, Second Floor
825 South Marine Corps Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 646-0777

FILED
DISTRICT COURT OF GUAM
FEB 14 2007
MARY L.M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, et. al., <br><br> Petitioners, <br><br> v. <br><br> FELIX P. CAMACHO, et. al., <br><br> Respondents. | CIVIL CASE NO. 04-00006 |
| CHARMAINE R. TORRES, et. al., <br><br> Plaintiffs, <br><br> v. <br><br> GOVERNMENT OF GUAM, et. al., <br><br> Defendants. | CIVIL CASE NO. 04-00038 <br><br> **DEPARTMENT OF ADMINISTRATION'S SUBMISSION OF REPORT PURSUANT TO SETTLEMENT AGREEMENT** |
| MARY GRACE SIMPAO, et. al., <br><br> Plaintiffs, <br><br> v. <br><br> GOVERNMENT OF GUAM, <br><br> Defendant. | CIVIL CASE NO. 04-00049 |

|  | ) |
|---|---|
| v. | ) |
|  | ) |
| FELIX P. CAMACHO, Gov. of Guam, | ) |
|  | ) |
| _____ | ) |

Pursuant to Settlement Agreement § V(b)(ii), the Department of Administration hereby submits its January 2007 report attached herewith as Exhibit "A."

DATED: February 14, 2007

Submitted by:

        **CABOT MANTANONA LLP**
        Attorneys for Respondents
        Lourdes M. Perez and
        Artemio R. Ilagen

By: _____
        RAYMOND L. SOUZA, JR.

RLS:fdm




*Felix P. Camacho*
Governor
*Michael W. Cruz, M.D.*
Lieutenant Governor

**Department of Administration**
*(DIPATTAMENTON ATEMENSTRASION)*
**DIRECTOR'S OFFICE**
*(UFISINAN DIREKTOT)*
Post Office Box 884 Hagatña, Guam 96932
Tel: (671) 475-1101/1250 Fax: (671) 477-6788

*Lourdes M. Perez*
Director
*Joseph C. Manibusan*
Deputy Director

February 14, 2007



District Court of Guam
Plaintiff Torres
Plaintiff Santos
Plaintiff Simpao

**Re: DOA Report On Civil Case No. 04-00006/CV 04-00049/CV04-00038 – Settlement Agreement**

Pursuant to Section 5(b)(ii) of the Settlement Agreement in the above referenced matters, I submit the following for the month of January, 2007.

- The total amount of the monies paid in the income tax refund reserve fund and/or income tax refund efficient payment trust fund in January 2007 is: $4,783,000.00

- The total amount of monies paid in tax refunds in January 2007 is: $4,065,550.00.

- The total amount of monies that have been reserved for EITC payments under this agreement in January is $717,450.00 (or 15% of $4,783,000.00); and

- The total amount of monies paid for EITC claims in the previous month is $ 0.00

Sincerely,

Lourdes M. Perez
Director