SHANNON TAITANO, ESQ.
OFFICE OF THE GOVERNOR OF GUAM
Ricardo J. Bordallo Governor's Complex
Adelup, Guam 96910
Telephone: (671) 472-8931
Facsimile: (671) 477-6666

EDUARDO A. CALVO, ESQ.
KATHLEEN V. FISHER, ESQ.
RODNEY J. JACOB, ESQ.
DANIEL M. BENJAMIN, ESQ.
CALVO & CLARK, LLP
Attorneys at Law
655 South Marine Corps Drive, Suite 202
Tamuning, Guam 96913
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

*Attorneys for the Government of Guam
and Felix P. Camacho, Governor of Guam*

FILED
DISTRICT COURT OF GUAM
MAR - 8 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, et. al.,<br><br>Petitioners,<br><br>-v-<br><br>FELIX P. CAMACHO, etc., et. al.<br><br>Respondents. | CIVIL CASE NO. 04-00006<br>(Consolidated with Civil Case Nos. 04-00038 and 04-00049)<br><br>**L.R. 7(j)(1(B) CERTIFICATE IN SUPPORT OF EX PARTE REQUEST FOR APPROVAL OF ADDITIONAL FORMS TO ADDRESS "OFFSET" ISSUE IN IMPLEMENTING SETTLEMENT OF *SANTOS* AND *TORRES* ACTIONS** |

ORIGINAL

In compliance with L.R. 7.1(j)(1)(B), I hereby certify as follows:

1. In compliance with L.R. 7.1(j), the parties in the *Santos* and *Torres* action were provided notice of the Government's intent to bring this ex parte request on Friday, March 2 and again on March 8, 2007 by email.

2. Counsel for the Director of Revenue & Taxation, and for the Director of Administration, support this request.

3. Lead Class Counsel, Mike Phillips, has also stated that Plaintiffs will support the request.

4. These papers will be served on all parties in the *Santos* and *Torres* actions immediately after filing.

5. The papers shall also be served on counsel for the *Simpao* plaintiffs because this case is consolidated for pretrial proceedings with that case, although no relief is sought in that case.

Dated this 8th day of March, 2007.

          OFFICE OF THE GOVERNOR OF GUAM
          CALVO & CLARK, LLP
          Attorneys at Law
          *Attorneys for the Government of Guam*
          *and Felix P. Camacho, Governor of Guam*

By: _____
     DANIEL M. BENJAMIN

1

*CIVIL CASE NO. 04-00006*
*(Consolidated with Civil Case Nos. 04-00038 and 04-00049)*
Case 1:04-cv-00006   Document 396   Filed 03/08/2007   Page 2 of 2