SHANNON TAITANO, ESQ.
OFFICE OF THE GOVERNOR OF GUAM
Ricardo J. Bordallo Governor's Complex
Adelup, Guam 96910
Telephone:  (671) 472-8931
Facsimile:  (671) 477-6666

EDUARDO A. CALVO, ESQ.
KATHLEEN V. FISHER, ESQ.
RODNEY J. JACOB, ESQ.
DANIEL M. BENJAMIN, ESQ.
CALVO & CLARK, LLP
Attorneys at Law
655 South Marine Corps Drive, Suite 202
Tamuning, Guam 96913
Telephone:  (671) 646-9355
Facsimile:  (671) 646-9403

Attorneys for *Felix P. Camacho, Governor of Guam*

**FILED**
DISTRICT COURT OF GUAM
MAR - 8 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, et. al., <br><br> Petitioners, <br><br> -v- <br><br> FELIX P. CAMACHO, etc., et. al. <br><br> Respondents. | CIVIL CASE NO. 04-00006 <br> (Consolidated with Civil Case Nos. <br> 04-00038 and 04-00049) <br><br><br> **CERTIFICATE OF SERVICE** |

ORIGINAL

The undersigned hereby certifies that a true and correct copy of the following:

1) **EX PARTE REQUEST FOR APPROVAL OF ADDITIONAL FORMS TO ADDRESS "OFFSET" ISSUE IN IMPLEMENTING SETTLEMENT OF *SANTOS* AND *TORRES* ACTIONS**

2) **L.R. 7(j)(1(B) CERTIFICATE IN SUPPORT OF EX PARTE REQUEST FOR APPROVAL OF ADDITIONAL FORMS TO ADDRESS "OFFSET" ISSUE IN IMPLEMENTING SETTLEMENT OF *SANTOS* AND *TORRES* ACTIONS**

3) **[PROPOSED] ORDER GRANTING EX PARTE REQUEST FOR APPROVAL OF ADDITIONAL FORMS TO ADDRESS "OFFSET" ISSUE IN IMPLEMENTING SETTLEMENT OF *SANTOS* AND *TORRES* ACTIONS**

was caused to be served via Hand Delivery on the 25th day of January, 2007, to the following:

Michael F. Phillips, Esq.
**PHILLIPS & BORDALLO, P.C.**
410 West O'Brien Drive
Hagåtña, Guam 96910

Rawlen Mantanona, Esq.
**CABOT MANTANONA, LLP**
BankPacific Building, 2nd Floor
825 South Marine Corps. Drive
Tamuning, Guam 96913

**LUJAN, AGUIGUI & PEREZ LLP**
Attorneys At Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910

**VAN DE VELD, SHIMIZU, CANTO & FISHER**
Suite 101, De La Corte Building
167 East Marine Drive
Hagåtña, Guam 96910

Dated this 8th day of March, 2007.

OFFICE OF THE GOVERNOR OF GUAM
CALVO & CLARK, LLP
Attorneys for *Felix P. Camacho, Governor of Guam*

By: _____
DANIEL M. BENJAMIN

1

*CIVIL CASE NO. 04-00006*
*(Consolidated with Civil Case Nos. 04-00038 and 04-00049)*