CABOT
MANTANONA LLP
BankPacific Bldg., Second Floor
825 South Marine Corps Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 646-0777

*Attorneys for Artemio B. Ilagan and Lourdes M. Perez*



**FILED**
DISTRICT COURT OF GUAM
MAR -9 2007
MARY L.M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, *et al.*, <br><br> Petitioners, <br><br> vs. <br><br> FELIX A. CAMACHO, *et al.*, <br><br> Respondents. | CIVIL CASE NO. 04-00006 <br><br> **NOTICE OF JOINDER OF GOVERNOR'S REQUEST FOR APPROVAL OF ADDITIONAL FORMS TO ADDRESS "OFFSET" ISSUE IN IMPLEMENTING SETTLEMENT OF *SANTOS* AND *TORRES* ACTIONS** |

COMES NOW the Respondents ILAGAN and PEREZ, through undersigned counsel of record, and joins in the Governor of Guam's Request for Approval of Additional Forms to Address "Offset" Issue in Implementing Settlement of Santos and Torres Actions.

Dated: March 8, 2007.

CABOT MANTANONA LLP

By: _____
RAWLEN M.T. MANTANONA, ESQ.