CABOT
MANTANONA LLP
BankPacific Bldg., Second Floor
825 South Marine Corps Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 646-0777

*Attorneys for Artemio B. Ilagan and Lourdes M. Perez*



FILED
DISTRICT COURT OF GUAM
MAR -9 2007
MARY L.M. MORAN
CLERK OF COURT

# DISTRICT COURT OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, *et al.*, | CIVIL CASE NO. 04-00006 |
| Petitioners, | |
| vs. | **CERTIFICATE OF SERVICE** |
| FELIX A. CAMACHO, *et al.*, | |
| Respondents. | |

I, WILLIAM N. CRUZ, hereby certify that a filed copy of the Notice of Joinder of Governor's Request for Approval of Additional Forms to Address "Offset" Issue in Implementing Settlement of Santos and Torres Actions, was duly hand-delivered or faxed to the following on March 9, 2007:

Phillips & Bordallo, P.C.
410 West O'Brien
Hagåtña, Guam 96910

Office of the Attorney General
Guam Judicial Center, Ste. 2-200E
120 West O'Brien Drive
Hagåtña, Guam 96910

Office of the Governor
P.O. Box 2674
Hagåtña, Guam 96932

Calvo & Clark
655 South Marine Corps Drive
Tamuning, Guam 96913

DATED: March 9, 2007.

**WILLIAM N. CRUZ**