**SHANNON TAITANO, ESQ.**
**OFFICE OF THE GOVERNOR OF GUAM**
Ricardo J. Bordallo Governor's Complex
Adelup, Guam 96910
Telephone:     (671) 472-8931
Facsimile:     (671) 477-6666

**EDUARDO A. CALVO, ESQ.**
**KATHLEEN V. FISHER, ESQ.**
**RODNEY J. JACOB, ESQ.**
**DANIEL M. BENJAMIN, ESQ.**
**CALVO & CLARK, LLP**
Attorneys at Law
655 South Marine Corps Drive, Suite 202
Tamuning, Guam 96913
Telephone:     (671) 646-9355
Facsimile:     (671) 646-9403

*Attorneys for the Government of Guam*
*and Felix P. Camacho, Governor of Guam*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, et. al., | CIVIL CASE NO. 04-00006 (Consolidated with Civil Case Nos. 04-00038 and 04-00049) |
| Petitioners, | |
| -v- | **ORDER GRANTING EX PARTE REQUEST FOR APPROVAL OF ADDITIONAL FORMS TO ADDRESS "OFFSET" ISSUE IN IMPLEMENTING SETTLEMENT OF** *SANTOS* **AND** *TORRES* **ACTIONS** |
| FELIX P. CAMACHO, etc., et. al. | |
| Respondents. | |

    For good cause shown, the request of the Government of Guam for approval of the forms

attached as Exhibits 1 & 2 to its "Ex Parte Request for Approval of Additional Forms to Address

'Offset' Issue in Implementing Settlement of *Santos* and *Torres* Actions" is hereby GRANTED.

Those forms are hereby APPROVED as a substitute form for Settlement Agreement Exhibit D

where "early" payments of the 1997 and 1998 claims are subject to partial or complete offsets.

    SO ORDERED this 12th day of March, 2007.

**/s/ Hon. Frances M. Tydingco-Gatewood**
**Chief Judge**