**CABOT
MANTANONA LLP**
BankPacific Bldg., Second Floor
825 South Marine Corps Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 646-0777

**FILED
DISTRICT COURT OF GUAM
MAR 15 2007
MARY L.M. MORAN
CLERK OF COURT**

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, *et. al.*, ) <br> ) <br> Petitioners, ) <br> ) <br> vs. ) <br> ) <br> FELIX P. CAMACHO, *et. al.*, ) <br> ) <br> Respondents. ) | CIVIL CASE NO. CV04-00006 |
| CHARMAINE R. TORRES, *et. al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> GOVERNMENT OF GUAM, *et. al.*, ) <br> ) <br> Defendants. ) | CIVIL CASE NO. CV04-00038 <br><br> **DEFENDANT LOURDES M. PEREZ'S FEBRUARY 2007 STATUS REPORT TO THE COURT AND PLAINTIFFS AS REQUIRED PURSUANT TO SECTION (V)(b)(ii) OF SETTLEMENT AGREEMENT** |
| MARY GRACE SIMPAO, *et. al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> GOVERNMENT OF GUAM, ) <br> ) <br> Defendant, ) <br> ) <br> vs. ) <br> ) <br> FELIX P. CAMACHO, Governor of ) | CIVIL CASE NO. CV04-00049 |

| | |
|---|---|
| Guam, | ) |
| | ) |
| Intervenor- Defendant. | ) |
| | ) |

Respondent, Lourdes M. Perez, the director of the Department of Administration, hereby files with the court the February, 2007, monthly status report as required pursuant to the settlement agreement executed by the parties on May 26, 2006.

Dated: March 14, 2007.

CABOT MANTANONA LLP

By: _____
**RAWLEN M.T. MANTANONA, ESQ.**
*Attorneys for Respondent Lourdes M. Perez*



**Department of Administration**
*(DIPATTAMENTON ATEMENSTRASION)*
**DIRECTOR'S OFFICE**
*(UFISINAN DIREKTOT)*
Post Office Box 884 Hagatña, Guam 96932
Tel: (671) 475-1101/1250 Fax: (671) 477-6788

*Felix P. Camacho*
Governor
*Michael W. Cruz, M.D.*
Lieutenant Governor

*Lourdes M. Perez*
Director
*Joseph C. Manibusan*
Deputy Director

March 13, 2007

District Court of Guam
Plaintiff Torres
Plaintiff Santos
Plaintiff Simpao

**Re: DOA Report On Civil Case No. 04-00006/CV 04-00049/CV04-00038 – Settlement Agreement**

Pursuant to Section 5(b)(ii) of the Settlement Agreement in the above referenced matters, I submit the following for the month of February, 2007.

- The total amount of the monies paid in the income tax refund reserve fund and/or income tax refund efficient payment trust fund in February 2007 is: $4,330,615.40.

- The total amount of monies paid in tax refunds in January 2007 is: $3,681,023.12.

- The total amount of monies that have been reserved for EITC payments under this agreement in February is $649,592.32 (or 15% of $4,330,615.40); and

- The total amount of monies paid for EITC claims in the previous month is $ 0.00.

Sincerely,

Lourdes M. Perez
Director