CABOT
MANTANONA LLP
BankPacific Bldg., Second Floor
825 South Marine Corps Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 646-0777

**FILED**
DISTRICT COURT OF GUAM
MAR 15 2007
MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, *et. al.*, <br><br> Petitioners, <br><br> vs. <br><br> FELIX P. CAMACHO, *et. al.*, <br><br> Respondents. | CIVIL CASE NO. CV04-00006 |
| CHARMAINE R. TORRES, *et. al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> GOVERNMENT OF GUAM, *et. al.*, <br><br> Defendants. | CIVIL CASE NO. CV04-00038 <br><br> **CERTIFICATE OF SERVICE** |
| MARY GRACE SIMPAO, *et. al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> GOVERNMENT OF GUAM, <br><br> Defendant, <br><br> vs. <br><br> FELIX P. CAMACHO, Governor of | CIVIL CASE NO. CV04-00049 |

| | |
|---|---|
| Guam, | ) |
| | ) |
| Intervenor- Defendant. | ) |
| | ) |

I, WILLIAM N. CRUZ, hereby certify that a filed copy of Defendant Lourdes M. Perez's February 2007 Status Report to the Court and Plaintiffs as Required Pursuant to Section (V)(b)(ii) of Settlement Agreement, was duly hand-delivered or faxed to the following on March 15, 2007:

Phillips & Bordallo, P.C.
410 West O'Brien
Hagåtña, Guam 96910

Office of the Attorney General
Guam Judicial Center, Ste. 2-200E
120 West O'Brien Drive
Hagåtña, Guam 96910

Office of the Governor
P.O. Box 2674
Hagåtña, Guam 96932

Calvo & Clark
655 South Marine Corps Drive
Tamuning, Guam 96913

DATED: March 15, 2007.

_____
WILLIAM N. CRUZ