Young Kwon In
PMB 390
1270 N. Marine Dr. Ste 101
Tamuning, GU 96913

**FILED**
DISTRICT COURT OF GUAM
APR - 4 2007
MARY L.M. MORAN
CLERK OF COURT

March 19, 2007

Office of the Clerk of Court
District Court of Guam
520 West Soledad Avenue
Hagatna, GU 96910

RE: Request of Exclusion

To whom this may concern:

I, YOUNG KWON IN, hereby request to be excluded from the Class on civil case No. 04-2006 and 04-00038. I am well aware that I will not be bound by any judgment or settlement of the litigation and I will not receive the benefits of the Settlement and not be able to object to or comment in support of the settlement.
Thank you to acknowledge this request letter.

Sincerely,

*[signature]*

YOUNG KWON IN

**RECEIVED**
APR - 4 2007
DISTRICT COURT OF GUAM
HAGATNA, GUAM