CABOT
MANTANONA LLP
BankPacific Bldg., Second Floor
825 South Marine Corps Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 646-0777

**FILED**
DISTRICT COURT OF GUAM
APR 13 2007
MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, *et. al.*, <br><br> Petitioners, <br><br> vs. <br><br> FELIX P. CAMACHO, *et. al.*, <br><br> Respondents. | CIVIL CASE NO. CV04-00006 |
| CHARMAINE R. TORRES, *et. al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> GOVERNMENT OF GUAM, *et. al.*, <br><br> Defendants. | CIVIL CASE NO. CV04-00038 <br><br> **DEFENDANT LOURDES M. PEREZ'S MARCH 2007 STATUS REPORT TO THE COURT AND PLAINTIFFS AS REQUIRED PURSUANT TO SECTION (V)(b)(ii) OF SETTLEMENT AGREEMENT** |
| MARY GRACE SIMPAO, *et. al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> GOVERNMENT OF GUAM, <br><br> Defendant, <br><br> vs. <br><br> FELIX P. CAMACHO, Governor of | CIVIL CASE NO. CV04-00049 |

ORIGINAL

| | |
|---|---|
| Guam, | ) |
| | ) |
| Intervenor- Defendant. | ) |
| | ) |

Respondent, Lourdes M. Perez, the director of the Department of Administration, hereby files with the court the March, 2007, monthly status report as required pursuant to the settlement agreement executed by the parties on May 26, 2006.

Dated: April 12, 2007

**CABOT MANTANONA LLP**

By: _____

**RAWLEN M.T. MANTANONA, ESQ.**
*Attorneys for Respondent Lourdes M. Perez*

**Felix P. Camacho**
*Governor*
**Michael W. Cruz, M.D.**
*Lieutenant Governor*

# Department of Administration
*(DIPATTAMENTON ATEMENSTRASION)*
## DIRECTOR'S OFFICE
*(UFISINAN DIREKTOT)*
Post Office Box 884 Hagatña, Guam 96932
Tel: (671) 475-1101/1250 Fax: (671) 477-6788

**Lourdes M. Perez**
*Director*
**Joseph C. Manibusan**
*Deputy Director*

April 10, 2007

District Court of Guam
Plaintiff Torres
Plaintiff Santos
Plaintiff Simpao

**Re: DOA Report On Civil Case No. 04-00006/CV 04-00049/CV04-00038 – Settlement Agreement**

Pursuant to Section 5(b)(ii) of the Settlement Agreement in the above referenced matters, I submit the following for the month of March, 2007.

- The total amount of the monies paid in the income tax refund reserve fund and/or income tax refund efficient payment trust fund in March 2007 is: $4,282,478.10.

- The total amount of monies paid in tax refunds in March 2007 is: $3,640,106.39.

- The total amount of monies that have been reserved for EITC payments under this agreement in March is $642,371.72 (or 15% of $4,282,478.10); and

- The total amount of monies paid for EITC claims in the previous month is: $444,642.26 for tax year 1997 and $8,233,851.46 for tax year 1998.

Sincerely,

Lourdes M. Perez
Director

c.c. COS, Office of the Governor
    Acting Controller, DOA
    Treasurer of Guam, DOA
    Director, Department of Revenue & Taxation