
To: District Court Clerk
District Court of Guam
Civil Case No 04-00006 & 04-00038

Court Clerk,

I am responding to a letter my daughter Linda Cruz recieved from the Department of Rev.+ Tax.

It seems a Julie Babauta Santos and Charmaine R. Torres, on behalf of themselves and a class of other simularly situated, are bringing a Class action against parts of the Government and people connected one way or the other with the Government.

I don't know why such a letter was sent to Linda. She isn't or hasn't been working, therefore she doe

(2)

not pay taxes, has never filed taxes & She is one of Guam Disabled that can not write or read. Because of this I would like her name removed from all Litigation And all other Class action problems in the letter she recieved.

Linda is my dependant daughter and I am her legal Gaurdian because she is over 18 yrs of age.

As her Legal Gaurdian I would like Linda's name to be <u>excluded</u> from all Class action & Settlement of this Litigation. On behalf of LINDA CRUZ Sincerely

PS. If other information is required please feel free to contact me. Mrs. Ella Cruz HCR Box 17246 Inarajan, GU 96915