CV-04 00006

04/23/2007

Guam Court
Re: Lawsuit pertaining to earned income credit

     To whom it may concern;
I was a working single mother of two children in 1995, 1996, 1997, and a working mother of three in 1998. When I filed for my tax return, I did not receive my EIC's for any of these years. I since moved from the Territory of Guam to Washington State (see address below), and have recived notice of the lawsuit and a check from the treasury in the amount of $300.00, which I did not cash. i would like to receive any compensation owed and awarded me by the lawsuit at :

Elizabeth Astoveza Nunez
6110 64th ST N.E. Apt. # A101
Marysville, WA. 98270
(360) 386-8400 or 425-971-2719 CELL

I would very much appreciate it, and I am attaching copies of my Washington State Driver's License, Social Security Card, and permanent alien I.D.
Thank you very much for your help.