May 7, 2007

I Mr. Gerardo C. Vitug submit this written statement at the Office of the Clerk of Court, District Court of Guam on this day of May 7, 2007. I wish to be excluded from this class or civil case no. 04-00006 and 04-00038.

Thank you for your kind understanding.

Gerardo C. Vitug

**FILED**
DISTRICT COURT OF GUAM
MAY - 7 2007
MARY L.M. MORAN
CLERK OF COURT

**ORIGINAL**