FILED
DISTRICT COURT OF GUAM
MAY - 8 2007
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

JULIE BABAUTA SANTOS, *et al.*,

Petitioners,

v.

FELIX P. CAMACHO, *et al.*,

Respondents.

Civil Case No. 04-00006

CHARMAINE R. TORRES, *et al.*,

Plaintiffs,

v.

GOVERNMENT OF GUAM, *et al.*,

Defendants.

Civil Case No. 04-00038

TO: Clerk of Court, District Court of Guam

Please take note that I am a person eligible to receive earned income tax credits on Guam and that I elect not to participate in, and therefore opt out of, a settlement in this matter currently pending before the Court.

Christina M. Naputi

ORIGINAL