

The Law Offices of
# PHILLIPS & BORDALLO
A Professional Corporation
410 West O'Brien Drive, Suite 102 Hagåtña, Guam 96910-5044
Tel: (671) 477-ABCD (2223) • Fax: (671) 477-2FAX (2329)
" I Erensia, Lina'la', Espiritu-ta"

**FILED**
DISTRICT COURT OF GUAM

MAY - 9 2007

MARY L.M. MORAN
CLERK OF COURT

UNITED STATES DISTRICT COURT

OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, et al., | CIVIL CASE NO. 04-00006 |
| Petitioner, | |
| v. | **STIPULATION** |
| | **RE: EITC APPLICATIONS** |
| FELIX A. CAMACHO, etc., et al., | |
| Respondent. | |

The parties hereto, stipulate and agree any and all EITC application forms mailed to the District Court of Guam shall be released to the Law Office of Phillips & Bordallo, P.C. who will in turn file the applications with the Department of Revenue and Taxation.

SO STIPULATED:

PHILLIPS & BORDALLO, P.C.
Interim Class Counsel & Attorneys
For Petitioner Julie Babauta Santos

By:_____
MICHAEL F. PHILLIPS
Dated: 5/4/07

CALVO & CLARK, LLP
Attorneys for Respondent
Felix P. Camacho, Governor of Guam

By:_____
DANIEL M. BENJAMIN
Dated: 5/4/07

**ORIGINAL**

| LUJAN AGUIGUI & PEREZ, LLP | CABOT MANTANONA LLP |
|---|---|
| Attorneys for: Charmaine R. Torres | Attorneys for Respondent Lourdes M. Perez |
| By: *(signed)* PETER C. PEREZ | By: *(signed)* RAWLEN M.T. MANTANONA |
| Dated: 5/4/07 | Dated: 5/4/07 |

PHILLIPS & BORDALLO