UNITED STATES DISTRICT COURT

OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, et al., ) | CIVIL CASE NO. 04-00006 |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | **RE: EITC APPLICATIONS** |
| FELIX A. CAMACHO, etc., et al., ) | |
| ) | |
| Respondent. ) | |
| _____) | |

IT IS HEREBY ORDERED, all EITC application forms mailed to the District Court of Guam be released to the Law Office of Phillips & Bordallo, P.C. who will in turn file the applications with the Department of Revenue and Taxation.

**SO ORDERED.**



/s/ **Frances M. Tydingco-Gatewood**
       **Chief Judge**
**Dated: May 16, 2007**