**To:** Honorary Judge,

United States District Court, District of Guam

**From:** Omar O. Jarquin

**Copy to:** Director, Department Of Revenue and Taxation

**RE.:** Earned Income Credit Restitution

**FILED**
DISTRICT COURT OF GUAM
MAY 18 2007
MARY L.M. MORAN
CLERK OF COURT

May 18, 2007

   I was advised by the Department of Revenue and Taxation that you may be the only person that can solve the predicament that I am facing with my earn income credit claim. I received in the mail a notice of pendent and proposed settlement of class action that makes me eligible to claim the 1995 & 1996 earned income credit. I went to the Department of Revenue and Taxation in mid-April to check if I was eligible to an EIC claim for the years of 1997 & 1998 respectively. I was told that I wasn't eligible, but instead, they informed me that I was eligible to receive a settlement for the 1995 and 1996 claim. I was never told that I must summit a new form to receive this claim. I left the office with the impression that since I already filled my tax return for those years, I was automatically covered. Due to this fact, I missed the May 8 deadline. Presently, I am a full time student at the University of Guam with a limited source of income. The only person that I could rely upon for financial support was my common-law-wife. She lately underwent a heart by-pass surgery from which she is recuperating. Next year, I aspire to achieve (earn) a Bachelor of Arts Degree in Education. I am unemployed at this moment. The present availability of this new source of income (EIC) which I rightfully earned, will greatly relief my present situation.

Very truly yours,

*Omar O. Jarquin*

Omar O. Jarquin
112 Conchita Ln.
Dededo, GU 96929
Contact # 637-7542 (Home)
689-0035 (Cell)