SHIMIZU CANTO & FISHER
Suite 101 Dela Corte Building
167 East Marine Corps Drive
Hagåtña, Guam 96910
671.472.1131

TOUSLEY BRAIN STEPHENS PLLC
Kim D. Stephens, P.S., *Pro Hac Vice*
Nancy A. Pacharzina, *Pro Hac Vice*
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
206.682.5600

*Attorneys for Plaintiffs Mary Grace Simpao and Christina Naputi*

FILED
DISTRICT COURT OF GUAM
JUN -8 2007
MARY L.M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| MARY GRACE SIMPAO, CHRISTINA NAPUTI, and JANICE CRUZ, on behalf of themselves and a class of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOVERNMENT OF GUAM,<br><br>Defendant,<br><br>vs.<br><br>FELIX P. CAMACHO, Governor of Guam,<br><br>Intervenor-Defendant. | CASE NO. CV04-00049<br>CASE NO. CV04-00006<br><br>DECLARATION OF JAMES L. CANTO IN SUPPORT OF SIMPAO PLAINTIFFS' APPLICATION FOR ATTORNEYS' FEES AND COSTS |

I, James L. Canto II, declare as follows:

1. I am a partner of the law firm Shimizu Canto & Fisher (formerly Van de veld Shimizu Canto & Fisher) and co-counsel for class representatives Simpao, Naputi and Cruz. I submit this Declaration in support of my firm's, my co-counsels' and Plaintiffs' application for

an award of attorneys' fees for services rendered in the above-captioned matter, and for reimbursement of expenses reasonably incurred in connection with this litigation.

2. For purposes of this class action, Shimizu Canto & Fisher (formerly Van de veld Shimizu Canto & Fisher) formally associated with Tousley Brain Stephens PLLC, a Seattle, Washington law firm with extensive experience in class action matters and which has both prosecuted and defended numerous multi-million dollar class actions.

3. Jointly with Tousley Brain Stephens, Shimizu Canto & Fisher (formerly Van de veld Shimizu Canto & Fisher) has been involved in the investigation, prosecution, and settlement of this litigation from its inception to the present. As co-lead counsel, we played a key role in the case, performing substantial work on behalf of Plaintiffs and the Class. All of the services performed by our firm were reasonably necessary. Our work included the following:

- Objecting and moving to intervene in the original proposed *Santos* settlement;
- Drafting pleadings and filing a separate action when the motion to intervene in *Santos* was denied;
- Drafting trial court memoranda and other court filings, and arguing those motions before the court, including defending the Government of Guam's motion to dismiss, and bringing a partial summary judgment motion;
- Bringing a motion for class certification;
- Briefing the potential problems with the proposed class settlement filed both at the Order of the Court and on our own initiative;
- Interviewing fact witnesses;
- Retaining experts to analyze the potential liability of the Government of Guam;
- Researching and analyzing Guam law and legislative history relating to the Earned Income Tax Credit and other issues (jurisdiction, etc.);
- Analyzing and formulating strategy to meet the Government of Guam's challenges;

- Gathering, obtaining and analyzing evidence to prove losses suffered by the Class;
- Participating in hearings in Guam, traveling from Seattle, Washington in order to be present;
- Participating in mediation held in Guam, traveling from Seattle, Washington in order to be present;
- Winning motions that overcame the Government of Guam's jurisdictional challenges and obtaining a ruling that Guam is required to pay the Earned Income Tax Credit (hereinafter referred to as "EITC"), thereby establishing two fundamental issues in a manner favorable to the entire class;
- Communicating with officials in the Government of Guam to determine the status of the funds available to pay Earned Income Tax Credits and the history of payment of the EITC;
- Assembling research and developing evidence for motions and eventual trial on the merits.

4. All attorneys of this law firm have maintained contemporaneous time records reflecting the time spent on this and other matters. As of June 5, 2007, my firm had devoted a total of 2,589 professional hours of services by attorneys toward the prosecution of this case. The names, current hourly rates, and hours incurred by each of the attorneys are attached hereto as Exhibit 1. As shown in Exhibit 1, this firm's lodestar based on its normally-charged rates and as of June 5, 2007 is $517,890.00. Complete detailed time records for attorneys are available for *in camera* review upon the Court's request.

