**CABOT**
**MANTANONA** LLP
BankPacific Bldg., Second Floor
825 South Marine Corps Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 646-0777

# FILED
DISTRICT COURT OF GUAM

JUN 1 2 2007

MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, *et. al.*, ) | CIVIL CASE NO. CV04-00006 |
| ) | |
| Petitioners, ) | |
| ) | |
| vs. ) | |
| ) | |
| FELIX P. CAMACHO, *et. al.*, ) | |
| ) | |
| Respondents. ) | |
| _____ ) | CIVIL CASE NO. CV04-00038 |
| ) | |
| CHARMAINE R. TORRES, *et. al.*, ) | **DEFENDANT LOURDES M. PEREZ'S** |
| ) | **MAY 2007 STATUS REPORT** |
| Plaintiffs, ) | **TO THE COURT AND PLAINTIFFS** |
| ) | **AS REQUIRED PURSUANT TO** |
| vs. ) | **SECTION (V)(b)(ii) OF SETTLEMENT** |
| ) | **AGREEMENT** |
| GOVERNMENT OF GUAM, *et. al.*, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | CIVIL CASE NO. CV04-00049 |
| ) | |
| MARY GRACE SIMPAO, *et. al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | |
| GOVERNMENT OF GUAM, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| vs. ) | |
| ) | |
| FELIX P. CAMACHO, Governor of ) | |

ORIGINAL

Guam,                                )
                                     )
          Intervenor- Defendant.     )
_____ )

Respondent, Lourdes M. Perez, the director of the Department of Administration,

hereby files with the court the May, 2007, monthly status report as required pursuant to the

settlement agreement executed by the parties on May 26, 2006.

Dated: June 12, 2007

**CABOT MANTANONA LLP**

By:

**RAWLEN M.T. MANTANONA, ESQ.**
*Attorneys for Respondent Lourdes M. Perez*





**Department of Administration**
*(DIPATTAMENTON ATEMENSTRASION)*
**DIRECTOR'S OFFICE**
*(UFISINAN DIREKTOT)*
Post Office Box 884 Hagåtña, Guam 96932
Tel: (671) 475-1101/1250 Fax: (671) 477-6788

*Felix P. Camacho*
*Governor*
*Michael W. Cruz, M.D.*
*Lieutenant Governor*

*Lourdes M. Perez*
*Director*
*Joseph C. Manibusan*
*Deputy Director*

June 7, 2007

District Court of Guam
Plaintiff Torres
Plaintiff Santos
Plaintiff Simpao

**Re: DOA Report on Civil Case No. 04-00006/CV 04-00049/CV04-00038**
**Settlement Agreement**

Pursuant to Section 5(b)(ii) of the Settlement Agreement in the above referenced matters, I submit the following for the previous month (May 2007).

- The total amount of the monies paid in the income tax refund reserve fund and/or income tax refund efficient payment trust fund in the previous month is: $5,180,400.36.

- The total amount of monies paid in tax refunds in the previous month is: $4,403,340.31.

- The total amount of monies that have been reserved for EITC payments under this agreement in the previous month is: $770,060.05 (or 15% of $5,180,400.36); and

- The total amount of monies paid for EITC claims in the previous month is: $13,252.47.

Sincerely,

Lourdes M. Perez
Director

c.c. COS, Office of the Governor
    Acting Controller, DOA
    Treasurer of Guam, DOA
    Director, Department of Revenue & Taxation