**CABOT**
**MANTANONA LLP**
BankPacific Building, Second Floor
825 South Marine Corps Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 646-0777

**FILED**
DISTRICT COURT OF GUAM
JUN 1 2 2007
MARY L.M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, et. al., ) <br> ) <br> Petitioners, ) <br> ) <br> v. ) <br> ) <br> FELIX P. CAMACHO, et. al., ) <br> ) <br> Respondents. ) <br> ) | CIVIL CASE NO. 04-00006 |
| CHARMAINE R. TORRES, et. al., ) <br> ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> GOVERNMENT OF GUAM, et. al., ) <br> ) <br> Defendants. ) <br> ) | CIVIL CASE NO. 04-00038 <br><br> **CERTIFICATE OF SERVICE** |
| MARY GRACE SIMPAO, et. al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> GOVERNMENT OF GUAM, ) <br> ) | CIVIL CASE NO. 04-00049 |

|                              | )   |
| ---------------------------- | --- |
| Defendant.                   | )   |
|                              | )   |
| v.                           | )   |
|                              | )   |
| FELIX P. CAMACHO, Gov. of Guam, | ) |
|                              | )   |
| _____  | )   |

I, RAWLEN M.T. MANTANONA, hereby certify that a copy of the Department of Administration's Submission of Report Pursuant to Settlement Agreement, was duly hand-delivered or faxed to the following on June 12, 2007:

**SHANNON TAITANO, ESQ.**
**OFFICE OF THE GOVERNOR OF GUAM**
Ricardo J. Bordallo Governor's Complex
Adelup, Guam 96910
Telephone:  (671) 472-8931
Facsimile:  (671) 477-6666

**EDUARDO A. CALVO, ESQ.**
**KATHLEEN V. FISHER, ESQ.**
**RODNEY J. JACOB, ESQ.**
**DANIEL M. BENJAMIN, ESQ.**
**CALVO & CLARK, LLP**
Attorneys at Law
655 South Marine Corps Drive, Suite 202
Tamuning, Guam 96913
Telephone:  (671) 646-9355
Facsimile:  (671) 646-9403
*Attorneys for Felix P. Camacho, Governor of Guam*

**MICHAEL F. PHILLIPS, ESQ.**
**PHILLIPS & BORDALLO, P.C.**
410 West O'Brien Drive
Hagåtña, Guam 96910
Telephone:  (671) 477-2223
Facsimile:  (671) 477-2329
*Class Counsel and Attorneys for Petitioner Julie Babauta Santos*

2

Case 1:04-cv-00006   Document 420   Filed 06/12/2007   Page 2 of 3

**IGNACIO C. AGUIGUI, ESQ.**
**PETER C. PEREZ, ESQ.**
**LUJAN AGUIGUI & PEREZ LLP**
300 Pacific News Building
Hagåtña, Guam 96910
Telephone: (671) 477-8064
Facsimile: (671) 477-5297
*Attorneys for Plaintiff Charmaine R. Torres*

**JAMES L. CANTO, II, ESQ.**
**SHIMIZU CANTO & FISHER**
Suite 101, De La Corte Building
167 East Marine Corps Drive
Hagåtña, Guam 96910
Telephone: (671) 472-1131
Facsimile: (671) 472-2886
*Attorneys for Plaintiff Mary Grace Simpao*

DATED: June 12, 2007

**CABOT MANTANONA LLP**
Attorneys for Respondents
Lourdes M. Perez and
Artemio R. Ilagen

By: _____
RAWLEN M.T. MANTANONA

RMTM:scc