FILED
DISTRICT COURT OF GUAM
JUN 1 2 2007
MARY L.M. MORAN
CLERK OF COURT

1 [Appearing Counsel on next page]

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, *et. al.*,<br><br>        Petitioners,<br><br>-v-<br><br>FELIX P. CAMACHO, *et. al.*<br><br>        Respondents. | Civil Case No. 04-00006<br><br>**JOINDER IN PETITIONERS AND RESPONDENTS IN *SANTOS* AND *TORRES* MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AGREEMENT** |
| CHARMAINE R. TORRES, *et al.*,<br><br>        Plaintiffs,<br><br>-v-<br><br>GOVERNMENT OF GUAM, *et al.*,<br><br>        Defendants. | Civil Case No. 04-00038 |
| MARY GRACE SIMPAO, *et al.*,<br><br>        Plaintiffs,<br><br>-v-<br><br>GOVERNMENT OF GUAM,<br><br>        Defendant.<br><br>-v-<br><br>FELIX P. CAMACHO, Governor of Guam,<br><br>        Intervenor-Defendant. | Civil Case No. 04-00049 |

{G0022851.DOC;1}

ORIGINAL

SHANNON TAITANO, ESQ.
**OFFICE OF THE GOVERNOR OF GUAM**
Ricardo J. Bordallo Governor's Complex
Adelup, Guam 96910
Telephone:  (671) 472-8931
Facsimile:  (671) 477-4826

**EDUARDO A. CALVO, ESQ.**
**RODNEY J. JACOB, ESQ.**
**DANIEL M. BENJAMIN, ESQ.**
**CALVO & CLARK, LLP**
Attorneys at Law
655 South Marine Corps Drive, Suite 202
Tamuning, Guam 96913
Telephone:  (671) 646-9355
Facsimile:  (671) 646-9403
Attorneys for *Felix P. Camacho, Governor of Guam and the Government of Guam*

**RAWLEN M.T. MANTANONA**
**CABOT MANTANONA LLP**
BankPacific Buiding, 2nd Floor
825 S. Marine Corps Drive
Telephone:  (671) 646-2001
Facsimile:  (671) 646-0777
Attorneys for Respondents *Lourdes M. Perez and Artemio R. Ilagan*

Respondents Governor of Guam, Director of Department of Administration, Director of the Department of Revenue and Taxation, and the Government of Guam, through the undersigned counsel, hereby join in the June 8, 2007 Joint Motion for Final Approval of Class Action Settlement Agreement and hereby respectfully request that the Court grant the motion.

Respectfully submitted this 12th day of June, 2007.

**OFFICE OF THE GOVERNOR OF GUAM**
**CALVO & CLARK, LLP**
Attorneys for Felix P. Camacho, Governor of Guam and the Government of Guam

By: _____
**DANIEL M. BENJAMIN**


**CABOT MANTANONA, LLP**
Attorneys for Respondents Lourdes M. Perez and Artemio R. Ilagan

By: _____
**RAWLEN M.T. MANTANONA**