[Appearing Counsel on next page]

FILED
DISTRICT COURT OF GUAM
JUN 1 2 2007 nb
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, *et. al.*, <br><br> Petitioners, <br><br> -v- <br><br> FELIX P. CAMACHO, *et. al.* <br><br> Respondents. | Civil Case No. 04-00006 <br><br><br> **CERTIFICATE OF SERVICE** |
| CHARMAINE R. TORRES, *et al.*, <br><br> Plaintiffs, <br><br> -v- <br><br> GOVERNMENT OF GUAM, *et al.*, <br><br> Defendants. | Civil Case No. 04-00038 |
| MARY GRACE SIMPAO, *et al.*, <br><br> Plaintiffs, <br><br> -v- <br><br> GOVERNMENT OF GUAM, <br><br> Defendant. <br><br> -v- <br><br> FELIX P. CAMACHO, Governor of Guam, <br><br> Intervenor-Defendant. | Civil Case No. 04-00049 |

{G0022861.DOC;1}

ORIGINAL

SHANNON TAITANO, ESQ.
OFFICE OF THE GOVERNOR OF GUAM
Ricardo J. Bordallo Governor's Complex
Adelup, Guam 96910
Telephone:  (671) 472-8931
Facsimile:  (671) 477-4826

EDUARDO A. CALVO, ESQ.
RODNEY J. JACOB, ESQ.
DANIEL M. BENJAMIN, ESQ.
CALVO & CLARK, LLP
Attorneys at Law
655 South Marine Corps Drive, Suite 202
Tamuning, Guam 96913
Telephone:  (671) 646-9355
Facsimile:  (671) 646-9403
Attorneys for *Felix P. Camacho, Governor of Guam and the Government of Guam*

RAWLEN M.T. MANTANONA
CABOT MANTANONA LLP
BankPacific Buiding, 2nd Floor
825 S. Marine Corps Drive
Telephone:  (671) 646-2001
Facsimile:  (671) 646-0777
Attorneys for Respondents *Lourdes M. Perez and Artemio R. Ilagan*

The undersigned hereby certifies that a true and correct copy of :

**JOINDER IN PETITIONERS AND RESPONDENTS IN *SANTOS* AND *TORRES* MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AGREEMENT**

was caused to be served via hand delivery on the 12th day of June, 2007 to the following:

    Michael F. Phillips, Esq.
    **PHILLIPS & BORDALLO, P.C.**
    410 West O'Brien Drive
    Hagåtña, Guam 96910

    Rawlen M.T. Mantanona, Esq.
    **CABOT MANTANONA, LLP**
    BankPacific Building, 2nd Floor
    825 South Marine Corps. Drive
    Tamuning, Guam 96913

    **LUJAN, AGUIGUI & PEREZ LLP**
    Attorneys At Law
    Pacific News Building, Suite 300
    238 Archbishop Flores Street
    Hagåtña, Guam 96910

    **SHIMIZU, CANTO & FISHER**
    Suite 101, De La Corte Building
    167 East Marine Drive
    Hagåtña, Guam 96910

Dated this 12th day of June, 2007.

    **OFFICE OF THE GOVERNOR OF GUAM**
    **CALVO & CLARK, LLP**
    Attorneys for Felix P. Camacho, Governor of Guam and the Government of Guam

    By: _/s/ Daniel M. Benjamin_
    **DANIEL M. BENJAMIN**