[Appearing Counsel on next page]

FILED
DISTRICT COURT OF GUAM
JUN 21 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, *et. al.*, <br><br> Petitioners, <br><br> -v- <br><br> FELIX P. CAMACHO, *et. al.* <br><br> Respondents. | Civil Case No. 04-00006 <br><br><br> **CERTIFICATE OF SERVICE** |
| CHARMAINE R. TORRES, *et al.*, <br><br> Plaintiffs, <br><br> -v- <br><br> GOVERNMENT OF GUAM, *et al.*, <br><br> Defendants. | Civil Case No. 04-00038 |
| MARY GRACE SIMPAO, *et al.*, <br><br> Plaintiffs, <br><br> -v- <br><br> GOVERNMENT OF GUAM, <br><br> Defendant. <br><br> -v- <br><br> FELIX P. CAMACHO, Governor of Guam, <br><br> Intervenor-Defendant. | Civil Case No. 04-00049 |

{G0023108.DOC;1}

| | |
|---|---|
| 1 | SHANNON TAITANO, ESQ. |
| 2 | OFFICE OF THE GOVERNOR OF GUAM |
| | Ricardo J. Bordallo Governor's Complex |
| 3 | Adelup, Guam 96910 |
| | Telephone: (671) 472-8931 |
| 4 | Facsimile: (671) 477-4826 |
| 5 | EDUARDO A. CALVO, ESQ. |
| 6 | RODNEY J. JACOB, ESQ. |
| | DANIEL M. BENJAMIN, ESQ. |
| 7 | CALVO & CLARK, LLP |
| | Attorneys at Law |
| 8 | 655 South Marine Corps Drive, Suite 202 |
| | Tamuning, Guam 96913 |
| 9 | Telephone: (671) 646-9355 |
| | Facsimile: (671) 646-9403 |
| 10 | Attorneys for *Felix P. Camacho, Governor of Guam and* |
| 11 | *the Government of Guam* |
| 12 | RAWLEN M.T. MANTANONA |
| | CABOT MANTANONA LLP |
| 13 | BankPacific Buiding, 2nd Floor |
| 14 | 825 S. Marine Corps Drive |
| | Telephone: (671) 646-2001 |
| 15 | Facsimile: (671) 646-0777 |
| | Attorneys for Respondents *Lourdes M. Perez and Artemio R. Ilagan* |

The undersigned hereby certifies that a true and correct copy of the following:

**DECLARATION OF JOHN P. CAMACHO IN SUPPORT OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AGREEMENT**

was caused to be served via hand delivery on the 21st day of June, 2007 to the following:

>Michael F. Phillips, Esq.
>**PHILLIPS & BORDALLO, P.C.**
>410 West O'Brien Drive
>Hagåtña, Guam 96910
>
>Rawlen M.T. Mantanona, Esq.
>**CABOT MANTANONA, LLP**
>BankPacific Building, 2nd Floor
>825 South Marine Corps. Drive
>Tamuning, Guam 96913
>
>**LUJAN, AGUIGUI & PEREZ LLP**
>Attorneys At Law
>Pacific News Building, Suite 300
>238 Archbishop Flores Street
>Hagåtña, Guam 96910
>
>**SHIMIZU, CANTO & FISHER**
>Suite 101, De La Corte Building
>167 East Marine Drive
>Hagåtña, Guam 96910

Dated this 21st day of June, 2007.

**OFFICE OF THE GOVERNOR OF GUAM
CALVO & CLARK, LLP**
Attorneys for Felix P. Camacho, Governor of Guam
and the Government of Guam

By: _/s/_
DANIEL M. BENJAMIN