Attorneys for Petitioners

**FILED**
DISTRICT COURT OF GUAM
JUN 22 2007
MARY L.M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM
### TERRITORY OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, *et. al.*, | Civil Case No. 04-00006 |
| Petitioners, | |
| -v- | **CERTIFICATE OF SERVICE** |
| FELIX P. CAMACHO, *et. al.* | Civil Case No. 04-00038 |
| Respondents. | |
| CHARMAINE R. TORRES, *et al.*, | |
| Plaintiffs, | |
| -v- | |
| GOVERNMENT OF GUAM, *et al.*, | Civil Case No. 04-00049 |
| Defendants. | |
| MARY GRACE SIMPAO, *et al.*, | |
| Plaintiffs, | |
| -v- | |
| GOVERNMENT OF GUAM, | |
| Defendant. | |
| -v- | |
| FELIX P. CAMACHO, Governor of Guam, | |
| Intervenor-Defendant. | |

I, Michael F. Phillips, hereby state that on the 22nd day of June 2007, I caused to be served via hand delivery a copy of:

Petitioners OPPOSITION TO SIMPAO PLAITNIFFS' FEES AND REIMBURSEMENT OF COSTS.

on the following counsel of record at their address:

*Calvo and Clark, LLP*
Attorneys at Law
655 South Marine Drive, Suite 202
Tamuning, Guam 96912
**Attorneys for Felix P. Camacho,
Felix P. Camacho, Governor of Guam**

**Cabot Mantanona LLP**
BankPacific Building 2nd Fl.
825 S. Marine Corps Drive
Tamuning, Guam 96910
**Attorneys for Lourdes M. Perez
and Artemio R. Ilagan**

**SHIMIZU CANTO & FISHER**
Suite 101 De la Corte Bldg.
167 Eash Marine Corps Drive
Hagåtña, Guam 96910
**Attorney for Interested Parties:
Mary Grace Simpao, et al.**

**LUJAN UNPINGCO AGUIGUI PEREZ**
Suite 300 Pacific News Building
238 Archbishop Flores Street
Hagåtña, Guam 96910
**Attorneys for Interested Parties:
Charmaine R. Torres et al.**

Dated this 22ND day of June 2007.

PHILLIPS & BORDALLO, P.C.
Attorneys for Petitioners
Interim Class Counsel

By: _____
Michael F. Phillips