SHANNON TAITANO, ESQ.
OFFICE OF THE GOVERNOR OF GUAM
Ricardo J. Bordallo Governor's Complex
Adelup, Guam 96910
Telephone: (671) 472-8931
Facsimile: (671) 477-4826

EDUARDO A. CALVO, ESQ.
KATHLEEN V. FISHER, ESQ.
RODNEY J. JACOB, ESQ.
DANIEL M. BENJAMIN, ESQ.
CALVO & CLARK, LLP
Attorneys at Law
655 South Marine Corps Drive, Suite 202
Tamuning, Guam 96913
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

*Attorneys for the Government of Guam
and Felix P. Camacho, Governor of Guam*

FILED
DISTRICT COURT OF GUAM
JUN 22 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, *et. al.*, <br><br> Petitioners, <br><br> -v- <br><br> FELIX P. CAMACHO, *et. al.* <br><br> Respondents. | Civil Case No. 04-00006 <br> (Consolidated with Civil Case Nos. 04-00038 and 04-00049) <br><br> **CERTIFICATE OF SERVICE** |

The undersigned hereby certifies that a true and correct copy of the following:

**THE GOVERNOR AND GOVERNMENT OF GUAM'S POSITION REGARDING APPLICATIONS FOR ATTORNEYS FEES**

was caused to be served via hand delivery on the 22nd day of June, 2007 to the following:

>Michael F. Phillips, Esq.
>**PHILLIPS & BORDALLO, P.C.**
>410 West O'Brien Drive
>Hagåtña, Guam 96910
>
>Rawlen M.T. Mantanona, Esq.
>**CABOT MANTANONA, LLP**
>BankPacific Building, 2nd Floor
>825 South Marine Corps. Drive
>Tamuning, Guam 96913
>
>**LUJAN, AGUIGUI & PEREZ LLP**
>Attorneys At Law
>Pacific News Building, Suite 300
>238 Archbishop Flores Street
>Hagåtña, Guam 96910
>
>**SHIMIZU, CANTO & FISHER**
>Suite 101, De La Corte Building
>167 East Marine Drive
>Hagåtña, Guam 96910

Dated this 22nd day of June, 2007.

>**OFFICE OF THE GOVERNOR OF GUAM**
>**CALVO & CLARK, LLP**
>Attorneys for Felix P. Camacho, Governor of Guam
>and the Government of Guam
>
>By: _____
>       DANIEL M. BENJAMIN