CABOT
MANTANONA LLP
BankPacific Building, Second Floor
825 South Marine Corps Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 646-0777

FILED
DISTRICT COURT OF GUAM
JUN 25 2007
MARY L.M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, et. al., | CIVIL CASE NO. 04-00006 |
| Petitioners, | |
| v. | |
| FELIX P. CAMACHO, et. al., | |
| Respondents. | |
| | CIVIL CASE NO. 04-00038 |
| CHARMAINE R. TORRES, et. al., | |
| Plaintiffs, | **JOINDER IN THE GOVERNOR AND GOVERNMENT OF GUAM'S POSITION REGARDING APPLICATIONS FOR ATTORNEY'S FEES** |
| v. | |
| GOVERNMENT OF GUAM, et. al., | |
| Defendants. | |
| | CIVIL CASE NO. 04-00049 |
| MARY GRACE SIMPAO, et. al., | |
| Plaintiffs, | |
| v. | |
| GOVERNMENT OF GUAM, | |

|  |  |
|---|---|
| Defendant. | ) |
|  | ) |
| v. | ) |
|  | ) |
| FELIX P. CAMACHO, Gov. of Guam, | ) |
|  | ) |
| _____ | ) |

Respondents Art Ilagan, Director of Department of Revenue & Taxation, and Lourdes M. Perez, Director of Department of Administration, hereby join in the Governor and Government of Guam's Position regarding Applications for Attorney's Fees filed on June 22, 2007.

Dated this 25th day of June, 2007.

        **CABOT MANTANONA LLP**
        *Attorneys for Respondents*
        *Art Ilagan and Lourdes M. Perez*

By: _____
        **RAWLEN M.T. MANTANONA**

RMTM:scc

G:\Stacy\active clients\EITC\Joinder in the Governor and Government of Guam's Position.doc