

<mark>FILED
DISTRICT COURT OF GUAM
JUN 25 2007
MARY L.M. MORAN
CLERK OF COURT</mark>

1 Counsel appearing on following page

## DISTRICT COURT OF GUAM
### TERRITORY OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, et al., | Civil Case No. 04-00006 |
| Petitioners, | |
| v. | |
| FELIX P. CAMACHO, et al., | |
| Respondents. | |
| | |
| CHARMAINE R. TORRES, et al., | Civil Case No. 04-00038 |
| Plaintiffs, | |
| v. | |
| GOVERNMENT OF GUAM, et al., | |
| Defendants. | |
| | |
| MARY GRACE SIMPAO, et al, | Civil Case No. 04-00049 |
| Plaintiffs, | |
| v. | **DECLARATION OF SERVICE** |
| GOVERNMENT OF GUAM, | |
| Defendant, | |
| v. | |
| FELIX P. CAMACHO, Governor of Guam | |
| Intervenor-Defendant. | |

ORIGINAL

DECLARATION OF SERVICE

PAGE 1

VAN DE VELD SHIMIZU CANTO & FISHER
East Marine Corps Drive
Hagatna, Guam 96910
Tel. 671.472.1131
Fax 671.472.2886

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
Tel. 206.682.5600
Fax 206.682.2992

Case 1:04-cv-00006   Document 436   Filed 06/25/2007   Page 1 of 3

| | |
|---|---|
| 1 | SHIMIZU CANTO & FISHER |
| 2 | Suite 101 Dela Corte Bldg<br>167 East Marine Corps Drive |
| 3 | Hagåtña, Guam 96910<br>671.472.1131 |
| 4 | |
| 5 | TOUSLEY BRAIN STEPHENS PLLC<br>Kim D. Stephens, P.S., WSBA #11984 |
| 6 | Nancy A. Pacharzina, WSBA #25946<br>1700 Seventh Avenue, Suite 2200 |
| 7 | Seattle, Washington 98101<br>206.682.5600 |

DECLARATION OF SERVICE

VAN DE VELD SHIMIZU CANTO & FISHER
167 East Marine Corps Drive, Suite 101
Hagatna, Guam 96910
Tel. 671.472.1131
Fax 671.472.2886

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
Tel. 206.682.5600
Fax 206.682.2992

Page 2

I, Won Sag Yoon, certify that I served a copy of the following documents, **Objection of Janice Cruz and Mary Grace Simpao to Final Approval of Class Action Settlement Agreement and Memorandum of Points and Authority, Opposition of Janice Cruz and Mary Grace Simpao to Joint Motion for Final Certification of EIC Class for Settlement Purposes, Declaration of Thomas J. Fisher in Support of Objections of Simpao and Cruz to Petitioner Santos' Joint Motion for Final Approval of a Class Action Settlement Agreement, Declaration of Thomas J. Fisher in Support of Simpao Plaintiffs' Opposition to Petitioner Santos' Joint Motion for Final Certification of the EIC Class for Settlement Purposes**, filed to be served on the following individuals or entities on June 22, 2007, via hand delivery at the following addresses:

Counsel for Petitioner
Charmaine Torres
Peter C. Perez, Esq.
Lujan, Aguigui & Perez, LLP
Pacific News Bldg., Ste. 300
238 Archbishop Flores St.
Hagåtña, Guam 96910

Counsel for Respondent
Felix P. Camacho
Daniel M. Benjamin, Esq.
Calvo & Clark, LLP
655 S. Marine Corps Drive, Ste. 202
Tamuning, Guam 96913

Counsel for Respondent
Felix P. Camacho
Shannon Taitano, Esq.
Office of the Governor of Guam
Governor's Complex
East Marine Corps Drive
Adelup, Guam 96910

Counsel for Respondents
Artemio Ilagan and Lourdes Perez
Rawlen M.T. Mantanona, Esq.
Cabot Mantanona LLP
BankPacific Building, 2nd Floor
825 South Marine Corps Drive
Tamuning, Guam 96913

Counsel for Petitioner
Julie Babauta Santos
Michael F. Phillips, Esq.
Phillips & Bordallo, P.C.
410 West O'Brien Drive
Hagåtña, Guam 96910

Respectfully submitted this _____

WON SANG YOON

DECLARATION OF SERVICE
VAN DE VELD SHIMIZU CANTO & FISHER
167 East Marine Corps Drive, Suite 101
Hagatna, Guam 96910
Tel. 671.472.1131
Fax 671.472.2886

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
Tel. 206.682.5600
Fax 206.682.2992

Page 3
Case 1:04-cv-00006   Document 436   Filed 06/25/2007   Page 3 of 3