# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, *et al.*, <br> Plaintiffs, <br> vs. <br> FELIX A. CAMACHO, *et al.*, <br> Defendants. | Civil Case No. 04-00006 <br><br> **ORDER** |
| CHARMAINE R. TORRES, *et al.*, <br> Plaintiffs, <br> vs. <br> GOVERNMENT OF GUAM, *et al.*, <br> Defendants. | Civil Case No. 04-00038 |
| MARY GRACE SIMPAO, *et al.*, <br> Plaintiffs, <br> vs. <br> GOVERNMENT OF GUAM, <br> Defendant, <br> vs. <br> FELIX P. CAMACHO, Governor of Guam, <br> Intervenor-Defendant. | Civil Case No. 04-00049 |

1    Presently the Fairness Hearing is scheduled on July 6, 2007, at 10:00 a.m. The court is now
2 in receipt of a number of objections filed on June 19, 2007, by Janice Cruz and Mary Grace
3 Simpao. The court orders that the parties file responses to each of the objections by July 26, 2007,
4 and replies shall be filed by August 23, 2007. Due to the need for further briefing the court hereby
5 vacates the July 6 hearing date and reschedules the Fairness Hearing to September 20, 2007 at
6 10:00 a.m.

7    In order to ensure that class members and interested parties are notified of the continued
8 fairness hearing date, the Defendants shall cause to be published notice of such continuance in the
9 Pacific Daily News, a newspaper of general circulation. Said notice shall be published twice --
10 on one week day and on a Sunday -- of two separate calendar weeks. This published notice shall
11 be designed to catch the attention of the class members to whom it applies. Furthermore, said
12 notice shall also be prominently posted on the internet sites for the Government of Guam,
13 Governor of Guam, and Department of Revenue and Taxation.

14    **SO ORDERED**.



**/s/ Frances M. Tydingco-Gatewood**
   **Chief Judge**
**Dated: Jun 25, 2007**