SHIMIZU CANTO & FISHER
Suite 101 Dela Corte Building
167 East Marine Corps Drive
Hagåtña, Guam 96910
671.472.1131

TOUSLEY BRAIN STEPHENS PLLC
Kim D. Stephens, P.S., *Pro Hac Vice*
Nancy A. Pacharzina, *Pro Hac Vice*
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
206.682.5600

*Attorneys for Plaintiffs Mary Grace Simpao,
Christina Naputi and Janice Cruz*

FILED
DISTRICT COURT OF GUAM
JUN 29 2007
MARY L.M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| MARY GRACE SIMPAO, CHRISTINA NAPUTI, and JANICE CRUZ, on behalf of themselves and a class of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOVERNMENT OF GUAM,<br><br>Defendant,<br><br>vs.<br><br>FELIX P. CAMACHO, Governor of Guam,<br><br>Intervenor-Defendant. | CASE NO. CV04-00049<br>CASE NO. CV04-00006<br><br>DECLARATION OF JAMES L. CANTO IN SUPPORT OF REPLY TO OPPOSITION TO SIMPAO PLAINTIFFS' APPLICATION FOR ATTORNEYS' FEES AND COSTS |

I, James L. Canto II, declare as follows:

1. If I called to testify in this matter, I will declare and state that the following is true and correct to the best of my knowledge;

DECLARATION OF JAMES L. CANTO IN SUPPORT OF REPLY
TO OPPOSITION TO SIMPAO PLAINTIFFS' APPLICATION FOR
ATTORNEYS' FEES AND COSTS – PAGE 1

ORIGINAL

2. I am a partner in the law firm of Shimizu Canto & Fisher. This firm, together with the law firm of Tousley Brain Stephens PLLC, represent Plaintiffs Simpao et al. in this matter;

3. "Exhibit A" appended hereto is a true and correct copy of a letter from Thomas J. Fisher of Van de veld Shimizu Canto & Fisher sent to Ms. Kathleen V. Fisher and Mr. Daniel M. Benjamin of Calvo & Clark LLP, with attachments, dated January 5, 2007, and bearing the receipt stamps of Calvo & Clark LLP, The Law Offices of Phillips & Bordallo, and Lujan Aguigui & Perez LLP;

3. "Exhibit B" appended hereto is a true and accurate copy of the *Declaration Of Nancy A. Pacharzina In Support Of Application For Attorneys' Fees And Reimbursement Of Costs*, transmitted to me via e-mail message in pdf format from Tousley Brain Stephens PLLC, and bearing the signature I recognize as being that of Nancy A. Pacharzina. The original ink-signed version of this document is currently on route by Federal Express for filing;

4. "Exhibit C" appended hereto is a true and accurate copy of the *Declaration Of Jonathan D. Selbin*, transmitted to me via e-mail message in pdf format from Tousley Brain Stephens PLLC, and bearing a signature presumed to be that of Jonathan D. Selbin. The original ink-signed version of this document is currently on route by Federal Express for filing;

I declare under penalty of perjury under the laws of the United States and the Territory of Guam that the foregoing is true and correct to the best of my knowledge and understanding.

Executed this 29TH day of June 2007.

_____
JAMES L. CANTO II

DECLARATION OF JAMES L. CANTO IN SUPPORT OF REPLY
TO OPPOSITION TO SIMPAO PLAINTIFFS' APPLICATION FOR
ATTORNEYS' FEES AND COSTS - PAGE 2

Case 1:04-cv-00006   Document 439   Filed 06/29/2007   Page 2 of 10

# VAN DE VELD SHIMIZU CANTO FISHER

## ATTORNEYS AT LAW

CURTIS C. VAN DE VELD  
JAMES L. CANTO II

NAOKO G. SHIMIZU  
THOMAS J. FISHER

January 5th, 2007

Ms. Kathleen V. Fisher, Esq.
Mr. Daniel M. Benjamin, Esq.
Calvo & Clark LLP
Suite 202 655 S. Marine Corps Dr.
Tamuning, Guam 96913



RECEIVED
JAN 05 2007
CALVO & CLARK LLP
By: ___

Via: <u>Facsimile transmission and hand delivery</u>

Dear Kathy and Dan,

Attached to this letter are some proposed modifications to the *Santos III* Settlement (hereinafter the "Settlement"). Some require an additional contribution from the Government in exchange for the Class' currently proposed compromise of claims. Some have (or are intended to have) little to no economic impact on the Government. All of the proposed changes increase the benefits of the Settlement to the Class. They also increase the likelihood the settlement will receive preliminary and final approval from the Court – a potential benefit to both your client and ours.

Please let us know if your client will consider (assuming the *Santos* and *Torres* Plaintiffs also agree), incorporating any of these changes to the revised settlement agreement you plan to submit to the Court on Monday. This request does not constitute a waiver of, and the *Simpao* Plaintiffs expressly reserve, their right to object to the *Santos III* Settlement with or without incorporation of any of the proposed improvements. We hope to ultimately increase overall compensation, however we assume the Government is not so inclined.

