[Appearing Counsel on next page]

FILED
DISTRICT COURT OF GUAM
JUN 29 2007
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, *et. al.*, <br><br> Petitioners, <br><br> -v- <br><br> FELIX P. CAMACHO, *et. al.* <br><br> Respondents. | Civil Case No. 04-00006 <br><br> **STIPULATION FOR EXTENSION OF DEADLINE FOR REPLIES TO ATTORNEY'S FEES MOTIONS** <br><br> **CLASS ACTION** <br><br> Civil Case No. 04-00038 |
| CHARMAINE R. TORRES, *et al.*, <br><br> Plaintiffs, <br><br> -v- <br><br> GOVERNMENT OF GUAM, *et al.*, <br><br> Defendants. | Civil Case No. 04-00049 |
| MARY GRACE SIMPAO, *et al.*, <br><br> Plaintiffs, <br><br> -v- <br><br> GOVERNMENT OF GUAM, <br><br> Defendant. <br><br> -v- <br><br> FELIX P. CAMACHO, Governor of Guam, <br><br> Intervenor-Defendant. | |

**SHANNON TAITANO, ESQ.**
**OFFICE OF THE GOVERNOR OF GUAM**
Ricardo J. Bordallo Governor's Complex
Adelup, Guam 96910
Telephone: (671) 472-8931
Facsimile: (671) 477-4826

**EDUARDO A. CALVO, ESQ.**
**RODNEY J. JACOB, ESQ.**
**DANIEL M. BENJAMIN, ESQ.**
**CALVO & CLARK, LLP**
Attorneys at Law
655 South Marine Drive, Suite 202
Tamuning, Guam 96913
Telephone: (671) 646-9355
Facsimile: (671) 646-9403
Attorneys for *Felix P. Camacho, Governor of Guam*

**RAWLEN M.T. MANTANONA**
**CABOT MANTANONA LLP**
BankPacific Buiding, 2nd Floor
825 S. Marine Corps Drive
Telephone: (671) 646-2001
Facsimile: (671) 646-0777
Attorneys for Respondents *Lourdes M. Perez and Artemio R. Ilagan*

**MICHAEL F. PHILLIPS**
**PHILLIPS & BORDALLO, P.C.**
410 West O'Brien Drive
Hagatña, Guam 96910
Telephone: (671) 477-2223
Facsimile: (671) 477-2329
Interim Class Counsel and Attorneys for Petitioner *Julie Babauta Santos*

**IGNACIO C. AGUIGUI**
**PETER C. PEREZ**
**LUJAN AGUIGUI & PEREZ LLP**
300 Pacific News Building
Hagatña, Guam 96910
Telephone: (671) 477-8064
Facsimile: (671) 477-5297
Attorneys for Plaintiff *Charmaine R. Torres*

# STIPULATION

The undersigned stipulate that the deadline for replies to the attorneys' fees motions currently set for June 29, 2007, shall be extended to July 26, 2007.

SO STIPULATED.

Respectfully submitted this 29th day of June, 2007.

**OFFICE OF THE GOVERNOR OF GUAM**
**CALVO & CLARK, LLP**
Attorneys for Respondent Felix P. Camacho,
Governor of Guam

By: *[signature]*
~~DANIEL BENJAMIN, ESQ.~~
Jaralynn C. Damian

**CABOT MANTANONA LLP**
Attorneys for Respondents Lourdes M. Perez
and Artemio B. Ilagan

By: *[signature]*
RAWLEN M.T. MANTANONA, ESQ.
Raymond Souza

**SHIMIZU CANTO & FISHER**
Attorneys for *Simpao* Plaintiffs

By: *[signature]*
JAMES L. CANTO, II, ESQ.

**PHILLIPS & BORDALLO, P.C.**
Interim Class Counsel & Attorneys for
Petitioner Julie Babauta Santos

By: *[signature]*
MICHAEL F. PHILLIPS, ESQ.

**LUJAN AGUIGUI & PEREZ LLP**
Attorneys for Plaintiff Charmaine R. Torres

By: *[signature]*
IGNACIO C. AGUIGUI, ESQ.