FILED
DISTRICT COURT OF GUAM
JUN 29 2007
MARY L.M. MORAN
CLERK OF COURT

Attorneys for Petitioners

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, et. al.,<br><br>    Petitioners,<br> -v-<br>FELIX P. CAMACHO, et. al.<br><br>    Respondents. | Civil Case No. 04-00006<br><br>**CERTIFICATE OF SERVICE**<br><br>Civil Case No. 04-00038 |
| CHARMAINE R. TORRES, et al.,<br><br>    Plaintiffs,<br> -v-<br>GOVERNMENT OF GUAM, et al.,<br><br>    Defendants. | Civil Case No. 04-00049 |
| MARY GRACE SIMPAO, et al.,<br><br>    Plaintiffs,<br> -v-<br>GOVERNMENT OF GUAM,<br><br>    Defendant.<br> -v-<br>FELIX P. CAMACHO, Governor of Guam,<br><br>    Intervenor-Defendant. | |

I, Michael F. Phillips, hereby state that on the 29th day of June 2007, I caused to be served via hand delivery a Stipulation for Extension of Deadline for Replies to Attorney's Fees Motions and [Proposed] Order for Extension of Deadline for Replies to Attorney's Fees Motions on the following counsel of record at their address:

*Calvo and Clark, LLP*
Attorneys at Law
655 South Marine Drive, Suite 202
Tamuning, Guam 96912
**Attorneys for Felix P. Camacho,
Felix P. Camacho, Governor of Guam**

**Cabot Mantanona LLP**
BankPacific Building 2nd Fl.
825 S. Marine Corps Drive
Tamuning, Guam 96910
**Attorneys for Lourdes M. Perez
and Artemio R. Ilagan**

**SHIMIZU CANTO & FISHER**
Suite 101 De la Corte Bldg.
167 Eash Marine Corps Drive
Hagåtña, Guam 96910
**Attorney for Interested Parties:
Mary Grace Simpao, et al.**

**LUJAN UNPINGCO AGUIGUI PEREZ**
Suite 300 Pacific News Building
238 Archbishop Flores Street
Hagåtña, Guam 96910
**Attorneys for Interested Parties:
Charmaine R. Torres et al.**

Shannon Taitano, Esq.
Office of the Governor of Guam
Ricardo J. Bordallo Governor's Complex
Adelup, Guam

Dated this 29TH day of June 2007.

PHILLIPS & BORDALLO, P.C.
Attorneys for Petitioners
Interim Class Counsel

By: _____
Michael F. Phillips