| | |
|---|---|
| 1<br>2<br>3 | SHIMIZU CANTO & FISHER<br>Suite 101 De La Corte Bldg.<br>167 East Marine Corps Drive<br>Hagåtña, Guam 96910<br>671.472.1131 |
| 4<br>5<br>6 | TOUSLEY BRAIN STEPHENS PLLC<br>Kim D. Stephens, P.S., *Pro Hac Vice*<br>Nancy A. Pacharzina, *Pro Hac Vice*<br>1700 Seventh Avenue, Suite 2200<br>Seattle, Washington 98101<br>206.682.5600 |

**FILED**
DISTRICT COURT OF GUAM

JUL 02 2007

MARY L.M. MORAN
CLERK OF COURT

*Attorneys for Plaintiffs Mary Grace Simpao, Christina Naputi and Janice Cruz*

## DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS et al.,<br>    Plaintiffs,<br>vs.<br>FELIX A. CAMACHO et al.,<br>    Defendants. | In the consolidated cases of:<br><br>Case No. CV04-00006 |
| CHARMAINE R. TORRES et al.,<br>    Plaintiffs,<br>vs.<br>GOVERNMENT OF GUAM, et al.,<br>    Defendants. | Case No. CV04-00038 |
| MARY GRACE SIMPAO *et al.*,<br>    Plaintiffs,<br>v.<br>GOVERNMENT OF GUAM,<br>    Defendant,<br>vs.<br>FELIX P. CAMACHO, Governor of Guam,<br>    Intervenor-Defendant. | Case No. CV04-00049<br>DECLARATION OF SERVICE |

**ORIGINAL**

I, Won Sang Yoon, certify that I served a court-filed copy of the following documents:

-- Declaration of James L. Canto in Support of Reply to Simpao Plaintiffs' Application for Attorneys' Fees and Reimbursement of Costs

-- Simpao Plaintiffs' Reply in Support of Application for Attorneys' Fees and Reimbursement of Costs

upon the following individuals or entities on June 29, 2007, via hand delivery at the following addresses:

Counsel for Petitioner
   Charmaine Torres
Peter C. Perez, Esq.
Lujan, Aguigui & Perez, LLP
Pacific News Bldg., Ste. 300
238 Archbishop Flores St.
Hagatna, Guam 96910

Counsel for Respondent
   Felix P. Camacho
Daniel M. Benjamin, Esq.
Calvo & Clark, LLP
655 S. Marine Corps Drive, Ste. 202
Tamuning, Guam 96913

Counsel for Respondent
   Felix P. Camacho
Shannon Taitano, Esq.
Office of the Governor of Guam
Governor's Complex
East Marine Corps Drive
Adelup, Guam 96910

Counsel for Respondents
   Artemio Ilagan and Lourdes Perez
Rawlen M.T. Mantanona, Esq.
Cabot Mantanona LLP
BankPacific Building, 2nd Floor
825 South Marine Corps Drive
Tamuning, Guam 96913

Counsel for Petitioner
   Julie Babauta Santos
Michael F. Phillips, Esq.
Phillips & Bordallo, P.C.
410 West O'Brien Drive
Hagatna, Guam 96910

Respectfully submitted this _____

_____
WON SANG YOON