FILED
DISTRICT COURT OF GUAM
JUL 03 2007
MARY L.M. MORAN
CLERK OF COURT

*Counsel appearing on following page*

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, *et al.*, <br><br> Petitioners, <br><br> v. <br><br> FELIX P. CAMACHO, *et al.*, <br><br> Respondents, | CASE NO. CV04-00006 <br><br> DECLARATION OF JONATHAN D. SELBIN IN SUPPORT OF THE SIMPAO PLAINTIFFS' APPLICATION FOR ATTORNEYS' FEES AND REIMBURSEMENT OF COSTS |
| CHARMAINE R. TORRES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GOVERNMENT OF GUAM, *et al.*, <br><br> Defendant. | CASE NO. CV04-00038 |
| MARY GRACE SIMPAO, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GOVERNMENT OF GUAM, <br><br> Defendant. | CASE NO. CV04-00049 |

ORIGINAL

SHIMIZU CANTO & FISHER
Suite 101 De La Corte Bldg.
167 East Marine Corps Drive
Hagåtña, Guam 96910
671.472.1131

TOUSLEY BRAIN STEPHENS PLLC
Kim D. Stephens, P.S., *Pro Hac Vice*
Nancy A. Pacharzina, *Pro Hac Vice*
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
206.682.5600

*Attorneys for Objectors Mary Grace Simpao and Janet Cruz*

I, JONATHAN D. SELBIN, declare as follows:

1. I am a member of the law firm of Lieff, Cabraser, Heimann & Bernstein, LLP ("LCHB"). I am a member in good standing of the bars of the States of California and New York, and the bar of the District of Columbia, as well as numerous federal district and appellate courts. I have personal knowledge of the facts set forth in this declaration, and could testify competently to them if called upon to do so.

2. LCHB is a national law firm with offices in San Francisco, New York, and Nashville. LCHB's practice focuses on complex and class action litigation involving product liability, consumer, employment, financial, securities, environmental, and personal injury matters.

3. I am a 1993 graduate of Harvard Law School. Following my graduation from law school, I clerked for the Honorable Marilyn Hall Patel in the Northern District of California from 1993 to 1995. I have worked exclusively at LCHB since the fall of 1995 to the present, in the capacities of associate and partner.

4. During my twelve years of practice, I have focused my work exclusively on class action litigation, primarily in the fields of product defect and consumer fraud. In the course of my work, I have been involved in well over a dozen of LCHB's applications for awards of attorneys fees and costs in class action litigation.

5. Based upon my experience, I am familiar with the rates typically charged by class counsel and approved by courts in such cases, and in particular, rates typically charged and approved by courts (both federal and state) in the San Francisco Bay area. Based upon that experience, it is my opinion that the rates set forth in *Young v. Polo Retail, LLC*, 2007 WL 951821, *5 (N.D. Cal. 2007) the case cited by the Government in this litigation are well below those typically charged by experienced class counsel in the San Francisco Bay area.

6. I am a member of my firm's Executive Committee, which periodically updates LCHB's billing rates. The last time such rates were updated was January 1, 2007. The updates are based upon publicly available market survey data, cases in which courts have approved billing rates of our firm and comparable class action firms in class litigation, and the rates that are negotiated and paid by our sophisticated hourly clients.

7. As a mid-level partner, my own current billing rate is $575 per hour. The remainder of our rates can be summarized as follows:

   Senior Partner - $650 to $775/hr

   Junior Partner - $415 to $475/ hr

   Senior Associate - $380 to $410/hr

   First Year Associate - $295/hr

8. LCHB's rates have been repeatedly been approved by courts, and I am aware of no case in which they were *not* approved.

I declare under penalty of perjury under the laws of New York and the United States of America that the foregoing is true and correct.

Executed this 27th day of June, 2007 at New York, New York.

/s/ JONATHAN D. SELBIN