SHIMIZU CANTO & FISHER
Suite 101 De La Corte Bldg.
167 East Marine Corps Drive
Hagåtña, Guam 96910
671.472.1131

TOUSLEY BRAIN STEPHENS PLLC
Kim D. Stephens, P.S., *Pro Hac Vice*
Nancy A. Pacharzina, *Pro Hac Vice*
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
206.682.5600

*Attorneys for Plaintiffs Mary Grace Simpao, Christina Naputi and Janice Cruz*

FILED
DISTRICT COURT OF GUAM
JUL 03 2007
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM
TERRITORY OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS et al., Plaintiffs, vs. FELIX A. CAMACHO et al., Defendants. | In the consolidated cases of: Case No. CV04-00006 |
| CHARMAINE R. TORRES et al., Plaintiffs, vs. GOVERNMENT OF GUAM, et al., Defendants. | Case No. CV04-00038 |
| MARY GRACE SIMPAO et al., Plaintiffs, v. GOVERNMENT OF GUAM, Defendant, vs. FELIX P. CAMACHO, Governor of Guam, Intervenor-Defendant. | Case No. CV04-00049 DECLARATION OF NANCY A. PACHARZINA IN SUPPORT OF APPLICATION FOR ATTORNEYS' FEES AND REIMBURSEMENT OF COSTS |

1. My name is Nancy A. Pacharzina. I am one of the attorneys representing Mary Grace Simpao and Janice Cruz. I have personal knowledge of the matters stated herein and I am competent to testify about these matters at a trial or hearing.

DECLARATION OF NANCY A. PACHARZINA IN SUPPORT
OF APPLICATION FOR ATTORNEYS' FEES AND
REIMBURSEMENT OF COSTS - 1
4162/001/207050.1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

2. On the morning of Thursday June 21, 2007 in Guam (the afternoon of June 20th in Seattle) I had a telephone conversation with Daniel Benjamin, counsel for the Government of Guam.

3. I told him that although the Motion for Final Approval stated a proof of notice had been filed with the Court, we had seen no such filing. I also asked him if the Government had any further information regarding the representation that 54,000 claims had been made in response to the notice of the settlement.

4. My co-counsel have informed me that later that same day at 3:11 p.m. the Government served and filed the Declaration of John P. Camacho in Support of Motion for Final Approval of Class Action Settlement Agreement, which provided the information I had requested, i.e., proof that notice of the proposed settlement had been made and some limited data on the EIC claims that have been made.

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the forgoing statements are true.

Dated this 26th day of June, 2007 in Seattle, Washington

_Nancy A. Pacharzina_

DECLARATION OF NANCY A. PACHARZINA IN SUPPORT
OF APPLICATION FOR ATTORNEYS' FEES AND
REIMBURSEMENT OF COSTS - 2
4162/001/207050.1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 FAX 206.682.2992