SHANNON TAITANO, ESQ.
OFFICE OF THE GOVERNOR OF GUAM
Ricardo J. Bordallo Governor's Complex
Adelup, Guam 96910
Telephone: (671) 472-8931
Facsimile: (671) 477-6666

EDUARDO A. CALVO, ESQ.
KATHLEEN V. FISHER, ESQ.
RODNEY J. JACOB, ESQ.
DANIEL M. BENJAMIN, ESQ.
CALVO & CLARK, LLP
Attorneys at Law
655 South Marine Corps Drive, Suite 202
Tamuning, Guam 96913
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

*Attorneys for the Government of Guam
and Felix P. Camacho, Governor of Guam*

**FILED**
DISTRICT COURT OF GUAM
JUL 26 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, et. al., <br><br> Petitioners, <br><br> -v- <br><br> FELIX P. CAMACHO, etc., et. al. <br><br> Respondents. | CIVIL CASE NO. 04-00006 <br> (Consolidated with Civil Case Nos. 04-00038 and 04-00049) <br><br> **THE GOVERNOR AND GOVERNMENT OF GUAM'S MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF MOTION FOR FINAL APPROVAL OF SETTLEMENT AND RESPONSE TO *SIMPAO* PLAINTIFFS' OBJECTIONS IN EXCESS OF TWENTY PAGES** <br><br> [No Oral Argument Requested] |

**ORIGINAL**

## MOTION FOR LEAVE TO EXCEED TWENTY PAGES

Respondents the Governor and the Government of Guam, through their counsel, Calvo & Clark, LLP, respectfully moves this Court for leave to file The Governor and Government of Guam's Reply in Support of Motion for Final Approval of Settlement and Response to *Simpao* Plaintiffs' Objections, pursuant to District Court of Guam Local Court Rule LR 7.1(g). This motion is supported by the following Memorandum of Points and Authorities, the documents and pleadings on file, and such other further evidence as would please the Court to allow for submission.

## MEMORANDUM OF POINTS AND AUTHORITIES

Defendant respectfully seeks permission to file with this Court a memorandum not to exceed 35 pages in length in reply in support of the Governor's and the Government of Guam's motion for final settlement approval and in response to *Simpao* Plaintiffs' objections. Respondents' memorandum must cover issues of notice, claim value, fairness and compliance with the Organic Act. Given these issues and the complex nature of this case, Respondents submit that a memorandum of this length is necessary to fully address the issues raised in opposition to the motion and the objections raised by the *Simpao* plaintiffs.

Dated this 26th day of July, 2007.

OFFICE OF THE GOVERNOR OF GUAM
CALVO & CLARK, LLP
Attorneys at Law
*Attorneys for the Government of Guam
and Felix P. Camacho, Governor of Guam*

By: _____
**DANIEL M. BENJAMIN**

*CIVIL CASE NO. 04-00006*          {G0023873.DOC;1} 1
*(Consolidated with Civil Case Nos. 04-00038 and 04-00049)*
Case 1:04-cv-00006    Document 447    Filed 07/26/2007    Page 2 of 2