SHANNON TAITANO, ESQ.
OFFICE OF THE GOVERNOR OF GUAM
Ricardo J. Bordallo Governor's Complex
Adelup, Guam 96910
Telephone: (671) 472-8931
Facsimile: (671) 477-4826

EDUARDO A. CALVO, ESQ.
KATHLEEN V. FISHER, ESQ.
RODNEY J. JACOB, ESQ.
DANIEL M. BENJAMIN, ESQ.
CALVO & CLARK, LLP
Attorneys at Law
655 South Marine Corps Drive, Suite 202
Tamuning, Guam 96913
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

*Attorneys for the Government of Guam
and Felix P. Camacho, Governor of Guam*

FILED
DISTRICT COURT OF GUAM
JUL 26 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, et. al., <br><br> Petitioners, <br><br> -v- <br><br> FELIX P. CAMACHO, etc., et. al. <br><br> Respondents. | CIVIL CASE NO. 04-00006 <br> (Consolidated with Civil Case Nos. 04-00038 and 04-00049) <br><br> **DECLARATION OF LOURDES M. PEREZ IN SUPPORT OF THE GOVERNOR'S AND GOVERNMENT OF GUAM'S REPLY IN SUPPORT OF MOTION FOR FINAL APPROVAL OF SETTLEMENT AND RESPONSE TO *SIMPAO* PLAINTIFFS' OBJECTIONS** |

ORIGINAL

I, Lourdes M. Perez, hereby declare and state as follows:

1. I am the Director of the Department of Administration ("DOA"). I make this declaration on personal knowledge and based upon my knowledge of the official records on file with the Department of Administration. If called as a witness, I could and would testify competently as follows.

2. As of the end of FY 2006, the total cumulative General Fund deficit for the Government of Guam is $524,078,360 based on its audited financials.

3. As I certified in signing the Settlement on January 8, 2007, $10 million of the $90 million settlement payment was already in the account created pursuant to Chapters 50 and 51 of 11 G.C.A. Since then, as I have certified in my reports to this Court, an additional $3,395,623.15 has been reserved for the Settlement as of June 30, 2007. Thus, the total amount that has been reserved for the $90 million payments stands at $13,395,623.15 as of June 30, 2007, of which $8,233,851.46 was already paid to the Class.

I swear under penalty of perjury under the laws of the Territory of Guam and the United States of America that the forgoing is true and correct.

Executed on this 26th day of July in Tamuning, Guam.

_____
**LOURDES M. PEREZ**