**SHANNON TAITANO, ESQ.**
**OFFICE OF THE GOVERNOR OF GUAM**
Ricardo J. Bordallo Governor's Complex
Adelup, Guam 96910
Telephone: (671) 472-8931
Facsimile: (671) 477-4826

**EDUARDO A. CALVO, ESQ.**
**KATHLEEN V. FISHER, ESQ.**
**RODNEY J. JACOB, ESQ.**
**DANIEL M. BENJAMIN, ESQ.**
**CALVO & CLARK, LLP**
Attorneys at Law
655 South Marine Corps Drive, Suite 202
Tamuning, Guam 96913
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

*Attorneys for the Government of Guam*
*and Felix P. Camacho, Governor of Guam*

FILED
DISTRICT COURT OF GUAM
JUL 26 2007 mba
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

JULIE BABAUTA SANTOS, et. al.,

Petitioners,

-v-

FELIX P. CAMACHO, etc., et. al.

Respondents.

CIVIL CASE NO. 04-00006
(Consolidated with Civil Case Nos. 04-00038 and 04-00049)

**DECLARATION OF JOHN P. CAMACHO IN SUPPORT OF THE GOVERNOR'S AND GOVERNMENT OF GUAM'S REPLY IN SUPPORT OF MOTION FOR FINAL APPROVAL OF SETTLEMENT AND RESPONSE TO *SIMPAO* PLAINTIFFS' OBJECTIONS**

ORIGINAL

I, John P. Camacho, hereby declare and state as follows:

1. I am the Deputy Director of the Department of Revenue and Taxation ("DRT"). I make this declaration on personal knowledge and based upon my knowledge of the official records on file with DRT. If called as a witness, I could and would testify competently as follows.

2. I have overseen DRT's compliance with the class action settlement of the *Santos* and *Torres* actions. Attached hereto as Exhibit "A" is a true and correct copy of DRT's latest calculations as to the number of claims filed and, as to claims processed, their value. DRT has now completed processing of all years except 2004, and is close to completion for that year. The total number of claims per year reflects a pattern I have observed ever since the Governor authorized the filing of EIC-GU forms under Executive Order 2005-001, with the most claims have been filed for the most recent tax year covered (2004) and with participation dropping off every year thereafter (not including 1998) at a gradual rate until the lowest number is reached as to the oldest year (1995).

3. In determining the mailing list for the class notice, DRT utilized its most recent known addresses in its computer system. DRT receives new tax returns and/or change of address forms every day of the week it is open. These are entered into the system as soon as is possible. But new tax returns and/or change of address forms continue to be submitted, and so, in generating the mailing list, there had to be a cut-off date for the list that utilized the most recent information as of that date.

4. Taxpayer information such as their social security number is confidential. DRT thus could not give that information to a third party to search consumer databases for other possible addresses of taxpayers. Nor could DRT send taxpayer information to addresses of

dubious accuracy. That is why only taxpayers or their authorized representatives can change their address on file with DRT.

5. It is not practical to supply an estimate of what the total offsets that will apply to the class members is because the exact amount of offsets cannot be known until claims are being paid out. When the Government is ready to issue a tax refund, it performs a check for offsets owing. So until a particular EIC "refund" is ready to be paid under the Settlement, no check for offsets is made. Further, to attempt an estimate now would not produce reliable results. Assuming that a taxpayer owed an offset as of today, that does not mean they will still owe that offset when their check issues. They might well pay the back obligation in the interim. Or an ordinary tax refund for say, 2004, might be processed first and completely satisfy the offset, such that by the time the EIC payment is ready, no offset is left owing. That is why DRT has not attempted such a calculation.

6. In my experience as Deputy DRT Director, there are three basic factors that may affect how many valid claims for the EIC are filed each year, and the dollar value of such claims – what the current EIC thresholds for qualifications were each year, what the maximum EIC rates were for each year, and how many tax filers there were each year.

7. As part of the settlement negotiations, DRT calculated the potential number of claims that could exist *solely based on the information of a taxpayer's tax return*. As I have stated in a previous declaration (*Simpao* Docket No. 77), this type of estimation will be high because it is possible that a taxpayer will not qualify for the EIC notwithstanding what their tax return states. The calculations are as follows:

1995: Theoretical possibility of 13,212 claims
1996: Theoretical possibility of 14,518 claims
1999: Theoretical possibility of 14,828 claims
2000  Theoretical possibility of 13,881 claims

2001:   Theoretical possibility of 13,816 claims

2002:   Theoretical possibility of 13,542 claims

2003    Theoretical possibility of 13,084 claims

2004:   Theoretical possibility of 10,091 claims

I swear under penalty of perjury under the laws of the Territory of Guam and the United States of America that the forgoing is true and correct.

