SHANNON TAITANO, ESQ.
OFFICE OF THE GOVERNOR OF GUAM
Ricardo J. Bordallo Governor's Complex
Adelup, Guam 96910
Telephone: (671) 472-8931
Facsimile: (671) 477-6666

EDUARDO A. CALVO, ESQ.
KATHLEEN V. FISHER, ESQ.
RODNEY J. JACOB, ESQ.
DANIEL M. BENJAMIN, ESQ.
CALVO & CLARK, LLP
Attorneys at Law
655 South Marine Corps Drive, Suite 202
Tamuning, Guam 96913
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

*Attorneys for the Government of Guam
and Felix P. Camacho, Governor of Guam*

**FILED**
DISTRICT COURT OF GUAM
JUL 26 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, et. al., <br><br> Petitioners, <br><br> -v- <br><br> FELIX P. CAMACHO, etc., et. al. <br><br> Respondents. | CIVIL CASE NO. 04-00006 <br> (Consolidated with Civil Case Nos. 04-00038 and 04-00049) <br><br><br> **CERTIFICATE OF SERVICE** |

{G0023891.DOC;1}

**ORIGINAL**

The undersigned hereby certifies that a true and correct copy of the following:

1) **THE GOVERNOR'S AND GOVERNMENT OF GUAM'S REPLY IN SUPPORT OF MOTION FOR FINAL APPROVAL OF SETTLEMENT AND RESPONSE TO *SIMPAO* PLAINTIFFS' OBJECTIONS**

2) **DECLARATION OF LOURDES M. PEREZ IN SUPPORT OF THE GOVERNOR'S AND GOVERNMENT OF GUAM'S REPLY IN SUPPORT OF MOTION FOR FINAL APPROVAL OF SETTLEMENT AND RESPONSE TO *SIMPAO* PLAINTIFFS' OBJECTIONS**

3) **DECLARATION OF JOHN P. CAMACHO IN SUPPORT OF THE GOVERNOR'S AND GOVERNMENT OF GUAM'S REPLY IN SUPPORT OF MOTION FOR FINAL APPROVAL OF SETTLEMENT AND RESPONSE TO *SIMPAO* PLAINTIFFS' OBJECTIONS**

4) **THE GOVERNOR AND GOVERNMENT OF GUAM'S MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF MOTION FOR FINAL APPROVAL OF SETTLEMENT AND RESPONSE TO *SIMPAO* PLAINTIFFS' OBJECTIONS IN EXCESS OF TWENTY PAGES**

5) **[PROPOSED] ORDER GRANTING THE GOVERNOR AND GOVERNMENT OF GUAM'S MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF MOTION FOR FINAL APPROVAL OF SETTLEMENT AND RESPONSE TO *SIMPAO* PLAINTIFFS' OBJECTIONS IN EXCESS OF TWENTY PAGES**

was caused to be served via Hand Delivery on the 26th day of July, 2007, to the following:

> Michael F. Phillips, Esq.
> **PHILLIPS & BORDALLO, P.C.**
> 410 West O'Brien Drive
> Hagåtña, Guam 96910
>
> Rawlen Mantanona, Esq.
> **CABOT MANTANONA, LLP**
> BankPacific Building, 2nd Floor
> 825 South Marine Corps. Drive
> Tamuning, Guam 96913
>
> **LUJAN, AGUIGUI & PEREZ LLP**
> Attorneys At Law
> Pacific News Building, Suite 300
> 238 Archbishop Flores Street
> Hagåtña, Guam 96910

{G0023891.DOC;1}

SHIMIZU, CANTO & FISHER
De La Corte Building, Suite 101
167 E. Marine Corps Drive
Hagatna, Guam 96910

Dated this 26th day of July, 2007.

           OFFICE OF THE GOVERNOR OF GUAM
           CALVO & CLARK, LLP
           *Attorneys for the Government of Guam*
           *and Felix P. Camacho, Governor of Guam*

By: _____
      **DANIEL M. BENJAMIN**