Attorneys for Petitioners

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, *et. al.*, <br><br> Petitioners, <br><br> -v- <br><br> FELIX P. CAMACHO, *et. al.* <br><br> Respondents. | Civil Case No. 04-00006 <br><br> **CERTIFICATE OF SERVICE** <br><br> Civil Case No. 04-00038 |
| CHARMAINE R. TORRES, *et al.*, <br><br> Plaintiffs, <br><br> -v- <br><br> GOVERNMENT OF GUAM, *et al.*, <br><br> Defendants. | Civil Case No. 04-00049 |
| MARY GRACE SIMPAO, *et al.*, <br><br> Plaintiffs, <br><br> -v- <br><br> GOVERNMENT OF GUAM, <br><br> Defendant. <br><br> -v- <br><br> FELIX P. CAMACHO, Governor of Guam, <br><br> Intervenor-Defendant. | |

ORIGINAL

I, Michael F. Phillips, hereby state that on the 26th day of July 2007, I caused to be served via hand delivery a copy of:

Reply in Support of Joint Motion of the Petitioners in Santos and Torres for Final Certification of the EIC Class for Settlement Purposes and

Reply in Support of Joint Motion for Petitioners and Respondents in Santos and Torres for Final Approval of Class Action Settlement

on the following counsel of record at their address:

*Calvo and Clark, LLP*
Attorneys at Law
655 South Marine Drive, Suite 202
Tamuning, Guam 96912
**Attorneys for Felix P. Camacho,
Felix P. Camacho, Governor of Guam**

**Cabot Mantanona LLP**
BankPacific Building 2nd Fl.
825 S. Marine Corps Drive
Tamuning, Guam 96910
**Attorneys for Lourdes M. Perez
and Artemio R. Ilagan**

**SHIMIZU CANTO & FISHER**
Suite 101 De la Corte Bldg.
167 Eash Marine Corps Drive
Hagåtña, Guam 96910
**Attorney for Interested Parties:
Mary Grace Simpao, et al.**

**LUJAN UNPINGCO AGUIGUI PEREZ**
Suite 300 Pacific News Building
238 Archbishop Flores Street
Hagåtña, Guam 96910
**Attorneys for Interested Parties:
Charmaine R. Torres et al.**

Dated this 26th day of July 2007.

PHILLIPS & BORDALLO, P.C.
Attorneys for Petitioners
Interim Class Counsel

By: _____
Michael F. Phillips