CABOT
MANTANONA LLP
BankPacific Building, Second Floor
825 South Marine Corps Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 646-0777

FILED
DISTRICT COURT OF GUAM
JUL 26 2007
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, et. al., <br><br> Petitioners, <br><br> v. <br><br> FELIX P. CAMACHO, et. al., <br><br> Respondents. | CIVIL CASE NO. 04-00006 |
| CHARMAINE R. TORRES, et. al., <br><br> Plaintiffs, <br><br> v. <br><br> GOVERNMENT OF GUAM, et. al., <br><br> Defendants. | CIVIL CASE NO. 04-00038 <br><br> **JOINDER IN THE GOVERNOR'S AND GOVERNMENT OF GUAM'S REPLY IN SUPPORT OF MOTION FOR FINAL APPROVAL OF SETTLEMENT AND RESPONSE TO SIMPAO PLAITNIFF'S OBJECTIONS** |
| MARY GRACE SIMPAO, et. al., <br><br> Plaintiffs, <br><br> v. <br><br> GOVERNMENT OF GUAM, <br><br> Defendant. | CIVIL CASE NO. 04-00049 |

|                                    | )   |
|------------------------------------|-----|
| v.                                 | )   |
|                                    | )   |
|                                    | )   |
| FELIX P. CAMACHO, Gov. of Guam,    | )   |
|                                    | )   |
| _____     | )   |

Respondents Art Ilagan, Director of Department of Revenue & Taxation, and Lourdes M. Perez, Director of Department of Administration, hereby join in the Governor's and Government of Guam's Reply in Support of Motion for Final Approval of Settlement and Response to Simpao Plaintiff's Objections filed on July 26, 2007.

Dated this 26th day of July, 2007.

          **CABOT MANTANONA LLP**
*Attorneys for Respondents*
*Art Ilagan and Lourdes M. Perez*

By: _FOR_ _____
     **RAWLEN M.T. MANTANONA**

RMTM:scc

G:\Stacy\active clients\EITC\Joinder in the Governor and GOVGU reply in support of motion for final approval.doc