**SHANNON TAITANO, ESQ.**
**OFFICE OF THE GOVERNOR OF GUAM**
Ricardo J. Bordallo Governor's Complex
Adelup, Guam 96910
Telephone: (671) 472-8931
Facsimile: (671) 477-6666

**EDUARDO A. CALVO, ESQ.**
**KATHLEEN V. FISHER, ESQ.**
**RODNEY J. JACOB, ESQ.**
**DANIEL M. BENJAMIN, ESQ.**
**CALVO & CLARK, LLP**
Attorneys at Law
655 South Marine Corps Drive, Suite 202
Tamuning, Guam 96913
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

*Attorneys for the Government of Guam
and Felix P. Camacho, Governor of Guam*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, et. al.,<br><br>Petitioners,<br><br>-v-<br><br>FELIX P. CAMACHO, etc., et. al.<br><br>Respondents. | CIVIL CASE NO. 04-00006<br>(Consolidated with Civil Case Nos. 04-00038 and 04-00049)<br><br>**ORDER GRANTING THE GOVERNOR AND GOVERNMENT OF GUAM'S MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF MOTION FOR FINAL APPROVAL OF SETTLEMENT AND RESPONSE TO *SIMPAO* PLAINTIFFS' OBJECTIONS IN EXCESS OF TWENTY PAGES** |

| | |
|---|---|
| 1 | For good cause being shown, The Governor and Government of Guam's Motion for Leave to File Reply in Support of Motion for Final Approval of Settlement and Response to *Simpao* Plaintiffs' Objections in Excess of Twenty Pages not to **Exceed 30 pages** is hereby GRANTED nunc pro tunc to July 26, 2007. |

For good cause being shown, The Governor and Government of Guam's Motion for Leave to File Reply in Support of Motion for Final Approval of Settlement and Response to *Simpao* Plaintiffs' Objections in Excess of Twenty Pages not to **Exceed 30 pages** is hereby GRANTED nunc pro tunc to July 26, 2007.

**SO ORDERED**.



/s/ **Frances M. Tydingco-Gatewood**
    **Chief Judge**
**Dated: Jul 27, 2007**

*[PROPOSED] ORDER GRANTING THE GOVERNOR AND GOVERNMENT OF GUAM'S*
*MOTION FOR LEAVE TO FILE IN EXCESS OF TWENTY PAGES*
*CIVIL CASE NO. **04-00006** (Consolidated with Civil Case Nos. 04-00038 and 04-00049)*

1

Case 1:04-cv-00006     Document 457     Filed 07/27/2007     Page 2 of 2