| | |
|---|---|
| Counsel appearing on following page | **FILED**<br>DISTRICT COURT OF GUAM<br>AUG 23 2007<br>JEANNE G. QUINATA<br>Clerk of Court |

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, *et al.*,<br><br>Petitioners,<br><br>v.<br><br>FELIX P. CAMACHO, *et al.*,<br><br>Respondents. | Civil Case No. 04-00006 |
| CHARMAINE R. TORRES, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>GOVERNMENT OF GUAM, *et al.*,<br><br>Defendants. | Civil Case No. 04-00038 |
| MARY GRACE SIMPAO, *et al*,<br><br>Plaintiffs,<br><br>v.<br><br>GOVERNMENT OF GUAM,<br><br>Defendant,<br><br>v.<br><br>FELIX P. CAMACHO, Governor of Guam<br><br>Intervenor-Defendant. | Civil Case No. 04-00049<br><br>**MOTION FOR LEAVE TO FILE A RESPONSE TO THE GOVERNMENT AND TORRES – SANTOS' REPLIES TO AN OPPOSITION TO FINAL APPROVAL OF A SETTLEMENT IN EXCESS OF TEN PAGES** |

**ORIGINAL**

SHIMIZU CANTO & FISHER
East Marine Corps Drive
Hagatna, Guam 96910
Tel. 671.472.1131
Fax 671.472.2886

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
Tel. 206.682.5600
Fax 206.682.2992

Page 1

| | |
|---|---|
| 1 | SHIMIZU CANTO & FISHER |
| | Suite 101 Dela Corte Bldg. |
| 2 | 167 East Marine Corps Drive |
| | Hagåtña, Guam 96910 |
| 3 | 671.472.1131 |
| 4 | |
| | TOUSLEY BRAIN STEPHENS PLLC |
| 5 | Kim D. Stephens, P.S., WSBA #11984 |
| | Nancy A. Pacharzina, WSBA #25946 |
| 6 | 1700 Seventh Avenue, Suite 2200 |
| | Seattle, Washington 98101 |
| 7 | 206.682.5600 |

Page 2

SHIMIZU CANTO & FISHER
East Marine Corps Drive
Hagatna, Guam 96910
Tel. 671.472.1131
Fax 671.472.2886

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
Tel. 206.682.5600
Fax 206.682.2992

Case 1:04-cv-00006   Document 460   Filed 08/23/2007   Page 2 of 3

## Motion for Leave to Exceed Ten Pages

Objectors, through Counsel respectfully move this Court pursuant to District Court of Guam Local Rule 7.1(g), for leave to file a Response to the Governor and Plaintiffs Santos and Torres' Reply to an Opposition to final approval of a class action settlement

This Motion is supported by the following Memorandum of Points and Authority, the documents and pleadings on file and such other things and information as would please the Court for submission.

## Memorandum of Points and Authority

Objectors respectfully seek leave of this Court to file a consolidated Response to a Reply not to exceed 25 pages. The Governor and counsel for Plaintiffs Santos and Torres have submitted replies to our initial objections which are 41 pages in length. Objector's Response must address all issues embraced by the Responses, including adequacy of settlement, adequacy of notice and adequacy of information before the Court. Given the complexity of the case and the length of the Responses, we ask the Court's permission on this matter.

By: /s/ Thomas J. Fisher
Thomas J. Fisher
Attorney for Objectors

SHIMIZU CANTO & FISHER
East Marine Corps Drive
Hagatna, Guam 96910
Tel. 671.472.1131
Fax 671.472.2886

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
Tel. 206.682.5600
Fax 206.682.2992