

FILED
DISTRICT COURT OF GUAM
AUG 30 2007
JEANNE G. QUINATA
Clerk of Court

Counsel appearing on following page

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, *et al.*, <br><br> Petitioners, <br><br> v. <br><br> FELIX P. CAMACHO, *et al.*, <br><br> Respondents. | Civil Case No. 04-00006 |
| CHARMAINE R. TORRES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GOVERNMENT OF GUAM, *et al.*, <br><br> Defendants. | Civil Case No. 04-00038 |
| MARY GRACE SIMPAO, *et al*, <br><br> Plaintiffs, <br><br> v. <br><br> GOVERNMENT OF GUAM, <br><br> Defendant, <br><br> v. <br><br> FELIX P. CAMACHO, Governor of Guam <br><br> Intervenor-Defendant. | Civil Case No. 04-00049 <br><br> **MOTION TO ORDER COMPLIANCE WITH COURT'S ORDER OF 25 JUNE 2007** |

ORIGINAL

SHIMIZU CANTO & FISHER
East Marine Corps Drive
Hagatna, Guam 96910
Tel. 671.472.1131
Fax 671.472.2886

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
Tel. 206.682.5600
Fax 206.682.2992

SHIMIZU CANTO & FISHER
Suite 101 Dela Corte Bldg.
167 East Marine Corps Drive
Hagåtña, Guam 96910
671.472.1131

TOUSLEY BRAIN STEPHENS PLLC
Kim D. Stephens, P.S., WSBA #11984
Nancy A. Pacharzina, WSBA #25946
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
206.682.5600

**SHIMIZU CANTO & FISHER**
East Marine Corps Drive
Hagatna, Guam 96910
Tel. 671.472.1131
Fax 671.472.2886

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
Tel. 206.682.5600
Fax 206.682.2992

Page 2   Case 1:04-cv-00006   Document 464   Filed 08/30/2007   Page 2 of 3

## MOTION

**COMES NOW** Objector Mary Grace Simpao and Janice Cruz and prays this Court issue an Order commanding the Defendants to comply with its order issued 25 June 2007. Alternatively, Objectors ask this Court to order a schedule of publication to be filed. In that Order this Court stated that following the continuance of the fairness hearing to September 20, 2007,

> "Defendants shall cause to be published notice of such continuance in the Pacific Daily News, a newspaper of general circulation. Said notice shall be published twice – on one weekday and on a Sunday – of two separate calendar weeks. This published notice shall be designed to catch the attention of the class members to whom it applies. Furthermore, said notice shall also be prominently posted on the internet site for the Government of Guam, Governor of Guam, and Department of Taxation."

*Order, J. Tydingco-Gatewood, 25 June 2007.*

## FACTS RELEVANT TO THE MOTION

1. This Court issued a lawful order on 25 June 2007 to affect notice to the class of a continued fairness hearing.

2. As of the date of this motion, no such notice has been posted nor otherwise published. *See Declaration Thomas J. Fisher.*

3. There are three calendar weeks obtaining between the filing of this motion and the fairness hearing.

## MEMORANDUM OF POINTS AND AUTHORITY

This Court has issued a lawful order to Defendants. A court has the authority to enforce its own orders. *Pennsylvania v. Delaware Valley Citizens' Council for Clean Air*, 478 U.S. 546, 106 S.Ct. 3088, fn. 6 (1986). Notice in this instance is designed to protect a fundamental Constitutional right. *See Mullane v. Central Hanover Bank & Trust Co.*, 339 U.S. 306, 70 S.Ct. 652 (1950). Defendant must comply with the Order and do so immediately.

**WHEREFORE** Objectors Pray this Court order Defendant to comply with its Order.

By: _____
Thomas J. Fisher
Attorney for Objectors

SHIMIZU CANTO & FISHER
East Marine Corps Drive
Hagatna, Guam 96910
Tel. 671.472.1131
Fax 671.472.2886

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
Tel. 206.682.5600
Fax 206.682.2992

Page 3    Case 1:04-cv-00006    Document 464    Filed 08/30/2007    Page 3 of 3