| | |
|---|---|
| 1  Counsel appearing on following page | **FILED**<br>DISTRICT COURT OF GUAM<br>AUG 30 2007<br>JEANNE G. QUINATA<br>Clerk of Court |

2
3              DISTRICT COURT OF GUAM
                  TERRITORY OF GUAM
4

| | |
|---|---|
| 5  JULIE BABAUTA SANTOS, *et al.*, | Civil Case No. 04-00006 |
| 6     Petitioners, | |
| 7     v. | |
| 8  FELIX P. CAMACHO, *et al.*, | |
|    Respondents. | |
| 9 | |
| 10 CHARMAINE R. TORRES, *et al.*, | Civil Case No. 04-00038 |
| 11    Plaintiffs, | |
| 12    v. | |
| 13 GOVERNMENT OF GUAM, *et al.*, | |
|    Defendants. | |
| 14 | |
| 15 MARY GRACE SIMPAO, *et al*, | Civil Case No. 04-00049 |
| 16    Plaintiffs, | |
| 17    v. | **DECLARATION OF SERVICE** |
| 18 GOVERNMENT OF GUAM, | |
| 19    Defendant, | |
|       v. | |
| 20 FELIX P. CAMACHO, Governor of Guam | |
| 21    Intervenor-Defendant. | |

**ORIGINAL**

---

**DECLARATION OF SERVICE**

PAGE 1

SHIMIZU CANTO & FISHER
East Marine Corps Drive
Hagatna, Guam 96910
Tel. 671.472.1131
Fax 671.472.2886

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
Tel. 206.682.5600
Fax 206.682.2992

| | |
|---|---|
| 1 | SHIMIZU CANTO & FISHER |
| 2 | Suite 101 Dela Corte Bldg<br>167 East Marine Corps Drive |
| 3 | Hagåtña, Guam 96910<br>671.472.1131 |
| 4 | |
| 5 | TOUSLEY BRAIN STEPHENS PLLC<br>Kim D. Stephens, P.S., WSBA #11984 |
| 6 | Nancy A. Pacharzina, WSBA #25946<br>1700 Seventh Avenue, Suite 2200 |
| 7 | Seattle, Washington 98101<br>206.682.5600 |

DECLARATION OF SERVICE
Page 2

SHIMIZU CANTO & FISHER
167 East Marine Corps Drive, Suite 101
Hagatna, Guam 96910
Tel. 671.472.1131
Fax 671.472.2886

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
Tel. 206.682.5600
Fax 206.682.2992

Case 1:04-cv-00006   Document 466   Filed 08/30/2007   Page 2 of 3

I, Won Sang Yoon, certify that I served a filed copy of the following documents, **Motion for Leave to File a Response to the Government and Torres-Santos' Replies to an Opposition to Final Approval of a Settlement in Excess of Ten Pages, Response of Janice Cruz and Mary Grace Simpao to a Reply to an Opposition to a Joint Motion for Final Certification of EIC Class for Settlement Purposes, Declaration of Thomas J. Fisher in Support of a Response to a Reply to Objections of Simpao and Cruz to Government and Counsel for Petitioner Santos Joint Motion for Final Approval of a Class Action Settlement Agreement, Response to the Government and Counsel for Santos and Torres's Replies to Simpao Objections to the Settlement,** on the following individuals or entities on August 23, 2007, via hand delivery at the following addresses:

Counsel for Petitioner
   Charmaine Torres
Peter C. Perez, Esq.
Lujan, Aguigui & Perez, LLP
Pacific News Bldg., Ste. 300
238 Archbishop Flores St.
Hagåtña, Guam 96910

Counsel for Respondent
   Felix P. Camacho
Daniel M. Benjamin, Esq.
Calvo & Clark, LLP
655 S. Marine Corps Drive, Ste. 202
Tamuning, Guam 96913

Counsel for Respondent
   Felix P. Camacho
Shannon Taitano, Esq.
Office of the Governor of Guam
Governor's Complex
East Marine Corps Drive
Adelup, Guam 96910

Counsel for Respondents
   Artemio Ilagan and Lourdes Perez
Rawlen M.T. Mantanona, Esq.
Cabot Mantanona LLP
BankPacific Building, 2nd Floor
825 South Marine Corps Drive
Tamuning, Guam 96913

Counsel for Petitioner
   Julie Babauta Santos
Michael F. Phillips, Esq.
Phillips & Bordallo, P.C.
410 West O'Brien Drive
Hagåtña, Guam 96910

Respectfully submitted this _____

_____
WON SANG YOON

---

DECLARATION OF SERVICE

Page 3

SHIMIZU CANTO & FISHER
167 East Marine Corps Drive, Suite 101
Hagatna, Guam 96910
Tel. 671.472.1131
Fax 671.472.2886

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
Tel. 206.682.5600
Fax 206.682.2992