DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, *et al.*, | Civil Case No. 04-00006 |
| Plaintiffs, | |
| vs. | **ORDER** |
| FELIX A. CAMACHO, *et al.*, | |
| Defendants. | |
| CHARMAINE R. TORRES, *et al.*, | Civil Case No. 04-00038 |
| Plaintiffs, | |
| vs. | |
| GOVERNMENT OF GUAM, *et al.*, | |
| Defendants. | |
| MARY GRACE SIMPAO, *et al.*, | Civil Case No. 04-00049 |
| Plaintiffs, | |
| vs. | |
| GOVERNMENT OF GUAM, | |
| Defendant, | |
| vs. | |
| FELIX P. CAMACHO, Governor of Guam, | |
| Intervenor-Defendant. | |

The court understands that the *Simpao* parties have filed a Response to the Government and Counsel for Santos and Torres's Replies to Simpao Objections to the Settlement. However, the court did not give permission for such a filing. The *Simpao* parties are admonished that there is no such filing under the rules. Moreover, it is inappropriate that the parties filed the response without court approval. Ordinarily the court would summarily strike such pleadings, however, under the circumstances the court will allow it so that it has time to consider all information and objections prior to the fairness hearing scheduled on September 20, 2007. The court will permit the settling parties to file one more "response." Accordingly, all such "responses" shall be filed no later than September 5, 2007 and shall not exceed 25 pages in length. No additional filings concerning the fairness hearing shall be accepted thereafter without prior court approval or court order. In order that it can be well prepared for the hearing, the court does not want any last minute filings and strongly cautions the parties to bear this in mind.

**SO ORDERED**.



/s/ **Frances M. Tydingco-Gatewood**
    **Chief Judge**
**Dated: Aug 31, 2007**