SHANNON TAITANO, ESQ.
OFFICE OF THE GOVERNOR OF GUAM
Ricardo J. Bordallo Governor's Complex
Adelup, Guam 96910
Telephone: (671) 472-8931
Facsimile: (671) 477-6666

EDUARDO A. CALVO, ESQ.
KATHLEEN V. FISHER, ESQ.
RODNEY J. JACOB, ESQ.
DANIEL M. BENJAMIN, ESQ.
JENNIFER A. CALVO-QUITUGUA, ESQ.
CALVO & CLARK, LLP
Attorneys at Law
655 South Marine Corps Drive, Suite 202
Tamuning, Guam 96913
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

*Attorneys for the Government of Guam
and Felix P. Camacho, Governor of Guam*

FILED
DISTRICT COURT OF GUAM
AUG 3 1 2007
JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, et. al., <br><br> Petitioners, <br><br> -v- <br><br> FELIX P. CAMACHO, etc., et. al. <br><br> Respondents. | CIVIL CASE NO. 04-00006 <br> (Consolidated with Civil Case Nos. 04-00038 and 04-00049) <br><br> **RESPONSE OF GOVERNOR OF GUAM TO OBJECTOR MARY GRACE SIMPAO AND JANICE CRUZ'S MOTION TO ORDER COMPLIANCE WITH COURT'S ORDER OF 25 JUNE 2007** |

ORIGINAL

| | |
|---|---|
| 1 | In response to Objectors Mary Grace Simpao and Janice Cruz's motion to enforce |
| 2 | the Court's June 25, 2007 Order, the Governor of Guam respectfully responds that the |
| 3 | Government already intends to comply with the Court's June 25 Order by advertising the new |
| 4 | hearing date in the Pacific Daily News for the two weeks preceding the new fairness hearing |
| 5 | date. Given that the deadlines to file objections or to opt-out have passed, and thus that notice far |
| 6 | in advance was not needed, it seemed to the Government that advertising the new hearing date in |
| 7 | the weeks immediately preceding the new hearing date would be most effective. The notice shall |
| 8 | also be placed on the required websites. |
| 9 | Dated this 31st day of August, 2007. |

OFFICE OF THE GOVERNOR OF GUAM
CALVO & CLARK, LLP
*Attorneys for the Government of Guam
and Felix P. Camacho, Governor of Guam*

By: _____
JENNIFER A. CALVO-QUITUGUA

*RESPONSE OF GOVERNOR OF GUAM TO OBJECTOR MARY GRACE SIMPAO AND
JANICE CRUZ'S MOTION TO ORDER COMPLIANCE WITH COURT'S ORDER OF 25 JUNE 2007*

1

{G0025043.DOC;1}