SHANNON TAITANO, ESQ.
OFFICE OF THE GOVERNOR OF GUAM
Ricardo J. Bordallo Governor's Complex
Adelup, Guam 96910
Telephone: (671) 472-8931
Facsimile: (671) 477-6666

EDUARDO A. CALVO, ESQ.
KATHLEEN V. FISHER, ESQ.
RODNEY J. JACOB, ESQ.
DANIEL M. BENJAMIN, ESQ.
JENNIFER A. CALVO-QUITUGUA, ESQ.
CALVO & CLARK, LLP
Attorneys at Law
655 South Marine Corps Drive, Suite 202
Tamuning, Guam 96913
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

*Attorneys for the Government of Guam
and Felix P. Camacho, Governor of Guam*

FILED
DISTRICT COURT OF GUAM
AUG 3 1 2007
JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, et. al., <br><br> Petitioners, <br><br> -v- <br><br> FELIX P. CAMACHO, etc., et. al. <br><br> Respondents. | CIVIL CASE NO. 04-00006 <br> (Consolidated with Civil Case Nos. 04-00038 and 04-00049) <br><br><br> **CERTIFICATE OF SERVICE** |

{G0025044.DOC;1}

ORIGINAL

The undersigned hereby certifies that a true and correct copy of the following:

**RESPONSE OF GOVERNOR OF GUAM TO OBJECTOR MARY GRACE SIMPAO AND JANICE CRUZ'S MOTION TO ORDER COMPLIANCE WITH COURT'S ORDER OF 25 JUNE 2007**

was caused to be served via Hand Delivery on the 31st day of August, 2007, to the following:

    Michael F. Phillips, Esq.
    **PHILLIPS & BORDALLO, P.C.**
    410 West O'Brien Drive
    Hagåtña, Guam 96910

    Rawlen Mantanona, Esq.
    **CABOT MANTANONA, LLP**
    BankPacific Building, 2nd Floor
    825 South Marine Corps. Drive
    Tamuning, Guam 96913

    **LUJAN, AGUIGUI & PEREZ LLP**
    Attorneys At Law
    Pacific News Building, Suite 300
    238 Archbishop Flores Street
    Hagåtña, Guam 96910

    **SHIMIZU, CANTO & FISHER**
    De La Corte Building, Suite 101
    167 E. Marine Corps Drive
    Hagatna, Guam 96910

Dated this 31st day of August, 2007.

    OFFICE OF THE GOVERNOR OF GUAM
    CALVO & CLARK, LLP
    *Attorneys for the Government of Guam*
    *and Felix P. Camacho, Governor of Guam*

By: _____
    JENNIFER A. CALVO-QUITUGUA

{G0025044.DOC;1}