**CABOT**
**MANTANONA LLP**
BankPacific Building, Second Floor
825 South Marine Corps Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 646-0777

**FILED**
DISTRICT COURT OF GUAM

SEP - 4 2007

JEANNE G. QUINATA
Clerk of Court

## DISTRICT COURT OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, et. al., <br><br> Petitioners, <br><br> v. <br><br> FELIX P. CAMACHO, et. al., <br><br> Respondents. | CIVIL CASE NO. 04-00006 |
| CHARMAINE R. TORRES, et. al., <br><br> Plaintiffs, <br><br> v. <br><br> GOVERNMENT OF GUAM, et. al., <br><br> Defendants. | CIVIL CASE NO. 04-00038 <br><br> **JOINDER IN THE RESPONSE OF GOVERNOR OF GUAM TO OBJECTOR MARY GRACE SIMPAO AND JANICE CRUZ'S MOTION TO ORDER COMPLIANCE WITH COURT'S ORDER OF 25 JUNE 2007** |
| MARY GRACE SIMPAO, et. al., <br><br> Plaintiffs, <br><br> v. <br><br> GOVERNMENT OF GUAM, | CIVIL CASE NO. 04-00049 |

|   |   |
|---|---|
| Defendant. | ) |
|  | ) |
| v. | ) |
|  | ) |
| FELIX P. CAMACHO, Gov. of Guam, | ) |
|  | ) |
| _____ | ) |

Respondents Art Ilagan, Director of Department of Revenue & Taxation, and Lourdes M. Perez, Director of Department of Administration, hereby join in the Response of Governor of Guam to Objector Mary Grace Simpao and Janice Cruz's Motion to Order Compliance with Court's Order of 25 June 2007 filed on August 31, 2007.

Dated this 4th day of September, 2007.

        **CABOT MANTANONA LLP**
        *Attorneys for Respondents*
        *Art Ilagan and Lourdes M. Perez*

By: _____
        for **RAWLEN M.T. MANTANONA**

RMTM:scc

G:\Stacy\active clients\EITC\Joinder.response to ojbector mary grace.doc