FILED
DISTRICT COURT OF GUAM

SEP – 4 2007 nko

JEANNE G. QUINATA
Clerk of Court

1  SHIMIZU CANTO & FISHER
   Suite 101 Dela Corte Bldg
2  167 East Marine Corps Drive
   Hagåtña, Guam 96910
3  671.472.1131

4                    DISTRICT COURT OF GUAM

5                    TERRITORY OF GUAM

6  | JULIE BABAUTA SANTOS, et al., | Civil Case No. 04-00006 |

7       Petitioners,

8       v.

9  FELIX P. CAMACHO, et al.,

10      Respondents.

11
   ─────────────────────────────

12 CHARMAINE R. TORRES, et al.,          Civil Case No. 04-00038

        Plaintiffs,
13
        v.
14
   GOVERNMENT OF GUAM, et al.,
15
        Defendants.
16
   ─────────────────────────────

17 MARY GRACE SIMPAO, et al,             Civil Case No. 04-00049

18      Plaintiffs,
                                         **DECLARATION OF SERVICE**
19      v.

20 GOVERNMENT OF GUAM,

        Defendant,
21
        v.
22
   FELIX P. CAMACHO, Governor of Guam

23      Intervenor-Defendant.                ORIGINAL

24
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
   **DECLARATION OF SERVICE**    SHIMIZU CANTO & FISHER          TOUSLEY BRAIN STEPHENS PLLC
25                                East Marine Corps Drive         1700 Seventh Avenue, Suite 2200
                                  Hagatna, Guam 96910             Seattle, Washington 98101-1332
   PAGE 1                         Tel. 671.472.1131               Tel. 206.682.5600
                                  Fax 671.472.2886                Fax 206.682.2992
   Case 1:04-cv-00006    Document 471    Filed 09/04/2007    Page 1 of 3

1   TOUSLEY BRAIN STEPHENS PLLC
    Kim D. Stephens, P.S., WSBA #11984
2   Nancy A. Pacharzina, WSBA #25946
    1700 Seventh Avenue, Suite 2200
3   Seattle, Washington 98101
    206.682.5600
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

1     I, Won Sang Yoon, certify that I served a filed copy of the following documents, **A**

2 **DECLARATION OF THOMAS J. FISHER IN SUPPORT OF OBJECTOR'S MOTION**

**TO ENFORCE THE COURT'S MOTION TO ENFORCE THE COURT'S ORDER OF 25**

3 **JUNE 2007 and A MOTION TO ORDER COMPLIANCE WITH COURT'S ORDER OF**

4 **25 JUNE 2007,** on the following individuals or entities on August 30,2007, via hand delivery at

5 the following addresses:

6 Counsel for Petitioner                  Counsel for Respondent
   Charmaine Torres                      Felix P. Camacho

7 Peter C. Perez, Esq.                    Daniel M. Benjamin, Esq.
Lujan, Aguigui & Perez, LLP        Calvo & Clark, LLP

8 Pacific News Bldg., Ste. 300         655 S. Marine Corps Drive, Ste. 202
238 Archbishop Flores St.           Tamuning, Guam 96913

9 Hagåtña, Guam 96910

10 Counsel for Respondent            Counsel for Respondents
   Felix P. Camacho            Artemio Ilagan and Lourdes Perez

11 Shannon Taitano, Esq.             Rawlen M.T. Mantanona, Esq.
Office of the Governor of Guam      Cabot Mantanona LLP

12 Governor's Complex               BankPacific Building, 2<sup>nd</sup> Floor
East Marine Corps Drive           825 South Marine Corps Drive

13 Adelup, Guam 96910               Tamuning, Guam 96913

14 Counsel for Petitioner
   Julie Babauta Santos

15 Michael F. Phillips, Esq.
Phillips & Bordallo, P.C.

16 410 West O'Brien Drive

17 Hagåtña, Guam 96910

18       Respectfully submitted this _____

19

20

21                              WON SANG YOON

22

23

24

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

25 DECLARATION OF SERVICE

   Case 1:04-cv-00006    Document 471    Filed 09/04/2007    Page 3 of 3

SHIMIZU CANTO & FISHER
167 East Marine Corps Drive, Suite 101
Hagatna, Guam 96910
Tel. 671.472.1131
Fax 671.472.2886

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
Tel. 206.682.5600
Fax 206.682.2992