# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, *et al.*,<br><br>    Plaintiffs,<br><br>    vs.<br><br>FELIX A. CAMACHO, *et al.*,<br><br>    Defendants. | Civil Case No. 04-00006<br><br>**ORDER TO SHOW CAUSE** |
| CHARMAINE R. TORRES, *et al.*,<br><br>    Plaintiffs,<br><br>    vs.<br><br>GOVERNMENT OF GUAM, *et al.*,<br><br>    Defendants. | Civil Case No. 04-00038 |
| MARY GRACE SIMPAO, *et al.*,<br><br>    Plaintiffs,<br><br>    vs.<br><br>GOVERNMENT OF GUAM,<br><br>    Defendant,<br><br>    vs.<br><br>FELIX P. CAMACHO, Governor of Guam,<br><br>    Intervenor-Defendant. | Civil Case No. 04-00049 |

1    On June 26, 2007 this court issued an order continuing the Fairness Hearing from July 6, 2007 to September 20, 2007. The court ordered the Defendants to publish notice of the continuance in the Pacific Daily News. The court also ordered the parties to post such notice on the internet sites for the Government of Guam, Governor of Guam, and Department of Revenue and Taxation. On August 31, 2007 the Governor of Guam filed a "response" wherein he acknowledged that he had not yet published the notice in the Pacific Daily News. He stated that notice of the new hearing date will be published in the Pacific Daily News for the two weeks preceding the September 20, 2007 hearing date. Additionally, he claims that the notice "will" be placed on the required websites. The importance of providing ample notice is of paramount concern for the court. It is difficult to understand why notice has not been placed on the websites as required. Accordingly, the court orders the Defendants to show cause why sanctions should not be imposed for failing to provide notice as instructed. Additionally, the Defendants should explain to the court how publishing the notice of the hearing date change at such a late date is adequate considering the new hearing date is only a few weeks away. Responses to this Order shall be filed no later than noon, September 7, 2007. Thereafter, a hearing will be scheduled if necessary.

**SO ORDERED**.

/s/ Frances M. Tydingco-Gatewood
Chief Judge
Dated: Sep 05, 2007