SHANNON TAITANO, ESQ.
OFFICE OF THE GOVERNOR OF GUAM
Ricardo J. Bordallo Governor's Complex
Adelup, Guam 96910
Telephone: (671) 472-8931
Facsimile: (671) 477-6666

EDUARDO A. CALVO, ESQ.
KATHLEEN V. FISHER, ESQ.
RODNEY J. JACOB, ESQ.
DANIEL M. BENJAMIN, ESQ.
CALVO & CLARK, LLP
Attorneys at Law
655 South Marine Corps Drive, Suite 202
Tamuning, Guam 96913
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

*Attorneys for the Government of Guam
and Felix P. Camacho, Governor of Guam*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, et. al., <br><br> Petitioners, <br><br> -v- <br><br> FELIX P. CAMACHO, etc., et. al. <br><br> Respondents. | CIVIL CASE NO. 04-00006 <br> (Consolidated with Civil Case Nos. 04-00038 and 04-00049) <br><br><br> **CERTIFICATE OF SERVICE** |

{G0025168.DOC;1}

ORIGINAL

The undersigned hereby certifies that a true and correct copy of the following:

**THE GOVERNOR'S AND GOVERNMENT OF GUAM'S SUR-REPLY PURSUANT TO THE COURT'S ORDER OF AUGUST 31, 2007 IN SUPPORT OF THE JOINT MOTION FOR FINAL APPROVAL**

was caused to be served via Hand Delivery on the 5th day of September, 2007, to the following:

> Michael F. Phillips, Esq.
> **PHILLIPS & BORDALLO, P.C.**
> 410 West O'Brien Drive
> Hagåtña, Guam 96910
>
> Rawlen Mantanona, Esq.
> **CABOT MANTANONA, LLP**
> BankPacific Building, 2nd Floor
> 825 South Marine Corps. Drive
> Tamuning, Guam 96913
>
> **LUJAN, AGUIGUI & PEREZ LLP**
> Attorneys At Law
> Pacific News Building, Suite 300
> 238 Archbishop Flores Street
> Hagåtña, Guam 96910
>
> **SHIMIZU, CANTO & FISHER**
> De La Corte Building, Suite 101
> 167 E. Marine Corps Drive
> Hagatna, Guam 96910

Dated this 5th day of September, 2007.

> OFFICE OF THE GOVERNOR OF GUAM
> CALVO & CLARK, LLP
> *Attorneys for the Government of Guam
> and Felix P. Camacho, Governor of Guam*
>
> By: _____
> **DANIEL M. BENJAMIN**

{G0025168.DOC;1}