**CABOT
MANTANONA LLP**
BankPacific Building, Second Floor
825 South Marine Corps Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 646-0777



FILED
DISTRICT COURT OF GUAM
SEP - 5 2007
JEANNE G. QUINATA
Clerk of Court

DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| JULIE BABAUTA SANTOS, et. al., | ) | CIVIL CASE NO. 04-00006 |
| Petitioners, | ) | |
| v. | ) | |
| FELIX P. CAMACHO, et. al., | ) | |
| Respondents. | ) | |
| | ) | CIVIL CASE NO. 04-00038 |
| CHARMAINE R. TORRES, et. al., | ) | |
| Plaintiffs, | ) | **JOINDER IN THE GOVERNOR'S AND GOVERNMENT OF GUAM'S SUR-REPLY PURSUANT TO THE COURT'S ORDER OF AUGUST 31, 2007 IN SUPPORT OF MOTION FOR FINAL APPROVAL OF SETTLEMENT AND RESPONSE TO** *SIMPAO* **PLAINTIFF'S OBJECTIONS** |
| v. | ) | |
| GOVERNMENT OF GUAM, et. al., | ) | |
| Defendants. | ) | |
| | ) | CIVIL CASE NO. 04-00049 |
| MARY GRACE SIMPAO, et. al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | |
| GOVERNMENT OF GUAM, | ) | |
| Defendant. | ) | |

|   |   |
|---|---|
| v. | ) ) ) |
| FELIX P. CAMACHO, Gov. of Guam, | ) ) ) ) |

Respondents Art Ilagan, Director of Department of Revenue & Taxation, and Lourdes M. Perez, Director of Department of Administration, hereby join in The Governor and Government of Guam's Sur-Reply pursuant to the court's order of August 31, 2007, in support of Motion for Final Approval of Settlement and Response to Simpao Plaintiff's objections filed on September 5, 2007.

Dated this 5th day of September, 2007.

**CABOT MANTANONA LLP**
*Attorneys for Respondents*
*Art Ilagan and Lourdes M. Perez*

By: _____ JOHN AGUON FOR
RAWLEN M.T. MANTANONA

RMTM:sc

G:\Stacy\active clients\EITC\joinder.sur-reply pursuant to court order of 8-31-07.doc