**CABOT**
**MANTANONA LLP**
BankPacific Building, Second Floor
825 South Marine Corps Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 646-0777

**FILED**
**DISTRICT COURT OF GUAM**

SEP - 6 2007

**JEANNE G. QUINATA**
Clerk of Court

## DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | | |
|---|---|---|
| JULIE BABAUTA SANTOS, et. al., | ) | CIVIL CASE NO. 04-00006 |
| Petitioners, | ) | |
| v. | ) | |
| FELIX P. CAMACHO, et. al., | ) | |
| Respondents. | ) | |
| | ) | CIVIL CASE NO. 04-00038 |
| CHARMAINE R. TORRES, et. al., | ) | |
| | ) | **CERTIFICATE OF SERVICE** |
| Plaintiffs, | ) | |
| v. | ) | |
| GOVERNMENT OF GUAM, et. al., | ) | |
| Defendants. | ) | |
| | ) | CIVIL CASE NO. 04-00049 |
| MARY GRACE SIMPAO, et. al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | |
| GOVERNMENT OF GUAM, | ) | |

|   |   |
|---|---|
| Defendant. | ) |
|  | ) |
| v. | ) |
|  | ) |
| FELIX P. CAMACHO, Gov. of Guam, | ) |
|  | ) |
| _____ | ) |

I, RAWLEN M.T. MANTANONA, hereby certify that a copy of the Joinder in the Response of Governor of Guam to Objector Mary Grace Simpao and Janice Cruz's Motion to Order Compliance with Court's Order of 25 June 2007, was duly hand-delivered or faxed to the following on September 5, 2007.

**SHANNON TAITANO, ESQ.**
**OFFICE OF THE GOVERNOR OF GUAM**
Ricardo J. Bordallo Governor's Complex
Adelup, Guam 96910
Telephone: (671) 472-8931
Facsimile: (671) 477-6666

**EDUARDO A. CALVO, ESQ.**
**KATHLEEN V. FISHER, ESQ.**
**RODNEY J. JACOB, ESQ.**
**DANIEL M. BENJAMIN, ESQ.**
**CALVO & CLARK, LLP**
Attorneys at Law
655 South Marine Corps Drive, Suite 202
Tamuning, Guam 96913
Telephone: (671) 646-9355
Facsimile: (671) 646-9403
*Attorneys for Felix P. Camacho, Governor of Guam*

**MICHAEL F. PHILLIPS, ESQ.**
**PHILLIPS & BORDALLO, P.C.**
410 West O'Brien Drive
Hagåtña, Guam 96910
Telephone: (671) 477-2223
Facsimile: (671) 477-2329
*Class Counsel and Attorneys for Petitioner Julie Babauta Santos*

2

**IGNACIO C. AGUIGUI, ESQ.**
**PETER C. PEREZ, ESQ.**
**LUJAN AGUIGUI & PEREZ LLP**
300 Pacific News Building
Hagåtña, Guam 96910
Telephone: (671) 477-8064
Facsimile: (671) 477-5297
*Attorneys for Plaintiff Charmaine R. Torres*

**JAMES L. CANTO, II, ESQ.**
**SHIMIZU CANTO & FISHER**
Suite 101, De La Corte Building
167 East Marine Corps Drive
Hagåtña, Guam 96910
Telephone: (671) 472-1131
Facsimile: (671) 472-2886
*Attorneys for Plaintiff Mary Grace Simpao*

DATED: September 5, 2007

        **CABOT MANTANONA LLP**
        Attorneys for Respondents
        Lourdes M. Perez and
        Artemio R. Ilagen

By: _____
      RAWLEN M.T. MANTANONA

RMTM:scc