DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>FELIX A. CAMACHO, *et al.*,<br><br>　　　　Defendants. | Civil Case No. 04-00006<br><br><br>**ORDER** |
| CHARMAINE R. TORRES, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>GOVERNMENT OF GUAM, *et al.*,<br><br>　　　　Defendants. | Civil Case No. 04-00038 |
| MARY GRACE SIMPAO, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>GOVERNMENT OF GUAM,<br><br>　　　　Defendant,<br><br>　　vs.<br><br>FELIX P. CAMACHO, Governor of Guam,<br><br>　　　　Intervenor-Defendant. | Civil Case No. 04-00049 |

1  The court has reviewed the Governor's response to this court's Order to Show Cause. The court understands that there may have been a misunderstanding as to when it was necessary to publish the notice concerning the change in the Fairness Hearing date. The court appreciates and understands the Governor's explanation. Accordingly, the court finds that a hearing on the Order to Show cause is unnecessary. Publication in the Pacific Daily News of the notice shall begin on September 9, 2007 and the Fairness Hearing date of September 20, 2007 at 10:00 a.m. shall remain.

**SO ORDERED.**



**/s/ Frances M. Tydingco-Gatewood**
**Chief Judge**
**Dated: Sep 07, 2007**