**CABOT**
**MANTANONA LLP**
BankPacific Building, Second Floor
825 South Marine Corps Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 646-0777

FILED
DISTRICT COURT OF GUAM

SEP -7 2007

JEANNE G. QUINATA
Clerk of Court

## DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, et. al., | CIVIL CASE NO. 04-00006 |
| Petitioners, | |
| v. | |
| FELIX P. CAMACHO, et. al., | |
| Respondents. | |
| | |
| CHARMAINE R. TORRES, et. al., | CIVIL CASE NO. 04-00038 |
| Plaintiffs, | **CERTIFICATE OF SERVICE** |
| v. | |
| GOVERNMENT OF GUAM, et. al., | |
| Defendants. | |
| | |
| MARY GRACE SIMPAO, et. al., | CIVIL CASE NO. 04-00049 |
| Plaintiffs, | |
| v. | |
| GOVERNMENT OF GUAM, | |

|                          |   |
|--------------------------|---|
| Defendant.               | ) |
|                          | ) |
| v.                       | ) |
|                          | ) |
| FELIX P. CAMACHO, Gov. of Guam, | ) |
|                          | ) |
|                          | ) |

I, RAWLEN M.T. MANTANONA, hereby certify that a copy of the Joinder in The Governor and Government of Guam's Response to September 5, 2007 Order to Show Cause, was duly hand-delivered or faxed to the following on September 7, 2007.

**SHANNON TAITANO, ESQ.**
**OFFICE OF THE GOVERNOR OF GUAM**
Ricardo J. Bordallo Governor's Complex
Adelup, Guam 96910
Telephone: (671) 472-8931
Facsimile: (671) 477-6666

**EDUARDO A. CALVO, ESQ.**
**KATHLEEN V. FISHER, ESQ.**
**RODNEY J. JACOB, ESQ.**
**DANIEL M. BENJAMIN, ESQ.**
**CALVO & CLARK, LLP**
Attorneys at Law
655 South Marine Corps Drive, Suite 202
Tamuning, Guam 96913
Telephone: (671) 646-9355
Facsimile: (671) 646-9403
*Attorneys for Felix P. Camacho, Governor of Guam*

**MICHAEL F. PHILLIPS, ESQ.**
**PHILLIPS & BORDALLO, P.C.**
410 West O'Brien Drive
Hagåtña, Guam 96910
Telephone: (671) 477-2223
Facsimile: (671) 477-2329
*Class Counsel and Attorneys for Petitioner Julie Babauta Santos*

**IGNACIO C. AGUIGUI, ESQ.**
**PETER C. PEREZ, ESQ.**
**LUJAN AGUIGUI & PEREZ LLP**
300 Pacific News Building
Hagåtña, Guam 96910
Telephone: (671) 477-8064
Facsimile: (671) 477-5297
*Attorneys for Plaintiff Charmaine R. Torres*

**JAMES L. CANTO, II, ESQ.**
**SHIMIZU CANTO & FISHER**
Suite 101, De La Corte Building
167 East Marine Corps Drive
Hagåtña, Guam 96910
Telephone: (671) 472-1131
Facsimile: (671) 472-2886
*Attorneys for Plaintiff Mary Grace Simpao*

DATED: September 7, 2007

**CABOT MANTANONA LLP**
Attorneys for Respondents
Lourdes M. Perez and
Artemio R. Ilagen

By: _____
RAWLEN M.T. MANTANONA

RMTM:scc