LUJAN AGUIGUI & PEREZ LLP
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064
Facsimile (671) 477-5297

*Attorneys for Plaintiff Charmaine R. Torres*

FILED
DISTRICT COURT OF GUAM
JUL 26 2007
MARY L.M. MORAN
CLERK OF COURT

# DISTRICT COURT OF GUAM

# TERRITORY OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, *et. al.*,<br><br>                    Petitioners,<br><br>-v-<br><br>FELIX P. CAMACHO, *et. al.*<br><br>                    Respondents. | Civil Case No. 04-00006<br><br>**CHARMAINE R. TORRES'S: (1) JOINDER IN SANTOS'S JUNE 22, 2007 OPPOSITION, AND (2) REPLY IN SUPPORT OF AMENDED MOTION FOR ATTORNEYS' FEES AND COSTS**<br><br>**CLASS ACTION** |
| CHARMAINE R. TORRES, *et al.*,<br><br>                    Plaintiffs,<br><br>-v-<br><br>GOVERNMENT OF GUAM, *et al.*,<br><br>                    Defendants. | Civil Case No. 04-00038 |
| MARY GRACE SIMPAO, *et al.*,<br><br>                    Plaintiffs,<br><br>-v-<br><br>GOVERNMENT OF GUAM,<br><br>                    Defendant.<br><br>-v-<br><br>FELIX P. CAMACHO, Governor of Guam,<br>                    Intervenor-Defendant. | Civil Case No. 04-00049 |

ORIGINAL

Plaintiff **CHARMAINE R. TORRES** ("Torres") (Civ. Case No. 04-00038) joins in the June 22, 2007 Opposition to Simpao Plaintiffs' Fees and Reimbursement of Costs, filed by Petitioner Julie Babauta Santos ("Santos") (Civ. Case No. 04-00006).

Furthermore, for the record, Torres notes that, as indicated by Santos in her Opposition:

> If any party is to be credited for the earliest inclusion of claimants from tax year 1995 into the [EIC] class, it would be Petitioner Torres, a party to the settlement, who raised the potential for inclusion of tax year 1995 in her Motion to Intervene. Petitioner Torres initially alleged that even years preceding 1995 might meritoriously claim EITC refunds. "... Applicant Torres is informed and believes that the government's EIC liability extends to tax years prior to 1996. Applicant Torres has EIC claims as far back as the early 1990s."

(Santos Opp'n at 11-12, citing Torres's Reply to Petitioner's and Respondent's Opposition to Motions for Leave to Intervene (August 2, 2004) at 9.)

Indeed, Petitioner Torres was the first to suggest that EIC claims from 1995 be included in the EIC class, not only in her intervention papers but in her complaint and first amended complaint filed on August 9 and August 27, 2004, respectively, in Civ. Action No. 04-00038. (*See* Complaint ¶ 9; First Amended Complaint ¶ 7.) Moreover, it was Torres who first suggested in her August 2004 complaint and first amended complaint that at least some EIC claims for tax year 1997 were still unpaid, and urged that such claims be included in the EIC class. (*See, e.g.,* First Amended Complaint ¶ 7 (indicating that the class sought to be represented by Torres included in part "all Guam taxpayers who were eligible for and entitled to be paid the EIC under the Guam Territorial Income Tax (28 U.S.C. § 1421i) and the Guam Earned Income Program (11 GCA § 42101 et seq.) for tax years 1995 and 1997 but who were not paid or who were partially paid such credits").[1]

---

[1] The *Simpao* plaintiffs arguably referred to inclusion of EIC claims for 1995 and 1997 in their December 2004 complaint, but this was only done months after Torres had already filed her initial pleadings and documents arguing for inclusion of such years. Thus, the *Simpao* plaintiffs cannot claim credit for expansion of the class to include those years. Moreover, the *Simpao* plaintiffs cannot claim credit for inclusion of tax year 1996, as that year was already included initially in the *Santos I* settlement.

# CERTIFICATE OF SERVICE

I, **IGNACIO C. AGUIGUI**, certify that I caused a copy of the foregoing to be served on the following individuals or entities on July 26, 2007 at the following addresses:

**Calvo & Clark, LLP**
655 S. Marine Corps Drive, Suite 202
Tamuning, Guam 96913

**Cabot Mantanona LLP**
BankPacific Building, 2nd Floor
825 South Marine Corps Drive
Tamuning, Guam 96913

**Shimizu Canto & Fisher**
Suite 101 Dela Corte Building
167 East Marine Corps Drive
Hagåtña, Guam 96910

**Phillips & Bordallo, P.C.**
410 West O'Brien Drive
Hagåtña, Guam 96910

**RESPECTFULLY SUBMITTED** this 26th day of July, 2007.

LUJAN AGUIGUI & PEREZ LLP

By: _____
IGNACIO C. AGUIGUI, ESQ.
*Attorneys for Plaintiff Charmaine R. Torres*