# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> FELIX A. CAMACHO, *et al.*, <br><br> Defendants. | Civil Case No. 04-00006 <br><br><br> **ORDER** |
| CHARMAINE R. TORRES, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> GOVERNMENT OF GUAM, *et al.*, <br><br> Defendants. | Civil Case No. 04-00038 |
| MARY GRACE SIMPAO, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> GOVERNMENT OF GUAM, <br><br> Defendant, <br><br> vs. <br><br> FELIX P. CAMACHO, Governor of Guam, <br><br> Intervenor-Defendant. | Civil Case No. 04-00049 |

Upon review of the motions for attorneys' fees, the court notes that none of the parties have addressed the applicability of 26 U.S.C. § 7430. Accordingly, the parties are to brief whether they find this statute applicable under the circumstances. The parties shall file briefs regarding this issue by noon, October 5, 2007. In addition, in order for this court to make a determination as to the reasonableness of attorneys' fees, the parties shall file declarations and detailed billing statements/reports by noon, October 5, 2007. In light of this order, the court will not address the matter of attorneys' fees at the fairness hearing and will set the matter for a hearing thereafter if deemed necessary.

**SO ORDERED**.



**/s/ Frances M. Tydingco-Gatewood**
  **Chief Judge**
**Dated: Sep 13, 2007**