FILED
DISTRICT COURT OF GUAM
SEP 1 8 2007
JEANNE G. QUINATA
Clerk of Court

1  Counsel appearing on following page

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, *et al.*, | Civil Case No. 04-00006 |
| Petitioners, | |
| v. | |
| FELIX P. CAMACHO, *et al.*, | |
| Respondents. | |
| | |
| CHARMAINE R. TORRES, *et al.*, | Civil Case No. 04-00038 |
| Plaintiffs, | |
| v. | |
| GOVERNMENT OF GUAM, *et al.*, | |
| Defendants. | |
| | |
| MARY GRACE SIMPAO, *et al*, | Civil Case No. 04-00049 |
| Plaintiffs, | |
| v. | **SIMPAO OBJECTOR'S REQUEST TO USE THE COURT'S ELECTRONIC EQUIPMENT** |
| GOVERNMENT OF GUAM, | |
| Defendant, | |
| v. | |
| FELIX P. CAMACHO, Governor of Guam | |
| Intervenor-Defendant. | |

**ORIGINAL**

SIMPAO OBJECTORS
REQUEST TO USE COURT'S
ELECTRONIC EQUIPMENT
PAGE 1

SHimizu Canto & Fisher
East Marine Corps Drive
Hagatna, Guam 96910
Tel. 671.472.1131
Fax 671.472.2886

Tousley Brain Stephens PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
Tel. 206.682.5600
Fax 206.682.2992

Case 1:04-cv-00006   Document 487   Filed 09/18/2007   Page 1 of 3

| | |
|---|---|
| 1 | SHIMIZU CANTO & FISHER |
| 2 | Suite 101 Dela Corte Bldg.<br>167 East Marine Corps Drive |
| 3 | Hagåtña, Guam 96910<br>671.472.1131 |
| 4 | |
| 5 | TOUSLEY BRAIN STEPHENS PLLC<br>Kim D. Stephens, P.S., WSBA #11984 |
| 6 | Nancy A. Pacharzina, WSBA #25946<br>1700 Seventh Avenue, Suite 2200 |
| 7 | Seattle, Washington 98101<br>206.682.5600 |

SIMPAO OBJECTORS
REQUEST TO USE COURT'S
ELECTRONIC EQUIPMENT
PAGE 2

SHIMIZU CANTO & FISHER
East Marine Corps Drive
Hagatna, Guam 96910
Tel. 671.472.1131
Fax 671.472.2886

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
Tel. 206.682.5600
Fax 206.682.2992

Case 1:04-cv-00006    Document 487    Filed 09/18/2007    Page 2 of 3

1    COME NOW Objectors Mary Grace Simpao and Janice Cruz, by and through counsel
2    Shimizu Canto & Fisher and Tousley Brain Stephens PLLC, to request the Court's permission to
3    use the Court's electronic equipment for the hearing on Final Approval of a Settlement which
4    hearing is now scheduled for September 20th, 2007 at 10:00 a.m.
5    Respectfully submitted this 18th day of September, 2007.

SHIMIZU CANTO & FISHER

By: _____
THOMAS J. FISHER, Esq.

TOUSLEY BRAIN STEPHENS PLLC
    Kim D. Stephens, P.S., *Pro Hac Vice*
    Nancy A. Pacharzina, *Pro Hac Vice*

Attorneys for objectors Simpao & Cruz

SIMPAO PLAINTIFFS'
REQUEST TO USE COURT'S
ELECTRONIC EQUIPMENT
Page 3

SHIMIZU CANTO & FISHER
167 East Marine Corps Drive, Suite 101
Hagatna, Guam 96910
Tel. 671.472.1131

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
Tel. 206.682.5600
Fax 206.682.2992

Case 1:04-cv-00006   Document 467   Filed 09/18/2007   Page 3 of 3