1 | Counsel appearing on following page

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, *et al.,* | Civil Case No. 04-00006 |
| Petitioners, | |
| v. | |
| FELIX P. CAMACHO, *et al.,* | |
| Respondents. | |
| CHARMAINE R. TORRES, *et al.*, | Civil Case No. 04-00038 |
| Plaintiffs, | |
| v. | |
| GOVERNMENT OF GUAM, *et al.,* | |
| Defendants. | |
| MARY GRACE SIMPAO, *et al*, | Civil Case No. 04-00049 |
| Objectors, | |
| v. | **ORDER ALLOWING SIMPAO OBJECTORS COUNSEL TO USE THE COURT'S ELECTRONIC EQUIPTMENT** |
| GOVERNMENT OF GUAM, | |
| Defendant, | |
| v. | |
| FELIX P. CAMACHO, Governor of Guam | |
| Intervenor-Defendant. | |

ORDER ALLOWING SIMPAO OBJECTORS COUNSEL TO USE THE COURT"S ELECTRONIC EQUIPMENT

Page 1

**SHIMIZU CANTO & FISHER**
East Marine Corps Drive
Hagatna, Guam 96910
Tel. 671.472.1131
Fax 671.472.2886

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
Tel. 206.682.5600
Fax 206.682.2992

Case 1:04-cv-00006   Document 488   Filed 09/19/2007   Page 1 of 3

SHIMIZU CANTO & FISHER
Suite 101 Dela Corte Bldg.
167 East Marine Corps Drive
Hagatna, Guam 96910
671.472.1131

TOUSLEY BRAIN STEPHENS PLLC
Kim D. Stephens, P.S., WSBA #11984
Nancy A. Pacharzina, WSBA #25946
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-7332
206.682.5600

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
ORDER ALLOWING SIMPAO  
OBJECTORS COUNSEL TO USE  
THE COURT"S ELECTRONIC EQUIPMENT

**SHIMIZU CANTO & FISHER**
East Marine Corps Drive
Hagatna, Guam 96910
Tel. 671.472.1131
Fax 671.472.2886

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
Tel. 206.682.5600
Fax 206.682.2992

Page 2

Case 1:04-cv-00006    Document 488    Filed 09/19/2007    Page 2 of 3

1 THIS MATTER having come to the attention of the court by ex parte application

2 submitted by Objectors Mary Grace Simpao and Janice Cruz, hereinafter "Simpao Objectors," by

3 and through Shimizu Canto & Fisher and Tousley Brain Stephens PLLC, to request the court's

4 permission to use the court's electronic equipment for the hearing on final approval of settlement

5 which hearing is now scheduled for September 20, 2007 at 10:00am., the court hereby GRANTS

6 permission to said Plaintiffs' Counsel.

8 SO ORDERED.

/s/ Frances M. Tydingco-Gatewood
 Chief Judge
**Dated: Sep 19, 2007**

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
ORDER ALLOWING SIMPAO
OBJECTORS COUNSEL TO USE
THE COURT"S ELECTRONIC EQUIPMENT

**SHIMIZU CANTO & FISHER**
East Marine Corps Drive
Hagatna, Guam 96910
Tel. 671.472.1131
Fax 671.472.2886

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
Tel. 206.682.5600
Fax 206.682.2992

Page 3

Case 1:04-cv-00006   Document 488   Filed 09/19/2007   Page 3 of 3