**CABOT**
**MANTANONA LLP**
BankPacific Bldg., Second Floor
825 South Marine Corps Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 646-0777

FILED
DISTRICT COURT OF GUAM
SEP 20 2007
JEANNE G. QUINATA
Clerk of Court

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, et. al., ) <br> ) <br> Petitioners, ) <br> ) <br> vs. ) <br> ) <br> FELIX P. CAMACHO, et. al., ) <br> ) <br> Respondents. ) | CIVIL CASE NO. CV04-00006 |
| CHARMAINE R. TORRES, et. al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> GOVERNMENT OF GUAM, et. al., ) <br> ) <br> Defendants. ) | CIVIL CASE NO. CV04-00038 <br><br> **DECLARATION** |
| MARY GRACE SIMPAO, et. al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> GOVERNMENT OF GUAM, ) <br> ) <br> Defendant, ) <br> ) <br> vs. ) <br> ) <br> FELIX P. CAMACHO, Governor of ) | CIVIL CASE NO. CV04-00049 |

|  | ) |
| --- | --- |
| Guam, | ) |
|  | ) |
| Intervenor- Defendant. | ) |
|  | ) |

I, John Camacho, hereby declare as follows:

1. I am the Deputy Director of the Department of Revenue and Tax. I make this declaration on personal knowledge and based upon my knowledge of the official records on file with the Department of Revenue and Tax. If called as a witness, I could and would testify competently as follows.

2. As of March 9, 2007, a total of 49,378 notices for the Earned Income Credit Tax Settlement were sent to class members.

3. As of September 17, 2007, a total of 12,300 notices have been returned for insufficient address.

I swear under penalty of perjury under the laws of the Territory of Guam and the United States of America that the forgoing is true and correct.

Executed on this 19th day of September 2007.

By: _____
JOHN CAMACHO

RMTM:scc
G:\Stacy\active clients\EITC\Declaration of John Camacho 9-19-07.wpd