**CABOT
MANTANONA LLP**
BankPacific Bldg., Second Floor
825 South Marine Corps Drive
Tamuning, Guam 96913
Telephone:   (671) 646-2001
Facsimile:   (671) 646-0777

**FILED**
**DISTRICT COURT OF GUAM**

SEP 2 0 2007 *nbo*

**JEANNE G. QUINATA**
**Clerk of Court**

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, *et. al.*, ) | CIVIL CASE NO. CV04-00006 |
| ) | |
| Petitioners, ) | |
| ) | |
| vs. ) | |
| ) | |
| FELIX P. CAMACHO, *et. al.*, ) | |
| ) | |
| Respondents. ) | |
| ———————————————— ) | CIVIL CASE NO. CV04-00038 |
| ) | |
| CHARMAINE R. TORRES, *et. al.*, ) | **DECLARATION** |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | |
| GOVERNMENT OF GUAM, *et. al.*, ) | |
| ) | |
| Defendants. ) | |
| ———————————————— ) | CIVIL CASE NO. CV04-00049 |
| ) | |
| MARY GRACE SIMPAO, *et. al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | |
| GOVERNMENT OF GUAM, ) | **ORIGINAL** |
| ) | |
| Defendant, ) | |
| ) | |
| vs. ) | |
| ) | |
| FELIX P. CAMACHO, Governor of ) | |

Guam, )
)
Intervenor- Defendant. )
)

I, John P. Camacho, hereby declare as follows:

1.  I am the Deputy Director of the Department of Revenue and Tax ("DRT"). I make this declaration on personal knowledge and based upon my knowledge of the official records on file with the Department of Revenue and Tax. If called as a witness, I could and would testify competently as follows.

2.  I have overseen DRT's compliance with the class action settlement of the *Santos* and *Torres* actions. Attached hereto as Exhibit "A" is a true and correct copy of DRT's latest calculations as to the number of claims filed and, as to claims processed, their value.

3.  The "A" status figures represent those claims accepted and processed; the "S" status figures represent those claims suspended; the "C" status claims are duplicate returns; "D" status claims are denied; the "E" status claims are errors; and the "F" status claims are ~~failures~~. final

4.  The "Imaged" claims represent those claims that have been filed, but have not yet been processed.

I swear under penalty of perjury under the laws of the Territory of Guam and the United States of America that the forgoing is true and correct.

Executed on this 20th day of September 2007.

By: _John P. Camacho_ _____

**JOHN P. CAMACHO**

# EXHIBIT A

Earned Income Credit Claims
## Summary of Claims Processed
As of September 13, 2007

| Tax Year | Qty | "A" Status | "S" Status | Number of Claims with "E" Status |
|---|---|---|---|---|
| 1995 | 1693 | $ 2,506,700.00 | | |
| 1996 | 1879 | $ 3,068,007.00 | | |
| 1999 | 3185 | $ 5,809,403.00 | | |
| 2000 | 3344 | $ 6,162,078.00 | $ 4,532.00 | |
| Total | 10101 | $ 17,546,188.00 | $ 4,532.00 | |
| 2001 | 3735 | $ 7,219,610.00 | $ 7,352.00 | |
| 2002 | 4166 | $ 8,784,431.00 | $ 21,650.00 | 1 |
| 2003 | 4465 | $ 9,576,827.00 | $ 7,314.00 | 8 |
| 2004 | 7452 | $ 15,838,664.00 | $ 33,304.00 | 28 |
| Total EIC | 29919 | $ 58,965,720.00 | $ 74,152.00 | |

# 1997 & 1998 EIC PAID OUT

| Tax Year | Qty | Checks Written | CLAIMS REFUNDED Offsets | Totals |
|---|---|---|---|---|
| 1997 | 237 | $ 444,642.26 | $ 106,946.80 | $ 551,589.06 |
| 1998 | 11540 | $ 8,246,208.04 | 1765521.24 | $ 10,011,729.28 |
| TOTALS | 11777 | $ 8,690,850.30 | $1,872,468.04 | $ 10,563,318.34 |

# 1998 Actual Count & Amounts

| | | |
|---|---|---|
| Total Claims Filed | 12617 | (= 13143–500–26) |
| Total Value of Claims | $ 20,607,153.00 | |

Earned Income Credit Claims
Filed as of September 13, 2007

| Description | Tax Year | | | | | | |
|---|---|---|---|---|---|---|---|
| | 1995 | 1996 | 1999 | 2000 | 2001 | Totals | |
| Claims not Imaged | | | | | | | |
| Imaged Claim | | 2 | 2 | 0 | 2 | 6 | These were filed after 5/8/07 |
| "A" Status Claims | 1693 | 1879 | 3185 | 3344 | 3735 | 13836 | |
| "C" Status Claims | 56 | 53 | 90 | 74 | 93 | 366 | "C" = Closed, duplicate |
| "D" Status Claims | 950 | 997 | 1161 | 1253 | 1195 | 5556 | "D" = Denied, notice was sent |
| "E" Status Claims | | | | 2 | | 2 | "E" = Error, either in 30Day file or audit |
| "F" Status Claims | | | | | | 0 | |
| "S" Status Claims | | 1 | | 5 | 3 | 9 | "S" = Suspended, either in 30day file or audit |
| Total per Year | 2699 | 2932 | 4438 | 4678 | 5028 | 19775 | |

| Description | Tax Year | | | |
|---|---|---|---|---|
| | 2002 | 2003 | 2004 | Totals |
| Claims not imaged | | | | |
| Imaged Claim | | 5 | 5 | 10 |
| "A" Status Claims | 4166 | 4465 | 7452 | 16083 |
| "C" Status Claims | 104 | 178 | 644 | 926 |
| "D" Status Claims | 1060 | 1096 | 1203 | 3359 |
| "E" Status Claims | 1 | 8 | 28 | 37 |
| "F" Status Claims | | | | |
| "S" Status Claims | | 9 | 23 | 32 |
| Total per Year | 5331 | 5761 | 9355 | 20447 |

| Description | Tax Year | | |
|---|---|---|---|
| | 1997 | 1998 | Totals |
| Claims not imaged | | | |
| Imaged Claim | 4 | 26 | 30 |
| "A" Status Claims | 237 | 11540 | 11777 |
| "C" Status Claims | 151 | 500 | 651 |
| "D" Status Claims | 512 | 1076 | 1588 |
| "E" Status Claims | | | 0 |
| "F" Status Claims | | 1 | 1 |
| "S" Status Claims | | | 0 |
| Total per Year | 904 | 13143 | 14047 |