**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**CIVIL MINUTES**
**GENERAL**

CASE NO.: CV-04-00006  DATE: September 20, 2007
CAPTION: Santos -vs- Camacho

---

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding

| | |
|---|---|
| Law Clerk: Kim R. Walmsley / Sara Weber | Court Recorder: Leilani Toves Hernandez |
| Courtroom Deputy: Leilani Toves Hernandez | Electronically Recorded: 10:08:46 - 11:48:40 |
| | 1:21:22 - 2:22:20 |
| | 2:36:44 - 4:35:21 |
| | 4:51:55 - 4:57:55 |

CSO: N. Edrosa / J. Lizama / D. Quinata / B. Benavente

---

**APPEARANCES:**

| Counsel for Plaintiff(s) | Counsel for Defendant(s) |
|---|---|
| M. Phillips - Petitioner Santos | D. Benjamin - Governor of Guam, Felix Camacho |
| P. Perez & Delia Lujan - Petitioner Torres | R. Mantanona - L. Perez, Dir. of Administration |
| N. Pacharzina / T. Fisher / J. Canto - Simpao Objectors | and A. Ilagan - Dir. of Rev. & Tax |

---

**PROCEEDINGS: Fairness Hearing**

- Proceedings continued to: September 21, 2007 at 9:00 a.m.

NOTES: