**FILED**
DISTRICT COURT OF GUAM

SEP 2 1 2007

JEANNE G. QUINATA
Clerk of Court

DISTRICT COURT OF GUAM
TERRITORY OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, *et.al* <br><br> Petitioners, <br><br> v. <br><br> FELIX P. CAMACHO, et al. <br><br> Respondents | Civil Case No. 04-0006 |
| CHARMAINE R. TORRES, *et al.* <br><br> Plaintiffs <br><br> v. <br><br> GOVERNMENT OF GUAM, et al. <br><br> Respondents | Civil Case No. 04-00048 |
| MARY GRACE SIMPAO, *et al*, <br><br> Plaintiffs, <br><br> v. <br><br> GOVERNMENT OF GUAM <br><br> Defendant. <br><br> v. <br><br> FELIX P. CAMACHO, Governor of Guam <br><br> Intervenor-Defendant | Civil Case No. 04-00049 <br><br> **NOTICE AND SUBMISSION OF SUPPLEMENTAL AUTHORITY IN REGARD TO 26 USC §6103** |

**ORIGINAL**

**Shimizu Canto & Fisher**
Suite 101 De La Corte Bldg.
167 East Marine Corps Drive
Hagatna Guam 96910
671.472.1131

**Tousley Brain Stephens PLLC**
Kim D. Stephens, P.S., WSBA #11984
Nancy A. Pacharzina, WSBA #25946
700 Fifth Avenue, Suite 5600
Seattle, Washington 98104-5056
206.682.5600

Counsel for Simpao et al.

Comes now Objectors Simpao an Cruz to submit, with the permission of the court, th efollowing supplemental authority;

**(m) Disclosure of taxpayer identity information.--**

**(1) Tax refunds.**--The Secretary may disclose taxpayer identity information to the press and other media for purposes of notifying persons entitled to tax refunds when the Secretary, after reasonable effort and lapse of time, has been unable to locate such persons

26 USC §6103(m)(1). *See also* Aronson v. I.R.S., 973 F.2d 962 (1st Cir. 1992) (noting that while third party cannot compel release of tax payer information under F.O.I.A., I.R.S. can and has released such information to the press and third parties to aide in locating tax payers owed returns.)

Thomas J. Fisher
Attorney for Objectors