CABOT
MANTANONA LLP
BankPacific Bldg., Second Floor
825 South Marine Corps Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 646-0777

FILED
DISTRICT COURT OF GUAM

SEP 21 2007

JEANNE G. QUINATA
Clerk of Court

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, et. al.,<br><br>　　　Petitioners,<br><br>vs.<br><br>FELIX P. CAMACHO, et. al.,<br><br>　　　Respondents. | CIVIL CASE NO. CV04-00006 |
| CHARMAINE R. TORRES, et. al.,<br><br>　　　Plaintiffs,<br><br>vs.<br><br>GOVERNMENT OF GUAM, et. al.,<br><br>　　　Defendants. | CIVIL CASE NO. CV04-00038<br><br>**AMENDED DECLARATION** |
| MARY GRACE SIMPAO, et. al.,<br><br>　　　Plaintiffs,<br><br>vs.<br><br>GOVERNMENT OF GUAM,<br><br>　　　Defendant,<br><br>vs.<br><br>FELIX P. CAMACHO, Governor of | CIVIL CASE NO. CV04-00049 |



ORIGINAL

|                        | )   |
|------------------------|-----|
| Guam,                  | )   |
|                        | )   |
| Intervenor- Defendant. | )   |
|                        | )   |

I, John P. Camacho, hereby declare as follows:

1. I am the Deputy Director of the Department of Revenue and Tax ("DRT"). I make this declaration on personal knowledge and based upon my knowledge of the official records on file with the Department of Revenue and Tax. If called as a witness, I could and would testify competently as follows.

2. In my Declaration filed September 20, 2007, I indicated that there was a total of 49,378 notices sent. Of the total number of notices sent, 47,351 notices were sent to Guam addresses and 2,027 notices were sent to off-island addresses.

3. In my Declaration filed September 20, 2007, I indicated that there were 12,300 notices returned for insufficient address. That figure was an estimate. The correct figure is 9,351 as of September 21, 2007.

4. Of the notices returned for insufficient address, 8,731 notices were sent to Guam addresses, 613 notices were sent off-island addresses, and 7 notices were sent without an address.

5. For Tax Year 1998, our records indicate that 7,356 individuals cashed their EITC check; of this number, 3,265 individuals filed in other years. These are the current figures September 21, 2007.

I swear under penalty of perjury under the laws of the Territory of Guam and the United States of America that the forgoing is true and correct.

Executed on this 21st day of September 2007.

By: *John P. Camacho*
JOHN P. CAMACHO