CABOT
MANTANONA LLP
BankPacific Bldg., Second Floor
825 South Marine Corps Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 646-0777



**FILED**
DISTRICT COURT OF GUAM

OCT 11 2007

JEANNE G. QUINATA
Clerk of Court

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, *et. al.*,<br><br>Petitioners,<br><br>vs.<br><br>FELIX P. CAMACHO, *et. al.*,<br><br>Respondents. | CIVIL CASE NO. CV04-00006 |
| CHARMAINE R. TORRES, *et. al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>GOVERNMENT OF GUAM, *et. al.*,<br><br>Defendants. | CIVIL CASE NO. CV04-00038<br><br>**DEFENDANT LOURDES M. PEREZ'S SEPTEMBER 2007 STATUS REPORT TO THE COURT AND PLAINTIFFS AS REQUIRED PURSUANT TO SECTION (V)(b)(ii) OF SETTLEMENT AGREEMENT** |
| MARY GRACE SIMPAO, *et. al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>GOVERNMENT OF GUAM,<br><br>Defendant,<br><br>vs.<br><br>FELIX P. CAMACHO, Governor of | CIVIL CASE NO. CV04-00049 |

**ORIGINAL**

Guam,                                             )
                                                  )
        Intervenor- Defendant.    )
_____ )

       Respondent, Lourdes M. Perez, the director of the Department of Administration, hereby files with the court the Septemert, 2007, monthly status report as required pursuant to the settlement agreement executed by the parties on May 26, 2006.

       Dated: October 11, 2007

                              **CABOT MANTANONA LLP**

              By: _____ FOR
                         **RAWLEN M.T. MANTANONA, ESQ.**
                         *Attorneys for Respondent Lourdes M. Perez*



**Felix P. Camacho**
*Governor*
**Michael W. Cruz, M.D.**
*Lieutenant Governor*

# Department of Administration
*(DIPATTAMENTON ATEMENSTRASION)*
## DIRECTOR'S OFFICE
*(UFISINAN DIREKTOT)*
Post Office Box 884 Hagatña, Guam 96932
Tel: (671) 475-1101/1250 Fax: (671) 477-6788



**Lourdes M. Perez**
*Director*
**Joseph C. Manibusan**
*Deputy Director*

October 10, 2007

District Court of Guam
Plaintiff Torres
Plaintiff Santos
Plaintiff Simpao

**Re: DOA Report on Civil Case No. 04-00006/CV 04-00049/CV04-00038
Settlement Agreement**

Pursuant to Section 5(b)(ii) of the Settlement Agreement in the above referenced matters, I submit the following for the previous month (September 2007).

- The total amount of the monies paid in the income tax refund reserve fund and/or income tax refund efficient payment trust fund in the previous month is: $5,262,438.80.

- The total amount of monies paid in tax refunds in the previous month is: $4,473,072.98.

- The total amount of monies that have been reserved for EITC payments under this agreement in the previous month is: $789,365.82 (or 15% of $5,262,438.80); and

- The total amount of monies paid for EITC claims in the previous month is: $0.00.

Sincerely,

Lourdes M. Perez
Director

c.c. COS, Office of the Governor
 Acting Controller, DOA
 Treasurer of Guam, DOA
 Director, Department of Revenue & Taxation