1 Counsel appearing on following page

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, *et al.*, | Civil Case No. 04-00006 |
| Petitioners, | |
| v. | |
| FELIX P. CAMACHO, *et al.*, | |
| Respondents. | |
| CHARMAINE R. TORRES, *et al.*, | Civil Case No. 04-00038 |
| Plaintiffs, | |
| v. | |
| GOVERNMENT OF GUAM, *et al.*, | |
| Defendants. | |
| MARY GRACE SIMPAO, *et al*, | Civil Case No. 04-00049 |
| Plaintiffs, | |
| v. | **DECLARATION OF SERVICE** |
| GOVERNMENT OF GUAM, | |
| Defendant, | |
| v. | |
| FELIX P. CAMACHO, Governor of Guam | |
| Intervenor-Defendant. | |

DECLARATION OF SERVICE

SHIMIZU CANTO & FISHER
East Marine Corps Drive
Hagatna, Guam 96910
Tel. 671.472.1131
Fax 671.472.2886

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
Tel. 206.682.5600
Fax 206.682.2992

PAGE 1
Case 1:04-cv-00006   Document 502   Filed 10/12/2007   Page 1 of 3

ORIGINAL

1  SHIMIZU CANTO & FISHER
   Suite 101 Dela Corte Bldg
2  167 East Marine Corps Drive
   Hagåtña, Guam 96910
3  671.472.1131

4

   TOUSLEY BRAIN STEPHENS PLLC
5  Kim D. Stephens, P.S., WSBA #11984
   Nancy A. Pacharzina, WSBA #25946
6  1700 Seventh Avenue, Suite 2200
   Seattle, Washington 98101
7  206.682.5600

DECLARATION OF SERVICE

SHIMIZU CANTO & FISHER
167 East Marine Corps Drive, Suite 101
Hagatna, Guam 96910
Tel. 671.472.1131

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
Tel. 206.682.5600
Fax 206.682.2992

Page 2    Case 1:04-cv-00006    Document 502-2    Filed 10/12/2007    Page 2 of 3

1  I, Won Sang Yoon, certify that I served a filed copy of the **Motion to Submit Supplemental Authority,** on the following individuals or entities on October 4, 2007, via hand delivery at the following addresses:

| Counsel for Petitioner | Counsel for Respondent |
| --- | --- |
| Charmaine Torres | Felix P. Camacho |
| Peter C. Perez, Esq. | Daniel M. Benjamin, Esq. |
| Lujan, Aguigui & Perez, LLP | Calvo & Clark, LLP |
| Pacific News Bldg., Ste. 300 | 655 S. Marine Corps Drive, Ste. 202 |
| 238 Archbishop Flores St. | Tamuning, Guam 96913 |
| Hagåtña, Guam 96910 | |
| | |
| Counsel for Respondent | Counsel for Respondents |
| Felix P. Camacho | Artemio Ilagan and Lourdes Perez |
| Shannon Taitano, Esq. | Rawlen M.T. Mantanona, Esq. |
| Office of the Governor of Guam | Cabot Mantanona LLP |
| Governor's Complex | BankPacific Building, 2nd Floor |
| East Marine Corps Drive | 825 South Marine Corps Drive |
| Adelup, Guam 96910 | Tamuning, Guam 96913 |

Counsel for Petitioner
Julie Babauta Santos
Michael F. Phillips, Esq.
Phillips & Bordallo, P.C.
410 West O'Brien Drive
Hagåtña, Guam 96910

Respectfully submitted this _____

_____
WON SANG YOON

DECLARATION OF SERVICE
SHIMIZU CANTO & FISHER
167 East Marine Corps Drive, Suite 101
Hagatna, Guam 96910
Tel. 671.472.1131
Fax 671.472.2886

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
Tel. 206.682.5600
Fax 206.682.2992

Page 3

Case 1:04-cv-00006    Document 502    Filed 10/12/2007    Page 3 of 3