1  **LUJAN AGUIGUI & PEREZ** LLP
   Pacific News Building, Suite 300
2  238 Archbishop Flores Street
   Hagåtña, Guam 96910
3  Telephone (671) 477-8064
   Facsimile (671) 477-5297
4
5  *Attorneys for Plaintiff Charmaine R. Torres*

6

**FILED**
DISTRICT COURT OF GUAM

OCT 1 2 2007 ᴨᵇᵒ⁄

**JEANNE G. QUINATA**
**Clerk of Court**

7                    **DISTRICT COURT OF GUAM**

8                    **TERRITORY OF GUAM**

| | |
|---|---|
| 9  JULIE BABAUTA SANTOS, *et. al.*, | Civil Case No. 04-00006 |
| 10                    Petitioners, | |
| 11        -v- | **DECLARATION OF PETER C. PEREZ** **REGARDING BILLING** **STATEMENTS PURSUANT TO THE** **COURT'S ORDER** |
| 12  FELIX P. CAMACHO, *et. al.* | |
| 13                    Respondents. | |
| 14 | |
| 15  CHARMAINE R. TORRES, *et al.*, | |
| 16                    Plaintiffs, | Civil Case No. 04-00038 |
| 17        -v- | |
| 18  GOVERNMENT OF GUAM, *et al.*, | |
| 19                    Defendants. | |
| 20  MARY GRACE SIMPAO, *et al.*, | |
| 21                    Plaintiffs, | |
| 22        -v- | Civil Case No. 04-00049 |
| 23  GOVERNMENT OF GUAM, | |
| 24                    Defendant. | |
| 25        -v- | |
| 26  FELIX P. CAMACHO, Governor of Guam, | |
| 27                    Intervenor-Defendant. | |
| 28 | |

ORIGINAL

I, Peter C. Perez, declare as follows:

1. I am a partner in the law firm of Lujan Aguigui & Perez LLP, counsel for Plaintiff Charmaine R. Torres in this class action lawsuit.

2. Attached hereto as Exhibit A is a true and correct redacted copy of my firm's internal billing statements documenting the time, work, costs, and expenses in connection with this case. The time spent by attorneys and other professional staff of the firm are billed at the current standard commercial hourly rates for our firm. The statements are informational in nature and are for the purpose of documenting the time spent by our firm in connection with the case. Our fee agreement in effect with our client is not based on an hourly basis, but is an agreement acknowledging that the case will be pursued as a class action and that in the event the case is actually resolved as a class action then our legal fees will be determined by the Court. In the event the case is not resolved as a class action, our fee would be thirty-three and one-third percent (33-1/3%) of the net recovery, and forty percent (40%) of any net recovery in the event of any appeals.

4. The statements are being submitted to the court pursuant to the Court's order of September 13, 2007, as orally modified by the Court on September 20, 2007.

5. The billing statements are redacted because they contain privileged attorney-client information. However, my firm is prepared to submit unredacted statements to the Court, either under seal or *in camera* at the Court's direction.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed in Hagåtña, Guam this 12th day of October 2007.

_____
**PETER C. PEREZ**

T-0025C/347-02C/0347/PCP: wdj

1

# EXHIBIT "A"

# Lujan, Aguigui & Perez LLP

238 Archbishop Flores Street
PNB Suite 300
Hagatna, GU 96910

Ph:671-477-8064          Fax:671-477-5297

Charmaine Torres                                          October 12, 2007

|         |        |
|---------|--------|
| File #: | 347-02 |
| Inv #:  | 2516   |

**Attention:**

**RE:**    EITC Case - Contingency

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| Jun-29-04 | | 0.50 | 162.50 | DJL |
| Jun-30-04 | | 8.00 | 2,000.00 | ICA |
| Jul-01-04 | | 0.50 | 162.50 | DJL |
| | | 3.50 | 875.00 | ICA |
| | | 0.50 | 125.00 | JSU |
| Jul-02-04 | | 2.50 | 625.00 | ICA |
| Jul-04-04 | | 5.50 | 1,375.00 | ICA |
| Jul-05-04 | | 10.50 | 2,625.00 | ICA |

|            |       |          |     |
|------------|-------|----------|-----|
|            | 10.00 | 2,500.00 | ACP |
| Jul-06-04  | 1.00  | 325.00   | DJL |
|            | 8.00  | 2,000.00 | ICA |
|            | 6.00  | 1,500.00 | PCP |
|            | 6.00  | 1,500.00 | ACP |
|            | 1.00  | 250.00   | ACP |
| Jul-07-04  | 3.50  | 875.00   | ICA |
|            | 2.00  | 500.00   | PCP |
|            | 0.50  | 125.00   | ACP |
| Jul-08-04  | 0.75  | 243.75   | DJL |
|            | 2.75  | 687.50   | ICA |
|            | 0.75  | 187.50   | JSU |

|            |      |          |     |
|------------|------|----------|-----|
|            | 0.75 | 187.50   | PCP |
| Jul-09-04  | 3.75 | 937.50   | ICA |
|            | 0.25 | 62.50    | JSU |
|            | 0.50 | 125.00   | PCP |
| Jul-11-04  | 0.50 | 162.50   | DJL |
|            | 4.50 | 1,125.00 | ICA |
| Jul-12-04  | 3.00 | 750.00   | ICA |
| Jul-13-04  | 1.50 | 375.00   | ICA |
| Jul-14-04  | 7.00 | 1,750.00 | ICA |
|            | 0.50 | 125.00   | PCP |
|            | 4.00 | 1,000.00 | ACP |
| Jul-15-04  | 7.00 | 1,750.00 | ICA |
|            | 3.00 | 750.00   | ACP |
| Jul-16-04  | 4.00 | 1,000.00 | ICA |
|            | 0.50 | 125.00   | ACP |
| Jul-29-04  | 3.50 | 875.00   | ICA |

