1    **LUJAN AGUIGUI & PEREZ** LLP
     Pacific News Building, Suite 300
2    238 Archbishop Flores Street
     Hagåtña, Guam 96910
3    Telephone (671) 477-8064
     Facsimile (671) 477-5297
4
5    *Attorneys for Plaintiff Charmaine R. Torres*

6

**FILED**
**DISTRICT COURT OF GUAM**

OCT 1 2 2007 hbc

**JEANNE G. QUINATA**
**Clerk of Court**

7                  **DISTRICT COURT OF GUAM**

8                  **TERRITORY OF GUAM**

9    JULIE BABAUTA SANTOS, *et. al.,*          Civil Case No. 04-00006

10                           Petitioners,
                                               **REQUEST FOR INSTRUCTIONS**
11               -v-                            **REGARDING SUBMISSION OF**
                                               **UNREDACTED ATTORNEY BILLING**
12   FELIX P. CAMACHO, *et. al.*               **STATEMENTS PURSUANT TO THE**
                                               **COURT'S ORDER OF SEPTEMBER**
13                           Respondents.       **13, 2007**

14

15   CHARMAINE R. TORRES, *et al.,*

16                           Plaintiffs,

17               -v-

18   GOVERNMENT OF GUAM, *et al.,*             Civil Case No. 04-00038

19                           Defendants.

20   MARY GRACE SIMPAO, *et al.,*

21                           Plaintiffs,

22               -v-

23   GOVERNMENT OF GUAM,                       Civil Case No. 04-00049

24                           Defendant.

25               -v-

26   FELIX P. CAMACHO, Governor of Guam,
                           Intervenor-Defendant.
27

28

ORIGINAL

1    On September 13, 2007, the Court ordered the parties to brief the applicability of 26

2    U.S.C. § 7430 to this case, and also ordered the parties to file declarations and billing

3    statements/reports to the Court in order for the court to arrive at a determination as to the

4    reasonableness of attorneys' fees. The Court initially set a filing deadline of October 5, 2007 but

5    then extended the deadline to October 12, 2007.

6    Undersigned counsel for Charmaine R. Torres has filed concurrently herewith copies of

7    redacted billing statements for the Lujan Aguigui & Perez law firm. The statements have been

8    filed in redacted form because the various time entries contain privileged attorney-client

9    information. Nonetheless, counsel is uncertain whether the Court desires to review unredacted

10   statements. In the event the Court is so inclined, Counsel is prepared to submit unredacted copies

11   to the Court *in camera* or under seal.

12   Counsel therefore requests instructions from the Court as to whether counsel should

13   proceed to submit such billing statements either *in camera* or under seal.

14   Respectfully submitted this 12th day of October 2007.

**LUJAN AGUIGUI & PEREZ LLP**

By: _____
**PETER C. PEREZ, ESQ.**

*Attorneys for Plaintiff Charmaine R. Torres*

T-0025C/347-02C/0347/PCP: wdj