

The Law Offices of
# PHILLIPS & BORDALLO
A Professional Corporation
410 West O'Brien Drive, Suite 102 Hagåtña, Guam 96910-5044
Tel: (671) 477-ABCD (2223) • Fax: (671) 477-2FAX (2329)
" I Erensia, Lina'la', Espiritu-ta"

**FILED**
DISTRICT COURT OF GUAM

OCT 1 2 2007

JEANNE G. QUINATA
Clerk of Court

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, *et. al.*, | Civil Case No. 04-00006 |
| Petitioners, | |
| -v- | **MEMORANDUM RE: 26 U.S.C. § 7430** |
| FELIX P. CAMACHO, *et. al.* | |
| Respondents. | |
| CHARMAINE R. TORRES, *et al.*, | Civil Case No. 04-00038 |
| Plaintiffs, | |
| -v- | |
| GOVERNMENT OF GUAM, *et al.*, | |
| Defendants. | |
| MARY GRACE SIMPAO, *et al.*, | Civil Case No. 04-00049 |
| Plaintiffs, | |
| -v- | |
| GOVERNMENT OF GUAM, | |
| Defendant. | |
| -v- | |
| FELIX P. CAMACHO, Governor of Guam, | |
| Intervenor-Defendant. | |

**ORIGINAL**

Interim Class Counsel Michael F. Phillips, counsel for the Petitioner, individually and on behalf of the all those similarly situated, submits this Memorandum regarding 26 U.S.C. § 7430, as this Court directed in its order of September 13, 2007.

26 U.S.C. § 7430(a) provides that "[i]n any administrative or court proceeding which is brought by or against the United States in connection with the determination, collection, or refund of any tax, interest, or penalty under this title, the prevailing party may be awarded a judgment or a settlement for— ... (2) reasonable litigation costs incurred in connection with such court proceeding." Reasonable litigation costs are defined in section 7430(c)(1)(B)(iii) to include "reasonable fees paid or incurred for the services of attorneys in connection with the court proceeding, except that such fees shall not be in excess of $125 per hour unless the court determines that a special factor, such as the limited availability of qualified attorneys for such proceeding, the difficulty of the issues presented in the case, or the local availability of tax expertise, justifies a higher rate."

Section 7430 does not automatically apply to all tax actions. Subsection (a) makes clear that a court "may" award attorney fees under this section. Furthermore, § 7430(b) sets forth limitations to the award of costs and fees under the section. For costs and fees to be awarded pursuant to section 7430, a party must move for such as the award is a reimbursement of costs and fees incurred by the prevailing party.

However, Plaintiffs are not moving for an award of costs and attorney fees under 26 U.S.C. § 7430. In fact, the Settlement Agreement between the parties specifically provides that plaintiffs would not seek for the Government to pay attorney fees and costs in addition to the earned income credit made to the class. Therefore, section 7430 does not presently apply.

Respectfully submitted this 12th day of October, 2007.


MICHAEL F. PHILLIPS