

The Law Offices of

# PHILLIPS & BORDALLO

A Professional Corporation
410 West O'Brien Drive, Suite 102 Hagåtña, Guam 96910-5044
Tel: (671) 477-ABCD (2223) • Fax: (671) 477-2FAX (2329)
" I Erensia, Lina'la', Espiritu-ta"

Attorneys for Petitioners



**FILED**
DISTRICT COURT OF GUAM

OCT 1 2 2007

JEANNE G. QUINATA
Clerk of Court

### DISTRICT COURT OF GUAM

### TERRITORY OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, *et. al.,* | Civil Case No. 04-00006 |
| Petitioners, | |
| -v- | **CERTIFICATE OF SERVICE** |
| FELIX P. CAMACHO, *et. al.* | Civil Case No. 04-00038 |
| Respondents. | |

CHARMAINE R. TORRES, *et al.,*

　　　　　　Plaintiffs,

　　　-v-

GOVERNMENT OF GUAM, *et al.,*　　　　Civil Case No. 04-00049

　　　　　　Defendants.

MARY GRACE SIMPAO, *et al.,*

　　　　　　Plaintiffs,

　　　-v-

GOVERNMENT OF GUAM,

　　　　　　Defendant.

　　　-v-

FELIX P. CAMACHO, Governor of Guam,

　　　　　　Intervenor-Defendant.

# ORIGINAL

I, Michael F. Phillips, hereby state that on the 12th day of October 2007, I caused to be served via hand delivery a copy of:

Declaration of Michael F. Phillips Re: Attorneys' Fees

Memorandum Re: 26 U.S.C. § 7430

Certificate of Service

on the following counsel of record at their address:

*Calvo and Clark, LLP*
Attorneys at Law
655 South Marine Drive, Suite 202
Tamuning, Guam 96912
**Attorneys for Felix P. Camacho,**
**Felix P. Camacho, Governor of Guam**

**Cabot Mantanona LLP**
BankPacific Building 2nd Fl.
825 S. Marine Corps Drive
Tamuning, Guam 96910
**Attorneys for Lourdes M. Perez**
**and Artemio R. Ilagan**

**SHIMIZU CANTO & FISHER**
Suite 101 De la Corte Bldg.
167 Eash Marine Corps Drive
Hagåtña, Guam 96910
**Attorney for Interested Parties:**
**Mary Grace Simpao, et al.**

**LUJAN UNPINGCO AGUIGUI PEREZ**
Suite 300 Pacific News Building
238 Archbishop Flores Street
Hagåtña, Guam 96910
**Attorneys for Interested Parties:**
**Charmaine R. Torres et al.**

Dated this 12th day of October 2007.

**PHILLIPS & BORDALLO, P.C.**
**Attorneys for Petitioners**
**Interim Class Counsel**

By: _____
**MICHAEL F. PHILLIPS**