# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, *et al.*, | Civil Case No. 04-00006 |
| Plaintiffs, | |
| vs. | **ORDER** |
| FELIX A. CAMACHO, *et al.*, | |
| Defendants. | |
| CHARMAINE R. TORRES, *et al.*, | Civil Case No. 04-00038 |
| Plaintiffs, | |
| vs. | |
| GOVERNMENT OF GUAM, *et al.*, | |
| Defendants. | |
| MARY GRACE SIMPAO, *et al.*, | Civil Case No. 04-00049 |
| Plaintiffs, | |
| vs. | |
| GOVERNMENT OF GUAM, | |
| Defendant, | |
| vs. | |
| FELIX P. CAMACHO, Governor of Guam, | |
| Intervenor-Defendant. | |

1 Presently before the court is Objectors' Motion to Submit Supplemental Authority. The
2 court notes that this motion was submitted post hearing and may have bearing on the court's
3 decision regarding the approval or disapproval of the settlement agreement. In order to be fair, the
4 court finds that the other parties should be permitted to comment on the motion before the court
5 makes a ruling. Accordingly, the parties are to submit their briefs by noon October 22, 2007.[1]
6 Such briefing shall be no longer than 10 pages in length. Any pages exceeding the page limit will
7 be disregarded.

**SO ORDERED**.



**/s/ Frances M. Tydingco-Gatewood**
 **Chief Judge**
**Dated: Oct 15, 2007**

---

[1] While the court had hoped to issue its order regarding the approval or disapproval of the Settlement Agreement by Thanksgiving, the applicability of the supplemental authority may clearly postpone any such decision.