DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, *et al.*, <br><br> Petitioners, <br><br> v. <br><br> FELIX P. CAMACHO, *et al.*, <br><br> Respondents. | Civil Case No. 04-00006 <br><br> **FILED** <br> DISTRICT COURT OF GUAM <br><br> OCT 15 2007 <br><br> **JEANNE G. QUINATA** <br> **Clerk of Court** |
| CHARMAINE R. TORRES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GOVERNMENT OF GUAM, *et al.*, <br><br> Defendants. | |
| MARY GRACE SIMPAO, *et al*, <br><br> Plaintiffs, <br><br> v. <br><br> GOVERNMENT OF GUAM, <br><br> Defendant, <br><br> v. <br><br> FELIX P. CAMACHO, Governor of Guam <br><br> Intervenor-Defendant. | **SIMPAO PLAINTIFFS' MOTION TO PLACE EXHIBITS UNDER SEAL** |

SIMPAO PLAINTIFFS' MOTION TO PLACE EXHIBITS UNDER SEAL

SHIMIZU CANTO & FISHER
167 East Marine Corps Drive
Hagatna, Guam 96910
Tel. 671.472.1131
Fax 671.472.2886

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
Tel. 206.682.5600
Fax 206.682.2992

ORIGINAL

| 1 | SHIMIZU CANTO & FISHER |
|---|---|
|   | Suite 101 Dela Corte Bldg. |
| 2 | 167 East Marine Corps Drive |
|   | Hagåtña, Guam 96910 |
| 3 | 671.472.1131 |
| 4 |   |
|   | TOUSLEY BRAIN STEPHENS PLLC |
| 5 | Kim D. Stephens, P.S., WSBA #11984 |
|   | Nancy A. Pacharzina, WSBA #25946 |
| 6 | 1700 Seventh Avenue, Suite 2200 |
|   | Seattle, Washington 98101 |
| 7 | 206.682.5600 |

SIMPAO PLAINTIFFS' MOTION TO
PLACE EXHIBITS UNDER SEAL

SHIMIZU CANTO & FISHER
167 East Marine Corps Drive
Hagatna, Guam 96910
Tel. 671.472.1131
Fax 671.472.2886

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
Tel. 206.682.5600
Fax 206.682.2992

Case 1:04-cv-00006   Document 512   Filed 10/15/2007   Page 2 of 5

COME NOW Plaintiffs Mary Grace Simpao, Christina Naputi and Janice Cruz, hereinafter "*Simpao* Plaintiffs," by and through counsel Shimizu Canto & Fisher and Tousley Brain Stephens PLLC, to move this Honorable Court to place under seal various Exhibits attached to a Declaration filed by *Simpao* Plaintiffs with this Court on October 12, 2007, and to deny access to said Exhibits to all other parties to the consolidated actions and the public in general. *Simpao* Plaintiffs do not request oral argument on this motion but do request expedited disposition of the matter to prevent further injury to *Simpao* Plaintiffs.

**THIS COURT SHOULD PLACE UNDER SEAL ANY PREVIOUSLY FILED EXHIBITS THAT CONSTITUTE PRIVILEGED ATTORNEY WORK PRODUCT.**

On October 12, 2007, *Simpao* Plaintiffs filed a *DECLARATION OF JAMES L. CANTO IN SUPPORT OF SIMPAO PLAINTIFFS' SECOND APPLICATION FOR ATTORNEYS' FEES AND COSTS* (hereinafter "Declaration"), pursuant to this Court's Order of September 13, 2007, wherein the Court ordered "parties shall file declarations and detailed billing statements/reports".

Several portions of the Exhibits attached to the Declaration were publicly filed with the Court inadvertently. *Simpao* Plaintiffs intended to file these Exhibits under seal so that the Court could review them *in camera* without revealing the information to Defendant and other Plaintiffs. Whereas the Defendant might be entitled to view the information post-judgment, the fact is that the case is still currently in a litigation, pre-judgment posture. Accordingly, the information sought to be placed under seal for the Court's exclusive *in camera* review falls under the attorney work product privilege and is not admissible or discoverable.

