SHANNON TAITANO, ESQ.
OFFICE OF THE GOVERNOR OF GUAM
Ricardo J. Bordallo Governor's Complex
Adelup, Guam 96910
Telephone: (671) 472-8931
Facsimile: (671) 477-6666

EDUARDO A. CALVO, ESQ.
KATHLEEN V. FISHER, ESQ.
RODNEY J. JACOB, ESQ.
DANIEL M. BENJAMIN, ESQ.
CALVO & CLARK, LLP
Attorneys at Law
655 South Marine Corps Drive, Suite 202
Tamuning, Guam 96913
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

*Attorneys for the Government of Guam
and Felix P. Camacho, Governor of Guam*

**FILED**
DISTRICT COURT OF GUAM
OCT 15 2007
JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, et. al., <br><br> Petitioners, <br><br> -v- <br><br> FELIX P. CAMACHO, etc., et. al. <br><br> Respondents. | CIVIL CASE NO. 04-00006 <br> (Consolidated with Civil Case Nos. 04-00038 and 04-00049) <br><br><br> **CERTIFICATE OF SERVICE** |

{G0026123.DOC;1}

The undersigned hereby certifies that a true and correct copy of the following:

**BRIEF OF THE GOVERNOR, GOVERNMENT, AND DIRECTORS OF DOA AND DRT REGARDING THE APPLICABILITY OF 26 U.S.C.§ 7430**

was caused to be served via Hand Delivery on the 12th day of October, 2007, to the following:

>Michael F. Phillips, Esq.
>**PHILLIPS & BORDALLO, P.C.**
>410 West O'Brien Drive
>Hagåtña, Guam 96910
>
>Rawlen Mantanona, Esq.
>**CABOT MANTANONA, LLP**
>BankPacific Building, 2nd Floor
>825 South Marine Corps. Drive
>Tamuning, Guam 96913
>
>**LUJAN, AGUIGUI & PEREZ LLP**
>Attorneys At Law
>Pacific News Building, Suite 300
>238 Archbishop Flores Street
>Hagåtña, Guam 96910
>
>**SHIMIZU, CANTO & FISHER**
>De La Corte Building, Suite 101
>167 E. Marine Corps Drive
>Hagatna, Guam 96910

Dated this 12th day of October, 2007.

>OFFICE OF THE GOVERNOR OF GUAM
>CALVO & CLARK, LLP
>*Attorneys for the Government of Guam
>and Felix P. Camacho, Governor of Guam*
>
>By: _____
>DANIEL M. BENJAMIN

{G0026123.DOC;1}