

The Law Offices of
# PHILLIPS & BORDALLO
A Professional Corporation
410 West O'Brien Drive, Suite 102 Hagåtña, Guam 96910-5044
Tel: (671) 477-ABCD (2223) • Fax: (671) 477-2FAX (2329)
" I Erensia, Lina'Ia', Espiritu-ta"
Attorneys for Petitioners

**FILED**
DISTRICT COURT OF GUAM

OCT 17 2007

JEANNE G. QUINATA
Clerk of Court

## DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, *et al.*, | CIVIL CASE NO. 04-00006 |
| Petitioners, | |
| vs. | **CERTIFICATE OF SERVICE** |
| FELIX A. CAMACHO, etc., *et al.*, | |
| Respondents. | |

I, Michael F. Phillips, hereby state that on the 17th day of October 2007, I caused to be served via hand delivery a copy of:

1. Petitioner's Joinder in Petition Torres' Response to the Court's Order of October 16, 2007 Re: The Protection of Detailed Billing Records.

2. Certificate of Service

on the following counsel of record at their address:

**Calvo and Clark, LLP**
Attorneys at Law
655 South Marine Drive, Suite 202
Tamuning, Guam 96912
**Attorneys for Felix P. Camacho,
Felix P. Camacho, Governor of Guam**

**Cabot Mantanona LLP**
BankPacific Building 2nd Fl.
825 S. Marine Corps Drive
Tamuning, Guam 96910
**Attorneys for Lourdes M. Perez
and Artemio R. Ilagan**

| | |
|---|---|
| **SHIMIZU CANTO & FISHER**<br>Suite 101 De la Corte Bldg.<br>167 Eash Marine Corps Drive<br>Hagåtña, Guam 96910<br>**Attorney for Interested Parties:**<br>**Mary Grace Simpao, et al.** | **LUJAN UNPINGCO AGUIGUI PEREZ**<br>Suite 300 Pacific News Building<br>238 Archbishop Flores Street<br>Hagåtña, Guam 96910<br>**Attorneys for Interested Parties:**<br>**Charmaine R. Torres et al.** |

Dated this 17th day of October 2007.

**PHILLIPS & BORDALLO, P.C.**
**Attorneys for Petitioners**
**Interim Class Counsel**

By: _____
MICHAEL F. PHILLIPS