CABOT
MANTANONA LLP
BankPacific Bldg., Second Floor
825 South Marine Corps Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 646-0777



**FILED**
DISTRICT COURT OF GUAM

OCT 19 2007

JEANNE G. QUINATA
Clerk of Court

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, et. al., <br><br> Petitioners, <br><br> vs. <br><br> FELIX P. CAMACHO, et. al., <br><br> Respondents. | CIVIL CASE NO. CV04-00006 |
| CHARMAINE R. TORRES, et. al., <br><br> Plaintiffs, <br><br> vs. <br><br> GOVERNMENT OF GUAM, et. al., <br><br> Defendants. | CIVIL CASE NO. CV04-00038 <br><br> **DECLARATION** |
| MARY GRACE SIMPAO, et. al., <br><br> Plaintiffs, <br><br> vs. <br><br> GOVERNMENT OF GUAM, <br><br> Defendant, <br><br> vs. <br><br> FELIX P. CAMACHO, Governor of Guam, <br><br> Intervenor- Defendant. | CIVIL CASE NO. CV04-00049 |

I, John Camacho, hereby declare as follows:

1. I am the Deputy Director of the Department of Revenue and Tax. I make this declaration on personal knowledge and based upon my knowledge of the official records on file with the Department of Revenue and Tax. If called as a witness, I could and would testify competently as follows.

2. As I have previously stated, a total of 49,378 individual taxpayers received individual notice in this case because DRT had identified them as potentially eligible to receive the EIC in tax years 1995-2004. A total of 24,108 individual taxpayers filed claims in those tax years. Of those, 20,567 filed claims solely before the first date of publication; and 3,578 filed claims after the date of publication (of which 2,181 had already filed claims before the date of publication, and then filed additional claims after notice was published).

I realize that the Court has been waiting for the figures for some time and I apologize for the delay. When the numbers were first run there was an inconsistency that needed to be resolved to ensure accuracy.

I swear under penalty of perjury under the laws of the Territory of Guam and the United States of America that the forgoing is true and correct.

Executed on this 19th day of October 2007.

By: _____
**JOHN CAMACHO**