SHANNON TAITANO, ESQ.
OFFICE OF THE GOVERNOR OF GUAM
Ricardo J. Bordallo Governor's Complex
Adelup, Guam 96910
Telephone: (671) 472-8931
Facsimile: (671) 477-6666

EDUARDO A. CALVO, ESQ.
KATHLEEN V. FISHER, ESQ.
RODNEY J. JACOB, ESQ.
DANIEL M. BENJAMIN, ESQ.
CALVO & CLARK, LLP
Attorneys at Law
655 South Marine Corps Drive, Suite 202
Tamuning, Guam 96913
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

*Attorneys for the Government of Guam
and Felix P. Camacho, Governor of Guam*

FILED
DISTRICT COURT OF GUAM
OCT 1 8 2007
JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, et. al., <br><br> Petitioners, <br><br> -v- <br><br> FELIX P. CAMACHO, etc., et. al. <br><br> Respondents. | CIVIL CASE NO. 04-00006 <br> (Consolidated with Civil Case Nos. 04-00038 and 04-00049) <br><br><br> **CERTIFICATE OF SERVICE** |

{G0026226.DOC;1}

| | |
|---|---|
| 1 | The undersigned hereby certifies that a true and correct copy of the following: |
| 2 | **BRIEF OF THE GOVERNOR, GOVERNMENT, AND DIRECTORS OF DOA AND DRT REGARDING FILING OF ATTORNEY BILLS IN CAMERA (AND OPPOSITION TO MOTION TO SEAL)** |

The undersigned hereby certifies that a true and correct copy of the following:

**BRIEF OF THE GOVERNOR, GOVERNMENT, AND DIRECTORS OF DOA AND DRT REGARDING FILING OF ATTORNEY BILLS IN CAMERA (AND OPPOSITION TO MOTION TO SEAL)**

was caused to be served via Hand Delivery on the 17TH day of October, 2007, to the following:

Michael F. Phillips, Esq.
**PHILLIPS & BORDALLO, P.C.**
410 West O'Brien Drive
Hagåtña, Guam 96910

Rawlen Mantanona, Esq.
**CABOT MANTANONA, LLP**
BankPacific Building, 2nd Floor
825 South Marine Corps. Drive
Tamuning, Guam 96913

**LUJAN, AGUIGUI & PEREZ LLP**
Attorneys At Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910

**SHIMIZU, CANTO & FISHER**
De La Corte Building, Suite 101
167 E. Marine Corps Drive
Hagatna, Guam 96910

Dated this 18th day of October, 2007.

OFFICE OF THE GOVERNOR OF GUAM
CALVO & CLARK, LLP
*Attorneys for the Government of Guam
and Felix P. Camacho, Governor of Guam*

By: _____
DANIEL M. BENJAMIN

{G0026226.DOC;1}