1 | Counsel appearing on following page

**FILED**
**DISTRICT COURT OF GUAM**

OCT 1 8 2007 nbc

**JEANNE G. QUINATA**
**Clerk of Court**

## DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, *et al.*,<br><br>Petitioners,<br><br>v.<br><br>FELIX P. CAMACHO, *et al.*,<br><br>Respondents. | Civil Case No. 04-00006 |
| CHARMAINE R. TORRES, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>GOVERNMENT OF GUAM, *et al.*,<br><br>Defendants. | Civil Case No. 04-00038 |
| MARY GRACE SIMPAO, *et al*,<br><br>Plaintiffs,<br><br>v.<br><br>GOVERNMENT OF GUAM,<br><br>Defendant,<br><br>v.<br><br>FELIX P. CAMACHO, Governor of Guam<br><br>Intervenor-Defendant. | Civil Case No. 04-00049<br><br>**DECLARATION OF SERVICE** |

DECLARATION OF SERVICE
PAGE 1
ORIGINAL

SHIMIZU CANTO & FISHER
East Marine Corps Drive
Hagatna, Guam 96910
Tel. 671.472.1131
Fax 671.472.2886

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
Tel. 206.682.5600
Fax 206.682.2992

Case 1:04-cv-00006   Document 525   Filed 10/18/2007   Page 1 of 3

| | |
|---|---|
| 1 | Shimizu Canto & Fisher |
| 2 | Suite 101 Dela Corte Bldg |
|   | 167 East Marine Corps Drive |
|   | Hagåtña, Guam 96910 |
| 3 | 671.472.1131 |
| 4 | |
| 5 | Tousley Brain Stephens PLLC |
|   | Kim D. Stephens, P.S., WSBA #11984 |
|   | Nancy A. Pacharzina, WSBA #25946 |
| 6 | 1700 Seventh Avenue, Suite 2200 |
|   | Seattle, Washington 98101 |
| 7 | 206.682.5600 |

DECLARATION OF SERVICE

Shimizu Canto & Fisher
167 East Marine Corps Drive, Suite 101
Hagatna, Guam 96910
Tel. 671.472.1131
Fax 671.472.2886

Tousley Brain Stephens PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
Tel. 206.682.5600
Fax 206.682.2992

Page 2

Case 1:04-cv-00006  Document 525  Filed 10/18/2007  Page 2 of 3

I, Won Sang Yoon, certify that I served a filed copy of the **Plaintiffs Simpao and Cruz' Brief in Response to Court's October 15th Order in RE Detailed Billing Records,** on the following individuals or entities on October 17, 2007, via hand delivery at the following addresses:

Counsel for Petitioner
  Charmaine Torres
Peter C. Perez, Esq.
Lujan, Aguigui & Perez, LLP
Pacific News Bldg., Ste. 300
238 Archbishop Flores St.
Hagåtña, Guam 96910

Counsel for Respondent
  Felix P. Camacho
Shannon Taitano, Esq.
Office of the Governor of Guam
Governor's Complex
East Marine Corps Drive
Adelup, Guam 96910

Counsel for Petitioner
  Julie Babauta Santos
Michael F. Phillips, Esq.
Phillips & Bordallo, P.C.
410 West O'Brien Drive
Hagåtña, Guam 96910

Counsel for Respondent
  Felix P. Camacho
Daniel M. Benjamin, Esq.
Calvo & Clark, LLP
655 S. Marine Corps Drive, Ste. 202
Tamuning, Guam 96913

Counsel for Respondents
  Artemio Ilagan and Lourdes Perez
Rawlen M.T. Mantanona, Esq.
Cabot Mantanona LLP
BankPacific Building, 2nd Floor
825 South Marine Corps Drive
Tamuning, Guam 96913

Respectfully submitted this 10/18/07

WON SANG YOON

---

DECLARATION OF SERVICE

Page 3

SHIMIZU CANTO & FISHER
167 East Marine Corps Drive, Suite 101
Hagatna, Guam 96910
Tel. 671.472.1131
Fax 671.472.2886

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
Tel. 206.682.5600
Fax 206.682.2992