1 [Appearing Counsel on next page]

**FILED**
DISTRICT COURT OF GUAM
OCT 19 2007
JEANNE G. QUINATA
Clerk of Court

# DISTRICT COURT OF GUAM

# TERRITORY OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, *et. al.*, <br><br> Petitioners, <br><br> -v- <br><br> FELIX P. CAMACHO, *et. al.* <br><br> Respondents. | Civil Case No. 04-00006 <br><br><br><br> **CERTIFICATE OF SERVICE** <br><br><br> Civil Case No. 04-00038 |
| CHARMAINE R. TORRES, *et al.*, <br><br> Plaintiffs, <br> -v- <br><br> GOVERNMENT OF GUAM, *et al.*, <br><br> Defendants. | |
| MARY GRACE SIMPAO, *et al.*, <br><br> Plaintiffs, <br> -v- <br><br> GOVERNMENT OF GUAM, <br><br> Defendant. <br> -v- <br><br> FELIX P. CAMACHO, Governor of Guam, <br><br> Intervenor-Defendant. | Civil Case No. 04-00049 |

{G0026305.DOC;1}

**ORIGINAL**

**SHANNON TAITANO, ESQ.**
**OFFICE OF THE GOVERNOR OF GUAM**
Ricardo J. Bordallo Governor's Complex
Adelup, Guam 96910
Telephone: (671) 472-8931
Facsimile: (671) 477-6666

**EDUARDO A. CALVO, ESQ.**
**KATHLEEN V. FISHER, ESQ.**
**RODNEY J. JACOB, ESQ.**
**DANIEL M. BENJAMIN, ESQ.**
**CALVO & CLARK, LLP**
Attorneys at Law
655 South Marine Drive, Suite 202
Tamuning, Guam 96913
Telephone: (671) 646-9355
Facsimile: (671) 646-9403
Attorneys for *Felix P. Camacho, Governor of Guam*

**RAWLEN M.T. MANTANONA**
**CABOT MANTANONA LLP**
BankPacific Building, 2nd Floor
825 S. Marine Corps Drive
Telephone: (671) 646-2001
Facsimile: (671) 646-0777
Attorneys for Respondents *Lourdes M. Perez and Artemio B. Ilagan*

**MICHAEL F. PHILLIPS**
**PHILLIPS & BORDALLO, P.C.**
410 West O'Brien Drive
Hagatña, Guam 96910
Telephone: (671) 477-2223
Facsimile: (671) 477-2329
Class Counsel and Attorneys for Petitioner *Julie Babauta Santos*

**IGNACIO C. AGUIGUI**
**PETER C. PEREZ**
**LUJAN AGUIGUI & PEREZ LLP**
300 Pacific News Building
Hagatña, Guam 96910
Telephone: (671) 477-8064
Facsimile: (671) 477-5297
Attorneys for Plaintiff *Charmaine R. Torres*

{G0026305.DOC;1}

| | |
|---|---|
| 1 | The undersigned hereby certifies that a true and correct copy of the following: |
| 2 | NOTICE OF SUBMISSION OF PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW |
| 3 | |
| 4 | |
| | was caused to be served via Hand Delivery on the 19th day of October, 2007, to the following: |

The undersigned hereby certifies that a true and correct copy of the following:

NOTICE OF SUBMISSION OF PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW

was caused to be served via Hand Delivery on the 19th day of October, 2007, to the following:

Michael F. Phillips, Esq.
**PHILLIPS & BORDALLO, P.C.**
410 West O'Brien Drive
Hagåtña, Guam 96910

Rawlen Mantanona, Esq.
**CABOT MANTANONA, LLP**
BankPacific Building, 2nd Floor
825 South Marine Corps. Drive
Tamuning, Guam 96913

**LUJAN, AGUIGUI & PEREZ LLP**
Attorneys At Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910

**SHIMIZU, CANTO & FISHER**
De La Corte Building, Suite 101
167 E. Marine Corps Drive
Hagatna, Guam 96910

Dated this 19th day of October, 2007.

OFFICE OF THE GOVERNOR OF GUAM
CALVO & CLARK, LLP
*Attorneys for the Government of Guam and Felix P. Camacho, Governor of Guam*

By: /s/
**DANIEL M. BENJAMIN**

{G0026305.DOC;1}