

The Law Offices of
# PHILLIPS & BORDALLO
A Professional Corporation
410 West O'Brien Drive, Suite 102 Hagåtña, Guam 96910-5044
Tel: (671) 477-ABCD (2223) • Fax: (671) 477-2FAX (2329)
" I Erensia, Lina'la', Espiritu-ta"




FILED
DISTRICT COURT OF GUAM

OCT 2 2 2007

JEANNE G. QUINATA
Clerk of Court

Attorneys for Petitioner Santos

## DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, *et al.*,<br><br>Petitioners,<br><br>vs.<br><br>FELIX A. CAMACHO, etc., *et al.*,<br><br>Respondents. | CIVIL CASE NO. 04-00006<br><br>**PETITIONER SANTOS'S JOINDER IN BRIEF OF THE GOVERNOR, GOVERNMENT, AND DIRECTORS OF DOA AND DRT REGARDING 26 C.F.R. § 301.6212-2** |

The Petitioner, individually and on behalf of all those similarly situated (hereinafter "EIC Class"), through her attorneys of record Phillips and Bordallo, P.C., by Leslie A. Travis, herewith joins in the Brief of the Governor, Government, and Directors of DOS and DRT Regarding 26 C.F.R. § 301.6212-2.

Respectfully submitted this 22ND day of October, 2007.

PHILLIPS & BORDALLO, P.C.

By: _____
LESLIE A. TRAVIS