

The Law Offices of
# PHILLIPS & BORDALLO
A Professional Corporation
410 West O'Brien Drive, Suite 102 Hagåtña, Guam 96910-5044
Tel: (671) 477-ABCD (2223) • Fax: (671) 477-2FAX (2329)
" I Erensia, Lina'Ia', Espiritu-ta"
Attorneys for Petitioners

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

FILED
DISTRICT COURT OF GUAM
OCT 22 2007
JEANNE G. QUINATA
Clerk of Court

| | |
|---|---|
| JULIE BABAUTA SANTOS, et al., | CIVIL CASE NO. 04-00006 |
| Petitioners, | |
| vs. | **CERTIFICATE OF SERVICE** |
| FELIX A. CAMACHO, etc., et al., | |
| Respondents. | |

I, Leslie A. Travis, hereby state that on the 22nd day of October 2007, I caused to be served via hand delivery a copy of:

1. Petitioner Santos's Joinder in Brief of the Governor, Government, and Directors of DOA and DRT Regarding 26 C.F.R.§ 301.6212-2

2. Certificate of Service

on the following counsel of record at their address:

**Calvo and Clark, LLP**
Attorneys at Law
655 South Marine Drive, Suite 202
Tamuning, Guam 96912
**Attorneys for Felix P. Camacho,**
**Felix P. Camacho, Governor of Guam**

**Cabot Mantanona LLP**
BankPacific Building 2nd Fl.
825 S. Marine Corps Drive
Tamuning, Guam 96910
**Attorneys for Lourdes M. Perez**
**and Artemio R. Ilagan**

| | |
|---|---|
| **SHIMIZU CANTO & FISHER**<br>Suite 101 De la Corte Bldg.<br>167 Eash Marine Corps Drive<br>Hagåtña, Guam 96910<br>**Attorney for Interested Parties:**<br>**Mary Grace Simpao, et al.** | **LUJAN UNPINGCO AGUIGUI PEREZ**<br>Suite 300 Pacific News Building<br>238 Archbishop Flores Street<br>Hagåtña, Guam 96910<br>**Attorneys for Interested Parties:**<br>**Charmaine R. Torres et al.** |

Dated this 22nd day of October 2007.

**PHILLIPS & BORDALLO, P.C.**
Attorneys for Petitioners
Interim Class Counsel

By: _____
**LESLIE A. TRAVIS**