**LUJAN AGUIGUI & PEREZ LLP**
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064
Facsimile (671) 477-5297

*Attorneys for Plaintiff Charmaine R. Torres*

**FILED**
DISTRICT COURT OF GUAM

OCT 22 2007

JEANNE G. QUINATA
Clerk of Court

# DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, *et. al.*,<br><br>          Petitioners,<br><br>-v-<br><br>FELIX P. CAMACHO, *et. al.*<br><br>          Respondents. | Civil Case No. 04-00006<br><br>**CHARMAINE R. TORRES' JOINDER IN THE BRIEF OF THE GOVERNOR, GOVERNMENT AND DIRECTORS OF DOA AND DRT REGARDING 26 C.F.R. § 301.6212-2** |
| CHARMAINE R. TORRES, *et al.*,<br><br>          Plaintiffs,<br><br>-v-<br><br>GOVERNMENT OF GUAM, *et al.*,<br><br>          Defendants. | Civil Case No. 04-00038 |
| MARY GRACE SIMPAO, *et al.*,<br><br>          Plaintiffs,<br><br>-v-<br><br>GOVERNMENT OF GUAM,<br><br>          Defendant.<br><br>-v-<br><br>FELIX P. CAMACHO, Governor of Guam,<br>          Intervenor-Defendant. | Civil Case No. 04-00049 |

1  Plaintiff **CHARMAINE R. TORRES** ("Torres") (Civ. Case No. 04-00038) joins in the
Brief of the Governor, Government, and Directors of DOA and DRT Regarding 26 C.F.R. §
301.6212-2.

Respectfully submitted this 22nd day of October 2007.

LUJAN AGUIGUI & PEREZ LLP

By: _____
PETER C. PEREZ, ESQ.

*Attorneys for Plaintiff Charmaine R. Torres*

T-0025C/347-02C/0347/PCP: wdj