LUJAN AGUIGUI & PEREZ LLP
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064
Facsimile (671) 477-5297

*Attorneys for Plaintiff Charmaine R. Torres*

FILED
DISTRICT COURT OF GUAM

OCT 22 2007

JEANNE G. QUINATA
Clerk of Court

# DISTRICT COURT OF GUAM

# TERRITORY OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, *et. al.*,<br><br>    Petitioners,<br><br>-v-<br><br>FELIX P. CAMACHO, *et. al.*<br><br>    Respondents. | Civil Case No. 04-00006<br><br><br>**CERTIFICATE OF SERVICE** |
| CHARMAINE R. TORRES, *et al.*,<br><br>    Plaintiffs,<br><br>-v-<br><br>GOVERNMENT OF GUAM, *et al.*,<br><br>    Defendants. | Civil Case No. 04-00038 |
| MARY GRACE SIMPAO, *et al.*,<br><br>    Plaintiffs,<br><br>-v-<br><br>GOVERNMENT OF GUAM,<br><br>    Defendant.<br><br>-v-<br><br>FELIX P. CAMACHO, Governor of Guam,<br><br>    Intervenor-Defendant | Civil Case No. 04-00049 |

I, **PETER C. PEREZ**, certify that I caused copies of the Charmaine R. Torres' Joinder in the Brief of the Governor, Government and Directors of DOA and DRT Regarding 26 C.F.R. § 301.6212-2. To be served on the following individuals or entities on October 22, 2007 at the following addresses:

Shannon Taitano, Esq.
**OFFICE OF THE GOVERNOR OF GUAM**
Governor's Complex
East Marine Corps Drive
Adelup, Guam 96910

Rawlen M.T. Mantanona, Esq.
**CABOT MANTANONA LLP**
BankPacific Building, 2nd Floor
825 South Marine Corps Drive
Tamuning, Guam 96913

Rodney Jacob, Esq.
**CALVO & CLARK LLP**
655 S. Marine Corps Drive, Suite 202
Tamuning, Guam 96913

Michael F. Phillips, Esq.
**PHILLIPS & BORDALLO, P.C.**
410 West O'Brien Drive
Hagåtña, Guam 96910

James L. Canto, II, Esq.
**SHIMIZU CANTO & FISHER**
Suite 101, De La Corte Building
167 E. Marine Corps Drive
Hagåtña, Guam 96910

**RESPECTFULLY SUBMITTED** this 22nd day of October, 2007.

LUJAN AGUIGUI & PEREZ LLP

By: _/s/ Peter C. Perez_
**PETER C. PEREZ, ESQ.**

*Attorneys for Plaintiff Charmaine R. Torres*

T-0025C/347-02C/0347/PCP: wj