# DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, *et al.*, <br><br> Petitioners, <br><br> v. <br><br> FELIX P. CAMACHO, *et al.*, <br><br> Respondents. | Civil Case No. 04-00006 <br><br> **FILED** <br> DISTRICT COURT OF GUAM <br><br> OCT 2 2 2007 <br><br> JEANNE G. QUINATA <br> Clerk of Court |
| CHARMAINE R. TORRES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GOVERNMENT OF GUAM, *et al.*, <br><br> Defendants. | Civil Case No. 04-00038 |
| MARY GRACE SIMPAO, *et al*, <br><br> Plaintiffs, <br><br> v. <br><br> GOVERNMENT OF GUAM, <br><br> Defendant, <br><br> v. <br><br> FELIX P. CAMACHO, Governor of Guam <br><br> Intervenor-Defendant. | Civil Case No. 04-00049 <br><br> **OBJECTORS SIMPAO AND CRUZ' REQUEST TO BE HEARD IN RE MOTION TO SUBMIT SUPPLEMENTAL AUTHORITY** |

SHIMIZU CANTO & FISHER
East Marine Corps Drive
Hagatna, Guam 96910
Tel. 671.472.1131
Fax 671.472.2886

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
Tel. 206.682.5600
Fax 206.682.2992

Page 1

ORIGINAL

**COME NOW** Objectors Mary Grace Simpao and Janice Cruz in response to this Court's order of October 15th, 2007 allowing other parties to comment upon the motion to submit supplemental authority made by Objectors on October 4th 2007. Objectors ask the Court for the opportunity to comment upon the authority as well.

In their motion, Objector's invited the Court's attention to 26 CFR 301.6212-(a) and (b) and (c). Objectors did not provide the Court with their analysis of the section nor how they believe it to be relevant other than the issue of provision of notice to the class.[1] Objectors therefore ask for the same or similar opportunity granted others.

Respectfully Submitted,

By: _____
Thomas J. Fisher
Attorney for Objectors Simpao and Cruz

---

[1] This Court may find Federal Rule of Appellate Procedure 28(j) useful on the point. "If pertinent and significant authorities come to a party's attention after the party's brief has been filed--or after oral argument but before decision--a party may promptly advise the circuit clerk by letter, with a copy to all other parties, setting forth the citations. The letter must state the reasons for the supplemental citations, referring either to the page of the brief or to a point argued orally. The body of the letter must not exceed 350 words. Any response must be made promptly and must be similarly limited."

SHIMIZU CANTO & FISHER
East Marine Corps Drive
Hagatna, Guam 96910
Tel. 671.472.1131
Fax 671.472.2886
Page 2

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
Tel. 206.682.5600
Fax 206.682.2992

Case 1:04-cv-00006   Document 536   Filed 10/22/2007   Page 2 of 2