

**FILED**
DISTRICT COURT OF GUAM
OCT 23 2007
JEANNE G. QUINATA
Clerk of Court

DISTRICT COURT OF GUAM
TERRITORY OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, *et al.*, <br><br> Petitioners, <br><br> v. <br><br> FELIX P. CAMACHO, *et al.*, <br><br> Respondents. | Civil Case No. 04-00006 |
| CHARMAINE R. TORRES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GOVERNMENT OF GUAM, *et al.*, <br><br> Defendants. | Civil Case No. 04-00038 |
| MARY GRACE SIMPAO, *et al*, <br><br> Plaintiffs, <br><br> v. <br><br> GOVERNMENT OF GUAM, <br><br> Defendant, <br><br> v. <br><br> FELIX P. CAMACHO, Governor of Guam <br><br> Intervenor-Defendant. | Civil Case No. 04-00049 <br><br> **OBJECTORS SIMPAO AND CRUZ' REQUEST TO AMEND SUBMITTED FINDINGS OF FACT AND CONCLUSIONS OF LAW** |

SHIMIZU CANTO & FISHER
East Marine Corps Drive
Hagatna, Guam 96910
Tel. 671.472.1131
Fax 671.472.2886
Page 1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
Tel. 206.682.5600
Fax 206.682.2992

**ORIGINAL**

Case 1:04-cv-00006   Document 539   Filed 10/23/2007   Page 1 of 2

**COME NOW** Objectors Mary Grace Simpao and Janice Cruz and request the Court allow them to amend submitted Findings of Fact and Conclusions of Law. On October 19th, 2007, counsel for Objectors received a Declaration made by the Deputy Director of the Department of Revenue and Taxation. Although the Government had agreed to provide the information contained within the Declaration at the fairness hearing, it did not produce it until the afternoon of the day the Objector's Findings of Fact and Conclusions were due. This was too late to include the information in filed Findings and Conclusions.

The new information is clearly relevant since it reveals that the Government's notice program generated a response of less than 5%. This is astounding when one remembers that individual claims are worth hundreds to thousands of dollars; amounts which an informed class member would not forego.

Respectfully Submitted,

By: /s/ Thomas J. Fisher
Thomas J. Fisher
Attorney for Objectors

SHIMIZU CANTO & FISHER
East Marine Corps Drive
Hagatna, Guam 96910
Tel. 671.472.1131
Fax 671.472.2886

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
Tel. 206.682.5600
Fax 206.682.2992

Page 2

Case 1:04-cv-00006    Document 539    Filed 10/23/2007    Page 2 of 2