**LUJAN AGUIGUI & PEREZ** LLP
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064
Facsimile (671) 477-5297

*Attorneys for Plaintiff Charmaine R. Torres*

**FILED**
**DISTRICT COURT OF GUAM**

OCT 2 4 2007 nbₐ

**JEANNE G. QUINATA**
**Clerk of Court**

# DISTRICT COURT OF GUAM

# TERRITORY OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, *et. al.,* | Civil Case No. 04-00006 |
| Petitioners, | |
| -v- | **CERTIFICATE OF SERVICE** |
| FELIX P. CAMACHO, *et. al.* | |
| Respondents. | |
| CHARMAINE R. TORRES, *et al.,* | Civil Case No. 04-00038 |
| Plaintiffs, | |
| -v- | |
| GOVERNMENT OF GUAM, *et al.,* | |
| Defendants. | |
| MARY GRACE SIMPAO, *et al.,* | Civil Case No. 04-00049 |
| Plaintiffs, | |
| -v- | |
| GOVERNMENT OF GUAM, | |
| Defendant. | |
| -v- | |
| FELIX P. CAMACHO, Governor of Guam, | |
| Intervenor-Defendant | |

ORIGINAL

I, **PETER C. PEREZ**, certify that I caused copies of the Declaration of Peter C. Perez Regarding Billing Statements Pursuant to the Court's Order. To be served on the following individuals or entities on October 24, 2007 at the following addresses:

Shannon Taitano, Esq.
**OFFICE OF THE GOVERNOR OF GUAM**
Governor's Complex
East Marine Corps Drive
Adelup, Guam 96910

Rawlen M.T. Mantanona, Esq.
**CABOT MANTANONA LLP**
BankPacific Building, 2nd Floor
825 South Marine Corps Drive
Tamuning, Guam 96913

Rodney Jacob, Esq.
**CALVO & CLARK LLP**
655 S. Marine Corps Drive, Suite 202
Tamuning, Guam 96913

Michael F. Phillips, Esq.
**PHILLIPS & BORDALLO, P.C.**
410 West O'Brien Drive
Hagåtña, Guam 96910

James L. Canto, II, Esq.
**SHIMIZU CANTO & FISHER**
Suite 101, De La Corte Building
167 E. Marine Corps Drive
Hagåtña, Guam 96910

**RESPECTFULLY SUBMITTED** this 24th day of October, 2007.

**LUJAN AGUIGUI & PEREZ LLP**

By: _____
      **PETER C. PEREZ, ESQ.**

*Attorneys for Plaintiff Charmaine R. Torres*

T-0025C/347-02C/0347/PCP: wj

1