SHANNON TAITANO, ESQ.
OFFICE OF THE GOVERNOR OF GUAM
Ricardo J. Bordallo Governor's Complex
Adelup, Guam 96910
Telephone: (671) 472-8931
Facsimile: (671) 477-6666

EDUARDO A. CALVO, ESQ.
KATHLEEN V. FISHER, ESQ.
RODNEY J. JACOB, ESQ.
DANIEL M. BENJAMIN, ESQ.
CALVO & CLARK, LLP
Attorneys at Law
655 South Marine Corps Drive, Suite 202
Tamuning, Guam 96913
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

*Attorneys for the Government of Guam
and Felix P. Camacho, Governor of Guam*

RAWLEN M.T. MANTANONA, ESQ.
RAYMOND L. SOUZA, JR., ESQ.
CABOT MANTANONA LLP
BankPacific Building, 2nd Floor
825 S. Marine Corps Drive
Telephone: (671) 646-2001
Facsimile: (671) 646-0777
Attorneys for Respondents *Lourdes M. Perez and Artemio B. Ilagan*

**FILED**
DISTRICT COURT OF GUAM

OCT 29 2007

JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, et. al., <br><br> Petitioners, <br><br> -v- <br><br> FELIX P. CAMACHO, etc., et. al. <br><br> Respondents. | CIVIL CASE NO. 04-00006 <br> (Consolidated with Civil Case Nos. 04-00038 and 04-00049) <br><br> **PARTIAL NON-OPPOSITION AND PARTIAL OPPOSITION BY THE GOVERNOR, GOVERNMENT, AND DIRECTORS OF DOA AND DRT TO OBJECTORS' REQUEST TO AMEND THEIR PROPOSED FINDINGS OF FACT AND CONCLUSION OF LAW** |

The Governor of Guam Felix P. Camacho, the Government of Guam, and the Directors of the Department of Administration and Revenue & Taxation (collectively, the "Government") hereby file this limited opposition and limited non-opposition to Objectors' motion to amend their proposed findings of fact and conclusions of law.

The basis for Objectors' request is that Mr. Camacho's declaration as to when claims were filed occurred on the day of the filing of proposed findings of fact and conclusions of law. As Mr. Camacho stated in his declaration, DRT was resolving an inconsistency in the data, which had caused a delay in the declaration's filing. *If the Court finds it of assistance*, the Government has no opposition to Objectors submitting a proposed finding and/or conclusion of law *regarding this single point*. However, the Government does oppose any effort by Objectors to revise or amend their *entire* proposed findings of fact and conclusions of law, as this might be used as yet another chance at re-briefing issues (which the Government believes has been a pattern with Objectors).

Additionally, the Government does oppose Objector's misleading claim in their present motion that the response rate to the class action notice was only 5%. As Objectors know, the rate here was at least 48.8% (a very high rate under the case law that has been cited). Objectors should not be allowed to mislead the Court by suggesting the rate was only 5% simply because most claims in this case were already on file pursuant to the Executive Order before the class action notice was ever published. A high claims filing rate of nearly 50% is still a high claims filing rate, whether it is the result of the notice or Executive Order, and the notice procedure cannot be viewed negatively simply because the prior success of the Executive Order limited the amount of additional claims that would realistically be filed once notice was published.

Dated this 29th day of October, 2007.

| | |
|---|---|
| **OFFICE OF THE GOVERNOR OF GUAM** <br> **CALVO & CLARK, LLP** <br> Attorneys for Respondents Felix P. Camacho, Governor of Guam and the Government of Guam <br><br> By: _____ <br> DANIEL M. BENJAMIN | **CABOT MANTANONA LLP** <br> Attorneys for Respondents Lourdes M. Perez and Artemio B. Ilagan <br><br><br> By: _____ <br> RAWLEN M.T. MANTANONA |