1  SHANNON TAITANO, ESQ.
   OFFICE OF THE GOVERNOR OF GUAM
2  Ricardo J. Bordallo Governor's Complex
   Adelup, Guam 96910
3  Telephone:    (671) 472-8931
4  Facsimile:    (671) 477-6666

5  EDUARDO A. CALVO, ESQ.
   KATHLEEN V. FISHER, ESQ.
6  RODNEY J. JACOB, ESQ.
7  DANIEL M. BENJAMIN, ESQ.
   CALVO & CLARK, LLP
8  Attorneys at Law
   655 South Marine Corps Drive, Suite 202
9  Tamuning, Guam 96913
   Telephone:    (671) 646-9355
10 Facsimile:    (671) 646-9403

*Attorneys for the Government of Guam
and Felix P. Camacho, Governor of Guam*

13 RAWLEN M.T. MANTANONA, ESQ.
   RAYMOND L. SOUZA, JR., ESQ.
14 CABOT MANTANONA LLP
15 BankPacific Building, 2nd Floor
   825 S. Marine Corps Drive
16 Telephone:    (671) 646-2001
   Facsimile:    (671) 646-0777
17 Attorneys for Respondents *Lourdes M. Perez and Artemio B. Ilagan*

**FILED**
DISTRICT COURT OF GUAM

OCT 2 9 2007

**JEANNE G. QUINATA**
**Clerk of Court**

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, et. al., <br><br> Petitioners, <br><br> -v- <br><br> FELIX P. CAMACHO, etc., et. al. <br><br> Respondents. | CIVIL CASE NO. 04-00006 <br> (Consolidated with Civil Case Nos. 04-00038 and 04-00049) <br><br> **CERTIFICATE OF SERVICE** |

The undersigned hereby certifies that a true and correct copy of the following:

1) **OPPOSITION BY THE GOVERNOR, GOVERNMENT, AND DIRECTORS OF DOA AND DRT TO OBJECTORS' REQUEST TO SUBMIT FURTHER BRIEFING REGARDING 26 C.F.R. § 301.6212-2**

2) **PARTIAL NON-OPPOSITION AND PARTIAL OPPOSITION BY THE GOVERNOR, GOVERNMENT, AND DIRECTORS OF DOA AND DRT TO OBJECTORS' REQUEST TO AMEND THEIR PROPOSED FINDINGS OF FACT AND CONCLUSION OF LAW**

3) <u>**SECOND**</u> **DECLARATION OF JOHN P. CAMACHO IN SUPPORT OF THE BRIEF OF THE GOVERNOR, GOVERNMENT, AND DIRECTORS OF DOA AND DRT REGARDING 26 C.F.R. § 301.6212-2**

was caused to be served via Hand Delivery on the 29th day of October, 2007, to the following:

Michael F. Phillips, Esq.
**PHILLIPS & BORDALLO, P.C.**
410 West O'Brien Drive
Hagåtña, Guam 96910

Rawlen Mantanona, Esq.
**CABOT MANTANONA, LLP**
BankPacific Building, 2nd Floor
825 South Marine Corps. Drive
Tamuning, Guam 96913

**LUJAN, AGUIGUI & PEREZ LLP**
Attorneys At Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910

**SHIMIZU, CANTO & FISHER**
De La Corte Building, Suite 101
167 E. Marine Corps Drive
Hagatna, Guam 96910

Dated this 29th day of October, 2007.

OFFICE OF THE GOVERNOR OF GUAM
CALVO & CLARK, LLP
*Attorneys for the Government of Guam
and Felix P. Camacho, Governor of Guam*

By: _____
**DANIEL M. BENJAMIN**

1