

The Law Offices of
# PHILLIPS & BORDALLO
A Professional Corporation
410 West O'Brien Drive, Suite 102 Hagåtña, Guam 96910-5044
Tel: (671) 477-ABCD (2223) • Fax: (671) 477-2FAX (2329)
" I Erensia, Lina'la', Espiritu-ta"



FILED
DISTRICT COURT OF GUAM
OCT 30 2007
JEANNE G. QUINATA
Clerk of Court

## UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, individually, and on behalf of all those similarly situated,<br><br>                Petitioner,<br>vs.<br><br>FELIX A. CAMACHO, Governor of Guam, ART ILAGAN, Director of Department of Revenue and Taxation, LOURDES M. PEREZ, Director of Department of Administration; and GOVERNMENT OF GUAM,<br><br>                Respondents. | Civil Case No. CIV04-00006<br><br><br><br>**MOTION FOR CONTINUANCE; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF** |
| CHARMAINE R. TORRES, et al.,<br><br>                Plaintiffs<br>vs.<br><br>GOVERNMENT OF GUAM, et al.,<br><br>                Defendants. | Civil Case No. 04-00038 |
| MARY GRACE SIMPAO, et al.,<br><br>                Plaintiffs,<br>vs.<br><br>GOVERNMENT OF GUAM,<br><br>                Defendant<br>vs.<br><br>FELIX P. CAMACHO, Governor of Guam,<br><br>                Intervenor-Defendant. | Civil Case No. CV04-00049 |

ORIGINAL

The Petitioner, Julie Babauta Santos, individually and on behalf of all those similarly situated (hereinafter "EIC Class"), through her attorneys of record Phillips and Bordallo, P.C., by Michael F. Phillips, moves the Court pursuant to Local Rule 7.1(h) and General Rule 6.1 for a short continuance of the attorneys fees hearing the Court recently scheduled for November 20, 2007. All parties consent to Petitioner's request. The Objectors will not consent to a continuance of the new court date.

The Petitioner bases her motion on the accompanying Memorandum of Points and Authorities, Declaration of Michael F. Phillips, Exhibit "A" (travel information), the record on file, and on any evidence or arguments presented should the Court order a hearing on this matter.

### * * * *MEMORANDUM OF POINTS AND AUTHORITIES* * * *

The Court recently moved the hearing date on the motion for attorneys' fees from October 22, 2007, to November 20, 2007. Attorney Michael F. Phillips, counsel for Petitioner Julie Babauta Santos, is scheduled to return from off-island the evening of November 20, 2007. Attorney Phillips departs Guam on November 12, 2007 for the National Asian Pacific American Bar Association ("NAPABA") convention which takes place the same week from November 15, 2007 through November 18, 2007 in Las Vegas, Nevada. Plans for Attorney Phillips' attendance at the convention were made on October 7, 2007. At the conclusion of the convention, Attorney Phillips will immediately depart Las Vegas on November 19, 2007 and arrive on Guam the evening of November 20, 2007.

However, on October 15, 2007, the Court sua sponte moved the hearing date for attorneys fees to the morning of November 20, 2007. Since then counsel for Petitioner Santos has attempted to request a continuance by way of stipulation between the parties and the Simpao

objectors. However, attorneys for Objectors Simpao et. al. refused to agree to the continuance thus, Attorney Phillips had no choice but to file the motion herein.

Petitioner and counsel request the Court re-set the attorneys fees hearing for a date on or after November 26, 2007 as Petitioner's counsel is scheduled to attend the NAPABA convention from November 15, 2007 through November 18, 2007. Attorney Phillips is scheduled to leave Las Vegas immediately after the conclusion of the convention on November 19, 2007 and will arrive on Guam the evening of November 20, 2007. However, even with Attorney Phillips leaving Nevada on November 19, 2007, with the time difference the earliest that Attorney Phillips would be on Guam is in the evening of November 20, 2007. The hearing is scheduled to begin at 9:30am on November 20, 2007. Based on the foregoing, Petitioner and counsel respectfully request the Court to continue the attorneys fees hearing to November 26, 2007 or soon thereafter.

Local Rule 7.1(h) addresses motion practice and continuances:

> (1) Any moving party who does not intend to press the motion or who intends to withdraw before the hearing date, any opposing party who does not intend to oppose the motion, and any party who intends to move for a continuance of the hearing of a motion shall, not later than five (5) working days preceding the oral argument date, notify opposing counsel and the court clerk in writing.
>
> (2) Absent good cause shown, a deadline fixed by these rules and the "Agreement of Hearing Date" will not be extended.

General Rule 6.1 governs continuances:

> No continuance shall be granted merely on the stipulation of the parties. If the Court is satisfied that counsel are preparing the case with diligence and additional time is required to comply with these Rules, the parties may move the Court to extend the dates for the obligations imposed under these Rules, upon submission of a timely stipulated motion signed by all counsel setting forth the reasons for the requested continuance. No continuance will be granted unless the stipulation has been lodged before the date upon which the act was to have been completed under this Rule.

