

The Law Offices of
# PHILLIPS & BORDALLO
A Professional Corporation
410 West O'Brien Drive, Suite 102 Hagåtña, Guam 96910-5044
Tel: (671) 477-ABCD (2223) • Fax: (671) 477-2FAX (2329)
" I Erensia, Lina'la', Espiritu-ta"

FILED
DISTRICT COURT OF GUAM
OCT 30 2007
JEANNE G. QUINATA
Clerk of Court

## UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, individually, and on behalf of all those similarly situated,<br><br>   Petitioner,<br>vs.<br>FELIX A. CAMACHO, Governor of Guam, ART ILAGAN, Director of Department of Revenue and Taxation, LOURDES M. PEREZ, Director of Department of Administration; and GOVERNMENT OF GUAM,<br><br>   Respondents. | Civil Case No. CIV04-00006<br><br><br><br>**DECLARATION OF MICHAEL F. PHILLIPS IN SUPPORT OF MOTION FOR CONTINUANCE** |
| CHARMAINE R. TORRES, et al.,<br><br>   Plaintiffs<br>vs.<br>GOVERNMENT OF GUAM, et al.,<br><br>   Defendants. | Civil Case No. 04-00038 |
| MARY GRACE SIMPAO, et al.,<br><br>   Plaintiffs,<br>vs.<br>GOVERNMENT OF GUAM,<br><br>   Defendant<br>vs.<br>FELIX P. CAMACHO, Governor of Guam,<br><br>   Intervenor-Defendant. | Civil Case No. CV04-00049 |

ORIGINAL

I, Michael F. Phillips, declare as follows:

1. I am the attorney of record for the above-named Petitioner and duly admitted to practice before the District Court of Guam. I make this declaration of my own knowledge, and, if called as a witness, I could and would testify to the facts set forth herein;

2. I depart Guam on November 12, 2007 for the National Asian Pacific American Bar Association Convention which takes place from November 15, 2007 through November 18, 2007. I am scheduled to immediately depart Las Vegas on November 19, 2007 and return from off-island the evening of November 20, 2007. My itinerary is attached as Exhibit "A";

3. I have diligently prepared for all matters involved in this case, including previous hearings and I am not filing this motion in bad faith or to unreasonably delay the proceedings;

4. I do not believe a short continuance will inconvenience the Court or prejudice opposing counsel.

5. Over the last few days I have attempted to stipulate to a new hearing date with the attorneys for Objectors / Plaintiffs Simpao, et. al. Petitioner's counsel attempted unsuccessfully to obtain the consent of the attorney representing Objectors Simpao, et. al. Attorney Canto, representing Objectors Simpao, et. al., is not able to stipulate to a short continuance;

6. Attorney Ignacio C. Aguigui, representing Plaintiff Charmaine Torres, does not object to the continuance;

7. Attorney Daniel M. Benjamin representing Felix P. Camacho, Governor of Guam does not object to the continuance;

2

8. Attorney Rawlen M.T. Mantanona representing Respondents Lourdes M. Perez and Artemio R. Ilagan does not object to the continuance.

Dated this 30th day of October, 2007.

_____
Michael F. Phillips

3