

The Law Offices of
# PHILLIPS & BORDALLO
A Professional Corporation
410 West O'Brien Drive, Suite 102 Hagåtña, Guam 96910-5044
Tel: (671) 477-ABCD (2223) • Fax: (671) 477-2FAX (2329)
" I Erensia, Lina'la', Espiritu-ta"
Attorneys for Petitioners

**FILED**
DISTRICT COURT OF GUAM

OCT 30 2007

JEANNE G. QUINATA
Clerk of Court

## DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, et. al., <br><br> Petitioners, <br> -v- <br> FELIX P. CAMACHO, et. al. <br><br> Respondents. | Civil Case No. 04-00006 <br><br> **CERTIFICATE OF SERVICE** <br><br> Civil Case No. 04-00038 |
| CHARMAINE R. TORRES, et al., <br><br> Plaintiffs, <br> -v- <br> GOVERNMENT OF GUAM, et al., <br><br> Defendants. | Civil Case No. 04-00049 |
| MARY GRACE SIMPAO, et al., <br><br> Plaintiffs, <br> -v- <br> GOVERNMENT OF GUAM, <br><br> Defendant. <br> -v- <br> FELIX P. CAMACHO, Governor of Guam, <br><br> Intervenor-Defendant. | |

**ORIGINAL**

I, Michael F. Phillips, hereby state that on the 30th day of October 2007, I caused to be served via hand delivery a copy of:

Motion for Continuance; Memorandum of Points and Authorities in Support Thereof and Declaration of Michael F. Phillips in Support of Motion for Continuance

on the following counsel of record at their address:

| | |
|---|---|
| **Calvo and Clark, LLP**<br>Attorneys at Law<br>655 South Marine Drive, Suite 202<br>Tamuning, Guam 96912<br>**Attorneys for Felix P. Camacho,**<br>**Felix P. Camacho, Governor of Guam** | **Cabot Mantanona LLP**<br>BankPacific Building 2nd Fl.<br>825 S. Marine Corps Drive<br>Tamuning, Guam 96910<br>**Attorneys for Lourdes M. Perez**<br>**and Artemio R. Ilagan** |
| **SHIMIZU CANTO & FISHER**<br>Suite 101 De la Corte Bldg.<br>167 Eash Marine Corps Drive<br>Hagåtña, Guam 96910<br>**Attorney for Interested Parties:**<br>**Mary Grace Simpao, et al.** | **LUJAN UNPINGCO AGUIGUI PEREZ**<br>Suite 300 Pacific News Building<br>238 Archbishop Flores Street<br>Hagåtña, Guam 96910<br>**Attorneys for Interested Parties:**<br>**Charmaine R. Torres et al.** |

Dated this 30th day of October 2007.

PHILLIPS & BORDALLO, P.C.
Attorneys for Petitioners
Interim Class Counsel

By: _____
Michael F. Phillips