1
2
3
4
5
6              DISTRICT COURT OF GUAM
7              TERRITORY OF GUAM
8
9
10   JULIE BABAUTA SANTOS, *et al.*,          Civil Case No. 04-00006
11           Plaintiffs,
12           vs.                              **ORDER**
13   FELIX A. CAMACHO, *et al.*,
14           Defendants.

15   CHARMAINE R. TORRES, *et al.*,           Civil Case No. 04-00038
16           Plaintiffs,
17           vs.
18   GOVERNMENT OF GUAM, *et al.*,
19           Defendants.
20

21   MARY GRACE SIMPAO, *et al.*,             Civil Case No. 04-00049
22           Plaintiffs,
23           vs.
24   GOVERNMENT OF GUAM,
25           Defendant,
26           vs.
27   FELIX P. CAMACHO, Governor of Guam,
28           Intervenor-Defendant.

1    Presently before the court is Objectors' Request to be Heard in re Motion to Submit

2    Supplemental Authority. The Motion to Submit Supplemental Authority concerned the

3    applicability of 26 CFR 301.6212-(a). Before the court decided whether to grant or deny that

4    motion the court gave the other parties an opportunity to provide their comments as to the

5    applicability of that section. The Objectors now request an opportunity to also provide their

6    analysis as to the applicability 26 CFR 301.6212-(a). In light of the filings thus far, the court will

7    allow the Objectors such an opportunity.   The Objectors are to submit their briefs by noon

8    November 7, 2007. Such briefing shall be no longer than 10 pages in length. Any pages exceeding

9    the page limit will be disregarded.

10        SO ORDERED.

11

12                                    **/s/ Frances M. Tydingco-Gatewood**

13                                     **Chief Judge**
                                      **Dated: Oct 31, 2007**

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28