# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, *et al.*, <br><br>   Plaintiffs, <br><br>   vs. <br><br> FELIX A. CAMACHO, *et al.*, <br><br>   Defendants. | Civil Case No. 04-00006 <br><br><br> **ORDER** |
| CHARMAINE R. TORRES, *et al.*, <br><br>   Plaintiffs, <br><br>   vs. <br><br> GOVERNMENT OF GUAM, *et al.*, <br><br>   Defendants. | Civil Case No. 04-00038 |
| MARY GRACE SIMPAO, *et al.*, <br><br>   Plaintiffs, <br><br>   vs. <br><br> GOVERNMENT OF GUAM, <br><br>   Defendant, <br><br>   vs. <br><br> FELIX P. CAMACHO, Governor of Guam, <br><br>   Intervenor-Defendant. | Civil Case No. 04-00049 |

1  The Objectors have requested to amend their proposed findings of fact and conclusion of
2 law ("findings") because they received data from the Department of Administration and Revenue
3 & Taxation on the day the findings were due to the court.  Accordingly, the Objectors request the
4 court allow them to file amended findings to include that information. The court finds the request
5 reasonable and will allow for such an amendment to the filing.  However, the court is limiting the
6 Objectors to filing only a supplemental finding of fact and conclusion of law as to the new issue
7 raised by the data by noon on November 9, 2007.  The court will disregard any filing that attempts
8 to re-brief or amend the entire proposed findings.
9  **SO ORDERED**.



**/s/ Frances M. Tydingco-Gatewood**
     **Chief Judge**
**Dated: Oct 31, 2007**