**SHANNON TAITANO, ESQ.**
**OFFICE OF THE GOVERNOR OF GUAM**
Ricardo J. Bordallo Governor's Complex
Adelup, Guam 96910
Telephone:    (671) 472-8931
Facsimile:    (671) 477-6666

**EDUARDO A. CALVO, ESQ.**
**KATHLEEN V. FISHER, ESQ.**
**RODNEY J. JACOB, ESQ.**
**DANIEL M. BENJAMIN, ESQ.**
**CALVO & CLARK, LLP**
Attorneys at Law
655 South Marine Corps Drive, Suite 202
Tamuning, Guam 96913
Telephone:    (671) 646-9355
Facsimile:    (671) 646-9403

*Attorneys for the Government of Guam
and Felix P. Camacho, Governor of Guam*

**RAWLEN M.T. MANTANONA, ESQ.**
**RAYMOND L. SOUZA, JR., ESQ.**
**CABOT MANTANONA LLP**
BankPacific Building, 2nd Floor
825 S. Marine Corps Drive
Telephone:    (671) 646-2001
Facsimile:    (671) 646-0777
Attorneys for Respondents *Lourdes M. Perez and Artemio B. Ilagan*

**FILED**
**DISTRICT COURT OF GUAM**

NOV - 5 2007 *hrbo*

**JEANNE G. QUINATA**
**Clerk of Court**

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, et. al.,<br><br>                  Petitioners,<br><br>          -v-<br><br>FELIX P. CAMACHO, etc., et. al.<br><br>                 Respondents. | **CIVIL CASE NO. 04-00006**<br>(Consolidated with Civil Case Nos.<br>04-00038 and 04-00049)<br><br>**CERTIFICATE OF SERVICE** |

ORIGINAL

{G0026740.DOC;1}

The undersigned hereby certifies that a true and correct copy of the following:

      **1) RESPONSE BY THE GOVERNOR, GOVERNMENT,**
           **AND DIRECTORS OF DOA AND DRT**
           **TO ATTORNEYS' FEE STATEMENTS**

was caused to be served via Hand Delivery on the 5th day of November, 2007, to the following:

Michael F. Phillips, Esq.
**PHILLIPS & BORDALLO, P.C.**
410 West O'Brien Drive
Hagåtña, Guam 96910

Rawlen Mantanona, Esq.
**CABOT MANTANONA, LLP**
BankPacific Building, 2nd Floor
825 South Marine Corps. Drive
Tamuning, Guam 96913

**LUJAN, AGUIGUI & PEREZ LLP**
Attorneys At Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910

**SHIMIZU, CANTO & FISHER**
De La Corte Building, Suite 101
167 E. Marine Corps Drive
Hagatna, Guam 96910

Dated this 5th day of November, 2007.

        OFFICE OF THE GOVERNOR OF GUAM
        CALVO & CLARK, LLP
        *Attorneys for the Government of Guam*
        *and Felix P. Camacho, Governor of Guam*

By:                               
        **DANIEL M. BENJAMIN**

1

{G0026740.DOC;1}