PHILLIPS & BORDALLO, P.C.
Michael F. Phillips
410 West O'Brien Drive
Hagåtña, Guam 96910
Tel.: (671)477-2223
Fax.: (671)477-2329

# UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, individually, and on behalf of all those similarly situated,<br><br>    Petitioner,<br>vs.<br><br>FELIX A. CAMACHO, Governor of Guam, ART ILAGAN, Director of Department of Revenue and Taxation, LOURDES M. PEREZ, Director of Department of Administration; and GOVERNMENT OF GUAM,<br><br>    Respondents. | Civil Case No. CIV04-00006<br><br><br><br><br><br>**ORDER TO CONTINUE HEARING ON ATTORNEY FEES** |
| CHARMAINE R. TORRES, et al.,<br><br>    Plaintiffs<br>vs.<br><br>GOVERNMENT OF GUAM, et al.,<br><br>    Defendants. | Civil Case No. 04-00038 |
| MARY GRACE SIMPAO, et al.,<br><br>    Plaintiffs,<br>vs.<br><br>GOVERNMENT OF GUAM,<br><br>    Defendant<br>vs.<br><br>FELIX P. CAMACHO, Governor of Guam,<br><br>    Intervenor-Defendant. | Civil Case No. CV04-00049 |

1

The court hereby grants the Motion for Continuance and **HEREBY ORDERS** that the hearing on Attorney Fees set for November 20, 2007 at 9:30 a.m. be continued to December 19, 2007 at 9:30 a.m.

SO ORDERED.



/s/ Frances M. Tydingco-Gatewood
  Chief Judge
**Dated: Nov 06, 2007**