

The Law Offices of
# PHILLIPS & BORDALLO
A Professional Corporation
410 West O'Brien Drive, Suite 102 Hagåtña, Guam 96910-5044
Tel: (671) 477-ABCD (2223) • Fax: (671) 477-2FAX (2329)
" I Erensia, Lina'la', Espiritu-ta"

FILED
DISTRICT COURT OF GUAM
NOV - 7 2007
JEANNE G. QUINATA
Clerk of Court

## DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, et. al., <br><br>    Petitioners, <br><br>    -v- <br><br>FELIX P. CAMACHO, et. al. <br><br>    Respondents. | Civil Case No. 04-00006 <br><br> **SECOND ERRATA TO DECLARATION OF MICHAEL F. PHILLIPS RE: ATTORNEY FEES** (filed: October 30, 2007) |
| CHARMAINE R. TORRES, et al., <br><br>    Plaintiffs, <br><br>    -v- <br><br>GOVERNMENT OF GUAM, et al., <br><br>    Defendants. | Civil Case No. 04-00038 |
| MARY GRACE SIMPAO, et al., <br><br>    Plaintiffs, <br><br>    -v- <br><br>GOVERNMENT OF GUAM, <br><br>    Defendant. <br><br>    -v- <br><br>FELIX P. CAMACHO, Governor of Guam, <br><br>    Intervenor-Defendant. | Civil Case No. 04-00049 |

1

**ORIGINAL**

I, MICHAEL F. PHILLIPS, submit this second errata to my Declaration filed with this honorable Court on October 30, 2007, as the Declaration of Michael F. Phillips Re: Attorney Fees (filed October 30, 2007) Exhibit "A," Billing Statement (updated October 30, 2007) inadvertently has a typographical error on page 7, indicating:

**06/24/04**     **Received and reviewed Order from District Court Re: Court granting Attorney fees and costs**
                                  80.25 hour   MP

should correctly reflect:

**06/24/04**     **Received and reviewed Order from District Court Re: Court granting attorney fees and costs**
                                  0.25 hour   MP

this typographical error does not change any of the totals as indicated.

Further your affiant sayeth naught.

Respectfully submitted this 5th day of November, 2007.

MICHAEL F. PHILLIPS, Class Counsel and
Attorney for Petitioner J.B.Santos

# CERTIFICATE OF SERVICE

I, Michael F. Phillips, hereby state that on the ____7th____ day of November 2007, I caused to be served via hand delivery a copy of:

Second Errata to Declaration of Michael F. Phillips Re Attorney Fees (filed October 30, 2007) on the following counsel of record at their address:

**Calvo and Clark, LLP**
Attorneys at Law
655 South Marine Drive, Suite 202
Tamuning, Guam 96912
**Attorneys for Felix P. Camacho,**
**Felix P. Camacho, Governor of Guam**

**Cabot Mantanona LLP**
BankPacific Building 2nd Fl.
825 S. Marine Corps Drive
Tamuning, Guam 96910
**Attorneys for Lourdes M. Perez**
**and Artemio R. Ilagan**

**SHIMIZU CANTO & FISHER**
Suite 101 De la Corte Bldg.
167 Eash Marine Corps Drive
Hagåtña, Guam 96910
**Attorney for Interested Parties:**
**Mary Grace Simpao, et al.**

**LUJAN UNPINGCO AGUIGUI PEREZ**
Suite 300 Pacific News Building
238 Archbishop Flores Street
Hagåtña, Guam 96910
**Attorneys for Interested Parties:**
**Charmaine R. Torres et al.**

Dated this ____7th____ day of November 2007.

PHILLIPS & BORDALLO, P.C.
Attorneys for Petitioners
Interim Class Counsel

By: _____
Michael F. Phillips