| | |
|---|---|
| 1  Counsel appearing on following page | **FILED**<br>DISTRICT COURT OF GUAM<br>NOV - 7 2007<br>JEANNE G. QUINATA<br>Clerk of Court |

### DISTRICT COURT OF GUAM
### TERRITORY OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, *et al.*, | Civil Case No. 04-00006 |
| Petitioners, | |
| v. | |
| FELIX P. CAMACHO, *et al.*, | |
| Respondents. | |
| | |
| CHARMAINE R. TORRES, *et al.*, | Civil Case No. 04-00038 |
| Plaintiffs, | |
| v. | |
| GOVERNMENT OF GUAM, *et al.*, | |
| Defendants. | |
| | |
| MARY GRACE SIMPAO, *et al*, | Civil Case No. 04-00049 |
| Plaintiffs, | |
| v. | **DECLARATION OF SERVICE** |
| GOVERNMENT OF GUAM, | |
| Defendant, | |
| v. | |
| FELIX P. CAMACHO, Governor of Guam | |
| Intervenor-Defendant. | |

DECLARATION OF SERVICE

PAGE 1

SHIMIZU CANTO & FISHER
East Marine Corps Drive
Hagatna, Guam 96910
Tel. 671.472.1131
Fax 671.472.2886

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
Tel. 206.682.5600
Fax 206.682.2992

Case 1:04-cv-00006  Document 560  Filed 11/07/2007  Page 1 of 3

ORIGINAL

Shimizu Canto & Fisher
Suite 101 Dela Corte Bldg
167 East Marine Corps Drive
Hagåtña, Guam 96910
671.472.1131

Tousley Brain Stephens PLLC
Kim D. Stephens, P.S., WSBA #11984
Nancy A. Pacharzina, WSBA #25946
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
206.682.5600

DECLARATION OF SERVICE

Shimizu Canto & Fisher
167 East Marine Corps Drive, Suite 101
Hagatna, Guam 96910
Tel. 671.472.1131
Fax 671.472.2886

Tousley Brain Stephens PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
Tel. 206.682.5600
Fax 206.682.2992

Page 2

Case 1:04-cv-00006   Document 360   Filed 11/07/2007   Page 2 of 3

I, Won Sang Yoon, certify that I served a filed copy of the **Objectors Simpao and Cruz' Brief in RE 26 CFR §301.6212-2,** on the following individuals or entities on November 7, 2007, via hand delivery at the following addresses:

| | |
|---|---|
| Counsel for Petitioner<br>  Charmaine Torres<br>Peter C. Perez, Esq.<br>Lujan, Aguigui & Perez, LLP<br>Pacific News Bldg., Ste. 300<br>238 Archbishop Flores St.<br>Hagåtña, Guam 96910 | Counsel for Respondent<br>  Felix P. Camacho<br>Daniel M. Benjamin, Esq.<br>Calvo & Clark, LLP<br>655 S. Marine Corps Drive, Ste. 202<br>Tamuning, Guam 96913 |
| Counsel for Respondent<br>  Felix P. Camacho<br>Shannon Taitano, Esq.<br>Office of the Governor of Guam<br>Governor's Complex<br>East Marine Corps Drive<br>Adelup, Guam 96910 | Counsel for Respondents<br>  Artemio Ilagan and Lourdes Perez<br>Rawlen M.T. Mantanona, Esq.<br>Cabot Mantanona LLP<br>BankPacific Building, 2nd Floor<br>825 South Marine Corps Drive<br>Tamuning, Guam 96913 |

Counsel for Petitioner
  Julie Babauta Santos
Michael F. Phillips, Esq.
Phillips & Bordallo, P.C.
410 West O'Brien Drive
Hagåtña, Guam 96910

Respectfully submitted this 11/7/07

_____
WON SANG YOON

DECLARATION OF SERVICE
SHIMIZU CANTO & FISHER
167 East Marine Corps Drive, Suite 101
Hagatna, Guam 96910
Tel. 671.472.1131
Fax 671.472.2886

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
Tel. 206.682.5600
Fax 206.682.2992

Page 3

Case 1:04-cv-00006    Document 560    Filed 11/07/2007    Page 3 of 3