Counsel appearing on following page



DISTRICT COURT OF GUAM

DEC 14 2007

JEANNE G. QUINATA
Clerk of Court

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, *et al.*,<br>Petitioners,<br>v.<br>FELIX P. CAMACHO, *et al.*,<br>Respondents. | Civil Case No. 04-00006 |
| CHARMAINE R. TORRES, *et al.*,<br>Plaintiffs,<br>v.<br>GOVERNMENT OF GUAM, *et al.*,<br>Defendants. | Civil Case No. 04-00038 |
| MARY GRACE SIMPAO, *et al*,<br>Plaintiffs,<br>v.<br>GOVERNMENT OF GUAM,<br>Defendant,<br>v.<br>FELIX P. CAMACHO, Governor of Guam<br>Intervenor-Defendant. | Civil Case No. 04-00049<br><br>**SIMPAO PLAINTIFFS' REQUEST FOR TELEPHONIC APPEARANCE OF COUNSEL** |

ORIGINAL



SHIMIZU CANTO & FISHER
167 E. Marine Corps Drive, Ste. 101
Hagatna, Guam 96910
Tel. 671.472.1131
Fax 671.472.2886

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
Tel. 206.682.5600
Fax 206.682.2992

SHIMIZU CANTO & FISHER
Suite 101, Dela Corte Bldg.
167 East Marine Corps Drive
Hagåtña, Guam 96910
671.472.1131

TOUSLEY BRAIN STEPHENS PLLC
Kim D. Stephens, P.S., WSBA #11984
Nancy A. Pacharzina, WSBA #25946
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
206.682.5600

REQUEST FOR TELEPHONIC
APPEARANCE OF COUNSEL

PAGE 2

SHIMIZU CANTO & FISHER
167 E. Marine Corps Drive, Ste. 101
Hagatna, Guam 96910
Tel. 671.472.1131
Fax 671.472.2886

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
Tel. 206.682.5600
Fax 206.682.2992

COME NOW Plaintiffs Mary Grace Simpao, Christina Naputi and Janice Cruz, hereinafter "*Simpao* Plaintiffs," by and through counsel Shimizu Canto & Fisher and Tousley Brain Stephens PLLC, to respectfully request this Court allow for the appearance of co-counsel Kim Stephens, Esq. and Nancy Pacharzina, Esq. of Tousley Brain Stephens, PLLC by telephonic means at the Attorney's Fees Motion Hearing scheduled for December 19, 2007 at 9:30 a.m. At this time, off-island co-counsel will not be traveling from Seattle, Washington to attend the Motion Hearing; however, the participation of Mr. Stephens and Ms. Pacharzina is integral and necessary to oral argument on, and prosecution of, this motion. Accordingly, *Simpao* Plaintiffs humbly request this Court allow for the appearance and participation of Mr. Stephens and Ms. Pacharzina by telephone at the Motion Hearing. If granted, counsel would await technical instruction from the Court on matters such as dialing instructions, but for the Court's convenience, the telephone number for Tousley Brain Stephens PLLC is (206) 682-5600.

Respectfully submitted this 14th day of December, 2007.

SHIMIZU CANTO & FISHER

By: ______________________________
James L. Canto II

TOUSLEY BRAIN STEPHENS PLLC
Kim D. Stephens, P.S., *Pro Hac Vice*
Nancy A. Pacharzina, *Pro Hac Vice*

Attorneys for Plaintiffs Simpao, Naputi & Cruz

VAN DE VELD SHIMIZU CANTO & FISHER
167 East Marine Corps Drive, Suite 101
Hagatna, Guam 96910
Tel. 671.472.1131
Fax 671.472.2886

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
Tel. 206.682.5600
Fax 206.682.2992

## CERTIFICATE OF SERVICE

I, JAMES L. CANTO II, certify that I caused a copy of the foregoing document here filed to be served on the following individuals or entities on December 14, 2007, via hand delivery at the following addresses:

Counsel for Petitioner
Charmaine Torres
Peter C. Perez, Esq.
Lujan, Aguigui & Perez, LLP
Pacific News Bldg., Ste. 300
238 Archbishop Flores St.
Hagatna, Guam 96910

Counsel for Respondent
Felix P. Camacho
Daniel M. Benjamin, Esq.
Calvo & Clark, LLP
655 S. Marine Corps Drive, Ste. 202
Tamuning, Guam 96913

Counsel for Respondent
Felix P. Camacho
Shannon Taitano, Esq.
Office of the Governor of Guam
Governor's Complex
East Marine Corps Drive
Adelup, Guam 96910

Counsel for Respondents
Artemio Ilagan and Lourdes Perez
Rawlen M.T. Mantanona, Esq.
Cabot Mantanona LLP
BankPacific Building, 2nd Floor
825 South Marine Corps Drive
Tamuning, Guam 96913

Counsel for Petitioner
Julie Babauta Santos
Michael F. Phillips, Esq.
Phillips & Bordallo, P.C.
410 West O'Brien Drive
Hagatna, Guam 96910

Respectfully submitted this DECEMBER 14, 2007

SHIMIZU CANTO & FISHER
TOUSLEY BRAIN STEPHENS PLLC

James L. Canto II
Attorneys for Plaintiffs