AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

## DISTRICT OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, et al., <br> vs. <br> FELIX A. CAMACHO, et al., | **NOTICE** <br><br> Civil Case No. 04-00006 |
| CHARMAINE R. TORRES, et al., <br> vs. <br> GOVERNMENT OF GUAM, et al., | Civil Case No. 04-00038 |
| MARY GRACE SIMPAO, et al., <br> vs. <br> GOVERNMENT OF GUAM, <br> vs. <br> FELIX P. CAMACHO, Governor of Guam | Civil Case No. 04-00049 |

TYPE OF CASE:

       **X   CIVIL**      ☐   **CRIMINAL**

☐   **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| | DATE AND TIME |

TYPE OF PROCEEDING

### HEARING ON ATTORNEY'S FEES

**X**   **TAKE NOTICE** that a proceeding in this case has been rescheduled as indicated below:

| PLACE <br> U.S. Courthouse <br> 520 W. Soledad Avenue <br> Hagatna, GU 96910 <br> Hon. Frances M. Tydingco-Gatewood | DATE AND TIME PREVIOUSLY SCHEDULED <br><br> December 19, 2007 at 9:30 A.M. | CONTINUED TO DATE AND TIME <br><br> January 9, 2008 at 9:30 A.M. |
|---|---|---|

 

JEANNE G. QUINATA, CLERK OF COURT
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

DECEMBER 18, 2007                      /s/ VIRGINIA T. KILGORE
DATE                                           (BY) DEPUTY CLERK

Case 1:04-cv-00006    Document 569    Filed 12/18/2007    Page 1 of 1