Counsel appearing on following page

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, *et al.,* <br><br> Petitioners, <br><br> v. <br><br> FELIX P. CAMACHO, *et al.,* <br><br> Respondents. | Civil Case No. 04-00006 |
| CHARMAINE R. TORRES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GOVERNMENT OF GUAM, *et al.,* <br><br> Defendants. | Civil Case No. 04-00038 |
| MARY GRACE SIMPAO, *et al*, <br><br> Plaintiffs, <br><br> v. <br><br> GOVERNMENT OF GUAM, <br><br> Defendant, <br><br> v. <br><br> FELIX P. CAMACHO, Governor of Guam <br><br> Intervenor-Defendant. | Civil Case No. 04-00049 <br><br> **ORDER FOR TELEPHONIC APPEARANCE OF COUNSEL** |

| | |
|---|---|
| 1 | SHIMIZU CANTO & FISHER<br>Suite 101 Dela Corte Bldg. |
| 2 | 167 East Marine Corps Drive<br>Hagåtña, Guam 96910 |
| 3 | 671.472.1131 |
| 4 | |
| 5 | TOUSLEY BRAIN STEPHENS PLLC<br>Kim D. Stephens, P.S., WSBA #11984<br>Nancy A. Pacharzina, WSBA #25946 |
| 6 | 1700 Seventh Avenue, Suite 2200<br>Seattle, Washington 98101 |
| 7 | 206.682.5600 |

THIS MATTER has come before the court upon the application of Plaintiffs Mary Grace Simpao, Christina Naputi and Janice Cruz to request that co-counsel Mr. Kim Stephens, *Pro Hac Vice*, and Ms. Nancy Pacharzina, *Pro Hac Vice*, of Tousley Brain Stephens PLLC be allowed to appear and participate at the December 19, 2007[1] attorney's fees motion hearing by telephonic means. The court having considered the application, evidence and record of this matter finds therefrom that good cause exists to make the following orders:

IT IS HEREBY ORDERED that Mr. Kim Stephens, *Pro Hac Vice*, and Ms. Nancy Pacharzina, *Pro Hac Vice*, of Tousley Brain Stephens PLLC, as co-counsel for Plaintiffs Mary Grace Simpao, Christina Naputi and Janice Cruz, may appear and participate at the January 9, 2008 attorney's fees motion hearing via telephone.

SO ORDERED:

**/s/ Frances M. Tydingco-Gatewood**
    **Chief Judge**
**Dated: Jan 02, 2008**

---

[1] After the filing of the application, the court moved the date of the hearing to January 9, 2008. Accordingly it will treat the application as one requesting permission to appear telephonically at the rescheduled time and date.