Counsel appearing on following page


FILED
DISTRICT COURT OF GUAM
JAN - 4 2008
JEANNE G. QUINATA
Clerk of Court

# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, *et al.*, <br><br> Petitioners, <br><br> v. <br><br> FELIX P. CAMACHO, *et al.*, <br><br> Respondents. | Civil Case No. 04-00006 |
| CHARMAINE R. TORRES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GOVERNMENT OF GUAM, *et al.*, <br><br> Defendants. | Civil Case No. 04-00038 |
| MARY GRACE SIMPAO, *et al*, <br><br> Plaintiffs, <br><br> v. <br><br> GOVERNMENT OF GUAM, <br><br> Defendant, <br><br> v. <br><br> FELIX P. CAMACHO, Governor of Guam <br><br> Intervenor-Defendant. | Civil Case No. 04-00049 <br><br> **SIMPAO PLAINTIFFS' REQUEST FOR TELEPHONIC APPEARANCE OF COUNSEL** |

REQUEST FOR TELEPHONIC
APPEARANCE OF COUNSEL
PAGE 1

SHIMIZU CANTO & FISHER
167 E. Marine Corps Drive, Ste. 101
Hagatna, Guam 96910
Tel. 671.472.1131
Fax 671.472.2886

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
Tel. 206.682.5600
Fax 206.682.2992

Case 1:04-cv-00006   Document 571   Filed 01/04/2008   Page 1 of 4

| | |
|---|---|
| 1 | SHIMIZU CANTO & FISHER |
| 2 | Suite 101, Dela Corte Bldg.<br>167 East Marine Corps Drive<br>Hagåtña, Guam 96910 |
| 3 | 671.472.1131 |
| 4 | |
| 5 | TOUSLEY BRAIN STEPHENS PLLC<br>Kim D. Stephens, P.S., WSBA #11984<br>Nancy A. Pacharzina, WSBA #25946 |
| 6 | 1700 Seventh Avenue, Suite 2200<br>Seattle, Washington 98101 |
| 7 | 206.682.5600 |

REQUEST FOR TELEPHONIC
APPEARANCE OF COUNSEL

SHIMIZU CANTO & FISHER
167 E. Marine Corps Drive, Ste. 101
Hagatna, Guam 96910
Tel. 671.472.1131
Fax 671.472.2886

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
Tel. 206.682.5600
Fax 206.682.2992

PAGE 2

Case 1:04-cv-00006    Document 571    Filed 01/04/2008    Page 2 of 4

COME NOW Plaintiffs Mary Grace Simpao, Christina Naputi and Janice Cruz, hereinafter "*Simpao* Plaintiffs," by and through counsel Shimizu Canto & Fisher and Tousley Brain Stephens PLLC, to respectfully request this Court allow for the appearance of co-counsel Kim Stephens, Esq. and Nancy Pacharzina, Esq. of Tousley Brain Stephens, PLLC by telephonic means at the Attorney's Fees Motion Hearing scheduled for January 9, 2008 at 9:30 a.m. At this time, off-island co-counsel will not be traveling from Seattle, Washington to attend the Motion Hearing; however, the participation of Mr. Stephens and Ms. Pacharzina is integral and necessary to oral argument on, and prosecution of, this motion. Accordingly, *Simpao* Plaintiffs humbly request this Court allow for the appearance and participation of Mr. Stephens and Ms. Pacharzina by telephone at the Motion Hearing. If granted, counsel would await technical instruction from the Court on matters such as dialing instructions, but for the Court's convenience, the telephone number for Tousley Brain Stephens PLLC is (206) 682-5600.

Respectfully submitted this 4th day of January, 2008.

SHIMIZU CANTO & FISHER

By: _____
James L. Canto II

TOUSLEY BRAIN STEPHENS PLLC
    Kim D. Stephens, P.S., *Pro Hac Vice*
    Nancy A. Pacharzina, *Pro Hac Vice*

Attorneys for Plaintiffs Simpao, Naputi & Cruz

REQUEST FOR TELEPHONIC
APPEARANCE OF COUNSEL
Page 3

SHIMIZU CANTO & FISHER
167 East Marine Corps Drive, Suite 101
Hagatna, Guam 96910
Tel. 671.472.1131
Fax 671.472.2886

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
Tel. 206.682.5600
Fax 206.682.2992

Case 1:04-cv-00006    Document 547    Filed 01/04/2008    Page 3 of 4

# CERTIFICATE OF SERVICE

I, JAMES L. CANTO II, certify that I caused a copy of the foregoing document here filed to be served on the following individuals or entities on January 4, 2008, via hand delivery at the following addresses:

Counsel for Petitioner
   Charmaine Torres
Peter C. Perez, Esq.
Lujan, Aguigui & Perez, LLP
Pacific News Bldg., Ste. 300
238 Archbishop Flores St.
Hagatna, Guam 96910

Counsel for Respondent
   Felix P. Camacho
Daniel M. Benjamin, Esq.
Calvo & Clark, LLP
655 S. Marine Corps Drive, Ste. 202
Tamuning, Guam 96913

Counsel for Respondent
   Felix P. Camacho
Shannon Taitano, Esq.
Office of the Governor of Guam
Governor's Complex
East Marine Corps Drive
Adelup, Guam 96910

Counsel for Respondents
   Artemio Ilagan and Lourdes Perez
Rawlen M.T. Mantanona, Esq.
Cabot Mantanona LLP
BankPacific Building, 2nd Floor
825 South Marine Corps Drive
Tamuning, Guam 96913

Counsel for Petitioner
   Julie Babauta Santos
Michael F. Phillips, Esq.
Phillips & Bordallo, P.C.
410 West O'Brien Drive
Hagatna, Guam 96910

Respectfully submitted this  JANUARY 4, 2008

SHIMIZU CANTO & FISHER
TOUSLEY BRAIN STEPHENS PLLC

_____
James L. Canto II
Attorneys for Plaintiffs