ORIGINAL

1 | Counsel appearing on following page



**FILED**
DISTRICT COURT OF GUAM
JAN - 4 2008
JEANNE G. QUINATA
Clerk of Court

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, *et al.*, <br><br> Petitioners, <br><br> v. <br><br> FELIX P. CAMACHO, *et al.*, <br><br> Respondents. | Civil Case No. 04-00006 |
| CHARMAINE R. TORRES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GOVERNMENT OF GUAM, *et al.*, <br><br> Defendants. | Civil Case No. 04-00038 |
| MARY GRACE SIMPAO, *et al*, <br><br> Plaintiffs, <br><br> v. <br><br> GOVERNMENT OF GUAM, <br><br> Defendant, <br><br> v. <br><br> FELIX P. CAMACHO, Governor of Guam <br><br> Intervenor-Defendant. | Civil Case No. 04-00049 <br><br> **DECLARATION OF SERVICE** |

DECLARATION OF SERVICE
PAGE 1

SHIMIZU CANTO & FISHER
East Marine Corps Drive
Hagatna, Guam 96910
Tel. 671.472.1131
Fax 671.472.2886

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
Tel. 206.682.5600
Fax 206.682.2992

Case 1:04-cv-00006   Document 572   Filed 01/04/2008   Page 1 of 3

Shimizu Canto & Fisher
Suite 101 Dela Corte Bldg
167 East Marine Corps Drive
Hagåtña, Guam 96910
671.472.1131

Tousley Brain Stephens PLLC
Kim D. Stephens, P.S., WSBA #11984
Nancy A. Pacharzina, WSBA #25946
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
206.682.5600

DECLARATION OF SERVICE
Page 2

Shimizu Canto & Fisher
167 East Marine Corps Drive, Suite 101
Hagatna, Guam 96910
Tel. 671.472.1131
Fax 671.472.2886

Tousley Brain Stephens PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
Tel. 206.682.5600
Fax 206.682.2992

Case 1:04-cv-00006   Document 572   Filed 01/04/2008   Page 2 of 3

I, Won Sang Yoon, certify that I served a filed copy of the **Simpao Plaintiffs' Request for Telephonic Appearance of Counsel,** on the following individuals or entities on January 4, 2008, via hand delivery at the following addresses:

| | |
|---|---|
| Counsel for Petitioner<br>  Charmaine Torres<br>Peter C. Perez, Esq.<br>Lujan, Aguigui & Perez, LLP<br>Pacific News Bldg., Ste. 300<br>238 Archbishop Flores St.<br>Hagåtña, Guam 96910 | Counsel for Respondent<br>  Felix P. Camacho<br>Daniel M. Benjamin, Esq.<br>Calvo & Clark, LLP<br>655 S. Marine Corps Drive, Ste. 202<br>Tamuning, Guam 96913 |
| Counsel for Respondent<br>  Felix P. Camacho<br>Shannon Taitano, Esq.<br>Office of the Governor of Guam<br>Governor's Complex | Counsel for Respondents<br>  Artemio Ilagan and Lourdes Perez<br>Rawlen M.T. Mantanona, Esq.<br>Cabot Mantanona LLP<br>Edge Building, Second Floor<br>929 S. Marine Corps Drive<br>Tamuning, Guam 96913 |
| Counsel for Petitioner<br>  Julie Babauta Santos<br>Michael F. Phillips, Esq.<br>Phillips & Bordallo, P.C.<br>410 West O'Brien Drive<br>Hagåtña, Guam 96910 | |

Respectfully submitted this  Jan. 4, 2008

_____
WON SANG YOON

DECLARATION OF SERVICE
SHIMIZU CANTO & FISHER
167 East Marine Corps Drive, Suite 101
Hagatna, Guam 96910
Tel. 671.472.1131
TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
Tel. 206.682.5600
Fax 206.682.2992
Page 3

Case 1:04-cv-00006   Document 472   Filed 01/04/2008   Page 3 of 3