CASE NO.: CV-04-00006  DATE: January 09, 2008
CAPTION: SANTOS V. CAMACHO

---

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding

| | |
|---|---|
| Law Clerk: Kim R. Walmsley | Court Reporter: Wanda Miles |
| Courtroom Deputy: Virginia T. Kilgore/Carmen B. Santos | Electronically Recorded: 11:11 - 11:55:20 |
| | 1:34:23 - 2:28:42 |
| | 2:41:11 - 3:37:32 |
| | 3:48:53 - 4:10:00 |

CSO: F. Tenorio/J. McDonald

---

**APPEARANCES:**

Counsel for Plaintiff(s)
M. Phillips/L. Travis/D. Invencion - Petitioner Santos
P. Perez - Petitioner Torres
N. Pacharzina / J. Canto - Simpao and Cruz

Counsel for Defendant(s)
D. Benjamin - Felix Camacho, Governor of Guam
R. Mantanona / J. Aguon - L. Perez, Director of Adminisration and
A. Ilagan, Director, Department of Revenue & Taxation

---

**PROCEEDINGS: Motions for Attorney Fees and Costs**

- Proceedings continued to: <u>01/10/2008 at 9:30 a.m.</u>

NOTES: