## IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
## CIVIL MINUTES
## GENERAL

CASE NO.: CV-04-00006          DATE: January 10, 2008
CAPTION: Santos v. Camacho

---

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Kim R. Walmsley      Court Reporter: Wanda Miles
Courtroom Deputy: Virginia T. Kilgore/Carmen B. Santos      Electronically Recorded: 9:48:17 - 11:08:15
                                                                                                                 11:22:01 - 11:50:33

CSO: J. McDonald

---

**APPEARANCES:**

Counsel for Plaintiff(s)                                           Counsel for Defendant(s)
M Phillips, D Invencion, L.Travis - Petitioner Santos     D. Benjamin - Governor Camacho, Government of Guam
P. Perez - Petitioner Torres                             J. Aguon - L.Perez, Dept of Administration, and
J. Canto - Simpao, Naputi and Cruz               A. Ilagan, Dept of Revenue and Taxaion
N. Parcharzina (telephonic) - Simpao, Naputi and Cruz

---

**PROCEEDINGS: Motions for attorney fees and costs**

- Motions <u>under advisement</u>.

NOTES: Simpao objectors allowed to submit additional costs re Nationwide Class Notice Expert invoice.

       Exhibit 1 - Santos/Simpao Chronology received.

# Santos/Simpao Chronology

| DATE | SANTOS EVENT | SIMPAO EVENT |
|---|---|---|
| 02/12/2004 | Complaint Filed (#1) | |
| 06/17/2004 | Stipulated Order Granting Preliminary Approval to Santos I (#14) | |
| 06/29/2004 | | Naputi Motion for Intervention (Santos #18) |
| 07/06/2004 | | Torres Motion for Intervention (Santos #21) |
| 08/05/2004 | | Order Denying Intervention (Santos #76) |
| 11/24/2004 | Governor files Opposition to Santos I (#96) | |
| 12/03/2004 | | Naputi Complaint Filed (#1) |
| 01/12/2005 | | Exec. Ord 2005-01 issued |
| 02/01/2005 | | Simpao/Naputi File First Amended Complaint (#7) |
| *Santos pursues settlement; Simpao pursues litigation* | | |
| 02/11/2005 | | AG files comprehensive Motion to Dismiss (#17) |
| 02/25/2005 | | Simpao files Opposition to Motion to Dismiss (#31) |
| 03/11/2005 | Santos Parties notify the Court mediation will be attempted (#188) | |
| 03/15/2005 | | AG files reply (#50) |
| 03/17/2005 | | Court DENIES AG's Motion to Dismiss and AG makes initial disclosures (#53) |
| 03/31/2005 | Mediation begins | |
| 04/14/2005 | | Simpao files Motion for Summary Judgment (#59-61) |
| 04/18/2005 | | Simpao files Second Amended Complaint raising Reserve and Trust Fund claims (#64) |
| 05/24/2005 | Santos II Term Sheet signed w/out AG | |
| 06/01/2005 | | Summary Judgment briefing completed (#87) |
| 06/13/2005 | | Santos notifies Simpao Court of Santos II Term Sheet (#96) |
| 06/15/2005 | | Summary Judgment Granted (#99) |
| 06/20/2005 | Motion for Preliminary Approval of Santos II (#212) | |
| 07/05/2005 | | Simpao moves for Class Certification (#107) |
| 07/11/2005 | | AG files non-opposition (#115) |
| 09/14/2005 | | Governor Granted Intervention (#148) |
| 09/19/2005 | | Governor ANSWERS Simpao Second Amended Complaint (#151) |
| 03/02/2006 | | Simpao Requests Global Mediation by letter. |
| 03/16/2006 | **Court orders Santos, Simpao and Torres actions consolidated AND orders briefing on lead counsel; also grants AG's motion for interlocutory appeal and stays actions pending outcome (Simpao #182; Santos #300)** | |
| 03/16/2006 | Governor Requests Global Mediation but will not include AG (Santos #303) | |
| 05/26/2006 | Motion for Preliminary Approval of Santos III (Santos #320) | |
| 08/11/2006 | Simpao Raises Objections to Santos III (Santos #345) | |
| 01/09/2007 | Court Grants Preliminary Approval to Revised Santos III and appoints Mr. Phillips lead counsel (Santos #384) | |

PLAINTIFFS EXHIBIT 1