SHIMIZU CANTO & FISHER
Suite 101 Dela Corte Building
167 East Marine Corps Drive
Hagåtña, Guam 96910
671.472.1131

TOUSLEY BRAIN STEPHENS PLLC
Kim D. Stephens, P.S., *Pro Hac Vice*
Nancy A. Pacharzina, *Pro Hac Vice*
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
206.682.5600

*Attorneys for Plaintiffs Mary Grace Simpao and Janice Cruz*

**FILED**
DISTRICT COURT OF GUAM
JAN 1 1 2008
JEANNE G. QUINATA
Clerk of Court

# DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| MARY GRACE SIMPAO, CHRISTINA NAPUTI, and JANICE CRUZ, on behalf of themselves and a class of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOVERNMENT OF GUAM,<br><br>Defendant,<br><br>vs.<br><br>FELIX P. CAMACHO, Governor of Guam,<br><br>Intervenor-Defendant. | CASE NO. CV04-00049<br>CASE NO. CV04-00006<br><br>SECOND SUPPLEMENTAL DECLARATION OF JAMES L. CANTO IN SUPPORT OF SIMPAO PLAINTIFFS' APPLICATION FOR ATTORNEYS' FEES AND COSTS |

I, James L. Canto II, declare as follows:

1. I am a partner of the law firm Shimizu Canto & Fisher and co-counsel for class representatives Simpao and Cruz. I submit this Supplemental Declaration in response to the Court's direction rendered January 10, 2008, to submit evidence of my firm's additional

ORIGINAL

| | |
|---|---|
| 1 | expense of costs subsequent to the filing made by the undersigned on October 12, 2007, and in |
| 2 | further support of my firm's and my co-counsels' application for an award of attorneys' fees |
| 3 | for services rendered in the above-captioned matter, and for reimbursement of expenses |
| 4 | reasonably incurred in connection with this litigation. This is intended to supplement the |
| 5 | declaration previously submitted on October 12, 2007 entitled *DECLARATION OF JAMES L.* |
| 6 | *CANTO IN SUPPORT OF SIMPAO PLAINTIFFS' SECOND APPLICATION FOR* |
| 7 | *ATTORNEYS' FEES AND COSTS.* |

2. Attached to this declaration as "Exhibit 9", are three (3) invoices generated by Hilsoft Notifications billing for expert consulting services in the field of class notice in nationwide class actions, and class actions generally, rendered to the Simpao Plaintiffs' counsel.

3. These charges incurred for expert consultant services utilized by the Simpao Plaintiffs' counsel were vital to the analysis of the fairness of the proposed settlement agreement which is pending a ruling on final approval by the Court.

4. The total amount of costs incurred by this firm for said necessary expert consultant services is Fifteen Thousand Seven Hundred Eighty Nine Dollars and Eighty Three Cents ($ 15,789.83).

I declare under penalty of perjury under the laws of the United States and the Territory of Guam that the foregoing is true and correct.

Executed this __17th__ day of January 2008.

_____
JAMES L. CANTO II

SECOND SUPPLEMENTAL DECLARATION OF JAMES L.
CANTO IN SUPPORT OF SIMPAO PLAINTIFFS'
APPLICATION FOR ATTORNEYS' FEES AND COSTS - 2

Case 1:04-cv-00006    Document 577    Filed 01/11/2008    Page 2 of 8



*Hilsoft Notifications*
*123 E. Broad St*
*Souderton, PA 18964*

Remit To Address:
Hilsoft, Inc.
Dept. 0266
P.O. Box 120266
Dallas, TX 75312-0266

# Invoice

| DATE | INVOICE # |
|---|---|
| 8/31/2007 | 44807 |

| BILL TO |
|---|
| Tousley Brain Stephens PLLC<br>Kim D. Stephens<br>1700 Seventh Ave., Ste 2200<br>Seattle, WA 98101-4416 |

| P.O. NO. | TERMS | PROJECT |
|---|---|---|
| K. Stephens | Due on receipt | Guam |

