CABOT
MANTANONA LLP
Edge Building, Second Floor
929 South Marine Corps Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 646-0777

FILED
DISTRICT COURT OF GUAM

MAR 14 2008

JEANNE G. QUINATA
Clerk of Court

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, et. al., <br><br> Petitioners, <br><br> vs. <br><br> FELIX P. CAMACHO, et. al., <br><br> Respondents. | CIVIL CASE NO. CV04-00006 |
| CHARMAINE R. TORRES, et. al., <br><br> Plaintiffs, <br><br> vs. <br><br> GOVERNMENT OF GUAM, et. al., <br><br> Defendants. | CIVIL CASE NO. CV04-00038 <br><br> **DEFENDANT LOURDES M. PEREZ'S FEBRUARY 2008 STATUS REPORT TO THE COURT AND PLAINTIFFS AS REQUIRED PURSUANT TO SECTION (V)(b)(ii) OF SETTLEMENT AGREEMENT** |
| MARY GRACE SIMPAO, et. al., <br><br> Plaintiffs, <br><br> vs. <br><br> GOVERNMENT OF GUAM, <br><br> Defendant, <br><br> vs. <br><br> FELIX P. CAMACHO, Governor of Guam, <br><br> Intervenor- Defendant. | CIVIL CASE NO. CV04-00049 |

Respondent, Lourdes M. Perez, the director of the Department of Administration, hereby files with the court the February, 2008, monthly status report as required pursuant to the settlement agreement executed by the parties on May 26, 2006.

Dated: March 14, 2008

                                  **CABOT MANTANONA LLP**
                                  *Attorneys for Respondent* **Lourdes M. Perez**

By: _____
                                  **RAWLEN M.T. MANTANONA**

**GOVERNMENT OF GUAM**
(GUBETNOMENTON GUAHAN)
**DEPARTMENT OF ADMINISTRATION**
(DIPATTAMENTON ATMENESTRASION)
**DIRECTOR'S OFFICE**
(Ufisinan Direktot)
Post Office Box 884 • Hagatna, Guam 96932
• Tel (671) 475-1101/1250 • Fax: (671) 477-6788

**Felix P. Camacho**
*Governor*
**Michael W. Cruz**
*Lieutenant Governor*



**Lourdes M. Perez**
*Director*
**Joseph C. Manibusan**
*Deputy Director*

March 11, 2008

District Court of Guam
Plaintiff Torres
Plaintiff Santos
Plaintiff Simpao

Re: DOA Report on Civil Case No. 04-00006/ CV04-00049/ CV04-00038 Settlement Agreement

Pursuant to Section 5(b) (ii) of the Settlement Agreement in the above referenced matters, I submit the following for th eprevious month (February 2008).

- The total amount of the monies paid in the income tax refund reserve fund and/or income tax refund efficient payment trust fund in the previous month is: $13,031,685.33.

- The total amount of monies paid in tax refunds in the previous month is: $11,076,932.53.

- The total amount of monies that have been reserved for EITC payments under this agreement in the previous month is: $1,954,752.80 (15% of $13,031,685.33).

- The total amount of monies paid for EITC claims in the previous month is: $0.00.

Sincerely,

LOURDES M. PEREZ
Director
Department of Administration

Cc: COS, Office of the Governor
Acting Controller, DOA
Treasurer of Guam, DOA
Director, Department of Revenue and Taxation