**LUJAN AGUIGUI & PEREZ** LLP
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064
Facsimile (671) 477-5297

*Attorneys for Plaintiff Charmaine R. Torres*

**FILED**
DISTRICT COURT OF GUAM

APR 14 2008 RD.

**JEANNE G. QUINATA**
Clerk of Court

# DISTRICT COURT OF GUAM

# TERRITORY OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, *et. al.*, <br><br> Petitioners, <br><br> -v- <br><br> FELIX P. CAMACHO, *et. al.* <br><br> Respondents. | Civil Case No. 04-00006 <br> Civil Case No. 04-00038 <br> Civil Case No. 04-00049 |
| CHARMAINE R. TORRES, *et al.*, <br><br> Plaintiffs, <br> -v- <br><br> GOVERNMENT OF GUAM, *et al.*, <br><br> Defendants. | **CERTIFICATE OF SERVICE** |
| MARY GRACE SIMPAO, *et al.*, <br><br> Plaintiffs, <br> -v- <br><br> GOVERNMENT OF GUAM, <br><br> Defendant. <br> -v- <br><br> FELIX P. CAMACHO, Governor of Guam, <br><br> Intervenor-Defendant | |

I, **DELIA S. LUJAN**, certify that I caused copies of the Charmaine R. Torres' Motion to Amend Final EIC Class Action Order. To be served on the following individuals or entities on April 14, 2008 at the following addresses:

Shannon Taitano, Esq.
**OFFICE OF THE GOVERNOR OF GUAM**
Governor's Complex
East Marine Corps Drive
Adelup, Guam 96910

**CABOT MANTANONA LLP**
BankPacific Building, 2nd Floor
825 South Marine Corps Drive
Tamuning, Guam 96913

**CALVO & CLARK LLP**
655 S. Marine Corps Drive, Suite 202
Tamuning, Guam 96913

**PHILLIPS & BORDALLO, P.C.**
410 West O'Brien Drive
Hagåtña, Guam 96910

**SHIMIZU CANTO & FISHER**
Suite 101, De La Corte Building
167 E. Marine Corps Drive
Hagåtña, Guam 96910

**RESPECTFULLY SUBMITTED** this 14th day of April, 2008.

**LUJAN AGUIGUI & PEREZ LLP**

By: _____
**DELIA S. LUJAN, ESQ.**
*Attorneys for Plaintiff Charmaine R. Torres*

T-0025C/347-02C/0347/DSL/dmg