

The Law Offices of
# PHILLIPS & BORDALLO
A Professional Corporation
410 West O'Brien Drive, Suite 102 Hagåtña, Guam 96910-5044
Tel: (671) 477-ABCD (2223) • Fax: (671) 477-2FAX (2329)
" I Erensia, Lina'la', Espiritu-ta"

**FILED**
DISTRICT COURT OF GUAM

APR 1 8 2008

JEANNE G. QUINATA
Clerk of Court

DISTRICT COURT OF GUAM
TERRITORY OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, *et al.* ) | CIVIL CASE NO. 04-00006 |
| ) | CIVIL CASE NO. 04-00038 |
| Petitioners, ) | CIVIL CASE NO. 04-00049 |
| ) | |
| vs. ) | |
| ) | |
| FELIX P. CAMACHO, et al. ) | |
| ) | |
| Respondents. ) | |
| _____) | |
| ) | |
| CHARMAINE R. TORRES, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | **PETITIONERS' NON-OPPOSITION** |
| vs. ) | **TO CHARMAINE R. TORRES'** |
| ) | **MOTION TO AMEND FINAL EIC** |
| GOVERNMENT OF GUAM, *et al.* ) | **CLASS ACTION ORDER** |
| ) | |
| Defendants. ) | |
| _____) | |
| ) | |
| MARY GRACE SIMPAO, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | |
| GOVERNMENT OF GUAM, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| vs. ) | |
| ) | |
| FELIX P. CAMACHO, Governor of Guam, ) | |
| ) | |
| Intervenor-Defendant. ) | |
| _____) | |

COMES NOW Petitioners Julie Babauta Santos, *et al.*, by and through their attorneys of record MICHAEL F. PHILLIPS of the law offices of Phillips & Bordallo, P.C., and do submit this non-opposition to Charmaine R. Torres' Motion to Amend Final EIC Class Action Order.

Respectfully submitted this 18th day of April, 2008.

**PHILLIPS & BORDALLO, P.C.**

By: _____
MICHAEL F. PHILLIPS
Attorneys for Petitioners

F:\Clients\Santos-EIC\SUPPLEMENTAL PLEADINGS\Non-Opposition.doc