

The Law Offices of
# PHILLIPS & BORDALLO
A Professional Corporation
410 West O'Brien Drive, Suite 102 Hagåtña, Guam 96910-5044
Tel: (671) 477-ABCD (2223) • Fax: (671) 477-2FAX (2329)
" I Erensia, Lina'la', Espiritu-ta"

**FILED**
DISTRICT COURT OF GUAM

APR 1 8 2008

JEANNE G. QUINATA
Clerk of Court

DISTRICT COURT OF GUAM
TERRITORY OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, *et al.* | CIVIL CASE NO. 04-00006 |
| Petitioners, | CIVIL CASE NO. 04-00038 |
| vs. | CIVIL CASE NO. 04-00049 |
| FELIX P. CAMACHO, *et al.* | |
| Respondents. | |
| CHARMAINE R. TORRES, *et al.* | |
| Plaintiffs, | |
| vs. | **CERTIFICATE OF SERVICE** |
| GOVERNMENT OF GUAM, *et al.* | |
| Defendants. | |
| MARY GRACE SIMPAO, *et al.* | |
| Plaintiffs, | |
| vs. | |
| GOVERNMENT OF GUAM, | |
| Defendant. | |
| vs. | |
| FELIX P. CAMACHO, Governor of Guam, | |
| Intervenor-Defendant. | |

I, DARLEEN E. HITON, hereby state that on the 18th day of April, 2008, I caused to be served via hand delivery a copy of:

1. Petitioners' Non-Opposition to Charmaine R. Torres' Motion to Amend EIC Class Action Order; and

2. Certificate of Service

on the following counsel of record at their address:

**Calvo and Clark, LLP**
Attorneys at Law
655 South Marine Drive, Suite 202
Tamuning, Guam 96913
**Attorneys for Felix P. Camacho,**
**Felix P. Camacho, Governor of Guam**

**Cabot Mantanona LLP**
Edge Building, 2nd Floor
929 S. Marine Corps Drive
Tamuning, Guam 96913
**Attorneys for Lourdes M. Perez**
**and Artemio R. Ilagan**

**Shimizu Canto & Fisher**
Suite 101, De la Corte Bldg.
167 E. Marine Corps Drive
Hagåtña, Guam 96910
**Attorney for Interested Parties:**
**Mary Grace Simpao, et al.**

**Lujan Aguigui & Perez, LLP**
Suite 300 Pacific News Building
238 Archbishop Flores Street
Hagåtña, Guam 96910
**Attorneys for Interested Parties:**
**Charmaine R. Torres, et al.**

**Office of the Governor**
Ricardo J. Bordallo, Governor's Complex
Adelup, Guam 96910

Dated this 18th day of April, 2008.

PHILLIPS & BORDALLO, P.C.

By: _____
DARLEEN E. HITON
Attorneys for Petitioners

F:\Clients\Santos-EIC\Certificate of Service\Cert of Service Non-Opposition.doc