# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagatna, Guam   96910**

| | |
|---|---|
| JULIE BABAUTA SANTOS, *et al.,* | Civil Case No. 04-00006 |
| Petitioners, | |
| vs. | |
| FELIX A. CAMACHO, *et al.,* | |
| Respondents. | |
| CHARMAINE R. TORRES, *et al.*, | Civil Case No. 04-00038 |
| Plaintiffs, | |
| vs. | |
| GOVERNMENT OF GUAM, *et al.,* | |
| Defendants. | |
| MARY GRACE SIMPAO, *et al.,* | Civil Case No. 04-00049 |
| Plaintiffs, | |
| vs. | |
| GOVERNMENT OF GUAM, | |
| Defendant. | |
| vs. | **NOTICE OF ENTRY OF ORDER** |
| FELIX P. CAMACHO, Governor of Guam, | |
| Intervenor-Defendant. | |

     **NOTICE IS HEREBY GIVEN** that on the date indicated below this court entered on the docket of the above-entitled cases the following order:

**Superseding Final EIC Class Action Order filed April 23, 2008**
**Date of Entry: April 23, 2008**

The original order is on file at the Clerk's Office of this court. The document may be viewed at the Clerk's Office and is available for viewing on the Internet by using PACER for a fee. Information on the PACER system can be found on the court's web page:
**www.gud.uscourts.gov**

Date:   April 25, 2008                                    Clerk of Court
                                                          /s/ **Jeanne G. Quinata**