FILED
DISTRICT COURT OF GUAM
MAY 09 2008
JEANNE G. QUINATA
Clerk of Court

DISTRICT COURT OF GUAM
TERRITORY OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, *et al.*, <br><br> Petitioners, <br><br> v. <br><br> FELIX P. CAMACHO, *et al.*, <br><br> Respondents. | Civil Case No. 04-00006 |
| CHARMAINE R. TORRES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GOVERNMENT OF GUAM, *et al.*, <br><br> Defendants. | Civil Case No. 04-00038 |
| MARY GRACE SIMPAO, *et al*, <br><br> Plaintiffs, <br><br> v. <br><br> GOVERNMENT OF GUAM, <br><br> Defendant, <br><br> v. <br><br> FELIX P. CAMACHO, Governor of Guam <br><br> Intervenor-Defendant. | Civil Case No. 04-00049 <br><br> **NOTICE OF APPEAL** |

CANTO & FISHER
East Marine Corps Drive
Hagatna, Guam 96910
Tel. 671.472.1131
Fax 671.472.2886
Page 1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
Tel. 206.682.5600
Fax 206.682.2992

SHIMIZU

ORIGINAL

Case 1:04-cv-00006    Document 596    Filed 05/09/2008    Page 1 of 5

1  Notice is hereby given that Mary Grace Simpao and Janice Cruz, Plaintiffs in the
2  above named case, hereby appeal to the United States Court of Appeals for the Ninth
3  Circuit from a Final Class Action Order[1] and Superseding Order Certifying an EIC Class,
4  Appointing a Class Counsel, Approving a Settlement Agreement and Awarding
5  Attorneys' Fees entered in this action on the 23rd day of April, 2008.

6

7  Dated this 9th day of May 2008

8  By: /s/ *signature*
   Thomas J. Fisher
9  Attorney for Appellants Simpao and Cruz

---

[1] That Order, entered April 10th, 2008, was vacated and superseded by a Superseding Final EIC Class Action Order entered on April 23rd, 2008.

SHIMIZU CANTO & FISHER
East Marine Corps Drive
Hagatna, Guam 96910
Tel. 671.472.1131
Fax 671.472.2886

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
Tel. 206.682.5600
Fax 206.682.2992

Page 2

## DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, *et al.*, <br><br> Petitioners, <br><br> v. <br><br> FELIX P. CAMACHO, *et al.*, <br><br> Respondents. | Civil Case No. 04-00006 |
| CHARMAINE R. TORRES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GOVERNMENT OF GUAM, *et al.*, <br><br> Defendants. | Civil Case No. 04-00038 |
| MARY GRACE SIMPAO, *et al*, <br><br> Plaintiffs, <br><br> v. <br><br> GOVERNMENT OF GUAM, <br><br> Defendant, <br><br> v. <br><br> FELIX P. CAMACHO, Governor of Guam <br><br> Intervenor-Defendant. | Civil Case No. 04-00049 <br><br> **REPRESENTATION STATEMENT** |

SHIMIZU CANTO & FISHER
East Marine Corps Drive
Hagatna, Guam 96910
Tel. 671.472.1131
Fax 671.472.2886
Page 1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
Tel. 206.682.5600
Fax 206.682.2992



Pursuant to Circuit Rule 3-2, this Representation Statement is submitted.

**Petitioner/ Appellee**

| | |
|---|---|
| **Julie Babauta Santos**<br>*Individually, and on behalf of all those similarly situated* | represented by **Michael F. Phillips**<br>Phillips and Bordallo, P.C.<br>410 West O'Brien Drive<br>Hagatna, GU 96910<br>671-477-2223<br>Fax: 671-477-2329 |

**Respondent/ Defendant/ Appellee**

| | |
|---|---|
| **Felix P. Camacho**<br>**Government of Guam** | represented by **Daniel M. Benjamin**<br>Calvo and Clark, LLP<br>259 Martyr St.<br>Suite 100<br>Hagatna, GU 96910<br>671-646-9355<br>Fax: 671-646-9403 |
| | **Shannon Taitano**<br>Office of the Governor<br>Bodallo Government Complex<br>Adelup<br>Hagatna, GU 96910-<br>671-475-9203 |

**Plaintiffs/ Appellants**

| | |
|---|---|
| **Mary Grace Simpao**<br>**Janice Cruz** | represented by **Thomas J. Fisher**<br>Shimizu Canto & Fisher<br>Suite 101 Dela Corte Bldg.<br>167 East Marine Corps Dr.<br>Hagatna, GU 96910<br>671-472-1131<br>Fax: 671-472-2561 |

SHIMIZU CANTO & FISHER
East Marine Corps Drive
Hagatna, Guam 96910
Tel. 671.472.1131
Fax 671.472.2886
Page 2

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
Tel. 206.682.5600
Fax 206.682.2992

Case 1:04-cv-00006    Document 596    Filed 05/09/2008    Page 4 of 5

Nancy Pacharzina
Tousley Brain Stephens PLLC
1700 Seventh Avenue Suite 2200
Seattle, WA 98101
206-682-5600
Fax: 206-682-2992

**Plaintiff/ Appellee**

| Charmaine R. Torres | represented by | Ignacio Cruz Aguigui |

Lujan, Aguigui and Perez LLP
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagatna, GU 96910-
671-477-8064/5
Fax: 671-477-5297

*signature*

Thomas J. Fisher
Attorney for Appellants

SHIMIZU CANTO & FISHER
East Marine Corps Drive
Hagatna, Guam 96910
Tel. 671.472.1131
Fax 671.472.2886
Page 3

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
Tel. 206.682.5600
Fax 206.682.2992

Case 1:04-cv-00006   Document 596   Filed 05/09/2008   Page 5 of 5