

# District Court of Guam

4TH FLOOR, U.S. COURTHOUSE
520 WEST SOLEDAD AVENUE
HAGÅTÑA, GUAM 96910
Telephone: (671) 473-9100; Facsimile: (671) 473-9152
www.gud.uscourts.gov

FRANCIS M. TYDINGCO-GATEWOOD
Chief Judge

May 12, 2008

JEANNE G. QUINATA
Clerk of Court

Office of the Clerk
U.S. Court of Appeals
  for the Ninth Circuit
95 Seventh Street
P.O. Box 193939
San Francisco, California 94119-3939

**RE:  Civil Case 04-00006 (Related Cases 04-00038 and 04-00049)
Julie Babauta Santos, et. al. vs. Felix P. Camacho, et. al.**

In reference to the above-entitled case, enclosed herewith please find the following:

(X)   Certified copy of **Notice of Appeal, filed 5/9/2008**

(X)   Certified copy of **Superseding Final EIC Class Action Order, filed 4/23/2008 - EOD - 4/25/2008**

(X)   Certified copy of Docket Sheet

(X)   Notice of Appeal Notification Form

(X)   Civil Docketing Statement -**(Original and copy)**

(X)   Other - **Final EIC Class Action Order, filed 4/10/2008 - EOD 4/14/2008**

Please acknowledge receipt on the enclosed copy of this letter. Thank you.

Sincerely,

Marilyn B. Alcon
Deputy Clerk

Enclosures

cc:   Thomas J. Fisher/Nancy Pacharzina      Daniel M. Benjamin/Shannon Taitano
      Michael F. Phillips                    Ignacio Cruz Aguigui

# NOTICE OF APPEAL NOTIFICATION FORM

Please Fill Out Completely

**CASE INFORMATION:**

Short Case Title: **Santos, et. al. vs Camacho**
Court of Appeals No. (leave blank if a unassigned)_____
U.S. District Court, Division & Judge Name: **District Court of Guam/Hon. Frances Tydingco-Gatewood**
Criminal and/or Civil Case No.: **CV-04-00006**
Date Complaint/Indictment/Petition Filed: **Class Action Petition filed 2/12/2004**
Date Appealed order/judgment *entered*: **Final EIC Class Action Order filed 4/10/2008 - EOD; Superseding Final EIC Class Action Order filed 4/23/2008 - EOD 4/25/2008**
Date NOA *filed*: **NOA filed 5/9/2008**
Date(s) of Indictment_____ Plea Hearing_____ Sentencing_____

COA Status (check one):  ☐ granted in full (attach order)   ☐ denied in full (send record)
                          ☐ granted in part (attach order)   ☐ pending

Court Reporter(s) Name & Phone Number: **Wanda M. Miles/(671) 472-8655**

*Magistrate Judge's Order? If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid: **Yes**                           Date Docket Fee Billed:_____
Date FP granted:_____                              Date FP denied:_____
Is FP pending?  yes  ☐ no                               Was FP limited ☐? Revoked ☐?
US Government Appeal? ☐ yes  X  no
Companion Cases? Please list : **CV-04-00038 and CV-04-0004 9**

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION (please include email address)**

| Appellate Counsel: | Appellee Counsel: |
|---|---|
| **Thomas J. Fisher** | **Daniel M. Benjamin** |
| **Canto and Fisher** | **Calvo and Clark, LLP** |
| **East Marine Corps Drive** | **655 South Marine Drive** |
| **Hagatna, Guam 96910** | **Suite 202** |
| | **dbenjamin@calvoclark.com** |

**Please attached continuation sheet**

X retained  ☐ CJA  ☐ FPD  Pro Se  ☐ Other_____      *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID_____                Address:
Custody_____
Bail_____

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid_____            9th Circuit Docket Number_____

Name & Phone Number of Person Completing this Form: **Marilyn B. Alcon/(671)473-9138**
marilyn_alcon@gud.uscourts.gov

**Continuation Sheet:**

| | |
|---|---|
| **Petitioner/Appellee:** | Michael F. Phillips<br>Phillips and Bordallo, P.C.<br>410 West O'Brien Drive<br>Hagatna, Guam 96910<br><br>Attorney for Julie Babauta Santos |
| **Respondent/Defendant/Appellee:** | Shannon Taitano<br>Office of the Governor<br>Bordallo Government Complex<br>Adelup<br>Hagatna, Guam 96910<br><br>Attorney for Felix P. Camacho |
| **Plaintiffs/Appellants:** | Nancy Pacharzina<br>Tousley Brain Stephens PLLC<br>1700 Seventh Avenue Suite 2200<br>Seattle, WA 98101<br><br>Attorney for Mary Grace Simpao/Janice Cruz |
| **Plaintiff/Appellee:** | Ignacio Cruz Aguigui<br>Lujan, Aguigui and Perez LLP<br>Pacific News Building, Suite 300<br>238 Archbishop Flores Street<br>Hagatna, Guam 96910<br><br>Attorney for Charmaine R. Torres |