CABOT
MANTANONA LLP
Edge Building, Second Floor
929 South Marine Corps Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 646-0777



**FILED**
DISTRICT COURT OF GUAM

MAY 12 2008 R.D.

JEANNE G. QUINATA
Clerk of Court

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, et. al., <br><br> Petitioners, <br><br> vs. <br><br> FELIX P. CAMACHO, et. al., <br><br> Respondents. | CIVIL CASE NO. CV04-00006 |
| CHARMAINE R. TORRES, et. al., <br><br> Plaintiffs, <br><br> vs. <br><br> GOVERNMENT OF GUAM, et. al., <br><br> Defendants. | CIVIL CASE NO. CV04-00038 <br><br> **DEFENDANT LOURDES M. PEREZ'S APRIL 2008 STATUS REPORT TO THE COURT AND PLAINTIFFS AS REQUIRED PURSUANT TO SECTION (V)(b)(ii) OF SETTLEMENT AGREEMENT** |
| MARY GRACE SIMPAO, et. al., <br><br> Plaintiffs, <br><br> vs. <br><br> GOVERNMENT OF GUAM, <br><br> Defendant, <br><br> vs. <br><br> FELIX P. CAMACHO, Governor of Guam, <br><br> Intervenor- Defendant. | CIVIL CASE NO. CV04-00049 |

Respondent, Lourdes M. Perez, the director of the Department of Administration, hereby files with the court the April, 2008, monthly status report as required pursuant to the settlement agreement executed by the parties on May 26, 2006.

Dated: May 12, 2008

                                              **CABOT MANTANONA LLP**
                                              *Attorneys for Respondent* **Lourdes M. Perez**

By: _____
FoR  RAWLEN M.T. MANTANONA




**Government of Guam**
*(Gubetnomention Guahan)*
**Department of Administration**
*(Dipattamenton Atmenestration)*
Post Office Box 884 Hagatña, Guam 96932
Tel: (671) 475-1101/1250 * Fax: (671) 477-6788

Felix P. Camacho
Governor
Michael W. Cruz, M.D.
Lieutenant Governor

Lourdes M. Perez
Director
Joseph C. Manibusan
Deputy Director

May 5, 2008

District Court of Guam
Plaintiff Torres
Plaintiff Santos
Plaintiff Simpao

**Re: DOA Report on Civil Case No. 04-00006/CV 04-00049/CV04-00038
Settlement Agreement**

Pursuant to Section 5(b)(ii) of the Settlement Agreement in the above referenced matters, I submit the following for the previous month (April 2008).

- The total amount of the monies paid in the income tax refund reserve fund and/or income tax refund efficient payment trust fund in the previous month is: $6,136,098.48;

- The total amount of monies paid in tax refunds in the previous month is: $5,215,683.71

- The total amount of monies that have been reserved for EITC payments under this agreement in the previous month is: $920,414.77 (15% of $6,136,098.48)); and

- The total amount of monies paid for EITC claims in the previous month is: $0.00.

Sincerely,

Lourdes M. Perez
Director

c.c. COS, Office of the Governor
Deputy Finance Manager, DOA
Treasurer of Guam, DOA
Director, Department of Revenue & Taxation