

**FILED**
DISTRICT COURT OF GUAM

MAY 21 2008

**JEANNE G. QUINATA**
Clerk of Court

Counsel appearing on following page

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, *et al.*, | Civil Case No. 04-00006 |
| Petitioners, | |
| v. | |
| FELIX P. CAMACHO, *et al.*, | |
| Respondents. | |

| | |
|---|---|
| CHARMAINE R. TORRES, *et al.*, | Civil Case No. 04-00038 |
| Plaintiffs, | |
| v. | |
| GOVERNMENT OF GUAM, *et al.*, | |
| Defendants. | |

| | |
|---|---|
| MARY GRACE SIMPAO, *et al*, | Civil Case No. 04-00049 |
| Plaintiffs, | |
| v. | **CERTIFICATE OF NOTICE** |
| GOVERNMENT OF GUAM, | |
| Defendant, | |
| v. | |
| FELIX P. CAMACHO, Governor of Guam | |
| Intervenor-Defendant. | |

CERTIFICATE OF NOTICE

PAGE 1

SHIMIZU CANTO & FISHER
167 E. Marine Corps Drive, Ste. 101
Hagatna, Guam 96910
Tel. 671.472.1131
Fax 671.472.2886

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
Tel. 206.682.5600
Fax 206.682.2992

ORIGINAL

Case 1:04-cv-00006   Document 601   Filed 05/21/2008   Page 1 of 3

SHIMIZU CANTO & FISHER
Suite 101, Dela Corte Bldg.
167 East Marine Corps Drive
Hagåtña, Guam 96910
671.472.1131

TOUSLEY BRAIN STEPHENS PLLC
Kim D. Stephens, P.S., WSBA #11984
Nancy A. Pacharzina, WSBA #25946
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
206.682.5600

CERTIFICATE OF NOTICE

SHIMIZU CANTO & FISHER
167 E. Marine Corps Drive, Ste. 101
Hagatna, Guam 96910
Tel. 671.472.1131
Fax 671.472.2886

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
Tel. 206.682.5600
Fax 206.682.2992

PAGE 2

Case 1:04-cv-00006  Document 601  Filed 05/21/2008  Page 2 of 3

To: Micheal F. Phillips
**Phillips & Bordallo, P.C.**
410 West O'Brien Drive
Hagåtña, Guam 96910

Shannon Taitano
**Office of the Governor**
Bordallo Government Complex
Adelup
Hagåtña, Guam 96910

Daniel M. Benjamin & Rodney J. Jacobs
**Calvo & Clark, LLP**
655 South Marine Drive, Suite 202
Tamuning, Guam 96913

Cesar Cenzon Cabot
**Cabot Mantanona LLP**
Bank Pacific Building, Second Floor
825 South Marine Corps Drive
Tamuning, Guam 96913

Ignacio Cruz Aguigui
**Lujan, Aguigui & Perez LLP**
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910

**PLEASE TAKE NOTICE** that Appellants do not intend to order any transcripts in this matter.

Respectfully submitted this 21st day of May, 2008.

SHIMIZU CANTO & FISHER

By: _____
THOMAS J. FISHER

TOUSLEY BRAIN STEPHENS PLLC
Kim D. Stephens, P.S., *Pro Hac Vice*
Nancy A. Pacharzina, *Pro Hac Vice*

Attorneys for Appellant Naputi

REQUEST FOR TELEPHONIC
APPEARANCE OF COUNSEL
Page 3

SHIMIZU CANTO & FISHER
167 East Marine Corps Drive, Suite 101
Hagatna, Guam 96910
Tel. 671.472.1131
Fax 670.472.2886

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
Tel. 206.682.5600
Fax 206.682.2992

Case 1:04-cv-00006  Document 604  Filed 05/21/2008  Page 3 of 3