# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910**

| | |
|---|---|
| JULIE BABAUTA SANTOS, *et al.*, | Civil Case No. 04-00006 |
| Petitioners, | |
| vs. | |
| FELIX A. CAMACHO, *et al.*, | |
| Respondents. | |
| CHARMAINE R. TORRES, *et al.*, | Civil Case No. 04-00038 |
| Plaintiffs, | |
| vs. | |
| GOVERNMENT OF GUAM, *et al.*, | |
| Defendants. | |
| MARY GRACE SIMPAO, *et al.*, | Civil Case No. 04-00049 |
| Plaintiffs, | |
| vs. | |
| GOVERNMENT OF GUAM, | |
| Defendant. | **JUDGMENT** |
| vs. | |
| FELIX P. CAMACHO, Governor of Guam, | |
| Intervenor-Defendant. | |

Judgment is hereby entered in accordance with the Superseding Final EIC Class Action Order filed on April 23, 2008.

Dated this 23rd day of May, 2008, Hagatna, Guam.

/s/ **Jeanne G. Quinata**
Clerk of Court