UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

NOTICE OF APPEAL NOTIFICATION FORM



Please Fill Out Completely

## CASE INFORMATION:

Short Case Title: **Santos, et. al. vs Camacho**   08-16230
Court of Appeals No. (leave blank if a unassigned)_____
U.S. District Court, Division & Judge Name: **District Court of Guam/Hon. Frances Tydingco-Gatewood**
Criminal and/or Civil Case No.: **CV-04-00006**
Date Complaint/Indictment/Petition Filed: **Class Action Petition filed 2/12/2004**
Date Appealed order/judgment *entered*: **Final EIC Class Action Order filed 4/10/2008 - EOD; Superseding Final EIC Class Action Order filed 4/23/2008 - EOD 4/25/2008**
Date NOA *filed*: **NOA filed 5/9/2008**
Date(s) of Indictment_____ Plea Hearing_____ Sentencing_____

COA Status (check one):  ☐ granted in full (attach order)     ☐ denied in full (send record)
                         ☐ granted in part (attach order)    ☐ pending

Court Reporter(s) Name & Phone Number: **Wanda M. Miles/(671) 472-8655**

*Magistrate Judge's Order? If so, please attach.*

### FEE INFORMATION
Date Docket Fee Paid: **Yes**
Date FP granted:_____
Is FP pending?   yes ☐ no
US Government Appeal? ☐ yes **X** no
Companion Cases? Please list : **CV-04-00038 and CV-04-0004 9**

Date Docket Fee Billed:_____
Date FP denied:_____
Was FP limited ☐? Revoked ☐?

*Please attach copy of any order granting, denying or revoking FP.*

### COUNSEL INFORMATION (please include email address)

Appellate Counsel:
**Thomas J. Fisher**
**Canto and Fisher**
**East Marine Corps Drive**
**Hagatna, Guam 96910**

Appellee Counsel:
**Daniel M. Benjamin**
**Calvo and Clark, LLP**
**655 South Marine Drive**
**Suite 202**
**dbenjamin@calvoclark.com**

Please attached continuation sheet

X retained  ☐ CJA  ☐ FPD   Pro Se  ☐ Other           *Please attach appointment order.*

### DEFENDANT INFORMATION
Prisoner ID_____           Address:
Custody_____
Bail_____

### AMENDED NOTIFICATION INFORMATION
Date Fees Paid_____           9th Circuit Docket Number_____

Name & Phone Number of Person Completing this Form: **Marilyn B. Alcon/(671)473-9138**
marilyn_alcon@gud.uscourts.gov