| AO435 (Rev. 1/90) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS | FOR COURT USE ONLY DUE DATE: |
|---|---|---|
| | **TRANSCRIPT ORDER** | |

*Read Instructions on Back.*

| 1. NAME  Thomas J. Fisher | 2. PHONE NUMBER  (671) 472-1131 | 3. DATE  May 12, 2008 | |
|---|---|---|---|
| 4. MAILING ADDRESS  East Marine Corps Drive | 5. CITY  Hagatna | 6. STATE  Guam | 7. ZIP CODE  96910 |
| 8. CASE NUMBER  CV-04-00006 | 9. JUDICIAL OFFICIAL  Tydingco-Gatewood | DATES OF PROCEEDINGS | |
| | | 10. FROM | 11. TO |
| 12. CASE NAME  Santos, et. al. vs. Camacho, et. al. | | LOCATION OF PROCEEDINGS | |
| | | 13. CITY  Hagatna | 14. STATE  Guam |

| 15. ORDER FOR | | | |
|---|---|---|---|
| [X] APPEAL | [ ] CRIMINAL | [ ] CRIMINAL JUSTICE ACT | [ ] BANKRUPTCY |
| [ ] NON-APPEAL | [X] CIVIL | [ ] IN FORMA PAUPERIS | [ ] OTHER (Specify) |

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

~~No Transcript Requested.~~ /tjf/

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [X] OTHER (Specify) | See attached |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | X | X | NO. OF COPIES  5 | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

| 18. SIGNATURE [signature] | ESTIMATE TOTAL | |
|---|---|---|
| | PROCESSED BY | **FILED**  DISTRICT COURT OF GUAM  JUN 09 2008 RD  **JEANNE G. QUINATA**  **Clerk of Court** |
| 19. DATE  9 JUN 08 | PHONE NUMBER | |

| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS |
|---|---|
| | |
| ORDER RECEIVED  DATE 6/9/08  BY BD | |
| DEPOSIT PAID | DEPOSIT PAID |
| TRANSCRIPT ORDERED | TOTAL CHARGES |
| TRANSCRIPT RECEIVED | LESS DEPOSIT |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | TOTAL REFUNDED |
| PARTY RECEIVED TRANSCRIPT | TOTAL DUE |

(Previous editions of this form may still be used)   ORIGINAL - COURT COPY   YELLOW - TRANSCRIPTION COPY   GREEN - ORDER RECEIPT   PINK - ORDER COPY

| | |
|---|---|
| MARY GRACE SIMPAO; JANICE CRUZ, and others similarly situated,<br><br>Plaintiffs- Appellants,<br><br>and<br><br>CHRISTINA NAPUTI<br><br>Plaintiff<br><br>v.<br><br>GOVERNMENT OF GUAM,<br><br>Defendant- Appellee,<br><br>FELIX P. CAMACHO, in his official capacity as Governor of Guam<br><br>Defendant- intervenor- Appellee. | CASE NO 08-16230<br>D.C. No. 1:04-cv-00049 CV04-00006 ae<br>District of Guam, Hagatna<br><br><br><br>**ADDENDUM TO A TRANSCRIPT ORDER FORM** |

Defendants-Appellees The Government of Guam and the Governor of Guam, represented by Shannon Taitano, Esq., Office of the Governor, and Daniel M. Benjamin, Esq., Calvo and Clark, LLP, have requested the following unabridged transcripts that they deem necessary to the appeal:

    1. September 20 and 21, 2007 Fairness Hearing

    2. January 9, 2008 Hearing regarding Attorney's Fees

and state that such transcripts are necessary because they are the hearings concerning the Order that is on appeal.

Plaintiffs-Appellees Charmaine Torres, et al., represented by Peter C. Perez, Esq., Lujan Aguigui & Perez LLP, have requested the following unabridged transcripts that they deem necessary to the appeal:

SHIMIZU CANTO & FISHER
East Marine Corps Drive
Hagatna, Guam 96910
Tel. 671.472.1131
Fax 671.472.2886
Page 1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
Tel. 206.682.5600
Fax 206.682.2992

| | |
|---|---|
| 1 |         1. September 20 and 21, 2007 Fairness Hearing |
| 2 |         2. January 9, 2008 Hearing regarding Attorney's Fees |
| 3 | and state they do not request any transcripts additional to those designated by Defendant- |
| 4 | Appellees the Government of Guam and the Petitioners-Appellees Julie Babauta Santos. |
| 5 |      Petitioners-Appellees Julie Babauta Santos, et al., represented by Michael F. |
| 6 | Phillips, Esq., have requested the following unabridged transcripts that they deem |
| 7 | necessary to the appeal: |
| 8 |         1. September 20 and 21, 2007 Fairness Hearing |
| 9 |         2. January 9, 2008 Hearing regarding Attorney's Fees |
| 10 | and state that such transcripts are necessary because they are the hearings concerning the |
| 11 | Order that is on appeal. |
| 12 |      Defendants-Appellees Lourdes Perez, Director, Guam Department of |
| 13 | Administration and Artemio Illagan, Director, Department of Revenue and Taxation, |
| 14 | represented by Rawlen Mantanona, Esq., Cabot Mantanona LLP, have requested the |
| 15 | following unabridged transcripts that they deem necessary to the appeal: |
| 16 |         1. September 20 and 21, 2007 Fairness Hearing |
| 17 |         2. January 9, 2008 Hearing regarding Attorney's Fees |
| 18 | and state that such transcripts are necessary because they are the hearings concerning the |
| 19 | Order that is on appeal |
| 20 |      Dated this 9th day of May 2008 |
| 21 |                                            By: _____ |
| 22 |                                            Thomas J. Fisher<br>                                         Attorney for Appellants Simpao and Cruz |
| 23 | |
| 24 | |
| 25 | |

SHIMIZU CANTO & FISHER
East Marine Corps Drive
Hagatna, Guam 96910
Tel. 671.472.1131
Fax 671.472.2886

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
Tel. 206.682.5600
Fax 206.682.2992

Page 2