SHIMIZU CANTO & FISHER
Suite 101 Dela Corte Bldg.
167 East Marine Corps Drive
Hagåtña, Guam 96910
671.472.1131
TOUSLEY BRAIN STEPHENS PLLC
Kim D. Stephens, P.S., WSBA #11984
Nancy A. Pacharzina, WSBA #25946
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
206.682.5600

FILED
DISTRICT COURT OF GUAM
JUN 0 9 2008 P-D.
JEANNE G. QUINATA
Clerk of Court

UNITED STATES DISTRICT COURT OF GUAM
TERRITORY OF GUAM

| | |
|---|---|
| MARY GRACE SIMPAO; JANICE CRUZ, and others similarly situated, <br><br> Plaintiffs- Appellants, <br><br> and <br><br> CHRISTINA NAPUTI <br><br> Plaintiff <br><br> v. <br><br> GOVERNMENT OF GUAM, <br><br> Defendant- Appellee, <br><br> FELIX P. CAMACHO, in his official capacity as Governor of Guam <br><br> Defendant- intervenor- Appellee. | CASE NO 08-16230 <br> D.C. No. 1:04-cv-00049 & CV04-00006 ac <br> District of Guam, Hagatna <br><br><br> CERTIFICATE FILED PURSUANT TO CIRCUIT RULE 10-3.1(f) |

Defendants-Appellees, Plaintiffs-Appellees and Petitioners-Appellees have each

noticed Plaintiffs-Appellants that they request unabridged transcripts of

SHIMIZU CANTO & FISHER
East Marine Corps Drive
Hagatna, Guam 96910
Tel. 671.472.1131
Fax 671.472.2886
Page 1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
Tel. 206.682.5600
Fax 206.682.2992

ORIGINAL

Case 1:04-cv-00006   Document 608   Filed 06/09/2008   Page 1 of 2

1. September 20 and 21, 2007 Fairness Hearing

2. January 9, 2008 Hearing regarding Attorney's Fees

and state that such transcripts are necessary because they are the hearings concerning the Order that is on appeal. Plaintiffs-Appellants Mary Grace Simpao, et al., have not requested the production of any transcript.

Plaintiffs-Appellants will raise on appeal the question of whether the settlement was fair, reasonable, and adequate, whether notice to the class was legally sufficient and whether the award of attorney's fees was just. Therefore we believe that these transcripts are unnecessary since the hearings consisted of argument by counsel concerning evidence otherwise in the record, i.e. copies of notices mailed, a proposed settlement, expert report, records of attorney billings, and statistics provided by the Government of Guam. Plaintiff-Appellant prays the Court determine which party shall pay for the transcripts.

Dated this 9th day of June 2008

By: _____
Thomas J. Fisher
Attorney for Plaintiffs-Appellants

SHIMIZU CANTO & FISHER
East Marine Corps Drive
Hagatna, Guam 96910
Tel. 671.472.1131
Fax 671.472.2886

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
Tel. 206.682.5600
Fax 206.682.2992

Page 2

Case 1:04-cv-00006   Document 608   Filed 06/09/2008   Page 2 of 2