| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | SHIMIZU CANTO & FISHER<br>Suite 101 Dela Corte Bldg.<br>167 East Marine Corps Drive<br>Hagåtña, Guam 96910<br>671.472.1131<br>TOUSLEY BRAIN STEPHENS PLLC<br>Kim D. Stephens, P.S., WSBA #11984<br>Nancy A. Pacharzina, WSBA #25946<br>1700 Seventh Avenue, Suite 2200<br>Seattle, Washington 98101<br>206.682.5600 |

**FILED**
DISTRICT COURT OF GUAM

JUN 0 9 2008 P.D.

**JEANNE G. QUINATA**
**Clerk of Court**

UNITED STATES DISTRICT COURT OF GUAM
TERRITORY OF GUAM

MARY GRACE SIMPAO; JANICE CRUZ, and others similarly situated,

    Plaintiffs- Appellants,

and

CHRISTINA NAPUTI

    Plaintiff

v.

GOVERNMENT OF GUAM,

    Defendant- Appellee,

FELIX P. CAMACHO, in his official capacity as Governor of Guam

    Defendant- intervenor- Appellee.

CASE NO 08-16230
D.C. No. 1:04-cv-00049 & CV04-00006 ac
District of Guam, Hagatna

**CERTIFICATE OF SERVICE**

SHIMIZU CANTO & FISHER
East Marine Corps Drive
Hagatna, Guam 96910
Tel. 671.472.1131
Fax 671.472.2886
Page 1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
Tel. 206.682.5600
Fax 206.682.2992

ORIGINAL

Case 1:04-cv-00006    Document 609    Filed 06/09/2008    Page 1 of 2

1       I, **WON SANG YOON**, served a copy of the **Transcript Order and Addendum**

2 **to a Transcript Order Form**, on the following individuals or entities on June 9, 2008,

3 via hand delivery at the following addresses:

4

**Michael F. Phillips**
Phillips and Bordallo, P.C.
410 West O'Brien Drive
Hagatna, GU 96910
671-477-2223
Fax: 671-477-2329

**Daniel M. Benjamin**
Calvo and Clark, LLP
259 Martyr St.
Suite 100
Hagatna, GU 96910
671-646-9355
Fax: 671-646-9403

**Shannon Taitano**
Office of the Governor
Bordallo Government Complex
Adelup
Hagatna, GU 96910-
671-475-9203

**Rawlen Mantanona**
Cabot Mantanona LLP
Edge Bldg., 2nd Floor
929 S. Marine Corps Drive
Tamuning, Guam 96913
(671)646-2001
Fax: (671) 646-07777

**Ignacio Cruz Aguigui**
Lujan, Aguigui and Perez LLP
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagatna, GU 96910-
671-477-8064/5
Fax: 671-477-5297

_[signature]_
Won Sang Yoon

SHIMIZU CANTO & FISHER
East Marine Corps Drive
Hagatna, Guam 96910
Tel. 671.472.1131
Fax 671.472.2886
Page 2

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
Tel. 206.682.5600
Fax 206.682.2992