SHIMIZU CANTO & FISHER
Suite 101 Dela Corte Bldg.
167 East Marine Corps Drive
Hagåtña, Guam 96910
671.472.1131
TOUSLEY BRAIN STEPHENS PLLC
Kim D. Stephens, P.S., WSBA #11984
Nancy A. Pacharzina, WSBA #25946
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
206.682.5600

**FILED**
DISTRICT COURT OF GUAM

JUN 0 9 2008

**JEANNE G. QUINATA**
**Clerk of Court**

# UNITED STATES DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| MARY GRACE SIMPAO; JANICE CRUZ, and others similarly situated,<br><br>Plaintiffs- Appellants,<br><br>and<br><br>CHRISTINA NAPUTI<br><br>Plaintiff<br><br><br>v.<br><br>GOVERNMENT OF GUAM,<br><br>Defendant- Appellee,<br><br>FELIX P. CAMACHO, in his official capacity as Governor of Guam<br><br>Defendant- intervenor-Appellee. | CASE NO 08-16230<br>D.C. No. 1:04-cv-00049 CV04-00006<br>District of Guam, Hagatna<br><br><br><br>**CERTIFICATE OF SERVICE** |

SHIMIZU CANTO & FISHER
East Marine Corps Drive
Hagatna, Guam 96910
Tel. 671.472.1131
Fax 671.472.2886
Page 1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
Tel. 206.682.5600
Fax 206.682.2992

ORIGINAL

Case 1:04-cv-00006   Document 610   Filed 06/09/2008   Page 1 of 2

I, **WON SANG YOON**, served a copy of the **Certificate Filed Pursuant to Circuit Rule 10-3.1 (f)**, on the following individuals or entities on June 9, 2008, via hand delivery at the following addresses:

**Michael F. Phillips**
Phillips and Bordallo, P.C.
410 West O'Brien Drive
Hagatna, GU 96910
671-477-2223
Fax: 671-477-2329

**Daniel M. Benjamin**
Calvo and Clark, LLP
259 Martyr St.
Suite 100
Hagatna, GU 96910
671-646-9355
Fax: 671-646-9403

**Shannon Taitano**
Office of the Governor
Bordallo Government Complex
Adelup
Hagatna, GU 96910-
671-475-9203

**Rawlen Mantanona**
Cabot Mantanona LLP
Edge Bldg., 2nd Floor
929 S. Marine Corps Drive
Tamuning, Guam 96913
(671)646-2001
Fax: (671) 646-07777

**Ignacio Cruz Aguigui**
Lujan, Aguigui and Perez LLP
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagatna, GU 96910-
671-477-8064/5
Fax: 671-477-5297

_____
Won Sang Yoon

SHIMIZU CANTO & FISHER
East Marine Corps Drive
Hagatna, Guam 96910
Tel. 671.472.1131
Fax 671.472.2886
Page 2

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
Tel. 206.682.5600
Fax 206.682.2992

Case 1:04-cv-00006   Document 610   Filed 06/09/2008   Page 2 of 2