CABOT
**MANTANONA LLP**
Edge Building, Second Floor
929 South Marine Corps Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 646-0777



**FILED**
DISTRICT COURT OF GUAM

JUN 1 1 2008

JEANNE G. QUINATA
Clerk of Court

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, et. al., <br><br> Petitioners, <br><br> vs. <br><br> FELIX P. CAMACHO, et. al., <br><br> Respondents. | CIVIL CASE NO. CV04-00006 |
| CHARMAINE R. TORRES, et. al., <br><br> Plaintiffs, <br><br> vs. <br><br> GOVERNMENT OF GUAM, et. al., <br><br> Defendants. | CIVIL CASE NO. CV04-00038 <br><br> **DEFENDANT LOURDES M. PEREZ'S MAY 2008 STATUS REPORT TO THE COURT AND PLAINTIFFS AS REQUIRED PURSUANT TO SECTION (V)(b)(ii) OF SETTLEMENT AGREEMENT** |
| MARY GRACE SIMPAO, et. al., <br><br> Plaintiffs, <br><br> vs. <br><br> GOVERNMENT OF GUAM, <br><br> Defendant, <br><br> vs. <br><br> FELIX P. CAMACHO, Governor of Guam, <br><br> Intervenor- Defendant. | CIVIL CASE NO. CV04-00049 |

Respondent, Lourdes M. Perez, the director of the Department of Administration, hereby files with the court the May, 2008, monthly status report as required pursuant to the settlement agreement executed by the parties on May 26, 2006.

Dated: June 11, 2008

                                        **CABOT MANTANONA LLP**
                                        *Attorneys for Respondent* **Lourdes M. Perez**

               By: _____
                       RAWLEN M.T. MANTANONA




**Department of Administration**
*(DIPATTAMENTON ATEMENSTRASION)*
**DIRECTOR'S OFFICE**
*(UFISINAN DIREKTOT)*
Post Office Box 884 Hagatña, Guam 96932
Tel: (671) 475-1101/1250 Fax: (671) 477-6788

*Felix P. Camacho*
Governor
*Michael W. Cruz, M.D.*
Lieutenant Governor

*Lourdes M. Perez*
Director
*Joseph C. Manibusan*
Deputy Director

June 6, 2008

District Court of Guam
Plaintiff Torres
Plaintiff Santos
Plaintiff Simpao

Re:   DOA Report on Civil Case No. 04-00006/CV 04-00049/CV04-00038
      Settle Agreement

Pursuant to Section 5(b)(ii) of the Settlement Agreement in the above referenced matters, I submit the following for the previous month (May 2008).

- The total amount of the monies paid in the income tax refund reserve fund and/or income tax refund efficient payment trust fund in the previous month is: $5,338,323.46;

- The total amount of monies paid in tax refunds in the previous month is: $4,537,574.94

- The total amount of monies that have been reserved for EITC payments under this agreement in the previous month is: $800,748.52 (15% of $5,338,32.46); and

- The total amount of monies paid for EITC claims in the previous month is: $0.00.

Sincerely,

John P. Camacho
Acting Director

c.c.   COS, Office of the Governor
       Deputy Finance Manager, DOA
       Treasurer of Guam, DOA
       Director, Department of Revenue & Taxation