
**CABOT**
**MANTANONA LLP**
Edge Building, Second Floor
929 South Marine Corps Drive
Tamuning, Guam 96913
Telephone:    (671) 646-2001
Facsimile:    (671) 646-0777

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, *et. al.*, ) | CIVIL CASE NO. CV04-00006 |
| ) | |
| Petitioners, ) | |
| ) | |
| vs. ) | |
| ) | |
| FELIX P. CAMACHO, *et. al.*, ) | |
| ) | |
| Respondents. ) | |
| ) | CIVIL CASE NO. CV04-00038 |
| CHARMAINE R. TORRES, *et. al.*, ) | |
| ) | **DEFENDANT LOURDES M. PEREZ'S** |
| Plaintiffs, ) | **JUNE 2008 STATUS REPORT** |
| ) | **TO THE COURT AND PLAINTIFFS** |
| vs. ) | **AS REQUIRED PURSUANT TO** |
| ) | **SECTION (V)(b)(ii) OF SETTLEMENT** |
| GOVERNMENT OF GUAM, *et. al.*, ) | **AGREEMENT** |
| ) | |
| Defendants. ) | |
| ) | CIVIL CASE NO. CV04-00049 |
| MARY GRACE SIMPAO, *et. al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | |
| GOVERNMENT OF GUAM, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| vs. ) | |
| ) | |
| FELIX P. CAMACHO, Governor of ) | |
| Guam, ) | |
| ) | |
| Intervenor- Defendant. ) | |
| ) | |

ORIGINAL

Respondent, Lourdes M. Perez, the director of the Department of Administration, hereby files with the court the June, 2008, monthly status report as required pursuant to the settlement agreement executed by the parties on May 26, 2006.

Dated: July 9, 2008

**CABOT MANTANONA LLP**
*Attorneys for Respondent **Lourdes M. Perez***

By: _____

**RAWLEN M.T. MANTANONA**




**Felix P. Camacho**
*Governor*
**Michael W. Cruz, M.D.**
*Lieutenant Governor*

**Department of Administration**
*(DIPATTAMENTON ATEMENSTRASION)*
**DIRECTOR'S OFFICE**
*(UFISINAN DIREKTOT)*
Post Office Box 884 Hagåtña, Guam 96932
Tel: (671) 475-1101/1250 Fax: (671) 477-6788

**Lourdes M. Perez**
*Director*
**Joseph C. Manibusan**
*Deputy Director*

July 1, 2008

District Court of guam
Plaintiff Torres
Plaintiff Santos
Plaintiff Simpao

**RE:    DOA Report on Civil Case No. 04-00006/CV 04-00049/CV04-00038**

*Hafa Adai!*  Pursuant to Section 5(b)(ii) of the Settlement Agreement in the above referenced matters, I submit the following for the previous month (June 2008).

- The total amount of the monies paid in the income tax refund reserve fund and/or income tax refund efficient payment trust fund in the previous month is: <u>$4,578,502.99</u>;

- The total amount of monies paid in tax refunds in the previous month is: <u>$3,891,727.54</u>;

- The total amount of monies that have been reserved for EITC payments under this agreement in the previous month is: <u>$676,775.45</u> (15% of $4,578,502.99); and

- The total amount of monies paid for EITC claims in the previous month is <u>$13,838,732.51</u>.

Sincerely,

John P. Camacho
Acting Director

cc:    COS, Office of the Governor
Deputy Financial Manager, DOA
Treasurer of Guam, DOA
Director, Department of Revenue & Taxation