UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MARY GRACE SIMPAO; et al.,<br><br>    Plaintiffs - Appellants,<br><br>and<br><br>CHRISTINA NAPUTI,<br><br>    Plaintiff,<br><br>v.<br><br>GOVERNMENT OF GUAM,<br><br>    Defendant - Appellee,<br><br>FELIX P. CAMACHO, in his official capacity as Governor of Guam,<br><br>    Defendant-intervenor - Appellee. | No. 08-16230<br><br>D.C. No. 1:04-cv-00006-FTG<br>District of Guam,<br>Agana<br><br>ORDER |

Court Reporter Wanda Miles's motion for an extension of time to file the reporter transcript is granted. This order does not waive the mandatory fee reduction. *See* Judicial Conference of the United States, *Report of the Proceedings* 10 (March 1982).

LKK/7.21.08/Pro Mo

The transcript is due August 8, 2008. The opening brief is now due September 17, 2008; the answering brief is due October 17, 2008. The optional reply brief is due 14 days from date of service of the answering brief. A copy of this order shall be provided to the reporter at the district court.

For the Court:

MOLLY C. DWYER
Clerk of the Court


Linda K. King
Deputy Clerk
Ninth Cir. R. 27-7/Advisory Note to Rule 27
   and Ninth Circuit Rule 27-10

LKK/7.21.08/Pro Mo