# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| MARY GRACE SIMPAO; JANICE CRUZ, and others similarly situated, | CASE NO 08-16230 <br> D.C. No. 1:04-cv-00049 <br> District of Guam, Hagatna |
| Plaintiffs- Appellants, | |
| and | |
| CHRISTINA NAPUTI | |
| Plaintiff | **AMENDED REPRESENTATION STATEMENT** |
| v. | |
| GOVERNMENT OF GUAM, | |
| Defendant- Appellee, | |
| FELIX P. CAMACHO, in his official capacity as Governor of Guam | |
| Defendant- intervenor- Appellee. | |

**FILED**
DISTRICT COURT OF GUAM
AUG 0 5 2008
JEANNE G. QUINATA
Clerk of Court

RECEIVED
JUN 0 5 2008
CALVO & CLARK LLP

CABOT MANTANONA, LLP
Date: 8.5.08
Time: 3:45 p
Initials: BM

The Law Offices of
PHILLIPS & BORDALLO
RECEIVED BY:
DATE: 08/05/08
TIME:

OFFICE OF THE GOVERNOR
6/5/08
DATE

RECEIVED
JUN 0 5 2008
LUJAN AGUIGUI & PEREZ LLP

SHIMIZU CANTO & FISHER
East Marine Corps Drive
Hagatna, Guam 96910
Tel. 671.472.1131
Fax 671.472.2886
Page 1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
Tel. 206.682.5600
Fax 206.682.2992

Pursuant to Circuit Rule 3-2, this Amended Representation Statement is submitted.

**Petitioner/ Appellee**

| | | |
|---|---|---|
| **Julie Babauta Santos** *Individually, and on behalf of all those similarly situated* | represented by | **Michael F. Phillips** Phillips and Bordallo, P.C. 410 West O'Brien Drive Hagatna, GU 96910 671-477-2223 Fax: 671-477-2329 |

**Defendant/ Appellee**
**Government of Guam**
**&**
**Defendant-intervenor/ Appellee**

| | | |
|---|---|---|
| **Felix P. Camacho** **Governor of Guam** | represented by | **Daniel M. Benjamin** Calvo and Clark, LLP 259 Martyr St. Suite 100 Hagatna, GU 96910 671-646-9355 Fax: 671-646-9403 |
| | | **Shannon Taitano** Office of the Governor Bordallo Government Complex Adelup Hagatna, GU 96910- 671-475-9203 |

**Respondent/ Defendant/ Appellee**

| | | |
|---|---|---|
| **Lourdes M. Perez and Artemio Ilagan** | represented by | **Rawlen Mantanona** Cabot Mantanona LLP Edge Bldg., 2nd Floor 929 S. Marine Corps Drive Tamuning, Guam 96913 (671)646-2001 Fax: (671) 646-07777 |

SHIMIZU CANTO & FISHER
East Marine Corps Drive
Hagatna, Guam 96910
Tel. 671.472.1131
Fax 671.472.2886
Page 2

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
Tel. 206.682.5600
Fax 206.682.2992

Case 1:04-cv-00006   Document 616   Filed 08/05/2008   Page 2 of 3

**Plaintiff/ Appellee**

Charmaine R. Torres represented by **Ignacio Cruz Aguigui**
Lujan, Aguigui and Perez LLP
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagatna, GU 96910-
671-477-8064/5
Fax: 671-477-5297

**Plaintiffs/ Appellants**

Mary Grace Simpao
Janice Cruz

represented by **Thomas J. Fisher**
Shimizu Canto & Fisher
Suite 101 Dela Corte Bldg.
167 East Marine Corps Dr.
Hagatna, GU 96910
671-472-1131
Fax: 671-472-2561

**Nancy Pacharzina**
Tousley Brain Stephens PLLC
1700 Seventh Avenue Suite 2200
Seattle, WA 98101
206-682-5600
Fax: 206-682-2992

Thomas J. Fisher
Attorney for Appellants

SHIMIZU CANTO & FISHER
East Marine Corps Drive
Hagatna, Guam 96910
Tel. 671.472.1131
Fax 671.472.2886
Page 3

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
Tel. 206.682.5600
Fax 206.682.2992

Case 1:04-cv-00006    Document 616    Filed 08/05/2008    Page 3 of 3