DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, *et al.*,<br><br>  Plaintiffs,<br><br>  vs.<br><br>FELIX A. CAMACHO, *et al.*,<br><br>  Defendants. | Civil Case No. 04-00006<br><br>**ORDER** |
| CHARMAINE R. TORRES, *et al.*,<br><br>  Plaintiffs,<br><br>  vs.<br><br>GOVERNMENT OF GUAM, *et al.*,<br><br>  Defendants. | Civil Case No. 04-00038 |
| MARY GRACE SIMPAO, *et al.*,<br><br>  Plaintiffs,<br><br>  vs.<br><br>GOVERNMENT OF GUAM,<br><br>  Defendant,<br><br>  vs.<br><br>FELIX P. CAMACHO, Governor of Guam,<br><br>  Intervenor-Defendant. | Civil Case No. 04-00049 |

1     Upon review of the Plaintiffs-Appellants' Certificate Filed Pursuant to Circuit Rule 10-3.1(f) the court finds that the Plaintiffs-Appellants are to make payment for the transcripts ordered. *See* Docket No. 608. This court finds that the transcripts are necessary for the Ninth Circuit's review as they concern the very Order which is on appeal. *See* Federal Rules of Appellate Procedure 10(b)(2). Payment shall be made to the court reporter no later than close of business August 11, 2008.

**SO ORDERED.**



/s/ Frances M. Tydingco-Gatewood
   **Chief Judge**
**Dated: Aug 07, 2008**