CABOT
MANTANONA LLP
Edge Building, Second Floor
929 South Marine Corps Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 646-0777

**FILED**
**DISTRICT COURT OF GUAM**

AUG 0 8 2008 ᵽᵒ

**JEANNE G. QUINATA**
**Clerk of Court**

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, et. al., <br><br> Petitioners, <br><br> vs. <br><br> FELIX P. CAMACHO, et. al., <br><br> Respondents. | CIVIL CASE NO. CV04-00006 |
| CHARMAINE R. TORRES, et. al., <br><br> Plaintiffs, <br><br> vs. <br><br> GOVERNMENT OF GUAM, et. al., <br><br> Defendants. | CIVIL CASE NO. CV04-00038 <br><br> **DEFENDANT LOURDES M. PEREZ'S JULY 2008 STATUS REPORT TO THE COURT AND PLAINTIFFS AS REQUIRED PURSUANT TO SECTION (V)(b)(ii) OF SETTLEMENT AGREEMENT** |
| MARY GRACE SIMPAO, et. al., <br><br> Plaintiffs, <br><br> vs. <br><br> GOVERNMENT OF GUAM, <br><br> Defendant, <br><br> vs. <br><br> FELIX P. CAMACHO, Governor of Guam, <br><br> Intervenor- Defendant. | CIVIL CASE NO. CV04-00049 |

Respondent, Lourdes M. Perez, the director of the Department of Administration, hereby files with the court the July, 2008, monthly status report as required pursuant to the settlement agreement executed by the parties on May 26, 2006.

Dated: August, 8, 2008.

CABOT MANTANONA LLP
*Attorneys for Respondent* **Lourdes M. Perez**

By: _____
RAWLEN M.T. MANTANONA




**Department of Administration**
*(DIPATTAMENTON ATEMENSTRASION)*
**DIRECTOR'S OFFICE**
*(UFISINAN DIREKTOT)*
Post Office Box 884 Hagåtña, Guam 96932
Tel: (671) 475-1101/1250 Fax: (671) 477-6788

*Felix P. Camacho*
Governor
*Michael W. Cruz, M.D.*
Lieutenant Governor

*Lourdes M. Perez*
Director
*Joseph C. Manibusan*
Deputy Director

August 6, 2008

District Court of Guam
Plaintiff Torres
Plaintiff Santos
Plaintiff Simpao

Re: DOA Report on Civil Case No. 04-00006/CV 04-00049/CV04-00038
    Settle Agreement

Pursuant to Section 5(b)(ii) of the Settlement Agreement in the above referenced matters, I submit the following for the previous month (July 2008).

- The total amount of the monies paid in the income tax refund reserve fund and/or income tax refund efficient payment trust fund in the previous month is: $5,955,899.06;

- The total amount of monies paid in tax refunds in the previous month is: $5,062,514.20

- The total amount of monies that have been reserved for EITC payments under this agreement in the previous month is: $893,384.86 (15% of $5,955,899.06); and

- The total amount of monies paid for EITC claims in the previous month is: $12,947.48.

Sincerely,

Lourdes M. Perez
Director

c.c. COS, Office of the Governor
    Deputy Finance Manager, DOA
    Treasurer of Guam, DOA
    Director, Department of Revenue & Taxation

CABOT MANTANONA, LLP
Date: 08/06/08
Time: 5:05pm
Initials: ___