CABOT
MANTANONA LLP
Edge Building, Second Floor
929 South Marine Corps Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 646-0777



**FILED**
DISTRICT COURT OF GUAM

AUG 0 8 2008

JEANNE G. QUINATA
Clerk of Court

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| JULIE BABAUTA SANTOS, et. al., ) | CIVIL CASE NO. 04-00006 |
| Petitioners, ) | |
| v. ) | |
| FELIX P. CAMACHO, et. al., ) | |
| Respondents. ) | |
| ) | CIVIL CASE NO. 04-00038 |
| CHARMAINE R. TORRES, et. al., ) | |
| ) | **CERTIFICATE OF SERVICE** |
| Plaintiffs, ) | |
| v. ) | |
| GOVERNMENT OF GUAM, et. al., ) | |
| Defendants. ) | |
| ) | CIVIL CASE NO. 04-00049 |
| MARY GRACE SIMPAO, et. al., ) | |
| Plaintiffs, ) | |
| v. ) | |
| GOVERNMENT OF GUAM, ) | |
| Defendant. ) | |

ORIGINAL

|  | ) |
|---|---|
| v. | ) |
|  | ) |
| FELIX P. CAMACHO, Gov. of Guam, | ) |
|  | ) |
| _____ | ) |

I, WILLIAM N. CRUZ, hereby certify that a copy of the Department of Administration's Submission of Report Pursuant to Settlement Agreement, was duly hand-delivered or faxed to the following on August 8, 2008.

**SHANNON TAITANO, ESQ.**
**OFFICE OF THE GOVERNOR OF GUAM**
Ricardo J. Bordallo Governor's Complex
Adelup, Guam 96910
Telephone: (671) 472-8931
Facsimile: (671) 477-6666

**EDUARDO A. CALVO, ESQ.**
**KATHLEEN V. FISHER, ESQ.**
**RODNEY J. JACOB, ESQ.**
**DANIEL M. BENJAMIN, ESQ.**
**CALVO & CLARK, LLP**
Attorneys at Law
655 South Marine Corps Drive, Suite 202
Tamuning, Guam 96913
Telephone: (671) 646-9355
Facsimile: (671) 646-9403
*Attorneys for Felix P. Camacho, Governor of Guam*

**MICHAEL F. PHILLIPS, ESQ.**
**PHILLIPS & BORDALLO, P.C.**
410 West O'Brien Drive
Hagåtña, Guam 96910
Telephone: (671) 477-2223
Facsimile: (671) 477-2329
*Class Counsel and Attorneys for Petitioner Julie Babauta Santos*

**IGNACIO C. AGUIGUI, ESQ.**
**PETER C. PEREZ, ESQ.**
**LUJAN AGUIGUI & PEREZ LLP**
300 Pacific News Building
Hagåtña, Guam 96910
Telephone: (671) 477-8064
Facsimile: (671) 477-5297
*Attorneys for Plaintiff Charmaine R. Torres*

**JAMES L. CANTO, II, ESQ.**
**SHIMIZU CANTO & FISHER**
Suite 101, De La Corte Building
167 East Marine Corps Drive
Hagåtña, Guam 96910
Telephone: (671) 472-1131
Facsimile: (671) 472-2886
*Attorneys for Plaintiff Mary Grace Simpao*

DATED: August 8, 2008.

_____
**WILLIAM N. CRUZ**

RMTM:scc