5. There has been no unnecessary duplication of services for which my firm now seeks compensation. In those instances in which two or more attorneys participated in any matter, this joint participation was necessary because of the complexity of the problems involved and the time constraints that existed.

6. Attached hereto as Exhibit 2 is the Declaration of Kim D. Stephens in Support

of Simpao Plaintiffs' Application of Attorneys' Fees and Costs. I received this document through electronic e-mail transmission on June 8, 2007 and I personally recognize the electronically scanned signature of Mr. Kim D. Stephens thereupon to be his own. The original ink-signed version of this document is being mailed to me and will be filed with the District Court of Guam shortly.

7. In the above-mentioned Declaration, Mr. Kim D. Stephens avers that his law firm, as associated co-counsel for the Simpao Plaintiffs, has devoted a total of 1,193 professional hours to the prosecution of this case, comprised of 1,099 hours of services provided by attorneys, 44 hours of services provided by paralegals, and 50 hours of services provided by document clerks. The names, current hourly rates, and hours incurred by each of the attorneys (including partners and associates), paralegals, and law clerks, are attached as Exhibit A to Kim Stephens' Declaration. As shown in that Exhibit A, that firm's lodestar based on national rates and as of June 5, 2007 is $602,648.50. Additionally, Mr. Stephens reports his firm expended a total of $22,129.38 in unreimbursed costs, which were reasonably and necessarily incurred in connection with the prosecution of this litigation, and are summarized on the Exhibit B attached to Mr. Stephens' Declaration.

8. The combined total of the lodestar calculations of the law firms Shimizu Canto & Fisher (formerly Van de veld Shimizu Canto & Fisher) and Tousley Brain Stephens PLLC for their joint work in prosecution of this class action is 3,688 hours, equating $1,120,538.50 in fees.

9. Shimizu Canto & Fisher (formerly Van de veld Shimizu Canto & Fisher) and Tousley Brain Stephens represented the *Simpao* plaintiffs on a contingent basis. Tousley Brain Stephens advanced all costs incurred on the *Simpao* plaintiffs' behalf. The only funds we will receive for our work on this case are limited to the amounts awarded by the Court.

\\

\\

I declare under penalty of perjury under the laws of the United States and the Territory of Guam that the foregoing is true and correct.

Executed this 8TH day of June 2007.

_____
JAMES L. CANTO II

Santos v. Camacho & Simpao v. Government of Guam

# LODESTAR REPORT

for Shimizu Canto & Fisher (formerly Van de veld Shimizu Canto & Fisher)

| Attorney | Total Hours | Hourly Rate | Total Fees |
|---|---|---|---|
| James L. Canto II | 1,156.45 | $200 | $ 231,290.00 |
| Thomas J. Fisher | 958 | $200 | $ 191,600.00 |
| Curtis C. Van de veld | 475 | $200 | $  95,000.00 |
|  | 2,589.45 |  | $ 517,890.00 |

# EXHIBIT 1

| | |
|---|---|
| 1 | VAN DE VELD SHIMIZU CANTO & FISHER |
| | Suite 101 Dela Corte Building |
| 2 | 167 East Marine Corps Drive |
| | Hagåtña, Guam 96910 |
| 3 | 671.472.1131 |
| 4 | TOUSLEY BRAIN STEPHENS PLLC |
| | Kim D. Stephens, P.S., *Pro Hac Vice* |
| 5 | Nancy A. Pacharzina, *Pro Hac Vice* |
| | 1700 Seventh Avenue, Suite 2200 |
| 6 | Seattle, Washington 98101 |
| | 206.682.5600 |
| 7 | |
| | *Attorneys for Plaintiffs Mary Grace Simpao, Christina Naputi and Janet Cruz* |
| 8 | |