Sincerely,

Thomas J. Fisher

THE LAW OFFICES OF
PHILLIPS & BORDALLO

RECEIVED BY: ___
DATE: 1/5/07
TIME: 2:35

cc: Michael F. Phillips, Esq., counsel for plaintiff Santos
   Peter C. Perez, Esq., counsel for plaintiff Torres

SUITE 101 DE LA CORTE BUILDING · 167 EAST MARINE CORPS DRIVE · HAGÅTÑA, GUAM 96910
PHONE (671) 472-1131 · FAX (671) 472-2886

EXHIBIT A

## *Simpao* Plaintiffs' Proposed Modifications
## To the *Santos III* Settlement Agreement

### I. Proposed Changes with an Economic Impact

#### A. Additional Term Regarding Offsets to be applied to EIC claims

The Government will waive interest payments on all offsets for which it has authority to do so.

Benefit: Eliminates zero netting unfairness

#### B. Increase Amount Paid for Tax Year 2000

The Government will make $15 million available to pay EIC claims for tax year 2000

Benefit: Eliminates unfairness of under compensating tax year 2000 in light of the fact these claims are not potentially time barred under *American Pipe.*

### II. Proposed Changes Intended to Have No Economic Impact to the Government But Which Will Provide an Enhanced Benefit to the Class

#### A. Additional Term Regarding Validity of the Federal EIC

The Government acknowledges the federal EIC applies to Guam pursuant to the mirroring provisions of the Organic Act.

Benefit – Ensures legality of all payments especially payments for future class years and therefore increases chances for settlement approval

#### B. Deletion of Pre-Approval Payments for 1997 and 1998

Benefit: Eliminates unnecessary risk settlement will not be approved and risk of legality.

### III. Changed Terms Regarding Amounts Made Available for Each Tax Year

The government will make the following amounts available for each of tax years 1995, 1996 and 1998-2004 for a total of $92.2M. Once all claims for a given tax year are filed the government will pay each claimant its pro rata share of the amount available for that

SUITE 101 DE LA CORTE BUILDING · 167 EAST MARINE CORPS DRIVE · HAGÅTÑA, GUAM 96910 · PHONE (671)472-1131 · FAX (671)472-2886

Case 1:04-cv-00006    Document 439    Filed 06/29/2007    Page 4 of 10

tax year up to 100% of the value of the claim based on principal plus interest due. Terms regarding roll over of unclaimed funds to the next tax year remain the same.

| Tax Year | Settlement Amount |
|---|---|
| 1995 | $14,284,613 |
| 1996 | $13,226,805 |
| 1997 | *Separately funded* |
| 1998 | $11,384,593 |
| 1999 | $10,503,065 |
| 2000 | $9,602,866 |
| 2001 | $8,960,338 |
| 2002 | $8,462,645 |
| 2003 | $8,089,293 |
| 2004 | $7,711,259 |
| **Total** | **$92,225,477** |

Benefit: Minimizes conflicts between Tax Years; eliminates under compensation of tax year 2000.

### IV. Agree to respond to discovery on issues relevant to settlement approval.

Benefit: Increases validity of settlement agreement and chances for approval.

Suite 101 De La Corte Building · 167 East Marine Corps Drive · Hagåtña, Guam 96910 · Phone (671)472-1131 · Fax (671)472-2886

Case 1:04-cv-00006   Document 439   Filed 06/29/2007   Page 5 of 10

SHIMIZU CANTO & FISHER
Suite 101 De La Corte Bldg.
167 East Marine Corps Drive
Hagåtña, Guam 96910
671.472.1131

TOUSLEY BRAIN STEPHENS PLLC
Kim D. Stephens, P.S., *Pro Hac Vice*
Nancy A. Pacharzina, *Pro Hac Vice*
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
206.682.5600

*Attorneys for Plaintiffs Mary Grace Simpao, Christina Naputi and Janice Cruz*

DISTRICT COURT OF GUAM
TERRITORY OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS et al., Plaintiffs, vs. FELIX A. CAMACHO et al., Defendants. | In the consolidated cases of: Case No. CV04-00006 |
| CHARMAINE R. TORRES et al., Plaintiffs, vs. GOVERNMENT OF GUAM, et al., Defendants. | Case No. CV04-00038 |
| MARY GRACE SIMPAO *et al.*, Plaintiffs, v. GOVERNMENT OF GUAM, Defendant, vs. FELIX P. CAMACHO, Governor of Guam, Intervenor-Defendant. | Case No. CV04-00049 DECLARATION OF NANCY A. PACHARZINA IN SUPPORT OF APPLICATION FOR ATTORNEYS' FEES AND REIMBURSEMENT OF COSTS |

1. My name is Nancy A. Pacharzina. I am one of the attorneys representing Mary Grace Simpao and Janice Cruz. I have personal knowledge of the matters stated herein and I am competent to testify about these matters at a trial or hearing.