Executed on this 26th day of July in Tamuning, Guam.

*/s/ John P. Camacho*
**JOHN P. CAMACHO**

# EXHIBIT "A"

Earned Income Credit Claims
**Summary of Claims Processed**
As of July 26, 2007

| Tax Year | Qty | "A" Status | "S" Status |
|---|---|---|---|
| 1995 | 1693 | $ 2,504,665.00 | $ 5,691.00 |
| 1996 | 1880 | $ 3,059,889.00 | $ 3,556.00 |
| 1999 | 3185 | $ 5,788,613.00 | $ 4,496.00 |
| 2000 | 3347 | $ 6,134,710.00 | $ 18,342.00 |
| Total | 10105 | $ 17,487,877.00 | $ 32,085.00 |
| 2001 | 3617 | $ 6,782,097.00 | $ 32,835.00 |
| 2002 | 4124 | $ 8,522,100.00 | $ 21,650.00 |
| 2003 | 4185 | $ 8,803,171.00 | $ 36,262.00 |
| 2004 | 7406 | $ 15,528,703.00 | $ 46,883.00 |
| Total EIC | 29437 | $ 57,123,948.00 | $ 169,715.00 |

# 1997 & 1998 EIC PAID OUT

| Tax Year | Qty | Checks Written | CLAIMS REFUNDED Offsets | Totals |
|---|---|---|---|---|
| 1997 | 237 | $ 444,642.26 | $ 106,946.80 | $ 551,589.06 |
| 1998 | 11534 | $ 8,246,208.04 | 1765521.24 | $ 10,011,729.28 |
| TOTALS | 11771 | $ 8,690,850.30 | $ 1,872,468.04 | $ 10,563,318.34 |

# 1998 Actual Count & Amounts

Total Claims Filed 12616
Total Value of Claims $ 20,607,153.00

## Earned Income Credit Claims
## Filed as of July 26, 2007

| Description | Tax Year | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | 1995 | 1996 | 1999 | 2000 | 2001 | Totals |
| Claims not imaged | | | | | | 0 |
| Imaged Claim | | 3 | 3 | 1 | 177 | 184 |
| "A" Status Claims | 1690 | 1874 | 3175 | 3325 | 3508 | 13572 |
| "C" Status Claims | 56 | 53 | 90 | 73 | 80 | 352 |
| "D" Status Claims | 949 | 998 | 1162 | 1257 | 1155 | 5521 |
| "E" Status Claims | | | 2 | 6 | 89 | 97 |
| "F" Status Claims | | | | | | 0 |
| "S" Status Claims | 3 | 3 | 5 | 15 | 16 | 42 |
| Total per Year | 2698 | 2931 | 4437 | 4677 | 5025 | 19768 |

| Description | Tax Year | | | |
| --- | --- | --- | --- | --- |
| | 2002 | 2003 | 2004 | Totals |
| Claims not imaged | | | | |
| Imaged Claim | 17 | 363 | 130 | 932 |
| "A" Status Claims | 4076 | 4107 | 7336 | 12437 |
| "C" Status Claims | 100 | 151 | 606 | 389 |
| "D" Status Claims | 1055 | 1044 | 1196 | 2030 |
| "E" Status Claims | 68 | 69 | 53 | 44 |
| "F" Status Claims | | | | 0 |
| "S" Status Claims | 10 | 21 | 30 | 38 |
| Total per Year | 5326 | 5755 | 9351 | 20155 |

| Description | Tax Year | | |
| --- | --- | --- | --- |
| | 1997 | 1998 | Totals |
| Claims not Imaged | | | 0 |
| Imaged Claim | 7 | 25 | 32 |
| "A" Status Claims | 237 | 11538 | 11775 |
| "C" Status Claims | 148 | 500 | 648 |
| "D" Status Claims | 508 | 1069 | 1577 |
| "E" Status Claims | | | 0 |
| "F" Status Claims | 4 | 8 | 12 |
| "S" Status Claims | | 1 | 1 |
| Total per Year | 904 | 13141 | 14045 |