| Date | Hours | Amount | Initials |
|------|------|------|------|
| Jul-30-04 | 4.50 | 1,125.00 | ICA |
| Jul-31-04 | 8.25 | 2,062.50 | ICA |
| Aug-01-04 | 10.50 | 2,625.00 | ICA |
| Aug-02-04 | 0.50 | 162.50 | DJL |
| | 6.25 | 1,562.50 | ICA |
| | 0.25 | 62.50 | JSU |
| | 0.75 | 187.50 | PCP |
| Aug-03-04 | 1.50 | 375.00 | ICA |
| | 0.50 | 125.00 | JSU |
| Aug-04-04 | 0.50 | 162.50 | DJL |
| | 6.00 | 1,500.00 | ICA |
| | 0.50 | 125.00 | JSU |
| Aug-05-04 | 1.00 | 325.00 | DJL |
| | 8.75 | 2,187.50 | ICA |

| Date | Hours | Amount | Initials |
|---|---|---|---|
| Aug-06-04 | 0.50 | 162.50 | DJL |
| | 4.00 | 1,000.00 | ICA |
| | 0.50 | 125.00 | JSU |
| Aug-08-04 | 2.50 | 625.00 | ICA |
| Aug-09-04 | 6.50 | 1,625.00 | ICA |
| | 0.50 | 125.00 | JSU |
| Aug-10-04 | 1.00 | 250.00 | ICA |
| | 0.25 | 62.50 | JSU |
| Aug-11-04 | 0.75 | 243.75 | DJL |
| | 1.00 | 250.00 | ICA |
| | 0.75 | 187.50 | JSU |
| Aug-12-04 | 0.75 | 187.50 | ICA |
| Aug-13-04 | 0.25 | 81.25 | DJL |
| | 0.50 | 125.00 | ICA |

| | | | |
|---|---|---|---|
| | 0.25 | 62.50 | JSU |
| Aug-24-04 | 1.50 | 375.00 | ICA |
| Aug-26-04 | 0.50 | 162.50 | DJL |
| | 2.50 | 625.00 | ICA |
| Aug-27-04 | 0.25 | 81.25 | DJL |
| | 2.50 | 625.00 | ICA |
| | 0.25 | 62.50 | JSU |
| Aug-30-04 | 1.50 | 375.00 | ICA |
| Aug-31-04 | 0.75 | 187.50 | ICA |
| Sep-20-04 | 0.25 | 62.50 | ICA |
| Oct-13-04 | 0.25 | 81.25 | DJL |
| | 0.25 | 62.50 | PCP |
| Oct-27-04 | 0.50 | 125.00 | PCP |
| Oct-28-04 | 1.00 | 325.00 | DJL |
| Oct-29-04 | 0.50 | 125.00 | JSU |
| | 1.00 | 250.00 | PCP |

| | | | | |
|---|---|---|---|---|
| Oct-31-04 | | 0.75 | 187.50 | JSU |
| Dec-02-04 | | 0.25 | 62.50 | PCP |
| Dec-03-04 | | 0.25 | 62.50 | PCP |
| Dec-13-04 | | 0.25 | 62.50 | PCP |
| Dec-14-04 | | 0.25 | 62.50 | PCP |
| Dec-22-04 | | 0.50 | 125.00 | PCP |
| Dec-29-04 | | 0.75 | 187.50 | PCP |
| Jan-05-05 | | 0.50 | 125.00 | PCP |
| Jan-31-05 | | 0.50 | 162.50 | DJL |
| Feb-09-05 | | 1.00 | 250.00 | PCP |
| Feb-14-05 | | 0.25 | 81.25 | DJL |
| Feb-25-05 | | 0.25 | 62.50 | ICA |
| | | 0.25 | 62.50 | ICA |
| | | 0.25 | 62.50 | PCP |
| Mar-01-05 | | 1.00 | 250.00 | ICA |
| | | 0.50 | 125.00 | PCP |
| | | 0.25 | 62.50 | ACP |

|             |      |          |     |
|-------------|------|----------|-----|
|             | 0.25 | 48.75    | DSL |
| Mar-02-05   | 2.00 | 500.00   | ICA |
|             | 2.00 | 390.00   | DSL |
| Mar-03-05   | 3.00 | 585.00   | DSL |
| Mar-18-05   | 2.50 | 487.50   | DSL |
| Apr-04-05   | 0.50 | 125.00   | ICA |
|             | 1.00 | 250.00   | PCP |
| Apr-05-05   | 3.00 | 585.00   | DSL |
| Apr-06-05   | 4.00 | 780.00   | DSL |
| Apr-07-05   | 0.25 | 62.50    | PCP |
|             | 3.00 | 585.00   | DSL |
| Apr-11-05   | 1.00 | 250.00   | ICA |
|             | 1.00 | 250.00   | PCP |
|             | 6.50 | 1,267.50 | DSL |
| Apr-12-05   | 6.00 | 1,170.00 | DSL |
| Apr-13-05   | 1.75 | 437.50   | ICA |
|             | 7.00 | 1,365.00 | DSL |

| | | | |
|---|---|---|---|
| Apr-14-05 | 0.25 | 62.50 | PCP |
| | 7.25 | 1,413.75 | DSL |
| Apr-15-05 | 0.25 | 62.50 | ICA |
| | 0.25 | 62.50 | PCP |
| | 0.25 | 62.50 | ACP |
| | 11.00 | 2,145.00 | DSL |
| Apr-16-05 | 3.25 | 812.50 | ICA |
| | 2.50 | 625.00 | PCP |
| | 0.25 | 62.50 | PCP |
| Apr-17-05 | 5.50 | 1,375.00 | ICA |
| | 4.00 | 1,000.00 | PCP |
| | 0.25 | 62.50 | PCP |
| Apr-18-05 | 4.25 | 1,062.50 | ICA |
| | 8.00 | 2,000.00 | PCP |
| | 0.75 | 187.50 | PCP |
| | 1.00 | 250.00 | PCP |