The materials in question are specifically: Exhibits 3, 4 & 5 attached to the Declaration, and Exhibits A & B attached to the *DECLARATION OF NANCY A. PACHARZINA IN SUPPORT OF SIMPAO PLAINTIFFS' APPLICATION FOR ATTORNEYS' FEES AND COSTS,*

SIMPAO PLAINTIFFS' MOTION TO PLACE EXHIBITS UNDER SEAL
Page 1

SHIMIZU CANTO & FISHER
167 East Marine Corps Drive, Suite 101
Hagatna, Guam 96910
Tel. 671.472.1131

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
Tel. 206.682.5600
Fax 206.682.2992

Case 1:04-cv-00006  Document 512-2  Filed 10/15/2007  Page 3 of 5

which itself in turn is attached as Exhibit 6 to the Canto Declaration. All of Exhibits 3, 4 & 5; everything following the first page of this Exhibit A; and everything following the first page of this Exhibit B are privileged attorney work product.

Exhibits 3, 4, 5 & 6A show the description of activities performed by the attorneys working on this case for the *Simpao* Plaintiffs, which undeniably qualifies for protection under the attorney work product privilege. Exhibit 6B also contains information coming under the attorney work product privilege because it pertains to consultation between attorneys and retained experts.

Thus *Simpao* Plaintiffs respectfully move this Court to remove the aforementioned items from *Simpao* Plaintiffs' October 12, 2007 filing, and from the public record, and place them under seal for the Court's *in camera* review exclusively. Furthermore, the Court should not include these items as part of the Electronic Docket in these consolidated cases. Finally, this Court should prevent access to this information at this time to Defendant and other Plaintiffs in these consolidated cases, and the public in general, and the Court should deny any use of the information by Defendant and other Plaintiffs in the event persons are in possession of the information through *Simpao* Plaintiffs' inadvertence or otherwise.

Respectfully submitted this 15th day of October, 2007.

SHIMIZU CANTO & FISHER

By: _____
James L. Canto II

TOUSLEY BRAIN STEPHENS PLLC
Kim D. Stephens, P.S., *Pro Hac Vice*
Nancy A. Pacharzina, *Pro Hac Vice*

Attorneys for Plaintiffs Simpao, Naputi & Cruz

SIMPAO PLAINTIFFS' MOTION TO
PLACE EXHIBITS UNDER SEAL
Page 2

SHIMIZU CANTO & FISHER
167 East Marine Corps Drive, Suite 101
Hagatna, Guam 96910
Tel. 671.472.1131

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
Tel. 206.682.5600
Fax 206.682.2992

Case 1:04-cv-00006   Document 612-2   Filed 10/15/2007   Page 4 of 5

# CERTIFICATE OF SERVICE

I, JAMES L. CANTO II, certify that I caused a copy of the foregoing document here filed to be served on the following individuals or entities on October 15, 2007, via hand delivery at the following addresses:

Counsel for Petitioner
   Charmaine Torres
Peter C. Perez, Esq.
Lujan, Aguigui & Perez, LLP
Pacific News Bldg., Ste. 300
238 Archbishop Flores St.
Hagatna, Guam 96910

Counsel for Respondent
   Felix P. Camacho
Daniel M. Benjamin, Esq.
Calvo & Clark, LLP
655 S. Marine Corps Drive, Ste. 202
Tamuning, Guam 96913

Counsel for Respondent
   Felix P. Camacho
Shannon Taitano, Esq.
Office of the Governor of Guam
Governor's Complex
East Marine Corps Drive
Adelup, Guam 96910

Counsel for Respondents
   Artemio Ilagan and Lourdes Perez
Rawlen M.T. Mantanona, Esq.
Cabot Mantanona LLP
BankPacific Building, 2nd Floor
825 South Marine Corps Drive
Tamuning, Guam 96913

Counsel for Petitioner
   Julie Babauta Santos
Michael F. Phillips, Esq.
Phillips & Bordallo, P.C.
410 West O'Brien Drive
Hagatna, Guam 96910

Respectfully submitted this October 15, 2007

SHIMIZU CANTO & FISHER
TOUSLEY BRAIN STEPHENS PLLC

_____
James L. Canto II
Attorneys for Plaintiffs