3

"The District Court has considerable latitude in granting or denying continuances." United States v. Pope, 841 F.2d 954, 956 (9th Cir., 1988) citing United States v. Flynt, 756 F.2d 1352, 1358 (9th Cir. 1985). It is an abuse of discretion for a District Court to deny a request for an extension of time where hardship in complying with the original deadline is explained by the plaintiff and clearly constitutes just cause for awarding the extension. Eldridge v. Block, 832 F.2d 1132, 1136 (9th Cir. 1987).

Counsel for the Petitioner has remained diligent in all matters. The continuance will allow counsel to attend and participate in a previous commitment off-island and still make it back in time for oral arguments. The short continuance will not inconvenience the Court nor will it prejudice any parties. Petitioner's counsel will be able to abide by the other deadlines set by the Court for the hearing on the motion for attorneys' fees.

Petitioner's counsel attempted unsuccessfully to obtain the consent of the attorney representing Objectors Simpao, et al. Attorney Ignacio C. Aguigui, representing Plaintiff Charmaine Torres, Attorney Daniel M. Benjamin representing Felix P. Camacho, Governor of Guam, and Attorney Rawlen M.T. Mantanona representing Respondents Lourdes M. Perez and Artemio R. Ilagan, do not object to the continuance of the hearing to November 26, 2007 or soon thereafter.

For the reasons stated above, the Court should grant Petitioner Julie Babauta Santos'

4

Motion for Continuance and set the hearing on the motion for attorneys' fees to a date and time on or after November 26, 2007.

Respectfully submitted this 30th day of October, 2007.

PHILLIPS & BORDALLO, P.C.
Attorneys for Petitioner

By: _____
Michael F. Phillips

5

Windows Live™

**Fw: PHILLIPS/MIKE(VAC) 12NOV GUM**
From: **Travel Bag, Inc.** (travelbag@guam.net)
Sent: Wed 10/10/07 5:05 AM
To: nadyasi@hotmail.com

```
TRAVEL BAG, INC.                    DATE 10OCTOBER07
215-A CHALAN SANTO PAPA               AGENT KD/KD BOOKING REF 232DEX
SUITE 107D
AGANA GU 96910                      PHILLIPS/MIKE
TELEPHONE: 671 472 2653
FAX      : 671 472 2735


SERVICE          DATE  FROM         TO           DEPART  ARRIVE


CONTINENTAL AIRLINES  12NOV GUAM         HONOLULU HI    730A    640P
CO 2           MONDAY A.B WON PAT IN HONOLULU INTL        11NOV
D BUSINESS                     TERMINAL M
           BREAKFAST                NON STOP
           RESERVATION CONFIRMED       7:10 DURATION
           FLIGHT OPERATED BY CONTINENTAL MICRONESIA
       AIRCRAFT: BOEING 767-200/300


NORTHWEST AIRLINES    13NOV HONOLULU HI   SAN FRANCIS CA 1050P   556A
NW 222         TUESDAY HONOLULU INTL  INTL              14NOV
F FIRST               TERMINAL M    TERMINAL 1
           SNACK                    NON STOP
           RESERVATION CONFIRMED       5:06 DURATION
       AIRCRAFT: BOEING 757-300


UNITED AIRLINES     15NOV SAN FRANCIS CA LAS VEGAS NV   302P   434P
UA 1524         THURSDAY INTL      MCCARRAN INTL
H ECONOMY              TERMINAL 3    TERMINAL 1
     NON SMOKING                    NON STOP
           RESERVATION CONFIRMED       1:32 DURATION
           FLIGHT OPERATED BY UNITED FOR TED
         AIRCRAFT: AIRBUS INDUSTRIE A318/A319/A320/A321


UNITED AIRLINES     19NOV LAS VEGAS NV   LOS ANGELES CA 630A    739A
UA 1481         MONDAY MCCARRAN INTL  INTL
```

```
   Y ECONOMY              TERMINAL 1    TERMINAL 7
        NON SMOKING                     NON STOP
                RESERVATION CONFIRMED       1:09 DURATION
                FLIGHT OPERATED BY UNITED FOR TED
            AIRCRAFT: AIRBUS INDUSTRIE A318/A319/A320/A321


CONTINENTAL AIRLINES  19NOV LOS ANGELES CA HONOLULU HI   900A    1245P
CO 3             MONDAY INTL        HONOLULU INTL
Z FIRST                  TERMINAL 6    TERMINAL M
                BREAKFAST                NON STOP
                RESERVATION CONFIRMED       5:45 DURATION
            AIRCRAFT: BOEING 767-400


CONTINENTAL AIRLINES  19NOV HONOLULU HI   GUAM         320P    705P
CO 1             MONDAY HONOLULU INTL  A.B WON PAT IN      20NOV
Z BUSINESS               TERMINAL M
                DINNER                   NON STOP
                RESERVATION CONFIRMED       7:45 DURATION
                FLIGHT OPERATED BY CONTINENTAL MICRONESIA
            AIRCRAFT: BOEING 767-200/300
```