| ITEM | QUANTITY | SERVICED | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|---|---|
| | | | Staff time in connection with the Guam litigation.<br><br>TH: Todd Hilsee, BC: Barbara Coyle, GI: Gina Intrepido, CP: Carla Peak, JK: JoAnn King, SW: Shannon Wheatman, SLB: Sandy Lee Brown; JAK: Judith Kooker; PT: Philip Turicik; LS: Lauran Schultz | | |
| GI | 0.9 | 8/1/2007 | Review Declaration and the Government's Reply; develop counter points/concerns with Government's Reply; investigate circulation of Guam newspapers; investigate Guam's population; contact client to inform that we can provide a rebuttal. | 325.00 | 292.50 |
| PT | 0.75 | 8/1/2007 | Conduct media run to find relationship between low-income adults and newspaper readership in Guam. | 175.00 | 131.25 |
| GI | 0.4 | 8/2/2007 | Continue to develop rebuttal points to Government's Reply; contact client to determine if a Declaration should be written. | 325.00 | 130.00 |
| TH | 0.6 | 8/3/2007 | Review rebuttal of notice and notice plan affidavit; calls and meet with staff. | 450.00 | 270.00 |
| GI | 0.9 | 8/7/2007 | Staff meeting to discuss rebuttal points to Governor's and Government of Guam's reply; contact client to substantiate a need for Supplemental Declaration. | 325.00 | 292.50 |
| GI | 6.9 | 8/21/2007 | Call with client to review strategies; write Supplemental Declaration and prepare Exhibits; proof and edit Declaration; prepare Declaration for submission. | 325.00 | 2,242.50 |
| TH | 1.2 | 8/21/2007 | Review and comment on supplemental Declaration. | 450.00 | 540.00 |

Fed. ID 23-2785427
Thank You

**Total** $3,898.75

EXHIBIT 9



**Hilsoft Notifications**
123 E. Broad St
Souderton, PA 18964

Remit To Address:
Hilsoft, Inc.
Dept. 0266
P.O. Box 120266
Dallas, TX 75312-0266

# Invoice

| DATE | INVOICE # |
|---|---|
| 9/28/2007 | 44822 |

| BILL TO |
|---|
| Tousley Brain Stephens PLLC<br>Kim D. Stephens<br>1700 Seventh Ave., Ste 2200<br>Seattle, WA 98101 4416 |

| P.O. NO. | TERMS | PROJECT |
|---|---|---|
| K. Stephens | Due on receipt | Guam |

| ITEM | QUANTITY | SERVICED | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|---|---|
| | | | Staff time and out of pocket expenses in connection with the Guam litigation.<br><br>TH: Todd Hilsee, BC: Barbara Coyle, GI: Gina Intrepido, CP: Carla Peak, JK: JoAnn King, SW: Shannon Wheatman, SLB: Sandy Lee Brown; JAK: Judith Kooker, PT: Philip Turicik; LS: Lauran Schultz | | |
| GI | 1.4 | 8/6/2007 | Write out rebuttal points that should be considered for a Reply Declaration. | 325.00 | 455.00 |
| TH | 0.8 | 9/25/2007 | Call with staff, re: settlement notice issues and planning. | 450.00 | 360.00 |
| GI | 1.4 | 9/25/2007 | Call with client to discuss outcome of hearing and discuss next steps; internal meeting to discuss outcome of case and next steps; summarize the key points argued in our Declaration. | 325.00 | 455.00 |
| GI | 0.6 | 9/26/2007 | Staff discussion on cost to develop notice documents and an opinion affidavit; contact client with cost estimate and evidence to support a SS# lookup effort. | 325.00 | 195.00 |
| MCI | | | Phone call on 09/14/07. | 0.24 | 0.24 |

Fed. ID 23-2785427
Thank You

**Total** $1,465.24



**Hilsoft Notifications**
*123 E. Broad St
Souderton, PA 18964*

Remit To Address:
Hilsoft, Inc.
Dept. 0266
P.O. Box 120266
Dallas, TX 75312-0266

# Invoice

| DATE | INVOICE # |
|---|---|
| 6/29/2007 | 44762 |

| BILL TO |
|---|
| Tousley Brain Stephens PLLC
Kim D. Stephens
1700 Seventh Ave., Ste 2200
Seattle, WA 98101-4416 |

| P.O. NO. | TERMS | PROJECT |
|---|---|---|
| K. Stephens | Due on receipt | Guam |

| ITEM | QUANTITY | SERVICED | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|---|---|
| | | | Staff time in connection with the GUAM litigation. TH: Todd Hilsee, BC: Barbara Coyle, GI: Gina Intrepido, CP: Carla Peak, JK: JoAnn King, SW: Shannon Wheatman, SLB: Sandy Lee Brown; JAK: Judith Kooker; SC: Sally Costello | | |
| CP | 0.75 | 6/18/2007 | Meet with vice president to review case and determine next steps. | 200.00 | 150.00 |
| GI | 1.6 | 6/18/2007 | Review background information on the case; call with client to discuss background, strategies, and timing of implementation. | 325.00 | 520.00 |
| TH | 3.5 | 6/18/2007 | Telephone call with staff, re: assignment to study and opine on notice issues in settlement of EIC case; study documents in the case. | 450.00 | 1,575.00 |
| CP | 3.5 | 6/19/2007 | Analyze notice content and design; call with president and vice president to review case, details, and affidavit needs; draft notice content and design sections of affidavit. | 200.00 | 700.00 |