DISTRICT COURT OF GUAM
TERRITORY OF GUAM

| | | |
|---|---|---|
| JULIE BABAUTA SANTOS, *et al.*, | | CASE NO. CV04-00006 |
| Petitioners, | | DECLARATION OF KIM D. STEPHENS IN SUPPORT OF SIMPAO PLAINTIFFS' APPLICATION FOR ATTORNEYS' FEES AND COSTS |
| v. | | |
| FELIX P. CAMACHO, *et al.*, | | |
| Respondents, | | |
| | | |
| CHARMAINE R. TORRES, *et al.*, | | CASE NO. CV04-00038 |
| Plaintiffs, | | |
| v. | | |
| GOVERNMENT OF GUAM, *et al.*, | | |
| Defendant. | | |

DECLARATION OF KIM D. STEPHENS IN SUPPORT OF
SIMPAO PLAINTIFFS' APPLICATION FOR ATTORNEYS'
FEES AND COSTS - 1
4162/001/206242.1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL 206.682.5600 • FAX 206.682.2992

EXHIBIT 2
Case 1:04-cv-00006  Document 415  Filed 06/08/2007  Page 7 of 16

| | |
|---|---|
| MARY GRACE SIMPAO, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>GOVERNMENT OF GUAM,<br><br>Defendant. | CASE NO. CV04-00049 |

I, Kim D. Stephens, declare as follows:

1. I am the managing member of Tousley Brain Stephens PLLC, counsel for class representatives Simpao, Naputi and Cruz. I submit this Declaration in support of my firm's and Plaintiffs' application for an award of attorneys' fees for services rendered in the above-captioned matter, and for reimbursement of expenses reasonably incurred in connection with this litigation.

2. Tousley Brain Stephens is a Seattle, Washington law firm with a national litigation practice focused on complex civil and commercial litigation emphasizing securities, financial, environmental, product liability, consumer, and real estate matters.

3. I am the lead attorney from Tousley Brain Stephens in this case, and I am one of the firm's senior litigators. I received my law degree, with honors, in 1981 from the University of Washington School of Law. I served as a judicial extern clerk for the Honorable Eugene A. Wright, Ninth Circuit Court of Appeals. After that clerkship, I joined Haggard, Tousley & Brain, predecessor to Tousley Brain Stephens. I concentrate my practice in complex commercial litigation with special emphasis on consumer, securities, financial, construction products, and business law matters. I have been appointed special attorney general to handle cases for the state of Washington, lead counsel to manage both state and federal class actions, and have extensive experience litigating multiple plaintiff and class action cases involving tax, securities fraud, environmental issues, products liability, and consumer fraud issues in state and federal courts.

DECLARATION OF KIM D. STEPHENS IN SUPPORT OF
SIMPAO PLAINTIFFS' APPLICATION FOR ATTORNEYS'
FEES AND COSTS - 2
4162/001/206242.1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

Case 1:04-cv-00006    Document 415    Filed 06/08/2007    Page 8 of 16

4. I have been appointed lead and co-lead class counsel by numerous state and federal courts. For example, I acted as co-lead class counsel for Tousley Brain Stephens in the *Richison v. American Cemwood Corp.* litigation related to defective shingles which created a guaranteed $105 million settlement fund in the first phase of the litigation. The second phase of the litigation against Cemwood's insurers created an additional $83 million settlement fund in 2003. I acted as co-lead class counsel for Tousley Brain Stephens in the *Behr Wood Sealants* settlement, which in 2003 created a settlement fund of up to $107.5 million plus attorneys' fees to compensate homeowners on a claims-made basis. I acted as co-lead class counsel for Tousley Brain Stephens in *Delay et al. v. Hurd Millwork Co.*, representing a western states class of individuals that purchased windows allegedly filled with inert gas which we successfully settled. I acted as lead class counsel for Tousley Brain Stephens in *Barrett v. PABCO*, a national roofing shingles products liability case which was settled on an unlimited claims-made basis and approved in King County Superior Court in 2006. The settlement more than doubled the value of compensation available to homeowners under a Washington State Attorney General Consent decree, and opened claims to every qualified homeowner in the nation, including those who were not the original purchasers. I acted as lead class counsel for Tousley Brain Stephens in *Johnson v. Amgen Boulder, Inc., et al.*, where I was appointed to represent a national securities fraud class that invested approximately $50 million to fund the development of a genetically engineered molecule with the world's largest biotechnology company. That case settled for payments totaling up to $82 million. I acted as lead class counsel for Tousley Brain Stephens in *Wolf et al. v. Asiamerica et al.*, a securities fraud action against an international leveraged buy-out corporation that settled for approximately 120% of the class' investment, plus attorneys' fees and costs. I acted as lead class counsel for Tousley Brain Stephens in *Nelson v. Appleway Chevrolet, Inc., et al.*, in which the Washington State Supreme Court held AutoNation's practice of charging consumers B&O tax to be illegal.