DECLARATION OF NANCY A. PACHARZINA IN SUPPORT
OF APPLICATION FOR ATTORNEYS' FEES AND
REIMBURSEMENT OF COSTS - 1
4162/001/207050.1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

EXHIBIT B

2. On the morning of Thursday June 21, 2007 in Guam (the afternoon of June 20th in Seattle) I had a telephone conversation with Daniel Benjamin, counsel for the Government of Guam.

3. I told him that although the Motion for Final Approval stated a proof of notice had been filed with the Court, we had seen no such filing. I also asked him if the Government had any further information regarding the representation that 54,000 claims had been made in response to the notice of the settlement.

4. My co-counsel have informed me that later that same day at 3:11 p.m. the Government served and filed the Declaration of John P. Camacho in Support of Motion for Final Approval of Class Action Settlement Agreement, which provided the information I had requested, i.e., proof that notice of the proposed settlement had been made and some limited data on the EIC claims that have been made.

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the forgoing statements are true.

Dated this 26th day of June, 2007 in Seattle, Washington

_____
Nancy A. Pacharzina

DECLARATION OF NANCY A. PACHARZINA IN SUPPORT
OF APPLICATION FOR ATTORNEYS' FEES AND
REIMBURSEMENT OF COSTS - 2
4162/001/207050.1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

Case 1:04-cv-00006   Document 439   Filed 06/29/2007   Page 7 of 10

VAN DE VELD SHIMIZU CANTO & FISHER
Suite 101 Dela Corte Building
167 East Marine Corps Drive
Hagåtña, Guam 96910
671.472.1131

TOUSLEY BRAIN STEPHENS PLLC
Kim D. Stephens, P.S., *Pro Hac Vice*
Nancy A. Pacharzina, *Pro Hac Vice*
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
206.682.5600

*Attorneys for Plaintiffs Mary Grace Simpao, Christina Naputi and Janet Cruz*

DISTRICT COURT OF GUAM TERRITORY OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, *et al.*, | CASE NO. CV04-00006 |
| Petitioners, | |
| v. | DECLARATION OF JONATHAN D. SELBIN |
| FELIX P. CAMACHO, *et al.*, | |
| Respondents, | |
| CHARMAINE R. TORRES, *et al.*, | CASE NO. CV04-00038 |
| Plaintiffs, | |
| v. | |
| GOVERNMENT OF GUAM, *et al.*, | |
| Defendant. | |

| | |
|---|---|
| MARY GRACE SIMPAO, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GOVERNMENT OF GUAM, <br><br> Defendant. | CASE NO. CV04-00049 |

I, JONATHAN D. SELBIN, declare as follows:

1. I am a member of the law firm of Lieff, Cabraser, Heimann & Bernstein, LLP ("LCHB"). I am a member in good standing of the bars of the States of California and New York, and the bar of the District of Columbia, as well as numerous federal district and appellate courts. I have personal knowledge of the facts set forth in this declaration, and could testify competently to them if called upon to do so.

2. LCHB is a national law firm with offices in San Francisco, New York, and Nashville. LCHB's practice focuses on complex and class action litigation involving product liability, consumer, employment, financial, securities, environmental, and personal injury matters.

3. I am a 1993 graduate of Harvard Law School. Following my graduation from law school, I clerked for the Honorable Marilyn Hall Patel in the Northern District of California from 1993 to 1995. I have worked exclusively at LCHB since the fall of 1995 to the present, in the capacities of associate and partner.

4. During my twelve years of practice, I have focused my work exclusively on class action litigation, primarily in the fields of product defect and consumer fraud. In the course of my work, I have been involved in well over a dozen of LCHB's applications for awards of attorneys fees and costs in class action litigation.

5. Based upon my experience, I am familiar with the rates typically charged by class counsel and approved by courts in such cases, and in particular, rates typically charged and approved by courts (both federal and state) in the San Francisco Bay area. Based upon that

experience, it is my opinion that the rates set forth in [NAME OF CASE] cited by defendant in this litigation are well below those typically charged by experienced class counsel in the San Francisco Bay area.

6. I am a member of my firm's Executive Committee, which periodically updates LCHB's billing rates. The last time such rates were updated was January 1, 2007. The updates are based upon publicly available market survey data, cases in which courts have approved billing rates of our firm and comparable class action firms in class litigation, and the rates that are negotiated and paid by our sophisticated hourly clients.

7. As a mid-level partner, my own current billing rate is $575 per hour. The remainder of our rates can be summarized as follows:

> Senior Partner - $650 to $775/hr
>
> Junior Partner - $415 to $475/ hr
>
> Senior Associate - $380 to $410/hr
>
> First Year Associate - $295/hr

8. LCHB's rates have repeatedly been approved by courts, and I am aware of no case in which they were *not* approved.

I declare under penalty of perjury under the laws of Guam and the United States that the foregoing is true and correct.

Executed this 26th day of June, 2007 at New York, New York.

JONATHAN D. SELBIN

Page 3

701547.1

Case 1:04-cv-00006    Document 439    Filed 06/29/2007    Page 10 of 10