|            |      |          |     |
|------------|------|----------|-----|
|            | 4.50 | 877.50   | EMF |
| Apr-19-05  | 1.00 | 250.00   | PCP |
| Apr-26-05  | 0.25 | 62.50    | ICA |
|            | 0.25 | 62.50    | PCP |
| Apr-28-05  | 0.25 | 62.50    | ICA |
|            | 0.75 | 187.50   | PCP |
| Apr-29-05  | 0.25 | 62.50    | PCP |
| May-03-05  | 0.25 | 62.50    | PCP |
|            | 3.00 | 585.00   | DSL |
| May-04-05  | 6.00 | 1,170.00 | DSL |
| May-05-05  | 3.50 | 682.50   | DSL |
| May-06-05  | 0.75 | 187.50   | ICA |
|            | 1.00 | 250.00   | PCP |
|            | 2.50 | 487.50   | DSL |
| May-09-05  | 0.25 | 62.50    | PCP |

|  |  |  |
|---|---|---|
| 1.00 | 195.00 | DSL |

May-10-05

|  |  |  |
|---|---|---|
| 0.25 | 81.25 | DJL |
| 1.00 | 250.00 | PCP |
| 0.50 | 125.00 | ACP |
| 0.50 | 97.50 | DSL |
| 0.25 | 48.75 | DSL |

May-11-05

|  |  |  |
|---|---|---|
| 0.50 | 125.00 | ACP |
| 2.00 | 390.00 | DSL |

May-12-05

|  |  |  |
|---|---|---|
| 0.25 | 62.50 | PCP |
| 2.00 | 390.00 | DSL |

May-13-05

|  |  |  |
|---|---|---|
| 3.00 | 585.00 | DSL |

May-16-05

|  |  |  |
|---|---|---|
| 8.00 | 1,560.00 | DSL |

May-17-05

|  |  |  |
|---|---|---|
| 4.00 | 780.00 | DSL |

May-18-05

|  |  |  |
|---|---|---|
| 4.00 | 780.00 | DSL |

May-19-05

|  |  |  |
|---|---|---|
| 1.00 | 250.00 | PCP |
| 7.00 | 1,365.00 | DSL |

May-20-05

|  |  |  |
|---|---|---|
| 9.00 | 1,755.00 | DSL |

May-21-05

|  |  |  |
|---|---|---|
| 10.00 | 1,950.00 | DSL |

May-22-05

|  |  |  |
|---|---|---|
| 10.00 | 1,950.00 | DSL |

May-23-05

|  |  |  |
|---|---|---|
| 8.00 | 1,560.00 | DSL |

| May-24-05 | | 0.25 | 81.25 | DJL |
| | | 0.25 | 62.50 | ICA |
| | | 0.25 | 48.75 | DSL |
| May-25-05 | | 0.25 | 62.50 | PCP |
| | | 0.33 | 64.35 | DSL |
| Jun-14-05 | | 1.00 | 250.00 | PCP |
| | | 0.50 | 125.00 | ACP |
| | | 0.50 | 97.50 | DSL |
| Jun-16-05 | | 0.75 | 187.50 | PCP |
| | | 0.50 | 125.00 | ACP |
| | | 0.50 | 97.50 | DSL |
| Jun-20-05 | | 1.00 | 325.00 | DJL |
| Jun-21-05 | | 0.50 | 162.50 | DJL |
| | | 0.25 | 62.50 | ICA |
| | | 3.00 | 585.00 | DSL |

| | | | |
|---|---|---|---|
| Jun-22-05 | 0.50 | 125.00 | ICA |
| | 0.50 | 125.00 | ICA |
| | 1.00 | 250.00 | PCP |
| | 1.00 | 195.00 | DSL |
| Jun-23-05 | 0.25 | 62.50 | ICA |
| | 0.25 | 62.50 | ACP |
| | 1.00 | 195.00 | DSL |
| | 0.25 | 48.75 | DSL |
| Jun-24-05 | 0.50 | 125.00 | ICA |
| Jun-27-05 | 1.50 | 487.50 | DJL |
| | 2.25 | 562.50 | ICA |
| | 1.25 | 312.50 | PCP |
| | 2.00 | 390.00 | DSL |
| Jun-28-05 | 0.50 | 162.50 | DJL |
| | 1.00 | 250.00 | ICA |
| | 5.00 | 975.00 | DSL |

| Date | | Hours | Amount | Code |
|---|---|---|---|---|
| Jul-06-05 | | 0.25 | 62.50 | ICA |
| Jul-07-05 | | 1.25 | 312.50 | ICA |
| | | 1.00 | 250.00 | PCP |
| Jul-08-05 | | 0.33 | 82.50 | ICA |
| | | 0.33 | 82.50 | JSU |
| | | 0.30 | 58.50 | DSL |
| Jul-12-05 | | 0.75 | 187.50 | ICA |
| | | 1.00 | 250.00 | JSU |
| | | 1.00 | 250.00 | PCP |
| | | 2.00 | 500.00 | ACP |
| | | 5.00 | 975.00 | DSL |
| Jul-13-05 | | 1.25 | 312.50 | ACP |
| Jul-26-05 | | 2.50 | 487.50 | DSL |
| Jul-27-05 | | 5.50 | 1,072.50 | DSL |

| | | | |
|---|---:|---:|---|
| Sep-13-05 | 0.10 | 25.00 | ICA |
| Oct-14-05 | 0.25 | 81.25 | DJL |
| | 0.25 | 62.50 | ACP |
| | 0.75 | 146.25 | DSL |
| Jan-11-06 | 0.25 | 62.50 | ICA |
| | 0.50 | 125.00 | PCP |
| Jan-13-06 | 0.25 | 81.25 | DJL |
| | 0.25 | 62.50 | PCP |
| Jan-19-06 | 0.50 | 125.00 | PCP |
| | 0.25 | 48.75 | DSL |
| Jan-20-06 | 0.50 | 162.50 | DJL |
| | 0.50 | 125.00 | ICA |
| | 0.25 | 62.50 | PCP |
| | 0.75 | 146.25 | DSL |
| Jan-23-06 | 0.25 | 48.75 | DSL |
| Jan-26-06 | 0.05 | 5.00 | EOL |