Fed. ID 23-2785427
Thank You

**Total**

Case 1:04-cv-00006    Document 577    Filed 01/11/2008    Page 5 of 8



**Hilsoft Notifications**
123 E. Broad St
Souderton, PA 18964

Remit To Address:
Hilsoft, Inc.
Dept. 0266
P.O. Box 120266
Dallas, TX 75312-0266

# Invoice

| DATE | INVOICE # |
|---|---|
| 6/29/2007 | 44762 |

| BILL TO |
|---|
| Tousley Brain Stephens PLLC<br>Kim D. Stephens<br>1700 Seventh Ave., Ste 2200<br>Seattle, WA 98101-4416 |

| P.O. NO. | TERMS | PROJECT |
|---|---|---|
| K. Stephens | Due on receipt | Guam |

| ITEM | QUANTITY | SERVICED | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|---|---|
| GI | 10.8 | 6/19/2007 | Review additional background material including the Defendants' notice plan and notice documents; research and analyze Guam's adult population, military population, mobility and poverty statistics and compare data to that of the U.S.; research qualifications for EIC; research and analyze Guam demographics and local media (circulation, publication size, audience data, etc.); outline initial concerns with Defendants' notice plan and notice documents; staff meeting to review concerns and discuss additional strategies; begin to write Declaration on the Adequacy of Notice; contact client to request additional information (details on mailing envelope, size of notice in publications, etc.). | 325.00 | 3,510.00 |
| CP | 5 | 6/20/2007 | Work on Notice design and content sections of affidavit; review and revise affidavit; contact two newspapers used in plan to determine actual size of ad that ran. | 200.00 | 1,000.00 |
| GI | 4.9 | 6/20/2007 | Review, revise, and edit the Declaration on the Adequacy of Notice; research military population and average length of stay; research IRS claims request cost; review client documents; call with client to discuss comments to Declaration. | 325.00 | 1,592.50 |
| CP | 1.5 | 6/21/2007 | Prepare exhibits for submission with affidavit. | 200.00 | 300.00 |
| GI | 3.3 | 6/21/2007 | Input edits into the Declaration; final proof of Declaration; prepare signature page and pull document together for submission to the Court. | 325.00 | 1,072.50 |

Fed. ID 23-2785427
Thank You

**Total**



**Hilsoft Notifications**
*123 E. Broad St*
*Souderton, PA 18964*

Remit To Address:
Hilsoft, Inc.
Dept. 0266
P.O. Box 120266
Dallas, TX 75312-0266

# Invoice

| DATE | INVOICE # |
|---|---|
| 6/29/2007 | 44762 |

| BILL TO |
|---|
| Tousley Brain Stephens PLLC<br>Kim D. Stephens<br>1700 Seventh Ave., Ste 2200<br>Seattle, WA 98101-4416 |

| P.O. NO. | TERMS | PROJECT |
|---|---|---|
| K. Stephens | Due on receipt | Guam |

| ITEM | QUANTITY | SERVICED | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|---|---|
| COPY | 146 | | Photocopies of documents through June 29, 2007. | 0.04 | 5.84 |

Fed. ID 23-2785427
Thank You

**Total** $10,425.84

# CERTIFICATE OF SERVICE

I, JAMES L. CANTO II, certify that I caused a copy of the foregoing document here filed to be served on the following individuals or entities on January 11, 2008, via hand delivery at the following addresses:

Counsel for Petitioner
   Charmaine Torres
Peter C. Perez, Esq.
Lujan, Aguigui & Perez, LLP
Pacific News Bldg., Ste. 300
238 Archbishop Flores St.
Hagatna, Guam 96910

Counsel for Respondent
   Felix P. Camacho
Daniel M. Benjamin, Esq.
Calvo & Clark, LLP
655 S. Marine Corps Drive, Ste. 202
Tamuning, Guam 96913

Counsel for Respondent
   Felix P. Camacho
Shannon Taitano, Esq.
Office of the Governor of Guam
Governor's Complex
East Marine Corps Drive
Adelup, Guam 96910

Counsel for Respondents
   Artemio Ilagan and Lourdes Perez
Rawlen M.T. Mantanona, Esq.
Cabot Mantanona LLP
BankPacific Building, 2nd Floor
825 South Marine Corps Drive
Tamuning, Guam 96913

Counsel for Petitioner
   Julie Babauta Santos
Michael F. Phillips, Esq.
Phillips & Bordallo, P.C.
410 West O'Brien Drive
Hagatna, Guam 96910

Respectfully submitted this JANUARY 11, 2008

SHIMIZU CANTO & FISHER
TOUSLEY BRAIN STEPHENS PLLC

James L. Canto II
Attorneys for Plaintiffs