DECLARATION OF KIM D. STEPHENS IN SUPPORT OF
SIMPAO PLAINTIFFS' APPLICATION FOR ATTORNEYS'
FEES AND COSTS - 3
4162/001/206242.1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

Case 1:04-cv-00006   Document 415   Filed 06/08/2007   Page 9 of 16

Consumers throughout Washington State will receive refunds for 100% of their tax payments and credits of 110% of their tax payments in certain transactions.

5. Tousley Brain Stephens and I have been appointed co-lead counsel in numerous other class cases. For example, Tousley Brain Stephens was appointed co-lead counsel in the *In re Louisiana-Pacific Inner Seal Siding* class action which, with initial funding of $275 million, was one of the largest product liability class action settlements in the United States. In November 1998, this settlement was augmented by additional commitments of up to $500 million. Tousley Brain Stephens was also co-lead counsel in the product liability class action against Weyerhaeuser Company in San Francisco Superior Court, *Williams et al. v. Weyerhaeuser Company*, which settled on a "claims made" basis which Weyerhaeuser values at approximately $85 million. Currently, Tousley Brain Stephens serves as lead or co-lead counsel in many other consumer class fraud cases including *Odom v. Microsoft et al.* in King County Superior Court; *Trimble et al. v. Holmes Harbor Sewer District et al.*, an Island County Superior Court case which certified for trial a class of over 300 investors misled by an illegal $20 million bond issue; and a wage and hour employment case in *Barnett et al. v. Wal-Mart Stores, Inc.*, a King County Superior Court case, among many others.

6. Nancy Pacharzina recently became a member of Tousley Brain Stephens. She was an associate for the firm during the majority of the time she worked on this case. She concentrates her practice on complex civil litigation involving environmental, consumer protection, and discrimination issues. She graduated *Order of the Coif* from the University of Washington School of Law and served as a clerk for the Honorable Richard M. Bilby of the U.S. District Court for the District of Arizona. An environmental engineer prior to graduating from the University of Washington Law School, Ms. Pacharzina has extensive experience litigating class actions and plays a key role in the firm's class action practice. She represented clients in a wide variety of class actions, including wage and hour, securities fraud, product defect, and consumer fraud issues. Ms. Pacharzina has successfully briefed and argued cases

DECLARATION OF KIM D. STEPHENS IN SUPPORT OF
SIMPAO PLAINTIFFS' APPLICATION FOR ATTORNEYS'
FEES AND COSTS - 4
4162/001/206242.1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

Case 1:04-cv-00006    Document 415    Filed 06/08/2007    Page 10 of 16

before state and federal courts, the Washington State Court of Appeals, and Washington State Supreme Court.