| Date | | Hours | Amount | Code |
|---|---|---|---|---|
| Mar-10-06 | | 2.00 | 390.00 | DSL |
| | | 0.10 | 10.00 | EOL |
| Mar-11-06 | | 0.75 | 187.50 | PCP |
| | | 0.25 | 48.75 | DSL |
| Mar-13-06 | | 1.00 | 325.00 | DJL |
| | | 2.25 | 562.50 | ICA |
| | | 4.00 | 1,000.00 | PCP |
| | | 4.00 | 1,000.00 | ACP |
| | | 8.00 | 1,560.00 | DSL |
| Mar-14-06 | | 2.75 | 687.50 | ICA |
| | | 8.00 | 2,000.00 | PCP |
| | | 2.00 | 500.00 | ACP |

| | | | | |
|---|---|---|---|---|
| | ιt | 6.00 | 1,170.00 | DSL |
| | | 0.10 | 10.00 | EOL |
| Mar-15-06 | | 1.00 | 250.00 | ICA |
| | | 0.25 | 62.50 | PCP |
| | | 1.00 | 195.00 | DSL |
| Mar-16-06 | | 0.75 | 243.75 | DJL |
| | | 1.75 | 437.50 | ICA |
| | | 2.00 | 390.00 | DSL |
| | | 0.05 | 5.00 | EOL |
| | | 0.05 | 5.00 | EOL |
| | | 0.05 | 5.00 | EOL |

| Date | | | | | |
|---|---|---|---|---|---|
| Mar-17-06 | | | 0.75 | 243.75 | DJL |
| | | | 0.75 | 187.50 | ICA |
| | | | 0.25 | 62.50 | PCP |
| | | | 2.25 | 562.50 | ACP |
| | | | 2.50 | 487.50 | DSL |
| | | | 0.10 | 10.00 | EOL |
| | | | 0.10 | 10.00 | EOL |
| | | | 0.05 | 5.00 | EOL |
| Mar-18-06 | | | 0.50 | 162.50 | DJL |
| | | | 0.25 | 62.50 | PCP |
| | | | 0.25 | 62.50 | ACP |
| | | | 0.75 | 146.25 | DSL |

Case 1:04-cv-00006    Document 503    Filed 10/12/2007    Page 21 of 56

| | | | | |
|---|---|---|---|---|
| Mar-20-06 | | 2.00 | 500.00 | ICA |
| | | 5.00 | 1,250.00 | PCP |
| | | 0.50 | 125.00 | ACP |
| | | 0.05 | 5.00 | EOL |
| Mar-21-06 | | 0.75 | 243.75 | DJL |
| | | 1.25 | 312.50 | PCP |
| | | 0.50 | 125.00 | ACP |
| | | 1.00 | 195.00 | DSL |
| | | 0.05 | 5.00 | EOL |
| | | 0.10 | 10.00 | EOL |

|  |  | 0.10 | 10.00 | EOL |
|---|---|---|---|---|
| Mar-22-06 |  | 0.50 | 162.50 | DJL |
|  |  | 0.75 | 187.50 | ICA |
|  |  | 0.50 | 125.00 | PCP |
|  |  | 0.50 | 97.50 | DSL |
| Mar-23-06 |  | 1.00 | 325.00 | DJL |
|  |  | 0.50 | 125.00 | ICA |
|  |  | 1.00 | 250.00 | PCP |
|  |  | 2.00 | 390.00 | DSL |
|  |  | 0.10 | 10.00 | EOL |
|  |  | 0.10 | 10.00 | EOL |

| Date | Hours | Amount | Initials |
|---|---|---|---|
| Mar-24-06 | 0.50 | 162.50 | DJL |
| | 0.50 | 125.00 | ICA |
| | 2.50 | 625.00 | PCP |
| | 0.25 | 48.75 | DSL |
| | 0.05 | 5.00 | EOL |
| | 0.25 | 25.00 | EOL |
| Mar-25-06 | 3.00 | 975.00 | DJL |
| | 3.50 | 875.00 | ICA |
| | 4.50 | 1,125.00 | PCP |
| | 0.50 | 97.50 | DSL |
| | 1.50 | 292.50 | DSL |

| | | |
|---|---|---|
| 0.25 | 62.50 | ICA |

Mar-27-06

| | | |
|---|---|---|
| 0.25 | 62.50 | PCP |
| 0.05 | 5.00 | EOL |

Mar-28-06

| | | |
|---|---|---|
| 1.75 | 568.75 | DJL |
| 0.75 | 187.50 | PCP |
| 2.50 | 625.00 | PCP |
| 0.25 | 48.75 | DSL |
| 2.50 | 812.50 | DJL |

Mar-30-06

| | | |
|---|---|---|
| 3.50 | 875.00 | PCP |
| 0.75 | 187.50 | ACP |
| 0.10 | 10.00 | EOL |
| 0.10 | 10.00 | EOL |

| | | | |
|---|---|---|---|
| Mar-31-06 | 2.00 | 500.00 | PCP |
| Apr-02-06 | 4.00 | 1,000.00 | PCP |
| Apr-03-06 | 1.25 | 406.25 | DJL |
| | 3.00 | 750.00 | ICA |
| | 8.00 | 2,000.00 | PCP |
| Apr-04-06 | 5.50 | 1,375.00 | ICA |
| | 7.00 | 1,750.00 | PCP |
| | 1.50 | 292.50 | DSL |
| Apr-05-06 | 5.00 | 1,250.00 | ICA |
| | 4.00 | 1,000.00 | PCP |
| | 0.05 | 5.00 | EOL |
| Apr-06-06 | 0.75 | 243.75 | DJL |
| | 12.00 | 3,000.00 | ICA |
| | 12.00 | 3,000.00 | PCP |