7. Tousley Brain Stephens has been involved in the investigation, prosecution, and settlement of this litigation from its inception to the present. As co-lead counsel, we played a key role in the case, performing substantial work on behalf of Plaintiffs and the Class. All of the services performed by our firm were reasonably necessary. Our work included the following:

- Objecting and moving to intervene in the original proposed *Santos* settlement;
- Drafting pleadings and filing a separate action when the motion to intervene in *Santos* was denied;
- Drafting trial court motions and other court filings, and arguing those motions before the court, including successfully defending against the Government of Guam's motion to dismiss, and successfully bringing a partial summary judgment motion;
- Moving for class certification;
- Briefing the potential problems with the proposed class settlement filed both at the Order of the Court and on our own initiative;
- Interviewing fact witnesses;
- Retaining experts to analyze the potential liability of the Government of Guam;
- Researching and analyzing Guam law and legislative history relating to the Earned Income Tax Credit and other issues (jurisdiction, etc.);
- Analyzing and formulating strategy to meet the Government of Guam's challenges;
- Gathering, obtaining and analyzing evidence to prove losses suffered by the Class;
- Participating in hearings in Guam, traveling from Seattle, Washington in order to be present;
- Participating in mediation held in Guam, traveling from Seattle, Washington in order to be present;

DECLARATION OF KIM D. STEPHENS IN SUPPORT OF
SIMPAO PLAINTIFFS' APPLICATION FOR ATTORNEYS'
FEES AND COSTS - 5
4162/001/206242.1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL 206.682.5600 • FAX 206.682.2992

Case 1:04-cv-00006   Document 415   Filed 06/08/2007   Page 11 of 16

- Winning motions that overcame the Government of Guam's jurisdictional challenges and obtaining a ruling that Guam is required to pay the Earned Income Tax Credit (hereinafter referred to as "EITC"), thereby establishing two fundamental issues in a manner favorable to the entire class;
- Communicating with officials in the Government of Guam to determine the status of funds available to pay EITC and the history of payment of the EITC; and
- Assembling research and developing evidence for motions and eventual trial on the merits.

8. All attorneys, paralegals and document clerks at Tousley Brain Stephens are instructed to maintain contemporaneous time records reflecting the time spent on this and other matters. As of June 5, 2007, my firm had devoted a total of 1193 professional hours to the prosecution of this case, comprised of 1099 hours of services provided by attorneys, 44 hours of services provided by paralegals, and 50 hours of services provided by document clerks. The names, current hourly rates, and hours incurred by each of the attorneys (including partners and associates), paralegals, and document clerks, are attached hereto as Exhibit A. As shown in Exhibit A, this firm's lodestar as of June 5, 2007 is $602,648. Complete detailed time records for attorneys, paralegals and document clerks are available for *in camera* review upon the Court's request.

9. There has been no unnecessary duplication of services for which my firm now seeks compensation. In those instances in which two or more attorneys participated in any matter, this joint participation was necessary because of the complexity of the problems involved and the time constraints that existed. I personally coordinated work flow for this case to ensure that key tasks were identified and accomplished timely and efficiently. I have written inefficient time off and not included it within this fee request.

10. As of June 5, 2007, my firm had expended a total of $22,129.38 in unreimbursed costs. These costs, which were reasonably and necessarily incurred in connection with the

DECLARATION OF KIM D. STEPHENS IN SUPPORT OF
SIMPAO PLAINTIFFS' APPLICATION FOR ATTORNEYS'
FEES AND COSTS - 6
4162/001/206242.1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

Case 1:04-cv-00006    Document 415    Filed 06/08/2007    Page 12 of 16

prosecution of this litigation, are summarized on Exhibit B attached hereto. The costs were incurred solely in connection with this case and are reflected on the books and records of my firm, which we maintain in the course of business. Our books and records are prepared from expense vouchers and contemporaneous check requests. They are an accurate record of the expenses incurred in this case.

11. Tousley Brain Stephens represented the *Simpao* plaintiffs on a contingent basis and advanced costs on their behalf. The only compensation we will receive for our legal work on this case and the expenses we incurred on behalf of the *Simpao* plaintiffs will be the amount awarded by the Court.

12. We are an 18-lawyer firm with an hourly and contingent fee practice. The demands of this case on our limited resources have periodically precluded us from taking on other cases.

I declare under penalty of perjury under the laws of the United States and the Territory of Guam that the foregoing is true and correct.

Executed this ___ day of June 2007, at Seattle, Washington.