|          |     |       |          |     |
|----------|-----|-------|----------|-----|
|          |     | 4.00  | 780.00   | DSL |
| Apr-07-06 |     | 1.00  | 325.00   | DJL |
|          |     | 12.50 | 3,125.00 | ICA |
|          |     | 12.00 | 3,000.00 | PCP |
|          |     | 0.75  | 187.50   | ACP |
|          |     | 5.50  | 1,072.50 | DSL |
| Apr-08-06 |     | 1.00  | 325.00   | DJL |
|          |     | 10.00 | 2,500.00 | ICA |
|          |     | 10.00 | 2,500.00 | PCP |
|          |     | 4.50  | 877.50   | DSL |
| Apr-10-06 |     | 1.50  | 487.50   | DJL |
|          |     | 0.50  | 125.00   | ICA |
|          |     | 0.50  | 97.50    | DSL |
| Apr-12-06 | its | 0.25  | 48.75    | DSL |
|          |     | 0.05  | 5.00     | EOL |

| | | | |
|---|---|---|---|
| | 0.05 | 5.00 | EOL |
| Apr-14-06 | 2.50 | 625.00 | ICA |
| | 1.50 | 375.00 | PCP |
| | 3.00 | 585.00 | DSL |
| Apr-15-06 | 0.25 | 62.50 | ICA |
| Apr-17-06 | 1.75 | 437.50 | ICA |
| | 0.75 | 187.50 | PCP |
| Apr-18-06 | 1.50 | 375.00 | PCP |
| | 0.75 | 146.25 | DSL |
| | 0.05 | 5.00 | EOL |
| Apr-19-06 | 2.50 | 625.00 | ICA |
| | 2.50 | 625.00 | PCP |
| Apr-20-06 | 3.75 | 937.50 | ICA |

| | | | |
|---|---|---|---|
| | 2.00 | 500.00 | PCP |
| | 0.05 | 5.00 | EOL |
| | 0.05 | 5.00 | EOL |
| Apr-21-06 | 0.50 | 97.50 | DSL |
| | 0.05 | 5.00 | EOL |
| Apr-24-06 | 0.25 | 62.50 | PCP |
| Apr-28-06 | 0.50 | 125.00 | ICA |
| | 0.50 | 125.00 | PCP |
| | 0.50 | 97.50 | DSL |
| | 0.10 | 10.00 | EOL |
| May-02-06 | 2.50 | 625.00 | ICA |
| | 0.25 | 62.50 | PCP |
| May-03-06 | 0.50 | 125.00 | ICA |

|  | | | |
|---|---|---|---|
|  | 0.25 | 62.50 | PCP |
| May-08-06 | 5.50 | 1,375.00 | ICA |
|  | 3.00 | 750.00 | PCP |
| May-09-06 | 5.00 | 1,250.00 | ICA |
|  | 2.00 | 500.00 | PCP |
| May-10-06 | 4.00 | 1,000.00 | ICA |
| May-22-06 | 6.50 | 1,625.00 | ICA |
|  | 0.50 | 125.00 | PCP |
| May-23-06 | 8.00 | 2,000.00 | ICA |
|  | 4.00 | 1,000.00 | PCP |
| May-24-06 | 10.50 | 2,625.00 | ICA |
|  | 4.00 | 1,000.00 | PCP |

|            |       |          |     |
|------------|-------|----------|-----|
|            | 1.00  | 195.00   | DSL |
| May-25-06  | 10.50 | 2,625.00 | ICA |
|            | 10.00 | 2,500.00 | PCP |
| May-26-06  | 0.50  | 125.00   | ICA |
|            | 6.00  | 1,500.00 | PCP |
|            | 0.10  | 10.00    | EOL |
| May-30-06  | 8.25  | 2,062.50 | ICA |
|            | 3.00  | 750.00   | PCP |
|            | 3.00  | 585.00   | DSL |
| May-31-06  | 10.25 | 2,562.50 | ICA |

| Date | Hours | Amount | Code |
|---|---|---|---|
|  | 6.00 | 1,170.00 | DSL |
|  | 0.05 | 5.00 | EOL |
| Jun-01-06 | 12.50 | 3,125.00 | ICA |
|  | 4.00 | 1,000.00 | PCP |
|  | 0.50 | 50.00 | EOL |
| Jun-02-06 | 10.00 | 2,500.00 | ICA |
|  | 7.00 | 1,750.00 | PCP |
| Jun-03-06 | 1.00 | 325.00 | DJL |
| Jun-05-06 | 4.25 | 1,062.50 | ICA |
| Jun-06-06 | 0.75 | 243.75 | DJL |
|  | 1.75 | 437.50 | ICA |
| Jun-21-06 | 0.10 | 10.00 | EOL |
| Jul-05-06 | 0.05 | 5.00 | EOL |
| Jul-16-06 | 0.25 | 62.50 | PCP |

| Date | | | | |
|------|------|------|------|------|
| Jul-20-06 | | 0.25 | 81.25 | DJL |
| | | 0.25 | 62.50 | ICA |
| | | 0.75 | 187.50 | PCP |
| | | 0.10 | 10.00 | EOL |
| Jul-28-06 | | 0.05 | 5.00 | EOL |
| Aug-04-06 | | 0.05 | 5.00 | EOL |
| Aug-07-06 | | 0.25 | 62.50 | ICA |
| | | 0.75 | 187.50 | PCP |
| | | 0.50 | 97.50 | DSL |
| Aug-08-06 | | 1.00 | 250.00 | ICA |
| | | 1.00 | 250.00 | PCP |
| | | 0.25 | 48.75 | DSL |
| Aug-09-06 | | 5.75 | 1,437.50 | ICA |

| | | | |
|---|---|---|---|
| | 2.00 | 500.00 | PCP |
| | 4.00 | 780.00 | DSL |
| Aug-10-06 | 7.50 | 1,875.00 | ICA |
| | 4.50 | 1,125.00 | PCP |
| | 1.50 | 292.50 | DSL |
| | 0.05 | 5.00 | EOL |
| Aug-11-06 | 7.00 | 1,750.00 | ICA |
| | 6.00 | 1,500.00 | PCP |
| | 0.50 | 97.50 | DSL |
| | 0.20 | 20.00 | EOL |
| | 0.05 | 5.00 | EOL |

Aug-14-06                                        0.05         5.00              EOL

Aug-15-06                                        0.50       125.00             PCP

Aug-17-06                                        0.05         5.00              EOL

Aug-25-06                                        0.50       125.00             ICA