_____
KIM D. STEPHENS

DECLARATION OF KIM D. STEPHENS IN SUPPORT OF
SIMPAO PLAINTIFFS' APPLICATION FOR ATTORNEYS'
FEES AND COSTS - 7
4162/001/206242.1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

Case 1:04-cv-00006   Document 415   Filed 06/08/2007   Page 13 of 16

*Naputi v. Guam*

**LODESTAR REPORT for Tousley Brain Stephens PLLC**
Inception through June 5, 2007

| NAME | LEVEL | TOTAL HOURS | HOURLY RATE | TOTAL FEES |
|---|---|---|---|---|
| Kim D. Stephens | Owner/member | 256.8 | $750 | $192,600.00 |
| David D. Hoff | Owner/member | 16.0 | $750 | $12,000.00 |
| Romney R. Brain | Owner/member | 2.5 | $565 | $1,412.50 |
| Nancy A. Pacharzina | Owner/member | 816.2 | $465 | $379,533.00 |
| | Subtotal | 1091.30 | | $585,545.50 |
| | | | | |
| Michael J. Estok | Associate | 7.8 | $310 | $2,418.00 |
| | Subtotal | 7.8 | | $2,418.00 |
| | | | | |
| Amy E. Stanton | Paralegal | 7.5 | $195 | $1,462.50 |
| Carol D. Bonifaci | Paralegal | 20.1 | $255 | $5,125.50 |
| Gayle L. Neligan | Paralegal | 16.5 | $170 | $2,805.00 |
| | Subtotal | 44.10 | | $9,393.00 |
| | | | | |
| Eden B. Nordby | Document Clerk | 17.4 | $105 | $1,827.00 |
| Megan Koekemoer | Document Clerk | 33.0 | $105 | $3,465.00 |
| | Subtotal | 50.40 | | $5,292.00 |
| | | | | |
| | TOTAL | 1193.80 | | $602,648.50 |

**Exhibit A**

## *Naputi v. Guam*

## UNREIMBURSED EXPENSES FOR TOUSLEY BRAIN STEPHENS PLLC
Inception through June 5, 2007

| Reproductions | $2,458.32 |
|---|---|
| Postage | 4.05 |
| Filing Fee | 200.00 |
| Messenger | 62.73 |
| Long Distance Telephone | 612.71 |
| Computer Research | 4,574.68 |
| Travel Expense | 14,059.89 |
| CD/DVD | 15.00 |
| Miscellaneous/Advances | 127.00 |
| Miscellaneous/Expense | 15.00 |
| **TOTAL** | **$22,129.38** |

**Exhibit B**

# CERTIFICATE OF SERVICE

I, JAMES L. CANTO II, certify that I caused a copy of the foregoing document here filed to be served on the following individuals or entities on June 8, 2007, via hand delivery at the following addresses:

Counsel for Petitioner
   Charmaine Torres
Peter C. Perez, Esq.
Lujan, Aguigui & Perez, LLP
Pacific News Bldg., Ste. 300
238 Archbishop Flores St.
Hagatna, Guam 96910

Counsel for Respondent
   Felix P. Camacho
Daniel M. Benjamin, Esq.
Calvo & Clark, LLP
655 S. Marine Corps Drive, Ste. 202
Tamuning, Guam 96913

Counsel for Respondent
   Felix P. Camacho
Shannon Taitano, Esq.
Office of the Governor of Guam
Governor's Complex
East Marine Corps Drive
Adelup, Guam 96910

Counsel for Respondents
   Artemio Ilagan and Lourdes Perez
Rawlen M.T. Mantanona, Esq.
Cabot Mantanona LLP
BankPacific Building, 2nd Floor
825 South Marine Corps Drive
Tamuning, Guam 96913

Counsel for Petitioner
   Julie Babauta Santos
Michael F. Phillips, Esq.
Phillips & Bordallo, P.C.
410 West O'Brien Drive
Hagatna, Guam 96910

Respectfully submitted this  JUNE 8, 2007

SHIMIZU CANTO & FISHER
TOUSLEY BRAIN STEPHENS PLLC

_____
James L. Canto II
Attorneys for Plaintiffs