                                                 0.05         5.00              EOL

Nov-28-06                                        2.50       625.00             ICA

                                                 0.50       125.00             PCP

                                                 0.10        19.50             DSL

| | | | |
|---|---|---|---|
| Nov-29-06 | 1.25 | 312.50 | PCP |
| Dec-01-06 | 3.25 | 812.50 | ICA |
| | 2.50 | 625.00 | PCP |
| Dec-04-06 | 0.50 | 125.00 | PCP |
| Dec-05-06 | 0.25 | 62.50 | PCP |
| | 0.05 | 5.00 | EOL |
| Dec-07-06 | 0.25 | 62.50 | PCP |
| | 0.25 | 48.75 | DSL |
| Dec-08-06 | 2.50 | 625.00 | ICA |
| | 0.75 | 187.50 | PCP |
| | 0.25 | 62.50 | ACP |
| | 0.10 | 10.00 | EOL |
| Dec-11-06 | 2.00 | 500.00 | PCP |
| | 1.00 | 195.00 | DSL |
| Dec-12-06 | 0.25 | 62.50 | ICA |

|  |  |  |
|---|---|---|
| 4.00 | 1,000.00 | PCP |
| 2.25 | 438.75 | DSL |

Dec-13-06

| 6.00 | 1,500.00 | PCP |
|---|---|---|
| 4.00 | 780.00 | DSL |

Dec-14-06

| 8.00 | 2,000.00 | PCP |
|---|---|---|
| 6.00 | 1,170.00 | DSL |

Dec-15-06

| 1.75 | 437.50 | ICA |
|---|---|---|
| 9.00 | 2,250.00 | PCP |
| 8.00 | 1,560.00 | DSL |
| 0.05 | 5.00 | EOL |

Dec-18-06

| 1.00 | 250.00 | PCP |
|---|---|---|
| 0.05 | 5.00 | EOL |

| Date | | | | |
|------|------|----------|-----|
| Dec-20-06 | | 2.00 | 500.00 | PCP |
| | | 3.00 | 585.00 | DSL |
| Dec-21-06 | | 7.00 | 1,750.00 | PCP |
| | | 5.00 | 975.00 | DSL |
| Dec-22-06 | | 2.50 | 812.50 | DJL |
| | | 8.00 | 2,000.00 | PCP |
| | | 6.00 | 1,170.00 | DSL |
| Dec-26-06 | | 1.00 | 195.00 | DSL |
| Dec-27-06 | | 0.05 | 5.00 | EOL |
| | | 0.05 | 5.00 | EOL |
| Dec-29-06 | | 0.05 | 5.00 | EOL |

| | | | |
|---|---|---|---|
| Jan-02-07 | 2.00 | 500.00 | PCP |
| Jan-03-07 | 0.50 | 125.00 | ICA |
| | 6.00 | 1,500.00 | PCP |
| Jan-04-07 | 7.00 | 1,750.00 | PCP |
| | 3.00 | 585.00 | DSL |
| Jan-05-07 | 0.25 | 62.50 | ICA |
| | 5.00 | 1,250.00 | PCP |
| | 1.50 | 292.50 | DSL |
| Jan-06-07 | 3.00 | 750.00 | PCP |
| | 0.50 | 97.50 | DSL |
| Jan-08-07 | 0.75 | 187.50 | ICA |
| | 3.00 | 750.00 | PCP |

| Date | | Hours | Amount | Code |
|------|--|-------|--------|------|
| Jan-09-07 | | 1.00 | 250.00 | PCP |
| | | 0.25 | 62.50 | ACP |
| | | 0.25 | 48.75 | DSL |
| Jan-10-07 | | 0.75 | 187.50 | ICA |
| | | 1.00 | 250.00 | PCP |
| Jan-11-07 | | 0.25 | 62.50 | ICA |
| | | 1.25 | 312.50 | PCP |
| Jan-13-07 | | 0.50 | 97.50 | DSL |
| Jan-18-07 | | 0.75 | 187.50 | ICA |
| | | 0.50 | 125.00 | PCP |
| Jan-19-07 | | 0.50 | 125.00 | PCP |
| Jan-22-07 | | 0.25 | 62.50 | PCP |
| Jan-23-07 | | 0.16 | 52.00 | DJL |
| Jan-24-07 | | 2.00 | 500.00 | PCP |
| | | 0.50 | 97.50 | DSL |
| Jan-25-07 | | 0.25 | 81.25 | DJL |

|  |  |  |  |
|---|---|---|---|
|  | 0.75 | 187.50 | PCP |
| Jan-30-07 | 1.00 | 250.00 | ICA |
|  | 0.75 | 187.50 | PCP |
| Jan-31-07 | 0.25 | 62.50 | PCP |
| Feb-01-07 | 2.00 | 500.00 | PCP |
| Feb-02-07 | 0.25 | 62.50 | PCP |
| Feb-14-07 | 0.25 | 62.50 | PCP |
| Feb-22-07 | 0.25 | 62.50 | PCP |
| Feb-27-07 | 0.25 | 62.50 | PCP |
| Mar-05-07 | 0.25 | 62.50 | PCP |
| Mar-06-07 | 0.50 | 97.50 | DSL |
| Mar-08-07 | 0.25 | 62.50 | PCP |
|  | 0.75 | 146.25 | DSL |
| Mar-21-07 | 0.50 | 125.00 | PCP |
| Apr-03-07 | 0.50 | 125.00 | PCP |

|  |  | 0.05 | 5.00 | EOL |
| Apr-06-07 |  | 0.50 | 97.50 | DSL |
| Apr-09-07 |  | 3.00 | 585.00 | DSL |
| Apr-10-07 |  | 0.50 | 125.00 | ICA |
|  |  | 0.25 | 62.50 | PCP |
|  |  | 2.00 | 390.00 | DSL |
| Apr-11-07 |  | 0.50 | 97.50 | DSL |
| Apr-13-07 |  | 0.25 | 62.50 | ICA |
|  |  | 0.50 | 125.00 | PCP |
|  |  | 0.50 | 97.50 | DSL |
|  |  | 0.05 | 5.00 | EOL |
| Apr-15-07 |  | 0.75 | 146.25 | DSL |
| Apr-16-07 |  | 0.75 | 146.25 | DSL |
| Apr-18-07 |  | 0.50 | 125.00 | PCP |

| | | | |
|---|---|---|---|
| Apr-19-07 | 0.25 | 62.50 | ICA |
| Apr-20-07 | 0.25 | 62.50 | ICA |
| | 0.25 | 48.75 | DSL |
| Apr-24-07 | 0.25 | 62.50 | PCP |
| May-02-07 | 0.25 | 62.50 | ICA |
| May-04-07 | 0.05 | 5.00 | EOL |
| May-06-07 | 0.10 | 19.50 | DSL |
| May-07-07 | 0.25 | 62.50 | PCP |
| | 0.10 | 19.50 | DSL |
| May-08-07 | 1.00 | 250.00 | PCP |
| | 0.50 | 97.50 | DSL |
| | 0.05 | 5.00 | EOL |
| May-09-07 | 0.25 | 62.50 | PCP |
| | 0.10 | 19.50 | DSL |
| | 0.05 | 5.00 | EOL |
| May-10-07 | 0.10 | 19.50 | DSL |

| | | | |
|---|---|---|---|
| | 0.05 | 5.00 | EOL |
| May-18-07 | 0.05 | 5.00 | EOL |
| May-22-07 | 0.25 | 62.50 | ICA |
| May-23-07 | 0.25 | 62.50 | PCP |
| May-31-07 | 0.50 | 125.00 | ICA |
| | 0.25 | 62.50 | PCP |
| Jun-01-07 | 0.25 | 62.50 | ICA |
| | 0.50 | 97.50 | DSL |
| Jun-04-07 | 2.00 | 500.00 | ICA |
| | 1.75 | 437.50 | PCP |
| Jun-05-07 | 3.25 | 812.50 | ICA |
| | 1.00 | 250.00 | PCP |
| Jun-06-07 | 2.00 | 500.00 | ICA |
| | 1.50 | 375.00 | PCP |

| | | | |
|---|---|---|---|
| Jun-07-07 | 4.50 | 1,125.00 | ICA |
| | 4.00 | 1,000.00 | PCP |
| Jun-08-07 | 2.00 | 500.00 | ICA |
| | 3.00 | 750.00 | PCP |
| | 0.50 | 125.00 | ACP |
| | 3.50 | 682.50 | DSL |
| Jun-11-07 | 0.50 | 97.50 | DSL |
| Jun-12-07 | 0.25 | 48.75 | DSL |
| Jun-21-07 | 0.50 | 125.00 | ICA |

|           |       |        |     |
| --------- | ----- | ------ | --- |
|           | 0.25  | 62.50  | PCP |
|           | 0.10  | 19.50  | DSL |
| Jun-25-07 | 1.00  | 250.00 | PCP |
| Jun-27-07 | 0.25  | 62.50  | PCP |
| Jun-29-07 | 3.25  | 812.50 | ICA |
|           | 1.00  | 250.00 | PCP |
| Jul-02-07 | 0.50  | 125.00 | PCP |
| Jul-03-07 | 0.25  | 62.50  | PCP |
|           | 0.50  | 97.50  | DSL |
| Jul-10-07 | 0.25  | 62.50  | PCP |
|           | 0.10  | 19.50  | DSL |
| Jul-11-07 | 0.25  | 62.50  | PCP |
| Jul-23-07 | 0.25  | 62.50  | ICA |
| Jul-24-07 | 0.25  | 62.50  | ICA |
|           | 0.50  | 125.00 | PCP |

Jul-26-07                                                    5.00      1,250.00          ICA


                                                             0.50        125.00          PCP

                                                             1.25        243.75          DSL


                                                             0.05          5.00          EOL


                                                             0.05          5.00          EOL


                                                             0.05          5.00          EOL

|  |  |  |  |
|---|---|---|---|
|  | 0.05 | 5.00 | EOL |
| Jul-28-07 | 1.00 | 250.00 | PCP |
| Aug-02-07 | 0.75 | 187.50 | PCP |
| Aug-09-07 | 1.00 | 250.00 | PCP |
| Aug-13-07 | 0.25 | 62.50 | PCP |
|  | 0.05 | 5.00 | EOL |
| Aug-14-07 | 0.25 | 48.75 | DSL |
| Aug-15-07 | 0.05 | 5.00 | EOL |
| Aug-23-07 | 1.00 | 195.00 | DSL |

|            |      |        |     |
|------------|------|--------|-----|
|            | 0.05 | 5.00   | EOL |
| Aug-27-07  | 0.05 | 5.00   | EOL |
| Aug-30-07  | 0.50 | 125.00 | PCP |
|            | 0.50 | 97.50  | DSL |
|            | 0.05 | 5.00   | EOL |
|            | 0.05 | 5.00   | EOL |
| Aug-31-07  | 0.10 | 10.00  | EOL |

| | | | | |
|---|---|---|---|---|
| Sep-04-07 | | 0.25 | 48.75 | DSL |
| | | 0.05 | 5.00 | EOL |
| | | 0.10 | 10.00 | EOL |
| | | 0.10 | 10.00 | EOL |
| Sep-05-07 | | 0.25 | 48.75 | DSL |
| | | 0.05 | 5.00 | EOL |
| | | 0.05 | 5.00 | EOL |
| Sep-06-07 | | 0.75 | 187.50 | PCP |
| | | 0.50 | 97.50 | DSL |
| | | 0.05 | 5.00 | EOL |
| | | 0.05 | 5.00 | EOL |
| Sep-07-07 | | 0.25 | 48.75 | DSL |

| | 0.05 | 5.00 | EOL |
|---|---|---|---|
| | 0.05 | 5.00 | EOL |
| | 0.05 | 5.00 | EOL |
| Sep-10-07 | 0.05 | 5.00 | EOL |
| Sep-11-07 | 2.00 | 500.00 | PCP |
| | 0.05 | 5.00 | EOL |
| Sep-12-07 | 0.10 | 19.50 | DSL |
| | 0.05 | 5.00 | EOL |
| Sep-13-07 | 0.10 | 19.50 | DSL |
| Sep-14-07 | 0.25 | 62.50 | ICA |
| | 0.05 | 5.00 | EOL |
| Sep-17-07 | 1.00 | 250.00 | ICA |

|  |  |  |  |
|---|---|---|---|
|  | 5.00 | 1,250.00 | PCP |
|  | 1.00 | 195.00 | DSL |
|  | 0.25 | 48.75 | DSL |
|  | 0.05 | 5.00 | EOL |
| Sep-18-07 | 2.00 | 500.00 | ICA |
|  | 5.00 | 1,250.00 | PCP |
|  | 5.00 | 975.00 | DSL |
|  | 0.05 | 5.00 | EOL |
| Sep-19-07 | 12.00 | 3,000.00 | PCP |
|  | 5.00 | 975.00 | DSL |
|  | 0.05 | 5.00 | EOL |
| Sep-20-07 | 0.50 | 125.00 | ICA |
|  | 10.00 | 2,500.00 | PCP |
|  | 7.00 | 1,365.00 | DSL |

|            |       |          |     |
|------------|-------|----------|-----|
|            | 0.05  | 5.00     | EOL |
| Sep-21-07  | 10.00 | 2,500.00 | PCP |
|            | 2.00  | 390.00   | DSL |
|            | 0.05  | 5.00     | EOL |
| Sep-22-07  | 1.00  | 325.00   | DJL |
|            | 0.25  | 62.50    | PCP |
| Sep-24-07  | 0.50  | 162.50   | DJL |
|            | 0.50  | 125.00   | ICA |
|            | 1.00  | 250.00   | PCP |
|            | 0.05  | 5.00     | EOL |
|            | 0.05  | 5.00     | EOL |
| Sep-25-07  | 1.25  | 312.50   | ICA |
|            | 0.05  | 5.00     | EOL |
| Sep-26-07  | 1.00  | 250.00   | PCP |
| Sep-27-07  | 1.25  | 312.50   | ICA |
| Oct-04-07  | 0.25  | 62.50    | PCP |
|            | 0.75  | 146.25   | DSL |

| Date | | | Rate | Amount | Code |
|---|---|---|---|---|---|
| | | | 0.05 | 5.00 | EOL |
| Oct-09-07 | | | 2.00 | 500.00 | PCP |
| Oct-10-07 | | | 2.50 | 625.00 | PCP |
| Oct-11-07 | | | 1.25 | 312.50 | PCP |
| | | | 0.25 | 48.75 | DSL |
| Oct-12-07 | | | 0.75 | 146.25 | DSL |
| | | | 1226.65 | $290,852.85 | |

| Date | | Amount |
|---|---|---|
| Jul-01-04 | | 57.00 |
| Aug-06-04 | | 150.00 |
| Aug-27-04 | | 180.00 |
| Oct-01-04 | | 90.00 |
| Oct-31-04 | | 0.40 |
| | | 43.00 |
| Nov-30-04 | | 0.40 |
| | | 20.20 |
| Dec-31-04 | | 0.20 |
| | | 24.60 |
| Jan-31-05 | | 1.20 |
| Feb-17-05 | | 7.50 |
| | | 14.00 |
| Feb-28-05 | | 365.69 |
| | | 23.60 |
| Mar-31-05 | | 87.20 |
| Apr-12-05 | | 205.00 |
| Apr-18-05 | | 44.00 |
| Apr-30-05 | | 1,906.75 |

|  |  |
|---|---:|
|  | 114.00 |
|  | 30.80 |
| May-31-05 | 924.36 |
| Jun-21-05 | 44.00 |
|  | 332.50 |
| Jun-23-05 | 459.50 |
| Jun-28-05 | 20.50 |
| Jun-30-05 | 696.50 |
|  | 131.25 |
|  | 371.40 |
| Jul-08-05 | 59.00 |
| Jul-14-05 | 350.50 |
| Jul-31-05 | 7.60 |
| Aug-25-05 | 6.50 |
| Aug-31-05 | 0.80 |
|  | 0.60 |
| Sep-30-05 | 18.60 |
| Oct-31-05 | 4.60 |
| Nov-30-05 | 33.00 |
| Dec-31-05 | 89.40 |
| Jan-31-06 | 8.20 |
|  | 3.80 |
|  | 45.00 |
| Feb-28-06 | 1.60 |
| Mar-31-06 | 413.39 |
|  | 12.80 |
|  | 757.20 |
|  | 51.60 |
| Apr-03-06 | 9,916.67 |
| Apr-30-06 | 169.40 |
|  | 1.00 |
|  | 4.20 |
|  | 21.75 |
| May-02-06 | 510.77 |
| May-31-06 | 1,288.30 |
|  | 143.80 |
|  | 143.80 |
|  | 2.20 |
| Jun-30-06 | 161.00 |
|  | 45.80 |
| Jul-31-06 | 5.00 |
| Aug-31-06 | 184.60 |
|  | 6.60 |
|  | 383.25 |
| Sep-30-06 | 31.50 |
| Oct-31-06 | 497.58 |
| Nov-30-06 | 0.60 |

| Date | Amount |
|------|--------|
| | 41.40 |
| | 4.20 |
| Dec-31-06 | 184.40 |
| | 2.40 |
| | 1,250.99 |
| Jan-31-07 | 388.00 |
| | 5.80 |
| | 366.06 |
| Feb-28-07 | 6.00 |
| | 0.40 |
| Mar-31-07 | 21.40 |
| | 1.60 |
| May-31-07 | 4.00 |
| | 0.50 |
| Jun-30-07 | 240.25 |
| | 4.00 |
| Jul-31-07 | 407.00 |
| | 45.00 |
| Aug-31-07 | 72.75 |
| | 12.00 |
| Sep-30-07 | 686.50 |
| | 168.00 |
| | 111.00 |

$25,751.21

**Total Fee & Disbursements**                    $316,604.06

**Balance Now Due**                              $316,604.06